IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | CRIMINAL NO. RDB 10-0744 |
| | * | (UNDER SEAL) |
| ANTONIO HALL, a/k/a Mack | * | |
| | * | |
| | * | |
| | * | |
| | * | |
| Defendant | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO SEAL SUPPLEMENTAL MOTIONS RESPONSE

The United States of America, by its attorneys, Rod J. Rosenstein, United States Attorney for the District of Maryland, and John F. Purcell, Assistant United States Attorney for said District, pursuant to F.R.Crim.P. 16 (d)(1) (rules regulating discovery) says:

1. The Defendant in the above captioned case has been indicted for retaliation against a witness by murder and related offenses. Trial is scheduled for August 1, 2011.

2. That the Defendant has filed several pretrial motions.

3. That in order for the government to meaningfully describe and analyze the issues presented in the Supplemental Motions Response, it is necessary that the government identify by name basically every eyewitnesses that will testify at trial. In discovery, the government has already identified these witnesses to the Defendant and provided their various grand jury transcripts.

4. Due to continued concerns for the safety of the witnesses identified in the discovery materials posed by public disclosure of the government's Response to the Defendant's Pretrial

Motions, the government seeks leave to file its Supplemental Response UNDER SEAL, pending further Order of the court.

5. The government further submits that the government will provide written and electronic copies of its motions response directly to the Court and to counsel for the defendant.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____
John F. Purcell
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of July, 2011, this Government's Motion to Seal was electronically filed (under Seal) with the clerk of the United States District Court for Maryland, Northern Division, and that copies have also been mailed to Gary Proctor, Esq. and Timothy Sullivan, Esq., counsel for the defendant, Antonio Hall.

_____
John F. Purcell, Jr.
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **V.** | * | **CRIMINAL NO. RDB 10-0744** |
| | * | |
| **ANTONIO HALL, a/k/a Mack** | * | |
| | * | |
| | * | |
| | * | |
| | * | |
| **Defendant** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# ORDER

Upon consideration of the government's Motion to Seal, and upon finding, pursuant to F.R.Crim.P. 16(d)(1), that under the circumstances of this case that public disclosure of the names of the witnesses identified n the Government's Supplemental Response to the Defendant's Pretrial Motions may pose an unacceptable threat to the safety of those witnesses, it is hereby,

ORDERED, this _____ day of July, 2011, that 1) the Government's Motion to Seal, and 2) the Government's Supplemental Response to the Defendant's Pretrial Motions, be filed UNDER SEAL by the Office of the Clerk, and that the government provide written and electronic copies of its Supplemental Response to the Defendant's Pretrial Motions to the Court and to counsel for the Defendant.

_____
Richard D. Bennett
UNITED STATES DISTRICT JUDGE