# BRENNAN SULLIVAN & MCKENNA LLP
ATTORNEYS AT LAW

_____

6305 IVY LANE, SUITE 700
GREENBELT, MARYLAND 20770
TELEPHONE (301) 474-0044
FAX (301) 474-5730

_____

TIMOTHY J. SULLIVAN*
TSULLIVAN@BSM-LEGAL.COM
*ADMITTED IN MARYLAND & D.C.

November 9, 2011

**FILED VIA ECF**

Honorable Richard D. Bennett
United States District Judge
United States District Court
101 W. Lombard Street
Baltimore, Maryland 21201

      **RE:** *United States of America v. Antonio Hall*
           **Criminal No. RDB-10-0744**

Dear Judge Bennett:

      This matter is scheduled for a sentencing hearing on November 16, 2011 at 3:00 p.m. I write this letter to advise the Court of a scheduling conflict. After the rejection of a proposed guilty plea and the denial of a motion to withdraw as counsel, yesterday I began a two-week jury trial before Judge Chasanow in *United States v. Carter, et al.*, Criminal No. DKC-11-0288. I will be in trial before Judge Chasanow on November 16, 2011.

      I respectfully ask the Court to allow my co-counsel, Gary Proctor, Esq., to handle the sentencing hearing and permit my absence. Alternatively, I would respectfully request that the Court consider continuing the sentencing hearing to a later date.

      I apologize for the inconvenience and thank the Court for its consideration.

                        Very truly yours,

                        /s/
                      Timothy J. Sullivan

cc:    John F. Purcell, Jr., AUSA
        Gary Proctor, Esq.