UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND


UNITED STATES OF AMERICA,

                    Plaintiff,

vs.                     Case No. 1:10-CR-0744-RDB

ANTONIO HALL,

                    Defendant.

-----------------------------------------------------

**AUGUST 4, 2011**

**Transcript of Trial Proceedings**

**Before The Honorable RICHARD D. BENNETT**
**United States District Judge, and a Jury**

APPEARANCES:

For the Plaintiff:     John F. Purcell, Jr.
                       Clinton J. Fuchs
                       Assistant U.S. Attorney

For the Defendant:     Gary E. Proctor
                       Timothy J. Sullivan


Proceedings recorded by mechanical stenography,
transcript produced with computer-aided
transcription.

<div style="text-align:center">P R O C E E D I N G S</div>

1

2          (JURY OUT.)

3          THE COURT:  We are ready to bring the

4    jury back in and have Mr. Duckett return to the

5    witness stand.  Is that correct from the government?

6          MR. PURCELL:  Yes, Your Honor.

7          THE COURT:  From the defense?

8          MR. PROCTOR:  Yes, Your Honor.

9          THE COURT:  Okay.  Bring Mr. Duckett back

10   in and put him on the witness stand and bring the

11   jury in.

12          (JURY IN.)

13          THE COURT:  Good morning, everyone.

14   Sorry to keep you waiting for a few minutes.  The

15   agenda today will be that we'll go until twenty after

16   11, take a break, and then go to 1:30.  And at 1:30

17   we'll stop for the day and then have lunch and be off

18   for the rest of the day.  I've got another matter at

19   2 o'clock.  So, that's the reason for that.

20          Mr. Duckett, return to the witness stand,

21   sir.

22          Mr. Duckett, you are still under oath.

23          Counsel, would you approach the bench for

24   one second, please?

25          (BENCH CONFERENCE ON THE RECORD.)

```
1                    THE COURT:  Mr. Purcell, I've just

2        received this note, apparently an e-mail, like an

3        hour ago with respect to your asking me to ask the

4        U.S. marshals and court security personnel to

5        increase presence inside and outside of the

6        courthouse.  Some security issues here.

7                    MR. PURCELL:  Yes, sir.

8                    THE COURT:  What are some of the issues?

9                    MR. PURCELL:  Well, the main issue is

10       that apparently yesterday two groups -- we have two

11       factions here.  Half of Westport's been here and, of

12       course, his family.

13                    THE COURT:  Some from the members of the

14       Guest family and some from members of the Hall

15       family.

16                    MR. PURCELL:  There's a -- don't know

17       which.  The families.  But a lot of Westport groups.

18       Apparently the two groups got into it outside of the

19       courthouse yesterday.  My agents saw -- I saw part of

20       it from the courtroom window.  But what is

21       distressing to me is we have information that --

22       we've heard this guy, Tatum, it's the defendant's

23       brother -- I'm not so sure with the defendant hearing

24       what we have as evidence against his brother in a

25       federal crime.
```

```
 1                  THE COURT:  We don't need to go into all

 2       that right now.  The point is we're not going to have

 3       any nonsense here.  Anybody who misbehaves in this

 4       courthouse is going to get locked up and put in the

 5       lockup on the sixth floor.  And everybody understand

 6       that any trial I have in my courtroom, anybody that

 7       misbehaves, they'll go from the back door to the room

 8       up here and get locked up.  And you need to make sure

 9       your client understands that.

10                  MR. PROCTOR:  He's been a model citizen

11       so far.

12                  THE COURT:  I'm sure he has been.  I'm

13       going to tell you:  I've already asked two people to

14       leave the courtroom for misbehaving and I'll clear

15       the courtroom.

16                  MR. PURCELL:  One of them is back.  The

17       woman in the black shirt, she's back, and she was

18       involved in the altercation.

19                  THE COURT:  I've permitted her to come

20       back in because, as long as she behaves herself, it's

21       a public proceeding.

22                  I'll have Dan Sale, my law clerk, contact

23       Steve Akers of the U.S. Marshal's Service and we'll

24       make sure we have increased presence in the

25       courthouse on this.  And it is absolutely not in Mr.
```

1     Hall's interest that this kind of stuff occur.  I'm

2     sure you all know that.  So that's the bottom line.

3                MR. PROCTOR:  Judge, I talked to the CSOs

4     on the way in and they said they're putting two more

5     people in of their own volition, anyway.

6                THE COURT:  That's fine.  We'll monitor

7     it.  And thank you, Mr. Purcell.  Thank you very

8     much.

9                (END OF BENCH CONFERENCE.)

10               THE COURT:  All right.  With that we will

11    continue with the direct examination by Mr. Purcell.

12    And, Mr. Duckett, you're still under oath, sir.  And

13    lean forward and speak into the microphone.

14               MR. PURCELL:  I'm advised, Your Honor,

15    it's maybe about another ten minutes or so and that

16    we are on schedule for the benefit of the jury that

17    may have other plans.

18    Whereupon:

19                    KEVIN DUCKETT,

20    called as a witness, having been first duly sworn

21    according to law, testified as follows:

22                    DIRECT EXAMINATION

23    BY MR. PURCELL:

24    Q.    Now, Mr. Duckett, again, I'm sorry we had to

25    bring you back in today.  But I do have a couple

```
1    questions.  We left yesterday with the second time

2    you wore a body wire and went in and talked to Mr.

3    Hall.  Is that Mr. Hall you're talking to where it

4    says on the transcript, "Hall"?

5    A.      Yeah.

6    Q.      Okay.  Now, during this conversation did Mr.

7    Hall express concern that we -- that is, the

8    government -- was asking -- just recently began to

9    ask grand jury witnesses if they knew about Roddy and

10   Mack -- that is, Mr. Hall -- getting out of the car

11   and giving the gun to Roddy?

12   A.      Yes.

13   Q.      Was he concerned about that?

14   A.      Yes.

15   Q.      Now, at the very end of this call -- I don't

16   know if we've got to that part.  We stopped.  But I

17   don't want to stop there.  If you go to the very end

18   of the transcript, when you got back to the car,

19   wherever it was where you met with Detective Moody?

20           THE COURT:  You're referring to

21   government Exhibit 181B, which is for identification

22   only, but which was the transcript of the monitored

23   telephone call.

24           MR. PURCELL:  Yes.  183B.  And I think

25   the jurors still have them.
```

1           THE COURT:  I think they do.  Give them

2    time to get collected here.  All right.  Mr. Purcell?

3    BY MR. PURCELL:

4    Q.     When you got back to the car -- let me ask you

5    this:  At the point in your proffers with the

6    government in October and before you went to the

7    grand jury, did you tell us -- that is, tell the

8    government -- about Mack getting out of the car and

9    giving the gun to Roddy?

10   A.     Yes.

11   Q.     Did you ask Detective Moody not to ask the

12   witnesses about that because it might give you away?

13   A.     I don't remember.

14   Q.     Well, let's look at the transcript for a

15   second before we play it.  At the beginning of it --

16   this is when you're getting back in the car.  And let

17   me see where it begins.  There's noise on the

18   previous page.  You get back in the car where it

19   begins at 10225, for the record.  And you, you're the

20   source, say, "Man, you all lied to me".  And then he

21   said, "Hold on, hold on, don't say nothing about

22   what".  And Source says -- you -- "You all didn't --

23   ain't talked to Meka and Kwana".  What were you

24   referring to there?

25   A.     That Meka and Kwana had came in here for

```
 1      questioning and you all asked them about the -- did

 2      he get out of the car and talk to Roddy.

 3      Q.      Did that get back to Mack?

 4      A.      Yeah.

 5      Q.      And that's what he was talking with when he

 6      was talking to you?

 7      A.      Yeah.

 8      Q.      Now, when you knew that Mack knew that we knew

 9      about Roddy, did that cause you concern?

10      A.      Yeah.

11      Q.      For your safety?

12      A.      Yes.

13      Q.      Why?

14      A.      Because he was going to kill me.

15      Q.      You thought now he might kill you?

16      A.      Yeah.

17      Q.      Because only a certain number of people knew

18      about Roddy?

19      A.      Right.

20      Q.      Did you also tell the detectives that he might

21      kill Roddy?

22      A.      Yeah.

23      Q.      Now, after this call -- I don't even know if

24      you need to play it at this point.  But after this

25      call, that same day, can you tell the jury when it
```

9

```
1     was that you were moved out of Baltimore and put in a

2     secure location for what -- you continued to be in

3     the secure location?

4     A.      The same day.

5     Q.      The same day.  And now actually you've been

6     here in Baltimore for a few days but you actually

7     have been living out of this city; is that right?

8     A.      Right.

9     Q.      At government expense, correct?

10    A.      Right.

11    Q.      Thank you.  I don't think we need to play the

12    call.  If counsel wishes to play it, they may.

13              Now, just a couple more questions, sir.

14    In that same transcript yesterday -- and I think I

15    may have asked you just in terms of reference -- we

16    heard Mr. Hall or the person you've described as Mr.

17    Hall that you were talking to saying -- talking about

18    stacks.  What is a stack?

19    A.      A thousand dollars.

20    Q.      So if somebody asks you for a stack, they're

21    asking for a thousand dollars?

22    A.      (Nodding.)

23    Q.      Okay.  And at one point we heard Mr. Hall

24    talking about, "I gave him some stones".  What does

25    that mean?
```

STEVEN DUCKETT - DIRECT - PURCELL

10

1      A.      Drugs.

2      Q.      What kind of drug?

3      A.      Crack.

4      Q.      Crack.  Ready.  You call it, "ready," don't

5      you?

6      A.      Yeah.

7      Q.      How is crack used, by the way?  You don't use

8      it, do you?

9      A.      No.

10     Q.      The people that use it, how do they use it?

11     A.      Smoke.

12     Q.      Smoke it.  So it comes in like little rocks

13     and you put it in a pipe or something and smoke it?

14     A.      Yeah.

15     Q.      Now, I asked you some questions yesterday.

16     And I sort of digressed, which is my worst enemy of

17     the way I question.  And I apologize for that.

18              But at one point I was asking questions

19     about whether you and Mr. Hall had ever purchased --

20     when you put your money together purchased some

21     bricks.  And you said that you had done that a couple

22     of times?

23     A.      I said it varies, when you asked me that

24     yesterday.  I said whatever we get our hands on.

25     Q.      But I did ask you if ever you put your money

11

1      together and bought a brick or on other occasions you

2      bought a brick.  Did that ever happen?

3      A.      I don't remember that quantity.

4      Q.      You know what a brick is?  A kilo?

5      A.      Yeah.  I said I don't remember what the

6      quantity was we got.

7      Q.      You don't remember?

8      A.      No.

9      Q.      Don't you remember saying yesterday you did

10     and you did it a couple times?

11     A.      I mean, I just give him my money.  I don't

12     know what they was going to get, though, like.

13     Q.      Okay.  Let's talk about the money, then.  Tell

14     us what amounts of money get you what amounts of

15     weight typically.  We all know that the price changes

16     from time to time, doesn't it?

17     A.      Yeah.

18     Q.      But if you were giving Mr. Hall, say, $10,000,

19     how much would you expect to get?

20     A.      I don't know.

21     Q.      Yes, you do.  How much would you get?

22     A.      I don't know.  It all depends on what the

23     person charging, I guess.

24     Q.      Okay.  Would $10,000 be typically enough to

25     buy half a kilo?

STEVEN DUCKETT - DIRECT - PURCELL

12

```
 1    A.      No.

 2    Q.      No?  How much is a kilo?  Of coke?

 3    A.      That's like 30,000.

 4    Q.      30,000.  Okay.  What's the most money that you

 5    ever gave to Mr. Hall?

 6    A.      I don't know.

 7    Q.      You don't know?

 8    A.      I don't remember.

 9    Q.      You don't remember?  Or you don't want to

10    remember?

11    A.      I don't remember.

12    Q.      Did you ever give him $10,000?

13    A.      No.

14    Q.      Did you ever give him more than $10,000?

15    A.      No.

16    Q.      How much typically would you buy?  When you

17    said you were buying every week, how much would you

18    typically buy?

19    A.      Probably like an ounce or two.

20    Q.      An ounce or two?  Every week?

21    A.      I don't know if it was every week.

22    Q.      You said yesterday it was every week.  Did

23    something change overnight that would change your

24    mind?

25    A.      I said I'm guessing about every week.  Once a
```

13

```
 1        week, give or take.

 2        Q.      Did you ever buy more than an ounce?

 3        A.      I said like an ounce or two.

 4        Q.      An ounce or two.  So that's 28 grams?

 5        A.      Yes.

 6        Q.      Two ounces would be two times 28 grams?

 7        A.      Yes.

 8        Q.      Now, let me ask you:  For how many years --

 9        begin back at 2009, the year that Mr. Guest was

10        killed, that September -- if I went back in time from

11        2009, was Mack your source to buy drugs at least some

12        times, as you've said, in 2008?

13        A.      Yes.

14        Q.      Was he your source in 2007?

15        A.      Yes.

16        Q.      Was he your source in 2006?

17        A.      Yes.

18        Q.      Was he your source in 2005?

19        A.      Yes.

20        Q.      Was he your source in 2004?

21        A.      No.

22        Q.      No.  It began in 2004?

23        A.      No.  I was locked up in 2004.

24        Q.      What about 2003?

25        A.      I was incarcerated.
```

```
1    Q.     What about before you were incarcerated?

2           When did you go in?  I forget?

3    A.     '98.

4    Q.     So you were from '98 until when?

5    A.     2005.

6    Q.     Okay.  Actually, I'm sorry.  Because you had

7    told me that.  I'm sorry.

8           Now, while we're talking about that, Mr.

9    Duckett, I forgot to ask you yesterday something that

10   your counsel will bring up.  But, up to this point,

11   how many criminal convictions do you have?  Is it

12   just that one that you were in jail for a period of

13   time?

14   A.     Yes.

15   Q.     Okay.  How old were you when you were arrested

16   for that offense?

17   A.     15.

18   Q.     15.  And what was the crime?

19   A.     Robbery.

20   Q.     Was it an armed robbery?

21   A.     Yes.

22   Q.     Okay.  And is that the only conviction you

23   have?

24   A.     Yes.

25   Q.     Now, you got treated as an adult?
```

STEVEN PUCKETT - DIRECT - PURCELL

15

```
 1      A.      Yes.

 2      Q.      Because there was a gun involved?

 3      A.      Yes.

 4      Q.      But you have no other convictions.  So since

 5      you've got out in 2005, no other convictions?

 6      A.      No.

 7      Q.      Now, you were arrested back in 2009, do you

 8      remember?  I guess it was September of 2009?

 9      A.      Yes.

10      Q.      Williams?  Could you tell the jury about that,

11      please?

12      A.      I got locked up with some -- with a pack.

13      Q.      Actually, did you have the pack on you?

14      A.      No.

15      Q.      Do you remember -- just tell the jury what the

16      claim was of that case against you.

17      A.      They found a pack in a stash and came and

18      locked me up.

19      Q.      Now, did the report say that they had -- that

20      the officer had seen you talking to some other boys

21      who were serving.  And then they said they gave you a

22      pack and they saw you walk up and put it behind a

23      sign on something, on Annapolis Road?

24      A.      Yeah, that's what they said.

25      Q.      Do you remember how many packs of crack or how
```

STEVEN DUCKETT - DIRECT - PURCELL

16

1       many bags or vials -- I'm sorry -- glassine bags of

2       cocaine --

3       A.      No.

4       Q.      -- they said?

5               Did you -- you had a lawyer at some point

6       for that case, didn't you?

7       A.      Yes.

8       Q.      Did she ever go over the report with you?  Did

9       you see the charging document or the police report?

10      A.      Yes.

11      Q.      Do you think you'd recognize it if I showed it

12      to you?

13      A.      Yes.

14      Q.      This is 182.

15              Can we just use if this for

16      identification, unless counsel wants to admit it.  I

17      don't care.  Do you guys want it in?

18              MR. SULLIVAN:  We'll wait.

19              THE COURT:  It will be marked for

20      identification at this point in time.

21              MR. PURCELL:  I'll move it in.

22              THE COURT:  Marked for identification

23      with respect to the arrest of Mr. Duckett.

24              MR. PURCELL:  Your Honor, I have no

25      objection to moving it into evidence.  I'm going to

17

1    ask to move it into right now.

2                THE COURT:  That's fine.  Move it into

3    evidence.

4    BY MR. PURCELL:

5    Q.     If you take a look at this, does this refresh

6    your memory as to how many ziplocks were recovered

7    that met this particular case?

8    A.     I don't know.  I don't remember how many was

9    in there.

10   Q.     Okay.  But what does the report say?  I'm not

11   saying you agree with it or not.

12   A.     44.

13   Q.     Okay.  Thank you.  And is this the date, is

14   this correct, the 9-17 over on -- where did it say it

15   happened -- Annapolis Road and City Avenue?

16   A.     Yes.

17   Q.     But other than that arrest that was looming

18   for -- was it two grams or something of crack I think

19   was the net weight?

20   A.     (Witness motions.)

21   Q.     Well, I happen to have the analysis, which

22   should be marked government's 183.  Counsel were

23   provided this in discovery.

24                And if you went over this with your

25   lawyer, if you look at the analysis here, this is the

1    analysis of those drugs.  Is it correct that it says

2    2.62 grams of cocaine base?

3    A.      Yes.

4              MR. PURCELL:  Okay.  Move that into

5    evidence, as well.

6              THE COURT:  So admitted.

7              MR. PURCELL:  Thank you.

8    BY MR. PURCELL:

9    Q.      Now, what I'm trying to get to is that you

10   have no other convictions in your record?

11   A.      No.

12   Q.      Okay.  Now, this arrest came up.  And that

13   came up in September.  That case has been dismissed,

14   is that correct?

15   A.      Yes.

16   Q.      Now, can you tell the jury where you were or

17   what had happened to you by the time this case came

18   up in Circuit Court?  Had you been moved out of

19   Baltimore?

20   A.      Yes.

21   Q.      Okay.  And is it correct that the agents

22   basically refused to bring you back to sit over in

23   the Baltimore City courthouse?

24   A.      Yeah.

25   Q.      You didn't want to come back and be seen in

1   the city, did you?

2   A.      No.

3   Q.      Were you particularly worried about this

4   conviction or about this charge?

5   A.      No.

6   Q.      How many witnesses were there to this

7   particular charge?

8   A.      None.

9   Q.      Well, there was a police officer who said he

10  saw this; is that right?

11  A.      Yeah.

12  Q.      Other than that --

13  A.      No.

14  Q.      -- one?

15          I'm just about finished, sir.

16          Now, I asked you about kilos earlier.

17  And I think in one of our proffer sessions you

18  mentioned -- do you remember an incident where Mr.

19  Hall ripped a man off for a kilo?  That is, got it

20  and didn't pay for it?

21  A.      It wasn't a kilo.  A half.

22  Q.      It was a half.  Can you tell us about it,

23  please?

24  A.      Somebody just had something for sale and he

25  just took it.

20

1   Q.    Didn't pay for it?

2   A.    Right.

3   Q.    It was a half kilo?

4   A.    Yeah.

5   Q.    When was that?

6   A.    I don't remember.

7   Q.    Was it like last year, two years ago?

8   A.    Probably about three, I guess.

9   Q.    Were you with him when that happened?

10  A.    Yes.

11  Q.    Who did he steal it from?

12  A.    I forgot the guy's name.  He wasn't from out

13  there, though.

14  Q.    It wasn't a person from Westport?

15  A.    No.

16  Q.    Did he ever come looking for Mack?

17  A.    No.

18  Q.    Where did you go to do this theft?

19  A.    Out Hollinswood, a bar.

20  Q.    I'm sorry.  Where?

21  A.    There's a bar out there.

22  Q.    In the county?

23  A.    No.  In the city.

24  Q.    In the city.  Did you say Palisade?

25  A.    I said Hollinswood.

```
 1     Q.      Hollinswood.  Okay.
 2             All right.  Now, Mr. Duckett, you came in
 3     and testified against a man that -- would it be
 4     correct to say he was probably your best friend?
 5     A.      We was close.
 6     Q.      Are you related?
 7     A.      No.
 8     Q.      Do you refer to each other as cousins?
 9     A.      Yes.
10     Q.      Why?
11     A.      Because we was just close.
12     Q.      Has it been difficult for you to testify
13     against Mr. Hall?
14     A.      Yes.
15     Q.      Have you told the truth?
16     A.      Yes.
17     Q.      Now, yesterday you talked about loyalty, Mr.
18     Duckett.  Let me ask you this:  Has it been harder
19     for you to testify against Mr. Hall than it was for
20     you to go into the house where Martie was and call
21     Mr. Hall and tell him that Martie was there?
22             MR. SULLIVAN:  Objection.
23             MR. PURCELL:  And then you leave.  Which
24     was harder for you to do?
25             MR. SULLIVAN:  Objection.
```

22

```
 1                    THE COURT:  Sustained.  Sustained.

 2                    MR. PURCELL:  I'm going to show you a

 3       picture now, Exhibit No. 120.

 4                    MR. SULLIVAN:  I'm sorry, the exhibit

 5       number?

 6                    MR. PURCELL:  120.  Bates 3464.  I'm

 7       going to show this to the witness.

 8                    Do you recognize that person?

 9                    THE WITNESS:  Yes.

10       BY MR. PURCELL:

11       Q.     Who is it?

12       A.     Martie.

13       Q.     Have you ever seen that picture before?

14       A.     No.

15       Q.     Is that Martie while he's alive?

16       A.     No.

17       Q.     Is that the way Martie looked when you left

18       the house that day?

19       A.     Yes.

20       Q.     At least, in terms of the way he was dressed?

21       A.     (Nodding.)

22       Q.     Can you put that exhibit up, please?

23                    Do you understand you helped make that

24       happen?

25       A.     Yes.
```

1    Q.    Who did the shooting?

2    A.    I didn't see the shooting.

3    Q.    Who called you to see if Martie was there?

4    A.    Mack.

5    Q.    Who told you he was going to smash Martie?

6    A.    Mack.

7              MR. PURCELL:  Thank you.  I have no

8    further questions.

9              THE COURT:  Cross-examination.  Mr.

10   Sullivan?

11             MR. SULLIVAN:  Thank you.  You can leave

12   that right up there.  That's fine.

13                  CROSS-EXAMINATION

14   BY MR. SULLIVAN:

15   Q.    Mr. Duckett, have you and I ever talked

16   before?

17   A.    No.

18   Q.    Do you have any idea who I am?

19   A.    His lawyer.

20   Q.    Right.  One of his lawyers, right?  Have I

21   had, or Mr. Proctor, have we had meetings with you to

22   talk about your testimony?

23   A.    No.

24   Q.    I'm sorry.  You got to lean in --

25   A.    No.

```
 1     Q.      We're not going to play with you.  You got to
 2     lean in and talk.
 3     A.      No.  No.
 4     Q.      You know, do you not, that I can't give you
 5     immunity for what you did to Martie Williams, right?
 6     A.      Right.
 7     Q.      Only the government can give you immunity.
 8     They gave you a free pass for what you did to kill
 9     Martie Williams, right?
10             Look at the picture.  Let me get it up.
11     A.      I already seen the picture.
12     Q.      Let's look at it.
13             So you went in when Martie Williams was
14     alive.  And according to you, you called Mr. Hall.
15     And what happened to Mr. Williams?
16     A.      I didn't call Mr. Hall.  Mr. Hall called me.
17     Q.      Well, didn't you just stay a second ago, sir,
18     when Mr. Purcell showed you that picture:  Looked
19     like that when I left the house?  Didn't you just say
20     that?
21     A.      He said as far as what he was wearing.
22     Q.      Oh, it was about what he was wearing.  Not
23     that he had a bunch of bullet holes in his head?
24     A.      Right.
25     Q.      And as a result of agreeing to testify in this
```

```
1    case against Mr. Hall, you're not going to be

2    prosecuted for your role in killing this young man,

3    are you?

4    A.      No.

5    Q.      How old was he?

6    A.      19.

7    Q.      And you supplied him drugs, didn't you?

8    A.      Yeah.

9    Q.      And you participated, you told someone he was

10   there, and you killed him almost like you pulled the

11   trigger, right?

12   A.      No.

13   Q.      No?

14   A.      No.

15   Q.      You could have easily said, "He's not here,"

16   couldn't you have?

17   A.      I could have said it.  But then that would

18   have been putting me in danger.

19   Q.      So it's all about you.  It's all about what

20   Duckett can do to survive, right?

21   A.      My life more important than the next man.

22   Q.      Right.  Your life's more important than the

23   next man.  So that means, if I got to lie on Mack, if

24   I got to set up Martie Williams, I'm going to do it.

25   I'm Kevin Duckett.  Big Kev's going to do what Big
```

1     Kev needs to do to stay alive, right?

2     A.      I never lied about nothing.

3     Q.      You never lied about anything?

4     A.      No.

5     Q.      All right.  Let's talk about that.  After you

6     got out of jail for your armed robbery conviction --

7     and no doubt about it; government just brought it up,

8     right?  Let's talk just one quick thing.  You took a

9     gun out and held up some people, right?

10    A.      Yeah.

11    Q.      What kind of gun was it?

12    A.      I don't remember.

13    Q.      You doesn't remember.  Was it a nine

14    millimeter?

15    A.      It was so many years ago.  I don't remember.

16    Q.      So help me out.  I know you don't lie and

17    don't guess.  You don't remember the gun that you

18    used to hold up some people?

19    A.      No.

20    Q.      Okay.  Would it refresh your recollection if I

21    told you it was a nine millimeter?

22    A.      You just said that.

23    Q.      Was it a nine millimeter?

24    A.      I guess.  If that's what you saying.

25    Q.      No, sir.  Don't guess.

1    A.      All right.  I told you I don't remember.

2    Q.      Remember, you took an oath to tell the truth,

3    right?

4    A.      Right.

5    Q.      And that applies to the government's

6    questions, right?  Because you need to be truthful

7    because they kind of have you over a barrel in a lot

8    of different ways, don't they?

9    A.      I didn't remember.  I don't remember what kind

10   of gun it was.

11   Q.      Okay.  Could it have been a nine millimeter?

12                MR. PURCELL:  Objection.

13                THE WITNESS:  It could have been.

14                THE COURT:  Overruled.

15   BY MR. SULLIVAN:

16   Q.      Now, you went to jail for a very long time,

17   right?

18   A.      Yeah.

19   Q.      Then you got out, right?

20   A.      Obviously.

21   Q.      Well, obviously, right?

22   A.      Yeah.

23   Q.      And you got put on parole or probation?

24   A.      I was on both.

25   Q.      Okay.  And when you're on parole and

1    probation -- when did you start your parole and

2    probation?  When did you walk out of the doors of the

3    Maryland Division of Corrections?

4    A.      In July of 2005.

5    Q.      So in July of 2005.  And when was your parole

6    and probation -- when did it expire?

7    A.      Five years later.

8    Q.      Five years later.  So from '05 to '10.  From

9    2005 to 2010 you were under supervision by a parole

10   officer, correct?

11   A.      Right.

12   Q.      And you would have to meet with this parole

13   officer monthly?

14   A.      Weekly.

15   Q.      Weekly?  And did you tell this parole officer,

16   "I'm selling crack in Westport; I'm hiding packets

17   underneath signs; I'm running around buying kilos;

18   I'm buying ounces"; did you tell your probation

19   officer that?

20   A.      No.

21   Q.      But that's what you were doing, right?

22   A.      Yeah.

23   Q.      Are you having trouble understanding me?

24   A.      I said, "Yeah".

25   Q.      You've got to talk into the microphone.  Could

29

```
1     you move it a little closer?  Because I can't hear

2     you.

3                So from 2005 to 2010 you lied to your

4     parole officer, didn't you?

5     A.     I didn't lie.  I never said nothing.

6     Q.     Oh.  So it's a difference for you when she's

7     saying, "Go get a job at the waterproofing company;

8     go get a job here".  You say, "I don't need a job

9     because I'm slinging packs in Westport".

10    A.     I went and got a job.

11    Q.     You knew you were supposed to obey all laws,

12    right?  That was a condition of your release, right?

13    A.     Right.

14    Q.     Is selling crack somehow legal for Mr.

15    Duckett?

16    A.     No.

17    Q.     So you know you were lying to her and to the

18    Court and to parole because you were selling drugs

19    when you shouldn't have been, right?

20    A.     No.  I don't look it as I was lying.  So --

21    Q.     You were lying?

22    A.     No.  But I never said nothing.

23    Q.     Did your parole officer ever say, "Are you

24    doing anything illegal, Mr. Duckett?"

25    A.     No.
```

```
 1    Q.     And did she ask you how you were living?

 2    A.     I had a job.

 3    Q.     Oh.  I thought you had an inheritance from

 4    your grandfather.

 5    A.     I had a job.

 6    Q.     Did you ever have an inheritance from your

 7    grandfather?

 8    A.     That's when I was locked up.

 9    Q.     Okay.  So your position is, as long as she

10    didn't ask you if you were selling drugs, you weren't

11    lying to her; is that what -- is that your testimony

12    today?

13    A.     Yeah.

14    Q.     Okay.  But you don't disagree with me, do you,

15    that from 2005 to 2010 while you were on supervision

16    you were committing all kinds of criminal offenses,

17    right?

18    A.     Right.

19    Q.     I'm sorry, I couldn't hear you.

20    A.     Yeah.

21    Q.     What were you doing?

22    A.     Selling drugs.

23    Q.     Selling drugs.  Sticking up people?

24    A.     No.

25    Q.     Beating up people?
```

1    A.      Yeah.

2    Q.      You were beating up people?  Who were you

3    beating up?

4    A.      I don't know.

5    Q.      You just randomly drive somewhere and beat up

6    someone?

7    A.      No.  No.

8    Q.      You know who you were beating up.  Who were

9    you beating up?  People that weren't paying you?

10   A.      No.

11   Q.      Well, who were you beating up?

12   A.      I don't know.  Just typical neighborhood

13   fights.

14   Q.      Well, tell the jury about one of them.  Just

15   one.

16           There's more than one, right?

17   A.      Yeah.

18   Q.      Okay.  Tell the jury about one of these

19   typical neighborhood fights when Kevin Duckett beat

20   up someone.

21   A.      It was just a typical neighborhood fight.  You

22   know, ain't really nothing to tell them.  It was just

23   a fight.

24   Q.      Was it over drugs?

25   A.      No.

1   Q.      Over money?

2   A.      No.

3   Q.      Over girls?

4   A.      No.  I don't know what it was over.

5   Q.      Over the Ravens?

6   A.      No.

7   Q.      Just -- a fight just started and you beat

8   somebody up, you don't know why?

9   A.      No.  It could have been about the Orioles.  I

10  don't know.

11  Q.      Okay.  Well, let me ask you something that's

12  kind of interesting.  Yesterday when the government

13  asked you questions, it was kind of like pulling

14  teeth to get you to respond.  Today you seem a little

15  bit more animated.

16  A.      Because I'm ready to get it over with.

17  Q.      Oh, you want to get it over with?

18  A.      Yeah.

19  Q.      Because you see the finish line because you're

20  not going to be charged for Martie Williams; you're

21  not going to be charged for Kareem Guest.  And in

22  fact, by the way, before I forget, that drug case

23  with the packets that Mr. Purcell just asked you

24  about, remember that case?

25  A.      Yeah.

KEVIN DUCKETT - CROSS - SHIAVAN

33

```
 1        Q.      Where you say, I guess, that police report is
 2   a lie, right?
 3        A.      What you mean?
 4        Q.      The police report.  They said they saw you put
 5   44 packets underneath the half ton sign on Annapolis
 6   Road.  That report's a lie, right?
 7        A.      I mean, the police said they saw me put those;
 8   they say they seen it.
 9        Q.      Right.  Did you do it?
10        A.      Some of the report was the truth and some of
11   it wasn't.
12        Q.      Okay.  So kind of a half thing?
13        A.      Yeah.
14        Q.      Well, let me just ask you one half.  Did Kevin
15   Duckett put 44 packs of drugs under that sign, like
16   the police officer said he saw?
17        A.      Yeah.
18        Q.      Okay.  So you're guilty of that?  You were out
19   standing on the corner hustling, right?
20        A.      Yeah.
21        Q.      Okay.  And that case was dismissed because the
22   government asked the state's attorney to dismiss that
23   case, correct?
24        A.      No.  I don't know what he asked.  I don't know
25   what they asked.
```

STEVEN DUCKETT - CROSS - SULLIVAN

34

```
1   Q.      Do you have a court date pending for that?

2   A.      No.

3   Q.      Have you pled guilty to that?

4   A.      No.

5   Q.      Then what happened to the case?

6   A.      It was dismissed.

7   Q.      Why was it dismissed?

8   A.      Because I was living out of town.

9   Q.      So if a -- you know, Mr. Duckett, don't you,

10  that the United States Attorney's Office, these

11  gentlemen on my left, took action to have that case

12  dismissed, don't you?

13  A.      If you say so.

14  Q.      I'm not asking that, sir.  I'm asking --

15  A.      I don't know what they did.  I ain't talked to

16  them about no -- what they did with that case or

17  nothing like that.

18  Q.      In your mind, is that case over?

19  A.      I guess, yeah.

20  Q.      So you don't have any pending cases right now?

21  A.      No.

22  Q.      Okay.  Now, on the tapes we listened to

23  yesterday, your demeanor -- you know what I mean by

24  the word, "demeanor"?

25  A.      Yeah.
```

1    Q.      Your demeanor on the tapes was aggressive and

2    active, right?  Because you were a player in

3    Westport, right?

4    A.      Yeah.

5    Q.      You were a big drug dealer in Westport, right?

6    A.      I was selling drugs in Westport, yeah.

7    Q.      Right.  People were afraid of you, right?

8    A.      No.

9    Q.      People weren't afraid of you?

10   A.      No.

11   Q.      Okay.  But when you came to court yesterday, a

12   lot of times you barely got out, "Yeah", or, "No".

13   Is that because you were afraid?

14   A.      I was just being my typical self.

15   Q.      So I guess that's my question:  Is your

16   typical self what the ladies and gentlemen of the

17   jury are seeing yesterday and today; or is your

18   typical self when you're on the tape wearing the body

19   wire talking about what's going on in the streets of

20   Westport?

21   A.      No.  My typical self is not what the jury is

22   seeing today and yesterday.

23   Q.      Okay.  Why not?

24   A.      Because I ain't want to be up here.  I ain't

25   really want.

1    Q.      You don't really want to be up there why?

2    A.      Because I don't.

3    Q.      Why?

4    A.      I don't know nobody in their right mind want

5    to be up here.

6    Q.      But by sitting in that chair and taking the

7    oath to tell the truth, the government is giving you

8    a new life, isn't it?

9    A.      Yeah.

10   Q.      All right.  They moved you out to a different

11   state, didn't they?

12   A.      Yeah.

13   Q.      Don't say where.  They moved you out to a

14   different state.  They provided you money, right?

15   A.      No.

16   Q.      They pay your expenses?

17   A.      Yeah.

18   Q.      So how would that work?  Would you tell -- who

19   would you tell?  Detective Moody?  How would you get

20   something paid for?

21           Let's say cable.  Do they pay your cable?

22   A.      They pay for the rent of the place I'm staying

23   at.

24   Q.      Did they pay for your cable?

25   A.      Everything included in the rent.

1    Q.      So they pay for everything?

2    A.      Yeah.

3    Q.      So would you call up Detective Moody and say,

4    "My rent check's due"?

5    A.      No.

6    Q.      Would you call Detective Moody and say, "I

7    need some spending money"?

8    A.      No.

9    Q.      So how would you get your rent check?

10   A.      I don't get it.

11   Q.      Oh, they just pay it for you?

12   A.      Yeah.

13   Q.      And wherever you are -- and again, don't say

14   where you are -- it was a pretty nice place, wasn't

15   it?

16   A.      It's okay.

17   Q.      Well, you are going -- go on Facebook and

18   stuff like that, don't you?

19   A.      I don't have no Facebook.

20   Q.      You've never gone on any computer, Facebook,

21   anything like that?

22   A.      My girlfriend got Facebook.

23   Q.      Oh, your girlfriend has a Facebook.  And she

24   went with you to live wherever you went?

25   A.      Yeah.

```
 1    Q.      And you know that she was bragging that some

 2    NBA players lived in your building and you had a pool

 3    and everything else, right?

 4    A.      I ain't know she was bragging.

 5    Q.      Well, did you live around some NBA players?

 6    A.      I don't know who living there.

 7    Q.      Did you have a pool?

 8    A.      There's a pool in the building.

 9    Q.      Did you go swimming in the pool?

10    A.      I don't like to swim.

11    Q.      Okay.  So you know that they put you up -- and

12    how much money -- do you know how much money -- not

13    that they gave it to you, but how much money they

14    have paid for you?  How much is your rent?

15    A.      I don't know.  Because I don't never see that.

16    Q.      Okay.  And is this going to last -- the

17    government's going to pay for your rent for how much

18    longer?

19    A.      I don't know.

20    Q.      Okay.  And aside from paying for your rent, we

21    already talked about the drug charge in Baltimore

22    City that they got dismissed for you; you got

23    immunity, right?

24    A.      Yes.

25    Q.      What's immunity to you?  What's that mean?
```

1    A.      That I'm not going to be charged.

2    Q.      Not going to be charged for the Martie

3    Williams murder, and not going to be charged for the

4    Kareem Guest murder, correct?

5    A.      I guess.

6    Q.      Well, you know what that means, right?

7    A.      I just said I'm not going to be charged.  You

8    asked me the same thing.

9    Q.      Right.  Now, the day that Kareem Guest got

10   killed -- there was a lot of this yesterday, and I'll

11   just stand over here.

12           Now, isn't it a fact -- this is the

13   picture, it's government Exhibit 4.  Do you see this?

14   A.      Yeah.

15   Q.      Okay.  And this is a photograph of where Mr.

16   Guest was killed, correct?

17   A.      Yeah.

18   Q.      And if I understand your testimony yesterday,

19   your testimony was -- and let me just use a bigger,

20   better picture here.  My understanding of your

21   testimony yesterday, and correct me if I'm wrong, was

22   that when Mack started going down the cut, you went

23   and got in this SUV; is that correct?

24   A.      Uh-huh.

25   Q.      I'm sorry.  I couldn't hear you.

```
1     A.      Yes.

2     Q.      So what part of the car did you get in?

3     A.      Right here.

4     Q.      Pointing to the driver's side?

5     A.      The back.

6     Q.      The back.  The driver's side passenger door,

7     right?

8     A.      Yeah.

9     Q.      So Mr. Duckett, if someone said to this jury

10    that, you and Mr. Hall, supposedly you were right

11    next to the body of Kareem Guest when Mr. Guest was

12    shot, that you were on the grass right here --

13              MR. PURCELL:  Objection.

14              MR. SULLIVAN:  -- that would be a lie?

15              MR. PURCELL:  Objection.

16              THE COURT:  Sustained.  Sustained.

17    BY MR. SULLIVAN

18    Q.      Did you ever go on the grassy area?

19    A.      Before Kareem was right there, yeah.

20    Q.      No.  I'm talking when Kareem was walking down

21    and according to you Mr. Hall started following him,

22    according to you, did you ever go on the grass area?

23    A.      No.

24    Q.      Did you ever put a toe on the grass area?

25    A.      No.
```

41

```
 1      Q.      Did you ever come close to Mr. Guest's body?

 2      A.      No.

 3      Q.      You went right to the passenger -- rear

 4      passenger on the driver's side of the SUV?

 5      A.      Yeah.

 6      Q.      So was there music playing in the SUV?

 7      A.      I don't remember.

 8      Q.      Well, didn't you testify you heard Mr. Guest

 9      say something?

10      A.      Yeah.

11      Q.      Okay.  But you weren't right up near it at the

12      time?

13      A.      No.

14      Q.      Because you were in the car?

15      A.      I was going to the car.

16      Q.      You're in the car, or going to the car?

17      A.      When he start going over there shooting him, I

18      went to the car.

19      Q.      Okay.  Didn't go with him?

20      A.      No.

21      Q.      Didn't go on the grass?

22      A.      No.

23      Q.      What did he say, according to you?

24      A.      "Mack, don't do this".

25      Q.      "Don't do this to me, Mack"; that's what you
```

1    said yesterday.  Or is it --

2    A.       The same thing.

3    Q.       Well, it's not the same thing, sir.  You've

4    taken the oath.  I know you have immunity, but you've

5    taken an oath to tell the truth.  And what you said

6    yesterday is different now than what you said today.

7                 Do you remember exactly what Mr. Guest

8    said, or are you just kind of guessing?

9    A.       He said, "Mack, don't do this".

10   Q.       And you heard that from -- what was the

11   distance from the car that you were sitting in and

12   where Mr. Guest was?  What's the approximate

13   distance?

14   A.       I don't know.

15   Q.       You don't know.

16   A.       A couple feet, I guess.  I don't know.

17   Q.       A couple feet?

18   A.       I ain't no math wizard.  I don't know.

19   Q.       Well, speaking of math, I'm kind of confused

20   about:  Did you buy kilos with Mr. Hall?

21   A.       I would give him my money.  And when he get

22   back, I see it would be a kilo or whatever.

23   Q.       Did you buy kilos with Mr. Hall?

24   A.       I just answered your question.

25   Q.       Did you buy kilos with Mr. Hall?

43

```
 1      A.      I never went with him to get it, no.

 2      Q.      Okay.  So you're making a distinction between

 3      going to get it and giving money for it; is that a

 4      correct assumption?

 5      A.      Yeah.

 6      Q.      Okay.  Now, in 2005 through 2010 while you

 7      were on parole, you bought these kilos?

 8      A.      No.

 9      Q.      Between 2005 and 2010 while you're on parole,

10      you supposedly gave money to Mr. Hall to buy drugs,

11      correct?

12      A.      Yeah.

13      Q.      And what was the street price for a kilo in

14      2005, right when you got out?

15      A.      I don't know.  It was hard to get around that

16      time.  So --

17      Q.      What was the street price in 2006?

18      A.      I just said:  I don't know.

19      Q.      2007?

20      A.      I don't remember what the price was at them

21      times you ask me.

22      Q.      All the way through 2010?

23      A.      Exactly.

24      Q.      But you had your own independent sources of

25      supply, didn't you?
```

```
 1    A.      No.
 2    Q.      You never bought -- you never got quantities
 3    to sell on the streets from Terry?
 4    A.      No.
 5    Q.      You know who Terry is?
 6    A.      Yeah.
 7    Q.      What's Terry do?
 8    A.      I don't know what he does.  I never see that
 9    man doing nothing.
10    Q.      Not a drug supplier to you?
11    A.      No.
12    Q.      Now, the other thing you testified
13    yesterday -- and we don't need the exhibit for this,
14    but just try to help me understand this.
15            You were walking with Mr. Hall down Huron
16    Street.  Do you remember you testified to that
17    yesterday?
18    A.      Yes.
19    Q.      And for some reason Mr. Hall told you, "This
20    is where I shot a white guy"?
21    A.      Yeah.
22    Q.      So you're just walking down the street with
23    him and he just suddenly said that to you?
24    A.      Yeah.
25    Q.      When was that?  You got to lean forward so the
```

1      jury can hear you.

2      A.      I don't remember when it was.

3      Q.      Well, was it before Mr. Guest was shot?

4      A.      Yeah.

5      Q.      Was it before Mr. Williams was shot?

6      A.      Yeah.

7      Q.      Was it shortly after you got out of prison?

8      A.      Yeah.

9      Q.      So sometime between 2005 and March of 2009,

10     right?

11     A.      Yeah.

12     Q.      Did he tell you who the person was?

13     A.      He just said a white guy.

14     Q.      Now, how many times did you meet with Mr.

15     Purcell and Detective Moody and the government team

16     to prepare for your testimony?

17     A.      Once.

18     Q.      And when you prepared, you kind of went

19     through what the kind of questions you were going to

20     be asked, correct?

21     A.      No.

22     Q.      Okay.  They didn't show you any exhibits or

23     tell you what they were going to be talking to you

24     about?

25     A.      No.

1    Q.      So what did you meet with them about then?

2    A.      They just told me to be honest.

3    Q.      Okay.  Now, how far did you go in school?

4    A.      GED.

5    Q.      Okay.  So you can read and write English,

6    right?

7    A.      Yeah.

8    Q.      Did you ever write in your own handwriting any

9    statement about what happened to Martie Williams?

10   A.      No.

11   Q.      Huh?

12   A.      No.

13   Q.      Did you ever write in your own writing any

14   statement concerning your role in the murder of

15   Kareem Guest?

16   A.      I ain't had no role in the murder of Kareem

17   Guest.

18   Q.      Oh, you didn't?

19   A.      No.

20   Q.      You were there though, right?

21   A.      Yeah.

22   Q.      And you knew he was going to do it, right?

23   A.      Yeah.

24   Q.      And according to you, you didn't do anything

25   about it, right?

47

```
 1    A.      No.  I asked him, "Don't do it".  That was it.

 2    Q.      You said, "Don't do it"?

 3    A.      Right.

 4    Q.      So do you have immunity for the Kareem Guest

 5    murder?

 6    A.      I don't know.  I ain't -- I don't know.

 7    Q.      Well, the government explained to you I think

 8    yesterday and before that if there's a murder in a

 9    drug conspiracy, you could legally be responsible for

10    it if you're part of that drug conspiracy, right?

11    A.      Right.

12    Q.      So if Kareem Guest was killed in a drug

13    conspiracy that you were involved in, Kevin Duckett

14    could be on the hook for that, right?

15    A.      Yeah.

16    Q.      But you have immunity, right?

17    A.      Correct.

18    Q.      By the way, did you ever tell Mr. Guest -- you

19    knew he was a cooperator, right?  You knew he was a

20    snitch, right?

21    A.      Yeah.

22    Q.      Did you ever tell Mr. Guest, "Man, you better

23    get out of here because Shorty's going to smash you"?

24    A.      No.

25    Q.      Why not?
```

STEVEN DUCKETT - CROSS - SHIRAZYAN

48

```
1    A.      Because that was my first time seeing him that

2    night when it happened to him.

3    Q.      So your testimony is the first night you saw

4    Kareem Guest was the night he was killed?

5    A.      Yeah.

6    Q.      You never saw him in Westport at any point

7    prior to that?

8    A.      No.

9    Q.      And you never -- I know I asked you, but

10   please help me here.  You never asked -- you were

11   never asked to write a statement in your own writing?

12   A.      No.

13   Q.      Now, Mr. Duckett, let's talk about Martie

14   Williams for a second.  Help me understand this.

15   Were you involved in the murder of Martie Williams?

16   Yes or no.

17   A.      Yeah.

18   Q.      Okay.  And you knew you were involved in the

19   murder.  That's why you went to the mall, right?

20   A.      No.  I was -- I had intentions ongoing to the

21   mall, anyway.

22   Q.      So the fact that you just solicited the murder

23   of someone, you were just going to go to the mall

24   after that just anyways; it was already on your

25   agenda for that day to go to the mall?
```

1    A.      Yeah.

2    Q.      And what were you going to do there?

3    A.      To shop.

4    Q.      To shop.  Okay.  But isn't it a fact, sir, and

5    isn't it the truth, that you went to the mall so you

6    could get a receipt so it could be an alibi so when

7    the Baltimore City Homicide detectives came to talk

8    to you, you could say, "I don't know anything about

9    it; I was at the mall at Mr. Denims".

10   A.      Everybody get a receipt when they leave the

11   store.

12   Q.      Uh-huh.  So you're telling the ladies and

13   gentlemen of the jury that you didn't go to the mall

14   to get a receipt to try to prove that you didn't have

15   anything to do with the Martie Williams murder?

16           That never crossed your mind, to have an

17   alibi?

18           You know what an alibi is, right?

19   A.      Yeah.

20   Q.      Mr. Purcell talked to you about it yesterday,

21   right?

22   A.      Yeah.

23   Q.      And just so I understand it, you woke up, you

24   said:  Okay.  I'm going to help get Martie Williams

25   killed.  And then I'm going to go to the mall and buy

1    some stuff, and I'll probably get a receipt from

2    that?

3    A.      No.

4                THE COURT:  Hold on one second, Mr.

5    Sullivan.  Can you all approach the bench just one

6    second, please.  Just for a procedural matter.

7                (BENCH CONFERENCE ON THE RECORD.)

8                THE COURT:  Mr. Proctor, that microphone

9    is slightly open there at the table.  I don't know

10   whether it's just my receiver, but I can hear you

11   slightly talking to Mr. Hall.  Can you make sure that

12   the microphone is turned out at the defense table;

13   because I can hear some conversation.  Just be

14   careful, because I don't know whether the jury can

15   hear it or not.  You're not disrupting anything; it

16   just occurred to me it may be an open mike there.

17               (END OF BENCH CONFERENCE.)

18               THE COURT:  Thank you.  I didn't mean to

19   interrupt you, Mr. Sullivan.  I'm sorry.  Just a

20   procedural matter.

21   BY MR. SULLIVAN:

22   Q.      Well, didn't you go back, Mr. Duckett.  I'm

23   over here.  Didn't you go back to Mr. Denim and have

24   them reprint the receipt for you?

25   A.      Yeah.

1    Q.      Okay.  So why did you do that?

2    A.      Because I heard they was -- wanted to question

3    me about the murder.

4    Q.      And you also heard that they saw you on one of

5    the POD cameras leaving the row house, right?

6    A.      I ain't hear that at that time.

7    Q.      But you heard it later, right?

8    A.      Uh-huh.

9    Q.      So did you go to them and say:  I got this

10   call from Mack; and I said Martie was there; and

11   they -- he killed Martie?  Did you tell the police

12   that?

13   A.      Yeah.

14   Q.      You told the police that right when they came

15   to see you the first time?

16   A.      No.

17   Q.      Huh?

18   A.      No.

19   Q.      Why not?

20   A.      Because I told them I ain't want to be

21   questioned and my lawyer came and got me.

22   Q.      Okay.  But now that you got this deal with the

23   government for immunity knowing that you're never

24   going to be held responsible for Martie Williams'

25   murder, you're more than happy to talk about it,

STEVEN DUCKETT - CROSS - SHIA/RYAN

52

```
1       correct?

2       A.      No, I ain't more than happy to talk about it.

3       Q.      Well, you know you're never going to be

4       prosecuted and go back to jail for it, right?

5       A.      Right.

6       Q.      Now, when you first started meeting with the

7       government, did you make sure that you were to get

8       immunity in the very beginning?

9       A.      I mean, they came to me with it.  I ain't ask

10      for it.

11      Q.      So the government came to you with immunity.

12      You didn't ask for it; is that correct?

13      A.      Right.

14      Q.      Now, do you remember -- we talked about these

15      fights you were in and all the activity in Westport.

16      Do you remember a murder occurring at the 660 block

17      of Patapsco?

18      A.      No.

19      Q.      Do you remember being stopped by the police?

20      A.      Yeah.

21      Q.      And wasn't there a murder that had just

22      occurred?

23      A.      Yeah.

24      Q.      And did you talk to the Baltimore City police

25      or the FBI or the task force about that murder?
```

53

1    A.      No.

2    Q.      Why not?

3    A.      Because I ain't know nothing about that

4    murder.

5    Q.      Okay.  But your parole got violated as a

6    result of that, didn't it?

7    A.      No.

8    Q.      It didn't?

9    A.      No.

10   Q.      Okay.  Now, when you went to the grand jury,

11   do you remember the date the first time you went?

12   A.      No.

13   Q.      Do you remember the first time you met with

14   the government?

15   A.      Yeah.

16   Q.      When was that?

17   A.      I don't remember what the date was.

18   Q.      Do you remember the date that Martie Williams

19   was killed?

20   A.      I don't remember the date.

21   Q.      Do you remember the month?

22   A.      No.

23   Q.      Do you remember the year?

24   A.      Yeah.

25   Q.      What year?

1    A.      2009.

2    Q.      Do you remember when Mr. Guest was killed?

3    A.      2010.

4    Q.      So Mr. Guest was killed in 2010.  Do you know

5    what month in 2010 Mr. Guest was killed?

6    A.      I don't remember.

7    Q.      Okay.  Now, did you meet with the government

8    in a conference room before you went into the grand

9    jury?  Did you meet with them and talk with them?

10   A.      Yeah.

11   Q.      Okay.  And did one of the government attorneys

12   tell you at that point that, whatever you tell them,

13   they'll never use it against you?

14   A.      I don't recall.

15   Q.      You don't recall what they said?

16   A.      I don't recall them saying what you just asked

17   me.

18   Q.      Well, what do you recall them saying to you?

19   And let me just set the stage for you.  Let me with

20   withdraw that question and say it like this.

21           You knew you were good for participation

22   in the Martie Williams murder, correct?

23   A.      They just told me to be honest about

24   everything.

25   Q.      And in return for being honest about

1    everything and telling the truth, what would they do?

2    A.    That I was getting immunity.

3    Q.    Getting what?

4    A.    Immunity.

5    Q.    Immunity.  Okay.  Do you remember telling the

6    grand jury that on October 28 -- Page 19 if the

7    government wants to look at it -- that if anybody

8    said you were directly behind Mack or near Mack when

9    Mr. Guest was shot, that that would not be true?  Do

10   you remember that?

11   A.    Yeah.

12   Q.    We already went through that.  And your

13   testimony is that you went into the car and you

14   didn't go on the grass, correct?

15   A.    Right.

16             MR. PURCELL:  Excuse me.  Where were you

17   quoting from?

18             (Counsel confer.)

19             THE COURT:  I'm sorry.  Counsel, don't

20   talk to each other.  Is it in reference to the grand

21   jury transcript?

22             MR. PURCELL:  Yes, Your Honor.

23             THE COURT:  Page 19 of the grand jury

24   transcript.

25             MR. PURCELL:  Yeah, that's not what you

1        just asked him.  I object.  May I approach.

2                    THE COURT:  Approach the bench, please.

3                    (BENCH CONFERENCE ON THE RECORD.)

4                    THE COURT:  Your objection is it's not a

5        correct summary?

6                    MR. PURCELL:  He was saying -- he just

7        completely misquoted it.  He said that -- so if

8        someone said, you just murdered the question -- if

9        someone said you weren't near the car, that would not

10       be true.

11                   MR. SULLIVAN:  Can you keep your voice

12       down?  The jury doesn't need to hear this.

13                   MR. PURCELL:  Well, they need to hear the

14       truth.

15                   THE COURT:  They're not supposed to hear

16       your voice up here obviously, Mr. Purcell.  Keep your

17       voice down.

18                   MR. PURCELL:  I would just simply ask

19       that, if you're going to recite --

20                   THE COURT:  There is an objection to an

21       inaccurate summary of the grand jury testimony.  The

22       objection can be sustained and Mr. Sullivan can

23       rephrase the question.

24                   MR. SULLIVAN:  I can do that.  And I'm

25       terribly sorry if I upset the government.

STEVEN DUCKETT - CROSS - SULLIVAN                    57

1                    (JURY IN.)

2              THE COURT:  There was an objection to the

3     summary of the grand jury testimony.  The objection

4     is sustained.  That was an inaccurate summary and Mr.

5     Sullivan can rephrase the question if he chooses.

6     The objection is sustained.

7     BY MR. SULLIVAN

8     Q.      Mr. Duckett, I'm showing you government's

9     Exhibit 177.  Do you know what this is?

10    A.      Yes.

11    Q.      Have you seen this before?

12    A.      No.

13    Q.      You've never seen your grand jury transcript

14    before?

15    A.      No.

16    Q.      Do you remember what happened when you

17    appeared in front of the grand jury on October 28,

18    2010?

19    A.      Yeah.

20    Q.      Do you remember you took an oath to tell the

21    truth?

22    A.      Yeah.

23    Q.      And Mr. Purcell over there gave you a long

24    litany of all the bad things that can happen to you

25    if you lied; do you remember that?

1    A.    Yeah.

2    Q.    I direct your attention to Page 19.

3          THE COURT:  This is government Exhibit

4    177, which is marked for identification only but can

5    be shown to the witness with respect to his

6    recollection.

7    BY MR. SULLIVAN:

8    Q.    I'm going to ask you to read to yourself

9    starting at Line 5, the question, all the way to Line

10   11.

11   A.    Yeah.

12   Q.    So you've had a chance to read Line 5 to Line

13   11?

14   A.    Uh-huh.

15   Q.    And you were asked the question, "You know

16   that" -- and this is from Mr. Purcell -- "You know

17   that" -- and you can follow along -- "You know that

18   at least some information I had, because I mentioned

19   it to you, was that some witnesses -- or we have

20   information, I should say, that you were actually

21   behind Mack and that you were standing near Mack when

22   the shooting happened; is that true?"

23          And your answer was?

24   A.    "That's false".

25   Q.    And Mr. Purcell said. "Okay.  You sure?"

```
 1                   And your answer was?

 2     A.      "I'm positive".

 3                   MR. PURCELL:  Thank you.

 4     BY MR. SULLIVAN

 5     Q.      Mr. Duckett, I'm almost done.

 6                   When you were 15 -- and how old are you

 7     now?

 8     A.      28.

 9     Q.      So from 15 to 28 -- what's that; how many

10     years is that?  13 years?

11     A.      Yeah.

12     Q.      You have lived a life of crime, haven't you?

13     A.      No.

14     Q.      Well, you're a drug dealer, right?  You got to

15     lean up.

16     A.      Yeah, I sold drugs.

17     Q.      You're a drug dealer, right?

18     A.      I sold drugs.

19     Q.      Well, that by definition makes you a drug

20     dealer, right?

21     A.      No.

22     Q.      Okay.  All right.  You sold drugs, right?

23     A.      Yeah.

24     Q.      You beat up people?

25     A.      Yeah.
```

1    Q.      You robbed people with -- at gunpoint?

2    A.      Yeah.

3    Q.      And you participated in the murder of Martie

4    Williams?

5    A.      Yeah.

6    Q.      And you were there when Kareem Guest got

7    murdered?

8    A.      Yeah.

9    Q.      And --

10          THE COURT:  Keep your voice up and speak

11   into the microphone, please.

12   BY MR. SULLIVAN

13   Q.      And now I guess you've put all this behind

14   you, right?

15   A.      I'm trying to.

16   Q.      And isn't it a fact, sir, that you put all

17   this behind you because the government is giving you

18   a get-out-of-jail-free card on all of that crime,

19   correct?

20   A.      No.

21   Q.      They're not?  They didn't give you immunity?

22   A.      Yeah, they did.

23   Q.      Right.  And you know you won't be prosecuted,

24   right?

25          MR. PURCELL:  Objection.  This has been

1    reviewed about five times.

2                    THE COURT:  I'm sorry?

3                    MR. PURCELL:  We've asked and answered

4    the immunity issue about four times.

5                    THE COURT:  Overruled.  One more time.

6    You may approach it one more time, Mr. Sullivan.

7    BY MR. SULLIVAN:

8    Q.      You know that the United States Attorney's

9    Office for the District of Maryland is not going to,

10   they're not going to prosecute you for any of those

11   crimes we've talked about, correct?

12   A.      Right.

13   Q.      And in return for your testimony today?

14   A.      Right.

15                   MR. SULLIVAN:  No further questions.

16                   THE COURT:  Redirect, Mr. Purcell.

17                        REDIRECT EXAMINATION

18   BY MR. PURCELL:

19   Q.      Counsel just brought up an issue about your

20   life of crime and whether or not it's a life of

21   crime.  But during your ages of 15 to 28 when you

22   were committing crime out in Westport, who were you

23   standing next to most of the time?

24   A.      Most of the time I was locked up from that

25   time.

```
 1     Q.      When you weren't locked up and you were
 2     committing crime in Westport, who were you committing
 3     those crimes with?  Like selling the drugs and --
 4     A.      Mack.
 5     Q.      Mack.  You didn't shoot anybody, did you?
 6     A.      No.
 7     Q.      Who did the shooting?
 8     A.      Mack.
 9     Q.      And, Mack, you mean this guy right here in the
10     green shirt?
11     A.      Yeah.
12             THE COURT:  The record will reflect the
13     witness has identified the defendant Antonio Hall.
14     BY MR. PURCELL:
15     Q.      And you didn't buy the kilos.  Who bought the
16     kilos?
17     A.      Mack.
18     Q.      You bought your half kilo, is that what you
19     were trying to tell me earlier on when I was asking
20     you about that?
21             MR. SULLIVAN:  Objection to what he was
22     trying to tell him.
23             THE COURT:  Sustained.
24     BY MR. PURCELL:
25     Q.      Well, is that what you meant when you said you
```

KEVIN PUCKETT - REDIRECT - PURCELL

63

1    were getting half kilos?  Mack was buying the whole

2    and you were getting half?

3    A.      No.

4    Q.      Well, you answered a question from counsel

5    here that said Mack would come back with kilos; is

6    that correct?

7    A.      Right.

8    Q.      You'd see him come back with kilos?  Let's get

9    that clear, then.  You're saying, yes --

10   A.      Yes.

11   Q.      -- you would see Mack come back with kilos; is

12   that right?

13   A.      Yes.

14   Q.      And you'd get a piece of those kilos?

15   A.      Yes.

16   Q.      How many times did you see him come back with

17   kilos?

18                   Kilos we're talking about now.  How many?

19   A.      I mean, I can't recall how many times it was.

20   But it was more than once.

21   Q.      Yeah.  And you'd get a piece of that?

22   A.      I'd get something out of it.

23   Q.      Something.  Okay.  Thank you for clearing that

24   up.

25                   Now, counsel made a point of your

```
1    reputation.  He asked you, in fact, if people were
2    afraid of you.  Do you know of anybody who is afraid
3    of you?
4    A.     No.
5    Q.     Is that your reputation in the neighborhood,
6    that people were afraid of you?
7    A.     No.
8    Q.     Were people afraid of Mack?
9    A.     Yeah.
10   Q.     Were you afraid of Mack?
11   A.     Yeah.
12   Q.     You were so afraid that on 11-20-2010 you had
13   the police move you out of town after you talked to
14   him and he told you about Roddy; isn't that right?
15   A.     Yeah.
16   Q.     What were you afraid of?  What did you think
17   he might do?
18   A.     Kill me.
19   Q.     So you were so afraid your best friend would
20   even kill you, wouldn't he?
21   A.     Yeah.
22   Q.     This guy right here in the green shirt, Mack?
23   A.     Yeah.
24   Q.     Did I tell you to say that?
25   A.     No.
```

KEVIN DUCKETT - REDIRECT - PURCELL

65

```
 1    Q.      Now, about your new life.  Are you liking it,
 2    being away from your friends and family?
 3    A.      No.
 4    Q.      Do you feel like you have a bullseye on your
 5    back?
 6    A.      Yeah.
 7    Q.      Why?
 8    A.      Because now I'm labeled as a snitch.
 9    Q.      Yeah.  What happens to snitches?
10    A.      They get killed.
11            MR. SULLIVAN:  Objection.
12    BY MR. PURCELL:
13    Q.      What happens to snitches?
14    A.      They get killed.
15    Q.      How do you know that snitches get killed?
16    A.      Because I seen it happen.
17    Q.      Yeah.  What happened to Kareem Guest?
18    A.      He got killed.
19    Q.      Who killed him?
20    A.      Mack.
21    Q.      For what?
22    A.      Because he was a snitch.
23    Q.      Didn't snitch on you though, did he?
24    A.      No.
25    Q.      Now, you were asked about Terry.  Would Mack
```

1    go off with the money you gave him, go off to Terry?

2    A.     I don't know who he would go off to.

3    Q.     What's Terry's relationship to Mack?

4    A.     Cousin.

5    Q.     Cousin.  Is he a real cousin?

6    A.     His cousin.

7    Q.     Yeah.  Not -- it's his cousin?

8    A.     Yeah.

9    Q.     A real cousin.  Not like you and he call each

10   other cousins; but a real cousin?

11   A.     Yeah.

12   Q.     Now, you were also asked if you were aware

13   of -- I think actually it was a school security

14   camera that we've used already, we'll see later in

15   the case.  But when you were leaving the Williams

16   house that camera picked you up leaving walking down

17   the street in the direction you indicated; is that

18   right?

19   A.     Yeah.

20   Q.     Did you see it?

21   A.     No.

22   Q.     And the camera shows two people running into

23   the house.  Did they tell you that?  Did Detective

24   Moody tell you that?

25   A.     I didn't even get a chance to talk to the

1     detective.

2     Q.      But you know that it has you walking out of

3     the house and walking down the street?

4     A.      Yeah.

5     Q.      Before the murder?

6     A.      Yeah.

7     Q.      When you heard the shots, you were still on

8     the street?

9     A.      Yeah.

10    Q.      And who called you before that murder to make

11    sure that Martie was there so he could go kill him?

12    A.      Mack.

13    Q.      Have you ever denied that you knew Mack was

14    going to be killed -- I'm sorry -- that Mr. Guest was

15    going to be killed the night that he was killed?

16    A.      Say that again?

17    Q.      Did you ever deny that you knew that?

18    A.      No.

19    Q.      You told us that.  We didn't know that, did

20    we?  You told us that, yourself?

21    A.      Yeah.

22    Q.      And you're the one that told the government

23    that you got the call to get Mack over there.  Nobody

24    knew that before either, did we, until you told us?

25    A.      Yeah.

1    Q.      And you were told to do one thing when you

2    came in here.  And what was that one thing?

3    A.      Tell the truth.

4    Q.      Have you done that?

5              MR. SULLIVAN:  Objection.

6              THE COURT:  Sustained.

7              MR. PURCELL:  No further questions.

8              THE COURT:  Recross?

9                    RECROSS-EXAMINATION

10   BY MR. SULLIVAN:

11   Q.      Mr. Duckett, give me one day, give me a

12   season, give me a year when you supposedly got a half

13   kilo from Mr. Hall.

14   A.      I never said I got a half a kilo from Mr.

15   Hall.

16   Q.      Okay.  Didn't you just tell the government

17   that?

18   A.      No.  I said that Mr. Hall took the half a kilo

19   from somebody.

20   Q.      Give me a season of the year and a year when

21   you got quantity from Mr. Hall that appeared to you

22   to be from a kilo.

23   A.      I don't know the season.

24   Q.      Okay.  Do you know the year?

25   A.      No.

KEVIN DUCKETT - RECROSS - SULLIVAN

69

```
1     Q.      Okay.  And Mr. Purcell just asked you about
2     Terry.  Terry was your -- one of your drug suppliers,
3     correct?
4     A.      No.
5     Q.      No?
6     A.      No.
7             MR. SULLIVAN:  February 3rd, 2011 grand
8     jury transcript, Mr. Purcell.
9             MR. PURCELL:  Thank you.  I'm sorry, what
10    page are you on?
11            MR. SULLIVAN:  Page No. 10.
12            MR. PURCELL:  Thanks.
13            MR. SULLIVAN:  Your Honor, may I approach
14    the witness?
15            THE COURT:  Yes.
16            MR. SULLIVAN:  Mr. Duckett, I'm going to
17    show you what's been marked as government Exhibit
18    178.  And just like we did before, I'm going to
19    direct your attention to read for yourself Lines 11
20    through 15.
21            THE COURT:  Again, 178 is marked for
22    identification only.
23            MR. PURCELL:  Mr. Sullivan, Page 10?
24            MR. SULLIVAN:  Yes.  Lines 11 through 15.
25    BY MR. SULLIVAN:
```

```
 1      Q.      Did you have an opportunity to read that area,
 2      that line, 11 through 15 of your grand jury testimony
 3      on February 3, 2011?
 4      A.      Yeah.
 5      Q.      And again, you were under oath at the time,
 6      correct?
 7      A.      Yeah.
 8      Q.      And Mr. Purcell asked you, question, "Okay.
 9      Well, was one of the sources of supply that you used
10      fairly frequently a person that was related to Mack?"
11              And what did you answer?
12      A.      "Yes".
13      Q.      And Mr. Purcell said, "And who was that?"
14              And what was your answer?
15      A.      "Terry".
16      Q.      So Terry was a source of supply of drugs to
17      you?
18      A.      I never got no drugs from Terry.
19      Q.      Well, didn't you tell the government that
20      on -- just February 3rd, 2011, you told the
21      government -- and let's look at it together -- that
22      Terry was a person who you -- who was a source of
23      supply for you.  Frequent source of supply; fairly
24      frequent source of supply.
25      A.      I just assumed that Terry was the one Mack was
```


71

```
 1          getting it from.

 2          Q.      But that wasn't the question, Mr. Duckett.

 3          The question by the government counsel was, "Was one

 4          of the sources of supply that you used frequently,

 5          fairly frequently, a person that was related to

 6          Mack?"

 7                          And you answered, "Yes".

 8                          And Mr. Purcell asked, "And who was

 9          that?"

10                          And you said, "Terry," right?

11          A.      Yeah.

12          Q.      So Terry was a source of supply for you of

13          drugs, correct?

14          A.      I never got nothing from Terry.

15          Q.      But isn't that what you told the grand jury

16          that Terry was?

17          A.      I see what it said.

18          Q.      I'm sorry?

19          A.      I see what it said.

20          Q.      But would you agree he with me that you told

21          the grand jury and the government in February of 2011

22          of this year that Terry was a fairly frequent source

23          of drugs to you?

24          A.      I must have got confused by the question.

25                          MR. SULLIVAN:  Must have got confused by
```

1    the question.

2              I have no further questions.

3              THE COURT:  Any re-redirect, Mr. Purcell?

4              MR. PURCELL:  No.

5              THE COURT:  Mr. Duckett, you may step

6    down.  You should not discuss your testimony with

7    anyone until this trial concludes in the event that

8    you're called back to the witness stand, sir.

9              MR. PURCELL:  Government calls Tamica

10   Mouzon.

11   Whereupon:

12                   TAMICA MOUZON,

13   called as a witness, having been first duly sworn

14   according to law, testified as follows:

15             THE DEPUTY CLERK:  State your full name

16   for the record and please spell your first and your

17   last name.

18             THE WITNESS:  Tamica Mouzon.

19   T-a-m-i-c-a, M-o-u-z-o-n.

20             THE DEPUTY CLERK:  Thank you.

21                  DIRECT EXAMINATION

22   BY MR. PURCELL:

23   Q.    Good morning, Miss Mouzon.  Let's begin with

24   some background.  You're married?

25   A.    Yes.

```
 1      Q.      What's your husband's name?

 2      A.      Maurice Mouzon.

 3      Q.      Does he have a nickname?

 4      A.      Black.

 5      Q.      And where is he now?

 6      A.      Incarcerated.

 7      Q.      For a federal drug violation?

 8      A.      Yes.

 9      Q.      Do you remember when it was he went to jail?

10      A.      Say it again?

11      Q.      Do you remember when it was he was -- when he

12   was convicted and sent off to jail?

13      A.      Actually, four and a half years ago.

14      Q.      Four and a half years ago.  Thank you.  2007

15   sometime?

16      A.      Yeah, around that time.

17      Q.      Now, you know why you're here today, of

18   course?

19      A.      Yeah.

20      Q.      We've met before?

21      A.      Uh-huh.

22      Q.      You've been in the grand jury, I think, what,

23   three times?

24      A.      Yes.

25      Q.      Hopefully this is the last time.
```

```
 1              THE COURT:  Mr. Purcell, would keep your
 2     voice up, please.  Thank you.
 3     BY MR. PURCELL:
 4     Q.     Now, in relation to your -- while we're doing
 5     some background.  While your husband was still on the
 6     street, I guess back in 2005, I direct your attention
 7     to that time in May 2005, did there ever come a time
 8     when your home was robbed, you were robbed in your
 9     home?
10     A.     Yes.
11     Q.     And did you -- can you tell us what the people
12     who came in were looking for, if they told you?
13     A.     Money.
14     Q.     Did they say money and drugs or just money?
15     A.     Just money.
16     Q.     And where were you in the house when that
17     happened?
18     A.     In my daughter's room.
19     Q.     Did you make a report about that to the
20     police?
21     A.     Yes.
22     Q.     Did you tell your husband about that?
23     A.     He was there actually afterwards.
24     Q.     He was there afterwards.
25     A.     Huh-huh.
```

SAMEGA MAIZON DIRECT PURCELL

75

```
1    Q.    So you told Black about the home invasion?

2    A.    Uh-huh.

3    Q.    Did you know Kareem Guest?

4    A.    Yes.

5    Q.    How did you know him?

6    A.    Around the neighborhood.

7    Q.    What neighborhood?

8              THE COURT:  If you'll lean into the

9    microphone, please.

10             THE WITNESS:  Westport.

11   BY MR. PURCELL:

12   Q.    You can pull that towards you if you need to.

13   A.    Westport.

14   Q.    How did you know him?

15   A.    We lived in the same neighborhood.

16   Q.    Where did you grow up?

17   A.    I grew up in Lafayette Projects.  But I moved

18   into Westport.

19   Q.    When?

20   A.    Back in like '93.  '92, '93.

21   Q.    All right.  So you've known him for a long

22   time?

23   A.    Yes.

24   Q.    All right.  Do you know the defendant, Mr.

25   Hall?
```

1    A.      Yes.

2    Q.      How long have you known him?

3    A.      For a while.  I'm not for sure, but for a

4    while.

5    Q.      Years?

6    A.      Yeah.

7    Q.      Now, I just want to talk to you about the

8    evening of September 20th, 2009.  You've been

9    questioned about this a couple of times, haven't you?

10   A.      Yes.

11   Q.      And let me ask you -- just while we're talking

12   about having been questioned before -- I'm going to

13   direct your attention to this exhibit in front of

14   you.  You and I have actually met prior to you coming

15   in here with your attorney and you've reviewed these

16   transcripts to some extent.  And I see your name is

17   written on each of them.  So these are the exhibits

18   that you recognize; is that right?

19   A.      Yes.

20   Q.      As the transcripts of your grand jury

21   appearances?

22   A.      Yes.

23   Q.      And we've marked them, 1, 2, 3.  Actually,

24   they have exhibit numbers but I'll read them as I go.

25           But they're in order of your first,

1    second, and third appearance, rather than looking at

2    the dates.  But just tell us the date of your first

3    appearance.

4    A.      February the 4th, 2010.

5    Q.      Okay.  Now, do you remember coming to the

6    grand jury, February 4th, 2010?

7    A.      Yeah, I think.

8    Q.      You're not going to forget that, are you?

9    A.      No.

10   Q.      Now, did a friend of yours come to the grand

11   jury the same day?  Did a woman friend of yours go to

12   the grand jury the same day?

13           You may not even know.  Do you know Rain

14   Curtis?

15   A.      Oh, yes.

16   Q.      Did you know that she was there the same day?

17   A.      No, I didn't.

18   Q.      You didn't know that?

19   A.      Huh-uh.

20   Q.      Okay.  You weren't supposed to know that.

21   Fine.

22           MR. SULLIVAN:  Your Honor, is that a

23   question to the witness?

24           THE COURT:  No, no, it was not.

25           Move forward, Mr. Purcell.

78

```
 1      BY MR. PURCELL:

 2      Q.      So when you went to the grand jury that day,

 3      what were you questioned about?

 4      A.      Kareem Guest's murder.

 5      Q.      And were you asked that day whether you were

 6      at the scene of the murder or were a witness to it in

 7      any way?

 8      A.      Yes.

 9      Q.      And what did you tell the grand jury as to

10      that question?

11      A.      Yes, I was there.

12      Q.      All right.  Did you tell them that you were

13      present at the time that it happened?

14      A.      Yes, but not actually there at the scene.

15      Q.      No.  At the time of the shooting is what I'm

16      talking about.

17      A.      Oh, yes.

18      Q.      Pardon me?

19      A.      Yes, I did.  I just didn't say I was there,

20      like right actually there.

21      Q.      Okay.  So you were not truthful about being

22      there when it happened?

23      A.      Right.

24      Q.      Why not?

25      A.      It's just something you don't talk about.
```

1    Q.      What do you mean, something you don't talk

2    about?

3    A.      It's just something you just, I didn't want to

4    be involved in.

5    Q.      Okay.  So basically it's understood if you see

6    something, you didn't see something?

7    A.      Say that again?

8    Q.      If you're there and something happens, you

9    didn't see it?  Is that basically what you mean by

10   it's understood you don't say something?

11   A.      No.

12   Q.      What do you mean?

13   A.      I mean it's just the -- itself, the whole

14   ordeal.  I didn't want to be involved.

15   Q.      Okay.  So you told the grand jury:  I didn't

16   see anything; I wasn't there?

17   A.      Right.

18   Q.      Okay.  Now, you came to the grand jury a

19   second time.  But, let me ask you this before we go

20   on.  In this grand jury, your first time on February

21   4th, 2010, if we can look at it to see if you'll

22   forget, but you did say some things about being over

23   there and walking through Maisel Court that night,

24   right?

25   A.      Yes.

SAMECA MOUZON - DIRECT - PURCELL

80

```
1      Q.      And you did describe some of the people that
2   you did see that night?
3      A.      Yes.
4      Q.      And you described, in fact, seeing Robert
5   Jones; that is, Seattle being there?
6      A.      Yes.
7      Q.      And that was true?
8      A.      Yes.
9      Q.      And did you describe seeing Avery there?
10     A.      Yes.
11     Q.      Okay.  You described seeing Kevin there?
12     A.      Yes.
13     Q.      But you didn't describe seeing Mack there, is
14  that right?
15     A.      No.  No.  Yes.  Yes, I did.
16     Q.      Pardon me?
17     A.      Yes, I did.
18     Q.      Yes, you did what?
19     A.      I did say he was out there.
20     Q.      Oh, you did?
21     A.      Uh-huh.
22     Q.      At the time of the shooting, or when you went
23  through?
24     A.      No, no.  Not at the time of the shooting, but
25  before then.
```

1    Q.      Yeah.  Hours before?

2    A.      Yeah, I guess, if it was hours.

3    Q.      Well, let's take a look.  Let's take a look.

4    All right.  Let's take a look at No. 1.  Just read it

5    first.

6                THE COURT:  Is that an exhibit that's

7    marked for identification, Mr. Purcell?

8                MR. PURCELL:  Yes, Your Honor.  It's

9    government Exhibit 158.

10               THE COURT:  Government Exhibit 158, like

11   the other grand jury transcripts, it's marked for

12   identification only.

13   BY MR. PURCELL:

14   Q.      This is your transcript; you reviewed it?

15   A.      Yes.

16   Q.      Now, just take a look at this.  I asked you

17   this question here, it begins -- it's my last

18   question at the top of the page -- is, "Now" -- this

19   is me, question -- I think it's me, isn't it?

20               "Let's go back to the cut.  You mentioned

21   to us that you saw some other people around".  Are

22   you reading with me?

23   A.      Okay.

24   Q.      "We asked you, for instance, if you had seen

25   Big Kev that day.

1              "Yes.

2              "Was Big Kev there as well?

3              "Yes".

4              And we talked about when you were walking

5     through the cut, right?

6     A.     Yes.

7     Q.     Okay.  "Was Mack there?"  Answer.  What was

8     your answer?

9     A.     "I didn't see Mack".

10    Q.     Okay.  Then my question was, "Okay.  You

11    didn't see him?"

12              Answer?

13    A.     "No".

14    Q.     Thank you.

15              Now, your second appearance in the grand

16    jury, did you change your testimony a little bit?

17    A.     I think I did.

18    Q.     Okay.  Well, let's take a look at it.  July --

19    what's the date?  Just tell the jury.

20    A.     July 29, 2010.

21    Q.     So this is later, the next summer?

22              MR. PROCTOR:  Do you have an exhibit

23    number, Mr. Purcell?

24              MR. PURCELL:  Yeah.  It's 159.  And the

25    third one is 160.

1                    THE COURT:  Hold it one second, please.

2                    Go ahead.  Continue.

3                    MR. PURCELL:  So 159, Your Honor.  And

4        the next exhibit or the next transcript is 160 while

5        we're at it.  Thank you.

6                    THE COURT:  All right.  Thank you.

7        BY MR. PURCELL:

8        Q.     All right.  Now, the second one -- you

9        remember you came three times in the grand jury?

10       A.     Yes.

11       Q.     In the second grand jury, let's just get to

12       the point, did you tell the grand jury that you saw

13       Mack at the scene that night?

14       A.     Yes?  I don't remember.

15       Q.     Okay.  Let's take a look at it.  Now it's Page

16       12.

17                    All right.  We'll just go to Page 12.

18       Counsel, you already had it marked it seems.

19                    I was asking you basically people that

20       you saw there that night.  And I asked you -- let's

21       go to Page 11.  Do you remember I asked you if you

22       saw Shameka?

23       A.     Yes.

24       Q.     What was your answer?

25       A.     "Yes".

SAMECA MOUZON - DIRECT - PURCELL

84

```
1     Q.     And you said you saw her truck?

2     A.     Yes.

3     Q.     And then I asked you if you saw Shaquanda?

4     A.     Yes.

5     Q.     And you said, "Kwana"?  And I said, "Yes".

6     And what did you say?

7     A.     "She was there, too".

8     Q.     And then I asked you, "And Kevin Duckett?"

9     A.     "Yes".

10    Q.     And I said, "Was he there?"  And you said

11    what?

12    A.     "Yes".

13    Q.     Okay.  And then I asked, "And where was he,

14    like near the van?"  And you said what?

15    A.     Across the street.

16    Q.     Okay.  "Right on the other side of the

17    street" --

18    A.     Yes.

19    Q.     -- is what you said.

20           Now, when you say that -- while we're

21    talking about it, let's take a look at Exhibit No. 3

22    for a moment.  When you say, "across the street" --

23    you've seen this picture.  Did we show this to you

24    when you were in last week, whenever it was?

25    A.     Yes.
```

SAMECA MOUZON DIRECT PURCELL

85

```
 1      Q.      Now, do you see the steps?

 2      A.      Yes.

 3      Q.      Do you recognize this scene?

 4      A.      Yes.

 5      Q.      I'm sorry to put it behind you.  You can turn

 6      your chair around and face it.

 7      A.      Okay.

 8      Q.      Okay.  Now, for instance, when you said you

 9      saw Seattle that evening?

10      A.      Uh-huh.

11      Q.      Can you just tell the jury where you were

12      going or where you were coming from and going to when

13      you saw Seattle and where you saw him?

14      A.      I was coming from out my girlfriend's house

15      coming down the steps.

16      Q.      Okay.  So you were in the background, like --

17      is that Wilgrey -- I'm sorry, Kermit?

18      A.      Yes.

19      Q.      Okay.  And you saw Avery and Seattle where, if

20      you can tell us.  Just point to it, please.

21      A.      On the steps.

22      Q.      On the steps.  So did you walk down?

23      A.      Yes.

24      Q.      All right.  And when I asked you there, the

25      question was -- the question:  As he was across -- he
```

1    wasn't next to the van, but he was across the street.

2    Can you tell us what you mean by he was across the

3    street?

4    A.      Over there.

5    Q.      On this curb, on this side of the street?

6    A.      Yes.

7    Q.      It's a very narrow street, isn't it?

8    A.      Yes.

9    Q.      Thank you.  And then I asked you, "Question:

10   And how about Mack?"  And what was your answer?

11   A.      "I never seen him that night.  I'm going to

12   say he wasn't out there, but I didn't see him".

13   Q.      Okay.  So do you remember that now?

14   A.      I guess.

15   Q.      Okay.  Now, let's go to the third version.

16   And this is Exhibit No. 160.

17   A.      Uh-huh.

18   Q.      And what was the date?

19   A.      December 16, 2010.

20   Q.      Okay.  Now, you remember that one too, don't

21   you?

22   A.      Yeah.

23   Q.      And do you remember about a week before you

24   had a meeting in my office with -- or the U.S.

25   Attorney's Office -- with your counsel and we were

87

```
 1     there to talk about this case?
 2     A.      Yes.
 3     Q.      And tell the jury what occurred prior to our
 4     sitting down for a meeting.
 5     A.      You all told me somebody wanted to see me.
 6     And it was Rain Curtis.
 7     Q.      Were you surprised to see her?
 8     A.      Yeah.
 9     Q.      What was she dressed in?
10     A.      Regular clothes.
11     Q.      Are you sure?
12     A.      Uh-huh.  Red boots, red shirt, and jeans.
13     Q.      Okay.  Prison clothes?
14     A.      No.
15     Q.      Are you sure?
16     A.      No.  She had on street clothes.
17     Q.      All right.  Fine.
18             Did you -- did she come into the room
19     while we were all in there?
20     A.      Yes.
21     Q.      Did she tell you anything?
22     A.      Yeah.  She sat down in front of me and said,
23     "I already told everything".  I mean -- and just
24     looked at me.
25     Q.      Tell you to tell the truth?
```

```
1    A.      Basically.

2    Q.      Then she left?

3    A.      Yes.

4    Q.      We gave you a chance to say Hello to each

5    other?

6    A.      Uh-huh.

7    Q.      Now, after that encounter, did you have a

8    private meeting with your attorney?

9    A.      Yes.

10   Q.      And that was while you were still in our

11   building?

12   A.      Right.

13   Q.      And after that meeting did you tell us now for

14   the first time what you told the grand jury later,

15   about a week later, I guess, on December 16, 2010?

16   A.      Yes.

17   Q.      Was that the truth as you know it as to what

18   happened?

19   A.      Yes.

20   Q.      And in your third version, did you include

21   seeing Mack at the scene of this murder that evening?

22   A.      Yes.

23   Q.      Now, let's go back to just how you got to be

24   there that night.  Who were you with?

25   A.      Rain.
```

```
1    Q.    Tell us where you went.

2    A.    Well, she --

3    Q.    If you remember.

4    A.    She came and got me from home.

5    Q.    Okay.

6    A.    We parked over on Annapolis Road and actually

7    walked over.  Me and her had a fifth of Moscato; we

8    was drinking walking over.

9    Q.    Sorry.  I did tell you to tell us.  But I

10   wanted to ask you this question.  When you stopped --

11   when parked at Annapolis Road or wherever it was, at

12   whose home did you park?

13   A.    We parked across the street from my

14   mother-in-law's house.

15   Q.    What's her name?

16   A.    Wanda Partlow.

17   Q.    Okay.  So you parked there, went across.  And

18   you headed towards Westport, the project?

19   A.    Right.

20   Q.    And where did you all go?

21   A.    We went to Chaneque's first.

22   Q.    And would it be correct to say -- can you put

23   up the larger, No. 1?

24         Have you seen this one, this aerial?

25         This is Exhibit No. 1.  Now, if you just
```

```
 1        to orient the jury -- do you know how to use a laser

 2        pen?

 3        A.      Yes.

 4        Q.      Just push the little button.  Okay.

 5                        Now, show us first like where you were

 6        coming from.

 7        A.      Up here.

 8        Q.      Where were you going?

 9        A.      Coming across; came right down here.

10        Q.      Chaneque lives down there?

11        A.      Right there.

12        Q.      Did you stay there long?

13        A.      Actually, I didn't.

14        Q.      Okay.  Did you leave?

15        A.      Yes.

16        Q.      Now, when you left, did Rain walk with you,

17        or --

18        A.      Not directly behind me, no.

19        Q.      Okay.  About how far behind?

20        A.      I don't know.  I actually went down, you know,

21        trying to go to Caprese's house to get something.

22        Q.      Okay.  When you say Caprese's house, whose

23        house are you talking about?

24        A.      Caprese.

25        Q.      Okay.  What's her last name?  That's a stupid
```

1     question.

2     A.     I don't know.  I really didn't know her last

3     name.

4     Q.     Does she have any relationship with the

5     defendant?

6     A.     Yes.

7     Q.     What is that relationship?

8     A.     Baby mother.

9     Q.     Okay.  So his girlfriend or a girlfriend?

10    A.     I guess.

11    Q.     Where did she live --

12           THE COURT:  Mr. Purcell, could you keep

13    your voice up a little bit?  I'm sorry.

14           THE WITNESS:  Right here somewhere.

15    BY MR. PURCELL:

16    Q.     Okay.  That's Wilgrey?

17    A.     Yes.

18    Q.     All right.  Now, how did you approach going

19    across to Wilgrey?  Did you go across the block of

20    2400 Maisel?

21    A.     Yes.

22    Q.     Is that where you saw Seattle on the steps

23    that you were talking about?

24    A.     Yes.

25    Q.     Now, if you would, as you were coming across,

1    what you're essentially describing is -- going back

2    to Exhibit No. 3 -- you were talking about coming

3    down these steps and walking across here?

4    A.      Right.

5    Q.      Now, when you got up to the steps and as you

6    were walking across, at what point did you first see

7    Mack; that is, Mr. Hall?

8    A.      Through the other side.  I first seen him

9    through the other side.

10   Q.      Okay.  So on the other side?

11   A.      Yes.

12   Q.      What was he doing?

13   A.      He was bending down, actually.

14   Q.      Okay.  I'm showing you government Exhibit No.

15   4.  And now does this show the other side of the

16   street?

17   A.      Yes.

18   Q.      Could you show us where it was you saw Mack?

19   A.      Somewhere up in here bending down.

20   Q.      Okay.  And who else was other there?

21   A.      I thought it was Tatum.

22   Q.      But who else was there, if you do know?

23           Do you know Ferl?

24   A.      Yeah.

25           MR. PROCTOR:  Objection, Judge.

SAMECA MOUZON - DIRECT - PURCELL

93

```
 1                    MR. SULLIVAN:  Objection.

 2                    THE COURT:  Sustained.

 3     BY MR. PURCELL:

 4     Q.     Well, do you know Ferl?

 5     A.     Yes, I do.

 6     Q.     Did you see Ferl there?

 7     A.     No.  I seen Ferl up the street.

 8     Q.     Okay.  But you saw Mack looking for something?

 9     A.     No.  I thought he -- he a little crazy.  So I

10     just thought he was just down there.  I don't know

11     what he was doing.

12     Q.     But they were standing in that grass?

13     A.     Yeah.  Like in there.

14     Q.     Show us.  Over here?

15     A.     Somewhere up in there.

16     Q.     And they were bending down, is what you said?

17     A.     Yes.

18     Q.     Okay.  Now, where did you go -- as you went

19     through, where did you go?

20     A.     To Caprese's.

21     Q.     Okay.  And how long did you stay at Caprese's?

22     A.     Not long.

23     Q.     What did you do there?

24     A.     Went and bought some goodies.

25     Q.     Okay.
```

```
1    A.      She got a candy store.

2    Q.      She has a little store there?

3    A.      Yeah.

4    Q.      So you bought some goodies.  And where did you

5    go then?

6    A.      I came back up.

7    Q.      Now, when you came back up -- I didn't

8    actually mention Shameka yet.  But at what point did

9    you notice Shameka was there?

10   A.      When I first got there.

11   Q.      So you saw her from the outset --

12   A.      Yes.

13   Q.      -- when you were walk walking across?

14   A.      Yes.

15   Q.      All right.  Did you notice anybody was with

16   Shameka?

17   A.      Kwana.

18   Q.      And had you seen Kevin yet?

19   A.      Yeah, I been seeing him.

20   Q.      Okay.  So he was there, as well?

21   A.      Yes.

22   Q.      So when he came back, can you just tell us --

23   I'll just use the pictures; let's use Exhibit No. 2

24   which has a car on it.  You can move the car if you

25   want to or do whatever you want, since it's there.
```

1                    But do you recognize this scene?

2       A.      Uh-huh.  Yes.

3       Q.      And again, I'm sorry to make you turn around.

4       Could you just tell the jury where it was when you

5       came back -- when you came back, did you come back

6       this way?

7       A.      Yes.

8       Q.      All right.  So you came from the background

9       towards the foreground --

10      A.      Right.

11      Q.      -- towards the car?

12      A.      Yes.

13      Q.      And what did you do?

14      A.      I went actually to Miss Trina's.

15      Q.      What did you do up there?

16      A.      I went to go get a cigarette.

17      Q.      Okay.  A real cigarette or a marijuana

18      cigarette?

19      A.      No, a real cigarette.

20      Q.      Do you -- were you doing any drugs that night?

21      A.      Of course.

22      Q.      Okay.  Of course.  Okay.  It is Westport,

23      after all.

24                   What were you doing?

25      A.      I do Percocets and I was drinking.

```
 1    Q.      All right.  Glad you remember that.

 2    A.      Uh-huh.

 3    Q.      So now you go up to Miss Trina's.  And tell us

 4    if you saw Kareem that night.

 5    A.      Yes, I did.

 6    Q.      When did you see him?

 7    A.      Actually going towards Miss Trina's.

 8    Q.      Where was he?

 9    A.      Peeking out the door.

10    Q.      Okay.  So when you got there, where was he?

11    A.      Coming out.

12    Q.      So he was already going out?

13    A.      Yes.

14    Q.      So how long were you at Miss Trina's house?

15    A.      Not that long.

16    Q.      And where did you go after you went to Miss

17    Trina's house?

18    A.      Where did I go?

19    Q.      Uh-huh.

20    A.      I came back down the street.

21    Q.      Now, when you came back down the street, can

22    you tell the jury where Mack and Kevin were?

23    A.      On this side somewhere.  Kevin was actually,

24    like, closer to the curb part.  Mack, like I said, I

25    don't know where he actually -- he was somewhere up
```

1    in there.

2    Q.    Somewhere up in here?

3    A.    I guess.

4    Q.    Use your laser.

5    A.    Yes.  Somewhere up in here.

6    Q.    Okay.  Thank you.

7          Did you see that, gentlemen?

8          Now, directing your attention to the

9    shooting itself, at what point -- or where were you

10   when you first heard shots?

11   A.    Right there.  By Meka truck.

12   Q.    Okay.  And where was Rain?

13   A.    I actually don't know.

14   Q.    Okay.  What were you all doing?  What were you

15   doing?

16   A.    I was standing there talking.

17   Q.    Who were you talking to, if you remember?

18   A.    I was talking to Shaquanda.

19   Q.    All right.  Through the car?

20   A.    Actually, she was out the car.

21   Q.    What side of the car was she on?

22   A.    She was on the passenger side.

23   Q.    All right.  And tell the jury what you saw or

24   what you did and then what you saw when you heard the

25   first shot, Miss Mouzon.

98

```
1    A.      Okay.  When I heard the first shot I actually
2    jumped in Meka truck.
3    Q.      Okay.
4    A.      And after that, it like continued going for a
5    minute.
6            Kev jumped in.  I jumped out.  And broke.
7    Q.      All right.  Now, you have described in the
8    grand jury and I'll just draw your attention to it,
9    but I ask you to tell us what in terms of what you
10   saw of the person running across the street.
11   A.      I saw a person in all black running from head
12   to toe.
13   Q.      I'm sorry?
14   A.      He was draped in all black from head to toe.
15   Q.      Was it Mack?
16   A.      I don't know.
17   Q.      Now, in the grand jury I've asked you these
18   questions as well.  But tell the jury how that person
19   compared in height, weight, build to Mack.
20   A.      I don't know the exact height, but he wasn't
21   like a big person.
22   Q.      Well, I'm not asking for your height.  But how
23   did it compare in physical appearance to Mack, other
24   than you couldn't see his face?
25   A.      What do you mean?
```

KAMEGA MOUZON - DIRECT - PURCELL

99

```
 1    Q.      How did that person compare --

 2    A.      Uh-huh.

 3    Q.      -- to Mack's physical appearance, other than

 4    you couldn't see his face?

 5    A.      I guess they was built alike.

 6    Q.      Okay.  And what was that person doing?

 7    A.      Shooting; running and shooting.

 8    Q.      And what did you -- what, if anything, did you

 9    hear Kareem say while he was being shot at?

10    A.      I heard him say, "Mack".

11    Q.      Did he say anything before he said, "Mack"?

12    A.      No.  His back was turned the whole entire

13    time.

14    Q.      Did he just say the word, "Mack," or did he

15    say another word as well?  Did he say, "No, Mack"?

16                MR. PROCTOR:  Objection, Judge.

17                THE COURT:  Sustained.

18    BY MR. PURCELL:

19    Q.      Let's draw your attention to your transcript,

20    please.

21    A.      Uh-huh.

22    Q.      Now, before I show you that, let me just draw

23    your attention to Page 9.  Would you go to Page 9

24    first?

25                THE COURT:  This is government Exhibit
```

1    160?

2              MR. PURCELL:  I'm sorry.  It's 160, Page

3    9.

4              THE COURT:  Government Exhibit 160 is the

5    transcript of the third grand jury appearance, marked

6    for identification only.

7    BY MR. PURCELL:

8    Q.    I'm first going to redirect your attention

9    back to the question I asked you about where you saw

10   Mack and what he was doing.  I just asked you if he

11   was bending down.

12   A.    Yes.

13   Q.    What did you tell us at the grand jury?  The

14   answer -- I asked you to go ahead; and that's the

15   answer, beginning at Line 23.

16   A.    Yeah.  All right.

17             MR. PROCTOR:  Objection, Judge.

18             THE COURT:  Basis of objection?

19             MR. PROCTOR:  It's not valid impeachment

20   at this stage.

21             THE COURT:  Under Rule 607 he's

22   permitted.  He's permitted latitude as to this.  It's

23   overruled.  Go ahead.

24   BY MR. PURCELL:

25   Q.    Thank you.  What did you tell the grand jury

TAMICA MOUZON 08 DIRECT/PURCELL

1    when I asked you what Mack was doing on the grass?

2    A.     At the gap, he was -- at the gap it were --

3    Q.     Do you want me to read it?

4    A.     Yeah, please.

5    Q.     I know you're nervous.  You tell me if I'm

6    wrong as I go through it.

7    A.     Go on.

8    Q.     It says, "Go ahead.  All right".

9              MR. PROCTOR:  Same objection, Judge.

10             THE COURT:  Overruled.  Approach the

11   bench.

12             (BENCH CONFERENCE ON THE RECORD.)

13             THE COURT:  What is the basis of your

14   objection, Mr. Proctor?

15             MR. PROCTOR:  She can refresh her

16   recollection.  But she's not being impeached because

17   she hasn't denied saying that yet.

18             THE COURT:  Under Rule 607 or 611, the

19   Court can control the mode of examination of

20   witnesses.  Furthermore, under Rule 607, to the

21   extent a lawyer does or does not want to impeach a

22   witness is up to him.  As to Rule 612, he's certainly

23   free to show recollection.  Your objection is

24   overruled.  You've preserved the record, there's no

25   reason to keep objecting as to it.  Go back to your

```
 1    table.
 2                  MR. PROCTOR:  Thank you.
 3                  (END OF BENCH CONFERENCE.)
 4    BY MR. PURCELL:
 5    Q.    So I basically told you to go ahead --
 6    A.    Uh-huh.
 7    Q.    -- and tell us.  And your answer is, "All
 8    right?"  Just follow with me.
 9    A.    Uh-huh.
10    Q.    "At that gap is where I see Mack sitting
11    there.  And he was just like bent down, like looking
12    for something or talking.  I don't know what exactly
13    what he was doing, but I just know he was bent down
14    in the grass".
15    A.    I said that.
16    Q.    Is that what you said?
17    A.    Uh-huh.
18    Q.    Okay.  Is that what you remember, as well?
19    A.    Yes.
20    Q.    Okay.  Now, my last question -- I just want to
21    show you this to refresh your memory as to what you
22    heard Kareem say.  And why don't you --
23    A.    He say, "Mack, please".
24    Q.    Okay.  Take a look.  It's Page 19, yes, of the
25    third one, which is Exhibit 160.
```

1              And I just asked you a moment ago and you

2      said, "I heard him yell Mack's name".  And I just

3      asked you if there was another word as well.  Looking

4      at this transcript, does this refresh your memory as

5      to your hearing --

6      A.      Yes.

7      Q.      -- Kareem say something else?

8      A.      Yes.

9      Q.      What did he say?

10     A.      "Please".

11     Q.      So what did he say, totally?

12     A.      "Mack, please".  That's what I heard.

13     Q.      And that's what you heard?

14     A.      Yeah.

15     Q.      Thank you.  And this is as Kareem is being

16     shot?

17     A.      Yes.

18     Q.      And you didn't tell the grand jury that or the

19     government that until December of 2009?

20     A.      Until they brought Rain Curtis in front of me.

21     Q.      December 2010?

22     A.      Yes.

23              MR. PROCTOR:  I'm sorry, would you

24     repeat?

25              THE WITNESS:  Until they brought Rain

104

```
 1        Curtis in front of me.
 2        BY MR. PURCELL:
 3        Q.     December 2010?
 4        A.     Yes.
 5        Q.     Now, did anybody anywhere tell you -- anybody
 6        anywhere -- tell you to come in and implicate Mack as
 7        being there and saying you heard Kareem say his name?
 8        A.     No.
 9        Q.     Are you telling us because that's what
10        happened?
11        A.     Yes.
12        Q.     Now, is this easy for you to do?
13        A.     No.
14        Q.     Was Mack a friend of yours, or is he a friend
15        of yours?
16        A.     Of course.
17        Q.     A good friend?
18        A.     Yeah.
19               MR. PURCELL:  May have I a moment, Your
20        Honor?
21               THE COURT:  Certainly.
22        BY MR. PURCELL:
23        Q.     Excuse me.  Let me ask a couple of other
24        questions.  We're almost finished.
25               During the summer of 2009 prior to Kareem
```

TAMICA MOUZON - DIRECT/PURCELLI

105

```
 1    being killed, did you have occasion to see any
 2    paperwork that had his name on it and purported to
 3    be, like, an FBI report?
 4    A.      I never seen Kareem's.  I seen Amber's.
 5    Q.      You seen Amber's?
 6    A.      Yeah.  And Taglin.
 7    Q.      Taglin is Taglin Hill?
 8    A.      Taglin, yes.
 9    Q.      Did you see any others?
10    A.      No, I didn't.
11    Q.      Where did you see these discovery papers?
12    A.      Actually, on the blacktop.
13    Q.      The blacktop.  I don't know if we've shown
14    people where the blacktop is.  But let's very quickly
15    do that.  It's actually right across from Kermit,
16    isn't it?  Right across from Chaneque's house?
17    A.      Yeah.
18    Q.      Okay.  Showing you Exhibit No. 1, point to
19    where you're talking about when you say the blacktop.
20    It's basically called blacktop because it's a parking
21    lot?
22    A.      It's a street and parking lot.
23    Q.      And who else do you remember being there when
24    you saw this?  These materials?
25    A.      A little bit of everybody.
```

```
1    Q.     Okay.  You know, it appears that -- and you
2    tell me if I'm wrong -- that everybody over there
3    seems to really know each other and pretty much get
4    along?
5    A.     Yeah.
6    Q.     Been friends for a long time?
7    A.     Yes.
8    Q.     And I guess that makes this even more
9    difficult for you?
10   A.     Yeah.
11   Q.     Yes.  Understatement.  I understand.
12          Now, after you had your first appearance
13   to the grand jury, did anybody come and ask you about
14   what you had been asked or what you said?
15   A.     Yeah.
16   Q.     Who?
17   A.     Mack, Tatum, Kev.
18   Q.     Who is Tatum?
19   A.     Mack brother.
20   Q.     And what did you tell them you said in the
21   grand jury?
22   A.     They asked about them.
23   Q.     Pardon me?
24   A.     They asked about them.
25   Q.     Did you tell them you didn't tell them
```

1    anything?

2    A.    Yeah.  Something like that.

3    Q.    You did.  You told them, "I didn't say

4    anything"?

5    A.    Yeah.

6    Q.    That's what they wanted to know, wasn't it?

7    A.    Yeah.  They wanted to know what was said.

8    Q.    And you told them?

9    A.    Sure.

10            MR. PURCELL:  I have no further

11    questions.

12            THE COURT:  All right.  That concludes

13    direct examination.  Ladies and gentlemen, we'll take

14    our break now for ten minutes, and then we'll proceed

15    with cross- examination.  And, as I said, we'll stop

16    at 1:30 for the day.  With that we'll stand in

17    recess.

18            (BRIEF RECESS.)

19            THE COURT:  Miss Mouzon, you're still

20    under oath.

21            Mr. Proctor, cross-examination, sir.

22            MR. PROCTOR:  Thank you, sir.

23

24

25

TAMICA MOUZON - CROSS - PROCTOR

108

```
 1                      CROSS-EXAMINATION

 2      BY MR. PROCTOR:

 3      Q.    Good morning, Miss Mouzon.  How are you?

 4      A.    Hello.

 5      Q.    You're a drug addict, are you not, ma'am?

 6      A.    Yeah.

 7      Q.    What's your drug of choice?

 8      A.    Percocets, OxyContins.

 9      Q.    And you'll get them any way you can get them,

10      right?

11      A.    Yes.

12      Q.    Buy them on the street?

13      A.    Yes.

14      Q.    And you chase those with alcohol, right?

15      A.    Yeah.

16      Q.    What's your favorite drink?

17      A.    Moscato.

18      Q.    Which is tequila?

19      A.    No.  It's a wine.

20      Q.    But strong wine; it's not --

21      A.    Sutter Home, that's what it's called.

22      Q.    In an average day, how many Percocets?

23      A.    Average?  I don't know.  I don't count.  Just

24      pop them.

25      Q.    And do you take OxyContin and Percocets or one
```

1     or the other?

2     A.      No.  It's both.

3     Q.      The average day, how many OxyContins?

4     A.      I'd say like four or five.

5     Q.      Okay.  And, I'm sorry, I've forgotten the name

6     of your wine.  But do you drink one bottle, two

7     bottles, half a bottle?

8     A.      No.  I don't drink exactly like that, but --

9     Q.      Are you saying that --

10    A.      I don't drink every day, that's what I'm

11    saying.

12    Q.      Okay.  So the day you do drink, is it a whole

13    bottle?

14    A.      Yeah.

15    Q.      But then there might be a couple of days go by

16    before you have another one?

17    A.      Yes.

18    Q.      Okay.  Did you take any OxyContin this

19    morning?

20    A.      No.

21    Q.      Take any Percocet this morning?

22    A.      No.

23    Q.      Take any last night?

24    A.      Yes.

25    Q.      Did you drink this morning?

TAMICA MOUZON - CROSS - PROCTOR

—110

```
 1      A.      No.

 2      Q.      So let's talk about last night.  How many did

 3   you take?

 4      A.      Two.

 5      Q.      Two what?  I'm sorry.

 6      A.      Two Percocets, and I drunk some liquor.

 7      Q.      Okay.  And the Percocets, fair to say you

 8   didn't have a prescription for those?

 9      A.      No.

10      Q.      It's not fair to say, or you didn't?

11      A.      No, I don't have no prescription for them.

12      Q.      So you bought them on the street?

13      A.      Yes.

14      Q.      How long have you been using drugs?

15      A.      Ever since my husband left, four and a half

16   years ago.

17      Q.      Okay.  And whereas Percocets and OxyContin are

18   your favorite stuff, you smoke marijuana, right?

19      A.      Yes.

20      Q.      Do you ever do any crack, heroin?

21      A.      Oh, no.  Uh-uh.

22      Q.      So it's marijuana, Percocets, OxyContin, and

23   alcohol, right?

24      A.      Yes.

25      Q.      And it's your testimony that you haven't had
```

TAMICA MONZON - CROSS - PROCTOR

111

1    any today?

2    A.      No, I didn't.

3    Q.      As soon as you leave here you're probably

4    going to hit them, though, aren't you?

5                    MR. PURCELL:  Objection.

6                    THE WITNESS:  Probably so.

7                    THE COURT:  The objection's overruled.

8    BY MR. PROCTOR

9    Q.      Let's -- if I may, I just want to walk through

10   it step by step.  Your first step to the grand jury

11   was February 4, 2010, right?

12   A.      Yes.

13   Q.      And basically we don't need to go through it

14   line by line.  But what you said is:  I didn't see

15   anything and I was up at Caprese's house the night of

16   the shooting, right?

17   A.      Right.

18   Q.      And that wasn't true, was it?

19   A.      No.

20   Q.      And let me see if I get this -- do you

21   recall -- the grand jury is three floors up, right?

22   A.      I think, yes.

23   Q.      Okay.  And when you go into that grand jury,

24   it doesn't look like this courtroom, but it's sort of

25   similar, right?  There's no judge; but other than

1    that it's just the same?

2    A.      Right.

3    Q.      And there's a court reporter just like there's

4    one here?

5    A.      Yes.

6    Q.      And the grand jury foreperson, the first thing

7    that happens when you go in is he makes you raise

8    your right hand, right?

9    A.      Right.

10   Q.      And he says, "Do you swear to tell the whole

11   truth and nothing but the truth"; something like

12   that, right?

13   A.      Right.

14   Q.      And you said?  What was your answer to that

15   question?  Do you swear to tell the whole truth?

16   A.      Yes.

17   Q.      And Mr. Purcell, the first thing, Mr. Purcell

18   questioned you, do you remember that?

19   A.      Yes.

20   Q.      The first thing Mr. Purcell did when you went

21   into the grand jury was he explained your rights,

22   correct?

23   A.      Yes.

24   Q.      In fact, every time you went to the grand jury

25   he explained your rights, right?

1    A.      Right.

2    Q.      And he told you if you knowingly give a false

3    statement in the grand jury you can be prosecuted for

4    perjury, right?

5    A.      Right.

6    Q.      And you agreed with that statement?

7    A.      Yes.

8    Q.      And then you committed perjury?

9    A.      I just didn't tell the full truth.

10   Q.      Okay.  Maybe I'm --

11   A.      I left things out, meaning --

12   Q.      Okay.  So saying, "I didn't see anything,"

13   wasn't telling the full truth?

14   A.      Right.

15   Q.      But it's not perjury?

16   A.      No, it's perjury.

17   Q.      Okay.  So, maybe I'll ask the question again.

18   Maybe I wasn't clear.  It happens a lot.  The first

19   time you went to the grand jury, did you commit

20   perjury?

21   A.      Yes.

22   Q.      And if we're going through it sequentially,

23   the next thing that happened was you left that grand

24   jury; you get home; and Big Kev comes to talk to you

25   about it, doesn't he?

114

```
1    A.      Yes.
2    Q.      And, in fact, it was -- I believe you said
3    when Mr. Purcell asked you -- Mack, Tatum, and Kev
4    came to talk to you, right?
5    A.      Uh-huh.
6    Q.      But Big Kev was the one doing most of the
7    talking, wasn't he?
8    A.      Yes.
9    Q.      Mack didn't say much of anything, did he?
10   A.      Didn't say anything.
11   Q.      So you go to the grand jury.  And did they
12   know you were going to the grand jury in advance?
13   A.      No.
14   Q.      So do they just come talk to you for that, on
15   the off chance you went to the grand jury, or did you
16   tell them?
17   A.      Yeah, I told them.
18   Q.      So you told them.  And Big Kev comes over and
19   starts asking you questions?
20   A.      Yes.
21   Q.      And he sure as heck is interested in the
22   replies, isn't he?
23   A.      Can you say that again?
24   Q.      He's not asking you to be a neighborhood nosy
25   busybody, is he?
```

```
 1    A.      No.
 2    Q.      And so that's February 4th, 2010.  By the way,
 3    if you remember, when you went to the grand jury on
 4    February 4th last year, do you know if you were high
 5    that day?
 6    A.      I don't think -- I don't know.  I don't
 7    remember.
 8    Q.      And before I forget --
 9    A.      I probably was.
10    Q.      What's the difference between Miss Mouzon
11    sober and Miss Mouzon on Percocets, OxyContin, and
12    alcohol?
13    A.      What's the difference?
14    Q.      Yeah.
15    A.      There's no difference.
16    Q.      You're the same person?
17    A.      Probably more happier.
18    Q.      Okay.  So a little more happier or a whole lot
19    more happy?
20    A.      A whole lot.
21    Q.      So, do you ever black out?
22    A.      Say that again?
23    Q.      Do you take so much that you blacked out?
24    A.      Oh, no.  Uh-uh.
25    Q.      Would you ever do anything high that you
```

116

```
1      wouldn't do sober?
2      A.      Probably.
3      Q.      So the next thing that happens is you go into
4      the grand jury February 4th.  Then not much of
5      anything happens, right?  And you don't know if you
6      were high or not and you know you committed perjury,
7      right?
8      A.      Uh-huh.
9      Q.      And Big Kev and a couple of others come
10     question you and Big Kev's asking you a lot of
11     questions?
12     A.      Right.
13     Q.      And things drag on to July 15, 2010.  And you
14     met with the FBI again, do you recall that?
15     A.      Yes.
16     Q.      And you know it's a crime to lie to the FBI,
17     don't you, ma'am?
18     A.      Yes.
19     Q.      People go to jail for it?
20     A.      Yes.
21     Q.      Rain did go to jail for it, right?
22     A.      Yes.
23     Q.      And they ask you again about the shooting.
24     And you said:  Rain wasn't with you at the time of
25     the shooting, didn't you?
```

1    A.      I don't know.

2    Q.      And you said you never saw Mack that night,

3    did you?

4    A.      Right.

5    Q.      And that wasn't true, right?

6    A.      No.

7    Q.      Do you recall if you were high the day you

8    talked to the FBI?

9    A.      I probably was.

10   Q.      Okay.  So by July 15, 2010 you committed

11   perjury once and you've lied to the FBI, which is

12   also a crime, once; is that fair to say?

13   A.      Yes, that's fair to say.

14   Q.      Okay.  And then two weeks later, July 29, you

15   go to the grand jury again, right?

16   A.      Yes.

17   Q.      Do you know if you were high that day?

18   A.      Probably so.

19   Q.      It's a safe assumption, right?

20   A.      Yeah, it's safe.

21   Q.      I mean, out of the last 30 days --

22   A.      I take them every day.

23   Q.      So out of the last 30 days, you've been high

24   30 times?

25   A.      Yeah, probably.

TAMICA MOUZONE - CROSS - PROCTOR

118

```
1    Q.      And the second time you go to the grand jury
2    you say you didn't see Mack out that night at all.
3    Do you remember Mr. Purcell showing you that a moment
4    ago?
5    A.      Yes.
6    Q.      And that's perjury, right?
7    A.      Yeah.
8    Q.      And you said:  As far as I know, the shooter
9    wasn't Mack?
10   A.      Yeah.
11   Q.      And, in fact, that's not perjury, is it?
12   A.      No.
13   Q.      And let me jump forward a little.  I just want
14   to make sure I'm clear.
15              Judge, if I can approach the witness and
16   play with exhibits and generally make a nuisance of
17   myself?
18              THE COURT:  That's all right.
19   BY MR. PROCTOR
20   Q.      This would be government Exhibit 4, Counsel.
21              Can you see that, ma'am?
22              There was an SUV truck parked right about
23   here, right?
24   A.      Uh-huh.
25   Q.      And it's facing up the street?
```

1    A.      Yeah, that way.

2    Q.      Okay.  And when shots were fired, the first

3    shots, the first time you hear a shot, where were

4    you?

5    A.      Actually, in back of the truck.

6    Q.      On the driver's side or the passenger side?

7    A.      Passenger side.

8    Q.      So near these curbs, perhaps?

9    A.      Yeah.

10   Q.      Why don't I ask an open-ended question.  Were

11   you near the left curb, right curb, somewhere in the

12   middle?

13   A.      Back this way.

14   Q.      Okay.  If this picture was taken at the time,

15   would you be in the picture?

16   A.      Probably.  Just like half of me.

17   Q.      Okay.  Half of you.  I got it.  And where was

18   Kareem?  And you can use that pointer.  I'm glad you

19   still got it.  You can use it if you would like.

20   A.      Where was he when?

21   Q.      The first time you saw Kareem being shot,

22   where did you see him?

23   A.      Right here.

24   Q.      So you see these -- I guess they're electrical

25   boxes or telephone boxes.  Do you see those?

1    A.      Uh-huh.

2    Q.      If you had your back to them and you walked

3    straight across, is that where Kareem was?

4    A.      Yeah.

5    Q.      Okay.  And where -- and as soon as you hear

6    the shots and you look over that way, where is Mr.

7    Duckett?

8    A.      He ran over to -- to the truck.

9    Q.      Okay.  I understand that.  The first time you

10   saw him, where was he?

11   A.      Right -- he was over here.  Right here on this

12   curb.

13   Q.      Okay.  Did you see him -- do you know where he

14   ran from?

15   A.      He ran from right here and came over.

16   Q.      Okay.  So is he on the grass and running

17   around?  You know what I mean?  Or is he over by the

18   steps and he's coming that way?  Where is he?

19   A.      I just told you.  He ran from right here and

20   came over to the truck and jumped in.

21   Q.      Okay.  So he ran -- now we're on government

22   Exhibit 2.  So -- I think Mr. Purcell showed you

23   this.

24   A.      Yes.

25   Q.      So when you first saw Kevin, is it your

1    testimony he's here?

2    A.      Yeah, he's up in there.  He's like right up in

3    here.

4    Q.      Okay.  So he's right there.  And as soon as

5    the shots happen?

6    A.      I wasn't paying attention to him.

7    Q.      Okay.  Granted.  You were paying attention to

8    where the shots were happening.

9    A.      Uh-huh.

10   Q.      But you're standing on the far side?

11   A.      Yeah.  I'm actually like back here in the back

12   of the truck, that's what I'm saying.

13   Q.      Okay.  Got it.  And Kevin's running in this

14   direction?

15   A.      Yeah.  He was actually like running.  He stood

16   there for a second, actually.  I do know that much

17   because I actually jumped straight into the truck.

18   He was not in there yet.

19   Q.      Okay.  So he stood there watching the shooting

20   happening or something; is that what you're saying?

21   A.      I guess.  Yeah.

22   Q.      His head was pointed -- his head was pointed

23   down this way where the shooting was occurring?

24   A.      Yes.

25   Q.      And he stood there for a couple seconds?  I

```
1      don't want to put words in your mouth.  He stood

2      there for a few seconds?

3      A.      Yeah.

4      Q.      And then he ran and got in the truck?

5      A.      Uh-huh.

6      Q.      And he got in the passenger side?

7      A.      Yeah.

8      Q.      And at that point you were already in the

9      truck, weren't you, ma'am?

10     A.      Yes.

11     Q.      And so you get out?

12     A.      Yeah.  When he jumped in, I jumped out.

13     Q.      Good call.  And he jumps in.  You're on the

14     passenger side and Kevin gets in the rear driver's

15     side?

16     A.      He got on the passenger side.  I jumped in --

17     I actually walked around the truck and jumped in on

18     the driver's side.  He jumped in on the passenger

19     side.  When he jumped in, I jumped out and Kevin --

20     Q.      Okay.  So -- we'd better use this.  It doesn't

21     take much.  I'm getting confused.

22              When the shots start, you're by the rear

23     of the truck?

24     A.      Right.

25     Q.      And it's your testimony that -- do you walk or
```

TAMICA MORTON - CROSS - PROCTOR

123

1    do you run?

2    A.      I run.

3    Q.      You run and jump in the passenger side?

4    A.      Right.

5    Q.      And it's your testimony when the shots started

6    -- well, not when the shots started.  The first time

7    you saw Kev, he was here?

8    A.      Right.

9    Q.      And then he walked to the middle of street and

10   stood there for a few seconds?

11   A.      Yeah, I could see him.

12   Q.      And then he gets in the passenger side?

13           Does he go this way around the vehicle?

14   A.      I was not paying no attention.  I don't know

15   how he did it, how he made it in there.  But I know

16   he got in on the passenger side.

17   Q.      Okay.  And you got out?

18   A.      Yeah.

19   Q.      Were you getting out as he was getting in?

20   Were you both in there together for a few seconds?

21   Like, how did it work?

22   A.      Yeah.  Actually, when he jumped in, I just --

23   my actions was just to jump out.

24   Q.      Okay.  And where was Rain when this happened?

25   A.      She was actually right there too.  She was at

124

1     the truck.

2     Q.     Was she inside the truck, or was she standing

3     outside?

4     A.     I think I pushed her; like, pushed her out.

5     She was getting in, like, when I -- right behind me.

6     But when Kev jumped in, I actually, like, pushed out.

7     Q.     And you pushed her out the driver's side?

8     A.     Yes.

9     Q.     The rear driver's side?

10    A.     Yes.

11    Q.     Who was in the front seat?

12    A.     Meka.

13    Q.     Anyone else?

14    A.     Kwana was standing outside.

15    Q.     Okay.  And Meka is in the passenger, or is she

16    behind the wheel?

17    A.     She's behind the wheel.

18    Q.     Okay.  And is anyone, to your knowledge, as

19    best you can recall, in the front passenger seat?

20    A.     Who?

21    Q.     Anyone.

22    A.     No.  Kwana.  Kwana jumped in.

23    Q.     Okay.  Did -- before the shots started, were

24    you playing music in the car?

25    A.     I don't remember.  I don't remember.

```
1    Q.      Was the interior light on?

2    A.      No.

3    Q.      Was the engine running?

4    A.      I don't know.

5    Q.      So by the end of July last year, this time a

6    year ago, you've committed perjury twice and you've

7    lied to the FBI once; is that fair to say?

8    A.      Yeah, that's fair to say.

9    Q.      In fact, I guess, let me be a bit more

10   specific with my language.  You committed perjury on

11   two occasions, right?

12   A.      Yes.

13           MR. PURCELL:  Objection.  It's just

14   repetitive, Your Honor.

15           THE COURT:  Overruled.  Overruled.

16   BY MR. PROCTOR

17   Q.      And what I mean by that is perjury is a lie.

18   And you've told multiple lies when you went to the

19   grand jury, right?

20   A.      Yes.

21   Q.      We won't count them up.  But numerous, fair to

22   say?

23   A.      Uh-huh.

24   Q.      And then you're interviewed again on October

25   29th, 2010 at the FBI -- I'm sorry -- at the U.S.
```

1    Attorney's Office.  Do you remember that?

2    A.    Yes.

3    Q.    And again you say you didn't see Mack that

4    night?

5    A.    No, I didn't.  That was still the other

6    testimony.  They didn't ask me the stuff.  They

7    showed me Rain.

8    Q.    No.  I'm talking before you saw Rain.  Rain

9    you saw in December.  We're in October.

10   A.    Yeah, that's when it happened.

11   Q.    So that's lied to the FBI twice and perjury

12   twice?

13   A.    Yeah.

14   Q.    And then the next time you go is the time you

15   see Rain, right?

16   A.    Yeah.

17   Q.    And before you saw Rain, you were sticking to

18   your story?

19   A.    Right.

20   Q.    So you lied to the FBI again?

21   A.    Yeah.

22   Q.    And I don't mean to flog the horse, but you

23   were probably high those times, too?

24   A.    Yes, probably.

25   Q.    And they brought Rain in, right?

```
1    A.      Yes.

2    Q.      And either -- who told you Rain was

3    cooperating?  Did Rain tell you or did the agents

4    tell you?

5    A.      They told me.

6    Q.      Okay.  Did they tell you who Rain had

7    identified as the shooter?

8    A.      No.  Actually, she said she told everything.

9    Q.      Did she say, "I told them Mack did it"?

10   A.      No.

11   Q.      Did Officer Moody or anyone else ever tell you

12   words to the affect of, "Hey, we know Mack did it.

13   You know, you're going to get charged"?

14   A.      No, they didn't say I was going to get

15   charged.

16   Q.      But they said, "Hey, we know Mack did it"?

17   A.      Yeah.

18   Q.      Do you recall when the first time they told

19   you that was?

20   A.      I think it was like the second time I came

21   down there.

22   Q.      And I just want to make sure.  So the first

23   time you went to meet with the agents was in July

24   2010, right?

25   A.      Yes.
```

TAMICA MOUZON - CROSS - PROCTOR

128

```
1     Q.      And you think it wasn't that time?

2     A.      No, I know it wasn't that time.  Not the first

3     time.

4     Q.      The second time you went was October 29, 2010?

5     A.      Right.

6     Q.      You think it was that time?

7     A.      I know it was that time.

8     Q.      Okay.  So -- and I don't want to put words

9     into your mouth, so let me ask you an open-ended

10    question.

11                On October 29th, 2010, what did the

12    agents tell you?

13    A.      As far as what?

14    Q.      In terms of who killed Kareem.  What did they

15    tell you that they knew?

16    A.      They knew I was not telling the truth.  That's

17    what they said.

18    Q.      Did they say anything about who they knew

19    killed Kareem?

20    A.      They actually said, "I wouldn't tell the

21    truth, either, if a person like that was on the

22    street".

23    Q.      A person like that, or a person like Mack?

24    A.      A person like Mack.

25    Q.      Okay.  So in fact, do you remember, was it
```

TAMICA MOUZON - CROSS - PROCTOR

129

```
 1      Officer Moody or someone else said that?

 2      A.      No.  It was actually Mr. Purcell.

 3      Q.      Okay.  It was Mr. Purcell.  So I want to make

 4      sure I have this right.  What you're saying is,

 5      before you told them that Mack shot and killed

 6      Kareem, they told you that they knew Mack shot and

 7      killed Kareem?

 8      A.      Yeah.  And I never said that, sir.

 9      Q.      You're right.  You're right.  You never did

10      say that.  You said someone may or may not resemble

11      Mack.

12              So, when you -- after Rain talked to you,

13      you had a lawyer then, right?

14      A.      Yes.

15      Q.      He's in the courtroom -- he was in the

16      courtroom a minute ago?

17      A.      He's right there.

18      Q.      Oh, cool.

19              And before you talked to the government,

20      your lawyer made them agree that they wouldn't

21      prosecute you for perjury?

22      A.      Right.

23      Q.      And so, we've just gone through it, right?

24      A.      Uh-huh.

25      Q.      We agree you lied to the FBI at least three
```

130

1    times and the grand jury twice?

2    A.      I think so.

3    Q.      Okay.  We've taken up enough time on that.

4            But you got a free pass for all of those

5    lies, right?

6    A.      Uh-huh.

7    Q.      And, in fact, you don't -- as you sit here

8    today, you don't expect to ever be charged with

9    perjury or lying to the FBI, do you?

10   A.      Not from my knowledge.

11   Q.      So then and only then after you've been

12   confronted by Rain and you've got immunity, that's

13   when you tell the version you're telling today?

14   A.      Yes.

15   Q.      Do you recall on that December 16th day if you

16   were high?

17   A.      I probably was.

18   Q.      And just to step back.  You testified about

19   Kevin getting in the vehicle and who was in the front

20   seat.

21   A.      Uh-huh.

22   Q.      Do you ever recall Mack getting in the

23   vehicle?

24   A.      No.

25   Q.      And to step back a little.  In fact, after the

```
 1     shots were fired, to your knowledge, did you see

 2     Mack?

 3     A.      I wasn't looking for him.

 4     Q.      Right.  But as you're hightailing it out of

 5     the neighborhood, you don't see Mack?

 6     A.      No.

 7     Q.      And so, one other thing I forgot to touch on.

 8     I thought I heard you say when you were walking down

 9     to the project side of Westport --

10     A.      Uh-huh.

11     Q.      -- you were drinking?

12     A.      Yes.

13     Q.      What were you drinking?

14     A.      Moscato.

15     Q.      Was Rain drinking it too?

16     A.      Uh-huh.

17     Q.      Can you -- did you drink a whole bottle, the

18     two of you?

19     A.      We had a fifth.

20     Q.      A fifth.  And did she had have half a fifth

21     and you had half a fifth?

22     A.      I don't know.  I don't know who drunk more

23     than who.

24     Q.      Okay.  But you're both swigging Moscato,

25     right?
```

132

```
 1    A.      Yes.
 2    Q.      And you were on your way to ---let me ask an
 3    open-ended question.  What was your purpose in going
 4    down to the projects?
 5    A.      My girlfriend live over there.  We always hang
 6    there.
 7    Q.      You didn't go to buy marijuana?
 8    A.      Yeah, we did.  That was our whole focus, yeah.
 9    Q.      Okay.  And did you purchase some?
10    A.      No.
11    Q.      Never got a chance because of the shooting?
12    A.      Yeah.
13    Q.      Okay.  And here's the bit I don't understand.
14    Maybe you can help.  Are you scared of Mack?
15    A.      No.
16    Q.      In fact, you're not at all, right?
17    A.      No.
18    Q.      After he got locked up, you came to his
19    detention hearing, didn't you?
20    A.      Yeah.
21    Q.      And I believe you said you came just to be
22    nosy, didn't you?
23    A.      Yeah.  And they had said, like -- they told me
24    that he was trying to harm me.  And never said
25    nothing else to me about it.  So they locked somebody
```

```
 1        up and I came to see who it was.

 2        Q.      But you don't have any firsthand knowledge of

 3        anyone trying to harm you, do you?

 4        A.      No.

 5        Q.      You just -- Officer Moody told you that,

 6        right?

 7        A.      No.  Officer Moody didn't tell me this.

 8        Q.      I'm sorry.  Then who did?

 9        A.      Mr. Purcell.

10        Q.      Okay.  And do you recall when you went to the

11        grand jury on December 16th, 2010 -- let me ask a

12        better question.

13                That night when you saw Mack, he had

14        jeans on, right?

15        A.      Uh-huh.

16        Q.      And you were asked at the grand jury:  Did the

17        shooter look like Mack.  And you said:  Yeah, but,

18        the shooter was all in black and Mack had jeans on.

19        A.      Uh-huh.

20        Q.      Do you recall saying that?

21        A.      Yes.

22        Q.      So when Mr. Purcell asked you did the shooter

23        look like Mack's build and that sort of stuff?

24        A.      Uh-huh.

25        Q.      His trousers sure didn't look like Mack's, did
```

TAMICA MONROE - CROSS - PROCTOR

134

1      they?

2      A.      No.

3      Q.      And, in fact, you said -- pick a guess, what

4      height is Mr. Hall?

5      A.      Like five-something.

6      Q.      Five -- I won't hold you to it.

7      A.      I don't know.  Like five -- what, five-four,

8      something like that.

9      Q.      Could -- this all happened real fast, right?

10     A.      Yes.

11     Q.      And the shooter was running, it sounds like?

12     A.      Yes.

13     Q.      Could the shooter have been three inches

14     taller than Mr. Hall?

15     A.      I don't know.

16     Q.      Could he have been three inches shorter?

17     A.      Could be.  I don't know.

18     Q.      Could he have been 20 pounds heavier?

19     A.      I don't know.

20     Q.      Right.  Because you don't know who shot him,

21     right?  You don't know?

22     A.      Right.

23     Q.      And you were right there?

24     A.      Yeah.

25     Q.      And you've known Mr. Hall for years and years

1    and years?

2    A.      Right.

3                    MR. PROCTOR:  Can I have a second,

4    please, Judge?

5                    THE COURT:  Certainly.

6                    MR. PURCELL:  Can I grab the transcripts?

7                    THE COURT:  Sure.  Go ahead.

8                    MR. PROCTOR:  Nothing further.  Thank

9    you.

10                   THE COURT:  Redirect, Mr. Purcell.

11                   Thank you, Mr. Proctor.  Any redirect,

12   Mr. Purcell?

13                   MR. PURCELL:  Yes, Your Honor.  Thank

14   you.

15                   REDIRECT EXAMINATION

16   BY MR. PURCELL:

17   Q.      Just to start at the end, Miss Mouzon, you

18   were asked if you were afraid of Mack and you said

19   what?

20   A.      No.

21   Q.      Now, did there come a time before Mack was

22   arrested that you approached him because you heard

23   that he was going to hurt you?

24   A.      Yeah.

25   Q.      What did you do?

1    A.      Asked him.

2    Q.      What did he say?

3    A.      No.

4    Q.      No.  Now, you and I have talked about that; is

5    that correct?

6    A.      Right.

7    Q.      And what did you tell me -- tell the jury,

8    please, what you told me as to why you confronted

9    him.

10   A.      Because I been hearing it.

11   Q.      Okay.  Isn't it true that he said that you

12   wanted him to know that you knew?

13   A.      Yeah.  That too.  If it was said, you know.

14   Q.      All right.  So you wanted him to know that you

15   knew he was trying to hurt you?

16   A.      Right.

17   Q.      Okay.  And your husband is Black?

18   A.      Right.

19   Q.      Who is in jail because of -- a fairly serious

20   drug dealer here in Westport?

21   A.      He's in jail.

22   Q.      Yeah.  Do you know whether Mr. Hall took any

23   revenge for that --

24          MR. PROCTOR:  Objection.

25          MR. PURCELL:  -- home invasion at your

1    place?

2              THE WITNESS:  No, I don't.

3              THE COURT:  Sustained.  Sustained.

4    BY MR. PURCELL:

5    Q.    You don't know?

6    A.    No.

7    Q.    Did you -- or isn't it correct that you spoke

8    to Detective Moody yesterday and asked him about

9    being relocated?

10   A.    Yeah.

11             MR. PROCTOR:  Objection.

12             THE COURT:  Overruled.

13   BY MR. PURCELL:

14   Q.    Is that, "Yes"?

15   A.    Yeah.

16   Q.    And the word was, "relocated," right?

17   A.    Uh-huh.  He asked me before.

18   Q.    Yes.  And you've been offered that before.  In

19   fact, in the grand jury had been offered that; is

20   that correct?

21   A.    Uh-huh.

22   Q.    But until yesterday you never asked to take up

23   on the offer; is that correct?

24   A.    Right.

25   Q.    And yesterday was the day you were coming here

138

```
 1      for first time to testify --
 2                  MR. PROCTOR:  Judge, objection.
 3                  MR. PURCELL:  -- Against the defendant?
 4                  THE COURT:  There's an objection, Mr.
 5      Purcell.  Stop.  There's an objection to the
 6      question.
 7                  The objection is overruled.  Now you may
 8      continue with the question.  Don't speak over an
 9      objection, Mr. Purcell.
10                  The objection is overruled.
11      BY MR. PURCELL:
12      Q.      And yesterday was the day when you actually
13      thought you'd be testifying; is that right?
14      A.      Right.
15      Q.      Okay.  Now, if you look around the courtroom,
16      do you see any people you know here from Westport?
17      A.      Yeah.
18      Q.      A lot?
19      A.      Yes.
20      Q.      And they're here to watch you testify, aren't
21      they?
22                  MR. PROCTOR:  Objection, Judge.
23                  THE COURT:  Overruled.
24                  THE WITNESS:  They here to watch
25      everybody testify.
```

```
1     BY MR. PURCELL:
2     Q.      You're one of the everybody, aren't you?
3     A.      Yeah.  I'd be over there, too, if I wasn't
4     here.
5     Q.      Just a second, please.  I'm sorry.
6             Now, just a point that counsel made
7     about -- several times with you about the immunity.
8     In fact, your last grand jury after you came in with
9     your attorney and stated that, yes, Mack was there
10    and you heard what you said you heard, "No, Mack,"
11    or, "Mack, please," prior to that statement to us --
12    that was the day that you saw Rain, is that correct?
13    A.      Right.
14    Q.      And that was when Rain said to you, "I've told
15    them everything already"; is that correct?
16    A.      Right.
17    Q.      Right.
18    A.      Right.
19    Q.      But we didn't tell you what she told the
20    government, did we?
21    A.      No.
22    Q.      And isn't it correct that at that meeting --
23    you may not get this -- but you really weren't given
24    immunity; you were actually allowed to exercise
25    what's called a right --
```

```
 1                    MR. PROCTOR:  Objection, Judge.

 2                    THE COURT:  Overruled.

 3                    MR. PURCELL:  You were -- could I just

 4      ask that I be allowed to ask the question before

 5      there's an objection?

 6                    THE COURT:  Approach the bench, please.

 7                    MR. PURCELL:  Thank you.

 8                    (BENCH CONFERENCE ON THE RECORD.)

 9                    THE COURT:  All right.  Now, I discussed

10      this with both of you yesterday, Mr. Purcell, Mr.

11      Proctor.  Mr. Proctor made an objection and, Mr.

12      Purcell, you spoke over his objection.  I asked you

13      not to continue to speak over his objection.  I

14      overruled his objection.

15                    Mr. Proctor, you're not to react to Mr.

16      Purcell asking the question.  Both of you just calm

17      down.

18                    MR. PURCELL:  I'm calm.

19                    THE COURT:  You're both trying to talk

20      over each other.

21                    MR. PURCELL:  The questions aren't out

22      and there's an objection.

23                    THE COURT:  I understand.  Just wait

24      until the question's asked and note an objection.

25      And when there's an objection stop the question and
```

1     just wait until I tell you.

2                MR. PROCTOR:  May I, judge?  The reason I

3     objected when I did was, "Inn fact, you didn't get

4     immunity, you" -- and I have to object then because

5     at that point the horse has left the barn.  Mr.

6     Purcell is testifying.  Hence my objection.

7                THE COURT:  But you opened it up.  You

8     talked many, many times about her understanding of

9     what she did and didn't get and whether she did or

10    didn't get immunity.  So Mr. Purcell can certainly

11    follow up in terms of exactly what -- ask her

12    questions about what was or was not extended to her

13    and try to clarify it.  So the topic's been raised on

14    cross and he can address it on redirect.

15               MR. PROCTOR:  He can ask the question,

16    but not by testifying what she actually got.

17               THE COURT:  Well, he can ask her if

18    she -- he can clarify.  It was a leading question.

19    But he can certainly ask here what her understanding

20    was.

21               MR. PROCTOR:  Sure.

22               THE COURT:  So the objection's overruled.

23               (END OF BENCH CONFERENCE.)

24               THE COURT:  Go ahead, Mr. Purcell.

25    BY MR. PURCELL:

1    Q.     I just -- counsel asked you some questions and

2    you adopted his word and said:  Yes, I have immunity,

3    or I was given immunity; is that correct?

4    A.     Yes.

5    Q.     But, in fact, there's been no immunity letter

6    given to you or any promise of immunity; is that

7    correct?

8    A.     Yeah.  You all told me I have immunity if I

9    told the truth.

10   Q.     Okay.  Do you believe that's the word we used

11   or was used?

12   A.     Yeah.

13   Q.     Well, let me direct your attention in a

14   second; I'm going to ask this question first.

15          Do you remember being advised by your

16   attorney and by the government, by me -- with

17   witnesses, of course -- that you had a right to

18   recant; that grand jury witnesses have --

19   A.     Yeah, that's what it was.

20   Q.     That's a whole different thing than immunity?

21   A.     Right.

22   Q.     In fact, you weren't immunized to lie at any

23   time?

24   A.     No.

25   Q.     And you're not immunized today; you understand

```
 1    that, don't you?

 2    A.      Right.

 3    Q.      If you tell a false statement here today, a

 4    material false statement, you're as subject to

 5    perjury as anybody else who takes the stand.

 6    A.      Right.

 7    Q.      Have you done that?

 8    A.      No.

 9    Q.      And just to confirm that you weren't given

10    immunity, let's go through here, Paragraph 4 and

11    see --

12              MR. PROCTOR:  What exhibit number,

13    please?

14              THE COURT:  What exhibit number, please?

15              MR. PURCELL:  Sorry, sorry, sorry.

16    Exhibit 160, Page 4.

17              THE COURT:  This is the third grand jury

18    appearance, Page 4, correct?

19              MR. PURCELL:  Yes.

20    BY MR. PURCELL:

21    Q.      My question -- I'll just read it.  "Are you

22    prepared then to proceed today as we agreed last

23    week", that would be at your meeting with Rain,

24    right?

25    A.      Right.
```

```
 1    Q.      "That is as we discussed last week after you
 2    had a meeting in my office with your attorney".
 3                What was your answer?
 4    A.      "Yes".
 5    Q.      And this was the question.  "Now, at that
 6    meeting last week, your attorney asked me -- asked
 7    the government if the government would honor your
 8    right to recant your testimony, and that you would
 9    today -- basically, your statement would not be held
10    against you as perjury in contrast with your prior
11    statements?"
12    A.      "Yes".
13    Q.      That is, you wouldn't be charged with perjury
14    as long as you were truthful today?
15    A.      Today.  Right.  Yes.
16    Q.      And you were immunized; this is a right that
17    grand jury witnesses have?
18    A.      Yeah.  I thought they meant the same thing.
19    Q.      Well, we'll let the jury decide whether it
20    does.  We'll have an instruction.
21                So you understood being told about that?
22    A.      Yes.
23    Q.      There's no immunity for you, particularly
24    today?
25    A.      Right.
```

145

```
1    Q.      Now, have you made any false statements today
2    about who you heard, "Mack, please," or:  Please, no,
3    Mack"?  I'm sorry if I have misstated what you said.
4    A.      No.
5    Q.      That was, "Mack," you heard; the word, "Mack,"
6    the name, "Mack"?
7    A.      Yes.
8    Q.      Okay.  Now, just a quick question, if I may.
9    Just using government Exhibit No. 2.  Counsel asked
10   you some questions about where Kevin was when the
11   shooting started.  You turned, you said, and saw him
12   running from this side of the street; in fact, that
13   X --
14   A.      That X.
15   Q.      That's your X, isn't it?
16   A.      Yes.
17   Q.      You put that there when we met?
18   A.      Absolutely.
19   Q.      And that's where Kevin was?
20   A.      Uh-huh.
21   Q.      And that's also where Mack was, in fact --
22   A.      Yes.
23   Q.      Yes.  And you saw Kevin run, you think, run to
24   the car?
25   A.      Yes.
```

1    Q.      And what side of the car do you think he got

2    in on?

3    A.      He got in on the passenger side, I know for

4    sure.

5    Q.      Okay.  Well, are you saying that because he

6    pushed you out from the passenger side; or you saw

7    him get in on the passenger side?

8    A.      I saw him get in on the passenger side.

9    Q.      And you didn't see him shoot anybody?

10   A.      No.

11   Q.      You didn't see him run across the street with

12   a gun?

13   A.      No.

14   Q.      Now, when the shooting started, Mack ran --

15   or, I'm sorry -- Kevin ran from this area, you say,

16   to the car --

17   A.      Uh-huh.

18   Q.      -- or crossed -- it sounded to me -- to the

19   passenger side?

20   A.      Yeah.  I don't know if he got in over there.

21   Q.      But he ran from -- let me just ask you this:

22   The last place you saw Mack before the shooting

23   happened was next to Kevin over here?

24   A.      Yeah, somewhere there.

25   Q.      Okay.  And you've told the grand jury that the

1    person you saw run across, but for, dressed the same

2    way, black, same height, build, could be Mack, but he

3    had a mask on and you couldn't say; is that what you

4    told the grand jury?

5    A.      That he had on all black.  Dressed in black

6    from head to toe.

7    Q.      Are you high today?

8    A.      Huh-uh.

9    Q.      When you came to the grand jury the first time

10   and said you weren't there, you knew you were

11   protecting somebody who really was there?

12   A.      Say that again?

13   Q.      I won't say it again.  I'll think of something

14   better to say.  Okay.

15           When you came to the grand jury the first

16   time you knew you were not telling the truth about

17   what you had seen and what you had heard that night;

18   is that correct?

19   A.      Yeah.

20   Q.      And the second time you came in, whether you

21   were high or not, you knew you were giving a version

22   that wasn't true and that did not include seeing Mack

23   or hearing Kareem yell Mack's name as he was being

24   shot; is that right?

25   A.      Right.

148

```
 1      Q.      And when you came to the grand jury the third
 2      time -- you come all the time with your attorney,
 3      right?
 4      A.      Right.
 5      Q.      And you know that your attorney is going to be
 6      looking you over when you could to court and sit
 7      outside for a while and talk?
 8      A.      Uh-huh.
 9      Q.      You weren't high, were you?
10      A.      When?
11      Q.      The third time you came to the grand jury and
12      told us about Mack.
13      A.      I'm not going to say I wasn't.
14      Q.      Okay.  Let me ask you this:  If you were, did
15      you know what you were saying in the grand jury?
16      A.      Yes.
17      Q.      And you know what you're saying today?
18      A.      Yes.
19      Q.      You don't like saying it, do you?
20      A.      No.  I don't like being here, period.
21              MR. PURCELL:  No; nobody does.
22              Thank you.  I have no further questions.
23              THE COURT:  Any recross?
24              MR. PROCTOR:  Just a couple of questions.
25
```

                         RECROSS-EXAMINATION

1    BY MR. PROCTOR:

2    Q.      Immunity, right to recant, whatever you want

3    to call it, your understanding is you will never be

4    charged with the numerous lies you told the grand

5    jury and the FBI, right?

6    A.      Right.

7    Q.      You saw Mack before the shooting, right?

8    A.      Right.

9    Q.      And my question is:  Was that a second or two

10   before the shooting, or a minute or two before the

11   shooting, 20 minutes before?  You know --

12   A.      I don't remember everything like right offhand

13   or what times and all that.  I don't remember all

14   that.  I really don't.

15   Q.      You don't.

16   A.      I just know I seen him.

17   Q.      Okay.  It could have been an hour or two

18   earlier, or it could have been a minute or two

19   earlier; is that what you're saying?

20   A.      It could be.

21   Q.      And that's because you were drunk and high?

22   A.      Yeah.

23              MR. PROCTOR:  That's all I have.

24              THE COURT:  Thank you.  You may step

SHAMEKA ROSS - DIRECT - PURCELL

150

1        down, Miss Mouzon.  You should not discuss your

2        testimony with anyone in the event you're called back

3        to the witness stand.  Do you understand that?

4                   THE WITNESS:  Yes, sir.

5                   THE COURT:  All right.  You are excused.

6                   The next witness will be?

7                   MR. PURCELL:  Shameka Ross.

8        Whereupon:

9                        SHAMEKA ROSS,

10       called as a witness, having been first duly sworn

11       according to law, testified as follows:

12                   THE DEPUTY CLERK:  State your full name

13       for the record and spell your first name, please.

14                   THE WITNESS:  Shameka Ross.

15       S-h-a-m-e-k-a.

16                   DIRECT EXAMINATION

17                   MR. PURCELL:  Good afternoon, Miss Ross.

18                   THE COURT:  Miss Ross, just speak into

19       the microphone.  Pull the microphone down so you can

20       speak into the microphone.  Thank you.

21                   DIRECT EXAMINATION

22       BY MR. PURCELL:

23       Q.    Good afternoon, Miss Ross.  Now, you know who

24       I am, right?

25       A.    Yes.

```
 1    Q.      We met before on a couple of occasions.  Now,

 2    just for the record, you're represented by an

 3    attorney; is that right?

 4    A.      I suppose so.

 5    Q.      Miss Jeladi?

 6    A.      Yes.

 7    Q.      Okay.  Now, just a couple of questions.  I

 8    suppose you know what they are.  We've asked you them

 9    before.

10    A.      Okay.

11    Q.      Okay?  All right.  Now, first, could you tell

12    us whether you knew Kareem Guest?

13    A.      Yes.

14    Q.      How did you know him?

15    A.      We grew up together.

16    Q.      Where did you grow up?

17    A.      Westport.

18    Q.      Where do you live now?

19    A.      I don't live in Westport.

20    Q.      You don't live in Westport anymore?

21    A.      No.

22    Q.      I'm not going to ask you -- we're not asking

23    for your exact location unless counsel wishes to know

24    it.

25            Now, what is your relationship to Larry
```

1    Cheese?

2    A.     That's my daughter's father.

3    Q.     And is this the same Larry Cheese who was

4    sentenced in 2010, I think, to a period of time in

5    federal prison?

6    A.     Yes.

7    Q.     Now, I direct your attention to the

8    proceedings that were held against him in this

9    building.  Did you go to his guilty plea or what's

10   sometimes called a re-arraignment?

11   A.     Yes, I did.

12   Q.     And did you know his attorney?

13   A.     I knew of him.

14   Q.     What's the name of the attorney, do you

15   remember?

16   A.     Michael something.

17   Q.     Is it Michael Carithers?

18   A.     Yes.

19   Q.     Now, you've told me you didn't really have any

20   real contact with Mr. Carithers; is that right?

21   A.     Right.

22   Q.     Do you know Rosa Knox?

23   A.     Yes.

24   Q.     Now, were you present at a proceeding in which

25   Larry pled guilty?

1    A.      Yes.

2    Q.      Now, do you remember our talking to you about

3    this at the grand jury -- your first appearance that

4    is -- but were you present outside the courtroom when

5    Mr. Carithers gave anything to Miss Knox?

6    A.      Yes.

7    Q.      Can you just tell the jury what occurred,

8    please?

9    A.      I didn't hear you.

10   Q.      I'm sorry.  Could you just tell the jury what

11   occurred?

12   A.      He just came up and gave her an envelope.

13   Q.      And did you have occasion to look in there?

14   A.      Not at that moment.

15   Q.      Did you later have an occasion to look in

16   there?

17   A.      Yes.

18   Q.      What did you find it to contain?

19   A.      Papers.

20   Q.      Did you ever look at those papers?

21   A.      I looked at them right then and there.

22   Q.      What do you remember them being?

23   A.      Just statements.

24   Q.      Witness statements?

25   A.      Yes.

1    Q.      From, like, FBI reports and grand jury?

2    A.      They were witness statements.

3    Q.      You looked at them?

4    A.      Yeah, I looked at them.

5    Q.      Did you ever -- let me ask you:  Where did you

6    see them?  Where did you actually look at them?

7    A.      As Miss Rose house.

8    Q.      Is there any other place you've ever seen

9    them?

10   A.      Yeah.

11   Q.      Where?

12   A.      Around in Westport.

13   Q.      Out in Westport.  Did you ever show any of

14   these papers to anybody?

15   A.      What you mean, did I show them to anybody?

16   Q.      Well, did you have them when they were with

17   you and someone else was looking at them while you

18   were looking at them?

19   A.      Was with me?

20   Q.      The papers?

21   A.      No.  The papers was never with me.  But I saw

22   them just like everybody else saw them.

23   Q.      I'm not trying to single you out.

24   A.      I just want to make sure everything clear,

25   that's all.

155

```
1    Q.       That's why we're in the courtroom.

2             Now, to be clear, then, are you saying

3    that there were other people that had the papers when

4    you were around?

5    A.       To be clear, the papers were going around and

6    they were just in circulation.  When someone had

7    them, everybody was looking at them.

8    Q.       Fair to say they were all over Westport?

9    A.       Yeah.

10   Q.       All right.  Did you hear about the papers that

11   regarded or that came from Kareem Guest?

12   A.       Well, the papers that circulated around

13   Westport didn't really have anything to do with

14   Kareem Guest.  They were mainly Dwight papers.

15   Q.       The white papers?

16   A.       Dwight Hickman's.  They were the primary

17   papers that were circulating.

18   Q.       Oh, really.  Did you see the Guest papers?

19   A.       I heard about Guest papers.

20   Q.       Okay.  Were you in Westport last night?

21   A.       Yes.

22             MR. PROCTOR:  Judge, could we approach,

23   please?

24             THE COURT:  Yes.

25             (BENCH CONFERENCE ON THE RECORD.)
```

156

```
1                    THE COURT:  Yes.
2                    MR. PROCTOR:  There have been reports of
3        some disturbances and tit for tat stuff going on in
4        Westport last night.  And I don't want to have to try
5        and unring that bell.  So I would ask the
6        government --
7                    THE COURT:  What are the reports?
8                    MR. PROCTOR:  My client's family say
9        extended members of the Guest family are driving
10       around looking for people connected with my client.
11       I'm sure the government has a completely different
12       version of what happened that night.  Either way --
13                   THE COURT:  You mean last night?
14                   MR. PROCTOR:  Last night.  Correct.
15       Either way it's -- you know, it's 403; it's a whole
16       lot of things.  So I would inquire in the government
17       could proffer --
18                   THE COURT:  What is the area of inquiry,
19       Mr. Purcell?
20                   MR. PURCELL:  That was it.
21                   THE COURT:  Okay.  There's buzz in
22       Westport.  That's all.
23                   MR. PURCELL:  She was in Westport.  It
24       speaks for itself.
25                   THE COURT:  And there's not going to be
```

1      any further inquiry on that.  Okay.

2                      (END OF BENCH CONFERENCE.)

3      BY MR. PURCELL:

4      Q.     Do you see any people that you know from

5      Westport here in the courtroom?

6      A.     Yeah.

7      Q.     How many?

8      A.     A lot.  I'm not going to sit and count, but

9      it's a lot.

10     Q.     You can sit and count them if you want.  I'll

11     be happy to stand here and wait while you count all

12     the people from Westport who are here watching you

13     testify.

14                     MR. PROCTOR:  Objection, Judge.

15                     THE WITNESS:  I don't think --

16                     THE COURT:  Overruled.

17                     Is there a question pending?

18                     MR. PURCELL:  Yes, there is.

19                     THE COURT:  What is the question pending?

20                     MR. PURCELL:  I'm going to ask her to

21     count the people in the courtroom she knows that are

22     in Westport that are watching the testimony.

23                     THE COURT:  You may respond to the

24     question, Miss Ross.  You don't need to name people.

25     But you can just count the people that you recognize

1    from the community of Westport in the courtroom.

2                  THE WITNESS:  How about I give you a

3    percentage?  Because that's just ridiculous to sit

4    and count everybody that I see in the courtroom.  I

5    know that's crazy.  I'll give you a percentage.  90.

6    90 percent.  That's just a fact.

7    BY MR. PURCELL:

8    Q.    They're watching you testify, aren't they?

9    A.    I'm okay with that.

10   Q.    You don't seem okay.

11   A.    Okay.  Imagine you sitting here; how would you

12   feel?

13   Q.    Well, how do you feel?

14   A.    I'm okay.  I'm okay.

15   Q.    I wouldn't feel okay.

16   A.    Okay.  That's you.  Everybody have their

17   feelings.  And I'm fine at this point.

18   Q.    Well, you just asked me, as if it was terrible

19   thing, how I would feel.

20   A.    Right.

21   Q.    So I'm asking you:  You're feeling okay?

22   A.    I mean, how would you feel?  Everybody want to

23   feel their own way.  I'm -- at this point, I'm fine.

24   I'm doing what I need to do.

25   Q.    You're almost at the end.

1    A.     Okay.

2    Q.     And I understand you're doing what you have to

3    do; is that correct?

4    A.     Yes.   That's correct.

5    Q.     Let's get through this; all right?

6    A.     Thank you.

7    Q.     Okay.   Now --

8              THE COURT:   Approach the bench for one

9    second, please.

10             (BENCH CONFERENCE ON THE RECORD.)

11             THE COURT:   Mr. Purcell, I think we just

12   need to move on here.   And we don't have to have so

13   much personal interaction with the witness.   You've

14   established -- you set out to establish whatever

15   intimidation the witness feels as to Westport.   Let's

16   just move on, what she knows and doesn't know.   We

17   don't need to get into any more questions about how

18   she feels about it.   Just move on.   Okay?

19             Any further inquiry on this?   All right.

20   Just move on with the questions.

21             (END OF BENCH CONFERENCE.)

22   BY MR. PURCELL:

23   Q.     All right, Miss Ross.   Let's turn to your

24   grand jury appearances; okay?   Now, what I've marked

25   in front of you are these three exhibits, the Exhibit

1     170, which is your first grand jury transcript.  And

2     you've met with me before and with your attorney.

3     We've gone through these to some extent; is that

4     right?

5     A.     Uh-huh.

6     Q.     And you're initialed them; is that your

7     initial?

8     A.     Yeah.

9     Q.     Okay.  And you recognize -- and that's Exhibit

10    No. 170; this is 172, your second grand jury

11    appearance.  Do you recognize your initials on there?

12    A.     Yeah.

13    Q.     And this is Exhibit No. 171.  This is your

14    third grand jury appearance.  And this was the most

15    recent on October 28th, 2010.

16    A.     Correct.

17    Q.     Let's start with October 28th, 2010.  Let's

18    get through this to what happened on the night of

19    September 20th, 2009.

20           Now, do you know --

21           THE COURT:  They'll be marked for

22    identification only --

23           MR. PURCELL:  Yes.

24           THE COURT:  These transcripts.  These are

25    grand jury transcripts, as were the others.

SHAMEKA ROSS - DIRECT - PURCELL

1    BY MR. PURCELL:

2    Q.      Do you know Kevin Duckett?

3    A.      Yes.

4    Q.      Did you have occasion to see him that night?

5    A.      Yes.

6    Q.      Tell the jury just what happened.

7    A.      What you mean, what happened?

8    Q.      Why you saw him.  Where were you going, what

9    were you doing.

10   A.      Well, he called me earlier that day to see

11   what I was doing.  And I told him I was watching the

12   game.  And we was having a conversation.  And he said

13   that he was at Wal-Mart and I was like I need to go

14   to Wal-Mart.  He asked me was it something that I

15   need him to pick me up.  And I said, no, I need to

16   go; I got a few things that I need to get.  And he

17   was like:  All right.  I'll ride back up here with

18   you.  And I said:  Later.

19   Q.      Did you pick him up later at some point?

20   A.      Yeah.  I called him back later when I was

21   ready to come out.

22   Q.      All right.  Now, where did you pick him up?

23   A.      Over in Westport, Annapolis Road side.

24   Q.      Now, while you were on the way to pick him up,

25   did you learn of some other matter going on that

SHAMEKA ROSS - DIRECT - PURCELL

162

```
1    required your attention?
2    A.      Well, no, this was after I picked him up.
3    Q.      Okay.  I think you know what I'm talking
4    about, right?
5    A.      Uh-huh.
6    Q.      Tell the jury, please.
7    A.      Well, somebody approached me and they was
8    telling me that my niece was out getting ready to
9    fight.  They didn't know if she was by herself or if
10   she was with a group of girls.
11   Q.      Okay.  So where did you go to try to figure
12   out what you should do?
13   A.      Well, me and this girl -- they wasn't sure
14   where my niece was at that point or how long ago it
15   happened.  They just know that it happened that day.
16   I started with where I was at.  First I called her
17   mother to see if her mother talked to her.  And her
18   mother didn't.  So I rode over Westport, looking for
19   her.  I rode through Westport looking for my niece.
20   Q.      Okay.  And did there come a point when you
21   arrived at the 2400 block of Maisel Court?
22   A.      Yeah.
23   Q.      Okay.  Did Kevin have to use the facilities or
24   something there?
25   A.      When I pulled in, he got out; he said that he
```

163

1    needed to go to the bathroom.

2    Q.      Do you know where he was going?

3    A.      I know the direction that he went.

4    Q.      What direction did he go?

5    A.      He went up like he was going up the hill;

6    like, towards Chaneque's house.

7    Q.      Up towards Chaneque's.  Which would be Kermit

8    Court?

9    A.      Yes.

10   Q.      Okay.  So while you were there, did any other

11   friend of yours arrive?

12   A.      I called Kwana.  In the process of me looking

13   for my niece, I called Kwana.  And she said that she

14   was coming from work.  So she met me on Maisel.

15   Q.      So when she got there, what do you guys do?

16   A.      Well, by the time she got there, my niece --

17   my daughter -- I'm sorry, my sister finally talked to

18   my niece.  And she called me back and told me that

19   she sent her home.

20   Q.      Your niece is safe.  So let's go back to

21   Maisel Court.

22              And what did you do while you were there

23   with Kwana?

24   A.      We left and went to the store, the gas

25   station.

1    Q.    What did you get there?

2    A.    A blunt.

3    Q.    Get any drinks or food or anything?

4    A.    No.

5    Q.    You don't remember or you're not sure?

6    A.    I remember that.  That's it.

7    Q.    Did you come back then?

8    A.    Yeah, we came back.

9    Q.    Where did you park in relation to where you

10   had been before?

11   A.    I'm sorry?

12   Q.    Where did you park in terms of where you had

13   parked when you had been there?

14   A.    The first time I got there I did not park.

15   But the second time I made a U-turn and I came down

16   and I parked.

17   Q.    Now, I'm showing you government Exhibit No. 2,

18   which has a little car on it.  But if you could just

19   tell us where you parked, if you remember.

20         Do you recognize this area on the

21   picture?

22   A.    You all are too funny.

23   Q.    Do you recognize this area?

24   A.    Uh-huh.

25   Q.    Okay.  That little car, does that represent

SHAMEKA ROSS - DIRECT - PURCELL

165

1      somewhat what your kind of car is?

2      A.      Yeah.

3      Q.      What kind of car do you have?

4      A.      An Acura truck.

5      Q.      What color is it?

6      A.      It's green.

7      Q.      Oh.  Wrong color.  Where did you park when you

8      came back with Kwana?

9      A.      Right where you got me parked at.

10     Q.      Right there?

11     A.      Back some.

12     Q.      Back some?

13     A.      Uh-huh.

14     Q.      Back how far?

15     A.      Like, in front of that house.

16     Q.      Do you want to do it?

17     A.      No.  You could do it.

18     Q.      Okay.  On that side of the street, the fire

19     hydrant side of the street?

20     A.      Yeah.  Like, about there.

21     Q.      Okay.  About there?

22     A.      Uh-huh.

23     Q.      And is it correct that you were on this side

24     of the street?

25     A.      Yes.

SHAMEKA ROSS - DIRECT - PURCELL

166

1    Q.    That is, the fire hydrant side?

2    A.    Yes.

3    Q.    Or the Wilgrey side.  Not the step side?

4    A.    It's right where you got me.

5    Q.    Okay.  You want some water or something?

6    A.    I told you that I'm fine, sir.

7    Q.    I'm sorry.

8          Now, who else was out there that night?

9          Let me ask you the names.  Kev was with

10   you, correct?

11   A.    At the time that I pulled back up?

12   Q.    Well, he was still there, wasn't he?  You left

13   him behind?

14   A.    Well, when I pulled up I did not see him.

15   Q.    Did you see him again as the evening went on?

16   A.    Yeah.

17   Q.    Okay.  So did you see Ferl that evening?

18   A.    No.

19   Q.    Did you see -- you saw Kevin.  Did you see

20   Keyburn that evening?

21   A.    No.

22   Q.    Now, your car is parked -- where you have it,

23   were you able to see up into the cut, like up into

24   the steps from that point?

25   A.    No.

1    Q.      All right.  So you wouldn't be able to see who

2    might have been up on the steps --

3    A.      No.

4    Q.      -- from there?  Okay.  When you came back,

5    Miss Ross, did you stay in the car or get out of the

6    car?

7    A.      I never got out.

8    Q.      Never got out.  And when Shaquanda was -- when

9    she met up with you, where was she in relation to the

10   car?

11   A.      Are you talking about when we left and came

12   back or when I first pulled up?

13   Q.      When you came back and you parked.

14   A.      Where was she at?  In the passenger seat.

15   Q.      Did she stay in the car?

16   A.      No.  She got out.

17   Q.      Did she stay near the car?

18   A.      I don't know exactly where she went, but she

19   got out and she was back within three to five

20   minutes.

21   Q.      And just describe to the jury what was going

22   on on the street that evening.  This was not an

23   uncommon place for you guys to hang out, is that

24   right?

25   A.      Right.

```
 1   Q.      So what was going on?  Were people talking,
 2   or --
 3   A.      There was just the usual; people hanging
 4   around like they always do.
 5   Q.      I only ask because the jury doesn't know the
 6   usual.  So I'm asking you to explain it to them.
 7   A.      Well, just people hanging out.
 8   Q.      Okay.  Hanging out.
 9   A.      Uh-huh.
10   Q.      Now, did you have occasion to see Avery?
11   A.      I saw Avery.
12   Q.      Now, at any point up to this point in the
13   evening, had you -- I forgot to ask you this -- had
14   you seen Kareem?
15   A.      Up until which point?
16   Q.      Up until the point that you came back.  Had
17   you seen Kareem yet?
18   A.      I seen Kareem when I was leaving out.
19   Q.      Okay.  Where did you see him?
20   A.      Walking up the street.
21   Q.      Okay.  Walking in the direction you were
22   coming from?
23   A.      Right.
24   Q.      Now, when you got back and parked, while the
25   time you were in the car up to the point of the
```

1    shooting, which is what we'll end with, of course,

2    did you see Kareem again?

3    A.    No.

4    Q.    Okay.  So you didn't see him again that

5    evening until the shooting happened?

6    A.    Correct.

7    Q.    Okay.

8    A.    Wait a minute.  Say that again?

9    Q.    I think I know what you're jumping on.  Did

10   you even see who was being shot when the shooting

11   happened?

12   A.    No.  I told you I didn't even see nothing; I

13   just heard.

14   Q.    You made that clear.  Now, so that was the

15   only time you saw Kareem?

16   A.    The first time I saw -- the first and last and

17   only time I saw Kareem was when me and Kwana was

18   leaving to go to the store.

19   Q.    Okay.  That's clear.  Thank you.

20             Now, while you were sitting in the car

21   with Kwana -- let's go to the point that you first

22   heard shots; okay?

23             When you first heard shots, where was

24   Kwana?

25   A.    In my passenger seat.

SHAMEKA ROSS - DIRECT - PURCELL

170

1    Q.      She was back in the car now; is that right?

2    A.      Uh-huh.

3    Q.      Was anybody else in the car at the point that

4    the shooting started?

5    A.      No.

6    Q.      Now, what were you doing when the shooting

7    started?

8    A.      Fussing at Kwana.

9    Q.      Why -- tell the jury why.  They don't know,

10   tell them why you were fussing at Kwana.

11   A.      Well, me and Kwana, I'm not going to say that

12   I was fussing her out, but I was just letting her

13   know that she -- she rolled her weed -- and she told

14   them, so they know -- she rolled her weed and I just

15   let her know that she wasn't smoking it in my car.

16   And we was going back and forth as far as that.

17   Q.      Now, if you can tell us, if you remember, from

18   what side you're sitting in the -- where the little

19   car is, in the driver's side facing down toward Annor

20   Court, is that the next street from the intersection?

21   A.      I don't know what the name of that street is.

22   Q.      Well, you're facing away from the park?

23   A.      Right.

24   Q.      On what side -- if you can tell us, what side

25   was the shooting?

1    A.      I can't tell you that.  As I told you, it was

2    an echo and it sounded like it was everywhere.

3    Q.      Okay.  What happened after the shooting?

4    A.      Everybody ran.

5    Q.      Okay.  Did you just leave with Kwana?

6    A.      No.  I was -- I was starting my car up to pull

7    off, too.  But, like, everybody was -- other people

8    was trying to get in my car.

9    Q.      Do you know who was trying to get into your

10   car?

11   A.      Yeah, I know who was trying to get in my car.

12   Q.      Well, tell us, please.

13   A.      Mack, Kev, Rain and Little Mike.

14   Q.      And when you drove away, did you have four

15   people in the back seat?

16   A.      No, I didn't have four people.  Before I drove

17   away I felt people hitting me in the back of my head.

18   So I turned around and I seen that Mack was in and

19   Kev was getting in.  But, like I said before,

20   everything was happening so fast, that everybody was

21   just running for cover; so after they got in -- I

22   guess they was taking too long to get in, whatever

23   the case may have been; I don't know their reasons --

24   but Little Mike and Rain just turned and ran out of

25   the way.  We pulled off.

1    Q.      So if you know, between Mack and Kevin, who

2    got in first?

3    A.      Mack got in first.

4    Q.      Are you sure?

5    A.      Yeah, I'm sure.

6    Q.      What side did he get in on?

7    A.      My -- the back door was open.  My back door,

8    my passenger door that was behind me, that's the door

9    that I saw open, and that's the door that I assume

10   that everybody got in.

11   Q.      You're assuming that?

12   A.      I mean, that's the only door that I saw open.

13   Q.      That's the only door you saw open from your

14   perspective.  So you don't really know which door

15   people got in or out, do you?

16   A.      Oh, well, that's the only door I saw that's

17   open.

18   Q.      That was open.  Okay.

19            Now, where did you go when you had Mack

20   and -- where was Mack seated, by the way, when you

21   left?

22   A.      Behind Kwana.

23   Q.      Passenger side?

24   A.      Uh-huh.

25   Q.      And where was Kevin?

173

```
 1      A.      Behind me.

 2      Q.      Where did you go?

 3      A.      We shot through the one-way and made a right

 4      down Hollins Ferry Road.  And while we was riding I

 5      asked everybody where was you all going.  Kwana and

 6      Kev said that they was going to Westwood.  I said,

 7      "I'm not going back to Westport right now".  And I

 8      asked Mack where he was going.  And he said, "Just

 9      take me home".

10      Q.      Okay.  Where did you take him?

11      A.      Well, I assume that it was home.  But we

12      went -- I took him somewhere on Fulton.

13      Q.      Didn't he say, "Take me uptown?"

14      A.      "Take me home; take me uptown".  Something.

15      He just told me where to take him.

16      Q.      And you dropped him off?

17      A.      Uh-huh.

18      Q.      Then you three came back?

19      A.      Yeah.

20      Q.      To Westport?

21      A.      Uh-huh.

22      Q.      And where did you go to get back to Westport?

23      A.      Say that again?

24      Q.      I just asked:  Where did you go when you got

25      back to Westport?
```

```
 1      A.      On the blacktop.

 2      Q.      Were the police still there when you got back?

 3      A.      Well, the reason why I went back when I did

 4      was because my sister called me and asked me what was

 5      going on.  And I asked -- I told her I did not know;

 6      why did she say that.  She said because the police

 7      and everything is at Westport.  And she said that

 8      Kareem got shot.  And I told her I don't know.

 9      Q.      And you're saying that's when you learned it

10      was Kareem --

11      A.      Uh-huh.

12      Q.      Who was killed that night?

13              Now, do you remember in this particular

14      last grand jury session that we had that I asked

15      you -- I assume it was me -- about Roddy?

16      A.      Yeah, I remember.

17      Q.      Now, after this grand jury session where I

18      asked you about Roddy, in fact, I asked you if you

19      remember Mack getting out of the car or being

20      followed by Roddy, those sorts of questions; is that

21      right?  Do you remember that?

22      A.      I do remember that.

23      Q.      Now, after that grand jury session where I

24      asked you about Roddy, did you have a conversation

25      with Mack here -- I'm talking about the gentleman in
```

1    the green shirt -- about that?  Did you tell Mack

2    what I've been asking about Roddy?

3    A.      What do you mean?

4    Q.      Did you tell Mack that I had asked you

5    questions about Roddy?

6    A.      Yes, I did.

7    Q.      Why did you do that?

8    A.      Because I -- okay.  First of all, the whole

9    time I been coming back and forth down here for the

10   last past two and a half years, if somebody asks me

11   something, I told them.  And I did it because I

12   didn't have anything to hide.

13   Q.      Well, you're saying Mack asked you what you

14   were being asked?

15   A.      Whatever.  That's the first time Mack ever

16   asked me anything.

17   Q.      Okay.  So he asked you?

18   A.      Yeah.

19   Q.      What did he ask you?

20   A.      Just what happened?  Was I all right?  What

21   happened?

22   Q.      So he was worried about you.  So you went to

23   the grand jury and came back and then Mack came to

24   you and asked you about what we were asking; is that

25   right?

1    A.      It wasn't like he ran up on me as soon as I

2    got back.  This was a couple weeks later.  This was a

3    couple weeks later.  He asked me what happened when I

4    went down here and I told him, "The same thing".  And

5    I was like, "They asked me about Roddy," and that was

6    it.

7    Q.      Okay.  So you told him that?

8    A.      Yeah.

9    Q.      Have you talked to Shaquanda about her grand

10   jury testimony?

11   A.      I never talked to her about her grand jury

12   testimony.  But I asked her did she remember them;

13   does she remember anything about Roddy, because I

14   didn't.

15   Q.      Okay.  Did you tell Mack that we had also

16   asked Shaquanda about Roddy?

17   A.      I told Mack that Kwana said that she didn't

18   remember, either.

19   Q.      But you told him that we had asked about

20   Roddy?

21   A.      Yeah, I told him that you all asked me about

22   Roddy.

23   Q.      Thank you.  Now, you came to the grand jury,

24   what, three times?

25   A.      Uh-huh.

1    Q.    All right.  Now, the first time you came to

2    the grand jury you told the grand jury you weren't

3    there when the shooting happened, is that right?

4    A.    That's right.

5    Q.    Now, was that true?

6    A.    No, it wasn't true.

7    Q.    Why did you do that?

8    A.    Because I didn't want to be involved.

9    Q.    You still don't want to be involved,

10   obviously; is that correct?

11   A.    Who would want to be involved in this, doing

12   this?

13   Q.    Right.  So the second time you came to the

14   grand jury, tell the grand jury (sic) what you came

15   up with as your account of what happened?  Do you

16   remember?

17   A.    What you mean?

18   Q.    Well, the second time you came to the grand

19   jury -- we've talked about the third, which is

20   basically your testimony today; is that right?

21   A.    Right.

22   Q.    Okay.  Let's take a look at your second time,

23   which was April 15th, 2010.  Did you remember what

24   you said there?

25   A.    About us going to Kwana's grandmother's --

1    Q.      Yeah.  Tell the jury about that.

2    A.      What about it?  I told him that we went to

3    Kwana's grandmother's to get my stuff that she left

4    for me, and came back.

5    Q.      Okay.  In your second grand jury, that session

6    of Exhibit No. 172 of April 15th, 2010 -- you can

7    open it and look at it and go through it line by line

8    if you want.  But let's go to the best of your

9    memory; okay?

10           Now, you told the grand jury that you

11   weren't there?

12   A.      Right.

13   Q.      You told them that you had been in the area

14   and left beforehand.  You must have left beforehand

15   because, you told the grand jury, "Oh, because my

16   sister called me and asked me what happened in

17   Westport.  So that's how I learned about the

18   shooting".

19           Is that right, or basically correct?

20   A.      Right.

21   Q.      And you said that, "When we left," the, "we,"

22   was me, you, Shaquanda, and who else?

23   A.      Kev.

24   Q.      Kev.  Who did you leave out?  Who did you

25   leave out?

```
 1    A.      Who you think I left out?  I mean --

 2    Q.      Say it, please.

 3    A.      Mack.

 4    Q.      You left him out, didn't you?

 5    A.      Yeah.

 6    Q.      Yeah.  Yes, you did.

 7                So you lied and said:  It's me, Kwana and

 8    Kevin.  And you told Shaquanda to say exactly the

 9    same thing, didn't you?

10    A.      Yes, I did.

11    Q.      To leave out Mack?

12    A.      No, I didn't tell her to leave out Mack.  I

13    told her to say --

14                THE COURT:  Let her answer the question,

15    Mr. Purcell.

16                THE WITNESS:  Kev was already with me.

17    And I picked Kwana up.  He didn't have thinking to do

18    with that.  So, yeah, what would I put him in it for?

19    Yeah, I said that.

20    BY MR. PURCELL:

21    Q.      Well, if he had nothing to do with it, -- did

22    you have anything to do it with it?

23    A.      No.  I didn't have anything to do with it.  I

24    had everything to do with me.  I didn't put myself in

25    nothing; I had everything to do with me.  And if I
```

1    said that I wasn't there, then what?  I said that.

2    Q.    Okay.  So you had nothing to do with it, but

3    you put yourself in it?

4    A.    How I put myself in it?

5    Q.    As leaving --

6                THE COURT:  Miss Ross.

7                THE WITNESS:  Actually, I took --

8                THE COURT:  Ms. Ross.  Stop a minute.

9    Miss Ross, look at me.  Witnesses do not ask lawyers

10   questions.  Do you understand that?

11               THE WITNESS:  I hear you.

12               THE COURT:  Excuse me?

13               THE WITNESS:  I said I hear you.

14               THE COURT:  Because what happens here is,

15   if a witness is held in contempt in court in my

16   courtroom, they go through the door in the lockup.

17   Do you understand?

18               THE WITNESS:  Uh-uh.

19               THE COURT:  So no witness asks questions

20   of lawyers.  You sit there and answer questions.  Do

21   not ask questions.  Okay?  You'll do fine.  Otherwise

22   you might be here longer than you planned.

23               Go ahead, Mr. Purcell.

24   BY MR. PURCELL:

25   Q.    So let's be clear.  You told Kwana -- for the

SHAMEKA ROSS - CROSS - PROCTOR

1    record, Shaquanda Isaac -- you told her, and you told

2    the grand jury -- you lied to the grand jury; you

3    already admit that, correct?

4    A.      Yeah.

5    Q.      And you told her to lie to the grand jury and

6    say:  You, me, and Kevin went to Shaquanda

7    grandmother's house.  And we weren't there, correct?

8    A.      No.

9    Q.      Oh, okay.  What's your version today?

10   A.      I didn't tell her to say anything.  I just

11   told her what I said.

12   Q.      Oh, okay.  What you said.  So you gave her --

13   as counsel would say -- the party line.  And the

14   party line didn't include Mack; is that right?

15   A.      That's correct.

16             MR. PURCELL:  All right.  Thank you.  I

17   have no further questions.

18             THE COURT:  Mr. Proctor or Mr. Sullivan?

19             MR. PROCTOR:  Briefly.  But can I have a

20   moment to consult?

21             THE COURT:  Sure.

22                  CROSS-EXAMINATION

23   BY MR. PROCTOR:

24   Q.      Good afternoon.  How are you?

25   A.      I'm fine.

1    Q.     I only have a few questions for you.  When the

2    shots first happened, did you know where the shooting

3    was occurring?

4    A.     No.

5    Q.     It could have been to your right; it could

6    have been to your left.  You just heard an echo; is

7    that fair to say?

8    A.     When you hear an echo, it's like everywhere.

9    So that's where I heard it, everywhere.

10   Q.     And did you see the flash of any gun or

11   anything like that?

12   A.     No.

13   Q.     You didn't see a shooter, did you?

14   A.     No.

15   Q.     And you didn't see anyone falling to the

16   ground or anything like that?

17   A.     No.

18   Q.     I just want to make sure I'm clear on a couple

19   of things.

20          Mack; did Mack get in your vehicle before

21   the shots occurred, during the shots, or afterwards?

22   A.     Well, like I said before, everything happened

23   so fast.  It sounded like the shots could have been

24   still going on.  It's just -- I don't know if you

25   ever been in a situation where something occurred

1    real, real fast and you couldn't say what you did or

2    how many shots you heard or if this happened before

3    or after the shots; but that was this kind of

4    situation.  I can't tell you if shots was still going

5    on or if the shots was over.

6    Q.    Okay.

7    A.    All I know is that, when we heard the shots,

8    everybody ran for cover.  They ran their own way.

9    And it was just pretty much trying to get away from

10   there.

11   Q.    Okay.  So did you see Mack as he was

12   approaching your vehicle, or the first time you saw

13   him he was in it?

14   A.    Well, I didn't see nobody approach.  I felt

15   people getting in.  They was hitting me in the back

16   of my head.  I was getting ready to pull off and I

17   felt people hitting me in the back of my head.  And I

18   turned around and I looked and it was people

19   bum-rushing to get in.

20   Q.    Rushing to get in from the rear driver's side,

21   correct?

22   A.    Yes.

23   Q.    And again, I want to makes sure I'm clear.

24   Correct me if I'm wrong.  Mack was either in the

25   vehicle as the shots were still ringing out or within

1    second afterwards; is that fair to say?

2    A.    It's fair to say that I don't remember if the

3    shots was still going on or if they were done.

4    Q.    But if they were done, they were only done by

5    a second or two, right?

6    A.    Everything happened so fast.

7    Q.    Right.  And everyone got in your rear driver's

8    side, is that right?

9    A.    Yes.

10   Q.    So Mack got in first, I thought I heard you

11   say; true?

12   A.    Yes.

13   Q.    And then he crawled over to the passenger

14   side?

15   A.    I can't remember what he did.  I could see

16   from this angle, and that's it.

17   Q.    Right.

18   A.    That's all I could see.

19   Q.    Okay.

20   A.    I'm assuming if he got over there, then, yeah,

21   he had to scoot over there.

22   Q.    Right.  I mean, he didn't get out the driver's

23   side, walk around, and get in the other side?

24   A.    No.  There wasn't time for all that.

25   Q.    Okay.  So Mack got in and then Kevin gets in

```
 1     right after him --

 2     A.      Yes.

 3     Q.      -- or like a second or two passes?

 4     A.      Right behind him.  Everybody was bum-rushing

 5     to get in.  So they was getting in one after another.

 6     Q.      And Kevin's certainly a big guy, right?  So

 7     you're going to feel him getting in behind you,

 8     right?

 9     A.      Yes.

10     Q.      And so, at least before you heard the first

11     shot, Kevin wasn't in your vehicle, was he?

12     A.      No.

13     Q.      Did you ever see anyone with a gun that night?

14     A.      No.

15     Q.      Do you feel like you've been treated fairly by

16     the government and the officers in this case?

17     A.      What do you mean?  Now?

18     Q.      Just generally since the case started?

19     A.      I feel like I'm being badgered right now.

20     But, I mean, other than that, I could say that I was

21     treated fair.

22     Q.      I'm badgering you?

23     A.      No.

24     Q.      Who's badgering you?

25     A.      I feel like I'm being badgered.  Like at
```

1    certain points of these questions, I just feel like

2    I'm being badgered.  Other than that, everything is

3    fine.

4    Q.    Okay.  Did the government ever tell you that

5    they knew who shot Kareem?

6    A.    Yes.

7    Q.    And who did they tell you they knew shot

8    Kareem?

9    A.    Mack.

10    Q.    And when did they tell you that?

11    A.    In one of those questions when I was being

12    questioned they said they know that Mack did it.

13    Q.    Okay.  The first time you went to the grand

14    jury was October 22nd, 2009.  Do you think it was

15    that time?

16    A.    No, it wasn't.

17    Q.    The next time you met with them was February

18    19th at the U.S. Attorney's Office.  Do you think it

19    was that time?

20    A.    I mean, I went to the grand jury three times.

21    But I was questioned numerous times.  I can't tell

22    you how many times, so I can't actually tell you when

23    it was said to me.  But it was said to me.

24    Q.    Okay.  By whom?

25    A.    By --

```
 1        Q.      Mr. Purcell?

 2        A.      Mr. Purcell.

 3        Q.      Okay.  And was this before Mack was arrested?

 4        A.      Yes.

 5        Q.      Was it before Rain was arrested?

 6        A.      Yes.

 7        Q.      And you remember Rain getting locked up in May

 8   of last year?

 9        A.      I couldn't tell you which month she got locked

10   up, I just know that she got locked up.

11        Q.      And you'd been to the grand jury a couple

12   times by then.

13        A.      Yeah.

14        Q.      Mr. Purcell had told you that he knew Mack did

15   it?

16        A.      Yes.

17        Q.      By the time Rain was in a jumpsuit?

18        A.      Yes.

19                MR. PROCTOR:  Can I have a second,

20   please, Judge?

21                THE COURT:  Certainly.

22                MR. PROCTOR:  Nothing further, thank you.

23                THE COURT:  Any redirect, Mr. Purcell?

24

25
```

SHAMEKA ROSS - REDIRECT - PURCELL

188

REDIRECT EXAMINATION

BY MR. PURCELL:

Q.    You're saying this was said in the grand jury?

A.    No, I didn't say it was said in the grand
jury.

Q.    Do you remember when it was said?

A.    I know it was during one of the questionings.

Q.    Do you remember what questioning; was it after
Mack was arrested or before?

A.    No.  It was before Mack was arrested.

Q.    What meeting would that have been?

A.    I can't remember exactly which one it was.
But it was in between this second one and this third
one.  Because, that first one, that grand jury ain't
have nothing to do with this.  It had something to do
with other stuff.

Q.    Let me ask you:  Your sense of how people got
into the car, it's based on you being in the driver's
seat and people bumping into you as they got in; is
that right?

A.    Right.

        MR. PURCELL:  I have no further
questions.  Thank you.

        THE COURT:  Thank you.  Miss Ross, you
may step down.  Miss Ross, there is a sequestration

1    order in effect.  So you should not discuss your

2    testimony with anybody when you leave here in the

3    event you're called back to the witness stand.  But

4    you're excused.

5                  Thank you.

6                  MR. PROCTOR:  Who's next?

7                  MR. PURCELL:  Shaquanda Isaac.

8                  MR. PROCTOR:  Judge, can we approach?

9                  THE COURT:  Sure.  Approach the bench.

10                 (BENCH CONFERENCE ON THE RECORD.)

11                 MR. PROCTOR:  Judge, this is somewhat of

12   a *mea culpa.*  I did not think we got to the witness

13   today.  I don't have detailed cross written out.  If

14   we -- I ask that we break after we get -- after the

15   direct.  In the end that we get to the end of direct.

16                 THE COURT:  That's all right.  We've only

17   got 25 more minutes left.

18                 MR. PROCTOR:  Exactly.  I just didn't

19   want you to invite me to cross an --

20                 THE COURT:  That's fine.  I don't think

21   where we're going --

22                 MR. PURCELL:  Why don't we do this, Your

23   Honor?  I'm going to consider whether I want to call

24   her at all.

25                 THE COURT:  Shaquanda Isaac?

```
 1                    MR. PURCELL:  Yes.  So if I don't, that
 2      will save us all some time.  If you don't mind giving
 3      the jury 25 minutes, it may save us more time at the
 4      other end; that is, tomorrow.
 5                    THE COURT:  That is you, want to stop
 6      right now?
 7                    MR. PURCELL:  Judge, I would just ask, if
 8      the government -- we may call her and I don't have a
 9      subpoena right here to hand her.  So would the
10      government, in the event they don't call her, would
11      they make her available?
12                    THE COURT:  She's under subpoena now to
13      appear.
14                    MR. PURCELL:  We're going to call her.
15                    THE COURT:  My point is she's under
16      subpoena, to be called.
17                    MR. PURCELL:  Yes.
18                    THE COURT:  All right.  So the government
19      can decide whether they want to call her now,
20      tomorrow morning.  And they don't, she still remains
21      under subpoena.  And she'll be treated essentially --
22                    MR. PROCTOR:  Can I have a moment to
23      consult with Mr. Purcell?
24                    THE COURT:  Sure, sure.
25                    (DISCUSSION OFF THE RECORD.)
```

1           THE COURT:  Wait one second, Miss Isaac.

2           (BENCH CONFERENCE ON THE RECORD.)

3           THE COURT:  Because of -- let me go

4    through the process here for the next 25 minutes.

5    Shaquanda Isaac is going to take the witness stand.

6    Presumably we're not going to be finished in 25

7    minutes.  If we are, we are.  But, Mr. Proctor,

8    that's fine, do your cross tomorrow morning; that

9    will be fine.  You don't have to worry about not

10   having your notes here.

11          Because of the information that's been

12   brought to my attention as to some excitement outside

13   the courtroom here in the hallway, as well as outside

14   the courthouse yesterday, between persons, who may or

15   may not be inclined towards the victim of the murder,

16   Mr. Guest, as well as family members and friends of

17   defendant Mr. Hall, and the fact that the jury

18   actually exited the building from another floor

19   yesterday, the marshals have suggested that the jury

20   be excused and everyone else leave after the jury's

21   excused.

22          Now, my approach on this would be,

23   without highlighting it, in any way trying to have it

24   appear that there's some security concerns, I just

25   think that what we can do is when either Mr. Purcell

```
 1    finishes by 1:30 or around 1:  25, we just stop.  And
 2    then we just excuse the jury and we indicate that the
 3    courtroom is just -- my thought is everyone just
 4    remain seated for a moment; we have some procedural
 5    matters to go over.  And then I just excuse the jury.
 6    And everyone else will remain here in the courtroom.
 7    Then the jury's excused and they exit and then the
 8    courtroom is cleared.
 9              MR. PROCTOR:  What I suggested to Mr.
10    Purcell, after the jury leaves, the court could
11    announce could people that are part of the Guest
12    family leave now?  I'll keep all the Hall people
13    behind.  And that way they can't even see each other
14    in the hall.
15              THE COURT:  If you want me to do it that
16    way.  I won't do it in the presence of the jury.
17              MR. PROCTOR:  Right.  And I don't care
18    who goes first.  My client's family can leave first.
19              THE COURT:  I mean, I just can't
20    differentiate who is associated with the Guest family
21    and who's associated with the Hall family.  Perhaps
22    you can bring Miss Ross back and she can identify
23    everybody.  We're all laughing up here.
24              The bottom line is I'm going to let the
25    jury leave first without anybody being in the
```

1       hallway.  And that's how I'm going to do it.  Unless

2       there is an objection.

3                     MR. PURCELL:  As long as they're

4       screened.  I was going to ask the Court this morning

5       as well, as well, just to keep whoever it is away

6       from the jury area completely.  And when they go

7       outside -- I noticed yesterday there were a one much

8       of jurors standing outside, smoking, whatever they

9       do.  But, the --

10                     THE COURT:  No one can be smoking in the

11      hallway.

12                     MR. PURCELL:  Outside the building.  And

13      they were just in their little group.  But there's

14      groups of Westport people all over the place and I'm

15      just very concerned about that.

16                     THE COURT:  We've alerted the marshals,

17      and that's about all we can do.

18                     MR. PURCELL:  Unfortunately that's not

19      much.

20                     THE COURT:  All right.  That's how we'll

21      go.  And we'll have Miss Isaac for about 15 minutes.

22                     (END OF BENCH CONFERENCE.)

23                     THE COURT:  All right.  Miss Isaac, if

24      you'll come forward and be sworn, please.

25

194

```
 1     Whereupon:

 2                     SHAQUANDA ISAAC,

 3     called as a witness, having been first duly sworn

 4     according to law, testified as follows:

 5                THE DEPUTY CLERK:  State your full name

 6     for the record, and spell your first name, please.

 7                THE WITNESS:  Shaquanda Isaac.

 8     S-h-a-q-u-a-n-d-a.

 9                THE COURT:  Thank you.

10                     DIRECT EXAMINATION

11     BY MR. PURCELL:

12     Q.     Miss Isaac, good afternoon.  And thank you for

13     coming over a couple of times this week.  Is your

14     attorney here?

15     A.     Yes.

16     Q.     Okay.  Is that your attorney in the front row?

17     A.     Yes.

18     Q.     Mr. Simms, for the record.

19                Now, we'll try to be brief.  But you know

20     you're here to be asked some questions about the

21     night of the murder of Kareem Guest; okay?

22     A.     Yeah.

23     Q.     And you've been questioned about that on a

24     couple of other occasions; is that right?

25     A.     Yes.
```

```
 1    Q.      Now, on the first occasion for you was --
 2    actually, you've had a chance to -- I'm sorry.  Let
 3    me move your purse for a second.  To review these
 4    transcripts, of course with your attorney present.
 5    Is that your initial "SI" and the date that you
 6    reviewed this?
 7    A.      Yes.
 8    Q.      And these were reviewed with your attorney
 9    present just a couple of weeks ago, on 7-21; is that
10    right?
11    A.      Yes.
12    Q.      Okay.  And again, 7-21 for the second one.
13    The first exhibit, Your Honor, is 164.  And --
14                THE COURT:  That relates to the date of
15    what appearance, Mr. Purcell?
16                MR. PURCELL:  That's the appearance of
17    March 25, 2010, was her first.
18                THE COURT:  It will be marked for
19    identification only.
20                MR. PURCELL:  And the second is 165, her
21    appearance of August 5, 2010.
22                Now, let's just talk first about that
23    night.  What I want to get to, if we can, get through
24    the driving over to the scene or how you got there --
25    let's get to how you got there.
```

```
 1                    Why is it that you were around that night
 2        when Kareem was killed?  Where had you been earlier
 3        in the day?
 4                    THE WITNESS:  At work.
 5        BY MR. PURCELL:
 6        Q.     Okay.  And what made you go over to hang out
 7        on Maisel Court?
 8        A.     Because Shameka called and told me to come
 9        down there.
10                    THE COURT:  Keep your voice up, please.
11        BY MR. PURCELL:
12        Q.     Is that Shameka Ross that just left?
13        A.     Shameka Ross.
14        Q.     How old are you, by the way?
15        A.     21.
16        Q.     So you went over.  And did you meet her over
17        there?
18        A.     Yes.
19        Q.     Did she have her car?
20        A.     Yes.
21        Q.     Is there something wrong?
22        A.     No.
23        Q.     Okay.  So did you meet her at her car?
24        A.     Yes.
25        Q.     And what car did she have?  Do you remember
```

```
 1     what kind of car it is?

 2     A.      A truck.

 3     Q.      An Acura truck?

 4     A.      Yes.

 5     Q.      All right.  Now, when you met with her, did

 6     you stay there or leave the scene at some point,

 7     leave the area at some point?

 8     A.      Yes.

 9     Q.      Where did you go?

10     A.      To the gas station.

11     Q.      Why did you go to the gas station?

12     A.      To get a blunt and a soda.

13     Q.      All right.  Now, when she got there, did you

14     notice whether there was anybody with Shameka when

15     she pulled up in the truck or when she was there in

16     the truck?

17     A.      At what time?  When we got back from the gas

18     station?

19     Q.      Well, when you first met her, was there

20     anybody with her?

21     A.      No.  Nobody was in the car with her, but

22     somebody was standing at the car with her.

23     Q.      Did you see Kevin at that point?

24     A.      Yeah, that's who was standing at the car with

25     her.
```

1    Q.      And so when you left, did Kevin go with you?

2    A.      No.

3    Q.      So you went and got a blunt.  Did you go back

4    to the scene after that?

5    A.      Yes.

6    Q.      Now, while you were there, after you came back

7    now -- take a look at Exhibit No. 2 over here.  And

8    I'm just going to ask you:  Do if recognize -- or

9    recognize the area that's shown here.

10   A.      Yes.

11   Q.      And there's a little car pinned -- isn't that

12   cute -- there's a little car pinned to the map or

13   picture.  Is that -- can you tell us whether that's

14   about a fair and accurate representation of where

15   Shameka was parked?

16   A.      Yes.

17   Q.      And when you all got back, what did you do?

18   Tell us what you did.  Hang out, talk to people,

19   leave?  What did you do?

20   A.      When we got back from the gas station?

21   Q.      When you got back from the gas station, yes.

22   A.      We sat in the car and had a couple

23   conversations.  I rolled my blunt.

24   Q.      Okay.  Now, I'm going to ask you about some

25   people you may have seen there that evening; okay?

1   At any point that evening did you see Kareem?

2   A.      Yes.

3   Q.      When did you first see Kareem?

4   A.      At Miss Trina house.

5   Q.      What were you doing up there?

6   A.      Buying some marijuana.

7   Q.      We're not going to use that against you.  I

8   think we've told you that; all right?  Okay.  You

9   have immunity for the marijuana.

10  A.      Uh-huh.

11  Q.      All right.  Giving it to you now.

12          Now, was your little trip up to Trina's

13  house, was that before you went off to get the soda

14  or was that after you came back with the blunt?

15  A.      Before.

16  Q.      And what was Kareem doing up there?

17  A.      When I was leaving out, he was coming in.

18  Q.      He was going in.  Okay.  And when you left you

19  went back to the car and then went to the store?

20  A.      Yes.

21  Q.      Did you see him any other point that evening?

22  A.      Yes.  Like standing at the bottom, like

23  towards the end like Annor.

24  Q.      Okay.  When would that have been?

25  A.      I don't know.  It was before we came back or

1    after we came back.  It was after we came back.

2    Q.      Okay.  Was it -- were you in the car when you

3    saw him at the bottom of Annor?

4    A.      No.  I'm not sure.

5    Q.      So you're back and see him down there.  It's

6    not that far, is it?

7    A.      It's not that far.

8    Q.      Now, you've mentioned you saw Kevin?

9    A.      Yes.

10   Q.      Did you see Mack there that evening?

11   A.      Yes.

12   Q.      Where did you see him or who did you see him

13   with?

14   A.      He was standing around with everybody, like in

15   the grass area where everybody was standing.

16   Q.      Now, let's take a look at Exhibit No. 2 with

17   the car on it.  I show you government Exhibit No. 2.

18   And if you can, tell us -- that's where the car was

19   now when you came back and now you're parked and

20   people just socializing.  Do you remember seeing

21   Mack -- pardon?

22              THE COURT:  You need to talk into the

23   microphone, Miss Isaac, so we can hear what you're

24   saying.

25              THE WITNESS:  All of them was around this

1    area.

2    BY MR. PURCELL:

3    Q.      Okay.  And you're talking about opposite the

4    SUV?

5    A.      Yeah.

6    Q.      The other side.  So the step side of the

7    street?

8    A.      Yes.

9    Q.      Now, up to the point of the shooting -- I know

10   you weren't taking note.  But up to the point of the

11   shooting, where was the last place you remember

12   seeing Mack and Kev?

13   A.      In that area.

14   Q.      In that area.  Now, when the shooting

15   happened, tell us what you remember happening.  What

16   were you doing when the shooting happened?  At least

17   what you told the grand jury when the shooting

18   happened.

19   A.      I was rolling my blunt when the shooting

20   happened.  I heard gunshots and I ducked.

21   Q.      Can you tell where the shots were in relation

22   to where you were sitting in the passenger seat?

23   A.      No.  I wasn't trying to see.

24   Q.      Okay.  You didn't want to know; is that right?

25   A.      No.

SHAQUANDA ISAAC - DIRECT / LYTLE III

202

1    Q.    You've told us that before, haven't you?

2    A.    Yes.

3    Q.    Okay.  So in terms of what happened after you

4    heard the shooting, do you remember anybody getting

5    into the car?

6    A.    Yes.

7    Q.    Who got in?

8    A.    Rain and Little Mike tried to get in.  And

9    they couldn't get in.  They got out, and Kev and Mack

10   got in.

11   Q.    What side did Mack get in on?

12   A.    I'm not sure what side either one of them got

13   in.

14   Q.    Okay.  Where did Mack end up?

15   A.    Behind me on the passenger side.

16   Q.    And where did Kev end up?

17   A.    In the driver's side.

18   Q.    Behind --

19   A.    Yeah.

20   Q.    -- Shaquanda?

21   A.    Behind Shameka.

22   Q.    I'm sorry, Shameka.  You're Shaquanda.  Sorry.

23         When the girls got out of the car, did

24   Shaquanda's -- I'm sorry -- did Shameka's car leave,

25   leave the scene?

```
1    A.    Yes.

2    Q.    Where did you go?

3    A.    West Baltimore.

4    Q.    And what did you do?

5    A.    Dropped Mack off.

6    Q.    Where did you drop him off?

7    A.    I'm not sure.  Over in West Baltimore.

8    Q.    So after you dropped Mack off, where did you

9    go?

10   A.    Back out to Westport.

11   Q.    So you dropped him off and came back to

12   Westport?

13   A.    Yes.

14   Q.    Where did she park the car when you came back

15   to Westport?

16   A.    On the blacktop.

17   Q.    And did you go to Shameka's house?

18   A.    Yes.

19   Q.    Okay.  And did you have occasion to see -- was

20   the body still there?

21   A.    No.

22   Q.    Was there police activity going on?

23   A.    Yes.

24   Q.    Now, before you left the scene, did you see

25   that it had been Kareem who had been shot?
```

```
 1    A.      Yes.

 2    Q.      Now, you knew Kareem pretty well, didn't you?

 3    A.      Yes.

 4    Q.      Let me ask you:  If you remember, during that

 5    summer -- we're still in September -- during the

 6    summer before he was killed, do you remember seeing

 7    any paperwork that described things he said to the

 8    FBI or paperwork that other people -- reporting what

 9    other people said to the FBI?

10    A.      Yes.

11    Q.      When did you remember first seeing that?

12    A.      On the blacktop.

13    Q.      On the blacktop.  Who was showing it to you?

14    Who else was there?

15    A.      Everybody was just outside.  Everybody was

16    just reading them.

17    Q.      Was Shameka there?

18    A.      No.

19    Q.      Who else was there then?

20    A.      I'm not sure of all the names.  I'm just

21    knowing everybody was outside.

22    Q.      I'm not trying to get anybody in trouble.  I'm

23    just wondering if you remember who was there.

24    A.      No.

25    Q.      Were there more then two, three people?
```

```
 1      A.      Everybody was outside.

 2      Q.      Everybody.  So it would be fair to say that

 3   everybody in Westport knew about this paperwork and

 4   who had been telling to the police?

 5      A.      Yes.

 6      Q.      What about Kareem; did you know about Kareem's

 7   paperwork?

 8      A.      Yes.

 9      Q.      You saw it, didn't you?

10      A.      Yes.

11      Q.      Now, Kareem was not home until August or so.

12   But did you see him before he was killed?

13      A.      Yes.

14      Q.      Did you ever have any conversations with him

15   about the paperwork?

16      A.      Yes.

17      Q.      What did he tell you?

18      A.      That they was fake.

19      Q.      Did you carry -- did that affect your

20   friendship with Kareem?

21      A.      No.

22      Q.      Okay.  But was he being described pretty much

23   as a snitch?

24      A.      Yes.

25      Q.      And was it surprising on the night that he was
```

1    murdered to see him walking up and down the street?

2    A.      Yes.

3    Q.      Yeah.  Like:  What's he doing out here?

4    A.      Yes.

5    Q.      And what you've just testified to, is that

6    pretty much what you told the grand jury the second

7    time you came to the grand jury?

8    A.      Yes.

9    Q.      Now let's talk about the first time you went

10   to the grand jury.  Did you have conversations with

11   Shameka where she told you what she said?

12   A.      Yes.

13   Q.      And is that the version of events that you

14   gave -- that is, going to your grandmother's house

15   and not being there when the crime happened -- is

16   that the version you gave in your first trip to the

17   grand jury?

18   A.      Yes.

19   Q.      And tell the jury who it was you said was in

20   the car when you went to the grandmother's house when

21   you left the murder scene before the murder.

22   A.      Me, Kev, and Shameka Ross.

23   Q.      It didn't include Mack, did it?

24   A.      No.

25            MR. PURCELL:  Thank you.  I have no

1    further questions.

2                    THE COURT:  Hold on a second.  Approach

3    the bench, please.

4                    (BENCH CONFERENCE ON THE RECORD.)

5                    THE COURT:  Dennis, I want you to make

6    sure no one leaves the courtroom.  Just stand by the

7    door.  We're going to release the jury first.  No one

8    leaves the courtroom.  Secure the door now.

9                    (END OF BENCH CONFERENCE.)

10                    THE COURT:  All right.  Ladies and

11   gentlemen, one second, please.  That will conclude

12   today.  We're not going to start cross-examination in

13   just five minutes.  So with that the jury is excused.

14   And go to the jury room and exit out and we'll see

15   you tomorrow at noon.  We're going to start at

16   exactly noon tomorrow and go from noon to 4:30.  We

17   will not have a lunch break tomorrow, so you either

18   eat a late breakfast or an early lunch.  Have brunch

19   tomorrow.  I'll see you all tomorrow.

20                    (JURY OUT.)

21                    THE COURT:  Ladies and gentlemen, in

22   light of some information that came to me yesterday

23   with respect to some excitement outside of this

24   courtroom and outside of this building we're going to

25   have people exit in terms of groups.  And I didn't

1    want to discuss this in the presence of the jury, is

2    it all right if I explain the process we're going to

3    undergo now, Mr. Proctor?

4           MR. PROCTOR:  Sure.

5           THE COURT:  Basically we'll have those

6    members of the family and those affiliated with Mr.

7    Kareem Guest and his family, they'll leave first.

8    And then we will have those members who are

9    affiliated and friends of the family of Mr. Hall

10    leave next.  Just wait until the jury has left and

11    just everyone be patient just for one second.  Just

12    have as orderly a process as possible.  And the

13    record will reflect this is not being discussed in

14    the presence of the jury; the jury has been excused.

15           And we'll start at noon tomorrow and then

16    we'll start with your cross-examination of Miss Isaac

17    tomorrow, Mr. Proctor.

18           MR. PROCTOR:  It may be me or Mr.

19    Sullivan.  We haven't decided yet.  We will rock,

20    scissors, paper for it, Judge.

21           MR. PURCELL:  We have, I think, three

22    witnesses, Your Honor.  That will fill the afternoon.

23    And as of tomorrow we'll be ahead of schedule.

24           THE COURT:  Okay.  That's fine.

25           All right.  The jury is out.  Now we'll

1      have the -- the jury having now been exited from the

2      building and they've all -- the jury's all done and

3      gone down.  And next will be -- and, again, I can't

4      emphasize enough, no one should try to have the

5      contact with the jurors in this case, from any group.

6      All right.  Now, those affiliated with Mr. Guest's

7      family; if they'll leave.  They'll be permitted to

8      leave.  Then we'll have Mr. Hall, those affiliated

9      with Mr. Hall will leave next in a moment.

10                    (TRIAL RECESSED.)

11

12              I certify that the foregoing is a correct

13     transcript from the record of proceedings in the

14     above-entitled matter.

15

16                    *s/ Anthony Rolland*

17                    ANTHONY ROLLAND

18

19

20

21

22

23

24

25

1

## $

**$10,000** - 11:18,
11:24, 12:12, 12:14

## '

**'05** - 28:8
**'10** - 28:8
**'92** - 75:20
**'93** - 75:20
**'98** - 14:3, 14:4

## 1

**1** - 76:23, 81:4,
89:23, 89:25, 105:18,
192:1
**10** - 69:11, 69:23
**10225** - 7:19
**11** - 2:16, 58:10,
58:13, 69:19, 69:24,
70:2, 83:21
**11-20-2010** - 64:12
**12** - 83:16, 83:17
**120** - 22:3, 22:6
**13** - 59:10
**15** - 14:17, 14:18,
59:6, 59:9, 61:21,
69:20, 69:24, 70:2,
116:13, 117:10,
193:21
**158** - 81:9, 81:10
**159** - 82:24, 83:3
**15th** - 177:23, 178:6
**16** - 86:19, 88:15
**160** - 82:25, 83:4,
86:16, 100:1, 100:2,
100:4, 102:25, 143:16
**164** - 195:13
**165** - 195:20
**16th** - 130:15,
133:11
**170** - 160:1, 160:10
**171** - 160:13
**172** - 160:10, 178:6
**177** - 57:9, 58:4
**178** - 69:18, 69:21
**181b** - 6:21
**182** - 16:14
**183** - 17:22
**183b** - 6:24
**19** - 25:6, 55:6,
55:23, 58:2, 102:24
**19th** - 186:18
**1:10-cr-0744-rdb** -
1:5
**1:30** - 2:16, 107:16,
192:1

## 2

**2** - 2:19, 76:23,
94:23, 120:22, 145:9,
164:17, 198:7,
200:16, 200:17
**2.62** - 18:2
**20** - 134:18, 149:12
**2003** - 13:24
**2004** - 13:20, 13:22,
13:23
**2005** - 13:18, 14:5,
15:5, 28:4, 28:5, 28:9,
29:3, 30:15, 43:6,
43:9, 43:14, 45:9,
74:6, 74:7
**2006** - 13:16, 43:17
**2007** - 13:14, 43:19,
73:14

**2008** - 13:12
**2009** - 13:9, 13:11,
15:7, 15:8, 45:9, 54:1,
76:8, 103:19, 104:25,
160:19, 186:14
**2010** - 28:9, 29:3,
30:15, 43:6, 43:9,
43:22, 54:3, 54:4,
54:5, 57:18, 77:4,
77:6, 79:21, 82:20,
86:19, 88:15, 103:21,
104:3, 111:11, 115:2,
116:13, 117:10,
125:25, 127:24,
128:4, 128:11,
133:11, 152:4,
160:15, 160:17,
177:23, 178:6,
195:17, 195:21
**2011** - 1:9, 69:7,
70:3, 70:20, 71:21
**20th** - 76:8, 160:19
**21** - 196:15
**22nd** - 186:14
**23** - 100:15
**2400** - 91:20, 162:21
**25** - 189:17, 190:3,
191:4, 191:6, 192:1,
195:17
**28** - 13:4, 13:6, 55:6,
57:17, 59:8, 59:9,
61:21
**28th** - 160:15,
160:17
**29** - 82:20, 117:14,
128:4
**29th** - 125:25,
128:11

## 3

**3** - 70:3, 76:23,
84:21, 92:2
**30** - 117:21, 117:23,
117:24
**30,000** - 12:3, 12:4
**3464** - 22:6
**3rd** - 69:7, 70:20

## 4

**4** - 1:9, 39:13, 92:15,
111:11, 118:20,
143:10, 143:16,
143:18
**403** - 156:15
**44** - 17:12, 33:5,
33:15
**4:30** - 207:16
**4th** - 77:4, 77:6,
79:21, 115:2, 115:4,
116:4

## 5

**5** - 58:9, 58:12,
195:21

## 6

**607** - 100:21,
101:18, 101:20
**611** - 101:18
**612** - 101:22
**660** - 52:16

## 7

**7-21** - 195:9, 195:12

## 9

**9** - 99:23, 100:3
**9-17** - 17:14
**90** - 158:5, 158:6

## A

**able** - 166:23, 167:1
**above-entitled** -
209:14
**Absolutely** - 145:18
**absolutely** - 4:25
**according** - 5:21,
24:14, 40:21, 40:22,
41:23, 46:24, 72:14,
150:11, 194:4
**account** - 177:15
**accurate** - 198:14
**action** - 34:11
**actions** - 123:23
**active** - 35:2
**activity** - 52:15,
203:22
**addict** - 108:5
**address** - 141:14
**admit** - 16:16, 181:3
**admitted** - 18:6
**adopted** - 142:2
**adult** - 14:25
**advance** - 114:12
**advised** - 5:14,
142:15
**aerial** - 89:24
**affect** - 127:12,
205:19
**affiliated** - 208:6,
208:9, 209:6, 209:8
**afraid** - 35:7, 35:9,
35:13, 64:2, 64:6,
64:8, 64:10, 64:12,
64:16, 64:19, 135:18
**afternoon** - 150:17,
150:23, 181:24,
194:12, 208:22
**afterwards** - 74:23,
74:24, 182:21, 184:1
**agenda** - 2:15,
48:25
**agents** - 3:19,
18:21, 127:3, 127:23,
128:12
**ages** - 61:21
**aggressive** - 35:1
**ago** - 3:3, 20:7,
24:17, 26:15, 73:13,
73:14, 103:1, 110:16,
118:4, 125:6, 129:16,
162:14, 195:9
**agree** - 17:11,
71:20, 129:20, 129:25
**agreed** - 113:6,
143:22
**agreeing** - 24:25
**ahead** - 83:2,
100:14, 100:23,
101:8, 102:5, 135:7,
141:24, 180:23,
208:23
**aided** - 1:24
**ain't** - 7:23, 31:22,
34:15, 35:24, 38:4,
42:18, 46:16, 47:6,
51:6, 51:20, 52:2,
52:9, 53:3, 188:14
**Akers** - 4:23
**alcohol** - 108:14,
110:23, 115:12

**alerted** - 193:16
**alibi** - 49:6, 49:17,
49:18
**alike** - 99:5
**alive** - 22:15, 24:14,
26:1
**allowed** - 139:24,
140:4
**almost** - 25:10,
59:5, 104:24, 158:25
**altercation** - 4:18
**Amber's** - 105:4,
105:5
**America** - 1:3
**amounts** - 11:14
**analysis** - 17:21,
17:25, 18:1
**angle** - 184:16
**animated** - 32:15
**Annapolis** - 15:23,
17:15, 33:5, 89:6,
89:11, 161:23
**Annor** - 170:19,
199:23, 200:3
**announce** - 192:11
**answer** - 58:23,
59:1, 70:11, 70:14,
82:8, 83:24, 86:10,
100:14, 100:15,
102:7, 112:14, 144:3,
179:14, 180:20
**Answer** - 82:7,
82:12
**answered** - 42:24,
61:3, 63:4, 71:7
**Anthony** - 209:16,
209:17
**Antonio** - 1:6, 62:13
**anyway** - 5:5, 48:21
**anyways** - 48:24
**apologize** - 10:17
**appear** - 190:13,
191:24
**appearance** - 77:1,
77:3, 82:15, 98:23,
99:3, 100:5, 106:12,
143:18, 153:3,
160:11, 160:14,
195:15, 195:16,
195:21
**Appearances** - 1:12
**appearances** -
76:21, 159:24
**appeared** - 57:17,
68:21
**applies** - 27:5
**approach** - 2:23,
50:5, 56:1, 61:6,
69:13, 91:18, 118:15,
155:22, 183:14,
189:8, 191:22
**Approach** - 56:2,
101:10, 140:6, 159:8,
189:9, 207:2
**approached** -
135:22, 162:7
**approaching** -
183:12
**approximate** -
42:12
**April** - 177:23, 178:6
**area** - 40:18, 40:22,
40:24, 70:1, 146:15,
156:18, 164:20,
164:23, 178:13,
193:6, 197:7, 198:9,
200:15, 201:1,
201:13, 201:14
**armed** - 14:20, 26:6
**arraignment** -

152:10
**arrest** - 16:23,
17:17, 18:12
**arrested** - 14:15,
15:7, 135:22, 187:3,
187:5, 188:9, 188:10
**arrive** - 163:11
**arrived** - 162:21
**aside** - 38:20
**Assistant** - 1:14
**associated** -
192:20, 192:21
**assume** - 172:9,
173:11, 174:15
**assumed** - 70:25
**assuming** - 172:11,
184:20
**assumption** - 43:4,
117:19
**attention** - 58:2,
69:19, 74:6, 76:13,
97:8, 98:8, 99:19,
99:23, 100:8, 121:6,
121:7, 123:14,
142:13, 152:7, 162:1,
191:12
**attorney** - 33:22,
76:15, 88:8, 139:9,
142:16, 144:2, 144:6,
148:2, 148:5, 151:3,
152:12, 152:14,
160:2, 194:14,
194:16, 195:4, 195:8
**Attorney** - 1:14
**Attorney's** - 34:10,
61:8, 86:25, 126:1,
186:18
**attorneys** - 54:11
**August** - 1:9,
195:21, 205:11
**available** - 190:11
**Avenue** - 17:15
**average** - 108:22,
109:3
**Average** - 108:23
**Avery** - 80:9, 85:19,
168:10, 168:11
**aware** - 66:12

## B

**Baby** - 91:8
**background** -
72:24, 74:5, 85:16,
95:8
**bad** - 57:24
**badgered** - 185:19,
185:25, 186:2
**badgering** - 185:22,
185:24
**bags** - 16:1
**Baltimore** - 9:1, 9:6,
18:19, 18:23, 38:21,
49:7, 52:24, 203:3,
203:7
**bar** - 20:19, 20:21
**barely** - 35:12
**barn** - 141:5
**barrel** - 27:7
**base** - 18:2
**based** - 188:18
**Basis** - 100:18
**basis** - 101:13
**Bates** - 22:6
**bathroom** - 163:1
**beat** - 31:5, 31:19,
32:7, 59:24
**Beating** - 30:25
**beating** - 31:2, 31:3,
31:8, 31:9, 31:11

2

**beforehand** - 178:14
**began** - 6:8, 13:22
**begin** - 13:9, 72:23
**beginning** - 7:15, 52:8, 100:15
**begins** - 7:17, 7:19, 81:17
**behaves** - 4:20
**behind** - 15:22, 55:8, 58:21, 60:13, 60:17, 85:5, 90:18, 90:19, 124:5, 124:16, 124:17, 166:13, 172:8, 185:4, 185:7, 192:13
**Behind** - 172:22, 173:1, 202:15, 202:18, 202:21
**bell** - 156:5
**bench** - 2:23, 50:5, 56:2, 101:11, 140:6, 159:8, 189:9, 207:3
**Bench** - 2:25, 5:9, 50:7, 50:17, 56:3, 101:12, 102:3, 140:8, 141:23, 155:25, 157:2, 159:10, 159:21, 189:10, 191:2, 193:22, 207:4, 207:9
**bending** - 92:13, 92:19, 93:16, 100:11
**benefit** - 5:16
**Bennett** - 1:11
**bent** - 102:11, 102:13
**best** - 21:4, 64:19, 124:19, 178:8
**better** - 39:20, 47:22, 122:20, 133:12, 147:14
**between** - 43:2, 45:9, 115:10, 172:1, 188:13, 191:14
**Between** - 43:9
**big** - 35:5, 98:21, 185:6
**Big** - 25:25, 81:25, 82:2, 113:24, 114:6, 114:18, 116:9, 116:10
**bigger** - 39:19
**bit** - 32:15, 82:16, 91:13, 105:25, 125:9, 132:13
**Black** - 73:4, 75:1, 136:17
**black** - 4:17, 98:11, 98:14, 115:21, 133:18, 147:2, 147:5
**blacked** - 115:23
**blacktop** - 105:12, 105:13, 105:14, 105:19, 105:20, 174:1, 203:16, 204:12, 204:13
**block** - 52:16, 91:19, 162:21
**blunt** - 164:2, 197:12, 198:3, 198:23, 199:14, 201:19
**body** - 6:2, 35:18, 40:11, 41:1, 203:20
**boots** - 87:12
**bottle** - 109:6, 109:7, 109:13, 131:17
**bottles** - 109:7
**bottom** - 5:2, 192:24, 199:22, 200:3

**bought** - 11:1, 11:2, 43:7, 44:2, 62:15, 62:18, 93:24, 94:4, 110:12
**boxes** - 119:25
**boys** - 15:20
**bragging** - 38:1, 38:4
**break** - 2:16, 107:14, 189:14, 207:17
**breakfast** - 207:18
**brick** - 11:1, 11:2, 11:4
**bricks** - 10:21
**Brief** - 107:18
**brief** - 194:19
**Briefly** - 181:19
**bring** - 2:3, 2:10, 5:25, 14:10, 18:22, 192:22
**Bring** - 2:9
**broke** - 98:6
**brother** - 3:23, 3:24, 106:19
**brought** - 26:7, 61:19, 103:20, 103:25, 126:25, 191:12
**brunch** - 207:18
**build** - 98:19, 133:23, 147:2
**building** - 38:2, 38:8, 88:11, 152:9, 191:18, 193:12, 207:24, 209:2
**built** - 99:5
**bullet** - 24:23
**bullseye** - 65:4
**bum** - 183:19, 185:4
**bum-rushing** - 183:19, 185:4
**bumping** - 188:19
**bunch** - 24:23
**busybody** - 114:25
**button** - 90:4
**Buy** - 108:12
**buy** - 11:25, 12:16, 12:18, 13:2, 13:11, 42:20, 42:23, 42:25, 43:10, 49:25, 62:15, 132:7
**Buying** - 199:6
**buying** - 12:17, 28:17, 28:18, 63:1
**buzz** - 156:21

**C**

**cable** - 36:21, 36:24
**calm** - 140:16, 140:18
**camera** - 66:14, 66:16, 66:22
**cameras** - 51:5
**candy** - 94:1
**Caprese** - 90:24
**Caprese's** - 90:21, 90:22, 93:20, 93:21, 111:15
**car** - 6:10, 6:18, 7:4, 7:8, 7:16, 7:18, 8:2, 40:2, 41:14, 41:15, 41:16, 41:18, 42:11, 55:13, 56:9, 94:24, 95:11, 97:19, 97:20, 97:21, 124:24, 145:24, 146:1, 146:16, 164:18, 164:25, 165:1, 165:3,

166:22, 167:5, 167:6, 167:10, 167:15, 167:17, 168:25, 169:20, 170:1, 170:3, 170:15, 170:19, 171:6, 171:8, 171:10, 171:11, 174:19, 188:18, 196:19, 196:23, 196:25, 197:1, 197:21, 197:22, 197:24, 198:11, 198:12, 198:22, 199:19, 200:2, 200:17, 200:18, 202:5, 202:23, 202:24, 203:14, 206:20
**card** - 60:18
**care** - 16:17, 192:17
**careful** - 50:14
**Carithers** - 152:17, 152:20, 153:5
**carry** - 205:19
**Case** - 1:5
**case** - 15:16, 16:6, 17:7, 18:13, 18:17, 25:1, 32:22, 32:24, 33:21, 33:23, 34:5, 34:11, 34:16, 34:18, 66:15, 87:1, 171:23, 185:16, 185:18, 209:5
**cases** - 34:20
**certain** - 8:17, 186:1
**certainly** - 101:22, 141:10, 141:19, 185:6
**Certainly** - 104:21, 135:5, 187:21
**certify** - 209:12
**chair** - 36:6, 85:6
**chance** - 58:12, 66:25, 88:4, 114:15, 132:11, 195:2
**Chaneque** - 90:10
**Chaneque's** - 89:21, 105:16, 163:6, 163:7
**change** - 12:23, 82:16
**changes** - 11:15
**charge** - 19:4, 19:7, 38:21
**charged** - 32:20, 32:21, 39:1, 39:2, 39:3, 39:7, 127:13, 127:15, 130:8, 144:13, 149:5
**charging** - 11:23, 16:9
**chase** - 108:14
**check** - 37:9
**check's** - 37:4
**Cheese** - 152:1, 152:3
**choice** - 108:7
**chooses** - 57:5
**cigarette** - 95:16, 95:17, 95:18, 95:19
**Circuit** - 18:18
**circulated** - 155:12
**circulating** - 155:17
**circulation** - 155:6
**citizen** - 4:10
**city** - 9:7, 19:1, 20:23, 20:24
**City** - 17:15, 18:23, 38:22, 49:7, 52:24
**claim** - 15:16
**clarify** - 141:13, 141:18
**clear** - 4:14, 63:9, 113:18, 118:14,

154:24, 155:2, 155:5, 169:14, 169:19, 180:25, 182:18, 183:23
**cleared** - 192:8
**clearing** - 63:23
**clerk** - 4:22
**Clerk** - 72:15, 72:20, 150:12, 194:5
**client** - 4:9, 156:10
**client's** - 156:8, 192:18
**Clinton** - 1:14
**close** - 21:5, 21:11, 41:1
**closer** - 29:1, 96:24
**clothes** - 87:10, 87:13, 87:16
**cocaine** - 16:2, 18:2
**coke** - 12:2
**collected** - 7:2
**color** - 165:5, 165:7
**coming** - 76:14, 77:5, 85:12, 85:14, 85:15, 90:6, 91:25, 92:2, 120:18, 137:25, 163:14, 168:22, 175:9, 194:13, 199:17
**Coming** - 90:9, 96:11
**commit** - 113:19
**committed** - 113:8, 116:6, 117:10, 125:6, 125:10
**committing** - 30:16, 61:22, 62:2
**community** - 158:1
**company** - 29:7
**compare** - 98:23, 99:1
**compared** - 98:19
**completely** - 56:7, 156:11, 193:6
**computer** - 1:24, 37:20
**computer-aided** - 1:24
**concern** - 6:7, 8:9
**concerned** - 6:13, 193:15
**concerning** - 46:14
**concerns** - 191:24
**conclude** - 207:11
**concludes** - 72:7, 107:12
**condition** - 29:12
**confer** - 55:18
**Conference** - 2:25, 5:9, 50:7, 50:17, 56:3, 101:12, 102:3, 140:8, 141:23, 155:25, 157:2, 159:10, 159:21, 189:10, 191:2, 193:22, 207:4, 207:9
**conference** - 54:8
**confirm** - 143:9
**confronted** - 130:12, 136:8
**confused** - 42:19, 71:24, 71:25, 122:21
**connected** - 156:10
**consider** - 189:23
**conspiracy** - 47:9, 47:10, 47:13
**consult** - 181:20, 190:23
**contact** - 4:22, 152:20, 209:5
**contain** - 153:18

**contempt** - 180:15
**continue** - 5:11, 138:8, 140:13
**Continue** - 83:2
**continued** - 9:2, 98:4
**contrast** - 144:10
**control** - 101:19
**conversation** - 6:6, 50:13, 161:12, 174:24
**conversations** - 198:23, 205:14, 206:10
**convicted** - 73:12
**conviction** - 14:22, 19:4, 26:6
**convictions** - 14:11, 15:4, 15:5, 18:10
**cool** - 129:18
**cooperating** - 127:3
**cooperator** - 47:19
**corner** - 33:19
**correct** - 2:5, 9:9, 17:14, 18:1, 18:14, 18:21, 21:4, 28:10, 33:23, 39:4, 39:16, 39:21, 39:23, 43:4, 43:11, 45:20, 52:1, 52:12, 54:22, 55:14, 56:5, 60:19, 61:11, 63:6, 69:3, 70:6, 71:13, 89:22, 112:22, 136:5, 137:7, 137:20, 137:23, 139:12, 139:15, 139:22, 142:3, 142:7, 143:18, 147:18, 159:3, 159:4, 165:23, 166:10, 177:10, 178:19, 181:3, 181:7, 181:15, 183:21, 209:12
**Correct** - 47:17, 156:14, 160:16, 169:6, 183:24
**Corrections** - 28:3
**counsel** - 9:12, 14:10, 16:16, 63:4, 63:25, 71:3, 86:25, 139:6, 142:1, 151:23, 181:13
**Counsel** - 2:23, 17:22, 55:18, 55:19, 61:19, 83:18, 118:20, 145:9
**count** - 108:23, 125:21, 157:8, 157:10, 157:11, 157:21, 157:25, 158:4
**county** - 20:22
**couple** - 5:25, 9:13, 10:21, 11:10, 42:16, 42:17, 76:9, 104:23, 109:15, 116:9, 121:25, 148:24, 151:1, 151:7, 176:2, 176:3, 182:18, 187:11, 194:13, 194:24, 195:9, 198:22
**course** - 3:12, 73:18, 95:21, 95:22, 104:16, 142:17, 169:1, 195:4
**Court** - 1:1, 2:3, 2:7, 2:9, 2:13, 3:1, 3:8, 3:13, 4:1, 4:12, 4:19, 5:6, 5:10, 6:20, 7:1, 16:19, 16:22, 17:2, 18:6, 18:18, 22:1, 23:9, 27:14, 29:18, 40:16, 50:4, 50:8,

3

**50:18, 55:19, 55:23,**
**56:2, 56:4, 56:15,**
**56:20, 57:2, 58:3,**
**60:10, 61:2, 61:5,**
**61:16, 62:12, 62:23,**
**68:6, 68:8, 69:15,**
**69:21, 72:3, 72:5,**
**74:1, 75:8, 77:24,**
**79:23, 81:6, 81:10,**
**83:1, 83:6, 91:12,**
**93:2, 99:17, 99:25,**
**100:4, 100:18,**
**100:21, 101:10,**
**101:13, 101:18,**
**101:19, 104:21,**
**107:12, 107:19,**
**111:7, 118:18,**
**125:15, 135:5, 135:7,**
**135:10, 137:3,**
**137:12, 138:4,**
**138:23, 140:2, 140:6,**
**140:9, 140:19,**
**140:23, 141:7,**
**141:17, 141:22,**
**141:24, 143:14,**
**143:17, 148:23,**
**149:25, 150:5,**
**150:18, 155:24,**
**156:1, 156:7, 156:13,**
**156:18, 156:21,**
**156:25, 157:16,**
**157:19, 157:23,**
**159:8, 159:11,**
**160:21, 160:24,**
**162:21, 163:8,**
**163:21, 170:20,**
**179:14, 180:6, 180:8,**
**180:12, 180:14,**
**180:19, 181:18,**
**181:21, 187:21,**
**187:23, 188:24,**
**189:9, 189:16,**
**189:20, 189:25,**
**190:5, 190:12,**
**190:15, 190:18,**
**190:24, 191:1, 191:3,**
**192:15, 192:19,**
**193:4, 193:10,**
**193:16, 193:20,**
**193:23, 194:9,**
**195:14, 195:18,**
**196:7, 196:10,**
**200:22, 207:2, 207:5,**
**207:10, 207:21,**
**208:5, 208:24**
  **court** - 3:4, 34:1,
35:11, 112:3, 148:6,
180:15, 192:10
  **courthouse** - 3:6,
3:19, 4:4, 4:25, 18:23,
191:14
  **courtroom** - 3:20,
4:6, 4:14, 4:15,
111:24, 129:15,
129:16, 138:15,
153:4, 155:1, 157:5,
157:21, 158:1, 158:4,
180:16, 191:13,
192:3, 192:6, 192:8,
207:6, 207:8, 207:24
  **Cousin** - 66:4, 66:5
  **cousin** - 66:5, 66:6,
66:7, 66:9, 66:10
  **cousins** - 2:18,
66:10
  **cover** - 171:21,
183:8
  **Crack** - 10:3, 10:4
  **crack** - 10:7, 15:25,
17:18, 28:16, 29:14,

**110:20**
  **crawled** - 184:13
  **crazy** - 93:9, 158:5
  **crime** - 3:25, 14:18,
59:12, 60:18, 61:20,
61:21, 61:22, 62:2,
116:16, 117:12,
206:15
  **crimes** - 61:11, 62:3
  **criminal** - 14:11,
30:16
  **cross** - 107:15,
107:21, 141:14,
189:13, 189:19,
191:8, 207:12, 208:16
  **Cross** - 23:9, 23:13,
108:1, 181:22
  **cross-examination**
- 107:21, 207:12,
208:16
  **Cross-examination**
- 23:9, 23:13, 108:1,
181:22
  **crossed** - 49:16,
146:18
  **Csos** - 5:3
  **culpa** - 189:12
  **curb** - 86:5, 96:24,
119:11, 120:12
  **curbs** - 119:8
  **Curtis** - 77:14, 87:6,
103:20, 104:1
  **cut** - 39:22, 81:20,
82:5, 166:23
  **cute** - 198:12

# D

  **Dan** - 4:22
  **danger** - 25:18
  **date** - 17:13, 34:1,
53:11, 53:17, 53:18,
53:20, 77:2, 82:19,
86:18, 195:5, 195:14
  **dates** - 77:2
  **daughter** - 163:17
  **daughter's** - 74:18,
152:2
  **days** - 9:6, 109:15,
117:21, 117:23
  **deal** - 51:22
  **dealer** - 35:5, 59:14,
59:17, 59:20, 136:20
  **December** - 86:19,
88:15, 103:19,
103:21, 104:3, 126:9,
130:15, 133:11
  **decide** - 144:19,
190:19
  **decided** - 208:19
  **defendant** - 3:23,
62:13, 75:24, 91:5,
138:3, 191:17
  **Defendant** - 1:7,
1:15
  **defendant's** - 3:22
  **defense** - 2:7, 50:12
  **definition** - 59:19
  **demeanor** - 34:23,
34:24, 35:1
  **denied** - 67:13,
101:17
  **Denim** - 50:23
  **Denims** - 49:9
  **Dennis** - 207:5
  **deny** - 67:17
  **Deputy** - 72:15,
72:20, 150:12, 194:5
  **describe** - 80:1,
80:9, 80:13, 167:21

  **described** - 9:16,
80:4, 80:11, 98:7,
204:7, 205:22
  **describing** - 92:1
  **detailed** - 189:13
  **detective** - 67:1
  **Detective** - 6:19,
7:11, 36:19, 37:3,
37:6, 45:15, 66:23,
137:8
  **detectives** - 8:20,
49:7
  **detention** - 132:19
  **difference** - 29:6,
115:10, 115:13,
115:15
  **different** - 27:8,
36:10, 36:14, 42:6,
142:20, 156:11
  **differentiate** -
192:20
  **difficult** - 21:12,
106:9
  **digressed** - 10:16
  **direct** - 5:11, 58:2,
69:19, 74:6, 76:13,
107:13, 142:13,
152:7, 189:15
  **Direct** - 5:22, 72:21,
150:16, 150:21,
194:10
  **directing** - 97:8
  **direction** - 66:17,
121:14, 163:3, 163:4,
168:21
  **directly** - 55:8,
90:18
  **disagree** - 30:14
  **discovery** - 17:23,
105:11
  **discuss** - 72:6,
150:1, 189:1, 208:1
  **discussed** - 140:9,
144:1, 208:13
  **Discussion** - 190:25
  **dismiss** - 33:22
  **dismissed** - 18:13,
33:21, 34:6, 34:7,
34:12, 38:22
  **disrupting** - 50:15
  **distance** - 42:11,
42:13
  **distinction** - 43:2
  **distressing** - 3:21
  **District** - 1:1, 1:11,
61:9
  **disturbances** -
156:3
  **Division** - 28:3
  **document** - 16:9
  **dollars** - 9:19, 9:21
  **done** - 10:21, 59:5,
68:4, 143:7, 184:3,
184:4, 209:2
  **door** - 4:7, 40:6,
96:9, 172:7, 172:8,
172:9, 172:12,
172:13, 172:14,
172:16, 180:16,
207:7, 207:8
  **doors** - 28:2
  **doubt** - 26:7
  **down** - 39:22,
40:20, 44:15, 44:22,
56:12, 56:17, 66:16,
67:3, 72:6, 85:15,
85:22, 87:4, 87:22,
90:9, 90:10, 90:20,
92:3, 92:13, 92:19,
93:10, 93:16, 96:20,

**96:21, 100:11,**
**102:11, 102:13,**
**121:23, 127:21,**
**131:8, 132:4, 140:17,**
**150:1, 150:19,**
**164:15, 170:19,**
**173:4, 175:9, 176:4,**
**188:25, 196:9, 200:5,**
**206:1, 209:3**
  **drag** - 116:13
  **draped** - 98:14
  **draw** - 98:8, 99:19,**
**99:22**
  **dressed** - 22:20,**
**87:9, 147:1**
  **Dressed** - 147:5
  **drink** - 108:16,**
**109:6, 109:8, 109:10,**
**109:12, 109:25,**
**131:17**
  **drinking** - 89:8,**
**95:25, 131:11,**
**131:13, 131:15**
  **drinks** - 164:3**
  **drive** - 31:5**
  **driver's** - 40:4, 40:6,**
**41:4, 119:6, 122:14,**
**122:18, 124:7, 124:9,**
**170:19, 183:20,**
**184:7, 184:22,**
**188:18, 202:17**
  **driving** - 156:9,**
**195:24**
  **drop** - 203:6**
  **dropped** - 173:16,**
**203:8, 203:11**
  **Dropped** - 203:5**
  **drove** - 171:14,**
**171:16**
  **drug** - 10:2, 32:22,**
**35:5, 38:21, 44:10,**
**47:9, 47:10, 47:12,**
**59:14, 59:17, 59:19,**
**69:2, 73:7, 108:5,**
**108:7, 136:20**
  **drugs** - 13:11, 18:1,**
**25:7, 29:18, 30:10,**
**30:22, 30:23, 31:24,**
**33:15, 35:6, 43:10,**
**59:16, 59:18, 59:22,**
**62:3, 70:16, 70:18,**
**71:13, 71:23, 74:14,**
**95:20, 110:14**
  **Drugs** - 10:1**
  **drunk** - 110:6,**
**131:22, 149:22**
  **ducked** - 201:20**
  **Duckett** - 2:4, 2:9,**
**2:20, 2:22, 5:12, 5:19,**
**5:24, 14:9, 16:23,**
**21:2, 21:18, 23:15,**
**25:20, 25:25, 29:15,**
**29:24, 31:19, 33:15,**
**34:9, 40:9, 47:13,**
**48:13, 50:22, 57:8,**
**68:4, 68:11, 69:16,**
**71:2, 72:5, 84:8,**
**120:7, 161:2**
  **due** - 37:4**
  **duly** - 5:20, 72:13,**
**150:10, 194:3**
  **During** - 104:25**
  **during** - 6:6, 61:21,**
**182:21, 188:7, 204:4,**
**204:5**
  **Dwight** - 155:14,**
**155:16**

# E

  **e-mail** - 3:2
  **early** - 207:18
  **easily** - 25:15
  **easy** - 104:12
  **eat** - 207:18
  **echo** - 171:2, 182:6,
182:8
  **effect** - 189:1
  **either** - 67:24,
127:2, 128:21,
176:18, 183:24,
191:25, 202:12,
207:17
  **Either** - 156:12,
156:15
  **electrical** - 119:24
  **emphasize** - 209:4
  **encounter** - 88:7
  **End** - 5:9, 50:17,
102:3, 141:23, 157:2,
159:21, 193:22, 207:9
  **end** - 6:15, 6:17,
125:5, 135:17,
158:25, 169:1,
189:15, 190:4,
199:23, 202:14,
202:16
  **ended** - 119:10,
128:9, 132:3
  **enemy** - 10:16
  **engine** - 125:3
  **English** - 46:5
  **entire** - 99:12
  **entitled** - 209:14
  **envelope** - 153:12
  **essentially** - 92:1,
190:21
  **establish** - 159:14
  **established** -
159:14
  **evening** - 76:8,
85:9, 88:21, 166:15,
166:17, 166:20,
167:22, 168:13,
169:5, 198:25, 199:1,
199:21, 200:10
  **event** - 72:7, 150:2,
189:3, 190:10
  **events** - 206:13
  **everywhere** - 171:2,
182:8, 182:9
  **evidence** - 3:24,
16:25, 17:3, 18:5
  **exact** - 98:20,
151:23
  **exactly** - 42:7,
102:12, 109:8,
141:11, 167:18,
179:8, 188:12, 207:16
  **Exactly** - 43:23,
189:18
  **examination** - 5:11,
23:9, 23:13, 68:9,
101:19, 107:13,
107:15, 107:21,
108:1, 149:1, 181:22,
207:12, 208:16
  **Examination** - 5:22,
61:17, 72:21, 135:15,
150:16, 150:21,
188:1, 194:10
  **excitement** -
191:12, 207:23
  **Excuse** - 55:16,
104:23, 180:12
  **excuse** - 192:2,
192:5
  **excused** - 150:5,
189:4, 191:20,
191:21, 192:7,

4

207:13, 208:14
**exercise** - 139:24
**Exhibit** - 6:21, 22:3,
39:13, 57:9, 58:3,
69:17, 81:9, 81:10,
84:21, 86:16, 89:25,
92:2, 92:14, 94:23,
99:25, 100:4, 102:25,
105:18, 118:20,
120:22, 143:16,
145:9, 159:25, 160:9,
160:13, 164:17,
178:6, 198:7, 200:16,
200:17
**exhibit** - 22:4,
22:22, 44:13, 76:13,
76:24, 81:6, 82:22,
83:4, 143:12, 143:14,
195:13
**exhibits** - 45:22,
76:17, 118:16, 159:25
**exit** - 192:7, 207:14,
207:25
**exited** - 191:18,
209:1
**expect** - 11:19,
130:8
**expense** - 9:9
**expenses** - 36:16
**expire** - 28:6
**explain** - 168:6,
208:2
**explained** - 47:7,
112:21, 112:25
**express** - 6:7
**extended** - 141:12,
156:9
**extent** - 76:16,
101:21, 160:3

## F

**face** - 85:6, 98:24,
99:4
**Facebook**- 37:17,
37:19, 37:20, 37:22,
37:23
**facilities** - 162:23
**facing** - 118:25,
170:19, 170:22
**fact** - 32:22, 39:12,
48:22, 49:4, 60:16,
64:1, 80:4, 112:24,
114:2, 118:11, 125:9,
128:25, 130:7,
130:25, 132:16,
134:3, 137:19, 139:8,
141:3, 142:5, 142:22,
145:12, 145:21,
158:6, 174:18, 191:17
**factions** - 3:11
**Fair**- 155:8
**fair** - 110:7, 110:10,
117:12, 117:13,
125:7, 125:8, 125:21,
182:7, 184:1, 184:2,
185:21, 198:14, 205:2
**fairly** - 70:10, 70:23,
71:5, 71:22, 136:19,
185:15
**fake** - 205:18
**falling** - 182:15
**false** - 58:24, 113:2,
143:3, 143:4, 145:1
**families** - 3:17
**family** - 3:12, 3:14,
3:15, 65:2, 156:8,
156:9, 191:16,
192:12, 192:18,
192:20, 192:21,

208:6, 208:7, 208:9,
209:7
**far** - 4:11, 24:21,
46:3, 90:19, 118:8,
127:10, 128:3,
165:14, 170:16,
200:6, 200:7
**fast** - 134:9, 171:20,
182:23, 183:1, 184:6
**father** - 152:2
**favorite** - 108:16,
110:18
**Fbi**- 52:25, 105:3,
116:14, 116:16,
117:8, 117:11, 125:7,
125:25, 126:11,
126:20, 129:25,
130:9, 149:6, 154:1,
204:8, 204:9
**February**- 69:7,
70:3, 70:20, 71:21,
77:4, 77:6, 79:20,
111:11, 115:2, 115:4,
116:4, 186:17
**federal** - 3:25, 73:7,
152:5
**feelings** - 158:17
**feet** - 42:16, 42:17
**felt** - 171:17,
183:14, 183:17
**Ferl**- 92:23, 93:4,
93:6, 93:7, 166:17
**Ferry**- 173:4
**few** - 2:14, 9:6,
122:2, 123:10,
123:20, 161:16, 182:1
**fifth** - 89:7, 131:19,
131:20, 131:21
**fight** - 31:21, 31:23,
32:7, 162:9
**fights** - 31:13,
31:19, 52:15
**figure** - 162:11
**fill** - 208:22
**finally** - 163:17
**fine** - 5:6, 17:2,
23:12, 158:17,
158:23, 166:6,
180:21, 181:25,
186:3, 189:20, 191:8,
191:9, 208:24
**Fine**- 77:21, 87:17
**finish** - 32:19
**finished** - 19:15,
104:24, 191:6
**finishes** - 192:1
**fire** - 165:18, 166:1
**fired** - 119:2, 131:1
**First**- 162:16, 175:8
**first** - 5:20, 48:1,
48:3, 51:15, 52:6,
53:11, 53:13, 72:13,
72:16, 76:25, 77:2,
79:20, 81:5, 88:14,
89:21, 90:5, 92:6,
92:8, 94:10, 97:10,
97:25, 98:1, 99:24,
100:8, 106:12,
111:10, 112:6,
112:17, 112:20,
113:18, 119:2, 119:3,
119:21, 120:9,
120:25, 123:6,
127:18, 127:22,
128:2, 138:1, 142:14,
147:9, 147:15,
150:10, 150:13,
151:11, 153:3, 160:1,
164:14, 167:12,
169:16, 169:21,

169:23, 172:2, 172:3,
175:15, 177:1, 182:2,
183:12, 184:10,
185:10, 186:13,
188:14, 192:18,
192:25, 194:3, 194:6,
195:1, 195:13,
195:17, 195:22,
197:19, 199:3,
204:11, 206:9,
206:16, 207:7, 208:7
**firsthand** - 133:2
**five** - 61:1, 109:4,
134:5, 134:7, 167:19,
207:13
**Five**- 28:7, 28:8,
134:6
**five-four** - 134:7
**five-something** -
134:5
**flash** - 182:10
**flog** - 126:22
**floor** - 4:5, 191:18
**floors** - 111:21
**focus** - 58:17,
102:8, 141:11
**followed** - 174:20
**following** - 40:21
**follows** - 5:21,
72:14, 150:11, 194:4
**food** - 164:3
**force** - 52:25
**foregoing** - 209:12
**foreground** - 95:9
**foreperson** - 112:6
**forget** - 14:2, 32:22,
77:8, 79:22, 115:8
**forgot** - 14:9, 20:12,
131:7, 168:13
**forgotten** - 109:5
**forth** - 170:16,
175:9
**forward** - 5:13,
44:25, 77:25, 118:13,
193:24
**four** - 61:4, 73:13,
109:4, 110:15, 134:7,
171:14, 171:16
**Four**- 73:14
**free** - 24:8, 60:18,
101:23, 130:4
**Frequent**- 70:23
**frequent** - 70:24,
71:22
**frequently** - 70:10,
71:4, 71:5
**friend** - 21:4, 64:19,
77:10, 77:11, 104:14,
104:17, 163:11
**friends** - 65:2,
106:6, 191:16, 208:9
**friendship** - 205:20
**front** - 57:17, 76:13,
87:22, 103:20, 104:1,
124:11, 124:19,
130:19, 159:25,
165:15, 194:16
**Fuchs**- 1:14
**full** - 72:15, 113:9,
113:13, 150:12, 194:5
**Fulton**- 173:12
**funny** - 164:22
**Furthermore**-
101:20
**Fussing**- 170:8
**fussing** - 170:10,
170:12

## G

**game** - 161:12
**gap** - 101:2, 102:10
**Gary**- 1:15
**gas** - 163:24,
197:10, 197:11,
197:17, 198:20,
198:21
**Ged**- 46:4
**generally** - 118:16,
185:18
**gentleman** - 174:25
**gentlemen** - 34:11,
35:16, 49:13, 97:7,
107:13, 207:11,
207:21
**get-out-of-jail-free**-
60:18
**girl** - 162:13
**girlfriend** - 37:22,
37:23, 91:9, 132:5
**girlfriend's** - 85:14
**girls** - 32:3, 162:10,
202:23
**given** - 139:23,
142:3, 142:6, 143:9
**Glad**- 96:1
**glad** - 119:18
**glassine** - 16:1
**goodies** - 93:24,
94:4
**Government** - 72:9,
81:10, 100:4
**government** - 2:5,
6:8, 6:21, 7:6, 7:8,
9:9, 24:7, 26:7, 32:12,
33:22, 36:7, 39:13,
45:15, 47:7, 51:23,
52:7, 52:11, 53:14,
54:7, 54:11, 55:7,
56:25, 58:3, 60:17,
67:22, 68:16, 69:17,
70:19, 70:21, 71:3,
71:21, 81:9, 92:14,
99:25, 103:19,
118:20, 120:21,
129:19, 139:20,
142:16, 144:7, 145:9,
156:6, 156:11,
156:16, 164:17,
185:16, 186:4, 190:8,
190:10, 190:18,
200:17
**government's** -
17:22, 27:5, 38:17,
57:8
**grab** - 135:6
**grams** - 13:4, 13:6,
17:18, 18:2
**grand** - 6:9, 7:7,
53:10, 54:8, 55:6,
55:20, 55:23, 56:21,
57:3, 57:13, 57:17,
69:7, 70:2, 71:15,
71:21, 73:22, 76:20,
77:6, 77:10, 77:12,
78:2, 78:9, 79:15,
79:18, 79:20, 81:11,
82:15, 83:9, 83:11,
83:12, 88:14, 98:8,
98:17, 100:5, 100:13,
100:25, 103:18,
106:13, 106:21,
110:10, 111:21,
111:23, 112:6,
112:21, 112:24,
113:3, 113:19,
113:23, 114:11,

114:12, 114:15,
115:3, 116:4, 117:15,
118:1, 125:19, 130:1,
133:11, 133:16,
133:19, 139:3,
142:18, 143:17,
144:17, 146:25,
147:4, 147:9, 147:15,
148:1, 148:11,
148:15, 149:5, 153:3,
154:1, 159:24, 160:1,
160:10, 160:14,
160:25, 174:14,
174:17, 174:23,
175:23, 176:9,
176:11, 176:23,
177:2, 177:14,
177:18, 178:5,
178:10, 178:15,
181:2, 181:5, 186:13,
186:20, 187:11,
188:3, 188:4, 188:14,
201:7, 206:6, 206:7,
206:10, 206:17
**grandfather** - 30:4,
30:7
**grandmother's** -
177:25, 178:3, 181:7,
206:14, 206:20
**Granted**- 121:7
**grass** - 40:12,
40:22, 40:24, 41:21,
55:14, 93:12, 101:1,
102:14, 120:16,
200:15
**grassy** - 40:18
**green** - 62:10,
64:22, 165:6, 175:1
**grew** - 75:17,
151:15
**ground** - 182:16
**group** - 162:10,
193:13, 209:5
**groups** - 3:10, 3:17,
3:18, 193:14, 207:25
**grow** - 75:16,
151:16
**guess** - 11:23, 15:8,
20:8, 26:17, 26:24,
26:25, 33:1, 34:19,
35:15, 39:5, 42:16,
60:13, 74:6, 81:2,
86:14, 88:15, 91:10,
97:3, 99:5, 106:8,
119:24, 121:21,
125:9, 134:3, 171:22
**guessing** - 12:25,
42:8
**Guest**- 3:14, 13:9,
32:21, 39:4, 39:9,
39:16, 40:11, 41:8,
42:7, 42:12, 45:3,
46:15, 46:17, 47:4,
47:12, 47:18, 47:22,
48:4, 54:2, 54:4, 54:5,
55:9, 60:6, 65:17,
67:14, 75:3, 151:12,
155:11, 155:14,
155:18, 155:19,
156:9, 191:16,
192:11, 192:20,
194:21, 208:7
**Guest's**- 41:1, 78:4,
209:6
**guilty** - 33:18, 34:3,
152:9, 152:25
**gun** - 6:11, 7:9,
15:2, 26:9, 26:11,
26:17, 27:10, 146:12,
182:10, 185:13

5

**gunpoint** - 60:1
**gunshots** - 201:20
**guy** - 3:22, 44:20, 45:13, 62:9, 64:22, 185:6
**guys** - 16:17, 163:15, 167:23

## H

**Half** - 3:11, 119:17
**half** - 11:25, 19:21, 19:22, 20:3, 33:5, 33:12, 33:14, 62:18, 63:1, 63:2, 68:12, 68:14, 68:18, 73:13, 73:14, 109:7, 110:15, 119:16, 131:20, 131:21, 175:10
**hall** - 192:14
**Hall** - 1:6, 3:14, 6:3, 6:4, 6:7, 6:10, 9:16, 9:17, 9:23, 10:19, 11:18, 12:5, 19:19, 21:13, 21:19, 21:21, 24:14, 24:16, 25:1, 40:10, 40:21, 42:20, 42:23, 42:25, 43:10, 44:15, 44:19, 50:11, 62:13, 68:13, 68:15, 68:18, 68:21, 75:25, 92:7, 134:4, 134:14, 134:25, 136:22, 191:17, 192:12, 192:21, 208:9, 209:8, 209:9
**Hall's** - 5:1
**hallway** - 191:13, 193:1, 193:11
**hand** - 112:8, 190:9
**hands** - 10:24
**handwriting** - 46:8
**Hang** - 198:18
**hang** - 132:5, 167:23, 196:6
**hanging** - 168:3, 168:7
**Hanging** - 168:8
**happier** - 115:17, 115:18
**happy** - 51:25, 52:2, 115:19, 157:11
**hard** - 43:15
**harder** - 21:18, 21:24
**harm** - 132:24, 133:3
**head** - 24:23, 98:11, 98:14, 121:22, 147:6, 171:17, 183:16, 183:17
**headed** - 89:18
**hear** - 29:1, 30:19, 39:25, 45:1, 50:10, 50:13, 50:15, 51:6, 56:12, 56:13, 56:15, 99:9, 119:3, 120:5, 153:9, 155:10, 180:11, 180:13, 182:8, 200:23
**heard** - 3:22, 9:16, 9:23, 41:8, 42:10, 51:2, 51:4, 51:7, 67:7, 97:10, 97:24, 98:1, 99:10, 102:22, 103:2, 103:12, 103:13, 104:7, 131:8, 135:22, 139:10, 145:2, 145:5, 147:17, 155:19, 169:13, 169:22,

169:23, 182:6, 182:9, 183:2, 183:7, 184:10, 185:10, 201:20, 202:4
**hearing** - 3:23, 103:5, 132:19, 136:10, 147:23
**heavier** - 134:18
**heck** - 114:21
**height** - 98:19, 98:20, 98:22, 134:4, 147:2
**held** - 26:9, 51:24, 144:9, 152:8, 180:15
**Hello** - 88:4, 108:4
**help** - 26:16, 44:14, 48:10, 49:24, 132:14
**Help** - 48:14
**helped** - 22:23
**Hence** - 141:6
**heroin** - 110:20
**herself** - 4:20, 162:9
**Hickman's** - 155:16
**hide** - 175:12
**hiding** - 28:16
**high** - 115:4, 115:25, 116:6, 117:7, 117:17, 117:23, 126:23, 130:16, 147:7, 147:21, 148:9, 149:22
**highlighting** - 191:23
**hightailing** - 131:4
**Hill** - 105:7
**hill** - 163:5
**hit** - 111:4
**hitting** - 171:17, 183:15, 183:17
**Hold** - 7:21, 50:4, 83:1, 207:2
**hold** - 7:21, 26:18, 134:6
**holes** - 24:23
**Hollins** - 173:4
**Hollinswood** - 20:19, 20:25, 21:1
**home** - 74:8, 74:9, 75:1, 89:4, 89:12, 113:24, 136:25, 163:19, 173:9, 173:11, 173:14, 205:11
**Home** - 108:21
**Homicide** - 49:7
**honest** - 46:2, 54:23, 54:25
**honor** - 144:7
**Honor** - 2:6, 2:8, 5:14, 16:24, 55:22, 69:13, 77:22, 81:8, 83:3, 104:20, 125:14, 135:13, 189:23, 195:13, 208:22
**Honorable** - 1:11
**hook** - 47:14
**Hopefully** - 73:25
**horse** - 125:22, 141:5
**hour** - 3:3, 149:18
**Hours** - 81:1
**hours** - 81:2
**house** - 21:20, 22:18, 24:19, 51:5, 66:16, 66:23, 67:3, 74:16, 85:14, 89:14, 90:21, 90:22, 90:23, 96:14, 96:17, 105:16, 111:15, 154:7, 163:6, 165:15, 181:7, 199:4, 199:13, 203:17,

206:14, 206:20
**Huh-huh** - 74:25
**Huron** - 44:15
**hurt** - 135:23, 136:15
**husband** - 74:5, 74:22, 110:15, 136:17
**husband's** - 73:1
**hustling** - 33:19
**hydrant** - 165:19, 166:1

## I

**idea** - 23:18
**identification** - 6:21, 16:16, 16:20, 16:22, 58:4, 69:22, 81:7, 81:12, 100:6, 160:22, 195:19
**identified** - 62:13, 127:7
**identify** - 192:22
**illegal** - 29:24
**Imagine** - 158:11
**Immunity** - 55:4, 55:5, 149:3
**immunity** - 24:5, 24:7, 38:23, 38:25, 42:4, 47:4, 47:16, 51:23, 52:8, 52:11, 55:2, 60:21, 61:4, 130:12, 139:7, 139:24, 141:4, 141:10, 142:2, 142:3, 142:5, 142:6, 142:8, 142:20, 143:10, 144:23, 199:9
**immunized** - 142:22, 142:25, 144:16
**impeach** - 101:21
**impeached** - 101:16
**impeachment** - 100:19
**implicate** - 104:6
**important** - 25:21, 25:22
**inaccurate** - 56:21, 57:4
**Incarcerated** - 73:6
**incarcerated** - 13:25, 14:1
**inches** - 134:13, 134:16
**incident** - 19:18
**inclined** - 191:15
**include** - 88:20, 147:22, 181:14, 206:23
**included** - 36:25
**increase** - 3:5
**increased** - 4:24
**independent** - 43:24
**indicate** - 192:2
**indicated** - 66:17
**information** - 3:21, 58:18, 58:20, 191:11, 207:22
**inheritance** - 30:3, 30:6
**initial** - 160:7, 195:5
**initialed** - 160:6
**initials** - 160:11
**Inn** - 141:3
**inquire** - 156:16
**inquiry** - 156:18, 157:1, 159:19
**inside** - 3:5, 124:2

**instance** - 81:24, 85:8
**instruction** - 144:20
**intentions** - 48:20
**interaction** - 159:13
**interest** - 5:1
**interested** - 114:21
**interesting** - 32:12
**interior** - 125:1
**interrupt** - 50:19
**intersection** - 170:20
**interviewed** - 125:24
**intimidation** - 159:15
**invasion** - 75:1, 136:25
**invite** - 159:19
**involved** - 4:18, 15:2, 47:13, 48:15, 48:18, 79:4, 79:14, 177:8, 177:9, 177:11
**Isaac** - 181:1, 189:7, 189:21, 191:1, 191:5, 193:21, 193:23, 194:2, 194:7, 194:12, 200:23, 208:16
**issue** - 3:9, 61:4, 61:19
**issues** - 3:6, 3:8
**itself** - 79:13, 97:9, 156:24

## J

**jail** - 14:12, 26:6, 27:16, 52:4, 60:18, 73:9, 73:12, 116:19, 116:21, 136:19, 136:21
**jeans** - 87:12, 133:14, 133:18
**Jeladi** - 151:5
**job** - 29:7, 29:8, 29:10, 30:2, 30:5
**John** - 1:13
**Jones** - 80:5
**Jr** - 1:13
**judge** - 111:25, 141:2
**Judge** - 1:11, 5:3, 92:25, 99:16, 100:17, 101:9, 118:15, 135:4, 138:2, 138:22, 140:1, 155:22, 157:14, 187:20, 189:8, 189:11, 190:7, 208:20
**July** - 28:4, 28:5, 82:18, 82:20, 116:13, 117:10, 117:14, 125:5, 127:23
**jump** - 118:13, 123:3, 123:23
**jumped** - 98:2, 98:6, 120:20, 121:17, 122:12, 122:16, 122:17, 122:18, 122:19, 123:22, 124:6, 124:22
**jumping** - 169:9
**jumps** - 122:13
**jumpsuit** - 187:17
**jurors** - 6:25, 193:8, 209:5
**Jury** - 1:11, 2:2, 2:12, 57:1, 207:20
**jury** - 2:4, 2:11, 5:16, 6:9, 7:7, 8:25, 15:10, 15:15, 18:16,

31:14, 31:18, 35:17, 35:21, 40:9, 45:1, 49:13, 50:14, 53:10, 54:9, 55:6, 55:21, 55:23, 56:12, 56:21, 57:3, 57:13, 57:17, 69:8, 70:2, 71:15, 71:21, 73:22, 76:20, 77:6, 77:11, 77:12, 78:2, 78:9, 79:15, 79:18, 79:20, 81:11, 82:16, 82:19, 83:9, 83:11, 83:12, 85:11, 87:3, 88:14, 90:1, 95:4, 96:22, 97:23, 98:8, 98:17, 98:18, 100:5, 100:13, 100:25, 103:18, 106:13, 106:21, 111:10, 111:21, 111:23, 112:6, 112:21, 112:24, 113:3, 113:19, 113:24, 114:11, 115:3, 116:4, 117:15, 118:1, 125:19, 130:1, 133:11, 133:16, 136:7, 137:19, 139:8, 142:18, 143:17, 144:17, 144:19, 146:25, 147:4, 147:9, 147:15, 148:1, 148:11, 148:15, 149:6, 153:3, 153:7, 153:10, 154:1, 159:24, 160:1, 160:10, 160:14, 160:25, 161:6, 162:6, 167:21, 168:5, 170:9, 174:14, 174:17, 174:23, 175:23, 176:10, 176:11, 176:23, 177:2, 177:14, 177:19, 178:1, 178:5, 178:10, 178:15, 181:2, 181:5, 186:14, 186:20, 187:11, 188:3, 188:5, 188:14, 190:3, 191:17, 191:19, 192:2, 192:5, 192:10, 192:16, 192:25, 193:6, 201:17, 206:6, 206:7, 206:10, 206:17, 206:19, 207:2, 207:13, 207:14, 208:1, 208:10, 208:14, 208:25, 209:1
**jury's** - 191:20, 192:7, 209:2

## K

**Kareem** - 32:21, 39:4, 39:9, 40:11, 40:19, 40:20, 46:15, 46:16, 47:4, 47:12, 48:4, 60:6, 65:17, 75:3, 78:4, 96:4, 99:9, 102:22, 103:7, 103:15, 104:7, 104:25, 119:18, 119:21, 120:3, 128:14, 128:19, 129:6, 129:7, 147:23, 151:12, 155:11, 155:14, 168:14, 168:17, 168:18,

6

169:2, 169:15,
169:17, 174:8,
174:10, 186:5, 186:8,
194:21, 196:2, 199:1,
199:3, 199:16,
203:25, 204:2, 205:6,
205:11, 205:20, 208:7
**Kareem's** - 105:4,
205:6
**Keep** - 56:16, 60:10,
196:10
**keep** - 2:14, 56:11,
74:1, 91:12, 101:25,
192:12, 193:5
**Kermit** - 85:17,
105:15, 163:7
**Kev** - 26:1, 81:25,
82:2, 98:6, 106:17,
113:24, 114:3, 114:6,
114:18, 116:9, 123:7,
124:6, 166:9, 171:13,
171:19, 173:6,
178:23, 178:24,
179:16, 201:12,
202:9, 202:16, 206:22
**Kev's** - 25:25,
116:10
**Kevin** - 5:19, 25:25,
31:19, 33:14, 47:13,
80:11, 84:8, 94:18,
96:22, 96:23, 120:25,
122:14, 122:19,
130:19, 145:10,
145:19, 145:23,
146:15, 146:23,
161:2, 162:23,
166:19, 172:1,
172:25, 179:8, 181:6,
184:25, 185:11,
197:23, 198:1, 200:8
**Kevin's** - 121:13,
185:6
**Keyburn** - 166:20
**kill** - 8:14, 8:15,
8:21, 24:8, 64:20,
67:11
**Kill** - 64:18
**killed** - 13:10,
25:10, 39:10, 39:16,
47:12, 48:4, 49:25,
51:11, 53:19, 54:2,
54:4, 54:5, 65:10,
65:14, 65:15, 65:18,
65:19, 67:14, 67:15,
105:1, 128:14,
128:19, 129:5, 129:7,
174:12, 196:2, 204:6,
205:12
**killing** - 25:2
**kilo** - 11:4, 11:25,
12:2, 19:19, 19:21,
20:3, 42:22, 43:13,
62:18, 68:13, 68:14,
68:18, 68:22
**Kilos** - 63:18
**kilos** - 19:16, 28:17,
42:20, 42:23, 42:25,
43:7, 62:15, 62:16,
63:1, 63:5, 63:8,
63:11, 63:14, 63:17
**kind** - 5:1, 10:2,
26:11, 27:7, 27:9,
32:12, 32:13, 33:12,
42:8, 42:19, 45:18,
45:19, 165:1, 165:3,
183:3, 197:1
**kinds** - 30:16
**knowing** - 51:23,
204:21
**knowingly** - 113:2

**knowledge** -
124:18, 130:10,
131:1, 133:2
**known** - 75:21,
76:2, 134:25
**knows** - 157:21,
159:16
**Knox** - 152:22,
153:5
**Kwana** - 7:23, 7:25,
84:5, 94:17, 124:14,
124:22, 163:12,
163:13, 163:23,
165:8, 169:17,
169:21, 169:24,
170:8, 170:10,
170:11, 171:5,
172:22, 173:5,
176:17, 179:17,
179:17, 180:25
**Kwana's** - 177:25,
178:3

## L

**labeled** - 65:8
**ladies** - 35:16,
49:12
**Ladies** - 107:13,
207:10, 207:21
**Lafayette** - 75:17
**language** - 125:10
**larger** - 89:23
**Larry** - 151:25,
152:3, 152:25
**laser** - 90:1, 97:4
**Last** - 156:14
**last** - 20:7, 38:16,
72:17, 73:25, 81:17,
84:24, 90:25, 91:2,
102:20, 109:23,
110:2, 115:4, 117:21,
117:23, 125:5, 139:8,
143:22, 144:1, 144:6,
146:22, 155:20,
156:4, 156:13,
169:16, 174:14,
175:10, 187:8, 201:11
**late** - 207:18
**latitude** - 100:22
**laughing** - 192:23
**law** - 4:22, 5:21,
72:14, 150:11, 194:4
**law's** - 89:14
**laws** - 29:11
**lawyer** - 16:5,
17:25, 23:19, 51:21,
101:21, 129:13,
129:20
**lawyers** - 23:20,
180:9, 180:20
**leading** - 141:18
**lean** - 5:13, 23:24,
24:2, 44:25, 59:15,
75:8
**learn** - 161:25
**learned** - 174:9,
178:17
**least** - 13:11, 22:20,
58:18, 129:25,
185:10, 201:16
**leave** - 4:14, 21:23,
23:11, 49:10, 90:14,
111:3, 171:5, 178:24,
178:25, 179:11,
179:12, 189:2,
191:20, 192:12,
192:18, 192:25,
197:6, 197:7, 198:19,
202:24, 202:25,

208:7, 208:10, 209:7,
209:8, 209:9
**leaves** - 192:10,
207:6, 207:8
**leaving** - 51:5,
66:15, 66:16, 168:18,
169:18, 180:5, 199:17
**left** - 6:1, 22:17,
24:19, 34:11, 88:2,
90:16, 110:15,
113:11, 113:23,
119:11, 141:5,
163:24, 166:12,
167:11, 172:21,
178:3, 178:14,
178:21, 179:1, 179:4,
182:6, 189:17,
196:12, 198:1,
199:18, 203:24,
206:21, 208:10
**legal** - 29:14
**legally** - 47:9
**letter** - 142:5
**letting** - 170:12
**lie** - 25:23, 26:16,
29:5, 33:2, 33:6,
40:14, 116:16,
125:17, 142:22, 181:5
**lied** - 7:20, 26:2,
26:3, 29:3, 57:25,
117:11, 125:7,
126:11, 126:20,
129:25, 179:7, 181:2
**lies** - 125:18, 130:5,
149:5
**life** - 25:21, 36:8,
59:12, 61:20, 65:1
**life's** - 25:22
**light** - 125:1, 207:22
**Line** - 58:9, 58:12,
100:15
**line** - 5:2, 32:19,
70:2, 111:14, 178:7,
181:13, 181:14,
192:24
**Lines** - 69:19, 69:24
**liquor** - 110:6
**listened** - 34:22
**litany** - 57:24
**live** - 37:24, 38:5,
91:11, 132:5, 151:18,
151:19, 151:20
**lived** - 38:2, 59:12,
75:15
**lives** - 90:10
**living** - 9:7, 30:1,
34:8, 38:6
**location** - 9:2, 9:3,
151:23
**locked** - 4:4, 4:8,
13:23, 15:12, 15:18,
30:8, 61:24, 62:1,
132:18, 132:25,
187:7, 187:9, 187:10
**lockup** - 4:5, 180:16
**look** - 7:14, 17:5,
17:25, 24:12, 29:20,
55:7, 70:21, 79:21,
81:3, 81:4, 81:16,
82:18, 83:15, 84:21,
102:24, 111:24,
120:6, 133:17,
133:23, 133:25,
138:15, 153:13,
153:15, 153:20,
154:6, 177:22, 178:7,
180:9, 198:7, 200:16
**Look** - 24:10
**looked** - 22:17,
87:24, 153:21, 154:3,

154:4, 183:18
**Looked** - 24:18
**Looking** - 103:3
**looking** - 20:16,
74:12, 77:1, 93:8,
102:11, 131:3, 148:6,
154:17, 154:18,
155:7, 156:10,
162:18, 162:19,
163:12
**looming** - 17:17
**loyalty** - 21:17
**lunch** - 2:17,
207:17, 207:18
**lying** - 29:17, 29:20,
29:21, 30:11, 130:9

## M

**ma'am** - 108:5,
116:17, 118:21, 122:9
**Mack** - 6:10, 7:8,
8:3, 8:8, 13:11, 20:16,
23:4, 23:6, 25:23,
39:22, 41:24, 41:25,
62:8, 62:9, 62:17,
63:1, 63:5, 63:11,
64:8, 64:10, 64:22,
65:20, 65:25, 66:3,
67:12, 67:13, 67:23,
70:10, 70:25, 71:6,
80:13, 82:7, 82:9,
83:13, 86:10, 88:21,
92:7, 92:18, 93:8,
96:22, 96:24, 98:15,
98:19, 98:23, 99:10,
99:11, 99:14, 99:15,
100:10, 101:1,
102:10, 102:23,
103:12, 104:6,
104:14, 106:17,
106:19, 114:3, 114:9,
117:2, 118:2, 118:9,
126:3, 127:9, 127:12,
127:16, 128:23,
128:24, 129:5, 129:6,
129:11, 130:22,
131:2, 131:5, 132:14,
133:13, 133:17,
133:18, 135:18,
135:21, 139:9,
139:10, 139:11,
145:2, 145:3, 145:5,
145:6, 145:21,
146:14, 146:22,
147:2, 147:22,
148:12, 149:8,
171:13, 171:18,
172:1, 172:3, 172:19,
172:20, 173:8,
174:19, 174:25,
175:1, 175:4, 175:13,
175:15, 175:23,
176:15, 176:17,
179:3, 179:11,
179:12, 181:14,
182:20, 183:11,
183:24, 184:10,
184:25, 186:9,
186:12, 187:3,
187:14, 188:9,
188:10, 200:10,
200:21, 201:12,
202:9, 202:11,
202:14, 203:5, 203:8,
206:23
**Mack's** - 99:3,
103:2, 133:23,

133:25, 147:23
**mail** - 3:2
**main** - 3:9
**Maisel** - 79:23,
91:20, 162:21,
163:14, 163:21, 196:7
**mail** - 48:19, 48:21,
48:23, 48:25, 49:5,
49:9, 49:13, 49:25
**man** - 19:19, 21:3,
25:2, 25:21, 25:23,
44:9
**Man** - 7:20, 47:22
**map** - 198:12
**March** - 45:9,
195:17
**marijuana** - 95:17,
110:18, 110:22,
132:7, 199:6, 199:9
**marked** - 16:19,
17:22, 58:4, 69:17,
69:21, 76:23, 81:7,
81:11, 83:18, 100:5,
159:24, 160:21,
195:18
**Marked** - 16:22
**married** - 72:24
**Marshal's** - 4:23
**marshals** - 3:4,
191:19, 193:16
**mart** - 161:13,
161:14
**Martie** - 21:20,
21:21, 22:12, 22:15,
22:17, 23:3, 23:5,
24:5, 24:9, 24:13,
25:24, 32:20, 39:2,
46:9, 48:13, 48:15,
49:15, 49:24, 51:10,
51:11, 51:24, 53:18,
54:22, 60:3, 67:11
**Maryland** - 1:1,
28:3, 61:9
**mask** - 147:3
**material** - 143:4
**materials** - 105:24
**math** - 42:18, 42:19
**matter** - 2:18, 50:6,
50:20, 161:25, 209:14
**matters** - 192:5
**Maurice** - 73:2
**mea** - 189:12
**mean** - 9:25, 11:11,
33:3, 33:7, 34:23,
38:25, 50:18, 52:9,
62:9, 63:19, 79:1,
79:9, 79:12, 79:13,
86:2, 87:23, 98:25,
117:21, 120:17,
125:17, 126:22,
154:15, 156:13,
158:22, 161:7,
172:12, 175:3,
177:17, 179:1,
184:22, 185:17,
185:20, 186:20,
192:19
**meaning** - 113:11
**means** - 25:23, 39:6
**meant** - 62:25,
144:18
**mechanical** - 1:24
**meet** - 28:12, 45:14,
46:1, 54:7, 54:9,
127:23, 196:16,
196:23
**meeting** - 52:6,
86:24, 87:4, 88:8,
88:13, 139:22,
143:23, 144:2, 144:6,

7

188:11
**meetings** - 23:21
**Meka** - 7:23, 7:25,
97:11, 98:2, 124:12,
124:15
**members** - 3:13,
3:14, 156:9, 191:16,
208:6, 208:8
**memory** - 17:6,
102:21, 103:4, 178:9
**mention** - 94:8
**mentioned** - 19:18,
58:18, 81:20, 200:8
**met** - 6:19, 17:7,
53:13, 73:20, 76:14,
116:14, 145:17,
151:1, 160:12, 164:13,
167:9, 186:17, 197:5,
197:19
**Michael** - 152:16,
152:17
**microphone** - 5:13,
28:25, 50:8, 50:12,
60:11, 75:9, 150:19,
150:20, 200:23
**middle** - 119:12,
123:9
**might** - 7:12, 8:15,
8:20, 64:17, 109:15,
167:2, 180:22
**Mike** - 171:13,
171:24, 202:8
**mike** - 50:16
**millimeter** - 26:14,
26:21, 26:23, 27:11
**mind** - 12:24, 34:18,
36:4, 49:16, 190:2
**minute** - 98:5,
129:16, 149:11,
149:19, 169:8, 180:8
**minutes** - 2:14,
5:15, 107:14, 149:12,
167:20, 189:17,
190:3, 191:4, 191:7,
193:21, 207:13
**misbehaves** - 4:3,
4:7
**misbehaving** - 4:14
**misquoted** - 56:7
**Miss** - 72:23, 95:14,
96:3, 96:7, 96:14,
96:16, 97:25, 107:19,
108:3, 115:10,
115:11, 135:17,
150:1, 150:17,
150:18, 150:23,
151:5, 153:5, 154:7,
157:24, 159:23,
167:5, 180:6, 180:9,
188:24, 188:25,
191:1, 192:22,
193:21, 193:23,
194:12, 199:4,
200:23, 208:16
**misstated** - 145:3
**mode** - 101:19
**model** - 4:10
**moment** - 84:22,
103:1, 104:19, 118:3,
153:14, 181:20,
190:22, 192:4, 209:9
**money** - 10:20,
10:25, 11:11, 11:13,
11:14, 12:4, 32:1,
36:14, 37:7, 38:12,
38:13, 42:21, 43:3,
43:10, 66:1, 74:14,
74:15
**Money** - 74:13
**monitor** - 5:6

**monitored** - 6:22
**month** - 53:21,
54:5, 187:9
**monthly** - 28:13
**Moody** - 6:19, 7:11,
36:19, 37:3, 37:6,
45:15, 66:24, 127:11,
129:1, 133:5, 133:7,
137:8
**morning** - 2:13,
72:23, 108:3, 109:19,
109:21, 109:25,
190:20, 191:8, 193:4
**Moscato** - 89:7,
108:17, 131:14,
131:24
**Most** - 61:24
**most** - 12:4, 61:23,
114:6, 160:14
**mother** - 89:14,
91:8, 162:17, 162:18
**mother-in-law's** -
89:14
**motions** - 17:20
**mouth** - 122:1,
128:9
**Mouzon** - 72:10,
72:12, 72:18, 72:19,
72:23, 73:2, 97:25,
107:19, 108:3,
115:10, 115:11,
135:17, 150:1
**move** - 16:21, 17:1,
29:1, 64:13, 94:24,
159:12, 159:16,
159:18, 159:20, 195:3
**Move** - 17:2, 18:4,
77:25
**moved** - 9:1, 18:18,
36:10, 36:13, 75:17
**moving** - 16:25
**multiple** - 125:18
**murder** - 39:3, 39:4,
46:14, 46:16, 47:5,
47:8, 48:15, 48:19,
48:22, 49:15, 51:3,
51:25, 52:16, 52:21,
52:25, 53:4, 54:22,
60:3, 67:5, 67:10,
78:4, 78:6, 88:21,
191:15, 194:21,
206:21
**murdered** - 56:8,
60:7, 206:1
**music** - 41:6,
42:24
**must** - 71:24,
178:14
**Must** - 71:25

---

**N**

**name** - 20:12,
72:15, 72:17, 73:1,
76:16, 89:15, 90:25,
91:3, 103:2, 104:7,
105:2, 109:5, 145:6,
147:23, 150:12,
150:13, 152:14,
157:24, 170:21,
194:5, 194:6
**names** - 166:9,
204:20
**narrow** - 86:7
**Nba** - 38:2, 38:5
**near** - 41:11, 55:8,
56:9, 58:21, 84:14,
119:8, 119:11, 167:17
**need** - 4:1, 4:8,
8:24, 9:11, 27:6, 29:8,

37:7, 44:13, 56:12,
56:13, 75:12, 111:13,
157:24, 158:24,
159:12, 159:17,
161:13, 161:15,
161:16, 200:22
**needed** - 163:1
**needs** - 26:1
**neighborhood** -
31:12, 31:19, 31:21,
64:5, 75:6, 75:7,
75:15, 114:24, 131:5
**nervous** - 101:5
**net** - 17:19
**Never** - 132:11,
167:8
**never** - 26:2, 26:3,
29:5, 29:22, 37:20,
38:15, 43:1, 44:2,
44:8, 48:6, 48:9,
48:10, 48:11, 49:16,
51:23, 52:3, 54:13,
57:13, 68:14, 70:18,
71:14, 86:11, 105:4,
117:2, 129:8, 129:9,
132:24, 137:22,
149:4, 154:21, 167:7,
176:11
**new** - 36:8, 65:1
**next** - 25:21, 25:23,
40:11, 61:23, 82:21,
83:4, 86:1, 113:23,
116:3, 126:14,
146:23, 150:6,
170:20, 186:17,
189:6, 191:4, 208:10,
209:3, 209:9
**nice** - 37:14
**nickname** - 73:3
**niece** - 162:8,
162:14, 162:19,
163:13, 163:16,
163:18, 163:20
**night** - 48:2, 48:3,
48:4, 67:15, 79:23,
80:2, 83:13, 83:20,
86:11, 88:24, 95:20,
96:4, 109:23, 110:2,
111:15, 117:2, 118:2,
126:4, 133:13,
147:17, 155:20,
156:4, 156:12,
156:13, 156:14,
160:18, 161:4, 166:8,
174:12, 185:13,
194:21, 195:23,
196:1, 205:25
**nine** - 26:13, 26:21,
26:23, 27:11
**Nobody** - 67:23,
197:21
**nobody** - 36:4,
148:21, 183:14
**noise** - 7:17
**None** - 19:8
**nonsense** - 4:3
**noon** - 207:15,
207:16, 208:15
**nosy** - 114:24,
132:22
**note** - 3:2, 140:24,
201:10
**notes** - 191:10
**Nothing** - 135:8,
187:22
**nothing** - 7:21,
26:2, 29:5, 29:22,
31:22, 34:17, 44:9,
53:3, 71:14, 112:11,
132:25, 169:12,

179:21, 179:25,
180:2, 188:15
**notice** - 94:9, 94:15,
197:14
**noticed** - 193:7
**nuisance** - 118:16
**number** - 8:17,
22:5, 82:23, 143:12,
143:14
**numbers** - 76:24
**numerous** - 125:21,
149:5, 186:21

---

**O**

**o'clock** - 2:19
**oath** - 2:22, 5:12,
27:2, 36:7, 42:4, 42:5,
57:20, 70:5, 107:20
**obey** - 29:11
**object** - 56:1, 141:4
**objected** - 141:3
**objecting** - 101:25
**Objection** - 21:22,
21:25, 27:12, 40:13,
40:15, 60:25, 62:21,
65:11, 68:5, 92:25,
93:1, 99:16, 100:17,
111:5, 125:13,
136:24, 137:11,
138:22, 140:1, 157:14
**objection** - 16:25,
56:4, 56:20, 56:22,
57:2, 57:3, 57:6,
100:18, 101:9,
101:14, 101:23,
138:2, 138:4, 138:5,
138:7, 138:9, 138:10,
140:5, 140:11,
140:12, 140:13,
140:14, 140:22,
140:24, 140:25,
141:6, 193:2
**objection's** - 111:7,
141:22
**Obviously** - 27:20
**obviously** - 27:21,
56:16, 177:10
**occasion** - 105:1,
153:13, 153:15,
161:4, 168:10, 195:1,
203:19
**occasions** - 11:1,
125:11, 151:1, 194:24
**occur** - 5:1
**occurred** - 50:16,
52:22, 87:3, 153:7,
153:11, 182:21,
182:25
**occurring** - 52:16,
121:23, 182:3
**October** - 7:6, 55:6,
57:17, 125:24, 126:9,
128:4, 128:11,
160:15, 160:17,
186:14
**offense** - 14:16
**offenses** - 30:16
**offer** - 137:23
**offered** - 137:18,
137:19
**offhand** - 149:13
**office** - 86:24, 144:2
**Office** - 34:10, 61:9,
126:20, 126:1, 186:18
**Officer** - 127:11,
129:1, 133:5, 133:7
**officer** - 15:20, 19:9,
28:10, 28:13, 28:15,
28:19, 29:4, 29:23,

33:16
**officers** - 185:16
**old** - 14:15, 25:5,
59:6, 196:14
**once** - 63:20,
117:11, 117:12, 125:7
**Once** - 12:25, 45:17
**one** - 2:24, 9:23,
10:18, 14:12, 19:14,
19:17, 26:8, 31:14,
31:15, 31:16, 31:18,
33:14, 50:4, 50:5,
51:4, 54:11, 61:6,
67:22, 68:1, 68:2,
68:11, 69:2, 70:9,
70:25, 71:3, 82:25,
83:1, 83:8, 86:20,
89:24, 102:25,
108:25, 109:6,
109:16, 112:4, 114:6,
131:7, 139:2, 159:8,
173:3, 185:5, 186:11,
188:7, 188:12,
188:13, 188:14,
191:1, 193:7, 193:10,
195:12, 202:12,
207:6, 207:7, 207:11,
208:11, 209:4
**One** - 4:16, 23:20,
61:5
**one-way** - 173:3
**ongoing** - 48:20
**open** - 50:9, 50:16,
119:10, 128:9, 132:3,
172:7, 172:9, 172:12,
172:13, 172:17,
172:18, 178:7
**open-ended** -
119:10, 128:9, 132:3
**opened** - 141:7
**opportunity** - 70:1
**opposite** - 201:3
**ordeal** - 79:14
**order** - 76:25, 189:1
**orderly** - 208:12
**orient** - 95:1
**Orioles** - 32:9
**Otherwise** - 180:21
**ounce** - 12:19,
12:20, 13:2, 13:3,
13:4
**ounces** - 13:6,
28:18
**outset** - 94:11
**outside** - 3:5, 3:18,
124:3, 124:14, 148:7,
153:4, 191:12,
191:13, 193:7, 193:8,
204:15, 204:21,
205:1, 207:23, 207:24
**Outside** - 193:12
**overnight** - 12:23
**Overruled** - 27:14,
61:5, 101:10, 125:15,
137:12, 138:23,
140:2, 157:16
**overruled** - 100:23,
101:24, 111:7, 138:7,
138:10, 140:14,
141:22
**own** - 5:5, 43:24,
46:8, 46:13, 48:11,
158:23, 183:8
**Oxycontin** - 108:25,
109:18, 110:17,
110:22, 115:11
**Oxycontins** - 108:8,
109:3

---

TONY ROLLAND, RMR-CRR

focr.mdd@gmail.com

8

# P

**pack** - 15:12, 15:13, 15:17, 15:22
**packets** - 28:16, 32:23, 33:5
**packs** - 15:25, 29:9, 33:15
**page** - 7:18, 69:10, 81:18
**Page** - 55:6, 55:23, 58:2, 69:11, 69:23, 83:15, 83:17, 83:21, 99:23, 100:2, 102:24, 143:16, 143:18
**paid** - 36:20, 38:14
**Palisade** - 20:24
**paper** - 208:20
**papers** - 105:11, 153:20, 154:14, 154:20, 154:21, 155:3, 155:5, 155:10, 155:12, 155:14, 155:15, 155:17, 155:18, 155:19
**Papers** - 153:19
**paperwork** - 105:2, 204:7, 204:8, 205:3, 205:7, 205:15
**Paragraph** - 143:10
**pardon** - 200:21
**Pardon** - 78:18, 80:16, 106:23
**park** - 89:12, 164:9, 164:12, 164:14, 165:7, 170:22, 203:14
**parked** - 89:6, 89:11, 89:13, 89:17, 118:22, 164:13, 164:16, 164:19, 165:9, 166:22, 167:13, 168:24, 198:15, 200:19
**parking** - 105:20, 105:22
**parole** - 27:23, 27:25, 28:1, 28:5, 28:9, 28:12, 28:15, 29:4, 29:18, 29:23, 43:7, 43:9, 53:5
**part** - 3:19, 6:16, 40:2, 47:10, 96:24, 192:11
**participated** - 25:9, 60:3
**participation** - 54:21
**particular** - 17:7, 19:7, 174:13
**particularly** - 19:3, 144:23
**Partlow** - 89:16
**party** - 181:13, 181:14
**pass** - 24:8, 130:4
**Passenger** - 119:7, 172:23
**passenger** - 40:6, 41:3, 41:4, 97:22, 119:6, 122:6, 122:14, 122:16, 122:18, 123:3, 123:12, 123:16, 124:15, 124:19, 146:3, 146:6, 146:7, 146:8, 146:19, 167:14, 169:25, 172:8, 184:13, 201:22, 202:15
**passes** - 185:3

**past** - 175:10
**Patapsco** - 52:17
**patient** - 208:11
**pay** - 19:20, 20:1, 36:16, 36:21, 36:22, 36:24, 37:1, 37:11, 38:17
**paying** - 31:9, 38:20, 121:6, 121:7, 123:14
**Peeking** - 96:9
**pen** - 90:2
**pending** - 34:1, 34:20, 157:17, 157:19
**people** - 4:13, 5:5, 8:17, 10:10, 26:9, 26:18, 30:23, 30:25, 31:2, 59:24, 60:1, 64:1, 64:6, 64:8, 66:22, 74:11, 80:1, 81:21, 83:19, 105:14, 138:16, 155:3, 156:10, 157:4, 157:12, 157:21, 157:24, 157:25, 168:1, 168:3, 168:7, 171:7, 171:15, 171:16, 171:17, 172:15, 183:15, 183:17, 183:18, 188:17, 188:19, 192:11, 192:12, 193:14, 198:18, 198:25, 200:20, 204:8, 204:9, 204:25, 207:25
**People** - 31:9, 35:7, 35:9, 116:19
**percent** - 158:6
**percentage** - 158:3, 158:5
**Percocet** - 109:21
**Percocets** - 95:25, 108:8, 108:22, 108:25, 110:6, 110:7, 110:17, 110:22, 115:11
**perhaps** - 119:8
**Perhaps** - 192:21
**period** - 14:12, 148:20, 152:4
**perjury** - 113:4, 113:8, 113:15, 113:16, 113:20, 116:6, 117:11, 118:6, 118:11, 125:6, 125:10, 125:17, 126:11, 129:21, 130:9, 143:5, 144:10, 144:13
**permitted** - 4:19, 100:22, 209:7
**person** - 9:16, 11:23, 20:14, 22:8, 45:12, 70:10, 70:22, 71:5, 98:10, 98:11, 98:18, 98:21, 99:1, 99:6, 115:16, 128:21, 128:23, 128:24, 147:1
**personal** - 159:13
**personnel** - 3:4
**persons** - 191:14
**perspective** - 172:14
**photograph** - 39:15
**physical** - 98:23, 99:3
**pick** - 134:3, 161:15, 161:19, 161:22, 161:24

**picked** - 66:16, 162:2, 179:17
**picture** - 22:3, 22:13, 24:10, 24:11, 24:18, 39:13, 39:20, 84:23, 119:14, 119:15, 164:21, 198:13
**pictures** - 94:23
**piece** - 63:14, 63:21
**pinned** - 198:11, 198:12
**pipe** - 10:13
**place** - 36:22, 37:14, 137:1, 146:22, 154:8, 167:23, 193:14, 201:11
**Plaintiff** - 1:4, 1:13
**planned** - 180:22
**plans** - 5:17
**play** - 7:15, 8:24, 9:11, 9:12, 24:1, 118:16
**player** - 35:2
**players** - 38:2, 38:5
**playing** - 41:6, 124:24
**plea** - 152:9
**pled** - 34:3, 152:25
**Pod** - 51:5
**point** - 4:2, 7:5, 8:24, 9:23, 10:18, 14:10, 16:5, 16:20, 48:6, 54:12, 63:25, 83:12, 85:20, 92:6, 94:8, 97:9, 105:18, 122:8, 139:6, 141:5, 158:17, 158:23, 161:19, 162:14, 162:20, 166:24, 168:12, 168:15, 168:16, 168:25, 169:21, 170:3, 190:15, 197:6, 197:7, 197:23, 199:1, 199:21, 201:9, 201:10
**pointed** - 121:22
**pointer** - 119:18
**Pointing** - 40:4
**points** - 186:1
**police** - 16:9, 19:9, 33:1, 33:4, 33:7, 33:16, 51:11, 51:14, 52:19, 52:24, 64:13, 74:20, 174:2, 174:6, 203:22, 205:4
**pool** - 38:2, 38:7, 38:8, 38:9
**pop** - 108:24
**position** - 30:9
**positive** - 59:2
**possible** - 208:12
**pounds** - 134:18
**prepare** - 45:16
**prepared** - 45:18, 143:22
**prescription** - 110:8, 110:11
**presence** - 3:5, 4:24, 192:16, 208:1, 208:14
**present** - 78:13, 152:24, 153:4, 195:4, 195:9
**preserved** - 101:24
**Presumably** - 191:6
**pretty** - 37:14, 106:3, 183:9, 204:2, 205:22, 206:6
**previous** - 7:18

**price** - 11:15, 43:13, 43:17, 43:20
**primary** - 155:16
**Prison** - 87:13
**prison** - 45:7, 152:5
**private** - 88:8
**probation** - 27:23, 28:1, 28:2, 28:6, 28:18
**procedural** - 50:6, 50:20, 192:4
**proceed** - 107:14, 143:22
**proceeding** - 4:21, 152:24
**proceedings** - 152:8, 209:13
**Proceedings** - 1:10, 1:24
**process** - 163:12, 191:4, 208:2, 208:12
**Proctor** - 1:15, 2:8, 4:10, 5:3, 23:21, 50:8, 82:22, 92:25, 99:16, 100:17, 100:19, 101:9, 101:14, 101:15, 102:2, 103:23, 107:21, 107:22, 108:2, 111:8, 118:19, 125:16, 135:3, 135:8, 135:11, 136:24, 137:11, 138:2, 138:22, 140:1, 140:11, 140:15, 141:2, 141:15, 141:21, 143:12, 148:24, 149:2, 149:24, 155:22, 156:2, 156:8, 156:14, 157:14, 181:18, 181:19, 181:23, 187:19, 187:22, 189:6, 189:8, 189:11, 189:18, 190:22, 191:7, 192:9, 192:17, 208:3, 208:4, 208:17, 208:18
**produced** - 1:24
**proffer** - 19:17, 156:17
**proffers** - 7:5
**project** - 89:18, 131:9
**Projects** - 75:17
**projects** - 132:4
**promise** - 142:6
**prosecute** - 61:10, 129:21
**prosecuted** - 25:2, 52:4, 60:23, 113:3
**protecting** - 147:11
**prove** - 49:14
**provided** - 17:23, 36:14
**public** - 4:21
**pull** - 75:12, 171:6, 183:16
**Pull** - 150:19
**pulled** - 25:10, 162:25, 166:11, 166:14, 167:12, 171:25, 197:15
**pulling** - 32:13
**Purcell** - 1:13, 2:6, 3:1, 3:7, 3:9, 3:16, 4:16, 5:7, 5:11, 5:14, 5:23, 6:24, 7:2, 7:3, 16:21, 16:24, 17:4, 18:4, 18:7, 18:8, 21:23, 22:2, 22:6,

**22:10, 23:7, 24:18,** 27:12, 32:23, 40:13, 40:15, 45:15, 49:20, 55:16, 55:22, 55:25, 56:6, 56:13, 56:16, 56:18, 57:23, 58:16, 58:25, 59:3, 60:25, 61:3, 61:16, 61:18, 62:14, 62:24, 65:12, 68:7, 69:1, 69:8, 69:9, 69:12, 69:23, 70:8, 70:13, 71:8, 72:3, 72:4, 72:9, 72:22, 74:1, 74:3, 75:11, 77:25, 78:1, 81:7, 81:8, 81:13, 82:23, 82:24, 83:3, 83:7, 91:12, 91:15, 93:3, 99:18, 100:2, 100:7, 100:24, 102:4, 104:2, 104:19, 104:22, 107:10, 111:5, 112:17, 112:20, 114:3, 118:3, 120:22, 125:13, 129:2, 129:3, 133:9, 133:22, 135:6, 135:10, 135:12, 135:13, 135:16, 136:25, 137:4, 137:13, 138:3, 138:5, 138:9, 138:11, 139:1, 140:3, 140:7, 140:10, 140:12, 140:16, 140:18, 140:21, 141:6, 141:10, 141:24, 141:25, 143:15, 143:19, 143:20, 148:21, 150:7, 150:17, 150:22, 156:19, 156:20, 156:23, 157:3, 157:18, 157:20, 158:7, 159:11, 159:22, 160:23, 161:1, 179:15, 179:20, 180:23, 180:24, 181:16, 187:1, 187:2, 187:14, 187:23, 188:2, 188:22, 189:7, 189:22, 190:1, 190:7, 190:14, 190:17, 190:23, 191:25, 192:10, 193:3, 193:12, 193:18, 194:11, 195:15, 195:16, 195:20, 196:5, 196:11, 201:2, 206:25, 208:21
**purchase** - 132:9
**purchased** - 10:19, 10:20
**purported** - 105:2
**purpose** - 132:3
**purse** - 195:3
**push** - 90:4
**pushed** - 124:4, 124:6, 124:7, 146:6
**put** - 2:10, 4:4, 9:1, 10:13, 10:20, 10:25, 15:22, 22:22, 27:23, 33:4, 33:7, 33:15, 38:11, 40:24, 60:13, 60:16, 85:5, 89:22, 122:1, 128:8, 145:17, 179:18, 179:24, 180:3, 180:4
**putting** - 5:4, 25:18

## Q

**quantities** - 44:2
**quantity** - 11:3, 11:6, 68:21
**question's** - 140:24
**questioned** - 51:21, 76:9, 76:12, 78:3, 112:18, 186:12, 186:21, 194:23
**questioning** - 8:1, 188:8
**questionings** - 188:7
**questions** - 6:1, 9:13, 10:15, 10:18, 23:8, 27:6, 32:13, 45:19, 61:15, 68:7, 72:2, 98:18, 104:24, 107:11, 114:19, 116:11, 140:21, 141:12, 142:1, 145:10, 148:22, 148:24, 151:7, 159:17, 159:20, 174:20, 175:5, 180:10, 180:19, 180:20, 180:21, 181:17, 182:1, 186:1, 186:11, 188:23, 194:20, 207:1
**quick** - 26:8, 145:8
**quickly** - 105:14
**quoting** - 55:17

## R

**Rain**- 77:13, 87:6, 88:25, 90:16, 97:12, 103:20, 103:25, 116:21, 116:24, 123:24, 126:7, 126:8, 126:15, 126:17, 126:25, 127:2, 127:3, 127:6, 129:12, 130:12, 131:15, 139:12, 139:14, 143:23, 171:13, 171:24, 187:5, 187:7, 187:17, 202:8
**raise** - 112:7
**raised** - 141:13
**ran** - 120:8, 120:14, 120:15, 120:19, 120:21, 122:4, 146:14, 146:15, 146:21, 171:4, 171:24, 176:1, 183:8
**randomly** - 31:5
**rather** - 77:1
**Ravens**- 32:5
**re** - 72:3, 152:10
**re-arraignment** - 152:10
**re-redirect** - 72:3
**react** - 140:15
**read** - 46:5, 58:8, 58:12, 69:19, 70:1, 76:24, 81:4, 101:3, 143:21
**reading** - 81:22, 204:16
**Ready**- 10:4
**ready** - 2:3, 10:4, 32:16, 161:21, 162:8, 183:16
**real** - 66:5, 66:9, 66:10, 95:17, 95:19, 134:9, 152:20, 183:1

**really** - 31:22, 35:25, 36:1, 91:2, 106:3, 139:23, 147:11, 149:15, 153:19, 155:13, 155:18, 172:14
**rear** - 41:3, 122:14, 122:22, 124:9, 183:20, 184:7
**reason** - 2:19, 44:19, 101:25, 141:2, 174:3
**reasons** - 171:23
**recant** - 142:18, 144:8, 149:3
**receipt** - 49:6, 49:10, 49:14, 50:1, 50:24
**received** - 3:2
**receiver** - 50:10
**recent** - 160:15
**recently** - 6:8
**recess** - 107:17
**Recess**- 107:18
**Recessed**- 209:10
**recite** - 56:19
**recognize** - 16:11, 22:8, 76:18, 85:3, 95:1, 157:25, 160:9, 160:11, 164:20, 164:23, 198:8, 198:9
**recollection** - 26:20, 58:6, 101:16, 101:23
**Record**- 2:25, 50:7, 56:3, 101:12, 140:8, 155:25, 159:10, 189:10, 190:25, 191:2, 207:4
**record** - 7:19, 18:10, 62:12, 72:16, 101:24, 150:13, 151:2, 181:1, 194:6, 194:18, 208:13, 209:13
**recorded** - 1:24
**recovered** - 17:6
**Recross**- 68:8, 68:9, 149:1
**recross** - 148:23
**Recross-examination** - 68:9, 149:1
**Red**- 87:12
**red** - 87:12
**redirect** - 72:3, 100:8, 135:11, 141:14, 187:23
**Redirect**- 61:16, 61:17, 135:10, 135:15, 188:1
**refer** - 21:8
**reference** - 9:15, 55:20
**referring** - 6:20, 7:24
**reflect** - 62:12, 208:13
**refresh** - 17:5, 26:20, 101:15, 102:21, 103:4
**refused** - 18:22
**regarded** - 155:11
**Regular**- 87:10
**related** - 21:6, 70:10, 71:5
**relates** - 195:14
**relation** - 74:4, 164:9, 167:9, 201:21
**relationship** - 66:3,

**91:4, 91:7, 151:25
**release** - 29:12, 207:7
**relocated** - 137:9, 137:16
**remain** - 192:4, 192:6
**remains** - 190:20
**remember** - 7:13, 11:3, 11:5, 11:7, 11:9, 12:8, 12:9, 12:10, 12:11, 15:8, 15:15, 15:25, 17:8, 19:18, 20:6, 26:12, 26:13, 26:15, 26:17, 27:1, 27:9, 32:24, 41:7, 42:7, 43:20, 44:16, 45:2, 52:14, 52:16, 52:19, 53:11, 53:13, 53:17, 53:18, 53:20, 53:21, 53:23, 54:2, 54:6, 55:5, 55:10, 57:16, 57:20, 57:25, 73:9, 73:11, 77:5, 83:9, 83:14, 83:21, 86:13, 86:20, 86:23, 89:3, 96:1, 97:17, 102:18, 105:23, 112:18, 115:3, 115:7, 118:3, 124:25, 126:1, 128:25, 142:15, 149:13, 149:14, 152:15, 153:2, 153:22, 164:5, 164:6, 164:19, 170:17, 174:13, 174:16, 174:19, 174:21, 174:22, 176:12, 176:13, 176:18, 177:16, 177:23, 184:2, 184:15, 187:7, 188:6, 188:8, 188:12, 196:25, 200:20, 201:11, 201:15, 202:4, 204:4, 204:6, 204:11, 204:23
**Remember**- 27:2
**rent** - 36:22, 36:25, 37:4, 37:9, 38:14, 38:17, 38:20
**repeat** - 103:24
**repetitive** - 125:14
**rephrase** - 56:23, 57:5
**replies** - 114:22
**report** - 15:19, 16:8, 16:9, 17:10, 33:1, 33:4, 33:10, 74:19, 105:3
**report's** - 33:6
**reporter** - 112:3
**reporting** - 204:8
**reports** - 154:1, 156:2, 156:7
**represent** - 164:25
**representation** - 198:14
**represented** - 151:2
**reprint** - 50:24
**reputation** - 64:1, 64:5
**required** - 162:1
**resemble** - 129:10
**respect** - 3:3, 16:23, 58:5, 207:23
**respond** - 32:14, 157:23
**responsible** - 47:9, 51:24
**rest** - 2:18

**result** - 24:25, 53:6
**return** - 2:4, 2:20, 54:25, 61:13
**revenge** - 136:23
**review** - 195:3
**reviewed** - 61:1, 76:15, 81:14, 195:6, 195:8
**Richard**- 1:11
**ride** - 161:17
**ridiculous** - 158:3
**riding** - 173:4
**rights** - 112:21, 112:25
**ringing** - 183:25
**ripped** - 19:19
**Road**- 15:23, 17:15, 33:6, 89:6, 89:11, 161:23, 173:4
**robbed** - 60:1, 74:8
**Robbery**- 14:19
**robbery** - 14:20, 26:6
**Robert**- 80:4
**rock** - 208:19
**rocks** - 10:12
**Roddy**- 6:9, 6:11, 7:9, 8:2, 8:9, 8:18, 8:21, 64:14, 174:15, 174:18, 174:20, 174:24, 175:2, 175:5, 176:5, 176:13, 176:16, 176:20, 176:22
**rode** - 162:18, 162:19
**role** - 25:2, 46:14, 46:16
**Rolland**- 209:16, 209:17
**rolled** - 170:13, 170:14, 198:23
**rolling** - 201:19
**room** - 4:7, 54:8, 74:18, 87:18, 207:14
**Rosa**- 152:22
**Rose**- 154:7
**Ross**- 150:7, 150:9, 150:14, 150:17, 150:18, 150:23, 157:24, 159:23, 167:5, 180:6, 180:8, 180:9, 188:24, 188:25, 192:22, 196:12, 196:13, 206:22
**row** - 51:5, 194:16
**Rule**- 100:21, 101:18, 101:20, 101:22
**run** - 123:1, 123:2, 123:3, 145:23, 146:11, 147:1
**running** - 28:17, 66:22, 98:10, 98:11, 99:7, 120:16, 121:13, 121:15, 125:3, 134:11, 145:12, 171:21
**rushing** - 183:19, 185:4
**Rushing**- 183:20

## S

**safe** - 117:19, 117:20, 163:20
**safety** - 8:11
**Sale** - 4:22
**sale** - 19:24

**sat** - 87:22, 198:22
**save** - 190:2, 190:3
**saw** - 3:19, 15:22, 19:10, 33:4, 33:7, 33:16, 48:3, 48:6, 51:4, 81:21, 83:12, 83:20, 83:22, 84:1, 84:3, 85:9, 85:13, 85:19, 91:22, 92:18, 93:8, 94:11, 96:4, 97:23, 97:24, 98:10, 98:11, 100:9, 105:24, 117:2, 119:21, 120:10, 120:25, 123:7, 126:8, 126:9, 126:17, 133:13, 139:12, 145:11, 145:23, 146:6, 146:8, 146:22, 147:1, 149:8, 154:21, 154:22, 161:8, 166:19, 168:11, 169:15, 169:16, 169:17, 172:9, 172:12, 172:13, 172:16, 183:12, 200:3, 200:8, 205:9
**scared** - 132:14
**scene** - 78:6, 78:14, 83:13, 85:3, 88:21, 95:1, 195:24, 197:6, 198:4, 202:25, 203:24, 206:21
**schedule** - 5:16, 208:23
**school** - 46:3, 66:13
**scissors** - 208:20
**scoot** - 184:21
**screened** - 193:4
**season** - 68:12, 68:20, 68:23
**seat** - 124:11, 124:19, 130:20, 167:14, 169:25, 171:15, 188:19, 201:22
**seated** - 172:20, 192:4
**Seattle** - 80:5, 85:9, 85:13, 85:19, 91:22
**second** - 2:24, 6:1, 7:15, 24:17, 48:14, 50:4, 50:6, 77:1, 79:19, 82:15, 83:1, 83:8, 83:11, 118:1, 121:16, 127:20, 128:4, 135:3, 139:5, 142:14, 147:20, 149:10, 159:9, 160:10, 164:15, 177:13, 177:18, 177:22, 178:5, 184:1, 184:5, 185:3, 187:19, 188:13, 191:1, 195:3, 195:12, 195:20, 206:6, 207:2, 207:11, 208:11
**seconds** - 121:25, 122:2, 123:10, 123:20
**secure** - 9:2, 9:3
**Secure** - 207:8
**security** - 3:4, 3:6, 66:13, 191:24
**see** - 7:17, 16:9, 23:2, 23:3, 32:19, 38:15, 39:13, 42:22, 44:8, 51:15, 63:8, 63:11, 63:16, 66:14, 66:20, 71:17, 71:19, 76:16, 79:5, 79:6,

79:9, 79:16, 79:21,
80:2, 82:9, 82:11,
85:1, 86:12, 87:5,
87:7, 92:6, 93:6, 96:6,
97:7, 98:24, 99:4,
102:10, 105:1, 105:9,
105:11, 111:14,
111:20, 113:12,
118:2, 118:21,
119:22, 119:24,
119:25, 120:13,
123:11, 126:3,
126:15, 131:1, 131:5,
133:1, 138:16,
143:11, 146:9,
146:11, 154:6,
155:18, 157:4, 158:4,
161:4, 161:10,
162:17, 166:14,
166:15, 166:17,
166:19, 166:23,
167:1, 168:10,
168:19, 169:2, 169:4,
169:10, 169:12,
182:10, 182:13,
182:15, 183:11,
183:14, 184:15,
184:18, 185:13,
192:13, 197:23,
199:1, 199:3, 199:21,
200:5, 200:10,
200:12, 201:23,
203:19, 203:24,
205:12, 206:1,
207:14, 207:19
**seeing** - 35:17,
35:22, 48:1, 80:4,
80:9, 80:11, 80:13,
88:21, 94:19, 147:22,
200:20, 201:12,
204:6, 204:11
**seem** - 32:14,
158:10
**self** - 35:14, 35:16,
35:18, 35:21
**sell** - 44:3
**selling** - 28:16,
29:14, 29:18, 30:10,
35:6, 62:3
**Selling** - 30:22,
30:23
**sense** - 188:17
**sent** - 73:12, 163:19
**sentenced** - 152:4
**September** - 13:10,
15:8, 18:13, 76:8,
160:19, 204:5
**sequentially** -
113:22
**sequestration** -
188:25
**serious** - 136:19
**Service** - 4:23
**serving** - 15:21
**session** - 174:14,
174:17, 174:23, 178:5
**sessions** - 19:17
**set** - 25:24, 54:19,
159:14
**several** - 139:7
**Shameka** - 83:22,
94:8, 94:9, 94:16,
150:7, 150:9, 150:14,
150:15, 196:8,
196:12, 196:13,
197:14, 198:15,
202:21, 202:22,
204:17, 206:11,
206:22
**Shameka's** -

202:24, 203:17
**Shaquanda** - 84:3,
97:18, 167:8, 176:9,
176:16, 178:22,
179:8, 181:1, 181:6,
189:7, 189:25, 191:5,
194:2, 194:7, 194:8,
202:20, 202:22
**Shaquanda's** -
202:24
**shirt** - 4:17, 62:10,
64:22, 87:12, 175:1
**shoot** - 62:5, 146:9
**shooter** - 118:8,
127:7, 133:17,
133:18, 133:22,
134:11, 134:13,
182:13
**Shooting** - 99:7
**shooting** - 23:1,
23:2, 41:17, 58:22,
62:7, 78:15, 80:22,
80:24, 97:9, 99:7,
111:16, 116:23,
116:25, 121:19,
121:23, 132:11,
145:11, 146:14,
146:22, 149:8,
149:11, 149:12,
169:1, 169:5, 169:10,
170:4, 170:6, 170:25,
171:3, 177:3, 178:18,
182:2, 201:9, 201:11,
201:14, 201:16,
201:17, 201:19, 202:4
**shop** - 49:3, 49:4
**shorter** - 134:16
**shortly** - 45:7
**Shorty's** - 47:23
**shot** - 40:12, 44:20,
45:3, 45:5, 55:9,
97:25, 98:1, 99:9,
103:16, 119:3,
119:21, 129:5, 129:6,
134:20, 147:24,
169:10, 173:3, 174:8,
185:11, 186:5, 186:7,
203:25
**shots** - 67:7, 97:10,
119:2, 119:3, 120:6,
121:5, 121:8, 122:22,
123:5, 123:6, 124:23,
131:1, 169:22,
169:23, 182:2,
182:21, 182:23,
183:2, 183:3, 183:4,
183:5, 183:7, 183:25,
184:3, 201:21
**Show** - 93:14
**show** - 22:2, 22:7,
45:22, 69:17, 84:23,
90:5, 92:15, 92:18,
99:22, 101:23,
102:21, 154:13,
154:15, 200:17
**showed** - 16:11,
24:18, 120:22, 126:7
**showing** - 57:8,
92:14, 118:3, 164:17,
204:13
**Showing** - 105:18
**shown** - 58:5,
105:13, 198:9
**shows** - 66:22
**Si** - 195:5
**sic** - 177:14
**side** - 40:4, 40:6,
41:4, 84:16, 86:5,
92:8, 92:9, 92:10,
92:15, 96:23, 97:21,

97:22, 119:6, 119:7,
121:10, 122:6,
122:14, 122:15,
122:16, 122:18,
122:19, 123:3,
123:12, 123:16,
124:7, 124:9, 131:9,
145:12, 146:1, 146:3,
146:6, 146:7, 146:8,
146:19, 161:23,
165:18, 165:19,
165:23, 166:1, 166:3,
170:18, 170:19,
170:24, 172:6,
172:23, 183:20,
184:8, 184:14,
184:23, 201:6,
202:11, 202:12,
202:15, 202:17
**sign** - 15:23, 33:5,
33:15
**signs** - 28:17
**similar** - 111:25
**Simms** - 194:18
**simply** - 56:18
**single** - 154:23
**sister** - 163:17,
174:4, 178:16
**sit** - 18:22, 130:7,
148:6, 157:8, 157:10,
158:3, 180:20
**sitting** - 36:6, 42:11,
87:4, 102:10, 158:11,
169:20, 170:18,
201:22
**situation** - 182:25,
183:4
**sixth** - 4:5
**slightly** - 50:9,
50:11
**slinging** - 29:9
**smash** - 23:5, 47:23
**Smoke** - 10:11,
10:12
**smoke** - 10:13,
110:18
**smoking** - 170:15,
193:8, 193:10
**snitch** - 47:20, 65:8,
65:22, 65:23, 205:23
**snitches** - 65:9,
65:13, 65:15
**sober** - 115:11,
116:1
**socializing** - 200:20
**soda** - 197:12,
198:13
**sold** - 59:16, 59:18,
59:22
**solicited** - 48:22
**someone** - 25:9,
31:6, 31:20, 40:9,
48:23, 56:8, 56:9,
129:1, 129:10,
154:17, 155:6
**sometime** - 45:9,
73:15
**sometimes** - 152:10
**somewhat** - 165:1,
189:11
**Somewhere** - 92:19,
93:15, 97:2, 97:5
**somewhere** - 31:5,
91:14, 96:23, 96:25,
119:11, 146:24,
173:12
**soon** - 111:3, 120:5,
121:4, 176:1
**sorry** - 5:24, 14:6,
14:7, 16:1, 20:20,

22:4, 23:24, 30:19,
39:25, 50:19, 55:19,
56:25, 61:2, 67:14,
69:9, 71:18, 85:5,
85:17, 91:13, 95:3,
98:13, 100:2, 103:23,
109:5, 110:5, 125:25,
133:8, 139:5, 143:15,
145:3, 146:15,
153:10, 163:17,
164:11, 166:7, 195:2,
202:22, 202:24
**Sorry** - 2:14, 89:9,
143:15, 202:22
**sort** - 10:16, 111:24,
133:23
**sorts** - 174:20
**sounded** - 146:18,
171:2, 182:23
**sounds** - 134:11
**source** - 7:20,
13:11, 13:14, 13:16,
13:18, 13:20, 70:16,
70:22, 70:23, 70:24,
71:12, 71:22
**Source** - 7:22
**sources** - 43:24,
70:9, 71:4
**speaking** - 42:19
**speaks** - 156:24
**specific** - 125:10
**spell** - 72:16,
150:13, 194:6
**spending** - 37:7
**stack** - 9:18, 9:20
**stacks** - 9:18
**stage** - 54:19,
100:20
**stand** - 2:5, 2:10,
2:20, 39:11, 72:8,
107:16, 143:5, 150:3,
157:11, 189:3, 191:5,
207:6
**standing** - 33:19,
58:21, 61:23, 93:12,
97:16, 121:10, 124:2,
124:14, 193:8,
197:22, 197:24,
199:22, 200:14,
200:15
**start** - 28:1, 41:17,
122:22, 135:17,
160:17, 207:12,
207:15, 208:15,
208:16
**started** - 32:7,
30:22, 40:21, 52:6,
123:5, 123:6, 124:23,
145:11, 146:14,
162:16, 170:4, 170:7,
185:18
**starting** - 58:9,
171:6
**starts** - 114:19
**stash** - 15:17
**State** - 72:15,
150:12, 194:5
**state** - 36:11, 36:14
**state's** - 33:22
**statement** - 46:9,
46:14, 48:11, 113:3,
113:6, 139:11, 143:3,
143:4, 144:9
**statements** -
144:11, 145:1,
153:23, 153:24, 154:2
**States** - 1:1, 1:3,
1:11, 34:10, 61:8
**station** - 163:25,
197:10, 197:11,

197:18, 198:20,
198:21
**stay** - 24:17, 26:1,
90:12, 93:21, 167:5,
167:15, 167:17, 197:6
**staying** - 36:22
**steal** - 20:11
**stenography** - 1:24
**step** - 72:5, 111:10,
130:18, 130:25,
149:25, 166:3,
188:25, 201:6
**steps** - 85:1, 85:15,
85:21, 85:22, 91:22,
92:3, 92:5, 120:18,
166:24, 167:2
**Steve** - 4:23
**sticking** - 126:17
**Sticking** - 30:23
**still** - 2:22, 5:12,
6:25, 67:7, 74:5,
88:10, 107:19,
119:19, 126:5,
166:12, 174:2, 177:9,
183:24, 184:3,
183:25, 184:3,
190:20, 203:20, 204:5
**stones** - 9:24
**stood** - 121:15,
121:19, 121:25,
122:1, 123:10
**Stop** - 138:5, 180:8
**stop** - 2:17, 6:17,
107:15, 140:25,
190:5, 192:1
**stopped** - 6:16,
52:19, 89:10
**store** - 49:11, 94:1,
94:2, 163:24, 169:18,
199:19
**story** - 126:18
**straight** - 120:3,
121:17
**street** - 43:13,
43:17, 44:22, 66:17,
67:3, 67:8, 74:6,
84:15, 84:17, 84:22,
86:1, 86:3, 86:5, 86:7,
87:16, 89:13, 92:16,
93:7, 96:20, 96:21,
98:10, 105:22,
108:12, 110:12,
118:25, 123:9,
128:22, 145:12,
146:11, 165:18,
165:19, 165:24,
167:22, 168:20,
170:20, 170:21,
201:7, 206:1
**Street** - 44:16
**streets** - 35:19, 44:3
**strong** - 108:20
**stuff** - 5:1, 37:18,
50:1, 110:18, 126:6,
133:23, 156:3, 178:3,
188:16
**stupid** - 90:25
**subject** - 143:4
**subpoena** - 190:9,
190:12, 190:16,
190:21
**suddenly** - 44:23
**suggested** - 191:19,
192:9
**Sullivan** - 1:16,
16:18, 21:22, 21:25,
22:4, 23:10, 23:11,
23:14, 27:15, 40:14,
40:17, 50:5, 50:19,
50:21, 56:11, 56:22,

11

56:24, 57:5, 57:7,
58:7, 59:4, 60:12,
61:6, 61:7, 61:15,
62:21, 65:11, 68:5,
68:10, 69:7, 69:11,
69:13, 69:16, 69:23,
69:24, 69:25, 71:25,
77:22, 93:1, 181:18,
208:19
  **summary** - 56:5,
56:21, 57:3, 57:4
  **summer** - 82:21,
104:25, 204:5, 204:6
  **supervision** - 28:9,
30:15
  **supplied** - 25:7
  **supplier** - 44:10
  **suppliers** - 69:2
  **supply** - 43:25,
70:9, 70:16, 70:23,
70:24, 71:4, 71:12
  **suppose** - 151:4,
151:8
  **supposed** - 29:11,
56:15, 77:20
  **supposedly** - 40:10,
43:10, 68:12
  **surprised** - 87:7
  **surprising** - 205:25
  **survive** - 25:20
  **Sustained** - 22:1,
40:16, 62:23, 68:6,
93:2, 99:17, 137:3
  **sustained** - 56:22,
57:4, 57:6
  **Sutter** - 108:21
  **Suv** - 39:23, 41:4,
41:6, 118:22, 201:4
  **swear** - 112:10,
112:15
  **swigging** - 131:24
  **swim** - 38:10
  **swimming** - 38:9
  **sworn** - 5:20, 72:13,
150:10, 193:24, 194:3

**T**

  **table** - 50:9, 50:12,
102:1
  **Taglin** - 105:6,
105:7, 105:8
  **taller** - 134:14
  **Tamica**- 72:9,
72:12, 72:18, 72:19
  **tape** - 35:18
  **tapes** - 34:22, 35:1
  **task** - 52:25
  **tat** - 156:3
  **Tatum** - 3:22, 92:21,
106:17, 106:18, 114:3
  **team** - 45:15
  **teeth** - 32:14
  **telephone** - 6:23,
119:25
  **ten** - 5:15, 107:14
  **tequila** - 108:18
  **terms** - 9:15, 22:20,
98:9, 128:14, 141:11,
164:12, 202:3, 207:25
  **terrible** - 158:18
  **terribly** - 56:25
  **Terry**- 44:3, 44:5,
44:7, 65:25, 66:1,
69:2, 70:15, 70:16,
70:18, 70:22, 70:25,
71:10, 71:12, 71:14,
71:16, 71:22
  **Terry's**- 66:3
  **testified** - 5:21,

21:3, 44:12, 44:16,
72:14, 130:18,
150:11, 194:4, 206:5
  **testify** - 21:12,
21:24, 24:25, 41:8,
138:1, 138:20,
138:25, 157:13, 158:8
  **testifying** - 138:13,
141:6, 141:16
  **testimony** - 23:22,
30:11, 39:18, 39:19,
39:21, 45:16, 48:3,
55:13, 56:21, 57:3,
61:13, 70:2, 72:6,
82:16, 110:25, 121:1,
122:25, 123:5, 126:6,
144:8, 150:2, 157:22,
176:10, 176:12,
177:20, 189:2
  **theft** - 20:18
  **they've** - 209:2
  **thinking** - 179:17
  **third** - 77:1, 82:25,
86:15, 88:20, 100:5,
102:25, 143:17,
148:1, 148:11,
160:14, 177:19,
188:13
  **thousand** - 9:19,
9:21
  **three** - 20:8, 73:23,
83:9, 111:21, 129:25,
134:13, 134:16,
159:25, 167:19,
173:18, 176:24,
186:20, 204:25,
208:21
  **Timothy** - 1:16
  **tit** - 156:3
  **today** - 2:15, 5:25,
30:12, 35:17, 35:22,
42:6, 61:13, 73:17,
111:1, 130:8, 130:13,
142:25, 143:3,
143:22, 144:9,
144:14, 144:24,
145:1, 147:7, 148:17,
177:20, 181:9,
189:13, 207:12
  **Today**- 32:14,
144:15
  **toe** - 40:24, 98:12,
98:14, 147:6
  **together** - 10:20,
11:1, 70:21, 123:20,
151:15
  **tomorrow** - 190:4,
190:20, 191:8,
207:15, 207:16,
207:17, 207:19,
208:15, 208:17,
208:23
  **ton** - 33:5
  **took** - 19:25, 26:8,
27:2, 34:11, 57:20,
68:18, 136:22,
173:12, 180:7
  **top** - 81:18
  **topic's** - 141:13
  **totally** - 103:14
  **touch** - 131:7
  **toward** - 170:19
  **towards** - 75:12,
89:18, 95:9, 95:11,
96:7, 163:6, 163:7,
191:15, 199:23
  **town** - 34:8, 64:13
  **Transcript** - 1:10
  **transcript** - 1:24,
6:4, 6:18, 6:22, 7:14,

9:14, 55:21, 55:24,
57:13, 69:8, 81:14,
83:4, 99:19, 100:5,
103:4, 160:1, 209:13
  **transcription** - 1:25
  **transcripts** - 76:16,
76:20, 81:11, 135:6,
160:24, 160:25, 195:4
  **treated** - 14:25,
185:15, 185:21,
190:21
  **trial** - 4:6, 72:7
  **Trial**- 1:10, 209:10
  **tried** - 202:8
  **trigger** - 25:11
  **Trina** - 199:4
  **Trina's**- 95:14, 96:3,
96:7, 96:14, 96:17,
199:12
  **trip** - 199:12, 206:16
  **trouble** - 28:23,
204:22
  **trousers** - 133:25
  **truck** - 84:1, 97:11,
98:2, 118:22, 119:5,
120:8, 120:20,
121:12, 121:17,
122:4, 122:9, 122:17,
122:23, 124:1, 124:2,
165:4, 197:2, 197:3,
197:15, 197:16
  **true** - 55:9, 56:10,
58:22, 80:7, 111:18,
117:5, 136:11,
147:22, 177:5, 177:6,
184:11
  **truth** - 21:15, 27:2,
33:10, 36:7, 42:5,
49:5, 55:1, 56:14,
57:21, 68:3, 87:25,
88:17, 112:11,
112:15, 113:9,
113:13, 128:16,
128:21, 142:9, 147:16
  **truthful** - 27:6,
78:21, 144:14
  **try** - 44:14, 49:14,
141:13, 156:4,
162:11, 194:19, 209:4
  **trying** - 18:9, 60:15,
62:19, 62:22, 90:21,
132:24, 133:3,
136:15, 140:19,
154:23, 171:8, 171:9,
171:11, 183:9,
191:23, 201:23,
204:22
  **turn** - 85:5, 95:3,
159:23, 164:15
  **turned** - 50:12,
99:12, 145:11,
171:18, 171:24,
183:18
  **twenty** - 2:15
  **twice** - 125:6,
126:11, 126:12, 130:1
  **two** - 3:10, 3:18,
4:13, 5:4, 12:19,
12:20, 13:3, 13:4,
13:6, 17:18, 20:7,
66:22, 109:6, 117:14,
125:11, 131:18,
149:10, 149:11,
149:18, 149:19,
175:10, 184:5, 185:3,
204:25
  **Two**- 13:6, 110:4,
110:5, 110:6
  **typical** - 31:12,
31:19, 31:21, 35:14,

35:16, 35:18, 35:21
  **typically** - 11:15,
11:24, 12:16, 12:18

**U**

  **U-turn** - 164:15
  **uncommon** -
167:23
  **Under** - 100:21,
101:18
  **under** - 2:22, 5:12,
28:9, 33:15, 70:5,
101:20, 107:20,
190:12, 190:15,
190:21
  **undergo** - 208:3
  **underneath** - 28:17,
33:5
  **Understatement** -
106:11
  **understood** - 79:5,
79:10, 144:21
  **Unfortunately** -
193:18
  **United** - 1:1, 1:3,
1:11, 34:10, 61:8
  **unless** - 16:16,
151:23
  **Unless** - 193:1
  **unring** - 156:5
  **up** - 4:4, 4:8, 13:23,
14:10, 15:12, 15:18,
15:22, 18:12, 18:13,
18:18, 22:22, 23:12,
24:10, 25:24, 26:7,
26:9, 26:18, 30:8,
30:23, 30:25, 31:2,
31:3, 31:5, 31:8, 31:9,
31:11, 31:20, 32:8,
35:24, 36:1, 36:5,
37:3, 38:11, 41:11,
49:23, 56:16, 59:15,
59:24, 60:10, 61:19,
61:24, 62:1, 63:24,
66:16, 74:2, 75:16,
75:17, 89:23, 91:13,
92:5, 92:19, 93:7,
93:15, 94:6, 94:7,
95:15, 96:3, 96:25,
97:2, 97:5, 101:22,
111:15, 111:21,
118:25, 121:2,
125:21, 130:3,
132:18, 133:1,
137:22, 141:7,
141:11, 151:15,
151:16, 153:12,
161:15, 161:17,
161:19, 161:22,
161:24, 162:2, 163:5,
166:11, 166:14,
166:23, 167:2, 167:9,
167:12, 168:12,
168:20, 168:25,
169:16, 176:1, 177:15,
179:17, 187:7,
187:10, 192:23,
196:10, 197:15,
199:5, 199:12,
199:16, 201:9,
201:10, 202:14,
202:16, 206:1
  **Up** - 90:7, 163:7,
168:15, 168:16
  **upset** - 56:25
  **uptown** - 173:13,
173:14
  **usual** - 168:3, 168:6

**V**

  **valid** - 100:19
  **van** - 84:14, 86:1
  **varies** - 10:23
  **vehicle** - 123:13,
130:19, 130:23,
182:20, 183:12,
183:25, 185:11
  **version** - 86:15,
88:20, 130:13,
147:21, 156:12,
181:9, 206:13, 206:16
  **vials** - 16:1
  **victim** - 191:15
  **violated** - 53:5
  **violation** - 73:7
  **voice** - 56:11,
56:16, 56:17, 60:10,
74:2, 91:13, 196:10
  **volition** - 5:5
  **vs** - 1:5

**W**

  **wait** - 16:18,
140:23, 141:1,
157:11, 208:10
  **Wait** - 169:8, 191:1
  **waiting** - 2:14
  **Wal** - 161:13, 161:14
  **Wal-mart** - 161:13,
161:14
  **walk** - 15:22, 28:2,
85:22, 90:16, 94:13,
111:9, 122:25, 184:23
  **walked** - 89:7,
120:2, 122:17, 123:9
  **walking** - 40:20,
44:15, 44:22, 66:16,
67:2, 67:3, 79:23,
82:4, 89:8, 92:3, 92:6,
94:13, 131:8, 206:1
  **Walking** - 168:20,
168:21
  **Wanda** - 89:16
  **wants** - 16:16, 55:7
  **watch** - 138:20,
138:24
  **watching** - 121:19,
157:12, 157:22,
158:8, 161:11
  **water** - 166:5
  **waterproofing** -
29:7
  **ways** - 27:8
  **wearing** - 24:21,
24:22, 35:18
  **weed** - 170:13,
170:14
  **week** - 12:17, 12:20,
12:21, 12:22, 12:25,
13:1, 84:24, 86:23,
88:15, 143:23, 144:1,
144:6, 194:13
  **Weekly** - 28:14,
28:15
  **weeks** - 117:14,
176:2, 176:3, 195:9
  **weight** - 11:15,
17:19, 98:19
  **West** - 203:3, 203:7
  **Westport** - 3:17,
20:14, 28:16, 29:9,
35:3, 35:5, 35:6,
35:20, 48:6, 52:15,
61:22, 62:2, 75:10,
75:13, 75:18, 89:18,
95:22, 131:9, 136:20,

TONY ROLLAND, RMR-CRR

focr.mdd@gmail.com

138:16, 151:17, 151:19, 151:20, 154:12, 154:13, 155:8, 155:13, 155:20, 156:4, 156:22, 156:23, 157:5, 157:12, 157:22, 158:1, 159:15, 161:23, 162:18, 162:19, 173:7, 173:20, 173:22, 173:25, 174:7, 178:17, 193:14, 203:10, 203:12, 203:15, 205:3

**Westport's** - 3:11
**Westwood** - 173:6
**wheel** - 124:16, 124:17
**whereas** - 110:17
**white** - 44:20, 45:13, 155:15
**whole** - 63:1, 79:13, 99:12, 109:12, 112:10, 112:15, 115:18, 115:20, 131:17, 132:8, 142:20, 156:15, 175:8
**Wilgrey** - 85:17, 91:16, 91:19, 166:3
**Williams** - 15:10, 24:5, 24:9, 24:13, 24:15, 25:24, 32:20, 39:3, 45:5, 46:9, 48:14, 48:15, 49:15, 49:24, 53:18, 54:22, 60:4, 66:15
**Williams'** - 51:24
**window** - 3:20
**wine** - 108:19, 108:20, 109:6
**wire** - 6:2, 35:19
**wishes** - 9:12, 151:23
**withdraw** - 54:20
**Witness** - 17:20, 22:9, 27:13, 72:18, 75:10, 91:14, 103:25, 111:6, 137:2, 138:24, 150:4, 150:14, 153:24, 157:15, 158:2, 179:16, 180:7, 180:11, 180:13, 180:18, 194:7, 196:4, 200:25
**witness** - 2:5, 2:10, 2:20, 5:20, 22:7, 58:5, 62:13, 69:14, 72:8, 72:13, 77:23, 78:6, 101:22, 118:15, 150:3, 150:6, 150:10, 154:2, 159:13, 159:15, 180:15, 180:19, 189:3, 189:12, 191:5, 194:3
**Witnesses** - 180:9
**witnesses** - 6:9, 7:12, 19:6, 58:19, 101:20, 142:17, 142:18, 144:17, 208:22
**wizard** - 42:18
**woke** - 49:23
**woman** - 4:17, 77:11
**wondering** - 204:23
**word** - 34:24, 99:14, 99:15, 103:3, 137:16, 142:2, 142:10, 145:5
**words** - 122:1,

127:12, 128:8
**wore** - 6:2
**worried** - 19:3, 175:22
**worry** - 191:9
**worst** - 10:16
**write** - 46:5, 46:8, 46:13, 48:11
**writing** - 46:13, 48:11
**written** - 76:17, 189:13

## Y

**year** - 13:9, 20:7, 53:23, 53:25, 68:12, 68:20, 68:24, 71:22, 115:4, 125:5, 125:6, 187:8
**Years** - 76:5
**years** - 13:8, 20:7, 26:15, 28:7, 28:8, 59:10, 73:13, 73:14, 110:16, 134:25, 135:1, 175:10
**yell** - 103:2, 147:23
**Yesterday** - 32:12
**yesterday** - 3:10, 3:19, 6:1, 9:14, 10:15, 10:24, 11:9, 12:22, 14:9, 21:17, 34:23, 35:11, 35:17, 35:22, 39:10, 39:18, 39:21, 42:1, 42:6, 44:13, 44:17, 47:8, 49:20, 137:8, 137:22, 137:25, 138:12, 140:10, 191:14, 191:19, 193:7, 207:22
**young** - 25:2
**yourself** - 58:8, 67:20, 69:19, 180:3

## Z

**ziplocks** - 17:6