UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND


UNITED STATES OF AMERICA,


                    Plaintiff,


vs.                     Case No.  1:10-CR-0744-RDB


ANTONIO HALL,


                    Defendant.

------------------------------------------------------

**AUGUST 5, 2011**
**Transcript of Trial Proceedings**

**Before The Honorable RICHARD D. BENNETT**
**United States District Judge, and a Jury**

APPEARANCES:

For the Plaintiff:     John F. Purcell, Jr.
                       Clinton J. Fuchs
                       Assistant U.S. Attorney

For the Defendant:     Gary E. Proctor
                       Timothy J. Sullivan


Proceedings recorded by mechanical stenography,
transcript produced with computer-aided
transcription.

P R O C E E D I N G S

2       (COURT REPORTER IN.)

3       THE COURT:  The record will reflect that

4  the last question of Mr. Purcell with respect to what

5  Mack was wearing, none of that has been recorded thus

6  far.  We'll have to repeat what has transpired in the

7  last few minutes.

8       All right.  We'll proceed with turning

9  back to direct examination, the question as to what

10  Mr. Hall was wearing on the night of September 20,

11  2009.  And you've shown the witness grand jury -- I'm

12  sorry -- government Exhibit 165, which is the grand

13  jury transcript of her prior testimony referencing

14  Page 37, Line 8.

15       Mr. Purcell, if you want to proceed.

16       MR. PURCELL:  Thank you, Your Honor.

17  Whereupon:

18         SHAQUANDA ISAAC,

19  called as a witness, having been first duly sworn

20  according to law, testified as follows:

21       DIRECT EXAMINATION (Resumed)

22  BY MR. PURCELL:

23  Q.    Miss Isaac, as the Court just noted that we

24  had just an interval there where I asked you some

25  questions that were not on the record.  And what I

1    was asking is if you remember on the evening of the

2    murder of Mr. Guest, if you remember what Mr. Hall

3    was wearing.  And you didn't remember a moment ago,

4    but we've looked.  And now can you answer that

5    question without my showing you the exhibit?

6    A.      A black hoodie.

7    Q.      Okay.  And what else was he wearing?

8    A.      A black hat.

9    Q.      Thank you.  And I have no further questions.

10                THE COURT:  All right.  Now, Mr.

11   Sullivan, cross- examination of Miss Isaac.

12                MR. SULLIVAN:  Thank you, Your Honor.

13                    CROSS EXAMINATION

14   BY MR. SULLIVAN:

15   Q.      Except for the brief period of time that we

16   just spoke when the court reporter wasn't here, we've

17   never spoken before, correct?

18   A.      Yes.

19   Q.      And we tried to talk to you at one point

20   before this trial, didn't we?

21   A.      Yes.

22   Q.      And you didn't want to talk with us; isn't

23   that correct?

24   A.      Yes.

25   Q.      So we contacted your attorney, Mr. Simms, who

SHAQUANDA ISAAC - CROSS - SULLIVAN

4

```
 1    is here.  And you said you didn't want to talk to
 2    either Mr. Proctor or myself or our investigator,
 3    correct?
 4    A.      Yes.
 5    Q.      Okay.  Now, I asked you, "Did you ever get out
 6    of Miss Ross's truck that evening?"  And your answer
 7    was?
 8    A.      "Yes".
 9    Q.      And your testimony was that you went up to
10    Miss Trina's house to buy marijuana, correct?
11    A.      Yes.
12    Q.      And that you saw Mr. Guest there outside of
13    Miss Trina's house?
14    A.      Going in as I was coming out.
15    Q.      Okay.  And you both said, "What's up," to each
16    other, and then you went back to -- to the truck?
17    A.      Yes.
18    Q.      Okay.  Now, when you got back to the truck,
19    was Mr. Duckett in the truck?
20    A.      No.
21    Q.      When you got back in the truck, your testimony
22    was that you immediately began to roll your blunt and
23    then you heard a gunshot, is that correct?
24    A.      Yes.
25    Q.      And then we talked about the fact that you've
```

```
1    been using -- you didn't use alcohol that night, but

2    that you had been using marijuana since you're the

3    age of 13, correct?

4    A.      Yes.

5    Q.      Okay.  Did you and Miss Ross talk before about

6    how long you were outside of the truck?

7    A.      Yes.

8    Q.      Okay.  And did you both agree that it was

9    three to five minutes?

10   A.      Yes.

11   Q.      Okay.  Now, except for what you and Miss Ross

12   talked about, do you have any independent knowledge

13   of how long you were outside of that truck?

14   A.      That's about right, what I said.

15   Q.      Okay.  Now, do you recall Kevin Duckett

16   getting in the truck?

17   A.      During what time?

18   Q.      After you heard the shot or shots.

19   A.      Yes.  Yes.

20   Q.      Was he in the truck before the shots started?

21   A.      After.

22   Q.      After.  And where -- when he got in the truck,

23   where did he go; what door did he get in?

24   A.      I'm not sure what door he got in.

25   Q.      Okay.  Do you remember him getting in?
```

1    A.      Yes.  I realized once he was in.

2    Q.      Well, I understand that.  But do you remember

3    Mr. Duckett getting in the truck?

4    A.      Yes.

5    Q.      Was he the first one to get in the back seat

6    area?

7    A.      I'm not sure.  I was ducked down.  I'm not

8    sure.

9    Q.      Okay.  So at that point you were beneath the

10   dashboard trying to stay out of the --

11   A.      Yes.

12   Q.      -- trouble?

13   A.      Yes.

14   Q.      So it would be a fair statement that you don't

15   know who got in and when they got in?

16   A.      Right.

17   Q.      Now, Mr. Purcell talked to you about appearing

18   in front of the grand jury.  And you remember those

19   experiences, right?

20   A.      Yes.

21   Q.      And on your last grand jury appearance in

22   August of 2010 were you told by the government

23   attorneys or any of the agents that they believed

24   that Mr. Hall was the shooter of Mr. Guest?

25   A.      Yes.

```
 1      Q.      And when did they tell you that?

 2      A.      The last time I spoke with them.

 3      Q.      Were you in a -- before the grand jury, or was

 4      it in a meeting in somebody's office?

 5      A.      In a meeting.

 6      Q.      And what, specifically, Miss Isaac, did they

 7      tell you?

 8      A.      That they believed that Mack did it.

 9      Q.      Did they tell you that, "We believe Mack did

10      it so you might as well just say Mack did it"?

11      A.      Basically.

12              MR. SULLIVAN:  I have no further

13      questions.

14              THE COURT:  Any redirect, Mr. Purcell?

15                   REDIRECT EXAMINATION

16      BY MR. PURCELL:

17      Q.      Excuse me?  You're saying that somebody from

18      the government or me told you that, "We believe Mack

19      did it" --

20      A.      You did tell me.

21      Q.      -- "so you might as well say he did it?"

22      A.      Basically.  You were saying you believed that

23      he did it.

24      Q.      When was this?

25      A.      The last time I spoke with you.
```

```
 1    Q.      In preparation for trial when your attorney
 2    was there?
 3    A.      Yes.
 4    Q.      Like, two weeks ago?
 5    A.      No, not when I went over -- not when I went
 6    over the last time before; like when I haven't spoken
 7    with you for -- before that time.
 8    Q.      You're saying that we told you you might as
 9    well say --
10    A.      You did.  You said, not -- I might as well say
11    it, like, basically we know that he did it, so what I
12    am basically saying I don't know if he did it or not.
13    Q.      Okay.  And you're not saying that he did it?
14    A.      No.  I'm not saying that he did it.
15    Q.      You're saying that you don't know that he did
16    it?
17    A.      I don't know.
18    Q.      So even though you're saying that we told you,
19    this was after he was indicted?
20    A.      No.  He was still home.
21    Q.      Still on the street?
22    A.      Yes.
23    Q.      Huh.  And you're saying this was with me and
24    who else?  Your attorney was there?
25    A.      Yes.
```

1    Q.    Huh.  Mr. Simms, the person who's here in the
2    courtroom today?  This gentleman right here?
3    A.    Yes.
4    Q.    So you're saying in front of your attorney I
5    told you that, "We believe Mack did it, so you might
6    as well say that he did" --
7    A.    You didn't say the words, "might as well".
8    But you did say that you believed that he did it.
9    Q.    And did we say you should say that he did it,
10   as well?
11   A.    Basically.  But how do you want to tell me I
12   can say something if I don't know?
13   Q.    You don't say that he did it, do you?
14   A.    No.
15   Q.    So what you're saying is, even despite if this
16   happened, someone saying to you or suggesting to you
17   that we believe that Mack did it, you still didn't
18   say that he did it, did you?
19   A.    Correct.
20   Q.    Because you didn't know whether he did it; is
21   that right?
22   A.    Right.
23   Q.    Now, let me ask you:  Do you remember the time
24   you came to the grand jury and I asked you if you
25   knew who did it?  What did you say?  Do you remember?

```
1      A.      No.

2      Q.      Well, let's go look at the grand jury

3      transcript.

4                   THE COURT:  Is that government Exhibit

5      165 again, Mr. Purcell?

6                   MR. PURCELL:  It says 164, Your Honor.

7      If I could just find my place, please.

8                   THE COURT:  All right.

9                   MR. PURCELL:  Page 40, Counsel.

10                  THE COURT:  Again, ladies and gentlemen,

11     as to all grand jury transcripts, they're just for

12     identification, only.  They're not exhibits and don't

13     go back into the jury room with you when you go

14     deliberate.

15                  MR. PURCELL:  Miss Isaac, do you remember

16     when I asked you -- there's a couple things I want to

17     find them so I can go right through in order.

18                  First of all I asked you this question:

19     Do you remember when I asked you, "So I'm asking you

20     straight up, were you there when the murder

21     occurred?"

22                  MR. SULLIVAN:  I'm sorry.  Excuse me.

23     What's the line?

24                  MR. PURCELL:  This is Page 49, I'm sorry.

25     Page 49, Line 14.
```

SHAQUANDA ISAAC - REDIRECT - PURCELL

11

```
1                    THE WITNESS:  This is the beginning when
2        I was getting questioned?
3        BY MR. PURCELL:
4        Q.     When I said to you, "So I'm asking you
5        straight up, were you there when the murder
6        occurred?"
7                    What was your answer the first time you
8        went to the grand jury?
9        A.     "No".
10       Q.     Was that true?
11       A.     No.
12       Q.     And, in fact, you were asked, "Did you hear
13       any shots while you were parked or starting off?"
14                   Do you remember what your answer was?
15       A.     No, I don't.
16       Q.     Showing the witness Page 49.  Is that,
17       "Huh-uh"?
18       A.     Yeah, I never heard the shots.
19       Q.     Is that what you said?
20       A.     Because I told you I wasn't there.  So how am
21       I going to hear the shots?  That was the first time,
22       though, right?
23       Q.     Well, that was a lie, though, right?
24       A.     Right.
25       Q.     So you were being dishonest?
```

```
1    A.      Right.  You knew that.
2    Q.      You were also asked if you were being fairly
3    treated.  What was your answer?
4    A.      Fairly treated by you all?
5    Q.      Yes.
6    A.      No.
7    Q.      What's your answer today?
8    A.      Yes.
9    Q.      Okay.  Before you were sitting in front of
10   half of Westport, what was your answer?
11   A.      "Yes".
12   Q.      Now, I also asked you this question.  I asked
13   you:  "Question:  Did you see what happened?"
14           MR. SULLIVAN:  Page and line?
15           MR. PURCELL:  40, Line 4.
16   BY MR. PURCELL:
17   Q.      "Question:  Did you see what happened?"
18           What was your answer?  Right up here.
19   A.      "No".
20   Q.      And then I asked you, "Are you sure?"
21   A.      "Positive".
22   Q.      You said you were positive.  And you were
23   positive; you were positively not telling the truth,
24   weren't you?
25   A.      Yes.
```

```
1    Q.      Then I asked this question.  I pointed out to
2    you -- I said, "Do you understand how important it is
3    to be truthful about that?"
4             What was your answer?
5    A.      "Yes".
6    Q.      So you said you understood how important it
7    was to be truthful?
8    A.      Yes.
9    Q.      But you weren't being truthful?
10   A.      Yes.
11   Q.      Okay.  And I said, "And to us, we want to
12   solve this crime".
13            You said, "Yes".
14            And I asked you, "If you had seen it,
15   would you tell us?"
16            What was your answer?
17   A.      "No".
18   Q.      So if you had seen this, if you knew, if you
19   had just happened to look a few feet away outside the
20   window of that SUV and seen what was going on, you
21   wouldn't tell us, would you?
22   A.      That's what I told you the first time.
23   Q.      Well, you said, "No"?
24   A.      Right.
25   Q.      Would you tell us?
```

1    A.      I said, no, I wouldn't tell you.

2    Q.      Okay.  What about today; would you tell us?

3    A.      I told you.

4    Q.      No?

5    A.      No, I didn't see it.

6    Q.      You also have told us -- the second time you

7    went to the grand jury I asked you that same question

8    and you said, "No, I wouldn't tell you"; isn't that

9    true?

10   A.      Yes.

11   Q.      So we don't really know if you're telling us

12   the truth about what you said about not seeing who

13   did the shooting.  And we can't, because you won't

14   tell us the truth; isn't that right?  You wouldn't

15   tell us if you knew, would you?

16   A.      That's what I told you the first time.  Yes, I

17   did say that.

18   Q.      Okay.  Are you saying today that if you knew

19   you would tell us the truth?

20   A.      I told you the truth.  I told you the truth.

21   Q.      Oh, that you had your head down rolling a

22   joint when someone was being shot about six feet

23   away; that's the truth?

24   A.      I was rolling my blunt at the time.  When I

25   heard shots, I ducked.

```
 1    Q.      Okay.  All right.  When Kevin got back in the
 2    car -- and you're saying that even if I suggested to
 3    you who you should say did it -- you're still not
 4    going to do that, right?
 5    A.      Right.
 6    Q.      You wouldn't let me suggest to you who to say
 7    did this crime, would you?
 8    A.      Right.
 9    Q.      That would be wrong, wouldn't it?
10    A.      Right.
11    Q.      And even you as a 19-year-old girl and a
12    20-year-old woman would not allow me to steer you
13    into saying this person committed a crime he did not
14    commit, is that right?
15    A.      Right.
16    Q.      And you shouldn't?
17    A.      I know.
18    Q.      Good.  Don't.
19            Now, let me ask you this:  When Kevin got
20    into the car and you were pulling away, where was he
21    seated?
22    A.      In the back, on the driver's side.
23    Q.      Driver's side?
24    A.      Yeah.
25    Q.      The driver's side is the side sort of
```

16

```
 1     facing -- isn't it the side facing where you said

 2     Kevin and Mack had been the last time you saw them

 3     before the shooting?

 4     A.      Yes.

 5     Q.      Over here on the grass?

 6     A.      Yes.

 7     Q.      Can the jurors see where I'm pointing with my

 8     hands?

 9                 Okay.  So the driver's side would have

10     been the side that we can see on this little SUV

11     right here?

12     A.      Yes.

13     Q.      And would have about the rear of the driver?

14     A.      Yes.

15     Q.      That's where Kevin was when you pulled away?

16     A.      Yes.

17     Q.      And Mack was on the side behind you?

18     A.      Yes.

19     Q.      Where the shooting occurred is the same side;

20     is that right?

21     A.      Right.

22     Q.      Though you wouldn't know, because you didn't

23     really see anybody.

24     A.      I didn't see -- who got into what side, I

25     didn't see.
```

17

```
 1     Q.      You saw the body?

 2     A.      Yes, as I was pulling off.

 3     Q.      You saw Kareem.

 4             What did Mack say, if anything, when he

 5     got in the car?  Did he say where to go?

 6     A.      Yeah.  He just said, "Drop me off uptown".

 7     Q.      Uptown?

 8     A.      Yeah.

 9     Q.      Okay.  And he was wearing a black hoodie with

10     the hood down and a black hat on; is that right?

11     A.      Yes.

12     Q.      Did he have black pants or blue pants?  What

13     kind of pants did you have on?  Do you remember?  If

14     you can remember.  I know it's a long time ago.

15     A.      I'm not sure what color pants.

16     Q.      Let me ask you a question:  Do you know Mack's

17     brother?

18     A.      Yes.

19     Q.      Tatum?

20     A.      Yes.

21     Q.      How does he look compared to Mack?

22     A.      Nothing like him.

23             MR. SULLIVAN:  Objection.

24             THE COURT:  Overruled.

25
```

```
1    BY MR. PURCELL:

2    Q.      How does he look compared to Mack?

3    A.      Nothing like him.

4    Q.      Nothing like him.  Right.  Like, Mack is

5    normal height, my height, regular height.  Tatum is

6    really pretty tall, isn't he?

7    A.      Not that tall.

8    Q.      You know Ferl?

9    A.      Yes.

10   Q.      How would you describe Tatum and Ferl next to

11   each other in terms of their build and their height?

12   A.      Ferl was taller.

13   Q.      But they're both sort of taller, thin

14   individuals, correct?

15   A.      Correct.

16   Q.      And you wouldn't mistake Mack for Ferl or Mack

17   for Tatum, would you?

18   A.      No.

19   Q.      And you wouldn't ever mistake Mack for Big

20   Kev, would you?

21   A.      No.

22   Q.      No.  And when you came to the grand jury, the

23   first time you came to the grand jury, we didn't

24   suggest to you anybody about who committed this

25   murder because we didn't know; is that correct?
```

```
1      A.      Correct.

2      Q.      We were just asking you if you knew?

3      A.      Correct.

4      Q.      Did we say to you, "We want you to -- let's

5      get Mack"?

6      A.      No.

7      Q.      "Let's get Kevin"?

8      A.      No.

9      Q.      And if we had, you would have not done that,

10     would you?

11             MR. SULLIVAN:  Objection.

12             THE COURT:  Overruled.

13     BY MR. PURCELL:

14     Q.      Would you have done that if we asked you to do

15     that?

16     A.      No.

17     Q.      So when you came to the grand jury, though,

18     the first time, you admitted and you told the truth

19     that Kevin was in the car; is that right?

20     A.      Yes.

21     Q.      But you were untruthful about not being there

22     at the time of the shooting.  And you were being

23     untruthful about being there at the time of the

24     shooting and leaving with the defendant, Mack; is

25     that correct?
```

1    A.    Yes.

2    Q.    Just for the record, let's identify this

3    person.  Is Mack the person that you didn't tell the

4    grand jury about the person seated here in the green

5    shirt?

6    A.    Yes.

7              THE COURT:  The record will reflect the

8    witness has identified the defendant, Antonio Hall.

9    BY MR. PURCELL:

10   Q.    Now, just one other question.  The other day

11   we actually called you and said we might need you.

12   What's today, Friday?  It might have been Wednesday

13   afternoon?  And I think maybe your attorney was here.

14   He's been here with you the entire time until we

15   released you; is that right?

16   A.    Yes.

17             MR. SULLIVAN:  Objection, beyond the

18   scope.

19             THE COURT:  Overruled.

20   BY MR. PURCELL:

21   Q.    This goes to bias.  My question is:  Were you

22   not sitting outside for about two hours with Tatum

23   sitting right next to him, talking to him for a

24   couple of hours, while you were in the courthouse the

25   other day?

```
 1      A.      Yes, I was.

 2      Q.      Did Tatum tell you to testify that the

 3   government suggested who you should be identifying

 4   when you came to the grand jury?

 5              MR. SULLIVAN:  Objection.

 6              THE WITNESS:  No.

 7              THE COURT:  Overruled.

 8   BY MR. PURCELL:

 9      Q.      Are you sure?

10      A.      Positive.

11              MR. PURCELL:  Thank you.  No further

12   questions.

13              THE COURT:  Any recross, Mr. Sullivan?

14              MR. SULLIVAN:  I do, Your Honor.

15                        RECROSS EXAMINATION

16   BY MR. SULLIVAN:

17      Q.      What was Kevin Duckett wearing that night?

18      A.      I'm not sure.

19      Q.      How come you know what Mack was wearing that

20   night but you don't know what Duckett was wearing?

21      A.      Because he always wear the same thing.

22      Q.      So Mr. Hall always wears black?

23      A.      Yeah.  Not always black.  Like, he always wore

24   the same thing.

25      Q.      Okay.  So it's easy for you -- even if you
```

1    can't really recall, you can just guess what Mr. Hall

2    was wearing that night because he always wears the

3    same thing?

4    A.    Yes.

5    Q.    What were you wearing?

6    A.    My uniform.  My work uniform.

7    Q.    Your work uniform?  Okay.  What was Miss Ross

8    wearing?

9    A.    I'm not sure.

10   Q.    Now, let me ask you some questions about you

11   meeting with the government.  Now, you had -- you met

12   with Detective Moody, correct?

13   A.    Yes.

14   Q.    And you met with the government lawyers,

15   right?

16   A.    Yes.

17   Q.    Now, did Detective Moody ever come to your

18   job?

19   A.    Not him.

20   Q.    But they sent somebody to your job?

21   A.    Yes.

22   Q.    Who did they send to your job?

23   A.    I don't know his name.

24   Q.    But in all these meetings when you had with

25   them, either they were in offices before you went to

1       the grand jury.  But when you're meeting in offices

2       with the government agents and the government

3       lawyers, did they tell you that, "We know Mack did

4       it.  You have to cooperate with us"?

5       A.      They didn't tell me I had to cooperate.  But

6       they was basically saying, like, "We know that he did

7       it," basically, the things.  But they didn't say I

8       had to cooperate.

9       Q.      And did they say, "We think Mack did it and we

10      think you know he did it"?  Were they telling you

11      that?

12      A.      Like, yeah.

13      Q.      Do you believe that they were threatening you?

14      A.      No.

15      Q.      Okay.  Did you feel that you could have left

16      and not talked with them?

17      A.      No.

18      Q.      Why not?

19      A.      Because everybody -- would you repeat, please?

20      Q.      Were you afraid of them because they're the

21      police?

22      A.      No.

23      Q.      Okay.  Then you weren't afraid.  That's why

24      you lied the first couple times?

25      A.      Yes.

24

1    Q.     And what you're saying now to the government

2    and to the ladies and gentlemen of the jury, that's

3    the truth now?

4    A.     Yes.

5              MR. SULLIVAN:  Okay.  No further

6    questions.

7              THE COURT:  Thank you.  You may step

8    down, Miss Isaac.  You should not discuss your

9    testimony with anyone in the event you were called

10   back to the witness stand.  Do you understand?

11             THE WITNESS:  Yes.

12             MR. PURCELL:  The government calls Jamara

13   Howard.

14   Whereupon:

15                  JAMARA HOWARD,

16   called as a witness, having been first duly sworn

17   according to law, testified as follows:

18             THE DEPUTY CLERK:  Please state your full

19   name for the record.

20             THE WITNESS:  Jamara Howard.

21             THE DEPUTY CLERK:  Thank you.

22                DIRECT EXAMINATION

23   BY MR. PURCELL:

24   Q.     Good morning, Mr. Howard.  How you doing?

25   A.     All right.

1     Q.      Counsel and Court, I am putting in front of

2     the witness some exhibits.  Obviously grand jury

3     transcripts.  And they are grand jury transcripts,

4     government's Exhibit 151, which is dated December 10,

5     2009; 152, which is dated November -- I'm sorry, 18,

6     2010; and the third is Exhibit No. 153, which is --

7     Exhibit 153, which is dated December 16th, 2010,

8     about a month later.

9                 Now, Mr. Howard, you and I have met a

10    couple of times; is that right?

11    A.      Yes, sir.

12    Q.      And you've been to the federal grand jury here

13    in this building three different times; is that

14    right?

15    A.      Yes, sir.

16    Q.      Okay.  And is it correct to stay that on each

17    of these occasions you gave a different account of

18    what happened on the night of September 20th, 2009?

19    A.      Yes, sir.

20    Q.      Now, we'll get to those in a moment.  Let me

21    ask you a question, by the way, before we get

22    started.  Has there ever been any time when I or

23    anybody else told you what to say?

24    A.      No, sir.

25    Q.      Has there ever been any time when I or anybody

1    else from the government told you, "We know Mack did

2    it, so you might as well say that he did it"?

3    A.      No, sir.

4    Q.      Are you sure?

5    A.      Yes, sir.

6    Q.      Now's the time to say it.

7    A.      No one told me that.

8    Q.      Now, all along you've known Mack committed

9    this murder, haven't you?

10   A.      Yes.

11   Q.      And you didn't tell us, did you?  Until

12   December -- I'm sorry -- November of 2010 --

13   A.      Yes, sir.

14   Q.      -- right?  Did we ever threaten you?

15   A.      No, sir.

16   Q.      Did I ever threaten you?

17   A.      No.

18   Q.      In fact, let me direct your attention --

19   Counsel, this is 152, Page 26.  That is exhibit 152,

20   which is November 18th, 2010.  Page 26.

21           Now, let me ask you, Mr. Howard, the

22   first time you came to the grand jury, you denied

23   that Mr. Hall was anywhere near the scene of the

24   murder that night, didn't you?

25   A.      Yes, sir.

1    Q.     And when you came to the grand jury the second

2    time, you gave an account that we'll get to in a

3    minute in which you described that he was there; is

4    that right?

5    A.     Yes.

6    Q.     And that you saw him commit the murder?

7    A.     Yes.

8    Q.     And that you heard Kareem Guest's last words;

9    is that right?

10   A.     Yes.

11   Q.     What do you recall those last words to have

12   been?

13   A.     "Mack, I didn't tell them nothing".

14   Q.     Say that again.  I'm not sure the jury heard

15   it.

16   A.     "Mack, I didn't tell them anything".

17   Q.     Now, did I tell you to say that?

18   A.     No.

19   Q.     Did Moody tell you to say that?

20   A.     No.

21   Q.     Did anybody in this courtroom tell you to say

22   that?

23   A.     No.

24   Q.     Why did you tell the grand jury that you heard

25   the last words of Kareem Guest to be, "No, Mack, I

 1        didn't tell them anything"?

 2        A.      Can you repeat it?

 3        Q.      Why did you tell the grand jury that those

 4        were the last words that you heard from Kareem Guest?

 5        A.      Because I was right there.  I heard it.

 6        Q.      Okay.  Not because anybody told you to say it?

 7        A.      No, sir.

 8        Q.      Now, in this same grand jury session someone

 9        asked you if you were scared.  And what did you say?

10        It's highlighted there.

11                    MR. SULLIVAN:  Page and line?

12                    MR. PURCELL:  I'm sorry.  Page 26, Line

13        7.  Do you remember the question, Mr. Howard, "Who

14        are you scared of?"

15                    What did you say.

16                    THE WITNESS:  "Antonio Hall".

17        BY MR. PURCELL:

18        Q.      And you were asked, "You're afraid of him?"

19                    What was the answer?

20        A.      "Yes, ma'am".

21        Q.      Are you still afraid?

22        A.      Yes.

23        Q.      What are you afraid of?

24                    This is a hard thing to do, isn't it?

25        A.      Yes.

1    Q.     Take a look in the gallery here.  Take a look

2    back in that back row in the gallery.  Do you see any

3    of Mack's friends back there?  You can stand up and

4    look, if you want.

5               Do you see any people from Westport back

6    there?

7    A.     Yes.

8    Q.     Do you wish they weren't here?  No.  You're

9    okay with it?

10              MR. SULLIVAN:  Your Honor, could you

11   instruct the witness to answer questions?

12              THE COURT:  Yes.  I'm sorry.  The record

13   doesn't get a shake of the head back and forth.  You

14   have to say "Yes" or "No".

15              THE WITNESS:  Yes.

16              MR. PURCELL:  Okay.  Well, we can't do

17   anything about it.  They're here.

18              Now let's go to what happened and we'll

19   talk with what you said happened that didn't happen.

20              MR. SULLIVAN:  Your Honor, may we

21   approach?

22              THE COURT:  Yes.

23              (BENCH CONFERENCE ON THE RECORD.)

24              MR. SULLIVAN:  Your Honor, I'm going to

25   ask for a limiting instruction from the Court now.  I

1    think Mr. Purcell has given an impermissible

2    suggestion that Mr. Hall has somehow recruited people

3    from Westport to sit in the courtroom, which the

4    public is free to sit in.  And that somehow Mr. Hall

5    or the defense has somehow orchestrated a row full of

6    Hall friends and family members to intimidate this

7    witness.  And I don't believe that the record

8    supports that.  I've never heard --

9              THE COURT:  I don't find any basis for

10   that, Mr. Sullivan.  There's been no suggestion that

11   you or Mr. Hall has sought to intimidate anyone.  The

12   suggestion is here that there's people from Westport.

13   And I've already had to ask some people from Westport

14   to leave the courtroom because of their demonstrative

15   response to questions.  There is no suggestion that

16   either Mr. Hall or you was orchestrated this.

17   There's a suggestion that there's pressure from the

18   community.

19              MR. SULLIVAN:  It's a different question,

20   Your Honor, to say, "Are there people from Westport

21   here?"  It's a different question to say, "Do you see

22   Mr. Hall's family members here?"  And that I thought

23   crossed the line.

24              THE COURT:  Your objection is noted.  And

25   I have no intention of giving a limiting instruction.

1      It's overruled.

2                  (END OF BENCH CONFERENCE.)

3      BY MR. PURCELL:

4      Q.      All right, Mr. Howard.  Let's turn to the

5      events of September 20th, 2009.  You know that's why

6      you're here to talk about, right?

7      A.      Yes, sir.

8      Q.      Testify, I should have said, not talk about.

9                  Do you understand you're under oath?

10     A.      Yes, sir.

11     Q.      And you understand that -- well, the

12     consequences of not being truthful today?

13     A.      Yes, sir.

14     Q.      Not from me, but from the law.

15     A.      Yes, sir.

16     Q.      Now, were you in the vicinity of the 2400

17     block of Maisel Court on the evening of September

18     20th, 2009?

19     A.      Yes, sir.

20     Q.      What were you doing out there?

21     A.      Just hanging out.

22     Q.      Do you live in that area, or did you at the

23     time?

24     A.      Yes, sir.

25     Q.      Now, while we're talking about where you live,

```
 1      can you tell the jury whether you had have been

 2      recently moved from that area?

 3      A.      Yes, sir.

 4      Q.      To a different location?

 5      A.      Yes, sir.

 6      Q.      Was that at your request?

 7      A.      Yes.

 8      Q.      For your safety?

 9      A.      Yes, sir.

10      Q.      Now, you have family in Westport?

11      A.      Yes.

12      Q.      Have you grown up there?  Did you grow up

13      there?

14      A.      Yes.

15      Q.      How old are you?

16      A.      30.

17      Q.      30.  And how long have you lived in Westport?

18      All your life, or moved in, or what?

19      A.      I lived out there since '91.

20      Q.      Do you know Mr. Hall?

21      A.      Not really.  But, yes, I know him.

22      Q.      How long have you known -- I know that you

23      know who I'm talking about, Mr. Hall here?

24      A.      Yes, sir.

25      Q.      How long have you known of him?
```

33

1    A.    About ten years.

2    Q.    So you know who he is?

3    A.    Yes.

4    Q.    What he looks like?

5    A.    Yes.

6    Q.    You've talked to him, seen him around?

7    A.    Yes.

8    Q.    Had conversations with him?

9    A.    Yes.

10   Q.    But you're not part of his group, are you?

11   A.    No, sir.

12   Q.    That is, his associates or friends?

13   A.    No, sir.

14   Q.    You're not intimate close friend of his, are

15   you?

16   A.    No.

17   Q.    How often would you say you saw him in your

18   life in Westport?  Say in the last couple of years,

19   how often do you see him in any given day or week?

20   A.    Every day.

21   Q.    Every day.  So you know who we're talking

22   about, right?

23   A.    Yes.

24   Q.    All right.  Now, going to that evening, you

25   were just hanging around.  Is it basically -- turn to

34

1    your left.  Do you see an area depicted in this

2    photograph that you recognize?

3                    This is Exhibit No. 2.

4    A.     Yes.

5    Q.     And what area is this, if you can tell us.

6    A.     Maisel Court.

7    Q.     Maisel Court?

8    A.     Right.

9    Q.     Is this where the murder occurred?

10   A.     Yes.

11   Q.     Now, did there come a time that evening --

12   obviously before the murder -- that you had a request

13   from Mr. Hall where he asked you to do something?

14   A.     Yes.

15   Q.     What did he ask you to do?

16   A.     "Go and get that".

17   Q.     "Go and get that".  Now, up to that point,

18   when he said, "Go and get that," had you seen Kareem

19   Guest on the street?

20   A.     Earlier, yeah.

21   Q.     Where had you seen him?

22   A.     In Maisel Court.

23   Q.     On Maisel Court; the same street?

24   A.     Yes.

25   Q.     Is that where Mack was, as well?

```
 1      A.      Yes.

 2      Q.      Now, did you know Kareem?

 3      A.      Yes.

 4      Q.      How well did you know him?

 5      A.      He was -- he was cool.

 6      Q.      He was cool.  So you knew him.  Did you like

 7   him?

 8      A.      Yes.

 9      Q.      Did he ever hurt you?

10      A.      No.

11      Q.      Bother you?

12      A.      No.

13      Q.      So Mack asked you to, "Go get that"; is that

14   right?

15      A.      Yes.

16      Q.      Did he tell you where to go?

17      A.      Yes.

18      Q.      What did he tell you to do?

19      A.      To get it out of the box.

20      Q.      Did he tell you what box?

21      A.      No.

22      Q.      How did you know where to go?

23      A.      It was only one box down the street.

24      Q.      Okay.  Tell the jury what you mean by a box.

25      A.      It's the box, the electricity box into the
```

1    houses.

2    Q.    Okay.  And where was the box that you went to,

3    on what house?

4    A.    It was on the corner of the gap.

5    Q.    The corner of the gap?

6    A.    Yes.

7    Q.    Let me -- if I show you Exhibit No. 2 -- I'm

8    going to give you -- let me find it -- a laser

9    pointer, if it helps the jury see where you're

10   pointing.

11            Now, showing you Exhibit No. 2, can you

12   tell the jury where this conversation with Mack

13   occurred where he asked you to go get that?  Can you

14   see it on this picture?

15   A.    Yes.

16   Q.    Show us, please, with the laser where it was

17   you were and where he was.

18   A.    (Witness complies.)

19   Q.    Okay.  Right there.  Now, at that point when

20   he asked you that, was this car there yet?

21   A.    Yes.

22   Q.    It was.  Was Big Kev there?  Do you know Big

23   Kev?

24   A.    Yes.

25   Q.    Was he there?

1    A.    Yes.

2    Q.    All right.  And where was Big Kev, if you

3    remember, when Mack asked you to go get the gun?  Was

4    he there or not?

5    A.    (Witness points.)

6    Q.    Was he with him?

7    A.    Yes.

8    Q.    So what did you do?

9    A.    I went and got it.

10         THE COURT:  I'm sorry, I can't hear you.

11   Would you speak up?

12         THE WITNESS:  Went and got it.

13   BY MR. PURCELL:

14   Q.    And it might be better to turn when you

15   answer, instead of just speak to me.  Pretend you're

16   talking to the judge, which you are, actually.

17         Now, when you went to get it, can you

18   just show the jury with the laser pointer what

19   direction you went from this area to go get that?

20         Okay.  It looks like you're going toward

21   Wilgrey.

22   A.    Yes.

23   Q.    Did you go down the steps?

24   A.    Yes.

25   Q.    Okay.  And when you got down to the bottom of

1      the steps, did you go right or left?

2      A.      Right.  Right.

3      Q.      How did you know where to go?

4      A.      Because he pointed to the direction.

5      Q.      Did he tell you the box or --

6      A.      Yes.

7      Q.      What did he say?

8      A.      "Go get that out of the box".

9      Q.      Out of the box.  And I guess in your

10     neighborhood everybody's going to know what box he's

11     talking about?

12     A.      Yes.

13     Q.      At least you did?

14     A.      Yes.

15     Q.      He didn't say, "gun," did he?

16     A.      No.

17     Q.      All right.  Now, what did you think at that --

18     what did you think at that time what he meant when he

19     said, "Go get that"?

20     A.      Nothing.  I just reacted.

21     Q.      What did you think the, "that," was?  Did you

22     think it was a gun?

23     A.      Yes.

24     Q.      Now, let me ask you:  Is that -- did that seem

25     particularly unusual for Mack to tell you to go get a

1    gun?

2    A.      No.

3    Q.      Why not?

4    A.      Because that's the type of person he is.

5    Q.      So you weren't shocked to hear Mack say to

6    you, "Go get that"; and it was a gun that you went to

7    get, were you?

8    A.      No.

9    Q.      No.  Not at all.

10          Let's take a look at the exhibit and show

11   the jury, if you see one on here, what you're talking

12   about when you mean a box.  Do you see a box on any

13   of these houses?

14   A.      Yes.

15   Q.      Can you show the jury what you're talking

16   about?

17   A.      (Witnesses complies.)

18   Q.      Okay.  Now, can the jury see that?  Can I have

19   the exhibit up?  All right.  I'm going to put this up

20   so you can point on this screen.  If you point, the

21   jury will see where you're talking about.  So if

22   you're talking -- pointing at that box -- let's put a

23   blue dot on it so the jury can see what you mean by

24   box on their video screen.

25          So Mack said, "Go get that".  You weren't

1       surprised.  You went where?

2       A.      To the box.

3       Q.      And did you reach in like he told you?

4       A.      Yes.

5       Q.      What did you find?

6       A.      A gun.

7       Q.      What kind of gun?

8       A.      A black.

9       Q.      Now, do you know the difference between a

10      semiautomatic and a revolver?

11      A.      Yes.

12      Q.      What's the difference that you know?

13      A.      A revolver has a barrel.

14      Q.      A cylinder?

15      A.      Yes.

16      Q.      You put the bullets in like a cylinder?

17      A.      Yes.

18      Q.      A wheel gun --

19      A.      Yes.

20      Q.      -- sometimes they call it.

21              And where do you put the bullets on a

22      semiautomatic?

23      A.      In a clip.

24      Q.      Based on your experience, if you have

25      experience, which do you think holds more bullets, a

```
 1      revolver or a semiautomatic?

 2      A.      A semiautomatic.

 3      Q.      You can put more bullets in that magazine,

 4      can't you?

 5      A.      Yes.

 6      Q.      Did you know if it was a nine or a .40 or --

 7      A.      No.

 8      Q.      Okay.  What did you do when you got it?

 9      A.      I give it to him.

10      Q.      Where did you give it to him?  Just point,

11      please.  Thank you.

12              Okay.  Now -- so you were in the grass

13      over there when you gave it to him?

14      A.      Yes.

15      Q.      And when you gave it to him, where was Kevin?

16      A.      Right there.

17      Q.      Big Kev I'm taking about, Kevin Duckett.

18      A.      Right there.

19      Q.      Now, can you tell the jury, what did Mack do

20      with the gun once you gave it to him?

21      A.      Cocked it.

22      Q.      What do you mean, cocked it?

23      A.      Put a bullet in the chamber.

24      Q.      Did he slide something back?

25      A.      Yes.
```

```
 1     Q.      Okay.  When he did that, what happened?

 2     A.      A bullet fell out.

 3     Q.      And why do you remember that a bullet fell

 4     out?

 5     A.      Because I was there when he cocked it.

 6     Q.      What did you do about the now-missing bullet?

 7     A.      He start looking for it.

 8     Q.      Did you start looking for it too?

 9     A.      No.

10     Q.      Did you stay there, or did you walk away?

11     A.      I walked away.

12     Q.      Okay.  What about Kevin?

13     A.      He was still standing there with him.

14     Q.      Okay.  So Kevin was there and you were there

15     for at least a couple of seconds; is that right?

16     A.      Yes.

17     Q.      You walked away.  Now, did you know at that

18     time or at any time that evening what that gun was

19     going to be used for?

20     A.      No, sir.

21     Q.      You were worried about -- well, tell the jury.

22     Were you worried as the grand jury process went on

23     that maybe somehow you would be charged for getting

24     the gun for Mack and that you may be end up being

25     charged with that, as well, as an accessory or
```

TAMARA HOWARD - DIRECT - PURCELL

43

```
 1        something?

 2        A.      Yes.

 3        Q.      But at that time did you know what Mack was

 4   going to do with that gun?

 5        A.      No, sir.

 6        Q.      Or who he was going to shoot?

 7        A.      No, sir.

 8        Q.      You just didn't think it was odd to give him a

 9   gun?

10        A.      No.

11        Q.      You didn't, did you?

12        A.      No.

13        Q.      Had you ever seen Mack with guns before?

14        A.      No.

15        Q.      Had you heard about Mack with guns before?

16        A.      Yes.

17                MR. SULLIVAN:  Objection.

18                THE COURT:  Sustained.

19   BY MR. PURCELL:

20        Q.      Did Mack have a reputation for violence in the

21   community?

22        A.      Yes.

23        Q.      And you heard that?

24        A.      Yes.

25        Q.      And that was his reputation?
```

TAMARA HOWARD - DIRECT - PURCELL

44

```
1    A.    Yes.

2    Q.    All right.  Once you gave him the gun, where

3    did you go?

4    A.    In the house.

5    Q.    And what house are you talking about?

6    A.    My girlfriend's house.

7    Q.    Now, do you have any other family members that

8    lived in that area at that time?

9    A.    Yes.

10   Q.    And who was that?

11   A.    My sister.

12   Q.    And where did she live; what street?

13   A.    Maisel Court.

14   Q.    Same court?

15   A.    Yes.

16   Q.    Same street?

17   A.    Yes.

18   Q.    As we look at it, say we're looking at Exhibit

19   2 which the jury can see on their screen, imagine I'm

20   walking down the sidewalk from the steps and I want

21   to get to your sister's house.  Do you see where I'm

22   talking about?

23   A.    No.

24   Q.    Say I'm walking down -- excuse me -- right

25   where your green dot is, right here, and I'm standing
```

45

```
 1        there.  Which direction do I go to get to your
 2        sister's house?
 3        A.      Right.
 4        Q.      Right.  So after you gave Mack the gun, did
 5        you go to your sister's house?
 6        A.      No.
 7        Q.      Where did you go?
 8        A.      To my girlfriend's house.
 9        Q.      And which way is that?
10        A.      Straight.
11        Q.      Straight back in the direction that you had
12        come to get the gun?
13        A.      Yes.
14        Q.      Okay.  Down Wilgrey?
15        A.      Yes.
16        Q.      All right.  And can you tell the jury if you
17        walk -- let's clear that screen.  The jurors have
18        seen it.
19                So now you're walking down here; is that
20        right?
21        A.      Yes.
22        Q.      Which direction do you go to go to your
23        sister's -- or, your girlfriend's house?
24        A.      Down the steps to the left.
25        Q.      And to the left.  So you can just see the tops
```

1    of the steps there, right?  The railings?

2    A.    Yes.

3    Q.    So you went down and left; is that right?

4    A.    Yes.

5    Q.    Okay.  And how long did you stay there?

6    A.    Hour, 45 minutes tops.

7    Q.    Do you actually remember how long you stayed

8    down there?

9    A.    Not really.  It was a minute, though.

10   Q.    Okay.  Now, when you left, where did you go?

11   A.    After I left?  I came back outside.

12   Q.    Tell the jury what you saw -- when you came

13   back outside, where were you going?

14   A.    I was just coming back outside.

15   Q.    So you were going to go back to Maisel and

16   just hang out?

17   A.    Yes.

18   Q.    Okay.  Were there other people around that

19   night besides Mack and Kev?

20   A.    Yes.

21   Q.    Who was in the car, if you remember?  If that

22   car was there, who do you remember being in it or

23   near it?

24   A.    Kwana and Meka.

25   Q.    Okay.  Did you see Rain that night?

47

```
 1      A.      Yes.

 2      Q.      Do you know who I'm talking about?

 3      A.      Yes.

 4      Q.      Do you know Little Mike?

 5      A.      Yes.

 6      Q.      Was she there?

 7      A.      Yes.

 8      Q.      Do you see Ferl?  You're Ferl.

 9              By the way, I don't know if I asked you.

10      What's your nickname?

11      A.      Ferl.

12      Q.      Okay.  How do you spell that?

13      A.      F-e-r-l.

14      Q.      So you're the Ferl we've heard about.

15              Did you see Keyburn?

16      A.      Yes.

17      Q.      And is Keyburn the gentleman that was in a

18      wheelchair?

19      A.      Yes.

20      Q.      Okay.  Did you see -- at any point did you go

21      across the street and up the steps that are shown in

22      Exhibit No. 3?

23              And I'm going to put it up there.  I'll

24      just show the jury from here.

25              At any point had you noticed anyone up
```

1    here around the steps on Exhibit 3 going now towards

2    Kermit Court?

3    A.      Yes.

4    Q.      Who had you seen up there, if you remember?

5    A.      Seattle and Avery.

6    Q.      So they were out?

7    A.      Yes.

8    Q.      Did you see a guy named Roddy out there that

9    night?

10   A.      Yes.

11   Q.      Now, tell the jury, you're going back to just

12   to hang out on the court, what you saw and what

13   happened.

14   A.      When I walked up the steps, as soon as I got

15   halfway in the gap, Kareem was walking past.

16   Q.      Now, just show me where you're talking about

17   right now.

18           Where did you pass Kareem?

19           Oh, we need to take this off.  Show the

20   jury, please.

21           So you passed Kareem there, is that

22   right?

23   A.      Yes.

24   Q.      And what did you observe next?

25   A.      Mack run past me with the gun.

```
 1      Q.      This guy?

 2      A.      Yes.

 3      Q.      The defendant?

 4      A.      Yes.

 5      Q.      Running past you with a gun?

 6      A.      Yes.

 7              THE COURT:  The record will reflect that

 8      the witness has identified the defendant, Antonio

 9      Hall.

10      BY MR. PURCELL:

11      Q.      Was he shooting the gun?

12      A.      No.

13      Q.      Did he begin to shoot the gun?

14      A.      Once he passed me.

15      Q.      And if you can, hit that bottom left-hand

16      corner now and show the jury where on the sidewalk

17      you were when Mack passed you running by with the

18      gun.  Okay.

19              How is Mack dressed?

20      A.      A hoodie, jeans, and a hat.

21      Q.      Okay.  Did he have a mask on?

22      A.      No.

23      Q.      Mask pulled down at that point?

24      A.      Not at that time.

25      Q.      Did he pull a mask down later?
```

```
 1      A.      I guess.

 2                      MR. SULLIVAN:  Objection.

 3                      THE COURT:  Overruled.

 4      BY MR. PURCELL:

 5      Q.      All right.  So he ran by you, had the hat on,

 6      and a hoodie?

 7      A.      Yes.

 8      Q.      And a gun?

 9      A.      Yes.

10      Q.      And he passed you, it looks like you're just

11      about at the fire hydrant; is that right?

12      A.      Yes.

13      Q.      Now, when he passed -- you and, first, before

14      he passed you, he was running at you with a gun; is

15      that right?

16      A.      Yes.

17      Q.      What did you think at that point?

18      A.      I stood there because I ain't know if he was

19      running past me with the gun.  I didn't know what the

20      -- I stopped.

21      Q.      You stopped.  Where did you stop?

22      A.      Right here.

23      Q.      So you froze there and you stopped.  Mack went

24      by.  And when did you start to hear the shots?

25      A.      After I heard Kareem say, "I didn't" -- "I
```

```
 1      didn't tell".
 2      Q.      So you heard the shots.  So, the sequence is
 3      you heard Kareem yell, then you heard shots?
 4      A.      Yes.
 5      Q.      How many shots did you hear?
 6      A.      Two before I ran.
 7      Q.      How close were you to Kareem -- well, let me
 8      ask you this:  Where were you when you heard the
 9      first shot?  The same place where you're standing?
10      A.      Yes.
11      Q.      You're still frozen?
12      A.      Yes.
13      Q.      All right.  Did you turn and watch what was
14      going on?
15      A.      Yes.
16      Q.      What did you see?
17      A.      Him shooting at Kareem.
18      Q.      And you stayed there for a couple of shots?
19      A.      No -- yes, two shots.
20      Q.      Not all the shots?
21      A.      No, sir.
22      Q.      Did you hear more shots as you took off?
23      A.      Yes.
24      Q.      Where did you go?
25      A.      To my sister's.
```

52

```
1    Q.      And what was it you heard Kareem yell right
2    before he was shot?
3    A.      "Mack, I didn't tell them anything".
4    Q.      "I didn't tell them anything".
5            Now, did I tell you to say that?
6    A.      No, sir.
7    Q.      Moody?  My co-counsel?
8    A.      No, sir.
9    Q.      Our paralegal?
10   A.      No, sir.
11   Q.      U.S. Attorney?
12   A.      No, sir.
13   Q.      Rain Curtis?
14   A.      No, sir.
15   Q.      Kevin Duckett?
16   A.      No, sir.
17   Q.      Seattle Jones?
18   A.      No, sir.
19   Q.      Anybody tell you to say that?
20   A.      No, sir.
21   Q.      In fact, it took you months, over a year,
22   until you finally told us that; is that correct?
23   A.      Yes.
24   Q.      Why didn't you tell us before when we first
25   met you --
```

TAMARA HOWARD - DIRECT - PURCELL

53

```
1    A.       Because I was scared.

2    Q.       -- in November of 2009?

3    A.       I was scared.

4    Q.       And where were you living back in November of

5    2009 when you were too scared to tell us who killed

6    Kareem Guest?

7    A.       Still in Westport.

8    Q.       About a block away from where Mr. Hall stayed

9    with his girlfriend --

10   A.       Yes.

11   Q.       -- Caprese; is that right?

12   A.       Yes.

13   Q.       Not even a block if you go out the back door,

14   is it?

15   A.       No, sir.

16   Q.       Now, let's talk about your first time coming

17   to the grand jury.  After you went to the grand jury,

18   did you have a conversation with Mack about your

19   grand jury testimony?

20   A.       Yes.

21   Q.       Tell the jury about it, please.

22   A.       He asked me:  What did they ask me.  Did I

23   tell them anything.  And I told him, "No".

24   Q.       Okay.  Let's talk about your first grand jury

25   testimony; okay?  Tell the jury the story you gave to
```

1    the grand jury in November of 2009, the first time

2    you were brought to the grand jury; okay?  Just tell

3    them.  If you remember, tell them where you said you

4    were when the shooting happened.

5    A.    I don't remember exactly what I said because

6    it wasn't the truth.

7    Q.    It wasn't the truth.  Let's take a look, maybe

8    you'll refresh your memory.  If I can find it.

9            We're looking now at Exhibit 151, for the

10   Court and counsel.

11           I direct your attention, please, to Page

12   10.

13           THE COURT:  What exhibit number is that,

14   Mr. Purcell?

15           MR. PURCELL:  It is 151.

16   BY MR. PURCELL:

17    Q.    And this is the November -- December 10, 2009.

18   I misspoke and said it was November 2009.  But it was

19   actually December 2009.  You remember that?

20   A.    Yes.

21   Q.    Now, you came in.  And let's take a look at

22   this, see if you remember this, something about going

23   off to do a sale?

24   A.    Yes.

25   Q.    Do you remember where it was you told the

TAMARA HOWARD - DIRECT - PURCELL

55

```
1        grand jury you were when you did this sale?
2        A.      Around the front of Maisel Court on the other
3        side.
4        Q.      And that would mean -- the other side would
5        mean -- let me see if I have a picture that shows
6        that.  If you look at Exhibit No. 3, would it be
7        correct to say what you told the grand jury then was
8        the other side was basically go up the steps and then
9        behind the houses?
10       A.      You don't even make it up the steps.
11       Q.      Oh.  So there's a --
12       A.      Path.
13       Q.      -- a pathway there, a grass path?
14       A.      Yes.
15       Q.      Okay.  A like a grassy path?
16       A.      No.  It's a concrete path --
17       Q.      Okay.
18       A.      -- behind the back of those houses.
19       Q.      All right.  So what you're basically saying is
20       there was a block of houses between you and the
21       shooting?
22       A.      Yes.
23       Q.      Did you tell the grand jury that you could
24       hear the shooting?
25                   Did you tell the grand jury the first
```

56

1    time that you head it but you didn't see it?

2    A.    Yes.

3    Q.    And what did you tell the jury -- the grand

4    jury you were doing at that time back there?

5    A.    Making a sale.

6    Q.    So you came in and told the grand jury, "I'm

7    doing a drug sale, so I was too busy to see the

8    shooting or be around to say what happened"?

9    A.    Yes.

10   Q.    Now, in the grand jury we asked you about a

11   lot of people, didn't we?

12   A.    Yes.

13   Q.    Whether -- you saw them out there that night.

14   Now, we asked you at Page 12, Counsel, "Did you see

15   Seattle hanging out there on the steps?

16            What was your answer?

17   A.    "Yes".

18   Q.    So you weren't afraid to talk about Seattle,

19   were you?

20   A.    No.

21   Q.    And then I asked you, "At the time of the

22   shooting, was Seattle still, as far as you know, at

23   that spot; that is, at the top of the steps?"

24   A.    Yes.

25   Q.    And what was your answer?

57

```
 1     A.      "Yes".

 2     Q.      That he was?

 3     A.      Yes.

 4     Q.      And you said you saw Little Mike and Rain at

 5     Page 14; is that right?

 6     A.      Yes.

 7     Q.      And then I asked you, "Okay" -- this is Page

 8     15, Counsel -- Your Honor, do you want a copy of

 9     these?

10             THE COURT:  I can listen.  I'm fine.

11             MR. PURCELL:  Okay.  Thank you.

12     BY MR. PURCELL:

13     Q.      For this particular exhibit, I think it's --

14     for the jury to see what you said.  Page 15.

15             Do you remember when I asked you, "Okay.

16     Was Mack there?"

17             What was your answer?

18     A.      "I never saw him".

19     Q.      Was that the truth?

20     A.      No.

21     Q.      Why didn't you tell the jury the truth?

22     A.      I was scared.

23     Q.      Who were you scared of?

24     A.      Antonio Hall.

25     Q.      Let me ask you:  Are you more scared of --
```

1    well, never mind.  Strike that.

2            Now, again, at Page 22, let's just go

3    through this for a second, why don't you tell the

4    jury what you said when you were -- when I asked you

5    if you heard the shots or saw it.  The question was

6    on Page 20.  I don't think you have it to put up

7    there yet.

8            "Okay.  So that took a little bit of --

9    and when you were still doing the transaction, is

10   that when you heard the shot, or was the transaction

11   over yet?"

12           And what was your answer?

13   A.      "No, as I was making -- as he -- as I was

14   making this, as he is still looking in my hand, and I

15   heard the shots, and I went his way and I went my

16   way".

17   Q.      And what did you tell the grand jury that

18   first time in December of 2009 where you went when

19   you heard the shots?

20   A.      To my sister's.

21   Q.      To your sister's.  That wasn't true either,

22   was it?

23   A.      No, sir.

24   Q.      In fact, what did you say; "Straight to my

25   sister's house"?

1    A.    Yes.

2    Q.    That's on Page 22, Line 9.  But I asked you

3    again -- I asked you again about Seattle.  And then

4    you said you had seen him.  I asked you at Line 17,

5    22 -- can you put that up, please?  "Did you see

6    Mack?"

7              What was your answer?

8    A.    "I never saw Mack out there to even know if I

9    seen him out there".

10    Q.    You were not going to tell us you saw Mack,

11    were you?

12    A.    No.

13    Q.    And you told him that.  You reported to him

14    after this grand jury session that you told him, "I

15    didn't say nothing"?

16    A.    Yes.

17    Q.    And he asked you first.  He came to you,

18    right?

19    A.    Yes.

20    Q.    Anybody come to you with him?

21    A.    No.

22    Q.    Just himself?

23    A.    Yes.

24    Q.    Not Kev?

25    A.    No.

TAMARA HOWARD - DIRECT - PURCELL

60

```
 1     Q.      Where did he do that?  Where did he approach
 2     you?
 3     A.      At my house.  My girlfriend's house.
 4     Q.      Right there.  Which is right off the -- right
 5     off of Maisel Court, isn't it?
 6     A.      Yeah.
 7     Q.      Did you invite him in?
 8     A.      Yes.
 9     Q.      Now, 33, Page 33 -- which I think is on the
10     excerpt, please.  You know Mack's girlfriend's name,
11     don't you?
12     A.      Yes.
13     Q.      What is it?
14     A.      Caprese.
15     Q.      And I asked you whether you ever brought any
16     drugs out of house.  And what did you say?
17     A.      No.
18     Q.      And then I asked you, "You know" -- I was
19     talking about Mack, and page 33, line 17, I asked
20     you, "You know that he sells crack, don't you?"
21             What was your answer?
22     A.      "No, sir".
23     Q.      Was that the truth?
24     A.      No.
25     Q.      You do you know if he sold crack?
```

TAMARA HOWARD - DIRECT - PURCELL

61

```
 1       A.      Yes.

 2       Q.      How do you know he sold crack?

 3       A.      I sold some for him before.

 4       Q.      You did?

 5       A.      Yes.

 6               MR. SULLIVAN:  I'm sorry, Your Honor, I

 7       didn't hear the answer.

 8       BY MR. PURCELL:

 9       Q.      Say it again.  Are you saying you bought some

10       from him before?

11       A.      No.  I sold some for him before.

12       Q.      Oh, you sold it for him?

13       A.      Yes.

14       Q.      What does that mean; when you sell crack for

15       Mack, what does that mean?  He gives you some crack

16       and you sell it?

17       A.      Yes.

18       Q.      Okay.  When he gave it to you, did he front it

19       to you?

20       A.      Yes.

21       Q.      Tell the jury what that means when he fronts

22       it to you.

23       A.      I owe -- I pay him back for what it's worth.

24       Q.      So he gives like a pack or something?

25               How much do you get?
```

TAMARA HOWARD - DIRECT - PURCELL

62

```
 1      A.      Like an eight-ball.

 2      Q.      An eight-ball.  Like a rock?

 3      A.      Yes.

 4      Q.      Tell the jury what you do with a rock of

 5      eight-ball?

 6      A.      I bag it up and sell it and then give him what

 7      it's worth.

 8      Q.      How many grams is an eight-ball, do you know?

 9      A.      Seven.

10      Q.      Seven grams.  So what's seven grams of crack

11      cocaine worth?

12      A.      $125.

13      Q.      Is that a gram?

14      A.      No.  For the whole seven grams.

15      Q.      125?

16      A.      Yeah.

17      Q.      Okay.  Only 125?  Or are you talking about

18      that's how much you make?

19      A.      No.  That's how much I have to give him back.

20      Q.      Okay.  Give him back 125.  Okay.

21              So you've done this how many times for

22      Mack, picked up crack from him?

23      A.      I think once, twice.

24      Q.      Once or twice.  All right.

25              Other than getting crack from Mack, where
```

TAMARA HOWARD - DIRECT - PURCELL

63

```
1        would you see Mack?  You said you used to see him

2        just about every day.  Where would you see him around

3        the Westport community?  What would he be doing?

4   A.        He be hanging around.

5   Q.        Doing what?

6   A.        I guess doing what he do.

7   Q.        What is that?

8   A.        I don't really be around him to actually know

9        exactly the type of stuff, I mean, the stuff he be

10       doing.  I don't see him, like, make sales, but I know

11       the type of business he's in.

12  Q.        But you know the type of business he's in?

13  A.        Yes.

14  Q.        Everybody knew that?

15  A.        Yes.

16  Q.        He pretty much -- he pretty much ran things

17       over there, didn't he?

18                  MR. SULLIVAN:  Objection.

19                  THE COURT:  Overruled.

20                  MR. PURCELL:  Put it this way:  Pretty

21       much everybody was scared of him, weren't they?

22                  MR. SULLIVAN:  Objection.

23                  THE COURT:  Overruled.

24                  MR. PURCELL:  You may answer the

25       question.
```

1              THE COURT:  You may answer, Mr. Howard.

2              THE WITNESS:  Yes.

3  BY MR. PURCELL:

4  Q.    Now, we met a couple weeks ago.  In fact, you

5  used the term -- you described the way he

6  dominated -- maybe you don't remember it.  But I

7  asked you something like this:  You know, what was it

8  like over there?  And you said to me, "Mr. Purcell,

9  he ran that place like --

10             MR. SULLIVAN:  Objection, leading.

11             THE COURT:  Sustained.  Rephrase the

12  topic without asking the actual question.

13             MR. PURCELL:  I'll withdraw it.  I don't

14  think he recalls.

15  BY MR. PURCELL:

16  Q.    But it was no secret that Mack was a crack

17  dealer over there, was it?

18  A.    No, sir.

19  Q.    And that he used guns?

20  A.    Yes.

21  Q.    And I asked you then at the bottom of the Page

22  33, "But we are interested in any knowledge you have

23  about who killed Mr. Guest.  Do you have any

24  knowledge from any source as to who killed him?"

25             What did you say back in November -- I'm

1    sorry, December of 2010?  Page 34.

2    A.      "No, sir".

3    Q.      And again, you chose to risk perjury rather

4    than implicate Mr. Hall; is that right?

5    A.      Yes.

6    Q.      Now, go to your second time with the grand

7    jury.  And that is Exhibit 152.  And you came to the

8    grand jury now on November 18th, 2010.  On the

9    timeline which we've shown to the jury, they know

10   what has happened in the case up until November 18th;

11   you don't.

12            Did we tell you what witnesses we were

13   bringing in, what they were telling us as we brought

14   you in to interview you?

15   A.      No, sir.

16   Q.      Did we tell you, "Oh, yeah.  We know it's

17   Mack.  Let's go get him.  You might as well say it's

18   Mack, too, because everybody else is"?

19   A.      No, sir.

20   Q.      Are you sure?

21   A.      Yes, sir.

22   Q.      That would be stupid, wouldn't it?

23   A.      Yes.

24            MR. SULLIVAN:  Objection.

25            THE COURT:  Sustained.  It will be

1      stricken.

2      BY MR. PURCELL:

3      Q.     All right.  Now, the second time you came to

4      the grand jury, did you tell -- ultimately tell the

5      grand jury that it was Mack and you knew it was Mack?

6      A.     Yes.

7      Q.     Okay.  You didn't in the beginning of the

8      session, did you?

9      A.     No.

10     Q.     In fact, let's go through what you told the

11     grand jury originally.  This 152, November 18th,

12     2010.  Now, I asked you about your last grand jury

13     session at Page 8.  I ask you to follow with me.

14              "Do you remember what it was you told the

15     grand jury you were when the shooting happened the

16     last time you were here?"

17              And you said what?

18     A.     "Yes".

19     Q.     And I asked you, "Was that true?"

20              And what was the answer?

21     A.     "No, sir".

22     Q.     Now, then --

23              THE COURT:  Mr. Purcell, are you

24     referring to government Exhibit 152, the November

25     18th appearance?

TAMARA HOWARD - DIRECT - PURCELL

67

```
1                    MR. PURCELL:  Yes, Your Honor.  November
2        18th, 2010.
3        BY MR. PURCELL:
4        Q.     Now, we went on and I asked you, "So you were
5        on Maisel Court?"
6                    And what did you say?
7        A.     "Yes".
8        Q.     And then I asked you, "Did you see the
9        shooting?"
10       A.     "Yes".
11       Q.     And then I asked you, "Well, who did it?"
12                   Did I say, Mack did it.  Tell us.  We
13       know it.  We already know it.  Come on"?
14       A.     No, sir.
15       Q.     Are you sure?  Okay.
16                   What do you say?  I asked you, "Who did
17       it"; and what do you say?
18       A.     "Yes".  Oh.  "He had a black mask on".
19       Q.     Okay.  So you didn't say who he was, did you?
20       A.     No.
21       Q.     So if I wanted you to say that, you sure
22       didn't say it, did you?
23       A.     No.
24       Q.     You're still saying now:  I'm there but I
25       can't tell you who it was because he had a mask on?
```

68

1    A.    Yes.

2    Q.    You don't want to tell us about Mack, do you?

3    A.    No, sir.

4    Q.    Then I asked you more questions.  I asked you

5    at 23, on Page 9, "Okay.  Is Seattle the person that

6    killed Mr. Guest?"

7              What did you say?

8    A.    "No, sir".

9    Q.    Is that the truth?  Did you see Seattle kill

10   Mr. Guest?

11   A.    No, sir.

12   Q.    And this is how you described it.  I asked

13   you, "Okay.  Tell us what happened," at Page 10, Line

14   13.

15              What did you say when I asked you to tell

16   us what happened?

17   A.    "As I'm walking past Kareem I see a black dude

18   with all black came".

19   Q.    A black dude with all black came this way

20   towards you --

21   A.    Yes.

22   Q.    -- is that right?  And then I asked you -- I

23   was pointing to the other side of the street, I was

24   pointing to over here, and you said -- I asked you,

25   "Is that where the guy came from, from over here?"

1    A.      Yeah.

2    Q.      And what did you say?  Look at the transcript.

3    From the other side of the street?

4    A.      Okay.  "And this person is -- and this person

5    in black basically ran past".

6    Q.      And I asked, "Basically other side?"  You

7    said, "Yes, he came from that" --

8    A.      Yes.

9    Q.      -- "came from that direction," comma, "yes";

10   is that correct?

11   A.      Yes.

12   Q.      And my question was, "Okay.  And this person

13   in black basically ran past you?"  And you said --

14   A.      "Yes".

15   Q.      And I said, "shooting".  What did you say

16   there about the shooting?

17   A.      "Yes.  Not only actually ran past me.  But

18   once I got past then I heard the first shot.  And

19   when I turned around I seen him shooting so I just

20   ran".

21   Q.      And that's what you said today; he ran past

22   you, there were shots and then you ran?

23   A.      Yes.

24   Q.      That was correct?

25   A.      Yes.

TAMARA HOWARD - DIRECT - PURCELL

70

```
 1     Q.     You just weren't telling us who that dude was,
 2     were you?
 3     A.     Yes.
 4     Q.     And then I asked you about -- excuse me -- I
 5     asked you at this point on Page 10 -- this is all in
 6     the same grand jury session -- I asked you at that
 7     point, "Did you hear Kareem say anything or name the
 8     person who shot him while he was being shot?"
 9            What was your answer at Page 12 of this
10     session?
11     A.     "No, sir".
12     Q.     So even at this point in the session you're
13     not going to say you heard his last words.  Did you
14     know what his last words were at that point?
15     A.     Yes.
16     Q.     You had heard them, right?
17     A.     Yes.
18     Q.     You said, "Nope".
19            Then we went to Page 14.  We were talking
20     about other people that were there that you
21     remembered; you mentioned Shameka and Kev and others.
22     Shaquanda.  At Page 14, Line 18, you said Shaquanda.
23     Let's go to Page 14.
24            So I asked you again, "Okay.  Now, who
25     was the person you saw run by you?  Was it Mack?"
```

1              And what did you say?

2    A.      "Like I said, he had a black mask on".

3    Q.      And I asked you, "Well, was he as big as

4    Kevin?  Was it Kevin?"

5    A.      "No".

6    Q.      And I said, "It wasn't Kevin?"

7    A.      "Uh-uh".

8    Q.      And I asked you, "Are you sure it wasn't

9    Kevin?"

10             What did you say?

11   A.      "Yes, sir".

12   Q.      Then I asked you about the gun.  About whether

13   you provided the gun to whoever did that shooting

14   that night.  This is November 2010.  I asked you if

15   you provided the gun.

16             The first time you came in I didn't ask

17   about that, did I?

18   A.      No, sir.

19   Q.      Now, the second time you came in I asked you

20   about that at this part of this transcript and you

21   admitted what?  Tell us -- you didn't admit anything.

22   What did you say?  I asked you who provided the gun.

23   A.      "No, sir".

24   Q.      And I asked you several questions.  I asked

25   you, "You didn't give a gun to Mack that day?"

1           What did you say?

2    A.      "No, sir".

3    Q.      You said you don't even play with guns; is

4    that right?

5    A.      Yes, sir.

6    Q.      And I asked you, "You know who I'm talking

7    about when I may, 'Mack,' don't you?"

8    A.      Yes.

9    Q.      And you said his name, didn't you?

10   A.      Yes.

11   Q.      Antonio Hall?

12   A.      Yes.

13   Q.      You denied getting anybody a gun?

14           MR. SULLIVAN:  Can we have a page?

15           MR. PURCELL:  Yes.  I'm about to go on to

16   page --

17           THE COURT:  If there's an objection, just

18   note an objection, Mr. Sullivan.

19           MR. SULLIVAN:  Your Honor, I'd like to

20   know the page and the line number.

21           MR. PURCELL:  I'm going to a page now.

22   BY MR. PURCELL:

23   Q.      So we went through it.  We're up to Page 20.

24   Can you put Page 20 up, please?  And I asked you

25   about some description.  I asked you to describe --

1    you said he was dressed in all black.  And my

2    question was, at Page 20, Line 6, "What was black?

3    Tell me what parts of the clothing you saw that were

4    black.  Do you remember that?"

5              And what do you say?

6    A.      "A hoodie and a hat and a mask".

7    Q.      Is that true?

8    A.      No, sir.

9    Q.      What did you see?

10   A.      A hoodie and a hat.

11   Q.      Now, are you saying, when he went by you, you

12   didn't see the mask yet; or you didn't see a mask?

13   A.      At this time, no.

14   Q.      Now, I asked you again, "Did you hear Kareem

15   say anything?"

16              What did you say?

17   A.      "No, sir".

18   Q.      Now, if you had told us what you heard Kareem

19   say, you would have been saying it was Mack, wouldn't

20   you?

21   A.      Yes.

22   Q.      Is that why you didn't tell us?

23   A.      Yes.

24   Q.      Then, if you remember this, I asked you --

25              MR. SULLIVAN:  Objection.

```
 1                 THE COURT:  Sustained.
 2     BY MR. PURCELL:
 3     Q.     Did I ask you next, "Do you know who it was?"
 4     A.     "No audible response".
 5     Q.     You didn't answer, did you?  You just sat
 6     there.
 7                 And I said, "Are you sure"?  I think you
 8     said, "No," didn't you?
 9     A.     Yes.
10     Q.     I asked you, "Are you sure?"
11                 What did you say?
12     A.     "Yes".
13                 THE COURT:  All right.  Counsel, approach
14     the bench for one second, please.
15                 (BENCH CONFERENCE ON THE RECORD.)
16                 THE COURT:  Mr. Purcell, under 607 and
17     under Rule 613, the appropriate way to do this is you
18     can ask a witness's recollection.  If he doesn't
19     recall, you can show him his grand jury transcript
20     and refresh his recollection; give him that
21     opportunity.  But it is not proper in the rules of
22     evidence just to read in the grand jury transcript
23     having a yes or no.  So we're going to stop this line
24     of questioning.
25                 You asked him a question.  He said he
```

75

```
 1        wasn't totally truthful as to the second grand jury
 2        appearance.  Let's move on.  We're not going line by
 3        line.
 4                    MR. PURCELL:  I'm just about finished.
 5                    THE COURT:  The way to approach this, in
 6        all candor, is that under Rule 613 you ask the
 7        witness:  Do you recall X, Y or Z?  He says he does
 8        or he doesn't.  You can refresh his recollection and
 9        we can move on.  But we're not going to go line by
10        line --
11                    MR. PURCELL:  Your Honor, it just isn't
12        for the truth of the matter asserted.  It's to
13        demonstrate the transition of this witness.
14                    THE COURT:  I understand.  But you're
15        reading a document that's in evidence.  And we're not
16        just going to read through the entire grand jury
17        testimony.  Either he does or does not recall his
18        answers.  So to that extent, your objection I
19        overruled.  But there's been a running objection, and
20        it's sustained at this point.
21                    MR. SULLIVAN:  Your Honor, I also don't
22        think it's appropriate that the grand jury testimony
23        is being displayed.
24                    THE COURT:  That's really of no moment,
25        because it's not an exhibit in evidence.  There
```

1    hasn't been an objection to that point, frankly, Mr.

2    Sullivan.  It's of no moment because he can

3    cross-examine on refresh.  But it's probably a better

4    practice not to put it on the screen.  It's not

5    prejudicial.  We're going through the same answers,

6    questions and answers.

7                   Thank you.

8                   (END OF BENCH CONFERENCE.)

9    BY MR. PURCELL:

10   Q.      Now, at this point of the questioning, Mr.

11   Howard, when I just asked you again -- basically

12   challenged you -- I said to you, "You know who did

13   it, don't you?"

14                   Do you remember what you said?  Do you

15   need to look at the grand jury transcript to remember

16   what you said?

17   A.      "Yes".

18   Q.      So you admitted, yes, you knew who it was,

19   didn't you?

20   A.      Yes.

21   Q.      And at that point did you tell the government

22   for the first time in the grand jury, before the

23   grand jury, who it was who killed Kareem Guest?

24   A.      Yes.

25   Q.      And what did you say?

TAMARA HOWARD - DIRECT - PURCELL

77

1    A.      Antonio Hall.

2    Q.      And did I ask you then, if you remember, how

3    you knew it was Antonio Hall?

4    A.      Because I was there.

5            THE COURT:  Keep your voice up, please,

6    and speak into the microphone.

7            THE WITNESS:  Because I was there.

8    BY MR. PURCELL:

9    Q.      Do you remember when it was you told me, told

10   the grand jury on the transcript, as you can see,

11   that you actually heard Mack's name being said by Mr.

12   Guest?

13   A.      Yes, sir.

14   Q.      What did you tell the grand jury you heard

15   coming out of Mr. Guest's mouth as he was about to be

16   shot?

17   A.      "Mack, I didn't tell them anything".

18   Q.      Do you know what he was talking about?

19   A.      No, sir.

20   Q.      Had you heard that Mr. Guest was a snitch?

21   A.      No, sir.

22   Q.      Did you see any paperwork on the street that

23   summer that indicated Mr. Guest had provided

24   information to the FBI?

25   A.      No, sir.

```
 1    Q.      You didn't see anything like that?

 2    A.      No, sir.

 3    Q.      What happens to snitches out there in

 4    Westport?

 5                    MR. SULLIVAN:  Objection.

 6                    THE COURT:  Overruled.

 7    BY MR. PURCELL:

 8    Q.      Tell us what happens.

 9    A.      I don't know.

10    Q.      Is it good?

11    A.      No.

12    Q.      It's not good, is it?

13    A.      No.

14    Q.      It can be fatal coming in here, or talking to

15    the FBI, can't it?

16    A.      Yes.

17    Q.      Fatal meaning you can be dead?

18    A.      Yes.

19    Q.      Is that something that's on your mind right

20    now?

21    A.      Yes.

22    Q.      Now, in your third grand jury when you came

23    back, I asked you those questions again.  And in this

24    second session I asked you, right after this, that

25    same day in November, if you actually got the gun.
```

```
 1        You told us who did it.  But I asked you now, "Did

 2        you get the gun?"

 3                  What did you say?

 4        A.     "Yes, sir".

 5        Q.     The second -- if you remember, the second time

 6        you were here?

 7        A.     No.  No, sir.

 8        Q.     Okay.  Do you want to look at the transcript

 9        to see what you said first?

10        A.     Yes.

11        Q.     What was our last page, 22?  In fact, on Page

12        21, do you remember, right after you told us who it

13        was, I said, "Did you get that gun for Mack?"

14                  What was your answer?

15        A.     "No, sir".

16        Q.     So you were still denying that?

17        A.     Yes.

18        Q.     And did you admit that finally when you came

19        back to the grand jury about a month later on

20        December 16, 2010?

21        A.     Yes, sir.

22        Q.     Now, prior to your going into the grand jury

23        the third time, after you had told us it was Mack

24        already, did I ask you in our meeting if you were

25        worried about being charged if you admitted providing
```

80

1    the gun?  Do you remember that?

2    A.    Yes.

3    Q.    And tell the jury what your response was.

4    A.    Yes, sir.

5    Q.    You were worried, weren't you?

6    A.    Yes.

7    Q.    And did I provide you with a letter promising

8    you that, if you were to tell us any information

9    about the gun, it would not be used against you?

10   A.    Yes.

11   Q.    Did I tell you we had no evidence you knew

12   what was going to happen that day?

13   A.    No, sir.

14   Q.    Okay.  Let's look at what you were told.

15   There's a copy of the letter in there, as well.

16   Let's go to Page 5.  And if I can find it for a

17   moment.

18           THE COURT:  Are you still showing Exhibit

19   152 to the witness, Mr. Purcell?

20           MR. PURCELL:  We're on the third one,

21   Your Honor.

22           THE COURT:  All right.  That's Exhibit

23   153; the grand jury transcript of December 16, 2010.

24   BY MR. PURCELL:

25   Q.    I read that letter into the record before the

 1    grand jury; is that correct?

 2    A.    Yes.

 3              MR. PURCELL:  If I may, Your Honor, in

 4    lieu of the document which I'll admit if I can find

 5    it.  We have it on our exhibit list.

 6              MR. SULLIVAN:  With the Court's

 7    indulgence.

 8              THE COURT:  Thank you, Mr. Sullivan.

 9    BY MR. PURCELL:

10    Q.    I'm showing you what will be marked -- what's

11    the number for this?  We'll put one on when we find

12    it.

13              Do you recognize this letter?

14    A.    Yes.

15    Q.    Is that a copy of the letter I gave you on

16    December 10, 2010?

17    A.    Yes.

18    Q.    May I read it?

19    A.    Yes.

20              THE COURT:  Hold on just one second.

21    What is the exhibit number on this exhibit?  It's not

22    complicated.  Whatever the last exhibit number is,

23    this is the next number.

24              MR. PURCELL:  It's marked already, Your

25    Honor.  It was pre-marked.

1              MR. SULLIVAN:  155.

2              MR. PURCELL:  155.  Thanks.

3              THE COURT:  This is government Exhibit

4    155?

5              MR. PURCELL:  Yes.

6    BY MR. PURCELL:

7    Q.     It reads as follows, does it not, "This is to

8    confirm that the United States Attorney's Office for

9    the District of Maryland has agreed that any

10   information or testimony you provide concerning your

11   knowledge of the murder of Kareem Guest on September

12   20th, 2009, to include any information you provide

13   about the firearm used in that offense, will not be

14   used against you in any criminal proceeding that may

15   be bought" -- I'm sorry -- "brought in this district,

16   provided that any such information or testimony that

17   you provide is completely truthful".

18              It says there are no other agreements,

19   promises, or anything else between you and the U.S.

20   Attorney's Office.  And signed by myself, witnessed.

21              And I gave you a copy of this, didn't I?

22   A.     Yes.

23   Q.     You carried about around?

24   A.     Yes.

25   Q.     All right.  Now, after I told you that, did

```
1      you go back to the grand jury and, when you were

2      asked whether you provided the gun, provide the

3      testimony that you provided today?

4      A.     Yes.

5      Q.     Is that the truth?

6      A.     Yes.

7      Q.     Were you scared to admit that?

8      A.     Yes.

9      Q.     Getting in trouble for murder, right?

10     A.     Yes.

11     Q.     Now, you've come into court today.  And the

12     first time, the second time, the third time you've

13     gone to the grand jury, you never asked for a lawyer;

14     is that right?

15     A.     No, sir.

16     Q.     I spent a lot of time on those transcripts

17     advising you of your right to an attorney and you

18     said you didn't want one; is that right?

19     A.     Yes, sir.

20     Q.     Okay.  So when you told the grand jury that

21     you didn't see Mack out there that night when you

22     came in in December of 2009, was that the truth, when

23     you first came in and told the grand jury he wasn't

24     there?

25     A.     No.
```

1    Q.      Did anybody tell you you should just say he

2    wasn't there?  Did anybody else have a conversation

3    with you before you came to the grand jury?

4    A.      No, sir.

5    Q.      Do you know if Mack knew you were coming to

6    the grand jury the first time you came in?

7    A.      Can you repeat it?

8    Q.      Sure.  If you remember the first time you came

9    in, which was a year before you last came in,

10   November.  So we can look at the transcript.  Your

11   Honor, it's 151, December 10th, 2009.

12              When you came in that first time, did

13   Mack -- do you know whether Mack knew you were coming

14   in?

15   A.      Yes.

16   Q.      Did he?

17   A.      Yes.

18   Q.      How did he know?

19   A.      Because when I was serving as a painter,

20   people was outside, they saw me.

21   Q.      And how long was it that you went to the grand

22   jury before Mack came to see you and asked you

23   questions about what you were asked?

24   A.      The next day.

25   Q.      The next day?

```
1    A.      Yes.

2    Q.      And what did you tell Mack about that?

3    A.      I didn't them anything.

4    Q.      You told this man right here, who came to you

5    the next day, "I didn't tell them anything"?

6    A.      Yes.

7    Q.      And you knew when you were saying that that

8    you were talking to the man who killed Kareem Guest;

9    is that right?

10   A.      Yes, sir.

11   Q.      And you thought he'd kill you today if you

12   came in here today?

13   A.      Yes, sir.

14   Q.      Or told the truth to the grand jury.

15   A.      Yes.

16   Q.      Do you still fear that -- have that fear?

17   A.      Right.

18               MR. PURCELL:  I have no further

19   questions.

20               THE COURT:  Thank you, Mr. Purcell.

21               Mr. Sullivan, cross-examination.

22               MR. SULLIVAN:  Thank you, Your Honor.

23                    CROSS-EXAMINATION

24   BY MR. SULLIVAN:

25   Q.     Mr. Howard, my name is Tim Sullivan.  We've
```

1    never met, have we?

2    A.    No, sir.

3    Q.    And you've never talked to me about this case,

4    have you?

5    A.    No, sir.

6    Q.    Tell the ladies and gentlemen of the jury how

7    many times you talked to either Mr. Purcell, Mr.

8    Fuchs, or Mr. -- Detective Moody about this case.

9    A.    Three times.

10   Q.    Only three times?

11   A.    Yes.

12   Q.    And tell us how many times in the grand jury.

13   A.    That's how many times I seen them in the grand

14   jury.

15   Q.    You never met with them in an office to talk

16   about what you were going to say in front of the

17   grand jury?

18   A.    No, sir.

19   Q.    So your testimony is you only appeared before

20   the grand jury three times; and never met in an

21   office with any of the government lawyers or the

22   detectives?

23   A.    No, sir.

24   Q.    That's your testimony?

25   A.    Yes.

1    Q.      Now, Mr. Howard, let me try to ask you some

2    questions and understand some events that occurred.

3                MR. PURCELL:  Your Honor, if we can

4    approach?

5                THE COURT:  Yes.

6                (BENCH CONFERENCE ON THE RECORD.)

7                MR. PURCELL:  That's not an objection,

8    but I think that we did meet with him maybe one time

9    or two times.  I don't have any notes.  But we did

10   have meetings outside of the offices.  We can't let

11   him say that we didn't.

12               THE COURT:  Well, the witness can recall

13   as best he can in terms of how many times he has or

14   hasn't met and in what context.

15               MR. PURCELL:  This is my obligation as a

16   prosecutor, sir.

17               THE COURT:  Your point is that you met

18   with him in the office and you met with him on more

19   occasions than perhaps he's acknowledged?

20               MR. PURCELL:  Yes.  I'm just telling the

21   Court so the record is clear.

22               THE COURT:  That's fine.  Thank you.  I

23   think Mr. Sullivan can inquire into it.

24               (END OF BENCH CONFERENCE.)

25   BY MR. SULLIVAN:

TAMARA HOWARD - CROSS - 2/14/TYAN

88

```
 1     Q.      Mr. Howard, let me back up for just a second.
 2     So when you would come from Westport to this
 3     building -- do you remember that?
 4     A.      Yes.
 5     Q.      To testify before the grand jury?
 6     A.      Yes.
 7     Q.      Before you went into the grand jury, did you
 8     sit in a room and have a conversation with these
 9     gentlemen?
10     A.      No, sir.
11     Q.      So you never had a meeting at all with these
12     gentlemen here, Mr. Purcell, Mr. Fuchs, or Detective
13     Moody?
14     A.      No, sir.
15     Q.      So was that a "No"?
16     A.      No, sir.
17     Q.      So is it your testimony, Mr. Howard, that when
18     you would come to this building, this being a federal
19     courthouse, you'd go directly to the grand jury and
20     testify before the grand jury?
21     A.      Yes.
22     Q.      And then you'd go back to your house?
23     A.      Yes.
24     Q.      So, just so I'm clear, you never sat down in a
25     room with Detective Moody, Assistant United States
```

1       Attorney Purcell, or Assistant United States Attorney

2       Fuchs and talked about this case?

3       A.      No, sir.

4       Q.      Now, try to help me understand your answer.

5       You testified on direct examination that you didn't

6       really know Antonio Hall all that well.

7       A.      Yes.

8       Q.      And that you weren't an associate of his or a

9       friend of his, right?

10      A.      Yes.

11      Q.      But later on on questioning by the government,

12      did I understand you to say that you say you sold

13      crack for Mr. Hall?

14      A.      Yes.

15      Q.      So it's not like you're two ships passing; you

16      worked for him, according to you, right?

17      A.      Yes.  If you want to put it like that.

18      Q.      I'm sorry?

19      A.      Yes.

20      Q.      If I want to put it like that?

21      A.      Yes.

22      Q.      Well, you explain to the ladies and gentlemen

23      of the jury what your relationship was.  About 45

24      minutes ago you told them, "I didn't really know Mr.

25      Hall".  You remember saying that, right?

TAMARA  HOWARD - CROSS - SULLIVAN

90

1     A.      Yes.

2     Q.      And then later on you said, "I used to sell

3     for him," right?

4     A.      Yes.

5     Q.      And, by the way, how much drugs is an

6     eight-ball?

7     A.      Seven grams.

8     Q.      Isn't an eight-ball 3.5 grams?

9     A.      Yeah.

10    Q.      Oh.  And isn't a Vick, named after Michael

11    Vick, isn't that seven grams?

12    A.      Yes.

13    Q.      So you testified before this grand jury that

14    you know all about drug quantities because you worked

15    for Mr. Hall.  But you don't even know what an

16    eight-ball is, right?

17    A.      Right.

18    Q.      I'm sorry?

19    A.      Yes.

20    Q.      And everybody on the street who hustles drugs

21    or slings or sells packages, they know the drug

22    quantities, right?

23    A.      Yes.

24    Q.      So you don't even know what an eight-ball is?

25    A.      No.

Q. And you work for Mr. Hall?
A. Yes.
Q. And also you lied on your earlier occasion. I'm not going to bring out the transcripts and go through them line by line. But you lied to the government before the grand jury after you took an oath by saying, "I was in the middle of a hand-to-hand, selling drugs, and I heard gunshots, and I dropped the pills on the ground and ran away," right?
A. Yeah.
Q. Yeah. That's a big fat whopping lie, isn't it?
A. Yes.
Q. So you took an oath just like you took a couple of -- about 45 minutes ago. And told a big lie that with depth. Like, "I was doing the deal and we heard gunshots and I just dropped the pills; and I ran back to my sister's house; and then I later decided to come back and I was searching on the ground for the pills". Do you remember telling the grand jury that?
A. Yes.
Q. Big fat lie, right?
A. Yes.

1    Q.      Nothing to do with Mr. Hall, right?

2    A.      No.

3    Q.      It was your drug dealing at the time?

4    A.      Yes.

5    Q.      And the grand jurors were sitting just like

6    these jurors here, right, listening to what you're

7    saying?

8    A.      Yes.

9    Q.      You thought they were believing you, right?

10   A.      No.

11   Q.      You didn't think they were believing you?

12   A.      No.

13   Q.      Didn't you take an oath to tell the truth?

14   A.      Yes.

15   Q.      But you were lying.  You can answer.

16   A.      Yes.

17   Q.      And again, not to go through it line by line,

18   but you really told a lot of lies in this case,

19   didn't you?

20   A.      I don't know.

21   Q.      The first couple of grand juries?

22   A.      Yes, the first two, yes.

23   Q.      Okay.  And you lied about being there; you

24   lied about your drug deal; you lied about where you

25   went.  Lie after lie after lie, right?

```
 1     A.      Yes.

 2     Q.      Now, but it's not a lie that at some point you

 3     sold drugs for Mr. Hall?

 4     A.      No.

 5     Q.      And it's not a lie that you don't know the

 6     difference between an eight-ball and a Vick?

 7     A.      No.

 8     Q.      Now, help the jury understand this, Mr.

 9     Howard.  Mr. Howard, you go by a bunch of different

10     names, don't you?  Aren't you known by several names?

11     A.      Yes.

12     Q.      I'm sorry?

13     A.      Yes.

14     Q.      Yes.  So could you explain to the ladies and

15     gentlemen of the jury why one person has so many

16     different names?

17     A.      I only have two names.

18     Q.      You only have two names.  What are they?

19     A.      Jamara and Ferl.

20     Q.      Okay.  You've never been charged or arrested

21     under any other names before?

22     A.      No, sir.

23     Q.      Jamara Howard?

24     A.      That's my name.

25     Q.      Jamal Howard?
```

1      A.      Not an "L".  I never been arrested with an

2      "L".

3      Q.      You've never been arrested with an "L".  But

4      what's your birth name?

5      A.      Jamara Howard.

6      Q.      How do you spell it?

7      A.      J-a-m-a-r-a.

8      Q.      Have ever been arrested under Jamal?

9      A.      With an "L"?

10     Q.      Yeah.

11     A.      No.

12     Q.      Now, if I understand your testimony that you

13     just gave a little while ago, you were -- let me

14     refer to government Exhibit No. 2.  Where were you

15     standing -- or where were you when Mr. Hall

16     supposedly asked you to go get it?  Was it, "get it,"

17     or, "get that"?

18     A.      "Get that".

19     Q.      "Get that".  Okay.  And it's your testimony

20     that in this neighborhood of Westport, "go get that,"

21     means, "go get a gun"?

22     A.      Yes.

23     Q.      Have people asked you before to, "go get

24     that"?

25     A.      No.

```
1    Q.    Has Mr. Hall asked you before, "go get that"?

2    A.    No.

3    Q.    So how did you know that, "go get that," meant

4    that?

5    A.    It's a street term.

6    Q.    Oh, a street term?

7    A.    Yes.

8    Q.    So everybody in Westport would know, or I

9    guess in the city would know, "get that," means, "get

10   a gun"?

11   A.    Yes.

12   Q.    Okay.  And that's what you took it to mean?

13   A.    Yes.

14   Q.    Okay.  So where was Mr. Hall when you first

15   saw him that evening?  When he asked you to, "get

16   that".

17   A.    (Pointing.)

18   Q.    So on this side of the street right here?

19   A.    Uh-huh.

20   Q.    Okay.  Was the truck there?

21   A.    Yes.

22   Q.    Okay.  Pretty much in the same spot?

23   A.    Yes.

24   Q.    And who was at that truck?

25   A.    Me, Meka and Kwana.
```

96

```
 1        Q.      Speak into the microphone.

 2        A.      Me, Meka and Kwana.

 3        Q.      And where were you?

 4        A.      On the side, talking to Kwana.

 5        Q.      Were you on the passenger side --

 6        A.      Passenger side, yes.

 7        Q.      -- talking to Kwana?

 8        A.      Yes.

 9        Q.      Okay.  And it's your testimony that Mr. Hall

10   said -- what did he say?

11        A.      He said, "Ferl, come here".

12        Q.      Okay.  And you went over?

13        A.      Yes.

14        Q.      And you didn't really know him like that,

15   right?

16        A.      Yes.

17        Q.      And all you know from what you told the

18   government that he's a very scary, dangerous person;

19   that's what you know, right?

20        A.      Yes.

21        Q.      And you've got to speak into the microphone.

22        A.      Yes.

23        Q.      And this scary, dangerous person asked you to

24   come here.  So I guess you were too afraid to say no?

25        A.      Yes.
```

97

```
1    Q.      Okay.  So he comes over.  And I guess are you

2    shaking at this point?

3    A.      No.

4    Q.      Are you high?

5    A.      Yes.

6    Q.      Okay.  What had you taken that day?

7    A.      Smoking marijuana.

8    Q.      All day long?

9    A.      No.

10   Q.      Just right that very second?

11   A.      Yes.

12   Q.      Who were you smoking with?

13   A.      Myself.

14   Q.      Okay.  Was Kwana smoking marijuana with you?

15   A.      No.

16   Q.      Was Miss Ross smoking marijuana with you?

17   A.      No, sir.

18   Q.      Was Mr. Duckett smoking marijuana with you?

19   A.      No, sir.

20   Q.      Where was Mr. Duckett, by the way?

21   A.      Standing beside Mr. Hall.

22   Q.      So do you know Mr. Duckett?

23   A.      Yes.

24   Q.      He a pretty scary person?

25   A.      No.
```

98

```
1    Q.      He has a reputation for peacefulness in

2    Westport?

3    A.      No.

4    Q.      What's his reputation in Westport?

5    A.      He's just a big guy.

6    Q.      Is he a big drug dealer?

7    A.      No.  I don't know all that.

8    Q.      Does he beat up people?

9    A.      I don't know.

10   Q.      What does he do?

11   A.      I just see him around.

12   Q.      Do you see him around just like you see Mr.

13   Hall around?

14   A.      Yes.

15   Q.      Okay.  Now, you're standing here, you come

16   over.  And are you nervous at this point?

17   A.      Yes.

18   Q.      Okay.  And what are you nervous about?

19   A.      Because he called me.

20   Q.      Okay.  And what time is it?

21   A.      It's late.

22   Q.      What time's late?

23   A.      It's dark outside.  I don't know the actual

24   time it was.

25   Q.      Okay.  Would it be a fair statement that,
```

1    because you had smoked this marijuana, that you were

2    high and, you know, maybe your perception weren't all

3    that?

4    A.      No.

5    Q.      Okay.  You smoked marijuana but you remember

6    everything that happened?

7    A.      Yes.

8    Q.      Okay.  Now, what happened right there?  What

9    did Mr. Hall supposedly ask you?

10   A.      He told me, "Go get that".

11   Q.      Okay.  Now, help me out here.  I've only been

12   in Westport a couple times.  But every one of these

13   little sections of houses, Mr. Howard, have these

14   boxes, don't they?

15   A.      Yes.

16   Q.      Every section.  So the aerial photo -- let me

17   just show you what's been marked government

18   exhibit --

19              MR. PURCELL:  That's 1.

20   BY MR. SULLIVAN:

21   Q.      1.  All of these houses, all of these houses

22   in this project, have electrical boxes that look just

23   like this, don't they?

24   A.      Yes.

25   Q.      So you, by some hunch, knew exactly what

TAMERA HOWARD - CROSS - SULLIVAN

100

1    electrical box to go to?

2    A.    Yes.

3    Q.    But you never knew the gun was there?

4    A.    No.

5    Q.    Mr. Hall never told you the gun was there?

6    A.    No.

7    Q.    And out of all these boxes in this project,

8    out of all these boxes, Ferl got the right box?

9    A.    Yes.

10   Q.    Okay.  Now, do you remember telling the grand

11   jury that you went to look under some rocks or

12   something like that.  Do you remember that?

13   A.    No.

14   Q.    With the Court's indulgence.

15              Government Exhibit 153, beginning at Line

16   14 to Line 18.

17              Your Honor, may I approach?

18              THE COURT:  Yes.  That's the transcript

19   of the third grand jury appearance?

20              MR. SULLIVAN:  Yes, Your Honor,

21   government Exhibit 153 for identification.

22              THE COURT:  All right.

23   BY MR. SULLIVAN:

24   Q.    Sir, I'm going to show you Page 6, beginning

25   at Line 14, finishing at Line 18.  Could you read

```
1     that to yourself?

2     A.      "He said" --

3     Q.      No.  To yourself.

4             Did you have the opportunity to read it?

5     A.      Yes.

6     Q.      Do you need to read it any more?

7     A.      No, sir.

8     Q.      Now, this is your testimony -- government's

9     Exhibit 153, is your sworn grand jury testimony on

10    December 16, 2010, after you had received this

11    immunity letter from the government, correct?

12    A.      Yes.

13    Q.      The letter that Mr. Purcell said he gave you a

14    copy and you were carrying it around, right?

15    A.      Yes.

16    Q.      And this was the time when according to you

17    you were telling it all and telling it like it is,

18    right?

19    A.      Yes.

20    Q.      Now, tell the ladies and gentlemen of the

21    jury, did you not tell the grand jury on December

22    16th, 2010, that he said, "Go look in the great rocks

23    down through the gap"?

24    A.      They must have misinterpret.  "Great rocks"

25    don't even make sense.
```

```
 1     Q.      Oh, oh, oh.  So the person who recorded
 2   everything that you were saying that day -- because
 3   there was a court reporter there, right?
 4     A.      Yes.
 5     Q.      That person's wrong?
 6     A.      I didn't say -- I said, "gray box".
 7     Q.      Oh, box.
 8     A.      Yes.
 9     Q.      So this is not accurate.  So you saying he
10   said, "Go look in the great (sic) box down through
11   the gap"?
12     A.      Exactly.
13     Q.      "And if you stick your hand in there, you will
14   feel it"?
15     A.      Yes.
16     Q.      So you needed to stick your hand in this gray
17   electrical box that powers electricity and just stick
18   your hand up in there, you'll feel it?
19     A.      Yes.
20     Q.      Okay.  But you had never put that gun there,
21   right?
22     A.      No.
23     Q.      Never knew the gun was there, right?
24     A.      No.
25     Q.      Then the court reporter on December 16th was
```

TAMARA HOWARD - CROSS - SULLIVAN

103

1    wrong.

2              Let me ask you, did you have an

3    opportunity to review your grand jury testimony

4    before you testified today, right?

5    A.     Yes.

6    Q.     And you had a chance to sit down and read

7    every sentence and every line to make sure that this

8    was correct, right?

9    A.     Yes.

10   Q.     And, in fact, I'm looking at -- government

11   Exhibit 153 still, Your Honor, for the record -- and

12   you signed the pages.  You signed that page, right?

13   A.     Yes.

14   Q.     When did you sign that page?

15   A.     The day of the grand jury.

16             MR. PURCELL:  Excuse me, Your Honor,

17   could we just have a page?

18             MR. SULLIVAN:  Sorry.  Page 6.  Same

19   page.

20   BY MR. SULLIVAN:

21   Q.     So when you appeared in front of the grand

22   jury on December 16th, 2010, when you said, "great

23   rocks through the gap," you got a copy of this and

24   you signed this and put your signature there on

25   December 16, 2010?

1      A.      I don't know.

2      Q.      Okay.  When did you put your signature on that

3      page?

4      A.      I don't know the exact date.

5      Q.      But you previously reviewed this whole

6      transcript.  And this is the one, 153, December 16th,

7      to 2010.  This according to you is your truthful

8      transcript, right?

9      A.      Yes.

10     Q.      Okay.  But you didn't make a correction in,

11     "great rocks," did you?

12     A.      No.

13     Q.      You didn't tell Mr. Purcell or Detective Moody

14     or Assistant United States Attorney Fuchs, "Hey, wait

15     a minute, that should be, 'box,' not, 'rocks,'" did

16     you?

17     A.      No, sir.

18     Q.      Did you think it was weird, Mr. Howard, that

19     this guy that you hardly know would ask you to run

20     down and get him a gun?

21     A.      Yes.

22     Q.      Why did you do it?

23     A.      I was scared.

24     Q.      Oh.  So just by him asking you -- if he had

25     asked you to drive to the Bay Bridge and jump off of

105

1    it, would you have done that?

2    A.    No.

3    Q.    Why not?

4    A.    That's killing myself.  I wouldn't do that.

5    Q.    Well, why didn't you say to Mack, this guy

6    that you worked for before, "Go get your own that"?

7    A.    Naw.

8    Q.    Why not?

9    A.    I was scared.

10   Q.    Were you scared that Mr. Duckett was there?

11   A.    No.

12   Q.    How long did it take you to go figure out what

13   electrical box to go and get the gun?

14   A.    It didn't take me long because I know he

15   randomly used it.

16   Q.    I'm sorry?

17   A.    It didn't take long because I know that he

18   randomly used that box.

19   Q.    Oh, oh, oh.  Okay.  So you knew that that was

20   Mr. Hall's drop box; that's where he stored his guns?

21   A.    Yes.

22   Q.    Okay.  Just Mr. Hall.  Nobody else in

23   Westport?

24   A.    Yes.

25   Q.    How did you know that?

1    A.    Because I seen him going there before.

2    Q.    So did you tell the grand jury that?

3    A.    No.  They didn't ask.

4    Q.    So just so I understand, if you weren't asked,

5    you didn't tell?

6    A.    Yeah.

7    Q.    Did you ever tell Detective Moody or any of

8    the government lawyers that you had seen Mr. Hall go

9    to that box before?

10   A.    No, sir.

11   Q.    How many times had he gone to this box?

12   A.    Pretty -- many a times.

13   Q.    How many?

14   A.    Many a times.

15   Q.    Many a time.  Okay.  Now, what were you -- you

16   were hanging out there all these times?

17   A.    No, I'm -- yes.

18   Q.    Okay.

19   A.    I live right there.

20   Q.    And I kind of got myself confused.  But are

21   you a drug dealer?

22   A.    No.

23   Q.    In 2006 through 2010, were you a drug dealer?

24   A.    Yes.

25   Q.    And you didn't get your drugs from Mr. Hall,

1    did you?

2    A.      No.

3    Q.      You had your own source of supply outside of

4    Westport, right?

5    A.      Yes.

6    Q.      So how was Mr. Hall giving you drugs to sell

7    in Westport, if you had your own source of supply

8    when you were selling in Westport?

9    A.      Because I asked for some help.

10   Q.      But it would sound to me like you guys are

11   competitors, right?

12   A.      No.

13   Q.      You were selling -- according to you, you're

14   selling drugs and, according to you, Mr. Haul is

15   selling drugs, and everybody's just -- nobody's got a

16   corner?

17   A.      No.

18   Q.      What area on this map did you control the

19   drugs?  Where was your area that was the Ferl zone?

20   A.      Maisel Court.

21   Q.      Oh, so you sold right on Maisel Court?

22   A.      Yes.

23   Q.      From -- this is the ball field up here.  So

24   from the beginning to the end this was your -- this

25   was your area?

1        A.      Yes.

2        Q.      And Mr. Hall couldn't sell in that area on

3    government Exhibit 1 pause that was your area, right?

4        A.      No.

5        Q.      He was free to sell on your turf?

6        A.      Yes.

7        Q.      And you worked for him?

8        A.      Yes.

9        Q.      Now, Mr. Purcell talked to you about -- let me

10   go back.

11              So how long in terms of time, minutes,

12   did it take you to leave Mr. Duckett and Mr. Hall, go

13   to the box, reach in the box, grab the gun, and bring

14   it back?

15       A.      Three minutes tops.

16       Q.      30 minutes tops?

17       A.      Three minutes tops.

18       Q.      Three minutes tops.  Okay.  Now, did it -- did

19   you take -- you're really nervous now because you

20   were asked to go get that, right?

21       A.      Yes.

22       Q.      Okay.  And you had a cellphone, right?

23       A.      Yes.

24       Q.      And you didn't call the police or anybody; you

25   just went and did what you were supposedly told to

```
1      do, right?
2      A.     Yes.
3      Q.     Now, did you put on a pair of gloves before
4      you touched the gun?
5      A.     No.
6      Q.     How did you handle the gun?
7      A.     With my hands.
8      Q.     Okay.  Were you worried that your fingerprints
9      might be on the gun?
10     A.     No.
11     Q.     Why not?
12     A.     Because I just was told to get it.
13     Q.     And what did you do with it?
14     A.     Give it to him.
15     Q.     Well, when you took it out of this box or
16     rocks, what did you do with the gun at that point?
17     A.     Put it in my pocket.
18     Q.     Okay.  So how big was it?
19     A.     It was a handgun.
20     Q.     And what were you wearing?
21     A.     Jeans.
22     Q.     Okay.  And Mr. Haul was wearing jeans that
23     night too, wasn't he?
24     A.     Yes.
25     Q.     And you put it in your pocket.  And then you
```

1        walked back to where?

2        A.        To Mr. Hall.

3        Q.        So just referring again to government Exhibit

4        2.  So show the ladies and gentlemen of the jury, you

5        walk back from -- what area did you walk back from?

6        Back down here towards the truck, right?

7        A.        Yes.

8        Q.        And where was Mr. Hall and Mr. Duckett?

9        A.        Walking towards me.

10       Q.        On the sidewalk walking towards you?

11       A.        Walking towards the path.  Meeting me coming

12       from up the steps.

13       Q.        Okay so show me -- let me get the laser

14       pointer.

15                  Mr. Purcell, can I borrow your laser?

16                  MR. PURCELL:  Here it is.

17                  THE COURT:  Is not government Exhibit 2

18       also government Exhibit 45?  It's the photograph on

19       the monitor on the TV screen?

20                  MR. PURCELL:  Yes.

21                  THE COURT:  It would probably be easier,

22       as opposed to the witness having to turn his head

23       away from the jury, Mr. Sullivan, that we just put 45

24       on the TV screen and the jurors will have the TV

25       screens right there.

TAMARA HOWARD - CROSS - SULLIVAN

1                    MR. SULLIVAN:  Yes, sir.

2                    THE COURT:  It's much easier.  That's why

3       we have the TV screens.  They can look at it there.

4       BY MR. SULLIVAN:

5       Q.      Show the ladies and gentlemen of the jury

6       where you came from when you had the gun in your

7       pocket.

8       A.      (Complies.)

9       Q.      Okay.  Walking in that direct, correct?

10                   And where on that map did you first see

11      Mr. Hall and Mr. Duckett at that time?

12                   Okay.  And was the van still to the right

13      of that, by the fire hydrant?

14      A.      Yes.

15      Q.      And all the people that we've previously

16      talked about were there?

17      A.      Yes.

18      Q.      Okay.  And what happened when you met Mr.

19      Duckett and Mr. Hall at -- right about there, right?

20      A.      No.  I met them like right there.

21      Q.      That's where you met them; about halfway

22      through that?

23      A.      Yes.

24      Q.      Okay.  And what happened when you met them

25      there?

TAMIKA HOWARD - CROSS - SULLIVAN

112

```
1    A.      I passed it to them.

2    Q.      And how did you do that?

3    A.      With my hands.

4    Q.      It was nighttime, right?

5    A.      Yes.

6    Q.      What time was this?

7    A.      It was late.  I don't --

8    Q.      And who else was there when you passed it to

9    them?

10   A.      Kevin.

11   Q.      Okay.  Did Kevin say anything?

12   A.      No.

13   Q.      And all the people here were still in the van,

14   right?  Or still in the truck, right?

15   A.      Yes.

16   Q.      Am I boring you?

17   A.      No.

18   Q.      And what was the distance between the van and

19   where you guys were?  You, Mr. Duckett and Mr. Hall.

20   What's the distance?

21   A.      Four feet at the most.

22   Q.      Okay.  And after you gave the gun supposedly

23   to Mr. Hall, what did you do?

24   A.      I stood there, then I walked off.

25   Q.      Okay.  And then what did you do?  Where did
```

1    you walk to?

2    A.    I went -- I walked back, I was still outside,

3    then I went in the house.

4    Q.    Now, didn't something else happen before you

5    walked off?

6    A.    Yes.

7    Q.    And according to you, Mr. Hall -- you tell the

8    jury.  What did Mr. Hall do?

9    A.    Cocked -- cocked it back.

10   Q.    Okay.  And where was he standing -- using this

11   exhibit that's on the monitor, where was Mr. Hall?

12   A.    (Marking.)

13   Q.    Okay.  And where was Mr. Duckett?

14   A.    (Marking.)

15   Q.    And where were you?

16   A.    After I gave it to him?

17   Q.    After you gave it to him, yeah.

18            Okay.  And he cocked it and what

19   happened?

20   A.    I walked off.  They started looking for it.

21   And then I left and went in the house.

22   Q.    Looking for what?

23   A.    A shell casing.

24   Q.    So you were standing there when something

25   popped out?

```
1    A.      Yes.

2    Q.      Was it a bullet or a shell casing?  Do you

3    know the difference?

4    A.      Yes.

5    Q.      How do you know the difference?

6    A.      Because a bullet is still in the shell.

7    Q.      Well, isn't the answer that you're familiar

8    with guns because, as a drug dealer, you carry guns?

9    A.      No, sir.

10   Q.      And, as a drug dealer, you stash guns for

11   protection?

12   A.      No, sir.

13   Q.      Okay.  And so it's your testimony that you've

14   never -- except for this one time, I guess, when you

15   handed the gun to Mr. Hall supposedly -- you've never

16   possessed a gun?

17   A.      No, sir.

18   Q.      Never owned a gun?

19   A.      No, sir.

20   Q.      Never bought a gun?

21   A.      No, sir.

22   Q.      Okay.  Now, did you help -- strike that.

23           Did you see Mr. Duckett look for this

24   shell casing?

25   A.      Yes, sir.
```

1     Q.      So Mr. Duckett and Mr. Hall were bent over

2     together looking for it?

3     A.      Yes.

4     Q.      What's the lighting like in that gap area

5     there?

6     A.      It's dull.  It's a dull lighting in the gap.

7     Q.      I'm sorry.  Did you say dull, d-u-l-l?

8     A.      Dull.

9     Q.      Okay.  But are there -- where's the light come

10    from?

11    A.      Off the sides of the houses.

12    Q.      And is there any problems seeing directly

13    through the cut?

14    A.      No.

15    Q.      So when you left -- just help me out here.

16    When you left, Mr. Hall and Mr. Duckett were together

17    looking for a shell casing?

18    A.      Yes.

19    Q.      Okay.  And the car was still by the fire

20    hydrant?

21    A.      Yes.

22    Q.      Now, where did you go at that point?

23    A.      In the house.

24    Q.      To what house?

25    A.      To my girlfriend's house.

```
 1      Q.      And how long were you there?

 2      A.      45 minutes tops.

 3      Q.      I mean, because earlier you said hour, 45

 4      minutes.  But it was a minute.  Is that what you said

 5      to Mr. Purcell, right?

 6      A.      Yes.

 7      Q.      So it could have been as long as an hour?

 8      A.      Yes.

 9      Q.      And as short as 45 minutes?

10      A.      Yes.

11      Q.      What were you doing inside the house?

12      A.      Just in the house.

13      Q.      Were you using drugs?

14      A.      No.

15      Q.      Drinking alcohol?

16      A.      No, sir.

17      Q.      What were your doing?

18      A.      Just relaxing generally.  Just went in the

19      house and checked on my girlfriend.

20      Q.      Okay.  And then you decided to come back out?

21      A.      Yes.

22      Q.      Now, were you selling drugs that night?

23      A.      No, sir.

24      Q.      Okay.  Did you have any drugs on you?

25      A.      No, sir.
```

117

```
 1    Q.     Okay.  And according to you, you come back out

 2    and you're coming again up that cut area, up that

 3    gap, right?

 4    A.     Yes.

 5                THE COURT:  Mr. Sullivan, will you

 6    approach the bench for one second, please?

 7                (BENCH CONFERENCE ON THE RECORD.)

 8                THE COURT:  I don't often do this because

 9    I've said, having been a great moment myself, I very

10    rarely restrict lawyers from walking anywhere they

11    want in the courtroom.  But the purpose of these TV

12    monitors is you can point and the witness can point.

13    And this is about the third time that you've

14    approached the witness and literally had your arms on

15    the witness box and you're peering over his shoulder.

16    You can almost put your chin on his shoulder, Mr.

17    Sullivan.  That's really starting to invade his

18    space.  And not only that, but you're standing behind

19    him so the witness has to look over his shoulder to

20    answer your questions.  I prefer if you stand in

21    front of the witness, sir.

22                MR. SULLIVAN:  I will.

23                THE COURT:  Thank you very much.

24                (END OF BENCH CONFERENCE.)

25    BY MR. SULLIVAN:
```

```
 1      Q.      So using -- you have the picture on the

 2      monitor there?

 3      A.      Yes.

 4      Q.      So show the ladies and gentlemen of the jury

 5      where you were when you saw Mr. Guest.

 6      A.      (Witnesses complies.)

 7      Q.      And do you know how to clear that?

 8              THE COURT:  Hit the bottom left-hand

 9      corner and it will clear.  Thank you, Mr. Howard.

10      BY MR. SULLIVAN:

11      Q.      And show the ladies and gentlemen of the jury

12      where Mr. Hall and Mr. Duckett were.

13      A.      (Witness complies.)

14      Q.      Now, just -- you can clear that.  Now,

15      focusing just on Mr. Duckett, we'll talk about Mr.

16      Hall in a second, what did you see Mr. Duckett do?

17      A.      When?

18      Q.      When you were coming through that cut and

19      Kareem was coming in the other direction.

20      A.      I didn't even see -- I ain't see him.

21      Q.      Was he still out there?

22      A.      Yes.

23      Q.      Where was he?

24      A.      He was somewhere on Maisel Court.

25      Q.      How many people were in that area by the fire
```

1    hydrant, Mr. Howard?

2    A.      More than eight people.

3    Q.      More than eight people?

4    A.      Yes.

5    Q.      And, now, according to you, when Mr. Hall

6    passed you, he was wearing jeans?

7    A.      Yes.

8    Q.      And help me out here.  Did he have a mask on

9    or not have a mask on?

10   A.      He didn't have a mask on.

11   Q.      He did not have a mask on?

12   A.      No, sir.

13   Q.      But the earlier times that you had testified

14   under oath before the grand jury, you said that the

15   person was wearing a mask?

16   A.      Yes.

17   Q.      And then I think your second time before the

18   grand jury, did you tell them that Mr. Hall had a

19   mask on?

20   A.      Yes.

21   Q.      So lie, lie; and now the third time he didn't

22   have a mask on?

23   A.      Yes.

24   Q.      And what did you see at that point?

25   A.      At what point?

1    Q.    At that point where you saw Mr. Hall

2    proceeding down the cut area there.

3    A.    I was walking past.

4    Q.    Okay.  And then what happened?

5    A.    When he -- he got up, came running past me, I

6    stopped.  Once he got past me -- I turned around once

7    he got past me and I heard Kareem say --

8    Q.    Mr. Hall got up from where?

9    A.    Off the curb.

10   Q.    So he was sitting on the curb?

11   A.    Yes.

12   Q.    By himself?

13   A.    Yes.

14   Q.    Okay.  Now, when you were coming through that

15   cut area, I guess you could see Mr. Hall perfectly

16   because you were walking towards him, correct?

17   A.    Yes.

18   Q.    And you didn't -- your testimony is today that

19   you didn't see anybody sitting around Mr. Hall; he

20   was buy himself?

21   A.    He wasn't by himself.

22   Q.    Well, who was there?

23   A.    Keyburn.

24   Q.    Keyburn?

25   A.    Yes.

```
 1        Q.      Okay.  Now, is Keyburn the man who's in a
 2   wheelchair?
 3        A.      Yes.
 4        Q.      Okay.  So Keyburn -- and put on the monitor,
 5   type -- touch the monitor, show the ladies and
 6   gentlemen where Keyburn was.  Right there on the
 7   sidewalk?
 8        A.      Yes.
 9        Q.      And show the ladies and gentlemen of the jury
10   where Mr. Hall was sitting.  Okay.  You can clear
11   that.
12                And then is it your testimony -- you tell
13   us.  Did Mr. Hall get up and just start sprinting
14   down there?
15        A.      Not sprinting, but jogging, yes.
16        Q.      Jogging.  Okay.  And show the ladies and
17   gentlemen where you were?  Were you by the fire
18   hydrant when you two passed each other?
19        A.      Yes.
20        Q.      So mark on the monitor where you were when you
21   guys passed.  All right.  So from where he was
22   sitting to the fire hydrant, what's the distance
23   there?
24        A.      About four feet.
25        Q.      So in four feet it is your testimony that you
```

1    just froze because Mr. Hall was getting ready to walk

2    by you or jog by you?

3    A.      Yes.

4    Q.      Okay.  And according to you, what happened

5    next?

6    A.      After he ran past me, I had stopped.  I turned

7    around because, as he ran past me, I knew, because I

8    heard Kareem say, "Mack, I didn't tell them nothing".

9    Q.      Okay.  When Mr. Hall ran by you, was anyone

10   with him?

11   A.      No, sir.

12   Q.      Where was the gun?

13   A.      In his hand.

14   Q.      What hand?

15   A.      The right hand.

16   Q.      How do you know that?

17   A.      Because I seen -- like I say said, I was

18   scared.  So when he ran past me I seen him with the

19   gun in his hand.

20   Q.      Did you honestly believe, Mr. -- strike that.

21           Did you believe, Mr. Howard, that Mr.

22   Hall would have asked you to get a gun that he was

23   going to use on you?

24   A.      No.

25   Q.      All right.  So you knew that whatever was

1    happening didn't involve you, right?

2    A.    Yes.

3    Q.    But it did really involve you because you got

4    the gun, right?

5    A.    Yes.

6    Q.    Okay.  Now, did you hear Mr. Guest say

7    whatever it is you say he said?  Did he say anything

8    or nothing?

9    A.    He said, "Mack, I didn't tell".

10   Q.    Is that before you heard shots?

11   A.    Yes.

12   Q.    So according to you, you heard -- strike that.

13         Did you hear Mr. Hall say anything to Mr.

14   Guest?

15   A.    No, sir.

16   Q.    And the first thing you heard was Mr. Guest

17   say, "Mack, I didn't tell them"?

18   A.    "Nothing".

19   Q.    Okay.  And you're watching this, right?

20   A.    Yes.

21   Q.    And Mr. Hall's back is to you at this point,

22   correct?

23   A.    Yes.

24   Q.    Now, everybody in the truck was still there?

25   A.    Yes.

124

1    Q.    And do you know who was in the truck at that

2    point?

3    A.    Meka and Kwana.

4    Q.    Was Kevin Duckett in the truck?

5    A.    I don't think, no, sir.

6    Q.    He wasn't in the truck?

7    A.    No, sir.

8    Q.    Okay.  And did you -- what else -- what did

9    you see next?

10   A.    I just -- after the first two shots I ran.  I

11   didn't see nothing else.

12   Q.    Did you see -- so how quick about that happen,

13   sir?

14   A.    After Kareem said what he said.

15   Q.    Uh-huh.  So as soon as Kareem said what he

16   said, then you heard a shot?

17   A.    Yes.

18   Q.    Then immediately a second shot?

19   A.    Yes.

20   Q.    And then you ran away?

21   A.    Yes, sir.

22   Q.    So whatever happened after that, you had left?

23   A.    Yes.

24   Q.    Okay.  Now, where was Rain?

25   A.    At that time I don't remember.  She was out

TAMERA HOWARD CROSS, SULLIVAN
125

1      there, though.

2      Q.      Okay.  And where was Miss Mouzon?

3      A.      They was around.  At that time when I heard

4      the shots I ain't see nobody.  I ran.

5      Q.      Mr. Howard, do people hang around this area

6      and just drink and smoke marijuana, take prescription

7      drugs; is that what goes on there?

8      A.      No.

9      Q.      Well, you know Shaquanda, right?

10     A.      Yes.

11     Q.      Shaquanda Isaac, right?

12     A.      Yes.

13     Q.      Okay.  And you talked to her that night,

14     right?

15     A.      Yes.

16     Q.      And was she smoking a blunt?

17     A.      Not that I recall.

18     Q.      Okay.  Now, when you left that area, where did

19     you go?

20     A.      To my house.

21     Q.      To your sister's house?

22     A.      No.  My girlfriend's house.

23     Q.      Your girlfriend's.  Okay.  Did you tell her

24     that you had just seen something really bad?

25     A.      No, sir.

1    Q.    Why not?

2    A.    I couldn't tell her nothing like that.

3    Q.    Did you call 911?

4    A.    No, sir.

5    Q.    Why not?

6    A.    I was scared.

7    Q.    Did Mr. Hall tell you to go get rid of the

8    gun?

9    A.    No, sir.

10   Q.    Did you ever talk at all with Mr. Hall after

11   this event?

12   A.    One time after I came from grand jury.

13   Q.    We'll talk about that.  But after the shooting

14   occurred, did you talk to Mr. Hall after that?

15   A.    Yes.

16   Q.    When was that?

17   A.    I don't know the exact date.

18   Q.    What did he say to you?

19   A.    Nothing.  Not nothing really, but regular

20   conversation.  "What's up".  And it wasn't no

21   conversation like that.

22   Q.    Were you scared?

23   A.    Yes.

24   Q.    So, just so I understand, every time you saw

25   Mr. Hall in Westport, you froze up and got scared?

1    A.    Yes.

2    Q.    Were you scared when you asked him to allow

3    you supposedly to sell drugs for him?

4    A.    That was before then, yes.

5    Q.    Okay.  So, just so the ladies and gentlemen of

6    the jury understand, there's a period of time that

7    you weren't scared of him and then a period of time

8    where you were scared of him, according to you?

9    A.    Yes.

10   Q.    Now, Mr. Purcell -- strike that.

11         You have a prior conviction, correct?

12   A.    Yes.

13   Q.    And what was that for?

14   A.    Drugs.

15   Q.    And when?

16   A.    I don't remember the year it was.

17   Q.    Well, you were on probation for a long time,

18   right?

19   A.    Yes.

20   Q.    Tell the ladies and gentlemen of the jury when

21   you were on probation.

22   A.    From '08 to 2010.

23   Q.    So from '08 to 2010 you had promised a judge

24   and your probation officer that you would obey all

25   laws, correct?

1    A.      Yes, sir.

2    Q.      And you lied to them, because you were selling

3    drugs, right?

4    A.      Yes, sir.

5    Q.      And did you tell that judge or your probation

6    officer that you were lying to them; that you were

7    committing crimes while on probation?

8    A.      No, sir.

9    Q.      Why not?

10   A.      They could convict me.

11   Q.      Did you ask them, "Maybe could I get an

12   immunity later so if I tell you I'm selling drugs I

13   won't be prosecuted for it?"

14   A.      No, sir.

15   Q.      Okay.  But the immunity letter that the

16   government gave you in this case that we just went

17   through, the government went through with you, that's

18   an important document for you, isn't it?

19   A.      Yes, sir.

20   Q.      And tell the ladies and gentlemen of the jury

21   in your own words what that document means to Mr.

22   Howard.

23   A.      That, the gun that's in this case, I won't be

24   charged with it.

25   Q.      Okay.  So that's a big relief for you, isn't

```
 1    it?

 2    A.      Yes.

 3    Q.      Now, you also during your period of probation

 4    had some dirty urines, right?

 5    A.      Yes.

 6    Q.      So you were using drugs also; aside from

 7    selling drugs, you were using drugs while you were on

 8    probation?

 9    A.      Yes.

10    Q.      And do you remember one of your -- if you do,

11    if you recall -- one of your dirty urine was on

12    Father's Day, right?  June of 2010?

13    A.      Yes.

14    Q.      Do you remember -- I mean, don't guess.  Do

15    you remember that?

16    A.      No, sir.

17    Q.      Okay.  Did you have a lot of dirty urines?

18    A.      Not that I know of, no, sir.

19    Q.      Okay.  Do you know who Mr. Moore is?

20    A.      Yes, sir.

21    Q.      Do you remember writing Mr. Moore a letter?

22    A.      Yes, sir.

23    Q.      And who was Mr. Moore?

24    A.      My probation officer.

25    Q.      And do you remember writing Mr. Moore a letter
```

1    saying, sir, that you didn't use drugs since April of

2    2008?

3    A.      Yes, sir.

4    Q.      And that was a lie too, wasn't it?

5    A.      Yes, sir.

6    Q.      So if it's a lie that helps you, not a

7    problem, correct?

8    A.      Yes, sir.

9                    MR. SULLIVAN:  No further questions.

10                    With the court's indulgence for one

11    second.

12                    No further questions.  Thank you, Your

13    Honor.

14                    THE COURT:  Counsel, approach the bench

15    for one second, please.

16                    (BENCH CONFERENCE ON THE RECORD.)

17                    THE COURT:  Is there any redirect?

18                    MR. PURCELL:  Very little.

19                    THE COURT:  It's ten minutes to 3.  If

20    we're going to have ten minutes of redirect and

21    another 20 minutes of cross-examination, I'm going to

22    take a break now.  If it really is going to be really

23    short, that's fine; then we'll take a break.  How

24    long are you going to be?

25                    MR. PURCELL:  Five minutes.

1                    THE COURT:  We'll take a break.  Because

2       you're going to cross-examine then, obviously.  So

3       we'll just take a break now.  I'm not trying to rush

4       you; I'm just trying to get a time estimate.

5                    (END OF BENCH CONFERENCE.)

6                    THE COURT:  Ladies and gentlemen, we'll

7       take our afternoon break now.  We'll take a

8       ten-minute recess.  We'll be going until about 20, 25

9       after 4.

10                   (BRIEF RECESS.)

11                   THE COURT:  Mr. Howard, if you'll return

12      to the witness stand, please, sir.  You're still

13      under oath.

14                   Ladies, we'll go until about 20 or 25 to

15      4 today.  I have another matter at 4:30.  So, thank

16      you very much.

17                   All right.  Mr. Purcell, redirect

18      examination.

19                   REDIRECT EXAMINATION

20      BY MR. SULLIVAN:

21      Q.    Just a couple of questions.  First, Mr.

22      Howard, I want to clear something up.  Counsel was

23      asking you if you ever had -- while we were meeting

24      over the period of time from, I guess, November of

25      2009 to November 2010 -- whether we ever had a

1    meeting before we went to the grand jury, and I just

2    want to address your attention to Exhibit No. 155

3    which is the letter that I wrote for you.

4             And do you remember where it was we met

5    when you had this -- when you got this letter, what

6    building you were in?

7    A.    Yes.

8    Q.    Was it this building, the courthouse?

9    A.    No, sir.

10   Q.    Okay.  Was it the U.S. Attorney's Office?

11   A.    Yeah.

12   Q.    Okay.  So that was not, then, in the grand

13   jury.

14   A.    Okay.  Yes.

15   Q.    Do you understand?

16   A.    Yes.

17   Q.    Okay.  So you agree we did have a meeting --

18   A.    Yes.

19   Q.    -- outside the grand jury?

20   A.    Yes.

21   Q.    And just to clarify that, do you see the date

22   on this letter?

23   A.    Yes.

24   Q.    What is it?

25   A.    September -- December the 10th of 2010.

```
 1    Q.     Okay.  And that's the day I gave you the
 2    letter?
 3    A.     Yes.
 4    Q.     And it's actually dated right here on the
 5    bottom, 12-10-10.  But the day we went to the grand
 6    jury where I read it into the record was a week
 7    later; is that right?  December --
 8    A.     Yes.
 9              MR. PURCELL:  Okay.  I just wanted to
10    clear that up.  Thank you.
11              THE COURT:  Government Exhibit 155 is in
12    evidence, correct, Counsel?
13              MR. PURCELL:  Yes, it is.
14              THE COURT:  All right.  Just for the
15    record, Counsel, everything is in evidence as to
16    which you referred today under the local rule, except
17    the transcripts of grand jury proceedings, which are
18    marked for identification only.
19              Correct from the view of the government?
20              MR. PURCELL:  Yes.
21              THE COURT:  From the defense?
22              MR. SULLIVAN:  Yes.
23    BY MR. PURCELL:
24    Q.     Now, you were also asked some questions -- and
25    you told us on direct and cross examination -- asked
```

1    some questions about your working for Mr. Hall.  I

2    think on direct you said it was a fairly infrequent

3    time, not very many times; is that right?

4    A.    Yes.

5    Q.    How many times did you get any sort of drugs

6    from him, whether it's an eight-ball or a V, and sell

7    it yourself?

8    A.    Once or twice.  Like two times tops.

9    Q.    Is that what you're referring to when you say

10   you worked for Mr. Hall?

11   A.    Yes.

12   Q.    Okay.  You didn't work for him in any other

13   way?

14   A.    No, sir.

15   Q.    But you say -- you used the term work on the

16   street for somebody when you're doing that, why?

17   Because?

18   A.    I have to pay them.  I have to give him his

19   money back, right.

20   Q.    So he gave you your drugs.  Basically, "Here's

21   your Vick," and that is $125, right?

22   A.    Yes.

23   Q.    Okay.  Three grams or whatever it is.  "Here

24   it is, go sell it, bring me back the money"?

25   A.    Yes, sir.

```
1    Q.     Okay.  Do you know what a stack is?

2    A.     Yes.

3    Q.     What is it?

4    A.     A thousand dollars.

5    Q.     Now, do you have to be friend with someone to

6    get drugs from them to sell?

7    A.     No, sir.

8    Q.     Were you friends with Mr. Hall?

9    A.     No, sir.

10   Q.     And you were also asked several times -- or it

11   was several times that you lied in the grand jury.

12   And you said lie after lie after lie.

13          In fact, in the grand jury, what did you

14   lie about?

15          Did you lie about being out there that

16   night?

17   A.     Yes.

18   Q.     Did you lie about seeing Mr. Hall?

19   A.     Yes.

20   Q.     Did you lie about giving Mr. Hall a gun?

21   A.     Yes.

22   Q.     Did you lie about not knowing who killed Mr.

23   Hall?

24   A.     Yes.

25   Q.     And you've told the truth here today?
```

TAMARA HOWARD - REDIRECT - PURCELL

136

```
 1    A.      Yes.

 2    Q.      About all those things?

 3    A.      Yes.

 4    Q.      Now, people don't usually lie for no reason.

 5    What was your reason for lying in the grand jury

 6    about all those things I just mentioned?

 7    A.      I was scared.

 8    Q.      Were you scared of me?

 9    A.      No, sir.

10    Q.      Were you scared of me in the grand jury?

11    A.      No, sir.

12    Q.      So scared you were going to lie about what you

13    knew?

14    A.      No, sir.

15    Q.      What were you scared of?

16    A.      Antonio Hall.

17    Q.      Antonio Hall?

18    A.      Yes, sir.

19    Q.      Mack?

20    A.      Yes.

21              THE COURT:  Keep your voice up, sir.

22    Speak into the microphone.

23              THE WITNESS:  Yes.

24    BY MR. PURCELL:

25    Q.      Now, if we can look at Exhibit 44, which is on
```

```
 1    the monitor right now.  Counsel made a great display
 2    of exhibit number, our Exhibit No. 153 at Page 6
 3    where it was pointed out that your testimony reads,
 4    "He said, 'go look in the great rocks down through
 5    the gap and if you stick your hand in there you will
 6    feel it,' you know.  And I came back and I gave it to
 7    him.  So he was all out there".
 8              And I asked, "What did you get when you
 9    went down there"; and you said, "A gun"; is that
10    right?
11    A.    Yes, sir.
12    Q.    Are you okay?
13    A.    Cold.
14    Q.    Cold.  I'm sorry.
15              Now, did you say, "great rocks"?
16    A.    No, sir.
17    Q.    Do you have braces, or --
18    A.    No, sir.
19    Q.    Okay.  What did you say?
20    A.    Gray box.
21    Q.    Gray box.  Now, what could that have meant, a
22    gray box?
23              Let's look at Exhibit No. 44.  And, well,
24    look here, behind the fire hydrant you see a house.
25    Do you see the house?
```

TAMARA HOWARD - REDIRECT - PURCELL

138

```
1    A.       Yes.

2    Q.       What is that hanging on the house?

3    A.       A gray box.

4    Q.       Not great rocks; a gray box.

5    A.       Yes, sir.

6    Q.       And was it a gray box like that that you went,

7    reached into, and got the gun that you gave Mr. Hall

8    so he could kill Mr. Guest?

9    A.       Yes, sir.

10   Q.       You're sure now?

11   A.       Yes, sir.

12   Q.       You didn't go to any great rocks that we don't

13   know about, did you?

14   A.       No, sir.

15   Q.       In fact, later in that same transcript at Page

16   11, I asked you a question -- you told us where the

17   gray box was down on Wilgrey.  And I asked you, "Is

18   there, like, a storage box or something down there?"

19   And you said, "Yeah".

20            MR. SULLIVAN:  Objection.  Could we have

21   page and line?

22            THE COURT:  Page 11.  He referred to Page

23   11.

24            MR. PURCELL:  11, 16.

25            MR. SULLIVAN:  Okay.
```

BY MR. PURCELL:

Q.     Is that right?

A.     Yes.

Q.     You didn't say, "No, Mr. Purcell; I said
there's some great rocks down there"?  You didn't say
that, did you?

A.     No, sir.

Q.     Now, as you were coming -- let's use the same
exhibit, I suppose, 44, as you're looking at it.  I
direct your attention to the point of the evening,
sir, when you were coming back from your girlfriend's
and you encountered Kareem walking towards you.  All
right?

A.     Yes.

Q.     When you saw Mr. Hall, where did you first
spot him -- or, I'm sorry -- where was he when you
first saw him pursuing Mr. Guest?  That's where you
first saw him.

A.     (Witnesses marks.)

Q.     That's where you first saw him?

A.     Yes.

Q.     Before he -- before you saw him there, as you
were coming down the walkway, were you able to see
him across the street?

```
 1     A.      Yes.

 2     Q.      Okay.  What was he doing across street?

 3     A.      He was sitting on the curb.

 4     Q.      And were you able to see Kevin at that point?

 5     A.      No, sir.

 6     Q.      Do you know where Kevin was?

 7     A.      No, sir.

 8     Q.      When whoever it was -- I'm sorry -- when

 9     Mr. -- excuse me.  When Mr. Hall came past you, did

10     anybody else run past you?

11     A.      No, sir.

12     Q.      Did Kevin run past you?

13     A.      No, sir.

14     Q.      Did it by himself?

15     A.      Yes, sir.

16     Q.      All right.  Now, when he went past you, did

17     Mr. Hall have a mask on?

18     A.      No, sir.

19     Q.      That you could see?

20     A.      No, sir.

21     Q.      All right.  Now, when the shooting started,

22     did you turn around to see what was going on?

23     A.      Yes.

24     Q.      So you're now in the gap, you hear shots,

25     you're near the fire hydrant; is that right?
```

141

```
 1    A.      Yes, sir.

 2    Q.      Show me where you were when you started --

 3    show the jury by touching the screen.  Clear it

 4    first.  Thanks.  And just show the jury where you

 5    were when you heard the first shot, if you can tell.

 6    I know you weren't taking notes.

 7                 Okay.  And you didn't see Kevin running

 8    by you?

 9    A.      No, sir.

10    Q.      Just Mr. Hall?

11    A.      Yes, sir.

12    Q.      All right.  Now, when you heard the shots, did

13    you keep going immediately, or did you at all -- if

14    you remember -- did you turn around; and, if you did,

15    what did you see?

16    A.      Him shooting.

17    Q.      You actually turned?

18    A.      Yes.

19    Q.      Okay.  And you saw him being shot?

20    A.      Yes.

21    Q.      After you heard him say what he said?

22    A.      Yes.

23    Q.      When you turned around and saw Mr. Hall now

24    shooting, let's pretend you're at the fire hydrant

25    and I'm on the sidewalk and Kareem is -- where was he
```

```
 1      over Kareem?  Do you remember?  This is the sidewalk,

 2      say, here or I'm straddling was -- well, let me just

 3      do this.

 4                  When you're looking down the sidewalk,

 5      was Mr. Hall on this grass, this grass, or on the

 6      sidewalk and was shooting down into Kareem?

 7      A.      (Witnesses marks.)

 8      Q.      Okay.  On this side?

 9      A.      Yes.

10      Q.      Okay.  And you're just pointing to the side,

11      not the exact spot he was standing, right?

12      A.      Right.

13      Q.      All right.  You can clear that, please.

14                  Now, when you looked, what did you see --

15      what part of Mr. Hall were you able to see?  Were you

16      able to see his face, his back, his side?  What were

17      you able to see?

18      A.      His side.

19      Q.      His side.  And were you able to tell whether

20      he had pulled a mask down at that point?

21      A.      Yes.

22      Q.      Did he have -- had he pulled a mask down?

23      A.      Yes.

24      Q.      Okay.  So let me say that again.  Had he

25      pulled a mask down when you turned back, when you
```

1    looked at him shooting into Kareem?

2    A.     Yes.

3    Q.     Yes.  Thank you.

4           My last question.  You were asked if you

5    were relieved, I think was the word, when you were

6    given this letter by me before we went to the grand

7    jury on December 16th.  I gave it to you on the 10th;

8    we went in the grand jury on the 16th.

9    A.     Yes.

10   Q.     You were asked if you were relieved to have

11   it.

12   A.     Yes.

13   Q.     And you said you were?

14   A.     Yes.

15   Q.     Why were you relieved?

16   A.     Because I wasn't scared anymore.

17          THE COURT:  Keep your voice up and speak

18   into the microphone.

19          THE WITNESS:  Because I wasn't scared

20   anymore.

21   BY MR. PURCELL:

22   Q.     And what had you been scared of before I gave

23   you that letter?  What were you worried about?

24   A.     Going to jail.

25   Q.     For having a gun?

144

```
 1      A.      Yes.

 2      Q.      Because you were a convicted person?

 3      A.      Yes.

 4      Q.      Do you have a felony conviction?  I'm not

 5      looking at your record right now.  Is that --

 6      A.      Yes.

 7      Q.      -- a felony conviction?

 8      A.      Yes.

 9      Q.      Okay.  So you can't have a gun, can you?

10      A.      Yes.

11      Q.      So you were relieved because, in fact, you did

12      have a gun on September 20th, 2009, didn't you?

13      A.      Yes.

14      Q.      Not for long, but you did have it?

15      A.      Yes.

16      Q.      Who did you give it to?

17      A.      Mr. Hall.

18              MR. PURCELL:  Thank you.  No further

19      questions.

20              THE COURT:  Recross, Mr. Sullivan?

21              MR. SULLIVAN:  Thank you, Your Honor.

22                     RECROSS-EXAMINATION

23      BY MR. SULLIVAN:

24      Q.      Mr. Howard, Mr. Purcell asked you a series of

25      questions, but you would agree with me that, no
```

```
 1      matter how you want to slice it, a lie is a lie,

 2      correct?

 3      A.      Yes.

 4      Q.      And it's black and white, right?  You're

 5      either telling the truth or lying, correct?

 6      A.      Yes.

 7      Q.      And you lied to him, you lied to the grand

 8      jury, and you lied to the agents for quite a long

 9      period of time, correct?

10      A.      Yes.

11      Q.      Before you got the I-will-not-be-prosecuted

12      paper, correct?

13      A.      Yes.

14      Q.      And only then did you decide to tell the

15      truth, correct?

16      A.      Yes.

17      Q.      Now, he also asked you about Mr. Hall in the

18      neighborhood.  Isn't it a fact, sir, that after the

19      Kareem Guest shooting in September of 2009 that you

20      would let Mr. Hall take your kids swimming and to the

21      Westport football games; isn't that correct?

22      A.      Yes, sir.

23      Q.      Huh?  Lean forward.

24      A.      Yes, sir.

25      Q.      Lean forward, please.
```

1   A.      Yes.

2   Q.      So you were so afraid of Mr. Hall, he was so

3   scary, that you would trust him to take your children

4   places?

5   A.      Yes.

6              MR. SULLIVAN:  No further questions.

7              THE COURT:  Thank you, Mr. Howard.  You

8   may step down.  You should not discuss your testimony

9   with anyone in the event you are called back to the

10  witness stand until this trial concludes, sir.  With

11  that, you're excused.

12             MR. PURCELL:  The government calls

13  Jocelyn Hamlet.

14  Whereupon:

15                  JOCELYN HAMLET,

16  called as a witness, having been first duly sworn

17  according to law, testified as follows:

18             THE DEPUTY CLERK:  Please state your full

19  name for the record.  Speak loudly and clearly into

20  the microphone.

21             THE WITNESS:  Jocelyn Hamlet.

22             THE DEPUTY CLERK:  Thank you.

23                  DIRECT EXAMINATION

24  BY MR. PURCELL:

25  Q.      Good afternoon, Miss Hamlet.

147

```
1                    Miss Hamlet, I'll ask you a few

2      questions.  I think you know why you're here; is that

3      correct?

4      A.       Yes.

5      Q.       You and I have met, besides today, how many

6      times?

7      A.       Once.

8      Q.       Once.  All right.  Now, I'm going to ask you

9      some questions about when you lived in Westport.  Did

10     there come a time when you moved into Westport?

11     A.       Yes, there did.

12     Q.       And you'll need to speak up a little bit for

13     the jurors to hear you.

14     A.       Okay.

15     Q.       When did you move into Westport?

16     A.       October '06.

17     Q.       In 2006?

18     A.       Yes.

19     Q.       All right.  And where did you live?

20     A.       Excuse me?

21     Q.       Where did you move into?  Where did you live?

22     A.       Annor Court.

23     Q.       Annor Court.  Okay.  Can you put up a visual

24     for No. 1, please, if you have it there?

25                    This is actually government Exhibit 6A.
```

1    And, ma'am, if you look off to your left on the

2    screen, do you see what you recognize to be Westport?

3    A.      Yes.

4    Q.      Okay.  From the air.  And if you would, just

5    indicate to the jury -- you can just touch that

6    screen to indicate where it was you lived.  I'm not

7    sure we actually have your house on Annor.  I just

8    want to show the jury where you house was, generally.

9    A.      I can't see it.

10   Q.      Okay.  Can you tell the jury where Annor Court

11   is?

12   A.      I can't see it.

13   Q.      All right.  I'm sorry you can't see it?  Okay.

14   Yeah.  All right.  I'm sorry you can't see it.

15           THE COURT:  You can actually zoom in with

16   that lens there.  You have the zoom capability on

17   that, Mr. Purcell.

18           MR. PURCELL:  Yes, we do.  Thank you.

19   Zoom is down there.

20   BY MR. PURCELL:

21   Q.      Can you see that?

22   A.      Yes.

23   Q.      Okay.  Do you recognize -- okay.  That's Annor

24   Court.  Now, where that part of Annor Court is, were

25   you to the right or left of Alaska Court?  Do you see

149

 1    where -- I'm pointing to Alaska right here.  Do you

 2    see that?  So if this is Alaska and Annor, where

 3    would you live?

 4    A.    I don't know about no Alaska Court.

 5    Q.    Okay.  Do you see the part of Annor Court

 6    where you lived?

 7    A.    Uh-uh.

 8    Q.    Okay.  What was the next street that

 9    intersected your street on Annor Court?

10    A.    Which way?

11    Q.    Either way.

12    A.    I know where this Kermit Court and this Maisel

13    Court is.  So this must be me right here.  Down here.

14          THE COURT:  Keep your voice up and speak

15    into the microphone, please, Miss Hamlet.

16    BY MR. PURCELL:

17    Q.    Where are you pointing now?  Just do it again.

18    A.    It must be down over there.

19    Q.    Okay.  Now, regardless --

20          THE COURT:  You can hit the bottom

21    left-hand corner and those lines were go off, ma'am.

22    Just hit the bottom left-hand corner and it will

23    clear right up.

24    BY MR. PURCELL:

25    Q.    Now, I'm going to show you what's been marked

JOCELYN HAWLEY - DIRECT - PURCELL

150

```
1    government's 470.  Remember, we met.  I showed you a
2    picture and asked you to sign it?
3    A.     (Witnesses nods.)
4    Q.     Are you going to be able to see this?
5    A.     Yes.
6    Q.     Okay.  This is 470.  Take your time looking at
7    it.
8    A.     Okay.
9    Q.     Do you recognize that?
10   A.     Uh-huh.
11   Q.     What is that?
12   A.     It's the back of my house.
13   Q.     Okay.  On Annor Court?
14   A.     Right.
15   Q.     Right.  Thank you.  In Westport?
16   A.     Right.
17   Q.     Thanks.  The rest of our questioning won't be
18   as difficult, I promise.
19          So you had the end house; is that right?
20   A.     Yes.
21   Q.     Now I'm not asking this to embarrass you; you
22   understand why I'm asking you these questions.  But
23   at some point in 2006, 2007, were you having
24   difficulty using drugs or was using drugs a problem
25   for you?
```

151

```
 1    A.      I was.

 2    Q.      Okay.  What were you using?

 3    A.      Crack cocaine.

 4    Q.      Crack cocaine.  Now, did there come a time

 5    when you, again, would permit people to use your

 6    house to package crack cocaine?

 7    A.      Yes.

 8    Q.      You did?

 9    A.      Yes.

10    Q.      Now, if you remember, who were the first

11    people or the first person that you can recall who

12    was using your house in that way?

13    A.      I know him as Big Kev.

14    Q.      Okay.  So Big Kev?

15    A.      Big Kev and Fergie.

16    Q.      Fergie?  All right.  Now, do you remember when

17    that was?

18    A.      It was in '07.  I don't know when, but it was

19    in '07.

20    Q.      Let me just can ask you, while we're talking

21    about Big Kev using your house, what was he using

22    your house for?

23    A.      To package.

24    Q.      Now, the jury doesn't know the details.  So

25    why don't you tell them how often he would come into
```

1    your house to use it and package?

2    A.      About every other day, every three days.

3    Q.      Were you able to see the amounts of -- did

4    they start with rocks in the house, rocks of cocaine?

5    A.      They never had that much, none of them.  They

6    never had that much.

7    Q.      How much would you see them with?

8    A.      Maybe about a quarter.

9    Q.      Quarter ounce?

10   A.      That's the most I ever seen.

11   Q.      Tell the jury -- by the way, you have a

12   nickname, or a name that people call you by on the

13   street; is that right?

14   A.      Yeah.

15   Q.      What is it?

16   A.      Mama.

17   Q.      Mama?

18   A.      Uh-huh.

19   Q.      All right.  Now, Miss Hamlet, when people came

20   into your house to cut -- I'm not sure what the jury

21   knows that means -- so why don't you explain to them

22   what that process is, if you have like a quarter

23   ounce of crack.  Go ahead.  What would you see them

24   do?

25   A.      Cut it up and put it into bags.

JOCELYN HAMLETT - DIRECT - PURCELL

153

```
1    Q.      Okay.  What kind of bags?  Can you describe
2    them?
3    A.      Those seal-a-meal bags.
4    Q.      Okay.  Those tiny ones?
5    A.      Uh-huh.
6    Q.      And then they would do what with the bags?
7    A.      I'm losing you.
8    Q.      Did they keep them at the house?
9    A.      Oh, no, no, no, no.
10   Q.      Did they take them, then?
11   A.      They took them with them.
12   Q.      Didn't leave them there?
13   A.      No.
14   Q.      Would it have been a wise idea for them to
15   leave them there --
16   A.      No.
17   Q.      -- at that time for you?
18           Now, just as to Big Kev, when he did this
19   with you, and Fergie, how did they pay you?  Did you
20   just let them do it because you were a nice lady, or
21   what?
22   A.      No.  They always paid me with the crack
23   cocaine.  I was a crack cocaine user at the time.
24   Q.      All right.  And I understand you're
25   recovering; that is, you're not using any more?
```

```
 1    A.      No, I haven't used in nine months.

 2    Q.      Nine months.  Congratulations.

 3            Now, I don't think the jury has probably

 4    met a crack cocaine user.  But when you used

 5    yourself -- when you were, is that right -- you would

 6    smoke crack cocaine?

 7    A.      Uh-huh.

 8    Q.      Could you tell the jury, please, as a user,

 9    how much of this crack cocaine would you want to

10    have?  One little tiny bag or two or however many?

11    A.      As many as I could get.

12    Q.      How much is in one of those bags?

13    A.      Not much.

14    Q.      A couple of little rocks?

15    A.      One or two, yeah.

16    Q.      What do you do to ingest them?  How do you use

17    it?

18    A.      Smoke it.

19    Q.      Okay.  And when you are using crack cocaine

20    that way, in just a day, just tell the jury how many

21    of those little bags could you go through?

22    A.      It depends.  Depends on who came and how often

23    they came.  So I can't specifically say, you know.

24    Q.      Well, let me ask you this:  If maybe Kev --

25    we'll get to another person later -- but if Kev was
```

155

```
1        using your house, I'm just trying to get an eye idea

2        of how much he would give you as payment; one little

3        bag?  Or just tell us, please?

4        A.      Well, sometimes one, sometimes two.

5        Q.      Okay.  And would you use them that day?

6        A.      Yeah.

7        Q.      And again, I'm not prying, it's just part of

8        our questioning.

9        A.      It's okay.

10       Q.      Now, did there come a time when -- let me ask

11       you.  Do you know the defendant, Mr. Hall here?

12       A.      Yeah.

13       Q.      How do you know him?

14       A.      Same thing.  Packaging.

15       Q.      Same thing?

16       A.      Yeah.

17       Q.      What's his nickname, street name?

18       A.      Mack.

19       Q.      How long have you known him?

20       A.      Not that long.  Maybe about three years.

21       Q.      Did there come a time after Kevin was using

22       your house that Mr. Hall began to use your house?

23       A.      They used it all at the same time.

24       Q.      They did.  How often would you see -- and

25       let's just talk about both of them.  But I'm
```

```
 1      interested most in Mr. Hall.

 2                  How often would Mr. Hall come into your

 3      house to use it?

 4      A.      Maybe every other day.

 5      Q.      Every other day?

 6      A.      In the beginning.  Then it slowed down, you

 7      know.  He would come, like, once every week or every

 8      two weeks or, you know.

 9      Q.      How would he let you know he was coming?

10      A.      Call me through the window.

11      Q.      Ah.  You're the end of the group.  You have

12      windows on the side?

13      A.      Just holler my name, that's it.

14      Q.      "Mama.  Hey, Mama".

15      A.      Yeah.

16      Q.      And what time of day did this typically occur,

17      or did it matter?

18      A.      No.  It never mattered when it was.

19      Q.      When it needed to be done, I guess.

20                  So did you personally observe Mr. Hall in

21      your home packaging crack cocaine?

22      A.      Yeah.  I seen all of them packaging.

23      Q.      Well, the only one on trial today is Mr. Hall.

24      So I want to focus on him.  So did you see him in

25      your home during that period of time?
```

JOCELYN HAMLET - DIRECT - PURCELL

157

1    A.      Yeah.

2    Q.      As you've described from 2007.  Now, how long,

3    beginning in 2007, did that continue?

4    A.      Maybe to about 2009.

5    Q.      2009.

6    A.      To the beginning of 2010.

7    Q.      Now, during that period of time was the

8    behavior pretty much the same thing; bring in

9    whatever it was, quarter ounces; pack it up?  Do you

10   know how many of those little baggies you can get

11   from a quarter ounce?

12   A.      You know, no, I don't.

13   Q.      A couple or many?

14   A.      No.  I wasn't in there with them while they

15   was doing it.  I just used it.  I just, you know, let

16   him do it.

17   Q.      Okay.  And how did he pay you?  Did he ever

18   pay you with cash, as well?

19   A.      Sometimes.

20   Q.      Uh-huh.

21   A.      Sometimes both.  You know, I mean --

22   Q.      Did he always have cash?

23   A.      Did he?

24   Q.      Uh-huh.

25   A.      I don't -- I can't say he always had cash.  I

1   don't really know that.

2   Q.      Let me ask you:  You saw what they were doing,

3   or what he was doing is our interest --

4   A.      Right.

5   Q.      -- counsel can ask whatever they wish, but my

6   interest is Mr. Hall.

7   A.      Okay.

8   Q.      When you saw Mr. Hall in the house doing these

9   things, getting these bags together and when he left,

10  did you have occasion to see where he would be out

11  standing on the streets?

12  A.      Oh, no, no.  Uh-uh.

13  Q.      You didn't see where he went?

14  A.      No.  They ain't never go the same way.  They

15  always went a different way.

16  Q.      What about when you were out and about in

17  Westport?  Did you have a car at that time?

18  A.      No.

19  Q.      How did you get around?  Public transport?

20  A.      Walk.

21  Q.      Walk.  Did you pretty much stay in Westport

22  all the time?

23  A.      In the house, yeah.

24  Q.      In the house.

25  A.      Uh-huh.

JOCELYN HAMLETT - DIRECT - PURCELL

159

1    Q.      Okay.  So you would see this and they would

2    leave?

3    A.      Right.

4    Q.      When he paid you, how many baggies would he

5    typically give you?

6    A.      Sometimes two.  Just the same thing, sometimes

7    two.  Sometimes and money.  You know.

8    Q.      Okay.  Thank you.  Now, do you remember

9    whether he ever brought anybody with him to help bag?

10   A.      Everybody had their own.  So, I mean, it

11   wasn't actually like nobody was with him.  You know,

12   they was different people would come at the same time

13   or sometimes the same person would come by their

14   self.  He would come by himself.

15   Q.      When he wasn't coming by himself, was he ever

16   coming with his children?

17   A.      A couple of times.

18   Q.      Did they help him bag?

19   A.      Sometimes.

20   Q.      His kids?

21   A.      Yeah, sometimes.

22   Q.      All right.  Now, when we met -- let me ask you

23   this:  Did you know Rain Curtis?  Rain?

24   A.      Yes.

25   Q.      Do you know her?  All right.  And you know Big

160

1        Kev?

2        A.      Yep.

3        Q.      Did you know Tatum?

4        A.      Yes.

5        Q.      Did he ever bring Tatum to help him bag?

6        A.      They all did it on their own.  He didn't just

7        bring them.  They just all did it on their own.

8        Q.      Well, was Tatum in the house doing that stuff

9        as well?

10       A.      Sometimes.

11       Q.      Now, did you ever get angry at Mack for

12       something concerning your address?  Tell the jury

13       about that.

14       A.      I didn't get angry.  But I got some mail there

15       and I asked him, you know, not to use my address.

16       Q.      What kind of mail were you getting?

17       A.      Just subpoenas for court.  That's it.

18       Q.      And they were addressed to him?

19       A.      Yeah.

20       Q.      Until that happened, did you know he was using

21       your address?

22       A.      Well, I'm not going to say he just started

23       using it.  Because I moved there, because -- from

24       the -- when I first moved there I always got mail for

25       Antonio Hall.

1    Q.    Okay.

2    A.    Always.

3    Q.    Did you know --

4    A.    I didn't know who he was at that time.

5    Q.    Okay.  But there was mail going to that

6    address?

7    A.    Uh-huh.

8    Q.    And he didn't live there with you, did he?

9    A.    No.

10   Q.    Do you know who lived there before you that

11   possibly -- did he live there before you?

12   A.    Not that I knew of.

13   Q.    Now, when they came to your house -- and

14   particularly Mr. Hall when he came to your home to

15   use these -- to package drugs -- was it already made

16   into crack?

17            You understand that crack is cooked coke,

18   correct?  Did they do cooking in your home?

19   A.    They only did that like maybe two or three

20   times.  About two or three times.

21   Q.    Okay.  Are there people -- were you -- did you

22   ever help people cook?  Were you a cooker, aside from

23   letting them use your house?

24   A.    I don't know how they do it.

25   Q.    Okay.  Are there people around in Westport who

1   can do that for you if you want to find somebody?

2   A.     I never dealt with -- it always be crack

3   cocaine when I get it.

4   Q.     It was already ready?

5   A.     I don't know about that part.

6   Q.     Now, you are no longer in Westport; is that

7   right?

8   A.     No, I'm not.

9   Q.     And without saying where you are, is it

10  correct that the government has assisted you in

11  finding new housing?

12  A.     Yes, it is.

13          MR. PURCELL:  Thank you.  I have no

14  further questions.

15          THE COURT:  Thank you, Mr. Purcell.

16  Cross- examination, Mr. Proctor.

17          MR. PROCTOR:  Yes, thank you, Judge.

18              CROSS-EXAMINATION

19  BY MR. PROCTOR:

20  Q.     I only have a few questions.  How are you,

21  ma'am?

22  A.     I'm good.

23  Q.     Now, Mr. Purcell asked you how many times you

24  met with him.  And I believe you said just once; is

25  that correct?

163

```
 1        A.      Met with who?

 2        Q.      The government.

 3        A.      Yes.

 4        Q.      But a couple of weeks ago didn't my private

 5   investigator, Miss Valdez, come to talk to you?

 6        A.      Your private investigator?

 7        Q.      Someone who said they were working for Mack;

 8   they were Mack's private investigator.  Did that

 9   person come to talk to you?

10        A.      Oh, yeah.

11        Q.      And didn't you tell her you wouldn't speak

12   with her unless you spoke to your lawyers first?

13        A.      I said that.  But I didn't mean lawyer, I

14   meant them.

15        Q.      Okay.  So when you said your lawyer, you meant

16   the government?

17        A.      Right.

18        Q.      Did I hear you say the most you ever saw at

19   one time is a quarter ounce?

20        A.      It wasn't even that much, sometimes.

21        Q.      Sometimes it was?

22        A.      Maybe an eight-ball, you know.

23        Q.      Right.  And do you know what a Vick is?

24        A.      A what?

25        Q.      A Vick.
```

```
1       A.      Say it -- Huh-uh.

2       Q.      Okay.  Do you know how many grams an

3   eight-ball is?

4       A.      No.  But I know it's little.

5       Q.      All right.  You know an eight-ball when you

6   see it, but you've never weighed one; is that fair to

7   say?

8       A.      Right.

9       Q.      And you say sometime -- the most you ever saw

10  was a quarter ounce, and before that -- and it might

11  be a lot smaller than that, right?

12      A.      Smaller.

13      Q.      And am I correct in saying -- I don't want to

14  put words in your mouth.  Let me see if I got this

15  right.

16              Big Kev, he was doing his thing, right?

17      A.      Yeah.

18      Q.      And Fergie, he was doing his thing?

19      A.      Yeah.

20      Q.      And Mack, he was doing his thing?

21      A.      Right.

22      Q.      And Tatum, he was doing his thing.  And I

23  could probably list another half dozen people, right?

24      A.      Uh-huh.

25      Q.      So when they come in with their little
```

1    itty-bitty eight-ball or whatever it is, they're

2    packaging their goods, right?

3              As far as you know, no one ever -- I'm

4    sorry.  Can you answer, please?

5    A.    Yes.

6    Q.    As far as you know, no one ever clubbed their

7    money together?

8    A.    No, I ain't never seen that.

9    Q.    Okay.  You never saw Mack and Big Kev come

10   into the room together and say, "One for you, one for

11   me, one for you, one for me," anything like that, did

12   you?

13   A.    I'm trying to remember.  I want to be -- tell

14   the truth.

15             Maybe.  I don't know.  I'm not sure.

16   Q.    Okay.  Maybe.  As you sit here, you don't

17   know?

18             And let's -- by the way, this is your

19   house, right?  Government's Exhibit 470?

20   A.    Yeah.

21   Q.    And if I can just move it.  The side of your

22   house, is that an electrical box?

23   A.    Yeah.

24   Q.    That I'm pointing to?

25   A.    Yes.

```
 1     Q.      And underneath it, are those some gray rocks?
 2     A.      Yes.
 3     Q.      And what I -- I want to make sure I wrote it
 4     down right.  You said you first met Mack in 2007.
 5     And you stopped dealing with him late 2009, early
 6     2010.
 7     A.      Not actually stopped dealing with him.  I
 8     stopped letting him -- you know, they wasn't even --
 9     it wasn't -- they wasn't even doing it like that no
10     more.  They was basically almost finished with it.
11     Q.      Okay.  So what you're saying is the amounts
12     tailed off; is that what you're saying?
13     A.      Say it again?
14     Q.      They weren't doing it nearly as frequently?
15     A.      Not in my house, no.
16     Q.      Okay.  So but 2007 when you first met Mack, do
17     you know, was it early in the year, summer, spring,
18     winter?
19     A.      Summertime.
20     Q.      Okay.  Summertime.  He was coming to your
21     house to package up how often?
22     A.      Back then probably about every day or every
23     other day.
24     Q.      Okay.  So August 2007, he's coming every day?
25     A.      Or every other day.
```

```
 1    Q.      Okay.  So three times a week or more.  August
 2    2007, he's coming every day?
 3    A.      Uh-uh.
 4    Q.      That's the summer, right?
 5    A.      But he wasn't coming every day.  Just like
 6    every other day, or --
 7    Q.      Okay.  Let me try and ask it a better way.
 8    August 2007, he's coming to your house to package
 9    drugs three times a week or more; is that fair to
10    say?
11    A.      Okay.
12    Q.      Don't say, "Okay".
13    A.      Yes.
14    Q.      Is that fair?  September 2007, he's coming to
15    your house three times a week or more to package
16    drugs?
17    A.      Yes.
18    Q.      October 2007, he's coming to your house three
19    times a week or more to package drugs?
20    A.      Yes.
21    Q.      November 2007?
22    A.      Same thing.
23    Q.      December 2007?
24    A.      Same thing.
25    Q.      January 2008?
```

1    A.       Same thing.

2    Q.       Would it surprise you to learn, ma'am, that

3    Mr. Hall was locked up between the 21st of September

4    2007 and the 15th of January, 2008?

5    A.       Nope.  I already knew about that.

6    Q.       But you just said he was coming to your house

7    three times a week during that period?

8    A.       Okay.  But you was asking me questions, and I

9    didn't know.

10   Q.       So you just said, "Yes"?

11            It's fair to say you were a heavy crack

12   user, weren't you?

13   A.       Kinda-sorta.

14   Q.       I applaud you like Mr. Purcell does for being

15   clean now.  But back then your brain was kind of

16   fried, right?

17   A.       It was.

18   Q.       And as you sit here today, you're kind of

19   fuzzy on when he was coming and how often he was

20   coming and who he was coming with, right?

21   A.       When he was coming and how often he was

22   coming.  I wasn't getting that.

23   Q.       But you just gave a four-month period when he

24   was incarcerated that you said he was coming three

25   times a week or more?  Right?  So you're fuzzy on the

1   details; is that fair?

2   A.      If you say so.

3   Q.      All right.  Well, what would you say?

4   A.      You pointed up that he was in jail at that

5   time.  And it's true, he was; he was.  He was locked

6   up at that time.

7   Q.      So he wasn't coming to your house three times

8   a week?

9   A.      So you just said that he was coming there two

10   three times a week just to see what I was going to

11   say.

12   Q.      You got me.

13           You mentioned Big Kev.  What kind of

14   person's Big Kev?

15   A.      He all right.  Mean at times, but --

16   Q.      Did you ever see him hit a woman?

17   A.      Yeah, a couple times.

18   Q.      Did you ever see him hit a child?  Did you

19   ever see him hit a young person?

20   A.      Oh, no.  Uh-uh.

21   Q.      When he hit a woman, what kind of damage did

22   he do?

23   A.      Not much, just hit them.

24   Q.      Black eyes?

25   A.      No, I ain't never seen no black eyes.

1     Q.      Bleeding?

2     A.      No.  I ain't never see that.

3     Q.      He had a temper, though?

4     A.      He got a temper.

5               MR. PROCTOR:  Can I have a second,

6     please, Judge?

7               THE COURT:  Sure.

8               MR. PROCTOR:  Nothing further, thank you.

9               THE COURT:  Any redirect, Mr. Purcell?

10              MR. PURCELL:  Yes, thank you.

11                  REDIRECT EXAMINATION

12    BY MR. PURCELL:

13    Q.      What is Mack's reputation over there in

14    Westport for being a violent person?

15              MR. PROCTOR:  Objection.

16              THE COURT:  Overruled.

17              MR. PROCTOR:  Can we approach on that?

18              MR. PURCELL:  I'll withdraw the question.

19              THE COURT:  All right.

20              MR. PURCELL:  You can answer that

21    question.

22              THE COURT:  I thought you just withdrew

23    the question.

24              MR. PURCELL:  It's withdrawn.

25    BY MR. PURCELL:

```
 1    Q.       Miss Hamlet, did Mack -- I'm sorry, did Kevin
 2    ever bring his kids to your house to package the way
 3    the defendant did?
 4    A.       Not that I -- huh-uh.
 5    Q.       All right.  And in terms of your saying that
 6    each was doing his own separate thing, before they
 7    got to your house with the drugs, you don't know what
 8    arrangements had been made among themselves to buy
 9    the drugs or cut them up or separate them with each
10    other, do you?
11    A.       Huh-uh.
12    Q.       All you know is that these --
13    A.       No.
14    Q.       I'm sorry.  Each of these guys would bring
15    drugs in and cut it up.  Crack; not drugs, but crack?
16    A.       Uh-huh.
17    Q.       And you agree -- I know you didn't write a
18    lease.  But you agreed to let them do that?
19    A.       Right.
20    Q.       So you were in agreement with them:  Yes, you
21    may use my house?
22    A.       Right.
23    Q.       With all of them or each of them, correct?
24    A.       All of them.
25             MR. PURCELL:  Yeah.  Okay.  I have no
```

```
 1      further questions.  Thank you.
 2                  THE COURT:  Thank you very much, Miss
 3      Hamlet.  You may step down.  You should not discuss
 4      your testimony with anyone in the event that you're
 5      called back to the witness stand before this trial
 6      concludes.
 7                  MR. PURCELL:  Thank you, ma'am.
 8                  THE COURT:  Mr. Purcell, the next
 9      witness.
10                  MR. PURCELL:  It will be our final
11      witness for the day, Your Honor.  Tracy Brandenburg.
12                  THE COURT:  Why don't you all approach
13      the bench.
14                  (BENCH CONFERENCE ON THE RECORD.)
15                  THE COURT:  You guys are all very good
16      lawyers and I have an enormous amount of respect for
17      all of you, but I want to tell you what's happening,
18      a quiet happening in my chambers.  In eight years,
19      it's like Steve Allen, the only lawyer I've ever
20      admonished for roaming in the courtroom because he
21      actually got into the jury box.
22                  And, Mr. Sullivan, I now have two on the
23      list because your chin was on the witness's shoulder
24      while you were behind him.  That's all right.  I'm
25      just teasing you.  Giving you as you're winding up
```

1    your career before you go on the bench, I think it's

2    kind of humorous.  And I know you guys are all tired.

3    You've been working hard this week.  All right.

4                    The witness has come in.  How long will

5    this witness be?  Do you think that there's a chance

6    we can finish her today or not?

7                    MR. PURCELL:  Yes.

8                    THE COURT:  Okay.  I'm going to try to

9    finish at 25 after 4 o'clock.  I've got a sentencing.

10   And then how many more witnesses do we have next

11   week?  Just to give the jury a --

12                   MR. PURCELL:  I think we'll finish on

13   Tuesday afternoon.

14                   THE COURT:  I want to schedule a case for

15   next week.

16                   MR. PURCELL:  We're ahead of schedule.

17   Actually, I've been cutting witnesses off.

18                   THE COURT:  Do you all feel the same way;

19   we're on schedule to finish the case next week?

20                   MR. PROCTOR:  Yes, Your Honor.

21                   THE COURT:  Thank you very much.

22                   (END OF BENCH CONFERENCE.)

23

24

25

174

 1    Whereupon:

 2                         TRACY LYNN BRANDENBURG,

 3    called as a witness, having been first duly sworn

 4    according to law, testified as follows:

 5                    THE DEPUTY CLERK:  Please state your full

 6    name for the record.

 7                    THE WITNESS:  Tracy Lynn Brandenburg.

 8                    THE DEPUTY CLERK:  Thank you.

 9                         DIRECT EXAMINATION

10    BY MR. PURCELL:

11    Q.      Good afternoon, Miss Brandenburg.  We're

12    getting to the end of our trial day, so I'm going to

13    abbreviate my questioning a little bit and just get

14    to why you're here.

15                    Now, prior today, you and I have met how

16    many times?

17    A.      Once.

18    Q.      Now -- and is it correct to say that --

19                    MR. PROCTOR:  Judge, I'm sorry.  I need

20    to approach before we go any further.

21                    THE COURT:  Sure, sure.

22                    (BENCH CONFERENCE ON THE RECORD.)

23                    MR. PROCTOR:  Judge, all I have on this

24    witness, and I'm not suggesting there is anything

25    more, is, this witness, a couple 302s.

1      THE COURT:  You just have one 302?

2      MR. PROCTOR:  I have two.  And the last

3   302 is written April 19th, 2011, four months ago.

4   Which states she bought from Mr. Hall during 2002 and

5   2003.  The period of the conspiracy, of course, is

6   January 2004.  So she would be testifying -- it's not

7   404B.  At least, if it is, I haven't gotten notice.

8   It materially alters the dates of the conspiracy.  I

9   object to it coming in for all those reasons.  And I

10  would ask that this witness --

11      THE COURT:  Will you proffer --

12      MR. PURCELL:  The actual dealing that she

13  did, I think you'll find, is that, when she goes back

14  in her timeframe, that I wasn't there, it was an

15  agent.  That her time extends in the time past 2004

16  which begins January 1, 2004.  So we're not

17  egregiously outside that period.

18      THE COURT:  You're proving that she dealt

19  drugs during the time of the conspiracy.  And that to

20  the extent there's indication otherwise that defense

21  counsel can impeach her on that; is that what you're

22  suggesting?

23      MR. PURCELL:  Yes.  But the key thing,

24  Your Honor, is that, through her experience with the

25  defendant in that period of time, she continued.  I

176

1    mean, he basically -- she disassociated herself with

2    him in terms of a buyer, basically.  Not always.

3                THE COURT:  She was a buyer of drugs?

4                MR. PURCELL:  Oh, yes, yes.  She was a

5    really serious crack addict.  Knew him very well.

6    But she continued to see him all the time out there

7    doing the same thing that he would do with her.

8    Which is people roll up; do the quick transaction and

9    sell.  So she's a person who maybe in that time was

10   buying from him, I believe longer.  But based on her

11   experience with him, she would see him well into the

12   period of time we're talking about and seeing him out

13   there doing the same thing with others and selling.

14   So she's like any other surveillance witness except

15   she knows exactly what's going on because she saw him

16   doing exactly the same thing.

17               THE COURT:  Well, it seems, Mr. Purcell,

18   that with respect to the Count 1 of the superseding

19   indictment, charging that from on or about January of

20   2004 until on or about December 2, 2010, that he did

21   knowingly engage in distribution of crack cocaine as

22   part of a conspiracy.

23               To the extent that this witness can

24   testify that she engaged in drug dealing with him

25   after January 2004, she can so testify.  To the

1    extent that she observed his activities after January

2    2004, she can so testify.

3            But the defendant's -- the defendant's

4    objection is well founded as to any activity prior to

5    January 2004 because that would essentially amount to

6    similar evidence under 404B.  And, as the defendant

7    contends, there hasn't been notice of it.  And

8    secondarily, I think it would require me to conduct

9    an analysis to determine -- let me finish.  Or, if it

10   was, it's prejudicial.  So I think we have to limit

11   her testimony to January 2004 and after.

12           MR. PURCELL:  I'll try to do that and I

13   will do that.  I think it's really sort of a narrow

14   view of what notice we gave them.  From the very

15   beginning we gave them notice that we they were

16   complaining about at one of our hearings that we're

17   going all the way back to 2000 or 1998 or something

18   like that with evidence.  Which we did give notice

19   all the way back to that point back as to his conduct

20   as to some early year.

21           Now, I, on my own, decided not to go

22   beyond 2004 or something like that.  But it isn't

23   correct that we didn't give notice that we'd be using

24   conduct in that timeframe.

25           THE COURT:  In light of the objection

TROY LYNN BRANDENBURG - DIRECT - PURCELL

178

```
1    here that you're going to need to address, you can
2    say that she -- you can say that she's had a prior
3    drug issue herself prior to January 2004.
4              MR. PURCELL:  Okay.
5              THE COURT:  And then, from January 2004
6    forward, you can ask her questions about drug
7    dealings with Mr. Hall and you can ask her questions
8    about observations of Mr. Hall after January 2004.
9    But not direct drug dealing with him before then.
10                  Anything further on this?
11             MR. PROCTOR:  No, sir.  Thank you.
12             (END OF BENCH CONFERENCE.)
13                  DIRECT EXAMINATION
14   BY MR. PURCELL:
15   Q.    Miss Brandenburg, do you know Mr. Hall?
16   A.    I don't know him personally.  But I know him
17   of seeing him, yes.
18   Q.    Have you had drug transactions with him in the
19   past?
20             MR. PROCTOR:  Can we get a timeframe on
21   that, Judge?
22             THE COURT:  Yes.
23   BY MR. PURCELL:
24   Q.    Have you ever conducted drug transactions --
25   have you ever purchased crack cocaine from Mr. Hall?
```

TROY LYNN BRANDENBURG - DIRECT - PURCELL

179

```
 1      And if so, please tell us when --
 2                  MR. PROCTOR:  Objection.
 3                  THE COURT:  I think you need to reference
 4      the question as we said in terms of January of 2004
 5      and thereafter, Mr. Purcell.
 6      BY MR. PURCELL:
 7      Q.     All right.  Are you doing the math?
 8      A.     Yeah.  I'm going to say approximately 2004,
 9      2005.
10      Q.     Okay.
11      A.     It's been some time, yes.
12      Q.     Okay.  So in the period 2004 and 2005 as you
13      sit here and think about it today, you remember
14      having transactions with Mr. Hall?
15      A.     Yes.
16      Q.     Again, I'm not seeking to embarrass you.  I've
17      met you once before and asked you these similar
18      questions.  But can you tell the jury what it was
19      that led you to meet Mr. Hall and others, of course,
20      in terms of buying crack?  What happened?
21      A.     Well, that was approximately around the time
22      that I was turning 40.  And obviously I was going
23      through some things in my life.  And I seeked a
24      doctor's help for headaches and anxiety.
25      Q.     How old are you now?
```

TROY LYNN BRANDENBURG - DIRECT - PURCELL

180

```
 1    A.     I will be 49.

 2    Q.     49?

 3    A.     And I was put on medication, Vicodin, and then

 4    Percocets.  And then I unfortunately graduated.  That

 5    was through a doctor, but then I graduated to

 6    OxyContins through street drug use.

 7    Q.     This is years of those drugs, right?

 8    A.     Yes.

 9    Q.     How many years did it take you to get to the

10    point that you were using crack cocaine?

11    A.     Actually, I started using heroin and crack --

12           THE COURT:  Keep your voice up, please,

13    into the microphone.  I'm sorry, Miss Brandenburg.

14    I'm having trouble hearing you.  Speak into the

15    microphone, please.

16           THE WITNESS:  Heroin and crack both were

17    introduced to me on the same day.

18    BY MR. PURCELL:

19    Q.     When was that?

20    A.     That would be, I'm going to say probably in

21    2004.

22    Q.     2004?

23    A.     Yeah.

24    Q.     Of course, no one keeps a calendar of these

25    events in their life except as you remember it.  How
```

TROY LYNN BRANDENBURG - DIRECT - PURCELL
181

```
 1      long after you began to use crack did you encounter

 2      Mr. Hall in that -- in that sort of relationship?

 3      A.      Well, from the time I started to use it?

 4      Q.      Uh-huh.

 5      A.      Within a few months.  I mean, I don't know

 6      exactly how long.  Because you dealt with, you know,

 7      different people, you know.

 8      Q.      Now, where did you go -- and I'm interested

 9      mostly in Westport.  How is it that you began to go

10      to Westport?

11      A.      Westport was actually the only place that I

12      would go to.  It was easy access off of 295.

13      Q.      Where were you living?  What region of the

14      state were you living in that it was such easy

15      access?

16      A.      In Pasadena.  But, yeah, once you get off of

17      295 to Westport it's easy to get back on 295.

18      Q.      And in case we don't have any locals, what

19      county is Pasadena in?

20      A.      Anne Arundel.

21      Q.      Anne Arundel.  Which is just directly south of

22      Baltimore City and Baltimore County?

23      A.      I'm not real good with direction, but, yes.

24      Q.      The Court can take judicial notice of that;

25      okay?
```

TROY LYNN BRANDENBURG - DIRECT - PURCELL

182

```
1              Now, after a couple months of using
2    crack, did you become aware of Mr. Hall and have
3    transactions with him?
4    A.     Yes.  I became, you know, a close -- I believe
5    with his grand mom.
6    Q.     Where did she live?
7    A.     It was in the projects.  If you ask me the
8    exact street name, I can't tell you.
9    Q.     When you say, "the projects," I'm going to
10   direct your attention to 6A, please.  Do you
11   recognize what's shown in 6A?
12   A.     Am I looking here?
13   Q.     Yeah.  The screen just went down.  I'll put it
14   back up.  I understand why it's down.  I'll put it
15   back up.
16              Do you see that?
17   A.     Okay.
18              THE COURT:  I'm sorry, you have to keep
19   your voice up into the microphone, please, Miss
20   Brandenburg.
21              THE WITNESS:  I'm trying to get my
22   bearings here, is what I'm saying.  It's been a long
23   time since I've seen this area.
24              Okay.  Maisel Court, I imagine that would
25   be?  I believe his grand mom lived right back here on
```

TROY LYNN BRANDENBURG - DIRECT - PURCELL

183

1     this street right here.  I'm trying to see on the

2     screen Maisel Court.  I believe his grand mom lived

3     back here, on this street here.

4     BY MR. PURCELL:

5     Q.     You can push the button -- just push the

6     screen.  I'm sorry.  Push the screen where you think

7     grand mom lived.

8     A.     I believe it was right in this area right

9     here.

10    Q.     You see, you've highlighted it.

11           Is that the general area where you knew

12    his grandmother?

13    A.     Generally, yes.  That would be like the back

14    of his house.

15    Q.     Was Mr. Hall living with his grandmother.

16    A.     I'm not sure.  He was in and out.  I'm not

17    sure.

18    Q.     But you would see her there?

19    A.     Pardon me?

20    Q.     You would see her there?

21           Him there, I'm sorry.

22    A.     Yes.  Yes.

23    Q.     It's been a long week.

24           Now, when there came times that you were

25    buying crack, Mr. Hall was not your primary crack --

184

1    A.      No, he was not.

2    Q.      -- source, was he?

3    A.      No.

4    Q.      Was he a source you did use from time to time?

5    A.      From time to time.

6    Q.      What I'd like you to do is just explain to the

7    jury how these transactions took place.  With Mr.

8    Hall particularly, and in Westport.  But with Mr.

9    Hall because that's what we're interested in today.

10    A.      I had a primary source that I had.  Now, with

11    Mr. Hall, it would be a drive-through; just, you

12    know, looking for something at the last moment.  Or,

13    you know, just to see who's out to obtain something.

14    And on occasion he would be there.

15    Q.      Where?

16    A.      On occasion it would be someone else.  I mean,

17    but it's not like I would call him specifically or

18    anything like that.

19    Q.      But he'd be out?

20    A.      Right.

21    Q.      Okay.  How did the transactions go down?  Did

22    you get out of your car, stay in your car?

23    A.      No.  You stay in your car.  And they give you

24    the product and you pay them the money.  And you

25    drive off.

185

```
1    Q.      How long does it take?

2    A.      Approximately seconds.  I mean, you know, like

3    30 seconds, 15 seconds.

4    Q.      When you were buying crack, can you tell the

5    jury, please, how it was packaged?

6    A.      Crack would come packaged in different colored

7    baggies.  Small square bags, ziplock.

8    Q.      We'll have to get some of those for next week.

9            Small tiny ones?

10   A.      Yeah.

11   Q.      And these were the tiny bags.  How much you

12   pay for those things?

13   A.      About ten dollars.

14   Q.      Ten?  Now, as a person who was using crack,

15   was there -- can you tell the jury how many times --

16   or how many of these passion would you purchase at a

17   time?  Just go to Westport and buy one; or describe

18   how many you would try to get.

19   A.      Well, I want to make it clear that crack was

20   not my primary drug of choice.

21   Q.      Heroin?

22   A.      Heroin was, right.  So that is not something

23   that I would deal with him with.  Crack was just

24   something that I would get, you know, from time to

25   time.  It wasn't something I needed on a daily basis.
```

```
1    Q.      Okay.  Now, were you ever with people who were

2    more involved in crack than you were when they made

3    purchases?

4    A.      Yes.

5    Q.      How many bags would they buy?

6    A.      Everyone would put their money together.  But

7    at that time that was not with --

8    Q.      That's wasn't with Mr. Hall?

9    A.      That was not with Mr. Hall.

10   Q.      That's what we're interested in knowing.

11   Thank you.

12           So when you did buy with Mr. Hall, I

13   don't think we actually got to that answer, how many

14   would you buy?

15   A.      Maybe one or two, you know.  Just a couple

16   here or there, yeah.

17   Q.      Now, did there come a time -- well, let me ask

18   you.  I think when we had our meeting you described a

19   particular way that he would sometimes conceal the

20   crack on his person?

21   A.      Well, yes.  Normally what they would -- what

22   the dealers would do in general is either hide it

23   somewhere close by or keep it in their mouth.

24   Q.      In their mouth?

25   A.      Uh-huh.
```

187

```
1     Q.      The bags?

2     A.      Uh-huh.  Or in their pants, I believe.  At

3     some times in their pants.  But generally not on

4     their person if not necessary, you know.  Try to keep

5     it nearby.

6     Q.      Now, of course counsel has your criminal

7     record.  And I was looking at it last night.  I see

8     you have -- it looks like drugs have led you to

9     several convictions; is that right?

10    A.      I do have a record, yes.

11    Q.      And I see theft, theft, possession of heroin.

12    These are all theft under -- they're misdemeanors?

13    A.      Under 500.

14    Q.      What's the most time you were ever punished by

15    being sent to jail for?

16    A.      A year at DOC.  But that was for failure of

17    drug court.  Which I ended up serving, I believe,

18    three months there.

19    Q.      Have you been back to drug court?

20    A.      No.  I failed drug court.  I did my time

21    between Ordnance Road and DOC.  When I was released,

22    I knew I wasn't done with my habit, so I checked

23    myself into Gaudenzia.  I don't know if you're

24    familiar.  It's in Park Heights.  And I did six

25    months long term.
```

```
 1    Q.      And you've actually are on the path to --

 2    A.      Yes.

 3    Q.      -- abstinence and sobriety?

 4    A.      I needed more time.  Uh-huh.

 5    Q.      You went to rehab a couple of times, I think

 6    you mentioned?

 7    A.      Oh, I went to rehab like three or four times

 8    during my using in those six years.

 9    Q.      But the last time stuck?

10    A.      After serving some time I knew I needed more

11    time.  So I went to Gaudenzia, did a six month long

12    term on my own.  And I have been drug free for three

13    and a half years.

14    Q.      Now, the last thing I want to ask you is if

15    you remember a particular incident where you and a

16    girlfriend -- do you remember the incident you told

17    me about you and a girlfriend concerning Mack?

18    A.      Uh-huh.

19    Q.      Can you just tell the jury about that, please?

20    What happened?

21    A.      Well, yeah.  It was a Friday night, I do

22    particularly remember that.  And my car was in the

23    shop so I had a rental.  It was a TrailBlazer that I

24    just rented that day.  And my friend that was with

25    me.  Her name's Debbie, which I don't think that
```

189

```
 1    matters to say her name is Debbie.

 2              Anyway, she had told me that she had

 3    purchased some bags earlier in the day.  They were

 4    green.  And this -- at this point, it was later in

 5    the evening and she wanted these particular bags

 6    because there is different grades, you know, that you

 7    can purchase.  You know, some's not as cut.  It's

 8    better than the others.

 9    Q.    Was there go ahead?

10    A.    Anyway, we had gone down to the court -- I

11    don't know if you want me to point out which court it

12    was.

13    Q.    Sure.  If you see it.

14    A.    Right here.  Annor and Alaska?

15    Q.    Can you push it, please?

16    A.    Uh-huh.  I think I just hit the wrong thing.

17    Q.    Do you know an area called the blacktop?

18    A.    Yeah.  That's up top.  That's up the top of

19    there.

20    Q.    Can you just tell us what happened?

21    A.    Well, anyway, I drove down the alley.  And

22    Debbie was in the passenger seat.  And I said --

23    well, there's, you know, just want to get these.  And

24    he had approached Deb on the passenger side.  And I

25    said, "Come on, let's roll.  Let's go ahead go".  And
```

190

1    she said, "No, Tracy.  I got these green bags here

2    today.  They're a lot better, I'm telling you".

3             Mack got upset and he picked up a brick

4    and he threw it through my windshield of my

5    TrailBlazer.

6    Q.    Of a rented car you just got that day?

7    A.    Yeah?  So --

8    Q.    Did he pay for it later and apologize?

9    A.    Of course not.  No.  When something like that

10   happens in the projects, you don't go calling the

11   police or do anything, no.  That was never brought up

12   again.  I --

13   Q.    Did you see him again after that?

14   A.    Yes.

15   Q.    Where did you use to see him?

16   A.    Either at Frieda's, his grandma's, or just

17   around.  I mean, I still -- you know, I still would

18   deal with him.  That's an incident.  I mean, when

19   you're using, things happen, you know.  It's part of

20   the life.

21            MR. PURCELL:  Well, I'm glad you're out

22   of it.  I have no further questions.

23            THE COURT:  Thank you.

24   Cross-examination, Mr. Proctor?

25            MR. PROCTOR:  Briefly, Judge.

1                          CROSS-EXAMINATION

2       BY MR. PROCTOR:

3       Q.      Good afternoon, ma'am.  How are you?  Just a

4       few questions and we'll have you on your way.

5                       Do you recall meeting with Officer Moody

6       and Agent Cao back in April of this year?

7       A.      April of this year?

8       Q.      Yeah.

9       A.      I -- I guess.  I would say yes.

10      Q.      Three months or so ago?

11      A.      Yes.

12      Q.      And they came to your house and they asked you

13      questions, right?

14      A.      Yes.

15      Q.      And they asked you questions about Mack,

16      right?

17      A.      Yes.

18      Q.      And isn't it true when you talked to them then

19      that you told them you bought drugs from Mack in 2002

20      and 2003?

21      A.      Specifically the dates, I really honestly

22      cannot say.

23      Q.      Okay.

24      A.      I can't, you know.

25      Q.      So today you're saying 2004 and 2005?

TRACY LYNN BRANDENBURG - CROSS - PROCTOR

192

1    A.      I can't really specifically give you a date.

2    Honestly, I can't.

3    Q.      So really, I mean, 2002 to 2005 is a four-year

4    period, right?

5    A.      I will tell you -- let's see, I started -- I'm

6    49.  I was three years clean.  See, that's what I'm

7    saying.  I was trying to add up in my head exactly

8    the year it was.  And, let's see, I got three years

9    clean; used for six years.  So it would have been --

10   what is nine years ago?  It would have been 2002.

11   So, yeah, I guess, 2002, '3, those were my -- up to

12   2007, something like that.

13   Q.      It's fair to say those kind of a --

14   A.      Those are bad years, yes.

15   Q.      -- bad and distant memory now, right?

16   A.      Exactly.

17   Q.      All right.  And you mentioned Mr. Hall's

18   grandmother?

19   A.      Uh-huh.

20   Q.      What do you recall her name as being?

21   A.      Frieda?

22   Q.      Mr. Hall has two grandmothers, one of whom

23   died, named Patricia Hall; and the other one named G.

24   Bennett?

25   A.      It may have been his Aunt Frieda.  I know they

1    were all related in some way.  I knew his two

2    cousins.  But again, with the names, I'm very, very

3    bad with names I will tell you right up front.

4              For Frieda, I know they were related

5    somehow.  I thought that it was his grandmother.  I

6    could be wrong.  Maybe not.  I don't know.  I know

7    the last I heard that she had moved to Cherry Hill

8    with her sister.  That's all I know.

9    Q.    And do you recall also being interviewed by

10   the FBI, in fact, Officer Moody again, back in June

11   of 2008?

12   A.    I do.

13   Q.    And they asked you about a whole bunch of

14   people, didn't they?

15   A.    Yes, they questioned me about some people.

16   Q.    Yeah.  I mean not some; they showed you a

17   bunch of photos and they asked you?

18   A.    Right.

19   Q.    And you answered their questions as truthfully

20   as you could, right?

21   A.    As truthfully as I could because, like I say,

22   I'm bad with names.

23   Q.    Back in June of '08 you were clean, were you?

24   A.    In '08, I believe that was right at the point

25   I was getting clean, yes.

TRACY DIAN BRANDENBURG - CROSS - PROCTOR

194

```
1     Q.      Okay.  So they asked you about a guy named
2     Gasque.  And you said you knew him as "E".  Does that
3     ring any bells?
4     A.      Say it again?
5     Q.      "E".  Like "E" for Edward?
6     A.      I'm not good with names.  I don't recall that,
7     I'm sorry.
8     Q.      And if I -- for identification purposes only?
9             THE COURT:  Go right ahead.  I think
10    you're on No. 4, I believe.  I'm not sure.
11            THE DEPUTY CLERK:  3.
12            MR. PROCTOR:  I'll show you what's being
13    marked or shortly will be marked for identification
14    purposes defense 4?
15            THE COURT:  This is 3, Miss Wells?
16            Defendant's Exhibit 3 for identification.
17            MR. PROCTOR:  Judge, may I approach the
18    witness, please?
19            THE COURT:  Certainly.
20    BY MR. PROCTOR:
21    Q.      And this is the FBI report.  And that's your
22    name, right?
23    A.      Yes.
24    Q.      And the date on it is June 23rd, 2008?
25    A.      Right.
```

```
1    Q.       And this is a report that appears to be a

2    meeting with them?

3    A.       Okay.

4    Q.       And go ahead and read paragraph, the No. 3

5    there, to yourself, not out loud, and see if that

6    refreshes your recollection.

7    A.       I don't know who he is.  I'm sorry.

8    Q.       Okay.  So as you sit here today you don't

9    recall anyone known by "E" as in Edward?

10   A.       I need to see pictures.  That's how I am.  I

11   don't -- really, names are awful for me.  Awful.

12   Q.       Me too.

13   A.       I mean, awful.

14   Q.       But you don't dispute you told the FBI that

15   you bought from a guy named "E"?

16   A.       I don't know if I said that or not.  You're

17   saying that I said that.  But I don't know why; I

18   would have to have seen the picture.  Do you

19   understand what I'm saying?

20   Q.       I understand what you're saying.  And again

21   they asked you about a Jughead.  Does that ring any

22   bells?

23   A.       I remember Jughead.

24   Q.       And you bought from Jughead, right?

25   A.       Not much.  He's not someone I would normally
```

1    look for, let me put it that way.

2    Q.      Okay.  And they asked you about Larry Cheese.

3    You remember Cheese?

4    A.      I do.

5    Q.      And you bought from him and that's what you

6    told the FBI, right?

7    A.      I had associates that dealt with him

8    one-on-one, yeah.  I wasn't personal friends with

9    him.

10   Q.      Okay.  And they asked you about a Monster.  Do

11   you remember Monster?

12   A.      I remember the name and I remember his picture

13   when I was shown his picture.  But I only remembered

14   that after I saw, you know, his picture.  Because,

15   like I said, I'm really bad with names.

16   Q.      And they asked you about a Damien Gary.  And

17   you said you bought ready from him in the past,

18   didn't you?

19   A.      Damien.  See, that name is not --

20   Q.      You need to see the picture?

21   A.      Exactly.

22   Q.      And they asked you about a Dray (sic) and you

23   said that you mainly purchased your ready from him?

24   A.      I honestly -- it doesn't sound familiar, no.

25   Q.      And Amber Jackson.  Again, you said she was

```
 1    nasty?

 2    A.      I remember Amber, yes.

 3    Q.      You bought dope; you bought heroin and crack

 4    from her, right?

 5    A.      Oh, yeah.  I remember Amber, yes.

 6    Q.      But, in fact -- and I could go on.  You told

 7    them about a lot of people you bought a lot of drugs

 8    from, right?

 9    A.      I was shown pictures and refreshed my memory

10    and some people are -- stick in your head because,

11    like you said, like with this one here, Amber, you

12    remember people if they're a certain way; if they're

13    really nasty or if they're -- you understand -- or if

14    they have really good drugs, you remember them.  Or

15    if they've done something bad to you, you remember

16    them.  That's how I associate with them.

17    Q.      I got it.  But back in June of 2008 when

18    Officer Moody and someone else talked to you --

19    A.      Uh-huh.

20    Q.      -- they asked about Antonio Hall, who is Mack,

21    who you identified as Mack, you didn't tell them

22    anything about buying drugs from him, did you?

23    A.      In 2009, I don't believe so.  I don't believe

24    so.  Because if you use the name Antonio Hall to me,

25    I don't have no clue who you're talking about.
```

```
 1    Q.      But doesn't this say he's known to you as

 2    Mack?  So, in fact --

 3    A.      Now, if you said, "Mack," I would know who it

 4    is.

 5    Q.      Right.

 6    A.      Without even seeing his photo.

 7    Q.      But this is reflecting that they showed you a

 8    photo of a gentleman who you identified as Mack.  But

 9    you didn't tell the FBI you ever bought drugs from

10    him?

11    A.      I don't know if we discussed that in 2008 or

12    not.  Honestly, I don't know.

13    Q.      Well, does it also refresh your recollection

14    that you told them you knew his grandmother, but you

15    said you knew her name was Irene?

16    A.      No.  Frieda.  See, Frieda -- I know they were

17    all a family; okay?  Because I know the whole family.

18    But I don't know exactly what their connection is as

19    far as relative.  But I know they're family.  And now

20    I'm not sure, but I thought it was the grand mom, for

21    real.

22    Q.      And you thought her name was Frieda.  But back

23    in '08 you told the FBI it was Irene?

24    A.      No.

25    Q.      No.  They got that wrong?
```

199

1    A.      I don't know Irene.  Unless that's her real

2    name.  I don't know.

3    Q.      Lastly, the government asked you about a time

4    Mr. Hall threw a break through a window?

5    A.      Uh-huh.

6    Q.      Do you also recall a time when Big Kev pulled

7    you out of the vehicle and beat the crap of out of

8    you?

9    A.      He didn't pull me out.  But, yeah, he did hit

10   me.

11   Q.      Tell me about that.  Or tell the jury about

12   that.

13   A.      Well, in Westport, I had introduced one

14   evening -- actually, a couple was selling their food

15   stamp cards -- I don't know if you understand that.

16   But Kevin was interested in it.  And he called the

17   number and the money was on there.  And then another

18   couple -- I -- honestly, I didn't know them, it was

19   like I just hooked them up.  And I was:  Okay.

20   Anybody interested?  Here you go.

21           Well, the next day the couple cancelled

22   the transaction.  And because I'm the one that

23   introduced them, Kevin blamed me and he wanted me to

24   reimburse him for.

25           So until I had the money to reimburse, I

1    think it was like sixty dollars or something, I had

2    to avoid him.  Because, you know, Westport was my

3    main place to go.  So I did a pretty good job

4    avoiding him for a few months.  But then one day I

5    paid him a hundred dollars and we were settled and

6    that was it, no more problems.  That was it.  That's

7    just -- that's how it is, you know.

8    Q.    But I thought he assaulted you.  I thought

9    that's what I heard you say a minute ago?

10   A.    He did, yeah.  He did.

11   Q.    With his fist?

12   A.    He hit me in the face, yeah.  In the car,

13   yeah.

14          MR. PROCTOR:  Can I have a moment,

15   please, Judge?

16          THE COURT:  Certainly.

17          MR. PROCTOR:  Nothing further.

18          THE COURT:  Thank you.  Is there any

19   redirect, Mr. Purcell?

20               REDIRECT EXAMINATION

21   BY MR. PURCELL:

22   Q.    He didn't through a brick through your

23   windshield, did he?

24   A.    No.  Kevin?

25   Q.    Kevin, yeah.

1    A.      No.

2    Q.      No.  Who did that?

3    A.      That was Mack.

4    Q.      That was Mack?

5    A.      These were two different separate occasions at

6    two different total times.

7    Q.      Is there any doubt in your mind that you

8    bought crack from Mack?

9    A.      No.  I mean, I did that.

10   Q.      You know him, don't you?

11   A.      No.  That's -- I bought crack from a lot of

12   people there.  You know.

13           MR. PURCELL:  All right, young lady.

14   Thank you very much.

15           THE COURT:  Thank you, Miss Brandenburg.

16   You may step down.  You should not discuss your

17   testimony with anyone in the event you're called back

18   to the witness stand until this trial concludes.

19           That concludes testimony today; is that

20   correct, Mr. Purcell?

21           MR. PURCELL:  It does, Your Honor.  And

22   we are in a good position.

23           THE COURT:  Ladies and gentlemen, hold on

24   just one second.

25           Again, you may go, Mrs. Brandenburg.

1    Everyone else will stay here in the courtroom.  Jury

2    will be excused.  Everyone else will stay here in the

3    courtroom for a moment, consistent with what we did

4    yesterday.

5            We're right on schedule on this case.

6    We'll definitely to finish the case next week.  We

7    will start at 10 o'clock on Monday morning.  So you

8    all enjoy your weekend and I'll see you at 10 o'clock

9    on Monday morning.  We'll have a full day on Monday.

10           The jury is now excused and I'll wait

11   here a moment to go over scheduling issues with

12   counsel.  Then once the jury exits, then we'll figure

13   it out.

14           (JURY OUT.)

15           THE COURT:  The jury is now out of the

16   room.  If the court security officer will make sure

17   that the jury has left the floor on the elevator

18   before everyone else leaves the courtroom, as we did

19   yesterday.  Just look out the window a moment.

20           We're still on the record, Counsel, with

21   respect to scheduling in this matter before Mr. Hall

22   leaves.

23           How many more witnesses to be called by

24   the government, Mr. Purcell?

25           MR. PURCELL:  Your Honor, I need to look

```
 1        at my list, but I've been cutting it.
 2                     THE COURT:  We've heard from 18 witnesses
 3        so far.
 4                     MR. PURCELL:  I have to find my list.
 5        And I can e-mail the court.
 6                     THE COURT:  Just ballpark, you think.
 7                     MR. PURCELL:  Ballparking, essentially we
 8        have two incidents left, the Williams -- well, the
 9        Parsons shooting.  And that's four witnesses there.
10        The remainder of the Williams murder, which is four
11        witnesses.  And then we'll turn to the last, the very
12        last group, which is -- actually there will be a drug
13        witness in there, too, so that's nine.  And then
14        there's, I think five, different incidents where Mr.
15        Hall was arrested in Baltimore with drugs, and that
16        is five different officers?  Eight total.  But
17        they'll be very quick.  They'll be very quick.  So we
18        think --
19                     THE COURT:  So we're looking at about
20        another 17 witnesses?
21                     MR. PURCELL:  We think we're going to
22        finish Tuesday afternoon, Your Honor.
23                     THE COURT:  We'll wait and see.
24        Certainly by Wednesday, perhaps.
25                     MR. PURCELL:  Yes.
```

1                    THE COURT:  Mr. Proctor, Mr. Sullivan,

2    how much time do you think you'll need for the

3    defense case at this point?

4                    MR. PROCTOR:  An afternoon maybe.

5                    THE COURT:  All right, fine.  Obviously

6    we're not going to be -- I don't want to address this

7    now.

8                    But, Mr. Hall, at some point in time I

9    want to make sure you have plenty of time to talk to

10   your lawyers about whether you testify or not

11   testify.  Because you'll need to make a decision on

12   that next week.  Do you understand that?

13                   THE DEFENDANT:  Yes.

14                   THE COURT:  All right.  And, essentially,

15   just so you understand, if you do not testify in the

16   case, I specifically give an instruction to the jury

17   that the defendant did not testify and that you

18   should not consider that in any way.  And I explain

19   to the jury in such cases that there's never any

20   burden upon a criminal defendant; the burden is

21   always upon the government; it never shifts to a

22   defendant.  So the jury is advised in that regard.

23                   Obviously, if you do testify you are

24   subject to cross-examination by government counsel.

25   But as you probably are well aware, the government

1    cannot call you as a witness and you have a Fifth

2    Amendment privilege against self-incrimination.  So I

3    just want to make sure you understand your rights in

4    that regard and that you have plenty of time to talk

5    to your lawyers about it.  Because that will be

6    coming up sometime in the middle of next week; say by

7    Wednesday, perhaps, or Thursday.  So I just want to

8    make sure that you have a chance to think that

9    through and also talk to your lawyers.

10                  Do you understand that, sir?

11                  THE DEFENDANT:  Yes.

12                  THE COURT:  Okay.  All right.  Anything

13   further before we go on recess for the next

14   proceeding from the government?

15                  MR. PURCELL:  No.  Thank you, Your Honor.

16                  THE COURT:  Anything further from the

17   point of view of the defense?

18                  MR. SULLIVAN:  No, Your Honor.

19                  THE COURT:  You all have a nice weekend

20   and we'll be in recess for five minutes until we can

21   have the next proceeding.

22                  (TRIAL RECESSED.)

23                  I certify that the foregoing is a correct
     transcript from the record of proceedings in the
24   above-entitled matter.
                                 *s/ Anthony Rolland*
25                               ANTHONY ROLLAND

1

**$**

**$125** - 62:12, 134:21

**'**

**'06** - 147:16
**'07** - 151:18, 151:19
**'08** - 127:22, 127:23, 193:23, 193:24, 198:23
**'91** - 32:19
**'box** - 104:15
**'go** - 137:4
**'mack** - 72:7
**'rocks** - 104:15

**1**

**1** - 99:19, 99:21, 108:3, 147:24, 175:16, 176:18
**10** - 25:4, 54:12, 54:17, 68:13, 70:5, 81:16, 202:7, 202:8
**10th** - 84:11, 132:25, 143:7
**11** - 138:16, 138:22, 138:23, 138:24
**12** - 56:14, 70:9
**12-10-10** - 133:5
**125** - 62:15, 62:17, 62:20
**13** - 5:3, 68:14
**14** - 10:25, 57:5, 70:19, 70:22, 70:23, 100:16, 100:25
**15** - 57:8, 57:14, 185:3
**151** - 25:4, 54:9, 54:15, 84:11
**152** - 25:5, 26:19, 65:7, 66:11, 66:24, 80:19
**153** - 25:6, 25:7, 80:23, 100:15, 100:21, 101:9, 103:11, 104:6, 137:2
**155** - 82:1, 82:2, 82:4, 132:2, 133:11
**15th** - 168:4
**16** - 79:20, 80:23, 101:10, 103:25, 138:24
**164** - 10:6
**165** - 2:12, 10:5
**16th** - 25:7, 101:22, 102:25, 103:22, 104:6, 143:7, 143:8
**17** - 59:4, 60:19, 203:20
**18** - 25:5, 70:22, 100:16, 100:25, 203:2
**18th** - 26:20, 65:8, 65:10, 66:11, 66:25, 67:2
**19-year-old** - 15:11
**1998** - 177:17
**19th** - 175:3
**1:10-cr-0744-rdb** - 1:6

**2**

**2** - 34:3, 36:7, 36:11, 44:19, 94:14, 110:4, 110:17, 176:20
**20** - 2:10, 58:6, 72:23, 72:24, 73:2,

130:21, 131:8, 131:14
**20-year-old** - 15:12
**2000** - 177:17
**2002** - 175:4, 191:19, 192:3, 192:10, 192:11
**2003** - 175:5, 191:20
**2004** - 175:6, 175:15, 175:16, 176:20, 176:25, 177:2, 177:5, 177:11, 177:22, 178:3, 178:5, 178:8, 179:4, 179:8, 179:12, 180:21, 180:22, 191:25
**2005** - 179:9, 179:12, 191:25, 192:3
**2006** - 106:23, 147:17, 150:23
**2007** - 150:23, 157:2, 157:3, 166:4, 166:16, 166:24, 167:2, 167:8, 167:14, 167:18, 167:21, 167:23, 168:4, 192:12
**2008** - 130:2, 167:25, 168:4, 193:11, 194:24, 197:17, 198:11
**2009** - 2:11, 25:5, 25:18, 31:5, 31:18, 53:2, 53:5, 54:1, 54:17, 54:18, 54:19, 58:18, 82:12, 83:22, 84:11, 131:25, 144:12, 145:19, 157:4, 157:5, 166:5, 197:23
**2010** - 6:22, 25:6, 25:7, 26:12, 26:20, 65:1, 65:8, 66:12, 67:2, 71:14, 79:20, 80:23, 81:16, 101:10, 101:22, 103:22, 103:25, 104:7, 106:23, 127:22, 127:23, 129:12, 131:25, 132:25, 157:6, 166:6, 176:20
**2011** - 1:11, 175:3
**20th** - 25:18, 31:5, 31:18, 82:12, 144:12
**21** - 79:12
**21st** - 168:3
**22** - 58:2, 59:2, 59:5, 79:11
**23** - 68:5
**23rd** - 194:24
**2400** - 31:16
**25** - 131:8, 131:14, 173:9
**26** - 26:19, 26:20, 28:12
**295** - 181:12, 181:17

**3**

**3** - 47:22, 48:1, 55:6, 130:19, 192:11, 194:11, 194:15, 194:16, 195:4
**3.5** - 90:8
**30** - 32:16, 32:17, 108:16, 185:3
**302** - 175:1, 175:3
**302s** - 174:25
**33** - 60:9, 60:19, 64:22
**34** - 65:1
**37** - 2:14

**4**

**4** - 12:15, 131:9, 131:15, 173:9, 194:10, 194:14
**40** - 10:9, 12:15, 41:6, 179:22
**404b** - 175:7, 177:6
**44** - 136:25, 137:23, 139:10
**45** - 46:6, 89:23, 91:16, 110:18, 110:23, 116:2, 116:3, 116:9
**470** - 150:1, 150:6, 165:19
**49** - 10:24, 10:25, 11:16, 180:1, 180:2, 192:6
**4:30** - 131:15

**5**

**5** - 1:11, 80:16
**500** - 187:13

**6**

**6** - 73:2, 100:24, 103:18, 137:2
**607** - 74:16
**613** - 74:17, 75:6
**6a** - 147:25, 182:10, 182:11

**7**

**7** - 28:13

**8**

**8** - 2:14, 66:13

**9**

**9** - 59:2, 68:5
**911** - 126:3

**A**

**abbreviate** - 174:13
**able** - 139:24, 140:4, 142:15, 142:16, 142:17, 142:19, 150:4, 152:3
**above-entitled** - 205:24
**abstinence** - 188:3
**access** - 181:12, 181:15
**accessory** - 42:25
**according** - 2:20, 24:17, 89:16, 101:16, 104:7, 107:13, 107:14, 113:7, 117:1, 119:5, 122:4, 123:12, 127:8, 146:17, 174:4
**account** - 25:17, 27:2
**accurate** - 102:9
**acknowledged** - 87:19
**activities** - 177:1
**activity** - 177:4
**actual** - 64:12, 98:23, 175:12
**add** - 192:7
**addict** - 176:5
**address** - 132:2,

160:12, 160:15, 160:21, 161:6, 178:1, 204:6
**addressed** - 160:18
**admit** - 71:21, 79:18, 81:4, 83:7
**admitted** - 19:18, 71:21, 76:18, 79:25
**admonished** - 172:20
**advised** - 204:22
**advising** - 83:17
**aerial** - 99:16
**afraid** - 23:20, 23:23, 28:18, 28:21, 28:23, 56:18, 96:24, 146:2
**afternoon** - 20:13, 131:7, 146:25, 173:13, 174:11, 191:3, 203:22, 204:4
**age** - 5:3
**Agent** - 191:6
**agent** - 175:15
**agents** - 6:23, 23:2, 145:8
**ago** - 3:3, 8:4, 17:14, 64:4, 89:24, 91:16, 94:13, 163:4, 175:3, 191:10, 192:10, 200:9
**agree** - 5:8, 132:17, 144:25, 171:17
**agreed** - 82:9, 171:18
**agreement** - 171:20
**agreements** - 82:18
**ahead** - 152:23, 173:16, 189:9, 189:25, 194:9, 195:4
**aided** - 1:24
**ain't** - 50:18, 118:20, 125:4, 158:14, 165:8, 169:25, 170:2
**air** - 148:4
**Alaska** - 148:25, 149:1, 149:2, 149:4, 189:14
**alcohol** - 5:1, 116:15
**Allen** - 172:19
**alley** - 189:21
**allow** - 15:12, 127:2
**almost** - 117:16, 166:10
**alters** - 175:8
**Amber** - 196:25, 197:2, 197:5, 197:11
**Amendment** - 205:2
**America** - 1:3
**amount** - 172:16, 177:5
**amounts** - 152:3, 166:11
**analysis** - 177:9
**angry** - 160:11, 160:14
**Anne** - 181:20, 181:21
**Annor** - 147:22, 147:23, 148:7, 148:10, 148:23, 148:24, 149:2, 149:5, 149:9, 150:13, 189:14
**answer** - 3:4, 4:6, 11:7, 11:14, 12:3, 12:7, 12:10, 12:18, 13:4, 13:16, 28:19, 29:11, 37:15, 56:16,

56:25, 57:17, 58:12, 59:7, 60:21, 61:7, 63:24, 64:1, 66:20, 70:9, 74:5, 79:14, 89:4, 92:15, 114:7, 117:20, 165:4, 170:20, 186:13
**answered** - 193:19
**answers** - 75:18, 76:5, 76:6
**Anthony** - 205:24, 205:25
**Antonio** - 1:7, 20:8, 28:16, 49:8, 57:24, 72:11, 77:1, 77:3, 89:6, 136:16, 136:17, 160:25, 197:20, 197:24
**anxiety** - 179:24
**Anyway** - 189:2, 189:10
**anyway** - 189:21
**apologize** - 190:8
**appearance** - 6:21, 66:25, 75:2, 100:19
**Appearances** - 1:14
**appeared** - 86:19, 103:21
**appearing** - 6:17
**applaud** - 168:14
**approach** - 29:21, 60:1, 74:13, 75:5, 87:4, 100:17, 117:6, 130:14, 170:17, 172:12, 174:20, 194:17
**approached** - 117:14, 189:24
**appropriate** - 74:17, 75:22
**April** - 130:1, 175:3, 191:6, 191:7
**area** - 6:6, 31:22, 32:2, 34:1, 34:5, 37:19, 44:8, 107:18, 107:19, 107:25, 108:2, 108:3, 110:5, 115:4, 117:2, 118:25, 120:2, 120:15, 125:5, 125:18, 182:23, 183:8, 183:11, 189:17
**arms** - 117:14
**arrangements** - 171:8
**arrested** - 93:20, 94:1, 94:3, 94:8, 203:15
**Arundel** - 181:20, 181:21
**aside** - 129:6, 161:22
**assaulted** - 200:8
**asserted** - 75:12
**Assistant** - 1:16, 88:25, 89:1, 104:14
**assisted** - 162:10
**associate** - 89:8, 197:16
**associates** - 33:12, 196:7
**attention** - 26:18, 54:11, 132:2, 139:11, 182:10
**attorney** - 3:25, 8:1, 8:24, 9:4, 20:13, 83:17
**Attorney** - 1:16, 52:11, 89:1, 104:14
**Attorney's** - 82:8, 82:20, 132:10

2

attorneys - 6:23
audible - 74:4
August - 1:11, 6:22,
166:24, 167:1, 167:8
Aunt - 192:25
Avery - 48:5
avoid - 200:2
avoiding - 200:4
aware - 182:2,
204:25
awful - 195:11,
195:13
Awful - 195:11

**B**

bad - 125:24,
192:14, 192:15,
193:3, 193:22,
196:15, 197:15
bag - 62:6, 154:10,
155:3, 159:9, 159:18,
160:5
baggies - 157:10,
159:4, 185:7
bags - 152:25,
153:1, 153:3, 153:6,
154:12, 154:21,
158:9, 185:7, 185:11,
186:5, 187:1, 189:3,
189:5, 190:1
ball - 62:1, 62:2,
62:5, 62:8, 90:6, 90:8,
90:16, 90:24, 93:6,
107:23, 134:6,
163:22, 164:3, 164:5,
165:1
ballpark - 203:6
Ballparking - 203:7
Baltimore - 181:22,
203:15
barrel - 40:13
based - 176:10
Based - 40:24
basis - 30:9, 185:25
Bay - 104:25
bearings - 182:22
beat - 98:8, 199:7
became - 182:4
become - 182:2
began - 4:22,
155:22, 181:1, 181:9
begin - 49:13
beginning - 11:1,
66:7, 100:15, 100:24,
107:24, 156:6, 157:3,
157:6, 177:15
begins - 175:16
behavior - 157:8
behind - 16:17,
55:9, 55:18, 117:18,
137:24, 172:24
bells - 194:3,
195:22
Bench - 29:23, 31:2,
74:15, 76:8, 87:6,
87:24, 117:7, 117:24,
130:16, 131:5,
172:14, 173:22,
174:22, 178:12
bench - 74:14,
117:6, 130:14,
172:13, 173:1
beneath - 6:9
Bennett - 1:12,
192:24
bent - 115:1
beside - 97:21
best - 87:13
better - 37:14, 76:3,

167:7, 189:8, 190:2
between - 40:9,
55:20, 82:19, 93:6,
112:18, 168:3, 187:21
beyond - 20:17,
177:22
bias - 20:21
big - 71:3, 91:12,
91:16, 98:5, 98:6,
109:18, 128:25
Big - 18:19, 36:22,
37:2, 41:17, 91:24,
151:13, 151:14,
153:18, 159:25,
164:16, 165:9,
169:13, 169:14, 199:6
birth - 94:4
bit - 58:8, 147:12,
174:13
bitty - 165:1
Black - 169:24
black - 3:6, 3:8,
17:9, 17:10, 17:12,
21:22, 21:23, 40:8,
67:18, 68:17, 68:18,
68:19, 69:5, 69:13,
71:2, 73:1, 73:2, 73:4,
145:4, 169:25
blacktop - 189:17
blamed - 199:23
Bleeding - 170:1
block - 31:17, 53:8,
53:13, 55:20
blue - 17:12, 39:23
blunt - 4:22, 14:24,
125:16
body - 17:1
boring - 112:16
borrow - 110:15
Bother - 35:11
bottom - 37:25,
49:15, 64:21, 118:8,
133:5, 149:20, 149:22
bought - 61:9,
82:15, 114:20, 175:4,
191:19, 195:15,
195:24, 196:5,
196:17, 197:3, 197:7,
198:9, 201:8, 201:11
box - 35:19, 35:20,
35:23, 35:24, 35:25,
36:2, 38:5, 38:8, 38:9,
38:10, 39:12, 39:22,
39:24, 40:2, 100:1,
100:8, 102:6, 102:7,
102:10, 102:17,
105:13, 105:18,
105:20, 106:9,
106:11, 108:13,
109:15, 117:15,
137:20, 137:21,
137:22, 138:3, 138:4,
138:6, 138:17,
138:18, 165:22,
172:21
boxes - 99:14,
99:22, 100:7, 100:8
braces - 137:17
brain - 168:15
Brandenburg -
172:11, 174:2, 174:7,
174:11, 178:15,
180:13, 182:20,
201:15, 201:25
break - 130:22,
130:23, 131:1, 131:3,
131:7, 199:4
brick - 190:3,
200:22

Bridge - 104:25
brief - 3:15
Brief - 131:10
Briefly - 190:25
bring - 91:4,
108:13, 134:24,
157:8, 160:5, 160:7,
171:2, 171:14
bringing - 65:13
brother - 17:17
brought - 54:2,
60:15, 65:13, 82:15,
159:9, 190:11
build - 18:11
building - 25:13,
88:3, 88:18, 132:6,
132:8
bullet - 41:23, 42:2,
42:3, 42:6, 114:2,
114:6
bullets - 40:16,
40:21, 40:25, 41:3
bunch - 93:9,
193:13, 193:17
burden - 204:20
business - 63:11,
63:12
busy - 56:7
button - 183:5
buy - 4:10, 120:20,
171:8, 185:17, 186:5,
186:12, 186:14
buyer - 176:2, 176:3
buying - 176:10,
179:20, 183:25,
185:4, 197:22

**C**

calendar - 180:24
cancelled - 199:21
candor - 75:6
cannot - 191:22,
205:1
Cao - 191:6
capability - 148:16
Caprese - 53:11,
60:14
car - 15:2, 15:20,
17:5, 19:19, 36:20,
46:21, 46:22, 115:19,
158:17, 184:22,
184:23, 188:22,
190:6, 200:12
cards - 199:15
career - 113:21
carried - 82:23
carry - 114:8
carrying - 101:14
Case - 1:6
case - 65:10, 86:3,
86:8, 89:2, 92:18,
128:16, 128:23,
173:14, 173:19,
181:18, 202:5, 202:6,
204:3, 204:16
cases - 204:19
cash - 157:18,
157:22, 157:25
casing - 113:23,
114:2, 114:24, 115:17
cellphone - 108:22
certain - 197:12
Certainly - 194:19,
200:16, 203:24
certify - 205:23
challenged - 76:12
chamber - 41:23
chambers - 172:18
chance - 103:6,

173:5, 205:8
charged - 42:23,
42:25, 79:25, 93:20,
128:24
charging - 176:19
checked - 116:19,
187:22
Cheese - 196:2,
196:3
Cherry - 193:7
child - 169:18
children - 146:3,
159:16
chin - 117:16,
172:23
choice - 185:20
chose - 65:3
city - 95:9
City - 181:22
clarify - 132:21
clean - 168:15,
192:6, 192:9, 193:23,
193:25
clear - 45:17, 87:21,
88:24, 118:7, 118:9,
118:14, 121:10,
131:22, 133:10,
142:13, 149:23,
185:19
Clear - 141:3
clearly - 146:19
Clerk - 24:18, 24:21,
146:18, 146:22,
174:5, 174:8, 194:11
Clinton - 1:15
clip - 40:23
close - 33:14, 51:7,
182:4, 186:23
clothing - 73:3
clubbed - 165:6
clue - 197:25
co - 52:7
co-counsel - 52:7
cocaine - 62:11,
151:3, 151:4, 151:6,
152:4, 153:23, 154:4,
154:6, 154:9, 154:19,
156:21, 162:3,
176:21, 178:25,
180:10
Cocked - 41:21,
113:9
cocked - 41:22,
42:5, 113:9, 113:18
coke - 161:17
Cold - 137:13,
137:14
color - 17:15
colored - 185:6
coming - 4:14,
46:14, 53:16, 77:15,
78:14, 84:5, 84:13,
110:11, 117:2,
118:18, 118:19,
120:14, 139:9,
139:12, 139:24,
156:9, 159:15,
159:16, 166:20,
166:24, 167:2, 167:5,
167:8, 167:14,
167:18, 168:6,
168:19, 168:20,
168:21, 168:22,
168:24, 169:7, 169:9,
175:9, 205:6
commit - 15:14,
27:6
committed - 15:13,
18:24, 26:8

committing - 128:7
community - 30:18,
43:21, 63:3
compared - 17:21,
18:2
competitors -
107:11
complaining -
177:16
completely - 82:17
complicated - 81:22
Complies - 111:8
complies - 36:18,
39:17, 118:6, 118:13
computer - 1:24
computer-aided -
1:24
conceal - 186:19
concerning - 82:10,
160:12, 188:17
concludes - 146:10,
172:6, 201:18, 201:19
concrete - 55:16
conduct - 177:8,
177:19, 177:24
conducted - 178:24
Conference - 29:23,
31:2, 74:15, 76:8,
87:6, 87:24, 117:7,
117:24, 130:16,
131:5, 172:14,
173:22, 174:22,
178:12
confirm - 82:8
confused - 106:20
Congratulations -
154:2
connection -
198:18
consequences -
31:12
consider - 204:18
consistent - 202:3
conspiracy - 175:5,
175:8, 175:19, 176:22
contacted - 3:25
contends - 177:7
context - 87:14
continue - 157:3
continued - 175:25,
176:6
control - 107:18
conversation -
36:12, 53:18, 84:2,
88:8, 126:20, 126:21
conversations -
33:8
convict - 128:10
convicted - 144:2
conviction - 127:11,
144:4, 144:7
convictions - 187:9
cook - 161:22
cooked - 161:17
cooker - 161:22
cooking - 161:18
cool - 35:5, 35:6
cooperate - 23:4,
23:5, 23:8
copy - 57:8, 80:15,
81:15, 82:21, 101:14,
103:23
corner - 36:4, 36:5,
49:16, 107:16, 118:9,
149:21, 149:22
correct - 3:17, 3:23,
4:3, 4:10, 4:23, 5:3,
18:14, 18:25, 19:25,
22:12, 25:16, 52:22,
55:7, 69:10, 69:24,

81:1, 101:11, 103:8,
111:9, 120:16,
123:22, 127:11,
127:25, 130:7,
133:12, 145:2, 145:5,
145:9, 145:12,
145:15, 145:21,
147:3, 161:18,
162:10, 162:25,
164:13, 171:23,
174:18, 177:23,
201:20, 205:23
  **Correct** - 9:19,
18:15, 19:1, 19:3,
133:19
  **correction** - 104:10
  **Counsel** - 10:9,
25:1, 26:19, 56:14,
57:8, 74:13, 130:14,
131:22, 133:12,
133:15, 137:1, 202:20
  **counsel** - 52:7,
54:10, 158:5, 175:21,
187:6, 202:12, 204:24
  **Count** - 176:18
  **county** - 181:19
  **County** - 181:22
  **couple** - 10:16,
20:24, 23:24, 25:10,
33:18, 42:15, 51:18,
64:4, 91:16, 92:21,
99:12, 131:21,
154:14, 157:13,
159:17, 163:4,
169:17, 174:25,
182:1, 186:15, 188:5,
199:14, 199:18,
199:21
  **course** - 175:5,
179:19, 180:24,
187:6, 190:9
  **court** - 3:16, 44:14,
48:12, 83:11, 102:3,
102:25, 160:17,
167:17, 187:19,
187:20, 189:10,
189:11, 202:16, 203:5
  **Court** - 1:1, 2:2, 2:3,
2:23, 3:10, 7:14, 10:4,
10:8, 10:10, 17:24,
19:12, 20:7, 20:19,
21:7, 21:13, 24:7,
25:1, 29:12, 29:22,
29:25, 30:9, 30:24,
31:17, 34:6, 34:7,
34:22, 34:23, 37:10,
43:18, 44:13, 48:2,
49:7, 50:3, 54:10,
54:13, 55:2, 57:10,
60:5, 63:19, 63:23,
64:1, 64:11, 65:25,
66:23, 67:5, 72:17,
74:1, 74:13, 74:16,
75:5, 75:14, 75:24,
77:5, 78:6, 80:18,
80:22, 81:8, 81:20,
82:3, 85:20, 87:5,
87:12, 87:17, 87:21,
87:22, 100:18,
100:22, 107:20,
107:21, 110:17,
110:21, 111:2, 117:5,
117:8, 117:23, 118:8,
118:24, 130:14,
130:17, 130:19,
131:1, 131:6, 131:11,
133:11, 133:14,
133:21, 136:21,
138:22, 143:17,
144:20, 146:7,

147:22, 147:23,
148:10, 148:15,
148:24, 148:25,
149:4, 149:5, 149:9,
149:12, 149:13,
149:14, 149:20,
150:13, 162:15,
170:7, 170:9, 170:16,
170:19, 170:22,
172:2, 172:8, 172:12,
172:15, 173:8,
173:14, 173:18,
173:21, 174:21,
175:1, 175:11,
175:18, 176:3,
176:17, 177:25,
178:5, 178:22, 179:3,
180:12, 181:24,
182:18, 182:24,
183:2, 190:23, 194:9,
194:15, 194:19,
200:16, 200:18,
201:15, 201:23,
202:15, 203:2, 203:6,
203:19, 203:23,
204:1, 204:5, 204:14,
205:12, 205:16,
205:19
  **court's** - 130:10
  **Court's** - 81:6,
100:14
  **courthouse** - 20:24,
88:19, 132:8
  **courtroom** - 9:2,
27:21, 30:3, 30:14,
117:11, 172:20,
202:1, 202:3, 202:18
  **cousins** - 193:2
  **crack** - 60:20,
60:25, 61:2, 61:14,
61:15, 62:10, 62:22,
62:25, 64:16, 89:13,
151:6, 152:23,
153:22, 153:23,
154:4, 154:6, 154:9,
154:19, 156:21,
161:16, 161:17,
162:2, 168:11,
171:15, 176:5,
176:21, 178:25,
179:20, 180:10,
180:11, 180:16,
181:1, 182:2, 183:25,
185:4, 185:14,
185:19, 186:2,
186:20, 197:3, 201:8,
201:11
  **Crack** - 151:3,
151:4, 171:15, 185:6,
185:23
  **crap** - 199:7
  **crime** - 13:12, 15:7,
15:13
  **crimes** - 128:7
  **criminal** - 82:14,
187:6, 204:20
  **cross** - 3:11, 76:3,
85:21, 130:21, 131:2,
133:25, 204:24
  **Cross** - 3:13, 85:23,
162:16, 162:18,
190:24, 191:1
  **cross-examination**
- 85:21, 130:21,
204:24
  **Cross-examination**
- 85:23, 162:18,
190:24, 191:1
  **cross-examine** -
76:3, 131:2

  **crossed** - 30:23
  **curb** - 120:9,
120:10, 140:3
  **Curtis** - 52:13,
159:23
  **cut** - 115:13, 117:2,
118:18, 120:2,
120:15, 152:20,
171:9, 171:15, 189:7
  **Cut** - 152:25
  **cutting** - 173:17,
203:1
  **cylinder** - 40:14,
40:16

# D

  **daily** - 185:25
  **damage** - 169:21
  **Damien** - 196:16,
196:19
  **dangerous** - 96:18,
96:23
  **dark** - 98:23
  **dashboard** - 6:10
  **date** - 104:4,
126:17, 132:21,
192:1, 194:24
  **dated** - 25:4, 25:5,
25:7, 133:4
  **dates** - 175:8,
191:21
  **days** - 152:2
  **dead** - 78:17
  **deal** - 91:17, 92:24,
185:23, 190:18
  **dealer** - 64:17, 98:6,
106:21, 106:23,
114:8, 114:10
  **dealers** - 186:22
  **dealing** - 92:3,
166:5, 166:7, 175:12,
176:24, 178:9
  **dealings** - 178:7
  **dealt** - 162:2,
175:18, 181:6, 196:7
  **Deb** - 189:24
  **Debbie** - 188:25,
189:1, 189:22
  **December** - 25:4,
25:7, 26:12, 54:17,
54:19, 58:18, 65:1,
79:20, 80:23, 81:16,
83:22, 84:11, 101:10,
101:21, 102:25,
103:22, 103:25,
104:6, 132:25, 133:7,
143:7, 167:23, 176:20
  **decide** - 145:14
  **decided** - 91:20,
116:20, 177:21
  **decision** - 204:11
  **defendant** - 19:24,
20:8, 49:3, 49:8,
155:11, 171:3,
175:25, 177:6,
204:17, 204:20,
204:22
  **Defendant** - 1:9,
1:17, 204:13, 205:11
  **defendant's** - 177:3
  **Defendant's** -
194:16
  **defense** - 30:5,
133:21, 175:20,
194:14, 204:3, 205:17
  **definitely** - 202:6
  **deliberate** - 10:14
  **demonstrate** -
75:13

  **demonstrative** -
30:14
  **denied** - 26:22,
72:13
  **denying** - 79:16
  **depicted** - 34:1
  **depth** - 91:17
  **Deputy** - 24:18,
24:21, 146:18,
146:22, 174:5, 174:8,
194:11
  **describe** - 18:10,
72:25, 153:1, 185:17
  **described** - 27:3,
64:5, 68:12, 157:2,
186:18
  **description** - 72:25
  **despite** - 9:15
  **details** - 151:24,
169:1
  **Detective** - 22:12,
22:17, 86:8, 88:12,
88:25, 104:13, 106:7
  **detectives** - 86:22
  **determine** - 177:9
  **did** - 192:23
  **difference** - 40:9,
40:12, 93:6, 114:3,
114:5
  **different** - 25:13,
25:17, 30:19, 30:21,
32:4, 93:9, 93:16,
158:15, 159:12,
181:7, 185:6, 189:6,
201:5, 201:6, 203:14,
203:16
  **difficult** - 150:18
  **difficulty** - 150:24
  **direct** - 2:9, 26:18,
54:11, 89:5, 111:9,
133:25, 134:2,
139:11, 178:9, 182:10
  **Direct** - 2:21, 24:22,
146:23, 174:9, 178:13
  **direction** - 37:19,
38:4, 45:1, 45:11,
45:22, 69:9, 118:19,
181:23
  **directly** - 88:19,
115:12, 181:21
  **dirty** - 129:4,
129:11, 129:17
  **disassociated** -
176:1
  **discuss** - 24:8,
146:8, 172:3, 201:16
  **discussed** - 198:11
  **dishonest** - 11:25
  **display** - 137:1
  **displayed** - 75:23
  **dispute** - 195:14
  **distance** - 112:18,
112:20, 121:22
  **distant** - 192:15
  **distribution** -
176:21
  **district** - 82:15
  **District** - 1:1, 1:13,
82:9
  **Doc** - 187:16,
187:21
  **doctor** - 180:5
  **doctor's** - 179:24
  **document** - 75:15,
81:4, 128:18, 128:21
  **dollars** - 135:4,
185:13, 200:1, 200:5
  **dominated** - 64:6
  **done** - 19:9, 19:14,
62:21, 105:1, 156:19,

187:22, 197:15
  **door** - 5:23, 5:24,
53:13
  **dope** - 197:3
  **dot** - 39:23, 44:25
  **doubt** - 201:7
  **down** - 6:7, 14:21,
17:10, 24:8, 35:23,
37:23, 37:25, 44:20,
44:24, 45:19, 46:3,
46:8, 49:23, 49:25,
88:24, 101:23,
102:10, 103:6,
104:20, 110:6, 120:2,
121:14, 137:4, 137:9,
138:17, 138:18,
139:6, 139:24, 142:4,
142:6, 142:20,
142:22, 142:25,
146:8, 148:19,
149:18, 156:6, 166:4,
172:3, 182:13,
182:14, 184:21,
189:10, 189:21,
201:16
  **Down** - 45:14,
45:24, 149:13
  **dozen** - 164:23
  **Dray** - 196:22
  **dressed** - 49:19,
73:1
  **drink** - 125:6
  **Drinking** - 116:15
  **drive** - 104:25,
184:11, 184:25
  **drive-through** -
184:11
  **driver** - 16:13
  **driver's** - 15:22,
15:25, 16:9
  **Driver's** - 15:23
  **drop** - 105:20
  **Drop** - 17:6
  **dropped** - 91:9,
91:18
  **drove** - 189:21
  **drug** - 56:7, 90:14,
90:21, 92:3, 92:24,
98:6, 106:21, 106:23,
114:8, 114:10,
176:24, 178:3, 178:6,
178:9, 178:18,
178:24, 180:6,
185:20, 187:17,
187:19, 187:20,
188:12, 203:12
  **Drugs** - 127:14
  **drugs** - 60:16, 90:5,
90:20, 91:8, 93:3,
106:25, 107:6,
107:14, 107:15,
107:19, 116:13,
116:22, 116:24,
125:7, 127:3, 128:3,
128:12, 129:6, 129:7,
130:1, 134:5, 134:20,
135:6, 150:24,
161:15, 167:9,
167:16, 167:19,
171:7, 171:9, 171:15,
175:19, 176:3, 180:7,
187:8, 191:19, 197:7,
197:14, 197:22,
198:9, 203:15
  **ducked** - 6:7, 14:25
  **Duckett** - 4:19, 5:15,
6:3, 21:17, 21:20,
41:17, 52:15, 97:18,
97:20, 97:22, 105:10,
108:12, 110:8,

4

111:11, 111:19,
112:19, 113:13,
114:23, 115:1,
115:16, 118:12,
118:15, 118:16, 124:4
**dude** - 68:17, 68:19,
70:1
**dull** - 115:6, 115:7
**Dull** - 115:7, 115:8
**duly** - 2:19, 24:16,
146:16, 174:3
**during** - 129:3,
156:25, 157:7, 168:7,
175:4, 175:19, 188:8
**During** - 5:17

**E**

**e-mail** - 203:5
**early** - 166:5,
166:17, 177:20
**easier** - 110:21,
111:2
**easy** - 21:25,
181:12, 181:14,
181:17
**Edward** - 194:5,
195:9
**egregiously** -
175:17
**eight** - 62:1, 62:2,
62:5, 62:8, 90:6, 90:8,
90:16, 90:24, 93:6,
119:2, 119:3, 134:6,
163:22, 164:3, 164:5,
165:1, 172:18
**Eight** - 203:16
**eight-ball** - 62:1,
62:2, 62:5, 62:8, 90:6,
90:8, 90:16, 90:24,
93:6, 134:6, 163:22,
164:3, 164:5, 165:1
**either** - 4:2, 22:25,
30:16, 58:21, 86:7,
145:5, 186:22
**Either** - 75:17,
149:11, 190:16
**electrical** - 99:22,
100:1, 102:17,
105:13, 165:22
**electricity** - 35:25,
102:17
**elevator** - 202:17
**embarrass** -
150:21, 179:16
**encounter** - 181:1
**encountered** -
139:13
**end** - 42:24, 107:24,
150:19, 156:11,
174:12
**End** - 31:2, 76:8,
87:24, 117:24, 131:5,
173:22, 178:12
**ended** - 187:17
**engage** - 176:21
**engaged** - 176:24
**enjoy** - 202:8
**enormous** - 172:16
**entire** - 20:14, 75:16
**entitled** - 205:24
**essentially** - 177:5,
203:7, 204:14
**estimate** - 131:4
**evening** - 3:1, 4:6,
31:17, 33:24, 34:11,
42:18, 95:15, 139:11,
189:5, 199:14
**event** - 24:9,
126:11, 146:9, 172:4,

201:17
**events** - 31:5, 87:2,
180:25
**evidence** - 74:22,
75:15, 75:25, 80:11,
133:12, 133:15,
177:6, 177:18
**exact** - 104:4,
126:17, 142:11, 182:8
**exactly** - 54:5, 63:9,
99:25, 176:15,
176:16, 181:6, 192:7,
198:18
**Exactly** - 102:12,
192:16, 196:21
**Examination** - 2:1,
3:13, 7:15, 21:15,
24:22, 131:19,
243:23, 170:11,
174:9, 178:13, 200:20
**examination** - 2:9,
3:11, 85:21, 85:23,
89:5, 130:21, 131:18,
133:25, 144:22,
162:16, 162:18,
190:24, 191:1, 204:24
**examine** - 76:3,
131:2
**except** - 5:11,
114:14, 133:16,
176:14, 180:25
**Except** - 3:15
**excerpt** - 60:10
**excuse** - 44:24,
70:4, 140:9
**Excuse** - 7:17,
10:22, 103:16, 147:20
**excused** - 146:11,
202:2, 202:10
**Exhibit** - 2:12, 10:4,
25:4, 25:6, 25:7, 34:3,
36:7, 36:11, 44:18,
47:22, 48:1, 54:9,
55:6, 65:7, 66:24,
80:18, 80:22, 82:3,
94:14, 100:15,
100:21, 101:9,
103:11, 108:3, 110:3,
110:17, 110:18,
132:2, 133:11,
136:25, 137:2,
137:23, 147:25,
165:19, 194:16
**exhibit** - 3:5, 26:19,
39:10, 39:19, 54:13,
57:13, 75:25, 81:5,
81:21, 81:22, 99:18,
113:11, 137:2, 139:10
**exhibits** - 10:12,
25:2
**exits** - 202:12
**experience** - 40:24,
40:25, 175:24, 176:11
**experiences** - 6:19
**explain** - 89:22,
93:14, 152:21, 184:6,
204:18
**extends** - 175:15
**extent** - 75:18,
175:20, 176:23, 177:1
**eye** - 155:1
**eyes** - 169:24,
169:25

**F**

**face** - 142:16,
200:12
**facing** - 16:1
**fact** - 4:25, 11:12,

26:18, 52:21, 58:24,
64:4, 66:10, 79:11,
103:10, 135:13,
138:15, 144:11,
145:18, 193:10,
197:6, 198:2
**failed** - 187:20
**failure** - 187:16
**fair** - 6:14, 98:25,
164:6, 167:9, 167:14,
168:11, 169:1, 192:13
**fairly** - 12:2, 134:2
**Fairly-** 12:4
**familiar** - 114:7,
187:24, 196:24
**family** - 30:6, 30:22,
32:10, 44:7, 198:17,
198:19
**far** - 2:6, 56:22,
165:3, 165:6, 198:19,
203:3
**fat** - 91:12, 91:24
**fatal** - 78:14
**Fatal-** 78:17
**Father's-** 129:12
**Fbi-** 77:24, 78:15,
193:10, 194:21,
195:14, 196:6, 198:9,
198:23
**fear** - 85:16
**federal** - 25:12,
88:18
**feet** - 13:19, 14:22,
112:21, 121:24,
121:25
**fell** - 42:2, 42:3
**felony** - 144:4,
144:7
**Fergie-** 151:15,
151:16, 153:19,
164:18
**Ferl-** 18:8, 18:10,
18:12, 18:16, 18:47:8,
47:11, 47:13, 47:14,
93:19, 96:11, 100:8,
107:19
**few** - 2:7, 13:19,
147:1, 162:20, 181:5,
191:4, 200:4
**field** - 107:23
**Fifth-** 205:1
**figure** - 105:12,
202:12
**final** - 172:10
**finally** - 52:22,
79:18
**fine** - 57:10, 87:22,
130:23, 204:5
**fingerprints** - 109:8
**finish** - 173:6,
173:9, 173:12,
173:19, 177:9, 202:6,
203:22
**finished** - 75:4,
166:10
**finishing** - 100:25
**fire** - 50:11, 111:13,
115:19, 118:25,
121:17, 121:22,
137:24, 140:25,
141:24
**firearm** - 82:13
**First-** 10:18, 131:21
**first** - 2:19, 6:5,
11:7, 11:21, 13:22,
14:16, 18:23, 19:18,
23:24, 24:16, 26:22,
50:13, 51:9, 52:24,
53:16, 53:24, 54:1,
55:25, 58:18, 59:17,

69:18, 71:16, 76:22,
79:9, 83:12, 83:23,
84:6, 84:8, 84:12,
92:21, 92:22, 95:14,
111:10, 123:16,
124:10, 139:16,
139:18, 139:19,
139:21, 141:4, 141:5,
146:16, 151:10,
151:11, 160:24,
163:12, 166:4,
166:16, 174:3
**fist** - 200:11
**five** - 5:9, 203:14,
203:16, 205:20
**Five-** 130:25
**floor** - 202:17
**focus** - 156:24
**focusing** - 118:15
**follow** - 66:13
**follows** - 2:20,
24:17, 82:7, 146:17,
174:4
**food** - 199:14
**football** - 145:21
**foregoing** - 205:23
**forth** - 29:13
**forward** - 145:23,
145:25, 178:6
**founded** - 177:4
**Four-** 112:21
**four** - 121:24,
121:25, 168:23,
175:3, 188:7, 192:3,
203:9, 203:10
**four-month** -
168:23
**four-year** - 192:3
**frankly** - 76:1
**free** - 30:4, 108:5,
188:12
**frequently** - 166:14
**Friday-** 20:12,
188:21
**fried** - 168:16
**Frieda-** 192:21,
192:25, 193:4,
198:16, 198:22
**Frieda's-** 190:16
**friend** - 33:14, 89:9,
135:5, 188:24
**friends** - 29:3, 30:6,
33:12, 135:8, 196:8
**front** - 6:18, 9:4,
12:9, 25:1, 55:2,
61:18, 86:16, 103:21,
117:21, 193:3
**fronts** - 61:21
**froze** - 50:23, 122:1,
126:25
**frozen** - 51:11
**Fuchs-** 1:15, 86:8,
88:12, 89:2, 104:14
**full** - 24:18, 30:5,
146:18, 174:5, 202:9
**fuzzy** - 168:19,
168:25

**G**

**gallery** - 29:1, 29:2
**games** - 145:21
**gap** - 36:4, 36:5,
48:15, 101:23,
102:11, 103:23,
115:4, 115:6, 117:3,
137:5, 140:24
**Gary** - 1:17, 196:16
**Gasque-** 194:2
**Gaudenzia-** 187:23,

188:11
**general** - 183:11,
186:22
**generally** - 116:18,
148:8, 187:3
**Generally-** 183:13
**gentleman** - 9:2,
47:17, 198:8
**gentlemen** - 10:10,
24:2, 86:6, 88:9,
88:12, 89:22, 93:15,
101:20, 110:4, 111:5,
118:4, 118:11, 121:6,
121:9, 121:17, 127:5,
127:20, 128:20,
131:6, 201:23
**girl** - 15:11
**girlfriend** - 53:9,
116:19, 188:16,
188:17
**girlfriend's** - 44:6,
45:8, 45:23, 60:3,
60:10, 115:25,
125:22, 125:23,
139:12
**given** - 30:1, 33:19,
143:6
**glad** - 190:21
**gloves** - 109:3
**goods** - 165:2
**government** - 2:12,
6:22, 7:18, 10:4, 21:3,
22:11, 22:14, 23:2,
24:1, 24:12, 26:1,
66:24, 76:21, 82:3,
86:21, 89:11, 91:6,
94:14, 96:18, 99:17,
100:21, 101:11,
103:10, 106:8, 108:3,
110:3, 110:17,
110:18, 128:16,
128:17, 133:19,
146:12, 147:25,
162:10, 163:2,
163:16, 199:3,
202:24, 204:21,
204:24, 204:25,
205:14
**Government-**
100:15, 133:11
**government's** -
25:4, 101:8, 150:1
**Government's-**
165:19
**grab** - 108:13
**grades** - 189:6
**graduated** - 180:4,
180:5
**gram** - 62:13
**grams** - 62:8, 62:10,
62:14, 90:7, 90:8,
90:11, 134:23, 164:2
**grand** - 2:11, 2:12,
6:18, 6:21, 7:3, 9:24,
10:2, 10:11, 11:8,
14:7, 18:22, 18:23,
19:17, 20:4, 21:4,
23:1, 25:2, 25:3,
25:12, 26:22, 27:1,
27:24, 28:3, 28:8,
42:22, 53:17, 53:19,
53:24, 54:1, 54:2,
55:1, 55:7, 55:23,
55:25, 56:3, 56:6,
56:10, 58:17, 59:14,
65:6, 65:8, 66:4, 66:5,
66:11, 66:12, 66:15,
70:6, 74:19, 74:22,
75:1, 75:16, 75:22,
76:15, 76:22, 76:23,

5

77:10, 77:14, 78:22,
79:19, 79:22, 80:23,
81:1, 83:1, 83:13,
83:20, 83:23, 84:3,
84:6, 84:21, 85:14,
86:12, 86:13, 86:17,
86:20, 88:5, 88:7,
88:19, 88:20, 90:13,
91:6, 91:22, 92:5,
92:21, 100:10,
100:19, 101:9,
101:21, 103:3,
103:15, 103:21,
106:2, 119:14,
119:18, 126:12,
132:1, 132:12,
132:19, 133:5,
133:17, 135:11,
135:13, 136:5,
136:10, 143:6, 143:8,
145:7, 182:5, 182:25,
183:2, 183:7, 198:20
 **grandma's** - 190:16
 **grandmother** -
183:12, 183:15,
192:18, 193:5, 198:14
 **grandmothers** -
192:22
 **grass** - 16:5, 41:12,
55:13, 142:5
 **grassy** - 55:15
 **gray** - 102:6,
102:16, 137:22,
138:3, 138:4, 138:6,
138:17, 166:1
 **Gray** - 137:20,
137:21
 **great** - 101:22,
102:10, 103:22,
104:11, 117:9, 137:1,
137:4, 137:15, 138:4,
138:12, 139:6
 **Great** - 101:24
 **green** - 20:4, 44:25,
189:4, 190:1
 **ground** - 91:9,
91:21
 **group** - 33:10,
156:11, 203:12
 **grow** - 32:12
 **grown** - 32:12
 **guess** - 22:1, 38:9,
50:1, 63:6, 95:9,
96:24, 97:1, 114:14,
122:15, 129:14,
131:24, 156:19,
191:9, 192:11
 **Guest** - 3:2, 4:12,
6:24, 27:25, 28:4,
34:19, 53:6, 64:23,
68:6, 68:10, 76:23,
77:12, 77:20, 77:23,
82:11, 85:8, 118:5,
123:6, 123:14,
123:16, 138:8,
139:18, 145:19
 **Guest's** - 27:8,
77:15
 **gun** - 37:3, 38:15,
38:22, 39:1, 39:6,
40:6, 40:7, 40:18,
41:20, 42:18, 42:24,
43:4, 43:9, 44:2, 45:4,
45:12, 48:25, 49:5,
49:11, 49:13, 49:18,
50:8, 50:14, 50:19,
71:12, 71:13, 71:15,
71:22, 71:25, 72:13,
78:25, 79:2, 79:13,
80:1, 80:9, 83:2,

94:21, 95:10, 100:3,
100:5, 102:20,
102:23, 104:20,
105:13, 108:13,
109:4, 109:6, 109:9,
109:16, 111:6,
112:22, 114:15,
114:16, 114:18,
114:20, 122:12,
122:19, 122:22,
123:4, 126:8, 128:23,
135:20, 137:9, 138:7,
143:25, 144:9, 144:12
 **guns** - 43:13, 43:15,
64:19, 72:3, 105:20,
114:8, 114:10
 **gunshot** - 4:23
 **gunshots** - 91:8,
91:18
 **guy** - 48:8, 49:1,
68:25, 98:5, 104:19,
105:5, 194:1, 195:15
 **guys** - 107:10,
112:19, 121:21,
171:14, 172:15, 173:2

**H**

 **habit** - 187:22
 **half** - 12:10, 164:23,
188:13
 **halfway** - 45:15,
111:21
 **Hall** - 1:7, 2:10, 3:2,
6:24, 20:8, 21:22,
22:1, 26:23, 28:16,
30:2, 30:4, 30:6,
30:11, 30:16, 32:20,
32:23, 34:13, 49:9,
53:8, 57:24, 65:4,
72:11, 77:1, 77:3,
89:6, 89:13, 89:25,
90:15, 91:1, 92:1,
93:3, 94:15, 95:1,
95:14, 96:9, 97:21,
98:13, 99:9, 100:5,
105:22, 106:8,
106:25, 107:6, 108:2,
108:12, 110:2, 110:8,
111:11, 111:19,
112:19, 112:23,
113:7, 113:8, 113:11,
114:15, 115:1,
115:16, 118:12,
118:16, 119:5,
119:18, 120:1, 120:8,
120:15, 120:19,
121:10, 121:13,
122:1, 122:9, 122:22,
123:13, 126:7,
126:10, 126:14,
126:25, 134:1,
134:10, 135:8,
135:18, 135:20,
135:23, 136:16,
136:17, 138:7,
139:16, 140:9,
140:17, 141:10,
141:23, 142:5,
142:15, 144:17,
145:17, 145:20,
146:2, 155:11,
155:22, 156:1, 156:2,
156:20, 156:23,
158:6, 158:8, 160:25,
161:14, 168:3, 175:4,
178:7, 178:8, 178:15,
178:25, 179:14,
179:19, 181:2, 182:2,
183:15, 183:25,

184:8, 184:9, 184:11,
186:8, 186:9, 186:12,
192:22, 192:23,
197:20, 197:24,
199:4, 202:21,
203:15, 204:8
 **Hall's** - 30:22,
105:20, 123:21,
192:17
 **Hamlet** - 146:13,
146:15, 146:21,
146:25, 147:1,
149:15, 152:19,
171:1, 172:3
 **hand** - 49:15, 58:14,
91:8, 102:13, 102:16,
102:18, 118:8,
122:13, 122:14,
122:15, 122:19,
137:5, 149:21, 149:22
 **hand-to-hand** -
91:8
 **handed** - 114:15
 **handgun** - 109:19
 **handle** - 109:6
 **hands** - 16:8, 109:7,
112:3
 **hang** - 46:16, 48:12,
125:5
 **hanging** - 31:21,
33:25, 56:15, 63:4,
106:16, 138:2
 **hard** - 28:24, 173:3
 **hardly** - 104:19
 **hat** - 3:8, 17:10,
49:20, 50:5, 73:6,
73:10
 **Haul** - 107:14,
109:22
 **head** - 14:21, 29:13,
56:1, 110:22, 192:7,
197:10
 **headaches** - 179:24
 **hear** - 11:12, 11:21,
51:9, 52:22, 55:24,
61:7, 70:7, 73:14,
123:6, 123:13,
140:24, 147:13,
163:18
 **heard** - 4:23, 5:18,
11:18, 14:25, 27:8,
27:14, 27:24, 28:4,
43:23, 47:14, 50:25,
51:2, 51:3, 51:8, 52:1,
58:5, 58:10, 58:15,
58:19, 69:18, 70:13,
70:16, 73:18, 77:11,
77:14, 77:20, 91:8,
91:18, 120:7, 122:8,
123:10, 123:12,
123:16, 124:16,
125:3, 141:5, 141:12,
141:21, 193:7, 200:9,
203:2
 **hearing** - 180:14
 **hearings** - 177:16
 **heavy** - 168:11
 **height** - 18:5, 18:11
 **Heights** - 187:24
 **help** - 89:4, 93:8,
99:11, 107:9, 114:22,
115:15, 119:8, 159:9,
159:18, 160:5,
161:22, 179:24
 **helps** - 36:9, 130:6
 **heroin** - 180:11,
187:11, 197:3
 **Heroin** - 180:16,

185:21, 185:22
 **herself** - 176:1,
178:3
 **hide** - 186:22
 **high** - 97:4, 99:2
 **highlighted** - 28:10,
183:10
 **Hill** - 193:7
 **himself** - 59:22,
120:12, 120:20,
120:21, 140:14,
159:14, 159:15
 **hit** - 49:15, 149:20,
149:22, 169:16,
169:18, 169:19,
169:21, 169:23,
189:16, 199:9, 200:12
 **Hit** - 118:8
 **Hold** - 81:20
 **hold** - 201:23
 **holds** - 40:25
 **holler** - 156:13
 **home** - 8:20,
156:21, 156:25,
161:14, 161:18
 **Honestly** - 192:2,
198:12
 **honestly** - 122:20,
191:21, 196:24,
199:18
 **Honor** - 2:16, 3:12,
10:6, 21:14, 29:10,
29:20, 29:24, 30:20,
57:8, 61:6, 67:1,
72:19, 75:11, 75:21,
80:21, 81:3, 81:25,
84:11, 85:22, 87:3,
100:17, 100:20,
103:11, 103:16,
130:13, 144:21,
172:11, 173:20,
175:24, 201:21,
202:25, 203:22,
205:15, 205:18
 **Honorable** - 1:12
 **hood** - 17:10
 **hoodie** - 3:6, 17:9,
49:20, 50:6, 73:6,
73:10
 **hooked** - 199:19
 **hour** - 116:3, 116:7
 **Hour-** 46:6
 **hours** - 20:22, 20:24
 **house** - 4:10, 4:13,
36:3, 44:4, 44:5, 44:6,
44:21, 45:2, 45:5,
45:8, 49:23, 58:25,
60:3, 60:16, 88:22,
91:19, 113:3, 113:21,
115:23, 115:24,
115:25, 116:11,
116:12, 116:19,
125:20, 125:21,
125:22, 137:24,
137:25, 138:2, 148:7,
148:8, 150:12,
150:19, 151:6,
151:12, 151:21,
151:22, 152:1, 152:4,
152:20, 153:8, 155:1,
155:22, 156:3, 158:8,
158:23, 158:24,
160:8, 161:13,
161:23, 165:19,
165:22, 166:15,
166:21, 167:8,
167:15, 167:18,
168:6, 169:7, 171:2,
171:7, 171:21,
183:14, 191:12

houses - 36:1,
39:13, 55:9, 55:18,
55:20, 99:13, 99:21,
115:11
 **housing** - 162:11
 **Howard** - 24:13,
24:15, 24:20, 24:24,
25:9, 26:21, 28:13,
31:4, 64:1, 76:11,
85:25, 87:1, 88:1,
88:17, 93:9, 93:23,
93:25, 94:5, 99:13,
104:18, 118:9, 119:1,
122:21, 125:5,
128:22, 131:11,
131:22, 144:24, 146:7
 **humorous** - 173:2
 **hunch** - 99:25
 **hundred** - 200:5
 **hurt** - 35:9
 **hustles** - 90:20
 **hydrant** - 50:11,
111:13, 115:20,
119:1, 121:18,
121:22, 137:24,
140:25, 141:24

**I**

 **I-will-not-be-**
**prosecuted** - 145:11
 **idea** - 153:14, 155:1
 **identification** -
10:12, 100:21,
133:18, 194:8,
194:13, 194:16
 **identified** - 20:8,
49:8, 197:21, 198:8
 **identify** - 20:2
 **identifying** - 21:3
 **imagine** - 44:19,
182:24
 **immediately** - 4:22,
124:18, 141:13
 **immunity** - 101:11,
128:12, 128:15
 **impeach** - 175:21
 **impermissible** -
30:1
 **implicate** - 65:4
 **important** - 13:2,
13:6, 128:18
 **incarcerated** -
168:24
 **incident** - 188:15,
188:16, 190:18
 **incidents** - 203:8,
203:14
 **include** - 82:12
 **incrimination** -
205:2
 **independent** - 5:12
 **indicate** - 148:5,
148:6
 **indicated** - 77:23
 **indication** - 175:20
 **indicted** - 8:19
 **indictment** - 176:19
 **individuals** - 18:14
 **indulgence** - 81:7,
100:14, 130:10
 **information** - 77:24,
80:8, 82:10, 82:12,
82:16
 **infrequent** - 134:2
 **ingest** - 154:16
 **inquire** - 87:23
 **inside** - 116:11
 **instead** - 37:15
 **instruct** - 29:11

6

instruction - 29:25, 30:25, 204:16
intention - 30:25
interest - 158:3, 158:6
interested - 64:22, 156:1, 181:8, 184:9, 186:10, 199:16, 199:20
intersected - 149:9
interval - 2:24
interview - 65:14
interviewed - 193:9
intimate - 33:14
intimidate - 30:6, 30:11
introduced - 180:17, 199:13, 199:23
invade - 117:17
investigator - 4:2, 163:5, 163:6, 163:8
invite - 60:7
involve - 123:1, 123:3
involved - 186:2
Irene - 198:15, 198:23, 199:1
Isaac - 2:18, 2:23, 3:11, 7:6, 10:15, 24:8, 125:11
issue - 178:3
issues - 202:11
itty - 165:1
itty-bitty - 165:1

**J**

Jackson- 196:25
jail - 143:24, 169:4, 187:15
Jamal- 93:25, 94:8
Jamara- 24:12, 24:15, 24:20, 93:19, 93:23, 94:5, 94:7
January- 167:25, 168:4, 175:6, 175:16, 176:19, 176:25, 177:1, 177:5, 177:11, 178:3, 178:5, 178:8, 179:4
Jeans- 109:21
jeans - 49:20, 109:22, 119:6
job - 22:18, 22:20, 22:22, 200:3
Jocelyn- 146:13, 146:15, 146:21
jog - 122:2
jogging - 121:15
Jogging- 121:16
John- 1:15
joint - 14:22
Jones- 52:17
Jr- 1:15
judge - 37:16, 127:23, 128:5
Judge- 1:13, 162:17, 170:6, 174:19, 174:23, 178:21, 190:25, 194:17, 200:15
judicial - 181:24
Jughead- 195:21, 195:23, 195:24
jump - 104:25
June- 129:12, 193:10, 193:23, 194:24, 197:17
juries - 92:21

jurors - 16:7, 45:17, 92:5, 92:6, 110:24, 147:13
Jury- 1:13, 202:1, 202:14
jury - 2:11, 2:13, 6:18, 6:21, 7:3, 9:24, 10:2, 10:11, 10:13, 11:8, 14:7, 18:22, 18:23, 19:17, 20:4, 21:4, 23:1, 24:2, 25:2, 25:3, 25:12, 26:22, 27:1, 27:14, 27:24, 28:3, 28:8, 32:1, 35:24, 36:9, 36:12, 37:18, 39:11, 39:15, 39:18, 39:21, 39:23, 41:19, 42:21, 42:22, 44:19, 45:16, 46:12, 47:24, 48:11, 48:20, 49:16, 53:17, 53:19, 53:21, 53:24, 53:25, 54:1, 54:2, 55:1, 55:7, 55:23, 55:25, 56:3, 56:4, 56:6, 56:10, 57:14, 57:21, 58:4, 58:17, 59:14, 61:21, 62:4, 65:7, 65:8, 65:9, 66:4, 66:5, 66:11, 66:12, 66:15, 70:6, 74:19, 74:22, 75:1, 75:16, 75:22, 76:15, 76:22, 76:23, 77:10, 77:14, 78:22, 79:19, 79:22, 80:3, 80:23, 81:1, 83:1, 83:13, 83:20, 83:23, 84:3, 84:6, 84:22, 85:14, 86:6, 86:12, 86:14, 86:17, 86:20, 88:5, 88:7, 88:19, 88:20, 89:23, 90:13, 91:6, 91:22, 93:8, 93:15, 100:11, 100:19, 101:9, 101:21, 103:3, 103:15, 103:22, 106:2, 110:4, 110:23, 111:5, 113:8, 118:4, 118:11, 119:14, 119:18, 121:9, 126:12, 127:6, 127:20, 128:20, 132:1, 132:13, 132:19, 133:6, 133:17, 135:11, 135:13, 136:5, 136:10, 141:3, 141:4, 143:7, 143:8, 145:8, 148:5, 148:8, 148:10, 151:24, 152:11, 152:20, 154:3, 154:8, 154:20, 160:12, 172:21, 173:11, 179:18, 184:7, 185:5, 185:15, 188:19, 199:11, 202:10, 202:12, 202:15, 202:17, 204:16, 204:19, 204:22

**K**

Kareem- 17:3, 27:8, 27:25, 28:4, 34:18, 35:2, 48:15, 48:18, 48:21, 50:25, 51:3, 51:7, 51:17, 52:1, 53:6, 68:17, 70:7, 73:14, 73:18, 76:23, 82:11, 85:8, 118:19,

120:7, 122:8, 124:14, 124:15, 139:13, 141:25, 142:1, 142:6, 143:1, 145:19
Keep- 77:5, 136:21, 143:17, 149:14, 180:12
keep - 141:13, 153:8, 182:18, 186:23, 187:4
keeps - 180:24
Kermit - 48:2, 149:12
Kev- 18:20, 36:22, 36:23, 37:2, 41:17, 46:19, 59:24, 70:21, 151:13, 151:14, 151:15, 151:21, 153:18, 154:24, 154:25, 160:1, 164:16, 165:9, 169:13, 169:14, 199:6
Kevin- 5:15, 15:1, 15:19, 16:2, 16:15, 19:7, 19:19, 21:17, 41:15, 41:17, 42:12, 42:14, 52:15, 71:4, 71:6, 71:9, 112:10, 112:11, 124:4, 140:4, 140:6, 140:12, 141:7, 155:21, 171:1, 199:16, 199:23, 200:24, 200:25
key - 175:23
Keyburn - 47:15, 47:17, 120:23, 120:24, 121:1, 121:4, 121:6
kids - 145:20, 159:20, 171:2
kill - 68:9, 85:11, 138:8
killed - 53:5, 64:23, 64:24, 68:6, 76:23, 85:8, 135:22
killing - 105:4
kind - 17:13, 40:7, 106:20, 153:1, 160:16, 168:15, 168:18, 169:13, 169:21, 173:2, 192:13
Kinda- 168:13
Kinda-sorta- 168:13
knowing - 135:22, 186:10
knowingly - 176:21
knowledge - 5:12, 64:22, 64:24, 82:11
known - 26:8, 32:22, 32:25, 93:10, 155:19, 195:9, 198:1
knows - 152:21, 176:15
Kwana- 46:24, 95:25, 96:2, 96:4, 96:7, 97:14, 124:3

**L**

ladies - 10:10, 24:2, 86:6, 89:22, 93:14, 101:20, 110:4, 111:5, 118:4, 118:11, 121:6, 121:16, 127:5, 127:20, 128:20
Ladies- 131:6, 131:14, 201:23
lady - 153:20, 201:13

Larry- 196:2
laser - 36:8, 36:16, 37:18, 110:13, 110:15
last - 2:4, 2:7, 6:21, 7:2, 7:25, 8:6, 16:2, 27:17, 27:25, 28:4, 33:18, 66:12, 66:16, 70:13, 70:14, 79:11, 81:22, 84:9, 143:4, 175:2, 184:12, 187:7, 188:9, 188:14, 193:7, 203:11, 203:12
Lastly- 199:3
late - 98:21, 98:22, 112:7, 166:5
law - 2:20, 24:17, 31:14, 146:17, 174:4
laws - 127:25
lawyer - 83:13, 163:13, 163:15, 172:19
lawyers - 22:14, 23:3, 86:21, 106:8, 117:10, 163:12, 172:16, 204:10, 205:5, 205:9
leading - 64:10
Lean- 145:23, 145:25
learn - 168:2
lease - 171:18
least - 38:13, 42:15, 175:7
leave - 30:14, 108:12, 153:12, 153:15, 159:2
leaves - 202:18, 202:22
leaving - 19:24
led - 179:19, 187:8
left - 23:15, 34:1, 38:1, 45:24, 45:25, 46:3, 46:10, 46:11, 49:15, 113:21, 115:15, 115:16, 118:8, 124:22, 125:18, 148:1, 148:25, 149:21, 149:22, 158:9, 202:17, 203:8
left-hand - 49:15, 118:8, 149:21, 149:22
lens - 148:16
letter - 80:7, 80:15, 80:25, 81:13, 81:15, 101:11, 101:13, 128:15, 129:21, 129:25, 132:3, 132:5, 132:22, 133:2, 143:6, 143:23
letting - 161:23, 166:8
Lie- 92:25
lie - 11:23, 91:12, 91:17, 91:24, 92:25, 93:2, 93:5, 119:21, 130:4, 130:6, 130:12, 135:14, 135:15, 135:18, 135:20, 135:22, 136:4, 136:12, 145:1
lied - 23:24, 91:3, 91:5, 92:23, 92:24, 128:2, 135:11, 145:7, 145:8
lies - 92:18
lieu - 81:4
life - 32:18, 33:18, 179:23, 180:25, 190:20

light - 115:9, 177:25
lighting - 115:4, 115:6
limit - 177:10
limiting - 29:25, 30:25
line - 10:23, 12:14, 28:11, 30:23, 60:19, 72:20, 74:23, 75:2, 75:3, 75:9, 75:10, 91:5, 92:17, 103:7, 138:21
Line- 2:14, 10:25, 12:15, 28:12, 59:2, 59:4, 68:13, 70:22, 73:2, 100:15, 100:16, 100:25
lines - 149:21
list - 81:5, 164:23, 172:23, 203:1, 203:4
listen - 57:10
listening - 92:6
literally - 117:14
live - 31:22, 31:25, 44:12, 106:19, 147:19, 147:21, 149:3, 161:8, 161:11, 182:6
lived - 32:17, 32:19, 44:8, 147:9, 148:6, 149:6, 161:10, 182:25, 183:2, 183:7
living - 53:4, 181:13, 181:14, 183:15
local - 133:16
locals - 181:18
location - 32:4
locked - 168:3, 169:5
Look- 69:2
look - 10:2, 13:19, 17:21, 18:2, 29:1, 29:4, 39:10, 44:18, 54:7, 54:21, 55:6, 76:15, 79:8, 80:14, 84:10, 99:22, 100:11, 101:22, 102:10, 111:3, 114:23, 117:19, 136:25, 137:4, 137:23, 137:24, 148:1, 196:1, 202:19, 202:25
looked - 3:4, 142:14, 143:1
looking - 42:7, 42:8, 44:18, 54:9, 58:14, 103:10, 113:20, 115:2, 115:17, 139:10, 142:4, 144:5, 150:6, 182:12, 184:12, 187:7, 203:19
Looking- 113:22
looks - 33:4, 37:20, 50:10, 187:8
losing - 153:7
loud - 195:5
loudly - 146:19
lying - 92:15, 128:6, 136:5, 145:5
Lynn- 174:2, 174:7

**M**

ma'am - 28:20, 148:1, 149:21, 162:21, 168:2, 172:7, 191:3
Mack - 2:5, 7:8, 7:9, 7:10, 7:18, 9:5, 9:17,

16:2, 16:17, 17:4, 17:21, 18:2, 18:4, 18:16, 18:19, 19:5, 19:24, 20:3, 21:19, 23:3, 23:9, 26:1, 26:8, 27:13, 27:16, 27:25, 34:25, 35:13, 36:12, 37:3, 38:25, 39:5, 39:25, 41:19, 42:24, 43:3, 43:13, 43:15, 43:20, 45:4, 46:19, 48:25, 49:17, 49:19, 50:23, 52:3, 53:18, 57:16, 59:6, 59:8, 59:10, 60:19, 61:15, 62:22, 62:25, 63:1, 64:16, 65:17, 65:18, 66:5, 67:12, 68:2, 70:25, 71:25, 73:19, 77:17, 79:13, 79:23, 83:21, 84:5, 84:13, 84:22, 85:2, 105:5, 122:8, 123:9, 123:17, 136:19, 155:18, 160:11, 163:7, 164:20, 165:9, 166:4, 166:16, 171:1, 188:17, 190:3, 191:15, 191:19, 197:20, 197:21, 198:2, 198:3, 198:8, 201:3, 201:4, 201:8
**Mack's** - 17:16, 29:3, 60:10, 77:11, 163:8, 170:13
**magazine** - 41:3
**mail** - 160:14, 160:16, 160:24, 161:5, 203:5
**main** - 200:3
**Maisel** - 31:17, 34:6, 34:7, 34:22, 34:23, 44:13, 46:15, 55:2, 60:5, 67:5, 107:20, 107:21, 118:24, 149:12, 182:24, 183:2
**Mama** - 152:16, 152:17, 156:14
**man** - 85:4, 85:8, 121:1
**map** - 107:18, 111:10
**marijuana** - 4:10, 5:2, 97:7, 97:14, 97:16, 97:18, 99:1, 99:5, 125:6
**mark** - 121:20
**marked** - 81:10, 81:24, 81:25, 99:17, 133:18, 149:25, 194:13
**Marking** - 113:12, 113:14
**marks** - 139:20, 142:7
**Maryland** - 1:1, 82:9
**mask** - 49:21, 49:25, 67:18, 67:25, 71:2, 73:6, 73:12, 119:8, 119:9, 119:10, 119:11, 119:15, 119:19, 119:22, 140:17, 142:20, 142:22, 142:25
**Mask** - 49:23
**materially** - 175:8
**math** - 179:7
**matter** - 75:12, 131:15, 145:1,

156:17, 202:21, 205:24
**mattered** - 156:18
**matters** - 189:1
**meal** - 153:3
**Mean** - 169:15
**mean** - 35:24, 39:12, 39:23, 41:22, 55:4, 55:5, 61:14, 61:15, 63:9, 95:12, 116:3, 129:14, 157:21, 159:10, 163:13, 176:1, 181:5, 184:16, 185:2, 190:17, 190:18, 192:3, 193:16, 195:13, 201:9
**meaning** - 78:17
**means** - 61:21, 94:21, 95:9, 128:21, 152:21
**meant** - 38:18, 95:3, 137:21, 163:14, 163:15
**mechanical** - 1:24
**medication** - 180:3
**meet** - 87:8, 179:19
**Meeting** - 110:11
**meeting** - 7:4, 7:5, 22:11, 23:1, 79:24, 88:11, 131:23, 132:1, 132:17, 186:18, 191:5, 195:2
**meetings** - 22:24, 87:10
**Meka** - 46:24, 95:25, 96:2, 124:3
**members** - 30:6, 30:22, 44:7
**memory** - 54:8, 192:15, 197:9
**mentioned** - 70:21, 136:6, 169:13, 188:6, 192:17
**met** - 22:11, 22:14, 25:9, 52:25, 64:4, 86:1, 86:15, 86:20, 87:14, 87:17, 87:18, 111:18, 111:20, 111:21, 111:24, 132:4, 147:5, 150:1, 154:4, 159:22, 162:24, 166:4, 166:16, 174:15, 179:17
**Met** - 163:1
**Michael** - 90:10
**microphone** - 77:6, 96:1, 96:21, 136:22, 143:18, 146:20, 149:15, 180:13, 180:15, 182:19
**middle** - 91:7, 205:6
**might** - 7:10, 7:21, 8:8, 8:10, 9:5, 9:7, 20:11, 20:12, 26:2, 37:14, 65:17, 109:9, 164:10
**Mike** - 47:4, 57:4
**mind** - 58:1, 78:19, 201:7
**minute** - 27:3, 46:9, 104:15, 116:4, 131:8, 200:9
**minutes** - 2:7, 5:9, 54:6, 89:24, 91:16, 108:11, 108:15, 108:16, 108:17, 108:18, 116:2, 116:4, 116:9, 130:19,

130:20, 130:21, 130:25, 205:20
**misdemeanors** - 187:12
**misinterpret** - 101:24
**Miss** - 2:23, 3:11, 4:6, 4:10, 4:13, 5:5, 5:11, 7:6, 10:15, 22:7, 24:8, 97:16, 125:2, 146:25, 147:1, 149:15, 152:19, 163:5, 171:1, 172:2, 174:11, 178:15, 180:13, 182:19, 194:15, 201:15
**missing** - 42:6
**misspoke** - 54:18
**mistake** - 18:16, 18:19
**mom** - 182:5, 182:25, 183:2, 183:7, 198:20
**moment** - 3:3, 25:20, 75:24, 76:2, 80:17, 117:9, 184:12, 200:14, 202:3, 202:11, 202:19
**Monday** - 202:7, 202:9
**money** - 134:19, 134:24, 159:7, 165:7, 184:24, 186:6, 199:17, 199:25
**monitor** - 110:19, 113:11, 118:2, 121:4, 121:5, 121:20, 137:1
**monitors** - 117:12
**Monster** - 196:10, 196:11
**month** - 25:8, 79:19, 168:23, 188:11
**months** - 52:21, 154:1, 154:2, 175:3, 181:5, 182:1, 187:18, 187:25, 191:10, 200:4
**Moody** - 22:12, 22:17, 27:19, 52:7, 86:8, 88:13, 88:25, 104:13, 106:7, 191:5, 193:10, 197:18
**Moore** - 129:19, 129:21, 129:23, 129:25
**morning** - 24:24, 202:7, 202:9
**most** - 112:21, 152:10, 156:1, 163:18, 164:9, 187:14
**mostly** - 181:9
**mouth** - 77:15, 164:14, 186:23, 186:24
**Mouzon** - 125:2
**move** - 75:2, 75:9, 147:15, 147:21, 165:21
**moved** - 32:2, 32:18, 147:10, 160:23, 160:24, 193:7
**murder** - 3:2, 10:20, 11:5, 18:25, 26:9, 26:24, 27:6, 34:9, 34:12, 82:11, 83:9, 203:10
**must** - 101:24, 149:13, 149:18

**N**

**name** - 22:23, 24:19, 60:10, 70:7, 72:9, 77:11, 85:25, 93:24, 94:4, 146:19, 152:12, 155:17, 156:13, 174:6, 182:8, 189:1, 192:20, 194:22, 196:12, 196:19, 197:24, 198:15, 198:22, 199:2
**name's** - 188:25
**named** - 48:8, 90:10, 192:23, 194:1, 195:15
**names** - 93:10, 93:16, 93:17, 93:18, 93:21, 193:2, 193:3, 193:22, 194:6, 195:11, 196:15
**narrow** - 177:13
**nasty** - 197:1, 197:13
**Naw** - 105:7
**near** - 26:23, 46:23, 140:25
**nearby** - 187:5
**nearly** - 166:14
**necessary** - 187:4
**need** - 20:11, 48:19, 76:15, 101:6, 147:12, 174:19, 178:1, 179:3, 195:10, 196:20, 202:25, 204:2, 204:11
**needed** - 102:16, 156:19, 185:25, 188:4, 188:10
**neighborhood** - 38:10, 94:20, 145:18
**nervous** - 98:16, 98:18, 108:19
**never** - 3:17, 11:18, 30:8, 57:18, 58:1, 59:8, 83:13, 86:1, 86:3, 86:15, 86:20, 88:11, 88:24, 93:20, 94:1, 94:3, 100:3, 100:5, 102:20, 114:14, 114:15, 152:5, 152:6, 156:18, 158:14, 162:2, 164:6, 165:8, 165:9, 169:25, 170:2, 190:11, 204:19, 204:21
**Never** - 102:23, 114:18, 114:20
**new** - 162:11
**next** - 18:10, 20:23, 48:24, 74:3, 81:23, 84:24, 84:25, 85:5, 122:5, 124:9, 149:8, 172:8, 173:10, 173:15, 173:19, 185:8, 199:21, 202:6, 204:12, 205:6, 205:13, 205:21
**nice** - 153:20, 205:19
**nickname** - 47:10, 152:12, 155:17
**night** - 2:10, 5:1, 21:17, 21:20, 22:2, 25:18, 26:24, 46:19, 46:25, 48:9, 56:13, 71:14, 83:21, 109:23, 116:22, 125:13, 135:16, 187:7, 188:21
**nighttime** - 112:4
**Nine** - 154:2
**nine** - 41:6, 154:1, 192:10, 203:13

**nobody** - 125:4, 159:11
**Nobody** - 105:22
**nobody's** - 107:15
**none** - 2:5, 152:5
**normal** - 18:5
**normally** - 195:25
**Normally** - 186:21
**note** - 72:18
**noted** - 2:23, 30:24
**notes** - 87:9, 141:6
**Nothing** - 17:22, 18:3, 18:4, 38:20, 92:1, 123:18, 126:19, 170:8, 200:17
**nothing** - 27:13, 59:15, 122:8, 123:8, 124:11, 126:2, 126:19
**notice** - 175:7, 177:7, 177:14, 177:15, 177:18, 177:23, 181:24
**noticed** - 47:25
**November** - 25:5, 26:12, 26:20, 53:2, 53:4, 54:1, 54:17, 54:18, 64:25, 65:8, 65:10, 66:11, 66:24, 67:1, 71:14, 78:25, 84:10, 131:24, 131:25, 167:21
**Now's** - 26:6
**now-missing** - 42:6
**number** - 54:13, 72:20, 81:11, 81:21, 81:22, 81:23, 137:2, 199:17

**O**

**o'clock** - 173:9, 202:7, 202:8
**oath** - 31:9, 91:7, 91:15, 92:13, 119:14, 131:13
**obey** - 127:24
**object** - 175:9
**objection** - 30:24, 72:17, 72:18, 75:18, 75:19, 76:1, 87:7, 177:4, 177:25
**Objection** - 17:23, 19:11, 20:17, 21:5, 43:17, 50:2, 63:18, 63:22, 64:10, 65:24, 73:25, 78:5, 138:20, 170:15, 179:2
**obligation** - 87:15
**observations** - 178:8
**observe** - 48:24, 156:20
**observed** - 177:1
**Obviously** - 25:2, 204:5, 204:23
**obviously** - 34:12, 131:2, 179:22
**occasion** - 91:3, 158:10, 184:14, 184:16
**occasions** - 25:17, 87:19, 201:5
**occur** - 156:16
**occurred** - 10:21, 11:6, 16:19, 34:9, 36:13, 87:2, 126:14
**October** - 147:16, 167:18
**odd** - 43:8

**offense** - 82:13
**office** - 7:4, 86:15,
86:21, 87:18
**Office** - 82:8, 82:20,
132:10
**officer** - 127:24,
128:6, 129:24, 202:16
**Officer** - 191:5,
193:10, 197:18
**officers** - 203:16
**offices** - 22:25,
23:1, 87:10
**often** - 33:17, 33:19,
117:8, 151:25,
154:22, 155:24,
156:2, 166:21,
168:19, 168:21
**old** - 32:15, 179:25
**Once** - 44:2, 49:14,
62:24, 120:6, 134:8,
147:7, 147:8, 174:17
**once** - 6:1, 41:20,
62:23, 69:18, 120:6,
156:7, 162:24,
179:17, 181:16,
202:12
**one** - 3:19, 6:5,
20:10, 26:7, 35:23,
39:11, 74:14, 80:20,
81:11, 81:20, 83:18,
87:8, 93:15, 99:12,
104:6, 114:14, 117:6,
129:10, 129:11,
130:10, 130:15,
154:12, 155:2, 155:4,
156:23, 163:19,
164:6, 165:3, 165:6,
165:10, 165:11,
175:1, 177:16,
180:24, 185:17,
186:15, 192:22,
192:23, 196:8,
197:11, 199:13,
199:22, 200:4, 201:24
**One** - 126:12,
154:10, 154:15,
165:10
**one-on-one** - 196:8
**ones** - 153:4, 185:9
**opportunity** - 74:21,
101:4, 103:3
**opposed** - 110:22
**orchestrated** - 30:5,
30:16
**order** - 10:17
**Ordnance** - 187:21
**originally** - 66:11
**otherwise** - 175:20
**ounce** - 152:9,
152:23, 157:11,
163:19, 164:10
**ounces** - 157:9
**outside** - 4:12, 5:6,
5:13, 13:19, 20:22,
46:11, 46:13, 46:14,
84:20, 87:10, 98:23,
107:3, 113:2, 132:19,
175:17
**Overruled** - 17:24,
19:12, 20:19, 21:7,
50:3, 63:19, 63:23,
78:6, 170:16
**overruled** - 31:1,
75:19
**owe** - 61:23
**own** - 105:6, 107:3,
107:7, 128:21,
159:10, 160:6, 160:7,
171:6, 177:21, 188:12
**owned** - 114:18

**Oxycontins** - 180:6

**P**

**pack** - 61:24, 157:9
**package** - 151:6,
151:23, 152:1,
161:15, 166:21,
167:8, 167:15,
167:19, 171:2
**packaged** - 185:5,
185:6
**packages** - 90:21
**Packaging** - 155:14
**packaging** - 156:21,
156:22, 165:2
**page** - 60:19, 72:14,
72:16, 72:20, 72:21,
79:11, 103:12,
103:14, 103:17,
103:19, 104:3, 138:21
**Page** - 2:14, 10:9,
10:24, 10:25, 11:16,
12:14, 26:19, 26:20,
28:11, 28:12, 54:11,
56:14, 57:5, 57:7,
57:14, 58:2, 58:6,
59:2, 60:9, 64:21,
65:1, 66:13, 68:5,
68:13, 70:5, 70:9,
70:19, 70:22, 70:23,
72:23, 72:24, 73:2,
79:11, 80:16, 100:24,
103:18, 137:2,
138:15, 138:22
**pages** - 103:12
**paid** - 153:22,
159:4, 200:5
**painter** - 84:19
**pair** - 109:3
**pants** - 17:12,
17:13, 17:15, 187:2,
187:3
**paper** - 145:12
**paperwork** - 77:22
**paragraph** - 195:4
**paralegal** - 52:9
**Pardon** - 183:19
**Park** - 187:24
**parked** - 11:13
**Parsons** - 203:9
**part** - 33:10, 71:20,
142:15, 148:24,
149:5, 155:7, 162:5,
176:22, 190:19
**particular** - 57:13,
186:19, 188:15, 189:5
**particularly** - 38:25,
161:14, 184:8, 188:22
**parts** - 73:3
**Pasadena** - 181:16,
181:19
**pass** - 48:18
**passed** - 48:21,
49:14, 49:17, 50:10,
50:13, 50:14, 112:1,
112:8, 119:6, 121:18,
121:21
**passenger** - 96:5,
189:22, 189:24
**Passenger** - 96:6
**passing** - 89:15
**passion** - 185:16
**past** - 48:15, 48:25,
49:5, 50:19, 68:17,
69:5, 69:13, 69:17,
69:18, 69:21, 120:3,
120:5, 120:6, 120:7,
122:6, 122:7, 122:18,
140:9, 140:10,

140:12, 140:16,
175:15, 178:19,
196:17
**Path** - 55:12
**path** - 55:13, 55:15,
55:16, 110:11, 188:1
**pathway** - 55:13
**Patricia** - 192:23
**pause** - 108:3
**pay** - 61:23, 134:18,
153:19, 157:17,
157:18, 184:24,
185:12, 190:8
**payment** - 155:2
**peacefulness** - 98:1
**peering** - 117:15
**people** - 29:5, 30:2,
30:12, 30:13, 30:20,
46:18, 56:11, 70:20,
84:20, 94:23, 98:8,
111:15, 112:13,
118:25, 119:2, 119:3,
125:5, 136:4, 151:5,
151:11, 152:12,
152:19, 159:12,
161:21, 161:22,
161:25, 164:23,
176:8, 181:7, 186:1,
193:14, 193:15,
197:7, 197:10,
197:12, 201:12
**perception** - 99:2
**Percocets** - 180:4
**perfectly** - 120:15
**perhaps** - 87:19,
203:24, 205:7
**period** - 3:15,
127:6, 127:7, 129:3,
131:24, 145:9,
156:25, 157:7, 168:7,
168:23, 175:5,
175:17, 175:25,
176:12, 179:12, 192:4
**perjury** - 65:3
**permit** - 151:5
**person** - 9:1, 15:13,
20:3, 20:4, 39:4, 68:5,
69:4, 69:12, 70:8,
70:25, 93:15, 96:18,
96:23, 97:24, 102:1,
119:15, 144:2,
151:11, 154:25,
159:13, 163:9,
169:19, 170:14,
176:9, 185:14,
186:23, 187:4
**person's** - 102:5,
169:14
**personal** - 196:8
**personally** - 156:20,
178:16
**photo** - 99:16,
198:6, 198:8
**photograph** - 34:2,
110:18
**photos** - 193:17
**picked** - 62:22,
190:3
**picture** - 36:14,
55:5, 118:1, 150:2,
195:18, 196:12,
196:13, 196:14,
196:20
**pictures** - 195:10,
197:9
**pills** - 91:9, 91:18,
91:21
**place** - 10:7, 51:9,
64:9, 181:11, 184:7,
200:3

**places** - 146:4
**Plaintiff** - 1:4, 1:15
**play** - 72:3
**plenty** - 204:9,
205:4
**pocket** - 109:17,
109:25, 111:7
**point** - 3:19, 6:9,
34:17, 36:19, 39:20,
41:10, 47:20, 47:25,
49:23, 50:17, 70:5,
70:7, 70:12, 70:14,
75:20, 76:1, 76:10,
76:21, 87:17, 93:2,
97:2, 98:16, 109:16,
115:22, 117:12,
119:24, 119:25,
120:1, 123:21, 124:2,
139:11, 140:4,
142:20, 150:23,
177:19, 180:10,
189:4, 189:11,
193:24, 204:3, 204:8,
205:17
**pointed** - 13:1,
38:4, 137:3, 169:4
**pointer** - 36:9,
37:18, 110:14
**Pointing** - 95:17
**pointing** - 16:7,
36:10, 39:22, 68:23,
68:24, 142:10, 149:1,
149:17, 165:24
**points** - 37:5
**police** - 23:21,
108:24, 190:11
**popped** - 113:25
**position** - 201:22
**Positive** - 12:21,
21:10
**positive** - 12:22,
12:23
**positively** - 12:23
**possessed** - 114:16
**possession** -
187:11
**possibly** - 161:11
**powers** - 102:17
**practice** - 76:4
**pre** - 81:25
**pre-marked** - 81:25
**prefer** - 117:20
**prejudicial** - 76:5,
177:10
**preparation** - 8:1
**prescription** - 125:6
**pressure** - 30:17
**Pretend** - 37:15
**pretend** - 141:24
**pretty** - 18:6, 63:16,
97:24, 157:8, 158:21,
200:3
**Pretty** - 63:20,
95:22, 106:12
**previously** - 104:5,
111:15
**primary** - 183:25,
184:10, 185:20
**private** - 163:4,
163:6, 163:8
**privilege** - 205:2
**probation** - 127:17,
127:21, 127:24,
128:5, 128:7, 129:3,
129:8, 129:24
**problem** - 130:7,
150:24
**problems** - 115:12,
200:6
**proceed** - 2:8, 2:15

**proceeding** - 82:14,
120:2, 205:14, 205:21
**proceedings** -
133:17, 205:23
**Proceedings** - 1:11,
1:24
**process** - 42:22,
152:22
**Proctor** - 1:17, 4:2,
162:16, 162:17,
162:19, 170:5, 170:8,
170:15, 170:17,
173:20, 174:19,
174:23, 175:2,
178:11, 178:20,
179:2, 190:24,
190:25, 191:2,
194:12, 194:17,
194:20, 200:14,
200:17, 204:1, 204:4
**produced** - 1:24
**product** - 184:24
**proffer** - 175:11
**project** - 99:22,
100:7
**projects** - 182:7,
182:9, 190:10
**promise** - 150:18
**promised** - 127:23
**promises** - 82:19
**promising** - 80:7
**proper** - 74:21
**prosecuted** -
128:13, 145:11
**prosecutor** - 87:16
**protection** - 114:11
**provide** - 80:7,
82:10, 82:12, 82:17,
83:2
**provided** - 71:13,
71:15, 71:22, 77:23,
82:16, 83:2, 83:3
**providing** - 79:25
**proving** - 175:18
**prying** - 155:7
**public** - 30:4
**Public** - 158:19
**pull** - 49:25, 199:9
**pulled** - 16:15,
49:23, 142:20,
142:22, 142:25, 199:6
**pulling** - 15:20, 17:2
**punished** - 187:14
**Purcell** - 1:15, 2:4,
2:15, 2:16, 2:22, 6:17,
7:14, 7:16, 10:5, 10:6,
10:9, 10:15, 10:24,
11:3, 12:15, 12:16,
18:1, 19:13, 20:9,
20:20, 21:8, 21:11,
24:12, 24:23, 28:12,
28:17, 29:16, 30:1,
31:3, 37:13, 43:19,
49:10, 50:4, 54:14,
54:15, 54:16, 57:11,
57:12, 61:8, 63:20,
63:24, 64:3, 64:8,
64:13, 64:15, 66:2,
66:23, 67:1, 67:3,
72:15, 72:21, 72:22,
74:2, 74:16, 75:4,
75:11, 76:9, 77:8,
78:7, 80:19, 80:20,
80:24, 81:3, 81:9,
81:24, 82:2, 82:5,
82:6, 85:18, 85:20,
86:7, 87:3, 87:7,
87:15, 87:20, 88:12,
89:1, 99:19, 101:13,
103:16, 104:13,

9

108:9, 110:15,
110:16, 110:20,
116:5, 127:10,
130:18, 130:25,
131:17, 133:9,
133:13, 133:20,
133:23, 136:24,
138:24, 139:2, 139:5,
143:21, 144:18,
144:24, 146:12,
146:24, 148:17,
148:18, 148:20,
149:16, 149:24,
162:13, 162:15,
162:23, 168:14,
170:9, 170:10,
170:12, 170:18,
170:20, 170:24,
170:25, 171:25,
172:7, 172:8, 172:10,
173:7, 173:12,
173:16, 174:10,
175:12, 175:23,
176:4, 176:17,
177:12, 178:4,
178:14, 178:23,
179:5, 179:6, 180:18,
183:4, 190:21,
200:19, 200:21,
201:13, 201:20,
201:21, 202:24,
202:25, 203:4, 203:7,
203:21, 203:25,
205:15
**purchase** - 185:16,
189:7
**purchased** -
178:25, 189:3, 196:23
**purchases** - 186:3
**purpose** - 117:11
**purposes** - 194:8,
194:14
**pursuing** - 139:18
**push** - 183:5,
189:15
**Push** - 183:6
**put** - 39:19, 39:22,
40:16, 40:21, 41:3,
47:23, 58:6, 59:5,
72:24, 76:4, 81:11,
89:17, 89:20, 102:20,
103:24, 104:2, 109:3,
109:25, 110:23,
117:16, 121:4,
147:23, 152:25,
164:14, 180:3,
182:13, 182:14,
186:6, 196:1
**Put** - 41:23, 63:20,
109:17
**putting** - 25:1

---

## Q

**quantities** - 90:14,
90:22
**quarter** - 152:8,
152:22, 157:9,
157:11, 163:19,
164:10
**Quarter** - 152:9
**questioned** - 11:2,
193:15
**questioning** -
74:24, 76:10, 89:11,
150:17, 155:8, 174:13
**questions** - 2:25,
3:9, 7:13, 21:12,
22:10, 24:6, 29:11,
30:15, 68:4, 71:24,

---

76:6, 78:23, 84:23,
85:19, 87:2, 117:20,
130:9, 130:12,
131:21, 133:24,
134:1, 144:19,
144:25, 146:6, 147:2,
147:9, 150:22,
162:14, 162:20,
168:8, 172:1, 178:6,
178:7, 179:18,
190:22, 191:4,
191:13, 191:15,
193:19
**quick** - 124:12,
176:8, 203:17
**quiet** - 172:14
**quite** - 145:8

---

## R

**railings** - 46:1
**Rain-** 46:25, 52:13,
57:4, 124:24, 159:23
**ran** - 50:5, 51:6,
63:16, 64:9, 69:5,
69:13, 69:17, 69:20,
69:21, 69:22, 91:9,
91:19, 122:6, 122:7,
122:9, 122:18,
124:10, 124:20, 125:4
**randomly** - 105:15,
105:18
**rarely** - 117:10
**rather** - 65:3
**reach** - 40:3, 108:13
**reached** - 138:7
**reacted** - 38:20
**read** - 74:22, 75:16,
80:25, 81:18, 100:25,
101:4, 101:6, 103:6,
133:6, 195:4
**reading** - 75:15
**reads** - 82:7, 137:3
**ready** - 122:1,
162:4, 196:17, 196:23
**real** - 181:23,
198:21, 199:1
**realized** - 6:1
**really** - 14:11,
16:23, 18:6, 22:1,
32:21, 46:9, 63:8,
75:24, 89:6, 89:22,
92:18, 96:14, 108:19,
117:17, 123:3,
125:24, 126:19,
130:22, 158:1, 176:5,
177:13, 191:21,
192:1, 192:3, 195:11,
196:15, 197:13,
197:14
**rear** - 16:13
**reason** - 136:4,
136:5
**reasons** - 175:9
**received** - 101:10
**recently** - 32:2
**recess** - 131:8,
205:13, 205:20
**Recess-** 131:10
**Recessed-** 205:22
**recognize** - 34:2,
81:13, 148:2, 148:23,
150:9, 182:11
**recollection** -
74:18, 74:20, 75:8,
74:20, 75:8, 84:8,
**record** - 2:3, 2:25,
20:2, 20:7, 24:19,
29:12, 30:7, 49:7,
80:25, 87:21, 103:11,

---

133:6, 133:15, 144:5,
146:19, 174:6, 187:7,
187:10, 202:20,
205:23
**Record**- 29:23,
74:15, 87:6, 117:7,
130:16, 172:14,
174:22
**recorded** - 1:24,
2:5, 102:1
**recovering** - 153:25
**recross** - 21:13
**Recross-** 21:15,
144:20, 144:22
**Recross-
examination** - 144:22
**recruited** - 30:2
**redirect** - 7:14,
130:17, 130:20,
131:17, 170:9, 200:19
**Redirect-** 7:15,
131:19, 170:11,
200:20
**refer** - 94:14
**reference** - 179:3
**referencing** - 2:13
**referred** - 133:16,
138:22
**referring** - 66:24,
110:3, 134:9
**reflect** - 2:3, 20:7,
49:7
**reflecting** - 198:7
**refresh** - 54:8,
74:20, 75:8, 76:3,
75:8, 76:3, 76:13
**refreshed** - 197:9
**refreshes** - 195:6
**regard** - 204:22,
205:4
**regardless** - 149:19
**region** - 181:13
**regular** - 18:5,
126:19
**rehab** - 188:5, 188:7
**reimburse** - 199:24,
199:25
**related** - 193:1,
193:4
**relative** - 198:19
**relaxing** - 116:18
**released** - 20:15,
187:21
**relief** - 128:25
**relieved** - 143:5,
143:10, 143:15,
144:11
**remainder** - 203:10
**Remember**- 150:1
**remember** - 3:1,
3:2, 3:3, 5:25, 6:2,
6:18, 9:23, 9:25,
10:15, 10:19, 11:14,
17:13, 17:14, 28:13,
37:3, 42:3, 46:7,
46:21, 46:22, 48:4,
54:3, 54:5, 54:19,
54:22, 54:25, 57:15,
64:6, 66:14, 73:4,
73:24, 76:14, 76:15,
77:2, 77:9, 79:5,
79:12, 80:1, 84:8,
88:3, 89:25, 91:21,
99:5, 100:10, 100:12,
124:25, 127:16,
129:10, 129:14,
129:15, 129:21,
129:25, 132:4,

---

141:14, 142:1,
151:10, 151:16,
159:8, 165:13,
179:13, 180:25,
188:15, 188:16,
188:22, 195:23,
196:3, 196:11,
196:12, 197:2, 197:5,
197:12, 197:14,
197:15
**remembered** -
70:21, 196:13
**rental** - 188:23
**rented** - 188:24,
190:6
**repeat** - 2:6, 23:19,
28:2, 84:7
**Rephrase**- 64:11
**report** - 194:21,
195:1
**reported** - 59:13
**reporter** - 3:16,
102:3, 102:25
**Reporter**- 2:2
**reputation** - 43:20,
43:25, 98:1, 98:4,
170:13
**request** - 32:6,
34:12
**require** - 177:8
**respect** - 2:4,
172:16, 176:18,
202:21
**response** - 30:15,
74:4, 80:3
**rest** - 150:17
**restrict** - 117:10
**Resumed**- 2:21
**return** - 131:11
**review** - 103:3
**reviewed** - 104:5
**revolver** - 40:10,
40:13, 41:1
**Richard**- 1:12
**rid** - 126:7
**rights** - 205:3
**ring** - 194:3, 195:21
**risk** - 65:3
**Road**- 187:21
**roaming** - 172:20
**rock** - 62:2, 62:4
**rocks** - 100:11,
101:22, 101:24,
103:23, 104:11,
109:16, 137:4,
137:15, 138:4,
138:12, 139:6, 152:4,
154:14, 166:1
**Roddy**- 48:8
**roll** - 4:22, 176:8,
189:25
**Rolland**- 205:24,
205:25
**rolling** - 14:21,
14:24
**room** - 10:13, 88:8,
88:25, 165:10, 202:16
**Ross-** 5:5, 5:11,
22:7, 97:16
**Ross's-** 4:6
**row** - 29:2, 30:5
**rule** - 133:16
**Rule-** 74:17, 75:6
**rules** - 74:21
**run** - 48:25, 70:25,
104:19, 140:10,
140:12
**Running**- 49:5
**running** - 49:17,
50:14, 50:19, 75:19,

---

120:5, 141:7
**rush** - 131:3

---

## S

**safety** - 32:8
**sale** - 54:23, 55:1,
56:5, 56:7
**sales** - 63:10
**sat** - 74:5, 88:24
**saw** - 4:12, 16:2,
17:1, 17:3, 27:6,
33:17, 46:12, 48:12,
56:13, 57:4, 57:18,
58:5, 59:8, 59:10,
70:25, 73:3, 84:20,
95:15, 118:5, 120:1,
126:24, 139:16,
139:18, 139:19,
139:21, 139:23,
141:19, 141:23,
158:2, 158:8, 163:18,
164:9, 165:9, 176:15,
196:14
**scared** - 28:9,
28:14, 53:1, 53:3,
53:5, 57:22, 57:23,
57:25, 63:21, 83:7,
104:23, 105:9,
105:10, 122:18,
126:6, 126:22,
126:25, 127:2, 127:7,
127:8, 136:7, 136:8,
136:10, 136:12,
136:15, 143:16,
143:19, 143:22
**scary** - 96:18,
96:23, 97:24, 146:3
**scene** - 26:23
**schedule** - 173:14,
173:16, 173:19, 202:5
**scheduling** -
202:11, 202:12
**scope** - 20:18
**screen** - 39:20,
39:24, 44:19, 45:17,
76:4, 110:19, 110:24,
141:3, 148:2, 148:6,
182:13, 183:2, 183:6
**screens** - 110:25,
111:3
**seal** - 153:3
**seal-a-meal** - 153:3
**searching** - 91:20
**seat** - 6:5, 189:22
**seated** - 15:21, 20:4
**Seattle**- 48:5,
52:17, 56:15, 56:18,
56:22, 59:3, 68:5,
68:9
**second** - 14:6, 27:1,
58:3, 65:6, 66:3,
71:19, 74:14, 75:1,
78:24, 79:5, 81:20,
83:12, 88:1, 97:10,
117:6, 118:16,
119:17, 124:18,
130:11, 130:15,
170:5, 201:24
**secondarily** - 177:8
**seconds** - 42:15,
185:2, 185:3
**secret** - 64:16
**section** - 99:16
**sections** - 99:13
**security** - 202:16
**see** - 12:13, 12:17,
14:5, 16:7, 16:10,
16:23, 16:24, 16:25,
29:2, 29:5, 30:21,

---

10

33:19, 34:1, 36:9,
36:14, 39:11, 39:12,
39:18, 39:21, 39:23,
44:19, 44:21, 45:25,
46:25, 47:8, 47:15,
47:20, 48:8, 51:16,
54:22, 55:5, 56:1,
56:7, 56:14, 57:14,
59:5, 63:1, 63:2,
63:10, 67:8, 68:9,
68:17, 73:9, 73:12,
77:10, 77:22, 78:1,
79:9, 83:21, 84:22,
98:11, 98:12, 111:10,
114:23, 118:16,
118:20, 119:24,
120:15, 120:19,
124:9, 124:11,
124:12, 125:4,
132:21, 137:24,
137:25, 139:24,
140:4, 140:19,
140:22, 141:7,
141:15, 142:14,
142:15, 142:16,
142:17, 148:2, 148:9,
148:12, 148:13,
148:14, 148:21,
148:25, 149:2, 149:5,
150:4, 152:3, 152:7,
152:23, 155:24,
156:24, 158:10,
158:13, 159:1, 164:6,
164:14, 169:10,
169:16, 169:18,
169:19, 170:2, 176:6,
176:11, 182:16,
183:1, 183:10,
183:18, 183:20,
184:13, 187:7,
187:11, 189:13,
190:13, 190:15,
192:5, 192:8, 195:5,
195:10, 196:20,
202:8, 203:23
  **See** - 192:6, 196:19,
198:16
  **seeing** - 14:12,
115:12, 135:18,
176:12, 178:17, 198:6
  **seeked** - 179:23
  **seeking** - 179:16
  **seem** - 38:24
  **self** - 159:14, 205:2
  **self-incrimination** -
205:2
  **sell** - 61:14, 61:16,
62:6, 90:2, 107:6,
108:2, 108:5, 127:3,
134:6, 134:24, 135:6,
176:9
  **selling** - 91:8,
107:8, 107:13,
107:14, 107:15,
116:22, 128:2,
128:12, 129:7,
176:13, 199:14
  **sells** - 60:20, 90:21
  **semiautomatic** -
40:10, 40:22, 41:1,
41:2
  **send** - 22:22
  **sense** - 101:25
  **sent** - 22:20, 187:15
  **sentence** - 103:7
  **sentencing** - 173:9
  **separate** - 171:6,
171:9, 201:5
  **September** - 2:10,
25:18, 31:5, 31:17,

82:11, 132:25,
144:12, 145:19,
167:14, 168:3
  **sequence** - 51:2
  **series** - 144:24
  **serious** - 176:5
  **serving** - 84:19,
187:17, 188:10
  **session** - 28:8,
59:14, 66:8, 66:13,
70:6, 70:10, 70:12,
78:24
  **settled** - 200:5
  **Seven** - 62:9, 62:10,
90:7
  **seven** - 62:10,
62:14, 90:11
  **several** - 71:24,
93:10, 135:10,
135:11, 187:9
  **shake** - 29:13
  **shaking** - 97:2
  **Shameka** - 70:21
  **Shaquanda** - 2:18,
70:22, 125:9, 125:11
  **shell** - 113:23,
114:2, 114:6, 114:24,
115:17
  **shifts** - 204:21
  **ships** - 89:15
  **shirt** - 20:5
  **shocked** - 39:5
  **shoot** - 43:6, 49:13
  **shooter** - 6:24
  **shooting** - 14:13,
16:3, 16:19, 19:22,
19:24, 49:11, 51:17,
54:4, 55:21, 55:24,
56:8, 56:22, 66:15,
67:9, 69:15, 69:16,
69:19, 71:13, 126:13,
140:21, 141:16,
141:24, 142:6, 143:1,
145:19, 203:9
  **shop** - 188:23
  **short** - 116:9,
130:23
  **shortly** - 194:13
  **shot** - 5:18, 14:22,
51:9, 52:2, 58:10,
69:18, 70:8, 77:16,
124:16, 124:18,
141:5, 141:19
  **shots** - 5:18, 5:20,
11:13, 11:18, 11:21,
14:25, 50:24, 51:2,
51:3, 51:5, 51:18,
51:19, 51:20, 51:22,
58:5, 58:15, 58:19,
69:22, 123:10,
124:10, 125:4,
140:24, 141:12
  **shoulder** - 117:15,
117:16, 117:19,
172:23
  **show** - 36:7, 37:18,
39:10, 39:15, 47:24,
48:16, 49:16, 74:19,
99:17, 100:24, 110:4,
110:13, 118:4,
118:11, 121:5, 121:9,
121:16, 141:3, 141:4,
148:8, 149:25, 194:12
  **Show** - 36:16,
48:19, 111:5, 141:2
  **showed** - 150:1,
193:16, 198:7
  **showing** - 3:5,
36:11, 80:18, 81:10
  **Showing** - 11:16

  **shown** - 2:11,
47:21, 65:9, 182:11,
196:13, 197:9
  **shows** - 55:5
  **sic** - 102:10, 196:22
  **side** - 15:22, 15:23,
15:25, 16:1, 16:9,
16:10, 16:17, 16:19,
16:24, 55:3, 55:4,
55:8, 68:23, 69:3,
69:6, 95:18, 96:4,
96:5, 96:6, 142:8,
142:10, 142:16,
142:18, 142:19,
156:12, 165:21,
189:24
  **sides** - 115:11
  **sidewalk** - 44:20,
49:16, 110:10, 121:7,
141:25, 142:1, 142:4,
142:6
  **sign** - 103:14, 150:2
  **signature** - 103:24,
104:2
  **signed** - 82:20,
103:12, 103:24
  **similar** - 177:6,
179:17
  **Simms** - 3:25, 9:1
  **sister** - 44:11, 193:8
  **sister's** - 44:21,
45:2, 45:5, 45:23,
51:25, 58:20, 58:21,
58:25, 91:19, 125:21
  **sit** - 30:3, 30:4,
88:8, 103:6, 165:16,
168:18, 179:13, 195:8
  **sitting** - 12:9, 20:22,
20:23, 92:5, 120:10,
120:19, 121:10,
121:22, 140:3
  **six** - 14:22, 187:24,
188:8, 188:11, 192:9
  **sixty** - 200:1
  **slice** - 145:1
  **slide** - 41:24
  **slings** - 90:21
  **slowed** - 156:6
  **Small** - 185:7, 185:9
  **smaller** - 164:11
  **Smaller** - 164:12
  **smoke** - 125:6,
154:6
  **Smoke** - 154:18
  **smoked** - 99:1, 99:5
  **Smoking** - 97:7
  **smoking** - 97:12,
97:14, 97:16, 97:18,
125:16
  **snitch** - 77:20
  **snitches** - 78:3
  **sobriety** - 188:3
  **sold** - 60:25, 61:2,
61:3, 61:11, 61:12,
89:12, 93:3, 107:21
  **solve** - 13:12
  **some's** - 189:7
  **Someone** - 163:7
  **someone** - 9:16,
14:22, 28:8, 135:5,
184:16, 195:25,
197:18
  **sometime** - 164:9,
205:6
  **sometimes** - 40:20,
155:4, 159:6, 159:13,
159:21, 163:20,
186:19
  **Sometimes** -
157:19, 157:21,

159:6, 159:7, 159:19,
160:10, 163:21
  **somewhere** -
118:24, 186:23
  **soon** - 48:14,
124:15
  **Sorry** - 103:18
  **sorry** - 2:12, 10:22,
10:24, 25:5, 26:12,
28:12, 29:12, 37:10,
61:6, 65:1, 82:15,
89:18, 90:18, 93:12,
105:16, 115:7,
137:14, 139:17,
140:8, 148:13,
148:14, 165:4, 171:1,
171:14, 174:19,
180:13, 182:18,
183:6, 183:21, 194:7,
195:7
  **sort** - 15:25, 18:13,
134:5, 177:13, 181:2
  **sorta** - 168:13
  **sought** - 30:11
  **sound** - 107:10,
196:24
  **source** - 64:24,
107:3, 107:7, 184:2,
184:4, 184:10
  **south** - 181:21
  **space** - 117:18
  **Specifically** -
191:21
  **specifically** - 7:6,
154:23, 184:17,
192:1, 204:16
  **spell** - 47:12, 94:6
  **spent** - 83:16
  **spoken** - 3:17, 8:6
  **spot** - 56:23, 95:22,
139:17, 142:11
  **spring** - 166:17
  **sprinting** - 121:13,
121:15
  **square** - 185:7
  **stairs** - 135:1
  **stamp** - 199:15
  **stand** - 24:10, 29:3,
117:20, 131:12,
146:10, 172:5, 201:18
  **Standing** - 97:21
  **standing** - 42:13,
44:25, 51:9, 94:15,
98:15, 113:10,
113:24, 117:18,
142:11, 158:11
  **start** - 42:7, 42:8,
50:24, 121:13, 152:4,
202:7
  **started** - 5:20,
25:22, 113:20,
140:21, 141:2,
160:22, 180:11,
181:3, 192:5
  **starting** - 11:13,
117:17
  **stash** - 114:10
  **state** - 24:18,
146:18, 174:5, 181:14
  **statement** - 6:14,
98:25
  **States** - 1:1, 1:3,
1:13, 82:8, 88:25,
89:1, 104:14
  **states** - 175:4
  **stay** - 6:10, 25:16,
42:10, 46:5, 158:21,
184:22, 184:23,
202:1, 202:2
  **stayed** - 46:7,

51:18, 53:8
  **steer** - 15:12
  **stenography** - 1:24
  **step** - 24:7, 146:8,
172:3, 201:16
  **steps** - 37:23, 38:1,
44:20, 45:24, 46:1,
47:21, 48:1, 48:14,
55:8, 55:10, 56:15,
56:23, 110:12
  **Steve** - 172:19
  **stick** - 102:13,
102:16, 102:17,
137:5, 197:10
  **still** - 8:20, 9:17,
15:3, 28:21, 42:13,
51:11, 56:22, 58:9,
58:14, 67:24, 79:16,
80:18, 85:16, 103:11,
111:12, 112:13,
112:14, 113:2, 114:6,
115:19, 118:21,
123:24, 131:12,
190:17, 202:20
  **Still** - 8:21, 53:7
  **stood** - 50:18,
112:24
  **stop** - 50:21, 74:23
  **stopped** - 50:20,
50:21, 50:23, 120:6,
122:6, 166:5, 166:7,
166:8
  **storage** - 138:18
  **stored** - 105:20
  **story** - 53:25
  **straddling** - 142:2
  **straight** - 10:20,
11:5
  **Straight** - 45:10,
45:11, 58:24
  **street** - 8:21, 34:19,
34:23, 35:23, 44:12,
44:16, 47:21, 68:23,
69:3, 77:22, 90:20,
95:5, 95:6, 95:8,
134:16, 139:25,
140:2, 149:8, 149:9,
152:13, 155:17,
180:6, 182:8, 183:1,
183:3
  **streets** - 158:11
  **stricken** - 66:1
  **Strike** - 58:1
  **strike** - 114:22,
122:20, 123:12,
127:10
  **stuck** - 188:9
  **stuff** - 63:9, 160:8
  **stupid** - 65:22
  **subject** - 204:24
  **subpoenas** - 160:17
  **suggest** - 15:6,
18:24
  **suggested** - 15:2,
21:3
  **suggesting** - 9:16,
174:24, 175:22
  **suggestion** - 30:2,
30:10, 30:12, 30:15,
30:17
  **Sullivan** - 1:17,
3:11, 3:12, 3:14, 7:12,
10:22, 12:14, 17:23,
19:11, 20:17, 21:5,
21:13, 21:14, 21:16,
24:5, 28:11, 29:10,
29:20, 29:24, 30:10,
30:19, 43:17, 50:2,
61:6, 63:18, 63:22,
64:10, 65:24, 72:14,

72:18, 72:19, 73:25,
75:21, 76:2, 78:5,
81:6, 81:8, 82:1,
85:21, 85:22, 85:24,
85:25, 87:23, 87:25,
99:20, 100:20,
100:23, 103:18,
103:20, 110:23,
111:1, 111:4, 117:5,
117:17, 117:22,
117:25, 118:10,
130:9, 131:20,
133:22, 138:20,
138:25, 144:20,
144:21, 144:23,
146:6, 172:22, 204:1,
205:18
  **summer** - 77:23,
166:17, 167:4
  **Summertime** -
166:19, 166:20
  **superseding** -
176:18
  **supply** - 107:3,
107:7
  **supports** - 30:8
  **suppose** - 139:10
  **supposedly** - 94:16,
99:9, 108:25, 112:22,
114:15, 127:3
  **surprise** - 168:2
  **surprised** - 40:1
  **surveillance** -
176:14
  **Sustained** - 43:18,
64:11, 65:25, 74:1
  **sustained** - 75:20
  **Suv** - 13:20, 16:10
  **swimming** - 145:20
  **sworn** - 2:19, 24:16,
101:9, 146:16, 174:3

**T**

  **tailed** - 166:12
  **tall** - 18:6, 18:7
  **taller** - 18:12, 18:13
  **Tatum** - 17:19, 18:5,
18:10, 18:17, 20:22,
21:2, 160:3, 160:5,
160:8, 164:22
  **teasing** - 172:25
  **temper** - 170:3,
170:4
  **Ten** - 185:14
  **ten** - 33:1, 130:19,
130:20, 131:8, 185:13
  **ten-minute** - 131:8
  **term** - 64:5, 95:5,
95:6, 134:15, 187:25,
188:12
  **terms** - 18:11,
87:13, 108:11, 171:5,
176:2, 179:4, 179:20
  **testified** - 2:20,
24:17, 89:5, 90:13,
103:4, 119:13,
146:17, 174:4
  **testify** - 21:2, 88:5,
88:20, 176:24,
176:25, 177:2,
204:10, 204:11,
204:15, 204:17,
204:23
  **Testify** - 31:8
  **testifying** - 175:6
  **testimony** - 2:13,
4:9, 4:21, 24:9, 53:19,
53:25, 75:17, 75:22,
82:10, 82:16, 83:3,

86:19, 86:24, 88:17,
94:12, 94:19, 96:9,
101:8, 101:9, 103:3,
114:13, 120:18,
121:12, 121:25,
137:3, 146:8, 172:4,
177:11, 201:17,
201:19
  **theft** - 187:11,
187:12
  **themselves** - 171:8
  **thereafter** - 179:5
  **they've** - 197:15
  **thin** - 18:13
  **third** - 25:6, 78:22,
79:23, 80:20, 83:12,
100:19, 117:13,
119:21
  **thousand** - 135:4
  **threaten** - 26:14,
26:16
  **threatening** - 23:13
  **Three** - 86:9, 108:15,
108:17, 108:18,
134:23, 191:10
  **three** - 5:9, 25:13,
86:10, 86:20, 152:2,
155:20, 161:19,
161:20, 167:1, 167:9,
167:15, 167:18,
168:7, 168:24, 169:7,
169:10, 187:18,
188:7, 188:12, 192:6,
192:8
  **threw** - 190:4, 199:4
  **Thursday** - 205:7
  **Tim** - 85:25
  **time's** - 98:22
  **timeframe** - 175:14,
177:24, 178:20
  **timeline** - 65:9
  **Timothy** - 1:17
  **tiny** - 153:4, 154:10,
185:9, 185:11
  **title** - 2:3
  **today** - 9:2, 12:7,
14:2, 14:18, 20:12,
31:12, 69:21, 83:3,
83:11, 85:11, 85:12,
103:4, 120:18,
131:15, 133:16,
135:25, 147:5,
156:23, 168:18,
173:6, 174:15,
179:13, 184:9, 190:2,
191:25, 195:8, 201:19
  **together** - 115:2,
115:16, 158:9, 165:7,
165:10, 186:6
  **took** - 51:22, 52:21,
58:8, 91:6, 91:15,
95:12, 109:15,
153:11, 184:7
  **top** - 56:23, 189:18
  **topic** - 64:12
  **tops** - 45:25, 46:6,
108:15, 108:16,
108:17, 108:18,
116:2, 134:8
  **total** - 201:6, 203:16
  **totally** - 75:1
  **touch** - 121:5, 148:5
  **touched** - 109:4
  **touching** - 141:3
  **toward** - 37:20
  **towards** - 48:1,
68:20, 110:6, 110:9,
110:10, 110:11,
120:16, 139:13
  **Tracy** - 172:11,

174:2, 174:7, 190:1
  **Trailblazer** - 188:23,
190:5
  **transaction** - 58:9,
58:10, 176:8, 199:22
  **transactions** -
178:18, 178:24,
179:14, 182:3, 184:7,
184:21
  **Transcript** - 1:11
  **transcript** - 1:24,
2:13, 10:3, 69:2,
71:20, 74:19, 74:22,
76:15, 77:10, 79:8,
80:23, 84:10, 100:18,
104:4, 104:8, 138:15,
205:23
  **transcription** - 1:25
  **transcripts** - 10:11,
25:3, 83:16, 91:4,
133:17
  **transition** - 75:13
  **transpired** - 2:6
  **transport** - 158:19
  **treated** - 12:3, 12:4
  **trial** - 3:20, 8:1,
146:10, 156:23,
172:5, 174:12, 201:18
  **Trial** - 1:11, 205:22
  **tried** - 3:19
  **Trina's** - 4:10, 4:13
  **trouble** - 6:12, 83:9,
180:14
  **truck** - 4:6, 4:16,
4:18, 4:19, 4:21, 5:6,
5:13, 5:16, 5:20, 5:22,
6:3, 95:20, 95:24,
110:6, 112:14,
123:24, 124:1, 124:4,
124:6
  **true** - 11:10, 14:9,
58:21, 66:19, 73:7,
169:5, 191:18
  **trust** - 146:3
  **truth** - 12:23, 14:12,
14:14, 14:19, 14:20,
14:23, 19:18, 24:3,
54:6, 54:7, 57:19,
57:21, 60:23, 68:9,
75:12, 83:5, 83:22,
85:14, 92:13, 135:25,
145:5, 145:15, 165:14
  **truthful** - 13:3, 13:7,
13:9, 31:12, 75:1,
82:17, 104:7
  **truthfully** - 193:19,
193:21
  **Try** - 187:4
  **try** - 87:1, 89:4,
167:7, 173:8, 177:12,
185:18
  **trying** - 6:10, 131:3,
131:4, 155:1, 165:13,
182:21, 183:1, 192:7
  **Tuesday** - 173:13,
203:22
  **turf** - 108:5
  **turn** - 31:4, 33:25,
37:14, 51:13, 110:22,
140:22, 141:14,
203:11
  **turned** - 69:19,
120:6, 122:6, 141:17,
141:23, 142:25
  **turning** - 2:8,
179:22
  **Tv** - 110:19, 110:24,
111:3, 117:11
  **twice** - 62:23,
62:24, 134:8

  **Two** - 51:6
  **two** - 8:4, 20:22,
51:9, 87:9, 89:15,
92:22, 93:17, 93:18,
121:18, 124:10,
134:8, 154:10,
154:15, 155:4, 156:8,
159:6, 159:7, 161:19,
161:20, 169:9,
172:22, 175:2,
186:15, 192:22,
193:1, 201:5, 201:6,
203:8
  **type** - 39:4, 63:9,
63:11, 63:12, 121:5
  **typically** - 156:16,
159:5

**U**

  **ultimately** - 66:4
  **Under** - 187:13
  **under** - 31:9, 74:16,
74:17, 75:6, 93:21,
94:8, 100:11, 119:14,
131:13, 133:16,
177:6, 187:12
  **underneath** - 166:1
  **understood** - 13:6
  **unfortunately** -
180:4
  **uniform** - 22:6, 22:7
  **United** - 1:1, 1:3,
1:13, 82:8, 88:25,
89:1, 104:14
  **unless** - 163:12
  **Unless** - 199:1
  **untruthful** - 19:21,
19:23
  **unusual** - 38:25
  **up** - 4:9, 4:15,
10:20, 11:5, 12:18,
29:3, 32:12, 34:17,
37:11, 39:19, 42:24,
47:21, 47:23, 47:25,
48:4, 48:14, 55:8,
55:10, 58:6, 59:5,
62:6, 62:22, 65:10,
72:23, 72:24, 77:5,
88:1, 98:8, 102:18,
107:23, 110:12,
117:2, 120:5, 120:8,
121:13, 126:20,
126:25, 131:22,
133:10, 136:21,
143:17, 147:12,
147:23, 149:14,
149:23, 152:25,
157:9, 166:21, 168:3,
169:4, 169:6, 171:9,
171:15, 172:25,
176:8, 180:12,
182:14, 182:15,
182:19, 187:17,
189:18, 190:3,
190:11, 192:7,
192:11, 193:3,
199:19, 205:6
  **upset** - 190:3
  **uptown** - 17:6
  **Uptown** - 17:7
  **urine** - 129:11
  **urines** - 129:4,
129:17
  **user** - 153:23,
154:4, 154:8, 168:12

**V**

  **Valdez** - 163:5

  **van** - 111:12,
112:13, 112:18
  **vehicle** - 199:7
  **vicinity** - 31:16
  **Vick** - 90:10, 90:11,
93:6, 134:21, 163:23,
163:25
  **Vicodin** - 180:3
  **video** - 39:24
  **view** - 133:19,
177:14, 205:17
  **violence** - 43:20
  **violent** - 170:14
  **visual** - 147:23
  **voice** - 77:5,
136:21, 143:17,
149:14, 180:12,
182:19
  **vs** - 1:6

**W**

  **wait** - 104:14,
202:10, 203:23
  **walk** - 42:10, 45:17,
110:5, 113:1, 122:1
  **Walk** - 158:20,
158:21
  **walked** - 42:11,
42:17, 48:14, 110:1,
112:24, 113:2, 113:5,
113:20
  **Walking** - 110:9,
110:11, 111:9
  **walking** - 44:20,
44:24, 45:19, 48:15,
68:17, 110:10,
117:10, 120:3,
120:16, 139:13
  **walkway** - 139:24
  **watch** - 51:13
  **watching** - 123:19
  **wear** - 21:21
  **wearing** - 2:5, 2:10,
3:3, 3:7, 17:9, 21:17,
21:19, 21:20, 22:2,
22:5, 22:8, 109:20,
109:22, 119:6, 119:15
  **wears** - 21:22, 22:2
  **Wednesday** - 20:12,
203:24, 205:7
  **week** - 33:19, 133:6,
156:7, 167:1, 167:9,
167:15, 167:19,
168:7, 168:25, 169:8,
169:10, 173:3,
173:11, 173:15,
173:19, 183:23,
185:8, 202:6, 204:12,
205:6
  **weekend** - 202:8,
205:19
  **weeks** - 8:4, 64:4,
156:8, 163:4
  **weighed** - 164:6
  **weird** - 104:18
  **Wells** - 134:15
  **Westport** - 12:10,
29:5, 30:3, 30:12,
30:13, 30:20, 32:10,
32:17, 33:18, 53:7,
63:3, 78:4, 88:2,
94:20, 95:8, 98:2,
98:4, 99:12, 105:23,
107:4, 107:7, 107:8,
126:25, 145:21,
147:9, 147:10,
147:15, 148:2,
150:15, 158:17,
158:21, 161:25,

162:6, 170:14, 181:9,
181:10, 181:11,
181:17, 184:8,
185:17, 199:13, 200:2
**wheel** - 40:18
**wheelchair** - 47:18,
121:2
**white** - 145:4
**whole** - 62:14,
104:5, 193:13, 198:17
**whopping** - 91:12
**Wilgrey** - 37:21,
45:14, 138:17
**Williams** - 203:8,
203:10
**winding** - 172:25
**window** - 13:20,
156:10, 199:4, 202:19
**windows** - 156:12
**windshield** - 190:4,
200:23
**winter** - 166:18
**wise** - 153:14
**wish** - 29:8, 158:5
**withdraw** - 64:13,
170:18
**withdrawn** - 170:24
**withdrew** - 170:22
**witness** - 2:11,
2:19, 11:16, 20:8,
24:10, 24:16, 25:2,
29:11, 30:7, 49:8,
75:7, 75:13, 80:19,
87:12, 110:22,
117:12, 117:14,
117:15, 117:19,
117:21, 131:12,
146:10, 146:16,
172:5, 172:9, 172:11,
173:4, 173:5, 174:3,
174:24, 174:25,
175:10, 176:14,
176:23, 194:18,
201:18, 203:13, 205:1
**Witness** - 11:1,
21:6, 24:11, 24:20,
28:16, 29:15, 36:18,
37:5, 37:12, 64:2,
77:7, 118:13, 136:23,
143:19, 146:21,
174:7, 180:16, 182:21
**witness's** - 74:18,
172:23
**witnessed** - 82:20
**Witnesses** - 39:17,
118:6, 139:20, 142:7,
150:3
**witnesses** - 65:12,
173:10, 173:17,
202:23, 203:2, 203:9,
203:11, 203:20
**woman** - 15:12,
169:16, 169:21
**word** - 143:5
**words** - 9:7, 27:8,
27:11, 27:25, 28:4,
70:13, 70:14, 128:21,
164:14
**wore** - 21:23
**worried** - 42:21,
42:22, 79:25, 80:5,
109:8, 143:23
**worth** - 61:23, 62:7,
62:11
**write** - 171:17
**writing** - 129:21,
129:25
**written** - 175:3
**wrote** - 132:3, 166:3

## Y

**year** - 52:21, 84:9,
127:16, 166:17,
177:20, 187:16,
191:6, 191:7, 192:3,
192:8
**years** - 33:1, 33:18,
155:20, 172:18,
180:7, 180:9, 188:8,
188:13, 192:6, 192:8,
192:9, 192:10, 192:14
**yell** - 51:3, 52:1
**yesterday** - 202:4,
202:19
**young** - 169:19,
201:13
**yourself** - 101:1,
101:3, 134:7, 154:5,
195:5

## Z

**ziplock** - 185:7
**zone** - 107:19
**zoom** - 148:15,
148:16
**Zoom** - 148:19