UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND


UNITED STATES OF AMERICA,

                    Plaintiff,


vs.                         Case No.  1:10-CR-0744-RDB


ANTONIO HALL,

                    Defendant.

-----------------------------------------------------

**AUGUST 1, 2011**
**Transcript of Trial Proceedings**


**Before the Honorable RICHARD D. BENNETT**
**United States District Judge, and a Jury**

Appearances:

For the Plaintiff:        John F. Purcell, Jr.
                          Clinton J. Fuchs
                          Assistant U.S. Attorney

For the Defendant:        Gary E. Proctor
                          Timothy J. Sullivan


Proceedings recorded by mechanical stenography,
transcript produced with computer-aided
transcription.

P R O C E E D I N G S

THE COURT:  Calling the case of United
States versus Antonio Hall, criminal number
RDB-10-744.  If counsel will identify themselves for
the record.

MR. PURCELL:  John Purcell, United States
Attorney, Your Honor.

MR. FUCHS:  Clinton Fuchs, Assistant
United States Attorney.

THE COURT:  Mr. Purcell and Mr. Fuchs.
And the case agent?

MR. FUCHS:  This is Todd Moody from the
FBI and the Baltimore City Police Department.

THE COURT:  Nice to see you.

On behalf of the defendant?

MR. SULLIVAN:  Good morning, Your Honor,
Timothy Sullivan and Gary Proctor on behalf of Mr.
Hall, who is present and sitting between us.

THE COURT:  Good morning, Mr. Hall.  Good
morning to you, sir, and good morning to Mr. Sullivan
and Mr. Proctor.

We are ready to proceed with the jury
trial in this case and the jury is ready to be
brought in.  Counsel have the voir dire and
preliminary instructions -- I think.  Have they been

1    given copies of those?

2              MR. PURCELL:  Yes, your Honor.

3              THE COURT:  Any further questions from

4    the point of view of the government?

5              MR. PURCELL:  No, Your Honor.

6              THE COURT:  From the defense?

7              MR. SULLIVAN:  No, Your Honor.

8              MR. PROCTOR:  No, sir.

9              THE COURT:  I want to verify, first of

10   all, the defendant has a headset there; is that

11   correct, Madam Clerk?  All right.  And, Mr. Hall,

12   during the selection of the jury in this case some

13   jurors may be brought up here to the bench.  And I'll

14   make sure that you can hear the conversation up here.

15   Do you understand that?

16              (Defendant and counsel confer.)

17              THE COURT:  Do you understand that, sir?

18              THE DEFENDANT:  Yes.

19              THE COURT:  All right.  Okay.  Let me

20   just go over -- before we bring -- is there anything

21   further before we bring -- I know there have been

22   some delays here this morning.  And let me just

23   clarify a few matters.

24              Is there anything further from the point

25   of view of the government in this case before we get

1    started?

2             MR. PURCELL:  No, Your Honor.

3             THE COURT:  Anything further from the

4    point of view of the defense counsel?

5             MR. PROCTOR:  No, sir.  Oh, yes, Judge.

6             The government just gave us their witness

7    list and I mistakenly thought all of our witnesses

8    would be on their list.  But there are a few names --

9             THE COURT:  Do I have a witness list yet?

10            Thank you, Madam Clerk.

11            MR. PROCTOR:  There are a few names that

12   aren't, so I'm just writing those down.  If you could

13   give me a minute.

14            THE COURT:  Who are some of the

15   defendant's witnesses whom you want me to also to

16   inquire of when the jury is brought in, Mr. Proctor?

17            MR. PROCTOR:  I've written it down,

18   Judge.  If I can just approach.

19            THE COURT:  Sure.  Thank you very much.

20   Is that Kissie, K-i-s-s-i-e?

21            MR. PROCTOR:  Yes, Your Honor.

22            THE COURT:  Kissie Hill?

23            MR. PROCTOR:  Yes.

24            THE COURT:  Caprese Diggs, and Antonio

25   Reeves, also known as Keybum?

5

```
1                    MR. PROCTOR:  Keyburn.

2                    THE COURT:  Keyburn.

3                    MR. PROCTOR:  And it's RAY/YES, I think

4    it's pronounced.

5                    THE COURT:  It's pronounced RAY/YES?

6                    MR. PROCTOR:  I think so.

7                    THE COURT:  All right.  Lamont Dorsey and

8    Cherie Douglas.  Did I pronounce those names

9    correctly?

10                   MR. PROCTOR:  I think it's SHARE/REE.

11                   THE COURT:  Okay.  So we've got Robert

12   Jones, also known as Seattle; Kissie Hill; Caprese

13   Diggs; Antonio Reyes, also known as Keyburn; and

14   Lamont Dorsey, and Cheri Douglas.

15                   All right.  Are there any other matters

16   from the point of view of the defense counsel?

17                   MR. SULLIVAN:  Your Honor, just one

18   preliminary matter.  I just want the record to

19   reflect that one of the reasons for the delay this

20   morning is that we were endeavoring to negotiate a

21   final resolution of this case with the government.

22   And we had had an offer from the government of an

23   anticipated (c) plea range from 35 years to 45 years.

24   And Mr. Proctor and I thoroughly discussed it with

25   Mr. Hall.  And he's not amenable to accepting that
```

1          plea, but I just think it's prudent to put it on the

2          record at this point.

3                         THE COURT:   Okay.   And, Mr. Hall, why

4          don't you stand for a minute, sir?   Under Rule 11 of

5          the Federal Rules of Criminal Procedure the federal

6          judges do not participate in any kind of plea

7          discussions between the government and the defendant.

8          Do you understand that?

9                         THE DEFENDANT:   Yes.

10                        THE COURT:   All right.   And so it's not

11         my purpose in addressing this to be in any way

12         involved in plea negotiations.   But let me just

13         explain to you what is a (c) plea means.   Under Rule

14         11(c)(1)(C) of the Federal Rules of Criminal

15         Procedure there is a procedure whereby the government

16         and the defendant can agree upon a specific sentence,

17         or they can agree upon a range of sentence.   And in

18         that scenario, the Court accepts the guilty plea.

19         And if for some reason the judge feels that he or she

20         is not going to impose that range of sentence, then a

21         defendant is free to withdraw the plea of guilty.   Do

22         you understand that?

23                        THE DEFENDANT:   No.

24                        THE COURT:   All right.   Let me explain to

25         you again.   I don't know why it would be that

1    difficult to understand.

2                  If there's a (c) plea and the range were

3    to be 35 to 40 years, and you were to plead guilty as

4    to that -- again, I'm not engaging in plea

5    discussions.  I'm trying to make sure you understand

6    what a (c) plea is.  It means that if for any reason

7    if I were inclined to sentence you to less than 35

8    years in prison, the government could say, "We

9    withdraw from the agreement," and there would be no

10   plea deal.

11                 The flip of that is if I were to say, "I

12   think you should be sentenced to more than 45 years

13   in prison," you'd be free to say, "Fine; I want to go

14   to trial".

15                 There's no way that I could sentence you

16   to more than 45 years or less than 35 years in that

17   scenario.  Which means, if there was a guilty plea in

18   a case -- in any case -- whatever the range is,

19   that's the agreed range.  The judge is not free to go

20   outside of the range.  Because if the judge goes

21   outside of the range, either side can then withdraw

22   from the arrangement.  Do you understand that?

23                 THE DEFENDANT:  Basically what you saying

24   is that us and the government got to agree on the

25   same thing?

```
1                    THE COURT:  No, no.  What I'm saying is

2          you can agree upon a range.  What I'm telling you is

3          that in any case if there's a range, if I accept the

4          guilty plea, under Rule 11 -- it's under Rule

5          11(c)(1)(C).  There's a particular provision under

6          Rule 11(c)(1)(C)(5), if I reject it -- for example,

7          if I say, I don't think that's enough prison time.  I

8          want to sentence the man to 50, 55, or 60 years".

9          That's not just your case, it's any case.  The

10         defendant is free to say "Uh-uh, no deal.  I want to

11         withdraw my guilty plea".  And you're allowed to

12         withdraw your guilty plea.

13                   Under Rule 11(d), you're allowed to

14         withdraw your guilty plea.  Which means that when

15         there's a range the judge in any case -- Mr. Hall,

16         look at me for a minute.  In any case the judge is

17         not free to go outside the range.  You see, the judge

18         can tell both sides, "I don't think that's an

19         appropriate range".  The judge can say to the

20         government in any case, "I'm going to sentence below

21         that range".  The government can say, "Fine; then the

22         deal's off".  Or the judge can say to the defendant,

23         "I don't think that's enough prison time".  And the

24         defendant is free to say, "Fine; then I'm not

25         pleading guilty.  I withdraw my plea of guilty".
```

1                So there is a range that's involved in a

2       (c) plea.  Do you understand that?

3                Do you understand what I said, Mr. Hall?

4                THE DEFENDANT:  Yes.

5                THE COURT:  All right.  So the bottom

6       line is the lawyers have put on the record that

7       apparently there's been some discussion as to a range

8       of sentence.  I don't have any difficulty generally

9       accepting guilty pleas with a range of sentence.

10               The way it works -- and, again, I'm not

11      part of the plea negotiations, nor am I in any way

12      urging a plea of guilty.  But I'm trying to make sure

13      you understand your options.  Because in this case,

14      as I understand it, Mr. Purcell, one of the counts in

15      the indictment upon a conviction there is a

16      mandatory -- two of the counts in the indictment, if

17      there were to be a conviction in this case, have

18      mandatory life in prison, correct?

19               MR. PURCELL:  It's correct if he's

20      convicted of Count 3 he must receive a life sentence

21      without parole.  Count 1, the same, assuming the 851

22      applies.

23               THE COURT:  I see.  Okay.  So the reason

24      I'm trying to make sure you understand this, Mr.

25      Hall, is because there are charges here as to which

1    if there's a guilty finding by the jury there's no

2    discretion by me.  For example, as to Count 3,

3    apparently, if the jury says you're guilty of Count

4    3, by law I have to sentence you to life in prison.

5    There's no mercy; there's no writing any letters to

6    the judge convincing me otherwise.  I by statute have

7    to sentence you to life in prison.  There's no

8    discretion by me at all.

9              And what they're trying to put on the

10   record here is that, in the event of a guilty plea

11   under Rule 11(c)(1)(C), there's a range.  There's a

12   range there.  I can't go above it or below it; but

13   there's a range.  Which means that if there were a

14   (c) plea in this case with a range of 35 to 45 years,

15   it means I could not go above 45 years.  I could come

16   back and say, "I don't think that's enough time".

17   Fine.  You withdraw your guilty plea and then you

18   have a jury trial.  But you have that option.  Do you

19   understand that now?

20             THE DEFENDANT:  No, I don't understand.

21             THE COURT:  All right.  Well, I'm not

22   sure why it's difficult for you to understand.  What

23   I'm trying to tell you is if you go to trial and

24   you're convicted of Count 3, do you understand that

25   you have a mandatory life sentence?

1                         THE DEFENDANT:  No, sir.

2                         THE COURT:  Why don't you understand it?

3                         It's in the statute.

4                         THE DEFENDANT:  I don't know.

5                         THE COURT:  Well, it's in the statute.

6       So you have to be able to understand that.

7                         Do you understand English, Mr. Hall?  Do

8       you understand what I'm saying?  There's a statute.

9       It says if you're found to have violated the statute,

10      the book says there's a life in prison.  Do you

11      understand that?

12                        THE DEFENDANT:  No.

13                        THE COURT:  All right.  I find that the

14      defendant is just -- the defendant understands, he's

15      just refusing to acknowledge he understands it,

16      Counsel.  And we're just going to go ahead and have a

17      trial.  It's impossible for me to believe the man

18      doesn't understand English.

19                        I've explained as best I can, Mr. Hall.

20      If you're convicted in Count 3, you'll get life in

21      prison.  No discretion by me, at all.  It's a waste

22      of time for people to write me letters; there's

23      nothing I can do about it.  I couldn't be merciful to

24      you even if I wanted to.

25                        And so you're looking me in the eye, you

1    understand what I'm telling you, you're going to go

2    to prison for life if you get convicted of Count 3.

3    And that's the way it is.  There's no discretion by

4    me at all.  It's required by the law; it's in the

5    law; you have to go to prison for life with no

6    discretion by the judge.  That's just plain and

7    simple the way it is.

8              So I'm not going to keep explaining it to

9    you and you keep saying you don't understand.  You

10   understand what I'm saying to you?

11             THE DEFENDANT:  No, sir.

12             THE COURT:  So why don't you understand

13   it?

14             THE DEFENDANT:  I don't understand.

15             THE COURT:  What don't you understand?

16             THE DEFENDANT:  What's going on.

17             THE COURT:  What do you mean, you don't

18   understand what's going on?

19             THE DEFENDANT:  I just don't understand.

20             THE COURT:  You don't understand?  Well,

21   Mr. Hall, I think, quite frankly, it doesn't suffice

22   for you to think you can come into court and say, "I

23   don't understand, I don't understand".  I've

24   explained to you as clearly as possible.  And, with

25   respect to the Rule 11(c)(1)(C) plea, I've explained

1    to you as best I can the legal parameters as to

2    what's involved on that.

3                    So with that, I find the defendant's

4    adequately been advised of it.  That we'll now

5    proceed to trial, and we'll bring the jury in.

6                    Is there anything further from the point

7    of view of the government, Mr. Purcell?

8                    MR. PURCELL:  No, thank you, Your Honor.

9                    THE COURT:  Anything further from the

10   point of view of the defense?

11                   MR. SULLIVAN:  No, Your Honor.

12                   THE COURT:  All right.  Fine.  The

13   defendant has been advised of his rights in that

14   regard.  It's not up to the Court.  Mr. Hall, I'm not

15   in any way involved in these plea negotiations, you

16   can do whatever you want to.

17                   All right.  Madam Clerk, I need a piece

18   of Scotch tape up here, if I can.

19                   All right.  With that, we will be

20   bringing the jury in.  And they'll be lined up in

21   numerical order.  And the Court has verified the

22   headset for the defendant, so he'll be able to hear

23   any conversations up here.

24                   Obviously Madam Clerk, the information

25   there -- if the defense would hold for one second,

```
1     please.
2                  Unless there's anything further from the
3     government or the defense counsel, we will bring the
4     jury in.  And, with that, this Court will stand in
5     recess awaiting the jury to be brought in for jury
6     selection.
7                  (BRIEF RECESS.)
8                  (CASE CALLED.)
9                  THE DEPUTY CLERK:  Members of the petit
10    jury, as I call your juror number, please stand.
11                 MR. PROCTOR:  Judge, before that
12    happens --
13                 MR. SULLIVAN:  Can we approach the bench?
14                 (BENCH CONFERENCE ON THE RECORD.)
15                 THE COURT:  Do you want to put your
16    headset on, Mr. Hall?  Can you hear me, Mr. Hall?
17    The record will reflect that Mr. Hall -- yes,
18    Counsel.
19                 MR. PROCTOR:  Your Honor, I'm sure it's
20    been an oversight, but we don't have a jury list.
21    We've got the worksheet.  We don't have names, we
22    don't have ages, we don't have occupations.
23                 THE COURT:  Hold on one second.
24                 MR. PROCTOR:  And the government does.
25                 THE COURT:  Let me see what you have.
```

1          Miss West, the names, the names are

2   deleted for everybody.  And just the names, I can do

3   this by hand right now.  Just give me the list.  I'll

4   delete are names and everybody gets the age and the

5   background.  Just give me another list right now,

6   just hand it to me.

7          Mr. Purcell, whatever list you have,

8   she's marking out the names right now.  You don't see

9   the names.

10          MR. ~~DUNCAN~~ PROCTOR:  Just for the record, that's

11   what we've had for 45 minutes, the worksheet with

12   nothing on it, while the government has had

13   occupation, age, sex, all this stuff that needs to be

14   done before we start this process.

15          THE COURT:  All right.  We'll pick a jury

16   after lunch.  That's fine.  Hold on.

17          Miss West, come up here for a minute.

18          I'm sorry.  I guess there was some

19   confusion.  The lawyers are always entitled to know

20   the age of the person or occupation, they don't just

21   get a name.  The only issue is their names.  I

22   thought that was pretty obvious to me.  It's always

23   the case.  They always get more than just the number

24   of the juror; they get the information on the juror.

25   They don't get the name.  I don't know why that would

1    be any different than any case I've had before.

2               THE DEPUTY CLERK:  I'll check with the

3    jury clerk.

4               THE COURT:  I can't imagine why there's a

5    difference.

6               THE DEPUTY CLERK:  I'm not sure, sir.

7               THE COURT:  There is no basis for it.

8    There cannot be any difference.  So what we're going

9    to do is, is that, Mr. Sullivan, we've got plenty of

10   time for you to look at what the backgrounds of the

11   people are.  I don't think we need to delay this.

12   I'm just going to line through the names.  And the

13   government will get a sheet with this background.

14   And clearly, this information, there are no notations

15   made as to this.  This sheet never leaves the

16   courthouse.  And there are no notations made of any

17   kind at all.

18               Mr. Hall takes no notes in this trial off

19   of that trial table and goes back anywhere with them.

20   So that's the way it will be.

21               MR. PROCTOR:  No notes?

22               THE COURT:  He's not taking any notes of

23   any kind.

24               MR. PROCTOR:  Of the jury selection.

25               THE COURT:  Of jury selection and taking

17

1    them back and taking them anywhere.  These names are

2    all being marked out.

3              MR. PROCTOR:  Miss West has a permanent

4    marker.  She may be a lot quicker.

5              THE COURT:  If I can have a black marker

6    as well, Miss West, it will help me.

7              MR. PROCTOR:  It may be easier just to

8    copy hers when she's done.

9              (END OF BENCH CONFERENCE.)

10             THE COURT:  Ladies and gentlemen, I

11   apologize.  Just bear with us for a few minutes.

12             That's Mr. Purcell's you're marking up.

13             All right.  You have now the same list as

14   the government does.  Thank you, Miss West.

15             MR. PROCTOR:  Judge.  I'm sorry.  We only

16   have one copy.  We need two.

17             THE COURT:  Miss West, would you retrieve

18   that from Mr. Proctor and get him a copy?  Would you

19   like two copies as well, Mr. Purcell?

20             MR. PURCELL:  We have two, Your Honor.

21             THE COURT:  Approach the bench, Mr.

22   Proctor and Mr. Purcell.

23             Mr. Sale, if you'll photocopy the list

24   for the defense and the government.

25             (BENCH CONFERENCE ON THE RECORD.)

1            THE COURT:  Mr. Purcell, do you want to

2     approach the bench here?

3            MR. PROCTOR:  Just for the record, I'm

4     not expecting Your Honor to reverse his decision, but

5     this is not an anonymous jury.  The Fourth Circuit

6     case is 1988, *In re:  Baltimore Sun*.  There's been no

7     findings, there's been no testimony.  We see no basis

8     not to get the jurors's name and we would object to

9     Your Honor redacting the names from the

10    questionnaire.

11           THE COURT:  This very issue was raised in

12    *United States v. Byers* and the Fourth Circuit

13    affirmed the process.  And so your cases are dated,

14    Mr. Proctor.  And this very issue came up, as I

15    recall -- I know it came up in *Byers* and it came --

16    it came up in *Byers*, did it not, Mr. Purcell?

17           MR. PURCELL:  It came up.  It was

18    addressed on appeal.

19           THE COURT:  It came up and it is well

20    established in terms of the -- given the fact that

21    this defendant in this case is charged with murdering

22    a government witness, anonymity of the jury in this

23    case is perfectly appropriate in light of the nature

24    of the charges here.  It's exactly as I handled the

25    jury in the case of *United States v. Byers*.  And I'm

1      surprised you think otherwise, Mr. Proctor.  So this

2      is an issue that could have been raised before the

3      trial.

4                  MR. PROCTOR:  The government has to make

5      a motion.  The first I heard about it was when Your

6      Honor decided to redact the names.

7                  THE COURT:  This issue has been raised;

8      it hasn't been briefed, but I know it came up in

9      *Byers* and there's been no issue ever raised as to the

10     anonymity of jurors.  This case is identical to the

11     *Byers* case on many, many fronts, on many issues;

12     they're very similar charges.  The only changes in

13     the *Byers* case the government sought the death

14     penalty; in this case the government is not seeking

15     the death penalty.  And this Court's handling of the

16     *Byers* case was affirmed by the Fourth Circuit and

17     that's exactly what we did in *Byers*.

18                  You have all the information on the

19     jurors except their names.  You have their ages; you

20     have their occupations; and you have their home

21     towns; where they work.  And there's absolutely no

22     purpose to be served by having the actual names of

23     the jurors.  And so your objection as to the

24     anonymity of the jurors is noted for the record and

25     is overruled.

20

1           MR. PROCTOR:  Judge, I don't mean to

2     quarrel with you.  This issue came up in *Dinkins*.  We

3     had a hearing.  Witnesses were put on to talk about

4     the specific risks to the jurors and the dangers to

5     my client.

6           To announce it after the government's

7     already had their names for 30 minutes and then,

8     albeit belatedly, redact them while the jury is

9     waiting around and that's the first I had any inkling

10    that this might be an anonymous jury, I believe it's

11    error.  And I just would like to preserve it.  Thank

12    you, sir.

13          THE COURT:  I don't believe it's error,

14    first of all.  With respect to a mistake made by the

15    clerk to hand the government a list with the names

16    and the defense without the names, there's absolutely

17    no prejudice to the defendant of any kind.  The fact

18    that the government during the discussions, most of

19    which were with respect to whether or not your client

20    was going to plead guilty or not, the delay -- the

21    delay in this case was reflected not by the

22    government looking at a jury list.  The delay --

23    we're starting two hours late because your client had

24    serious plea negotiations as to whether he'd plead

25    guilty to the offense or not.  So it is simply

1    inaccurate to suggest that we have had this delay

2    because the government has been looking at the list.

3    They haven't had time to look at the list.

4              MR. PROCTOR:  They had the list for 30

5    minutes while the jurors were coming upstairs.

6              THE COURT:  And I have -- there's

7    absolutely no basis to find that the government would

8    have any memory or recollection.  It is of no moment

9    that Juror No. 402's name is Smith or Jones, Mr.

10   Proctor.  It is of absolutely no moment whatsoever.

11   It is no prejudice to your client whether your client

12   knows it's Mr. Smith or Mr. Jones.  And the

13   government doesn't have any particular advantage of

14   it whatsoever.

15             MR. PURCELL:  Your Honor, the government

16   has not written down any of the names.  I don't

17   recall any of the names.  The names don't mean

18   anything.

19             THE COURT:  I wouldn't think it would

20   make any difference.  What difference does it make

21   what their names are?  It's simply a matter of

22   security.  Okay.  Now, this is an issue that you're

23   raising now, Mr. Proctor.  So sometime between now

24   and tomorrow I'll get a brief from you with respect

25   to the prejudice you believe inures to your client

1    and then I'll write on opinion on it.  So you'll

2    brief it and give it to me tomorrow and you've

3    preserved your issue on appeal.  And the matter of

4    the anonymity of the jury has been well established

5    in this district in these kind of cases.  And the

6    1988 *Baltimore Sun* case involving a civil jury trial,

7    as I recall is not dispositive.

8              So your objection's been noted for the

9    record.  There's no prejudice that's inured to your

10   client.  The government hasn't written the names

11   down.  The government hasn't memorized the names.

12   And the names of the jurors are of no moment.  And

13   you have all the same information the government

14   does.

15             Is there anything further on this from

16   the point of view of the defense?

17             MR. SULLIVAN:  Just one issue, Your

18   Honor.  I assume, from reviewing the Court's voir

19   dire, that the Court's not going to tell the jury

20   that we don't know their names.

21             THE COURT:  No.  I'm not going to make

22   any comment on it.  There's not going to be any

23   comment on it at all.  I never make a comment on that

24   issue.  It's just of no moment.

25             This has been well established.  This is

1    not the first jury that's been picked in this

2    courthouse that's had a anonymous jury, Mr. Proctor.

3    There have been anonymous juries in numerous other

4    cases in this Court.

5              MR. PROCTOR:  I've always known of it

6    before the morning of trial.

7              THE COURT:  Are you suggesting that we

8    haven't had anonymous juries in this courthouse

9    before?

10             MR. PROCTOR:  My point is --

11             THE COURT:  I'm asking you:  Are you

12   suggesting that we have not had anonymous juries --

13             MR. PROCTOR:  No.  I've tried an

14   anonymous jury case.  But I knew about it weeks in

15   advance.  I was able to brief it.  The first I've

16   learned was when we approached the bench that this

17   jury was going to be anonymous.

18             THE COURT:  There is absolutely no

19   prejudice to your client with respect to this, Mr.

20   Proctor.  Your objection is noted for the record.

21   And, quite frankly, you don't need to brief it

22   because it would be a waste of your time.  It's well

23   established in this district.  If your client will be

24   convicted you can certainly raise it on the appeal to

25   the United States Court of Appeals for the Fourth

```
 1    Circuit.
 2              We've now been waiting for three hours to
 3    bring the jury in because of a delay generated by
 4    your client and so now we need to get started.  We
 5    have the jurors here and we need to get started.  So
 6    let's start the process.
 7              MR. PROCTOR:  Thank you, sir.
 8              (END OF BENCH CONFERENCE.)
 9              THE DEPUTY CLERK:  Members of the petit
10    jury, as I call your juror number, please stand and
11    verbally acknowledge your presence and then be
12    seated.
13              Juror No. 412.
14              JURY PANEL MEMBER:  Here.
15              THE DEPUTY CLERK:  Juror No. 336.
16              JURY PANEL MEMBER:  Here.
17              THE DEPUTY CLERK:  Juror No. 277.
18              JURY PANEL MEMBER:  Here.
19              THE DEPUTY CLERK:  Juror No. 236.
20              JURY PANEL MEMBER:  Here.
21              THE DEPUTY CLERK:  Juror No. 232.
22              JURY PANEL MEMBER:  Here.
23              THE DEPUTY CLERK:  Juror No. 229.
24              JURY PANEL MEMBER:  Here.
25              THE DEPUTY CLERK:  Juror No. 225.
```

1             JURY PANEL MEMBER:  Here.

2             THE DEPUTY CLERK:  Juror No. 218.

3             JURY PANEL MEMBER:  Here.

4             THE DEPUTY CLERK:  Juror No. 217.

5             JURY PANEL MEMBER:  Here.

6             THE DEPUTY CLERK:  Juror No. 215.

7             JURY PANEL MEMBER:  Here.

8             THE DEPUTY CLERK:  Juror No. 205.

9             JURY PANEL MEMBER:  Here.

10            THE DEPUTY CLERK:  Juror No. 199.

11            JURY PANEL MEMBER:  Here.

12            THE DEPUTY CLERK:  Juror No. 197.

13            JURY PANEL MEMBER:  Here.

14            THE DEPUTY CLERK:  Juror No. 188.

15            JURY PANEL MEMBER:  Here.

16            THE DEPUTY CLERK:  Juror No. 186.

17            JURY PANEL MEMBER:  Here.

18            THE DEPUTY CLERK:  Juror No. 185.

19            JURY PANEL MEMBER:  Here.

20            THE DEPUTY CLERK:  Juror No. 184.

21            JURY PANEL MEMBER:  Here.

22            THE DEPUTY CLERK:  Juror No. 178.

23            JURY PANEL MEMBER:  Here.

24            THE DEPUTY CLERK:  Juror No. 170.

25            JURY PANEL MEMBER:  Here.

26

```
 1                    THE DEPUTY CLERK:  Juror No. 168.

 2                    JURY PANEL MEMBER:  Here.

 3                    THE DEPUTY CLERK:  Juror No. 163.

 4                    JURY PANEL MEMBER:  Here.

 5                    THE DEPUTY CLERK:  Juror No. 155.

 6                    JURY PANEL MEMBER:  Here.

 7                    THE DEPUTY CLERK:  Juror No. 154.

 8                    JURY PANEL MEMBER:  Here.

 9                    THE DEPUTY CLERK:  Juror No. 152.

10                    JURY PANEL MEMBER:  Here.

11                    THE DEPUTY CLERK:  Juror No. 150.

12                    JURY PANEL MEMBER:  Here.

13                    THE DEPUTY CLERK:  Juror No. 149.

14                    JURY PANEL MEMBER:  Here.

15                    THE DEPUTY CLERK:  Juror No. 146.

16                    JURY PANEL MEMBER:  Here.

17                    THE DEPUTY CLERK:  Juror No. 143.

18                    JURY PANEL MEMBER:  Present.

19                    THE DEPUTY CLERK:  Juror No. 141.

20                    JURY PANEL MEMBER:  Here.

21                    THE DEPUTY CLERK:  Juror No. 137.

22                    JURY PANEL MEMBER:  Here.

23                    THE DEPUTY CLERK:  Juror No. 136.

24                    JURY PANEL MEMBER:  Here.

25                    THE DEPUTY CLERK:  Juror No. 131.
```

```
 1                    JURY PANEL MEMBER:  Here.

 2                    THE DEPUTY CLERK:  Juror No. 122.

 3                    JURY PANEL MEMBER:  Here.

 4                    THE DEPUTY CLERK:  Juror No. 113.

 5                    JURY PANEL MEMBER:  Here.

 6                    THE DEPUTY CLERK:  Juror No. 110.

 7                    JURY PANEL MEMBER:  Here.

 8                    THE DEPUTY CLERK:  Juror No. 99.

 9                    JURY PANEL MEMBER:  Here.

10                    THE DEPUTY CLERK:  Juror No. 98.

11                    JURY PANEL MEMBER:  Here.

12                    THE DEPUTY CLERK:  Juror No. 94.

13                    JURY PANEL MEMBER:  Here.

14                    THE DEPUTY CLERK:  Juror No. 89.

15                    JURY PANEL MEMBER:  Here.

16                    THE DEPUTY CLERK:  Juror No. 88.

17                    JURY PANEL MEMBER:  Here.

18                    THE DEPUTY CLERK:  Juror No. 87.

19                    JURY PANEL MEMBER:  Here.

20                    THE DEPUTY CLERK:  Juror No. 81.

21                    JURY PANEL MEMBER:  Here.

22                    THE DEPUTY CLERK:  Juror No. 76.

23                    JURY PANEL MEMBER:  Here.

24                    THE DEPUTY CLERK:  Juror No. 74.

25                    JURY PANEL MEMBER:  Here.
```

1        THE DEPUTY CLERK:  Juror No. 73.

2        JURY PANEL MEMBER:  Here.

3        THE DEPUTY CLERK:  Juror No. 64.

4        JURY PANEL MEMBER:  Here.

5        THE DEPUTY CLERK:  Juror No. 63.

6        JURY PANEL MEMBER:  Here.

7        THE DEPUTY CLERK:  Juror No. 59.

8        JURY PANEL MEMBER:  Here.

9        THE DEPUTY CLERK:  Juror No. 50.

10        JURY PANEL MEMBER:  Here.

11        THE DEPUTY CLERK:  Juror No. 48.

12        JURY PANEL MEMBER:  Here.

13        THE DEPUTY CLERK:  Juror No. 45.

14        JURY PANEL MEMBER:  Here.

15        THE DEPUTY CLERK:  Juror No. 44.

16        JURY PANEL MEMBER:  Here.

17        THE DEPUTY CLERK:  Juror No. 37.

18        JURY PANEL MEMBER:  Here.

19        THE DEPUTY CLERK:  Juror No. 26.

20        JURY PANEL MEMBER:  Here.

21        THE DEPUTY CLERK:  Juror No. 23.

22        JURY PANEL MEMBER:  Here.

23        THE DEPUTY CLERK:  Juror No. 21.

24        JURY PANEL MEMBER:  Here.

25        THE DEPUTY CLERK:  Juror No. 15.

```
1              JURY PANEL MEMBER:  Here.

2              THE DEPUTY CLERK:  Juror No. 11.

3              JURY PANEL MEMBER:  Here.

4              THE DEPUTY CLERK:  Juror No. 3.

5              JURY PANEL MEMBER:  Here.

6              THE DEPUTY CLERK:  Juror No. 1.

7              JURY PANEL MEMBER:  Here.

8              THE DEPUTY CLERK:  Are there any jurors

9   present whose numbers I did not call?

10             Members of the petit jury, would you

11  please stand and raise your right hand?

12             (The veniremen are sworn.)

13             THE DEPUTY CLERK:  Thank you.  You may be

14  seated.

15             THE COURT:  All right.  Good afternoon,

16  everyone.  I'm sorry for some of the delay here.

17  We're ready to proceed in this matter in terms of

18  jury selection.

19             This is a criminal case brought by the

20  government by means of an indictment against the

21  defendant, Antonio Hall.  In the indictment the

22  following counts are charged against Mr. Hall.

23             Count 1 charges Mr. Hall with conspiracy

24  to distribute cocaine and crack cocaine.

25             Count 2 charges Mr. Hall with conspiracy
```

1      to use and carry firearms during and in relation to a

2      drug trafficking crime.

3                   Count 3 charges Mr. Hall with retaliation

4      against a witness by murder.

5                   Count 4 charges that Mr. Hall knowingly

6      and unlawfully used a firearm in furtherance of a

7      crime of violence.

8                   And Count 5 charges Mr. Hall with being a

9      felon in possession of ammunition.

10                  These crimes are alleged to have been

11     committed on or about January 2004 through December

12     2, 2010.  The defendant, Mr. Hall, denies the

13     allegations and has entered a plea of not guilty to

14     the charges against him.

15                  You should understand that the indictment

16     is not evidence, but is merely the method by which

17     the charges are presented for you to consider.

18                  The defendant is presumed innocent of

19     these charges and remains so unless and until the

20     government proves the defendant guilty beyond a

21     reasonable doubt.

22                  I am Judge Richard Bennett of the United

23     States District Court and I welcome you all here to

24     the courthouse and we're now going to proceed with

25     respect to a process known as voir dire, in which I'm

1    going to ask you a series of questions as part of the

2    process of selecting a fair and impartial jury panel.

3              If your answer to any of these questions

4    is, "Yes," please stand when the question has been

5    asked.

6              In this case the defendant is charged

7    with involvement in a conspiracy to distribute

8    cocaine and crack cocaine in the Westport community

9    of South Baltimore.  The defendant is also charged

10   with the murder of a federal witness, Kareem Guest,

11   on September 20, 2009, in the Westport community in

12   South Baltimore.

13             Do you have any knowledge of this case or

14   the events that gave rise to it from the media, from

15   discussions with others, or from any other source

16   whatsoever?

17             The record will indicate no response.

18             Do you or have you had any dealings with

19   the defendant, Antonio Hall, who is also known by the

20   nickname Mack, or any of his friends, associates or

21   family members?

22             Mr. Hall, if you'll please stand and face

23   the jury so they can look at you.

24             All right.  Thank you very much, Mr.

25   Hall.  You may be seated.

1          The record will indicate no response.

2          Are you familiar with the Westport

3     community of South Baltimore?  Do any of you live in

4     Westport?

5          The record will indicate no response.

6          Do you know or have you had any dealings

7     with any of the following persons or members of their

8     families?  First of all, me:  Do any of you believe

9     you've had any prior dealings with me in any way or

10    members of my family?

11         All right.  If you'll indicate your juror

12    number, in the back row?

13         JURY PANEL MEMBER:   74.

14         THE COURT.  Juror No. -- hold on one

15    second, please.  Juror No. 74.  Yes, sir.  You

16    believe you've met me before?

17         JURY PANEL MEMBER:  Yes, sir.  I served

18    on a jury in your court.

19         THE COURT:  Okay.  And when was that?

20         JURY PANEL MEMBER:  I believe it was

21    March of 2009.

22         THE COURT:  All right.  March of 2009.

23    And we'll be getting to this in more detail later.

24         Was it a criminal case or civil case?

25         JURY PANEL MEMBER:  Criminal case, sir.

```
1                THE COURT:  All right.  It's nice to see
2      you.  I'm sorry I didn't recognize you, but that
3      happens.  You may be seated.  And we'll be following
4      up on that in a moment.
5                Furthermore, does anyone know or believe
6      they've had any dealings with the following persons,
7      apart from me?  Counsel for the government, Assistant
8      United States Attorneys Clinton Fuchs and John
9      Purcell.
10               Mr. Fuchs and Mr. Purcell, if you'll
11     stand up for the jury.
12               MR. PURCELL:  I'm John Purcell.
13               MR. FUCHS:  I'm Clinton Fuchs.
14               THE COURT:  Thank you very much.
15               The record will indicate no response.
16               The government's case agent, FBI Special
17     Agent Todd Moody.  Agent Moody, if you'll stand up,
18     please?
19               The record will indicate no response.
20               Thank you, Agent Moody.
21               Counsel for the defendant, Gary Proctor
22     or Timothy Sullivan?  Mr. Proctor and Mr. Sullivan.
23               Thank you, Mr. Proctor and Mr. Sullivan.
24               The record will indicate no response.
25               The following people who may be witnesses
```

1    in the case or who may be mentioned by various

2    witnesses.  And just bear with me.  I'm going to go

3    over a list of people who either will be witnesses or

4    who might be mentioned by witnesses.

5                First of all, with respect to -- I've

6    mentioned Kareem Kelly Guest, who is now deceased.

7    Members of that family:  Deborah Guest, Bobby Guest,

8    Jai la Guest, Robert Parsons.  A person named Martie

9    Williams, who is also no longer living.

10               Does anyone believe they know any of

11   those people?

12               The record will indicate no response.

13               Certain law enforcement witnesses who

14   will be testifying.  FBI Special Agent Loi Cao,

15   C-a-o; Special Agent Mike Mizer; Special Agent Dan

16   Kerwin of the Bureau of Alcohol, Tobacco and Firearms

17   and Explosives.  I've already asked you will

18   Detective Moody.  Detective Robert Dohony,

19   D-o-h-o-n-y; Detective Jonathan Jones.

20               Anyone believe they know those people?

21               Again, the record will indicate no

22   response.

23               Assistant U.S. Attorney Chris Mason;

24   Assistant U.S. Attorney James Wallner; detective

25   Chris Kazmarek, K-a-z-m-a-r-e-k; Detective Brian

1    Kershaw; Detective Kevin Jones; Detective Mark

2    Williams; Detective Dave McDermott; detective

3    Clarence Grear; Crime Scene Technician, last name

4    Havrilla; Dr. Michael Johnson; Dr. Laron Locke,

5    they're both medical examiners; Detective Butler from

6    the Baltimore City police forensic crime unit;

7    Officer Emmanuel Cabreja.

8              Again, if anyone knows any of these

9    people, please stand.

10             The record will still indicate no

11   response.

12             Officer Eduardo Pinto; Sergeant Mistysyn,

13   M-i-s-t-y-s-y-n; Officer John Ryce; officer Daniel

14   Martin; Officer Edmund White; Officer Anthony Sierra,

15   S-i-e-r-r-a; Sergeant Gabriel Brooks; Officer Shawn

16   Yates; Officer Fletcher Jackson; Officer Antonio

17   Green; Officer William Janu; Sergeant Larry Williams;

18   firearm examiner James Wagster; firearm examiner

19   Sandra Bohlen; forensic chemist Monique Pitts;

20   forensic chemist last name Octaviani,

21   O-c-t-a-v-i-a-n-i; forensic chemist last name of Pan,

22   P-a-n.

23             Anyone believe they know any of those

24   people?

25             Again, the record will indicate no

1    response.

2                 Officer Mark Vodarick, V-o-d-a-r-i-c-k;

3    Officer Greg Shuttleworth, S-h-u-t-t-l-e-w-o-r-t-h;

4    Officer Paul Thompson; Officer Vallair,

5    V-a-l-l-a-i-r; Crime Scene Technician Muhangi,

6    M-u-h-a-n-g-i; Crime Scene Technician Caldwell.

7                 These are now -- that's the end of the

8    law enforcement witnesses.

9                 The following people in terms of civilian

10   witnesses who may be called or who may be mentioned

11   by witnesses.

12                Michael Carithers; Jocelyn Hamlet; Tracy

13   Brandenburg; Jeffrey Shaw; Antonio Hart; Rain Curtis;

14   Wanda Partlow; Tamica Mouzon, that's M-o-u-z-o-n;

15   Maurice Mouzon; Shameka Ross; Larry Cheese; Shaquanda

16   Isaac; Kevin Duckett; Jamar Howard; Donnell Anderson;

17   Chaneque Adams; Caprese Diggs; Tia Rouse; Ann Marie

18   Peters; Melvin Rust, who is also known as Humpty.

19                Again, the record will indicate no

20   response thus far.

21                Martie Williams; Robert Parsons; Clive

22   Brown, also known as Eastwood; George Cunningham;

23   Linnard Cunningham; Henry Tinkler; David McClinton;

24   Gary Hall, also known as Tatum; Bennie Warren; Eric

25   Gasque; Gerald Horton, also known as Roddy.

37

```
 1                     I'm sorry, sir, you are standing.  Juror

 2      number?

 3                     JURY PANEL MEMBER:  146.

 4                     THE COURT:  Juror No. 146.  Yes, sir.

 5      You believe you know reference to one of these

 6      people?

 7                     JURY PANEL MEMBER:  Yes.

 8                     THE COURT:  And the name?

 9                     JURY PANEL MEMBER:  George Cunningham.

10                     THE COURT:  George Cunningham?  All

11      right.  And in what context do you know a gentleman

12      named George Cunningham?

13                     JURY PANEL MEMBER:  Well, I have a George

14      Cunningham as my brother-in-law.

15                     THE COURT:  And where does that George

16      Cunningham live and reside?

17                     JURY PANEL MEMBER:  He resides in Bel

18      Air, Maryland.

19                     THE COURT:  Bel Air, Maryland.

20                     MR. PURCELL:  It's a different George

21      Cunningham, Your Honor.

22                     THE COURT:  It would be a different

23      George Cunningham, then.  Thank you very much, sir.

24      Thank you.

25                     Gary Hall, also known as Tatum; Bennie
```

1      Warren; Eric Gasque, as I've mentioned; Gerald

2      Horton, also known as Roddy.   Jerrell Taylor.

3                      Anyone believe they know any of these

4      people?

5                      James Eldridge, also known as Boo Boo;

6      Jamal Stewart; Elliott Brown; Dwight Hickman; Marvin

7      Raines; Michael Raines; Brandon Carter; Robert Jones,

8      also known as Seattle; Kissie Hill; Caprese Diggs.

9      Antonio Reyes, also known as Keyburn; Lamont Dorsey;

10     and Cherie Douglas.

11                     Does anyone believe they know any of

12     these people?   These are either going to are

13     witnesses or people's names as witnesses.

14                     Yes, sir.   In the front row.

15                     JURY PANEL MEMBER:   I know a Diggs that

16     lives right around my church.

17                     THE COURT:   Hold on one second, please.

18     Your number is?

19                     JURY PANEL MEMBER:   225.

20                     THE COURT:   Juror No. 225.   And you

21     believe you know an individual named?

22                     JURY PANEL MEMBER:   Diggs.   I'm not

23     positive on his first name.

24                     THE COURT:   All right.   Diggs.   I

25     mentioned a person named Caprese Diggs.   Do you

```
1    believe you know a person named Caprese Diggs?

2              JURY PANEL MEMBER:  I know a few Diggses.

3    I'm not sure of their first names, personally.

4              THE COURT:  All right.  And where is your

5    church?

6              JURY PANEL MEMBER:  Sir?

7              THE COURT:  Where is your church located?

8              JURY PANEL MEMBER:  Oh, no, he's a friend

9    of mine.  He lives in the area, I believe.

10             THE COURT:  All right.  I guess my

11   question is -- I'm trying to determine:  You think

12   you know a person named Diggs?

13             JURY PANEL MEMBER:  It could be a

14   different Diggs.

15             THE COURT:  I'm just trying to clarify.

16   The person we're talking about is Caprese Diggs.

17             JURY PANEL MEMBER:  Yes, sir.

18             THE COURT:  In what area of the state

19   would that person whom you know last name Diggs

20   lives?

21             JURY PANEL MEMBER:  Last I heard, he was

22   in Edgewater, I believe.

23             MR. PURCELL:  Your Honor, if I may, the

24   government's witness is a female.

25             THE COURT:  All right.  This is a woman
```

1    named Caprese Diggs.  All right.  Thank you very

2    much, then.  Okay.  That would not be the same

3    person, either.  Thank you very much.

4              All right.  The next question will be:

5    Have you served on a jury panel where any party was

6    represented by any of the lawyers in this case,

7    either Mr. Purcell, Mr. Fuchs, Mr. Proctor, or Mr.

8    Sullivan?

9              The record will indicate no response.

10             Do you have any friends, acquaintances or

11   business associates on this jury panel?  That doesn't

12   mean we didn't want you to make friends today.  But

13   when you arrived here today, did you see any people

14   whom you knew as having been a friend, an

15   acquaintance, or a business associate in some way?

16   Someone you might know from work or may have seen

17   previously?

18             The record will indicate no response.

19             Do you know the United States Attorney

20   for the District of Maryland, Rod Rosenstein; and the

21   Assistant United States Attorneys for the District of

22   Maryland; or any employees of the United States

23   Attorney's Office?

24             The record will indicate no response.

25             I'm sorry.  Yes, ma'am.  Second row.

1          JURY PANEL MEMBER:  My son-in-law is a

2    states attorney down in Somerset County.

3          THE COURT:  All right.  I'm going to get

4    that.  Your juror number is?

5          JURY PANEL MEMBER:  163.

6          THE COURT:  Juror No. 163.  This is for

7    the U.S. Attorney's Office here in Baltimore, was my

8    question.  But you have a son-in-law --

9          JURY PANEL MEMBER:  In Somerset County.

10         THE COURT:  Who is an assistant state's

11   attorney?

12         JURY PANEL MEMBER:  He is the state's

13   attorney.

14         THE COURT:  I'm sorry?

15         JURY PANEL MEMBER:  He's the state's

16   attorney.

17         THE COURT:  Yes.  In Somerset County.

18         JURY PANEL MEMBER:  Yes.

19         THE COURT:  On the Eastern Shore.  Okay.

20   Thank you very much, Juror No. 163.  Thank you.

21         Have you or any of your family members or

22   close friends ever been employed by or worked with

23   any federal, state, or municipal law enforcement or

24   corrections agency?  Whether you or any of your

25   family members or close friends have ever been

```
 1        employed with any federal, state, or municipal law

 2        enforcement or corrections agency.  That would

 3        include the local sheriff's office, police office of

 4        any kind.  Correctional guard, anything like that.

 5                  If you'll please stand.

 6                  Again, if you have any -- either you,

 7        your family members, or friends, local police

 8        department, local sheriff's office, correctional

 9        officer in any kind of law enforcement capacity or

10        corrections agency.  If you'll please stand.  If you

11        have anyone -- any association in that context.

12                  All right.  Yes, ma'am.  Juror number?

13                  JURY PANEL MEMBER:  412.

14                  THE COURT:  All right.  Yes, ma'am?

15                  JURY PANEL MEMBER:  My husband is a court

16        security officer in the District of Columbia.

17                  THE COURT:  All right.  Thank you very

18        much.  You may be seated.

19                  Yes, sir.  Juror number.

20                  JURY PANEL MEMBER:  336.

21                  THE COURT:  Yes, sir.

22                  JURY PANEL MEMBER:  My son is a retired

23        lieutenant at Anne Arundel County Detention Center.

24                  THE COURT:  Thank you very much.  You may

25        be seated.
```

1                    Yes, sir.

2                    JURY PANEL MEMBER:  Juror No. 232.

3                    THE COURT:  Yes, sir.

4                    JURY PANEL MEMBER:  My father is retired

5      parole officer for the State of New York.  And I also

6      have a cousin who is an FBI agent.

7                    THE COURT:  Thank you very much.  You may

8      be seated.  Yes, sir.  Juror number.

9                    JURY PANEL MEMBER:  229.

10                   THE COURT:  Yes, sir.

11                   JURY PANEL MEMBER:  I have several

12     friends that work in corrections.  And I'm on a daily

13     basis involved with federal police officers.

14                   THE COURT:  All right.  Thank you very

15     much.  You may be seated.

16                   Yes, sir.  Juror number.

17                   JURY PANEL MEMBER:  225.

18                   THE COURT:  Yes, sir.

19                   JURY PANEL MEMBER:  I have multiple very

20     close friends that are in the state and Anne Arundel

21     County police and sheriff's department.  And I work

22     on a daily basis with the natural resources police.

23                   THE COURT:  All right.  Thank you very

24     much.  You may be seated.

25                   Yes, sir.  Juror number.

```
 1                    JURY PANEL MEMBER:  215.

 2                    THE COURT:  Juror 215.  Yes, sir.

 3                    JURY PANEL MEMBER:  I have a friend who

 4      is currently an Anne Arundel County detective.

 5                    THE COURT:  Thank you very much.

 6                    Second row there.  Yes, sir.  Juror

 7      number.

 8                    JURY PANEL MEMBER:  205.

 9                    THE COURT:  Juror No. 205.  Yes, sir.

10                    JURY PANEL MEMBER:  Previously was

11      employed with the U.S. Parole Commission.  And also

12      have family members who are Baltimore City police.

13                    THE COURT:  Thank you very much.  You may

14      be seated.

15                    Yes, sir.  The next one.

16                    JURY PANEL MEMBER:  Juror 0199.

17                    THE COURT:  Yes, sir.

18                    JURY PANEL MEMBER:  Former brother-in-law

19      was an FBI special agent.

20                    THE COURT:  All right.  Thank you very

21      much.  You may be seated.

22                    Yes, sir.

23                    JURY PANEL MEMBER:  Juror No. 188.

24                    THE COURT:  Yes, sir.

25                    JURY PANEL MEMBER:  I have a personal
```

1    friend who is a police officer for Anne Arundel

2    County police.

3              THE COURT:  I see, sir, that you're also

4    a paralegal; is that right.

5              JURY PANEL MEMBER:  That's correct.

6              THE COURT:  And you work in a private law

7    office.

8              JURY PANEL MEMBER:  I do not.

9              THE COURT:  Okay.  You work for a

10   government agency?

11             JURY PANEL MEMBER:  I work for a private

12   non-profit group.

13             THE COURT:  Okay.  In the financial

14   field?

15             JURY PANEL MEMBER:  Yes.  FINRA.

16             THE COURT:  All right.  Yes.  Okay.

17   Thank you very much.  You may be seated.

18             Yes, ma'am.

19             JURY PANEL MEMBER:  186.  I have a nephew

20   that's an FBI agent.

21             THE COURT:  Thank you very much.  You may

22   be seated.

23             Yes, ma'am.

24             JURY PANEL MEMBER:  184.

25             THE COURT:  Juror No. 184.  Yes.

```
1                    JURY PANEL MEMBER:  My father is the

2       chief of police, but in the State of Pennsylvania.

3                    THE COURT:  Thank you very much.  You may

4       be seated.

5                    Yes, ma'am.

6                    JURY PANEL MEMBER:  163.

7                    THE COURT:  Yes, ma'am.

8                    JURY PANEL MEMBER:  My son-in-law --

9                    THE COURT:  Your son-in-law is with the

10      State's Attorney's Office in Somerset County.

11                   JURY PANEL MEMBER:  My daughter is a

12      public defender in Snow Hill.

13                   THE COURT:  A public defender where?

14                   JURY PANEL MEMBER:  In Snow Hill,

15      Maryland.

16                   THE COURT:  All right.

17                   JURY PANEL MEMBER:  And my brother-in-law

18      was a Baltimore City policeman until his death.

19                   THE COURT:  Thank you very much.

20                   Yes, sir.

21                   JURY PANEL MEMBER:  155.

22                   THE COURT:  Juror No. 155.

23                   JURY PANEL MEMBER:  My neighbor's a D.C.

24      policeman.

25                   THE COURT:  All right.  Thank you very
```

```
1    much.

2              Yes, sir.

3              JURY PANEL MEMBER:  154.

4              THE COURT:  Yes, sir.

5              JURY PANEL MEMBER:  I have several close

6    friends who are Baltimore City police officers, and a

7    couple who are retired corrections officers.

8              THE COURT:  All right.  Thank you very

9    much, sir.  You may be seated.  On the third row.

10             Yes, sir.  Juror number.

11             JURY PANEL MEMBER:  152.

12             THE COURT:  Juror 152.  Yes, sir.

13             JURY PANEL MEMBER:  I have a couple of

14   neighbors that are Baltimore County police officers.

15   And I have a coworker that's a leader of a K-9 unit

16   for TSA.

17             THE COURT:  All right.

18             JURY PANEL MEMBER:  I have a close friend

19   that's a correctional officer in Baltimore County.

20             THE COURT:  All right.  Thank you very

21   much.

22             Yes, sir.  Juror number.

23             JURY PANEL MEMBER:  146.

24             THE COURT:  Juror No. 146.

25             JURY PANEL MEMBER:  My brother-in-law did
```

```
1      work for the Baltimore Sheriff's Department and was

2      detailed in the U.S. Marshals for a time.  He's since

3      retired from there and he's now a chief of police in

4      Stewartstown, I believe Pennsylvania.  And I also

5      have several friends who are Maryland state troopers.

6                   THE COURT:  Thank you very much.

7                   Yes, ma'am.  Juror number.

8                   JURY PANEL MEMBER:  143.

9                   THE COURT:  Yes, ma'am.

10                   JURY PANEL MEMBER:  My brother's a former

11      correctional officer.  My brother-in-law works for

12      the CIA.  We have other friends with the CIA.  In

13      addition, I work at Medicare and on Medicare fraud

14      with various sheriff's offices around the country and

15      various FBI offices around the country.

16                   THE COURT:  All right.  You work for the

17      Department of Health and Human Services, correct?

18                   JURY PANEL MEMBER:  That's correct.

19                   THE COURT:  All right.  Thank you very

20      much.

21                   Yes, ma'am.  Juror number.

22                   JURY PANEL MEMBER:  141.

23                   THE COURT:  Yes, ma'am.

24                   JURY PANEL MEMBER:  And I worked at the

25      FBI some years ago.
```

```
 1                    THE COURT:  You say you did work at the
 2      FBI?
 3                    JURY PANEL MEMBER:  I did, uh-huh.
 4                    THE COURT:  And what did you do at the
 5      FBI?
 6                    JURY PANEL MEMBER:  It was in the typing
 7      pool.
 8                    THE COURT:  All right.
 9                    JURY PANEL MEMBER:  A clerk typist.
10                    THE COURT:  All right.  Thank you very
11      much.
12                    Yes, ma'am.  Juror number.
13                    JURY PANEL MEMBER:  137.
14                    THE COURT:  Juror 137.
15                    JURY PANEL MEMBER:  I have several
16      friends in the Harford County Sheriff's Department.
17      And serve on a board of directors with one member
18      from the sheriff's department and one member from the
19      detention center.
20                    THE COURT:  Thank you very much.
21                    Yes, sir.  Juror number.
22                    JURY PANEL MEMBER:  136.
23                    THE COURT:  Juror No. 136.  Yes, sir.
24                    JURY PANEL MEMBER:  I have a family
25      member who is a police officer with Baltimore County
```

1          police.

2                          THE COURT:  Thank you very much.  You may

3          be seated.

4                          Yes, ma'am.

5                          JURY PANEL MEMBER:  Juror No. 122.

6                          THE COURT:  Juror No. 122.  Yes, ma'am.

7                          JURY PANEL MEMBER:  I have a friend

8          that's at the State's Attorney's Office in Frederick

9          County; and a friend that's on the Washington County

10         State's Attorney's Office; and also a friend that's

11         in Frederick County police.

12                         THE COURT:  All right.  Thank you very

13         much.

14                         Yes, sir.

15                         JURY PANEL MEMBER:  99.

16                         THE COURT:  Juror No. 99.  Yes, sir.

17                         JURY PANEL MEMBER:  I have a

18         brother-in-law that's FBI.  I've got a son-in-law

19         that's Cambridge City police department.  And I'm

20         also a security officer for the hospital.  And I work

21         with a bunch of ex-prison guards.

22                         THE COURT:  All right.  Thank you very

23         much.

24                         Yes, sir; in the back row there.

25                         JURY PANEL MEMBER:  98.

```
 1                    THE COURT:  Juror No. 98.  Yes, sir.
 2                    JURY PANEL MEMBER:  I'm a sergeant at a
 3       correctional institution.
 4                    THE COURT:  I'm sorry.
 5                    JURY PANEL MEMBER:  Sergeant at a
 6       correctional institution.
 7                    THE COURT:  All right.  Thank you very
 8       much.
 9                    Yes, ma'am.  Juror number.
10                    JURY PANEL MEMBER:  88.
11                    THE COURT:  Juror No. 88.  Yes, ma'am.
12                    JURY PANEL MEMBER:  I have an
13       acquaintance with the police department in Prince
14       George's County, Maryland.
15                    THE COURT:  Thank you very much.  You may
16       be seated.
17                    Yes, ma'am.
18                    JURY PANEL MEMBER:  81.
19                    THE COURT:  Juror No -- I'm sorry.  Hold
20       on a second, please.
21                    All right.  Juror No. 81.  Yes, ma'am.
22                    JURY PANEL MEMBER:  A former son-in-law
23       was a Baltimore City police officer.
24                    THE COURT:  All right.  Thank you very
25       much.
```

1                    Yes, ma'am.

2                    JURY PANEL MEMBER:  No. 63.

3                    THE COURT:  I'm sorry.  Juror No. 63.

4                    JURY PANEL MEMBER:  Yes.

5                    THE COURT:  All right.  Juror No. 63.  If

6      you'll speak up, please.  Yes, ma'am.

7                    JURY PANEL MEMBER:  I know a Maryland

8      state trooper.  My neighbor is in the police

9      department.  I work for the Coast Guard at Curtis

10     Bay.

11                   THE COURT:  All right.  Thank you very

12     much.  You may be seated.

13                   Yes, sir.

14                   JURY PANEL MEMBER:  48.

15                   THE COURT:  Juror No. 48.

16                   JURY PANEL MEMBER:  My grandfather worked

17     as a deputy sheriff in Jessup; supplement and my

18     mother back in the Seventies worked for the FBI.

19                   THE COURT:  All right.  Thank you very

20     much.

21                   Yes.  Here in the front row.  Yes, ma'am.

22                   JURY PANEL MEMBER:  Juror 26.

23                   THE COURT:  Juror No. 26.  Yes, ma'am.

24                   JURY PANEL MEMBER:  My nephew is a police

25     detective for the Washington, D.C. Police Department.

```
1                    THE COURT:  All right.  Thank you very

2     much.

3                    Yes, ma'am.  Juror number.

4                    JURY PANEL MEMBER:  23.

5                    THE COURT:  Juror No. 23.

6                    JURY PANEL MEMBER:  I have a friend who

7     is an Anne Arundel County policeman.

8                    THE COURT:  Thank you very much.  Yes,

9     sir.

10                    JURY PANEL MEMBER:  Juror No. 15.

11                    THE COURT:  Juror No. 15.  Yes, sir.

12                    JURY PANEL MEMBER:  My father's a retired

13    Maryland state police.

14                    THE COURT:  Thank you very much.

15                    Yes, ma'am.  In the back row there.

16                    JURY PANEL MEMBER:  Juror No. 1.

17                    THE COURT:  Juror No. 1.

18                    JURY PANEL MEMBER:  Father and uncle are

19    both retired state troopers.

20                    THE COURT:  All right.  Thank you.

21                    JURY PANEL MEMBER:  And my mother works

22    for -- she's dispatch for Anne Arundel County

23    Sheriff's Office.

24                    THE COURT:  All right.  Thank you very

25    much.
```

1          Now, you do not need to get up and repeat

2    an answer you've already given.  Some of these

3    questions are a little more specific.  But you do not

4    need to stand and repeat an answer you've already

5    given.

6          Have you or any of your family members or

7    close friends ever been employed by or worked with

8    the Federal Bureau of Investigation, commonly known

9    as the FBI, or the Baltimore City Police Department?

10         Again, if you've already given the

11   information, you don't need to stand a second time.

12         No further response on that.

13         Have you or any of your family members or

14   close friends ever worked for a private agency or a

15   company with police, security, or investigative

16   functions such as a private investigative firm or a

17   company that provides security services?

18         Again, some of you have already stood and

19   made reference to that.  But if you have not yet, you

20   should stand now.  The specific question here is

21   whether or not you or any of your family members or

22   close friends have ever worked for a private agency

23   or a company with police, security, or investigative

24   functions such as a private investigative firm or a

25   company that provides security services?

55

1               Yes, sir.  Juror number.

2               JURY PANEL MEMBER:  229.

3               THE COURT:  Juror No. 229.  Yes, sir.

4               JURY PANEL MEMBER:  I was employed for

5       six years as a private security guard, private

6       company.

7               THE COURT:  Thank you very much.

8               Yes, sir.  In the second row there.

9               JURY PANEL MEMBER:  Juror 0199.

10              THE COURT:  Juror 0199.  Yes, sir.

11              JURY PANEL MEMBER:  I am currently an

12      active employee of the National Security Agency.

13              THE COURT:  All right.  Thank you very

14      much.  You may be seated.

15              Yes, ma'am.

16              JURY PANEL MEMBER:  150.

17              THE COURT:  Juror 150.  Yes, ma'am.

18              JURY PANEL MEMBER:  My husband is an

19      armed security.

20              THE COURT:  All right.  Thank you very

21      much.

22              Yes, ma'am.

23              JURY PANEL MEMBER:  Juror 122.

24              THE COURT:  Juror 122.  Yes, ma'am.

25              JURY PANEL MEMBER:  My son works for

56

1    Target Stores in loss prevention.

2              THE COURT:  Thank you very much.

3              Yes, ma'am.  In the back row there.

4              JURY PANEL MEMBER:  Juror 94.

5              THE COURT:  Hold on one second, please.

6              Juror 94.  Yes, ma'am.

7              JURY PANEL MEMBER:  My husband used to

8    work as a security guard several years ago; he's no

9    longer doing it.

10             THE COURT:  All right.  Thank you.

11             Yes, ma'am?  Front row here.

12             JURY PANEL MEMBER:  23.

13             THE COURT:  Juror No. 23.  Hold on a

14   second, please.

15             Yes.  Juror No. 23.

16             JURY PANEL MEMBER:  I have two

17   son-in-laws who work for NSA.

18             THE COURT:  All right.  Thank you.

19             Yes, sir.  Juror number.

20             JURY PANEL MEMBER:  15.

21             THE COURT:  Juror No. 15.  Yes, sir.

22             JURY PANEL MEMBER:  Currently employed at

23   the National Security Agency.

24             THE COURT:  All right.  Thank you very

25   much.

```
1              Have you or any of your family members or
2     close friends ever been employed in any capacity by a
3     state or federal court, the United States Department
4     of Justice, a state's attorney general, the federal
5     public defender, a state public defender, a private
6     criminal defense lawyer, a court- related agency such
7     as a sheriff's office, clerk's office, probation and
8     parole office, United States Marshal's Office,
9     pretrial services or bail agency, or any other law
10    enforcement or court-related agency?
11              Again -- this is, again, you don't need
12    to repeat an answer you've already given.  But this
13    is a broader question; it relates to working in a
14    court system of any kind including the Public
15    Defender's Office, a parole office, a bail agency,
16    any court-related agency of any kind.
17              Yes, sir.  In the front row here.
18              JURY PANEL MEMBER:  336.
19              THE COURT:  Yes, sir.
20              JURY PANEL MEMBER:  My son worked at the
21    Annapolis courthouse.
22              THE COURT:  And what does he do at the
23    Annapolis courthouse?
24              JURY PANEL MEMBER:  He no longer works
25    there.  He was a clerk, though.
```

```
 1                   THE COURT:  All right.  Thank you very

 2      much.  You may be seated.

 3                   Yes, sir.

 4                   JURY PANEL MEMBER:  Juror 232.

 5                   THE COURT:  Yes, sir.

 6                   JURY PANEL MEMBER:  A family member works

 7      for the Attorney General's Office, State of New York.

 8                   THE COURT:  And what does that person do

 9      for the Attorney General of the State of New York?

10                   JURY PANEL MEMBER:  He's a lawyer.

11                   THE COURT:  He's a lawyer?

12                   JURY PANEL MEMBER:  Yeah.

13                   THE COURT:  Okay.  Thank you very much.

14                   Yes, sir.  In the third row there.  Yes,

15      sir.

16                   JURY PANEL MEMBER:  146.

17                   THE COURT:  Juror No. 146.  Yes, sir.

18                   JURY PANEL MEMBER:  I worked for a

19      Circuit Court for Baltimore City about 27 years ago.

20                   THE COURT:  And what did you do there?

21                   JURY PANEL MEMBER:  Just basically a

22      clerk in the file room.

23                   THE COURT:  All right.  Thank you very

24      much.

25                   Yes.  In the front row here; yes, ma'am.
```

59

```
 1                JURY PANEL MEMBER:  I'm not sure --

 2                THE COURT:  Juror number.

 3                JURY PANEL MEMBER:  412.

 4                THE COURT:  Yes, ma'am.

 5                JURY PANEL MEMBER:  My husband was on a

 6     D.C. police department for about ten years.  And then

 7     he worked for U.S. Marshal's Service for about seven

 8     years.  And he currently works now as a U.S. court

 9     security officer.

10                THE COURT:  All right.  Thank you very

11     much.  Thank you very much.

12                Yes, ma'am.  In the back row.

13                JURY PANEL MEMBER:  Juror 94.

14                THE COURT:  Wait a minute.  Juror --

15                JURY PANEL MEMBER:  94.

16                THE COURT:  Juror No. 94.  Yes, ma'am.

17                JURY PANEL MEMBER:  My son worked as a

18     radio dispatcher in Caroline County.  He's no longer

19     working that.

20                THE COURT:  Thank you very much.  You may

21     be seated.

22                Yes, sir.  In the front row here.

23                JURY PANEL MEMBER:  Juror 45.

24                THE COURT:  Juror No. 45.  Yes, sir.

25                JURY PANEL MEMBER:  I have a friend who
```

1       is a retired Maryland court judge.  I believe he is

2       still doing mediation cases in connection with the

3       court, though.  And I have another friend who is an

4       attorney who does mediation cases in connection with

5       the courts in the State of California.

6                     THE COURT:  Okay.  Thank you very much.

7                     Juror number.

8                     JURY PANEL MEMBER:  Juror No. 1.

9                     THE COURT:  Yes, ma'am.

10                    JURY PANEL MEMBER:  My father currently

11      works as a bailiff in Caroline County.  And I worked

12      for about a year for a criminal defense attorney.

13                    THE COURT:  Your father works for whom?

14                    JURY PANEL MEMBER:  He's a bailiff in

15      Caroline County.  And then I worked for an attorney,

16      a criminal defense attorney.

17                    THE COURT:  All right.  Thank you very

18      much.

19                    Have you or any of your family members or

20      close friends received any formal legal training or

21      education or ever worked for a lawyer or in a law

22      office?

23                    Once again, you don't need to repeat an

24      answer you've already given.  But this is very

25      precise, if you haven't already answered.  Have you

```
 1      or any of your family members or close friends

 2      received any formal legal training or education or

 3      ever worked for a lawyer or in a law office?  If

 4      you'll please stand.

 5                    Yes ma'am.  Juror number.

 6                    JURY PANEL MEMBER:  236.

 7                    THE COURT:  Juror No. 236.

 8                    JURY PANEL MEMBER:  I work in a real

 9      estate law firm.

10                    THE COURT:  I'm sorry.

11                    JURY PANEL MEMBER:  Real estate law firm.

12                    THE COURT:  All right.  Do you still work

13      for that firm?

14                    JURY PANEL MEMBER:  Yes.

15                    THE COURT:  Thank you very much.

16                    Yes, sir.

17                    JURY PANEL MEMBER:  Juror 232.

18                    THE COURT:  Yes, sir.

19                    JURY PANEL MEMBER:  Ex-wife was a

20      corporate attorney.

21                    THE COURT:  All right.  Thank you very

22      much.

23                    Yes, sir.  In the second row.

24                    JURY PANEL MEMBER:  Juror 188.

25                    THE COURT:  Hold on one second, please.
```

1     Juror 188?

2               JURY PANEL MEMBER:  I went to paralegal

3     school.  And I also worked -- I interned in a private

4     law firm.

5               THE COURT:  All right.  And when did you

6     intern for a private law firm?

7               JURY PANEL MEMBER:  That would have been

8     last summer.

9               THE COURT:  And what kind of work did

10    that firm do?

11              JURY PANEL MEMBER:  It was primarily

12    domestic law with a limited amount of contract law.

13              THE COURT:  All right.  Thank you very

14    much.  You may be seated.

15              Yes, ma'am.  In the third row.

16              JURY PANEL MEMBER:  Juror 137.

17              THE COURT:  Juror No. 137.  Yes, ma'am.

18              JURY PANEL MEMBER:  I have a

19    granddaughter who has an AA in paralegal and works

20    for a law firm.  I have no idea what kind of law they

21    practice.

22              THE COURT:  Thank you very much.

23              Yes, ma'am.  In the third row there.

24              JURY PANEL MEMBER:  113.

25              THE COURT:  Juror 113.  Yes, ma'am.

```
 1                    JURY PANEL MEMBER:  We just have close

 2          family friends who is lawyer in Washington County,

 3          family law.

 4                    THE COURT:  Thank you very much.

 5                    Yes, sir.

 6                    JURY PANEL MEMBER:  Juror 74.

 7                    THE COURT:  Juror No. 74.  Yes, sir.

 8                    JURY PANEL MEMBER:  I've had a couple

 9          classes in law in a postgraduate degree.

10                    THE COURT:  All right.  Thank you very

11          much.

12                    Yes, sir.

13                    JURY PANEL MEMBER:  Juror 59.

14                    THE COURT:  Juror 59.  Yes, sir.

15                    JURY PANEL MEMBER:  My father's a retired

16          corporate attorney.  And my brother is also a

17          corporate attorney.

18                    THE COURT:  Thank you very much.

19                    Yes, sir.  In the back row there.

20                    JURY PANEL MEMBER:  Juror No. 3.  I just

21          have two brothers that are lawyers.

22                    THE COURT:  All right.  You have two

23          brothers who are lawyers?

24                    JURY PANEL MEMBER:  Yes.

25                    THE COURT:  Okay.  And what kind of law
```

1      do they practice?

2                      JURY PANEL MEMBER:  One practices tax

3      law.  But the other does litigation like this.

4                      THE COURT:  All right.  Thank you very

5      much.  You may be seated.

6                      Have you ever served in the military?

7      And, if so, did you ever participate in a court

8      martial?

9                      So the first question is:  Have you ever

10     served in the military?  And, if so, did you ever

11     participate in a court martial?

12                     Anyone who served in the military, please

13     stand.

14                     All right.  Yes, sir.  In the second row.

15                     JURY PANEL MEMBER:  0199.

16                     THE COURT:  Juror 199.  Yes, sir.  What

17     branch of the Service did you serve in?

18                     JURY PANEL MEMBER:  United States Air

19     Force.

20                     THE COURT:  And how many years did you

21     serve?

22                     JURY PANEL MEMBER:  From 1971 to 1974.

23                     THE COURT:  And did you ever participate

24     in a court martial?

25                     JURY PANEL MEMBER:  No.

1               THE COURT:  All right.  You may be

2     seated.  Thank you very much.

3               Yes, sir.

4               JURY PANEL MEMBER:  Juror No. 99.

5               THE COURT:  Juror -- hold on a second.

6     Juror No. 99.  Yes, sir.

7               JURY PANEL MEMBER:  U.S. Army.

8               THE COURT:  Okay.  And when did you --

9     how many years did you serve?

10              JURY PANEL MEMBER:  Three.  '65 to '68.

11              THE COURT:  All right.  And did you ever

12    participate in a court martial?

13              JURY PANEL MEMBER:  No, sir.

14              THE COURT:  You may be seated.  Thank you

15    very much.

16              Juror number.

17              JURY PANEL MEMBER:  15.

18              THE COURT:  Juror No. 15.  What branch of

19    the Service did you serve in?

20              JURY PANEL MEMBER:  U.S. Air Force.

21              THE COURT:  I'm sorry?

22              JURY PANEL MEMBER:  U.S. Air Force.

23              THE COURT:  U.S. Air Force.  And how many

24    years did you serve?

25              JURY PANEL MEMBER:  15.

1              THE COURT:  And did you ever participate

2    in a court martial?

3              JURY PANEL MEMBER:  No.

4              THE COURT:  All right.  Thank you very

5    much.  You may be seated.

6              In every criminal case under our laws, an

7    accused person is presumed to be innocent unless and

8    until the government is able to prove him guilty by

9    competent evidence beyond a reasonable doubt.  The

10   burden is always on the prosecution to prove guilt

11   beyond a reasonable doubt.  The burden is -- and this

12   burden never shifts to the defendant.  For the law

13   never imposes upon a defendant in a criminal case the

14   burden or duty to call witnesses or produce any

15   evidence.

16             Do you have any difficulty accepting

17   these principles?

18             The record will indicate no response.

19             Do you believe that a defendant should be

20   required to come forward with some proof or evidence

21   of his innocence before being entitled to a verdict

22   of not guilty?

23             The record will indicate no response.

24             There has been an indictment in this

25   case.  An indictment is merely a formal way of

1    presenting charges against a person.  The mere fact

2    that a person has been charged with a crime cannot be

3    considered as evidence against him.

4              Do you believe that the defendant, Mr.

5    Hall, is, probably is, or may be guilty simply

6    because he has been charged with a crime in an

7    indictment?

8              The record will indicate no response.

9              Every person accused of a crime has a

10   Constitutional right to remain silent and to not

11   testify in his own defense.  You may not consider the

12   silence of a defendant in any way in determining your

13   verdict.

14             Is there anyone who cannot accept this

15   proposition?

16             The record will indicate no response.

17             Do you feel -- I'm sorry.  Do you have

18   any fixed opinions about prosecutors, law enforcement

19   agents, or criminal defense attorneys that would

20   prevent you from rendering a fair and impartial

21   verdict in this case?

22             Yes.  In the back row.  Yes, sir.  Juror

23   number.

24             JURY PANEL MEMBER:  089.

25             THE COURT:  Juror number what?

68

```
1                    JURY PANEL MEMBER:  089.

2                    THE COURT:  Hold on one second, please,

3          sir.

4                    First of all, sir, if you'll take your

5          hat off, please.

6                    Yes.  You have a positive response to one

7          of those; you have a positive response to that, or a

8          response?

9                    JURY PANEL MEMBER:  My brother just

10         recently got sentenced to prison.

11                   THE COURT:  Your brother -- I'm sorry,

12         what?

13                   JURY PANEL MEMBER:  I said my brother

14         just got recently sentenced to prison.

15                   THE COURT:  All right.  Why don't you

16         come up here to the bench for one second, please.

17         We'll bring you up to the bench.

18                   (BENCH CONFERENCE ON THE RECORD.)

19                   THE COURT:  Yes, sir.  Juror number 89.

20         You indicate that your brother --

21                   JURY PANEL MEMBER:  My brother just

22         recently got sentenced this year for a drug-related

23         problem.  And it's going to be hard for me.

24                   THE COURT:  You cannot be a fair and

25         impartial juror?
```

1            JURY PANEL MEMBER:  To be truthful, no.

2            THE COURT:  Okay.  That's fine.  I just

3    want your honest thought.  Thank you very much.  If

4    you'll just return to your seat, please.

5            Counsel, stay up here.

6            You may return to your seat.

7            Juror No. 89 will be stricken for cause

8    because of his response.  So that's Juror No. 89

9    stricken for cause.

10            You may go back to your tables.

11            MR. PURCELL:  Your Honor, while we're

12    here, just one question, maybe.  Maybe it comes up

13    further in the voir dire.  But you just asked a

14    series of questions of people about whether -- their

15    employment with courts, their knowledge of the people

16    with the courts and law enforcement.  Is there going

17    to be a follow-up question as to whether any of those

18    experiences would affect their ability to be a fair

19    and impartial juror?

20            THE COURT:  I'll ask it if you want.

21            MR. PURCELL:  I don't care.  I mean, I

22    notice that, with that, we're making the inquiry but

23    there was no follow-up inquiry to that series of

24    questions.

25            There is a question I see as to law

1        enforcement in particular later on in the voir dire,

2        but nothing about the experiences of knowing people

3        who are in the courts or knowing state's attorneys.

4                   THE COURT:  I question them in response

5        as they come up here to the bench later, any

6        particular feelings about the criminal justice system

7        one way or the other.  I think it's covered.

8                   MR. PURCELL:  I'm satisfied if the

9        defense is satisfied.

10                  THE COURT:  If we discover it, we'll deal

11       with it with another question.

12                  MR. PURCELL:  Thank you.

13                  (END OF BENCH CONFERENCE.)

14                  THE COURT:  Would you tend to give

15       greater or lesser weight to the testimony of a law

16       enforcement officer simply because he or she is a law

17       enforcement officer?

18                  Juror number.

19                  JURY PANEL MEMBER:  225.

20                  THE COURT:  Juror No. 225.  Yes, sir.

21       Your response to that question is that you would give

22       greater weight to the testimony of a law enforcement

23       officer simply because he or she is a law enforcement

24       officer?

25                  JURY PANEL MEMBER:  Yes, sir.

1             THE COURT:  All right.  You may be

2     seated.  Thank you very much.

3             Counsel, if you'll approach the bench one

4     second, please?

5             (BENCH CONFERENCE ON THE RECORD.)

6             THE COURT:  All right.  Juror No. 225

7     will be stricken for cause, as well, because of his

8     response to that question.  Thank you.

9             (END OF BENCH CONFERENCE.)

10            THE COURT:  Do you feel that the

11    testimony of a defendant or a witness called by the

12    defense is entitled to any greater or lesser

13    consideration than the testimony of a witness called

14    by the prosecution?

15            The record will indicate no response.

16            Do you have any fixed opinions about

17    criminal cases or persons accused of crimes,

18    regardless of the charge, that would prevent you from

19    rendering a fair and impartial verdict in this case?

20            The record will indicate no response.

21            Do you feel that, simply because a charge

22    is prosecuted by the United States Attorney's Office,

23    that that charge must be a correct charge?

24            The record will indicate no response.

25            Do you have any bias or prejudice for or

1    against the use of a prosecutorial tool known as plea

2    bargaining whereby a person who is called as an as a

3    witness in a criminal case pleads guilty to certain

4    charges rather than facing prosecution on other

5    charges under an agreement to cooperate and testify?

6            The record will indicate no response.

7            Do you or any of your family members or

8    close friends belong to or support any organization

9    that has as its purpose lobbied for more severe

10   criminal penalties or tougher treatment of persons

11   convicted of crimes?

12           The record will indicate no response.

13           Are you or any of your -- are you or any

14   member of your family associated with or a member of

15   the National Rifle Association or any other gun or

16   rifle associations?

17           Just please stand.  If you're a member of

18   if your family's a member of the National Rifle

19   Association or any other gun or rifle association.

20           Juror number.

21           JURY PANEL MEMBER:  229.

22           THE COURT:  Juror No. 229.  Yes, sir.

23           JURY PANEL MEMBER:  I'm a current member

24   of the NRA.

25           THE COURT:  All right.  Thank you very

1      much.

2                    And the second row.  Yes, sir.  Juror

3      number.

4                    JURY PANEL MEMBER:  188.

5                    THE COURT:  Juror No. 188.

6                    JURY PANEL MEMBER:  I'm a current member

7      of the NRA and of a local firearms club.

8                    THE COURT:  All right.  Thank you very

9      much.  You may be seated.

10                   Yes, sir.  In the -- yes, ma'am.  In the

11     third row there.

12                   JURY PANEL MEMBER:  150.  My husband.

13                   THE COURT:  Wait one second.  Juror 150.

14     Yes, ma'am.

15                   JURY PANEL MEMBER:  My husband is.  He's

16     a member of the gun association.

17                   THE COURT:  All right.  Thank you very

18     much.  Hold on one second.

19                   Yes, sir.  Juror number.

20                   JURY PANEL MEMBER:  146.

21                   THE COURT:  Yes, sir.

22                   JURY PANEL MEMBER:  My family is members

23     of NRA.  I have several family members that are

24     members of that group.

25                   THE COURT:  Thank you very much.  You may

```
 1        be seated.

 2                    Yes, sir.  In the back row there.

 3                    JURY PANEL MEMBER:  98.

 4                    THE COURT:  Juror number -- hold on one

 5        second, please.

 6                    Juror No. 98.  Yes, sir.

 7                    JURY PANEL MEMBER:  I'm a current member

 8        of the NRA.

 9                    THE COURT:  All right.  Thank you very

10        much.

11                    Yes, sir.  Juror number.

12                    JURY PANEL MEMBER:  48.

13                    THE COURT:  Juror No. 48.  Yes, sir.

14                    JURY PANEL MEMBER:  I'm a member of the

15        NRA.

16                    THE COURT:  Thank you very much.

17                    Yes, sir.  Juror number.

18                    JURY PANEL MEMBER:  15.

19                    THE COURT:  Juror number -- one second.

20                    Juror No. 15.  Yes, sir.

21                    JURY PANEL MEMBER:  My father's a member

22        of the NRA.

23                    THE COURT:  All right.  Thank you very

24        much.

25                    Are you opposed to or strongly in favor
```

1          of government regulation of either the possession,

2          receipt, transportation, or sale of firearms?  If you

3          either have any strong opinions opposed to or in

4          favor of government regulation of either the

5          prosecution -- the possession, receipt,

6          transportation, or sale of firearms?

7                         The record will indicate no response.

8                         Do you have any reservations concerning

9          the administration of criminal justice in the courts

10         that would prevent you from rendering a fair and

11         impartial verdict in this case?

12                        The record will indicate no response.

13                        Do you have any strong personal, moral,

14         philosophical, or religious beliefs that would

15         prevent you from judging the conduct of another

16         person or make it difficult for you to consider the

17         evidence in this case impartially?

18                        The record will indicate no response.

19                        If you are chosen as a juror in this

20         case, I will explain to you the law that you must

21         apply to the facts of this case as you determine them

22         to be from the evidence presented during the trial.

23         You must follow the law as I instruct you, even if

24         you do not personally think that it is correct or

25         fair.

1              Do any of you feel that you could not do

2     that?  That means that I instruct you on the law but

3     you make the finding of fact.  But the question

4     specifically is -- is whether any of you would not be

5     able to follow the law as I instruct you.

6              The record will indicate no response.

7              Now, ladies and gentlemen, we're going to

8     take a break for lunch and we're going to come back

9     at 2 o'clock.  And I'm going to ask you a series of

10    questions after lunch, the answers to which are going

11    to be taken up here at the bench.  And so it's very

12    important for you all to get back in your seats as

13    quickly as you can.  Well, it's actually almost five

14    after 1 now.  Let's say five after 2.  There's a

15    restaurant next door here, a restaurant next door

16    there, there are restaurants all over the block of

17    the building.  There's a little cafeteria downstairs.

18             But just all be back.  And Miss West will

19    line you up in the same order as you're in now and

20    just get back to your seats and we'll continue at

21    five minutes after 2 with continued voir dire.

22             Anything further from the point of view

23    of the government right now?

24             MR. PURCELL:  No, thank you, Your Honor.

25             THE COURT:  Anything further for the

1          point of view of the defense right now?

2                    MR. PROCTOR:  No, sir.

3                    THE COURT:  All right.  We'll take an

4          hour break for lunch.

5                    MR. PURCELL:  Your Honor -- I am sorry.

6          The jury can certainly go.

7                    THE COURT:  All right.  I'll stay up on

8          the bench.

9                    MR. PURCELL:  Quick questions for you,

10         scheduling.  The jury can certainly go.

11                   THE COURT:  You'll report to the jury

12         room, ladies and gentlemen.  And then Miss West will

13         bring you back here.  And so look to your left and to

14         your right so you line up right where you are before.

15         Believe me, it saves everybody a lot of time.  I'm

16         not going to make you hold hands.  Although maybe

17         that would be a good idea if you hold hands going in

18         and out.  But just stay in this order.  Because if

19         you notice you all are in order when you get up.  It

20         makes it a lot quicker for us.

21                   So, with that, you all are excused.

22         You're due back in the jury room, say, five minutes

23         of 2 so then you have ten minutes to get organized to

24         get up here at five after 2.

25                   With that, you all are excused.  I've

1          just got a few matters to handle with the lawyers

2          here for a second.

3                          MR. PURCELL:  May I approach?

4                          THE COURT:  Sure.  Sure.

5                          (BENCH CONFERENCE ON THE RECORD.)

6                          MR. PURCELL:  I just want to check that

7          we'll get to openings today.

8                          THE COURT:  I'm sorry?

9                          MR. PURCELL:  I just want to check as to

10         whether you think we'll get to openings today.

11                         THE COURT:  I certainly hope so.  How

12         long do you think your opening will be?

13                         MR. PURCELL:  Probably 45 minutes.

14                         THE COURT:  Mr. Proctor, how long will

15         your opening be?

16                         MR. PROCTOR:  15, maybe?

17                         THE COURT:  I've always enjoyed your

18         statements to the juries, as you can imagine.

19                         MR. PROCTOR:  I know.

20                         THE COURT:  Okay.  With that, that's the

21         schedule.  And we may get to a witness, we may not.

22         I'd have a witness or two lined up just in case.  You

23         never know.  I'll see you guys at five after 2.

24                         MR. PROCTOR:  Thank you, sir.

25                         We'll be in recess until five after 2.

1                    (LUNCH RECESS.)

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                    AFTERNOON SESSION

2              THE COURT:  Good afternoon, everyone.

3     You may all be seated.

4              All right.  Now, ladies and gentlemen,

5     this next series of questions, what you'll do is just

6     listen to the questions and do not get up after each

7     question.  There's a series; there's 14 questions.

8     And the answers to these, as you'll see, it is

9     obvious by the nature of the questions, are such that

10    they're taken up here at the bench.  And the lawyers

11    will hear what your response is.  And Mr. Hall can

12    hear with his headset down at the trial table.  But

13    these answers are not given in the open well of the

14    courtroom.

15             So at the end of the series of questions,

16    if you have a "Yes" answer to one or more of the

17    following questions, please stand and come to the

18    bench, but don't rise until I finish all of the

19    questions.

20             Have you or any of your family members or

21    close friends ever been the victim of a crime?

22             Have you or any of your family members or

23    close friends ever been a witness to a crime?

24             Have you or any of your family members or

25    close friends ever been a witness for the prosecution
```

1    or the defense in a criminal investigation, grand

2    jury proceeding, or criminal case?

3              Have you ever served on a grand jury in

4    either state or federal court?  Not a trial jury, but

5    a grand jury.

6              Have you ever served as a juror in a

7    criminal or civil case in either state or federal

8    court?  Have your ever been on a jury before?

9              Have you or any of your family members or

10   close friends ever been charged, arrested, or accused

11   of criminal conduct, or been the subject of a

12   criminal investigation of any kind?

13             Have you or any of your family members

14   ever had substance abuse issues?

15             Are you presently a plaintiff or a

16   defendant in any case pending in this Court or any

17   other federal or state court?

18             Have you or any of your family members or

19   close friends ever been involved in any legal dispute

20   with the government or any agency of the government

21   including any police or law enforcement office or the

22   Internal Revenue Service?

23             Do you have any other bias or prejudice

24   based on race or any other characteristic that would

25   prevent you from rendering a fair and impartial

1    verdict in this case?

2              Do you have any physical ailments such as

3    problems with eyesight or hearing or other

4    impairments that would make it difficult to see,

5    hear, or understand the evidence presented or would

6    otherwise affect your ability to act as a juror in

7    this case?

8              Do you, based on any of the questions I

9    have asked or for any other reason whatsoever, feel

10   that you could not render a fair and impartial

11   verdict in this case based solely on the evidence at

12   trial and the law as I instruct you?

13             I have advised you that the defendant,

14   Mr. Hall, is charged with the murder of a federal

15   witness.  Mr. Hall is presumed innocent of that

16   charge unless and until the jury determines his guilt

17   beyond a reasonable doubt.  If that were to occur --

18   and I say if -- if that were to occur, sentencing is

19   a matter for the Court and you should not consider

20   sentencing in any way.

21             In that regard, I advise you that this is

22   certainly not a death penalty case of any nature.

23             This trial is expected to last for two

24   weeks, this week and through most of next week.  Is

25   there any reason that would prevent you from

1    rendering -- from sitting as a juror or alternate for

2    this length of time?  We will not be sitting Friday

3    morning of this week and we won't be sitting some

4    Thursday afternoon, so we'll be cut back about a day

5    this week.

6              Has each of you had an opportunity to

7    answer all of the questions that apply to you?  Does

8    any prospective juror wish to tell the Court anything

9    additional in response to any of the questions that I

10   have asked?

11             Now, if you have a positive response to

12   any of those questions, please stand.

13             Well, that's par for the course.  That's

14   what normally happens in terms of the number of

15   people that stand.

16             Now, what I want you to do is, jurors in

17   the second, third and fourth row back there in the

18   well of the courtroom, just sit down; you'll be

19   standing in a moment.  Those in the jury box, you may

20   be seated.  We'll get to you in a moment.  Those who

21   are in the front row who are standing, if you'll take

22   a left turn, walk out, take another left turn towards

23   the back wall, left turn towards the back wall, and

24   line up in that fashion.  We'll take your answers up

25   here at the bench.

```
1                     Mr. Hall, make sure you put your headset

2         in, sir, so you can hear the conversation up here at

3         the bench.

4                     So, with that, Counsel, if you'll

5         approach the bench, please.

6                     (BENCH CONFERENCE ON THE RECORD.)

7                     THE COURT:  Yes, ma'am.  If you'll come

8         forward, please.  First one in the row there, please.

9         Thank you.

10                    Yes, ma'am.  Good afternoon.

11                    JURY PANEL MEMBER:  Hi.

12                    THE COURT:  Juror number.

13                    JURY PANEL MEMBER:  412.

14                    THE COURT:  Yes, ma'am.

15                    JURY PANEL MEMBER:  My sister was in the

16        witness protection program.  But she's dead.

17                    THE COURT:  I'm sorry.  She's passed away

18        now?

19                    JURY PANEL MEMBER:  Yes.

20                    THE COURT:  When did she die?

21                    JURY PANEL MEMBER:  About ten years ago.

22                    THE COURT:  Did it have anything to do

23        with her being in witness protection?  She just died

24        of natural causes?

25                    JURY PANEL MEMBER:  No.  She died of
```

1    natural causes.  She witnessed a murder.

2              THE COURT:  All right.  Any other

3    positive responses to any of my questions?

4              JURY PANEL MEMBER:  Well, my brother, he

5    was drugs, and he got in jail.  He lived in and out

6    of prison for most of his life.

7              THE COURT:  All right.  And what was he

8    in prison for?

9              JURY PANEL MEMBER:  Stealing, cocaine,

10   drugs.

11             THE COURT:  And how long ago did he die?

12             JURY PANEL MEMBER:  He's been dead about

13   eight years; five to eight years.

14             THE COURT:  All right.  Any other

15   positive responses to any of my questions?

16             JURY PANEL MEMBER:  I think that's it.

17             THE COURT:  All right.  The fact that

18   your sister was in the witness protection, she was

19   apparently cooperating with government officials in a

20   criminal case?

21             JURY PANEL MEMBER:  Yes.

22             THE COURT:  But then she finished that

23   witness protection and then died of natural causes

24   ten years ago?

25             JURY PANEL MEMBER:  Yes.  But he --

1            THE COURT:  "He," meaning the defendant?

2            JURY PANEL MEMBER:  The guy that did the

3    murder.

4            THE COURT:  Yes.

5            JURY PANEL MEMBER:  Somebody killed him.

6            THE COURT:  Yes.

7            JURY PANEL MEMBER:  And then she was out.

8            THE COURT:  Would that cause you to have

9    any difficulty being a juror in this case, in which,

10   among the charges against the defendant, is

11   essentially a murder charge of a witness; would that

12   cause you any difficulty being a fair and impartial

13   juror in this case?

14           JURY PANEL MEMBER:  No.  But one more

15   thing.  One of my friends was murdered in my car.

16           THE COURT:  And when was that?

17           JURY PANEL MEMBER:  I know it's been over

18   ten years.

19           THE COURT:  And you live in Baltimore; is

20   that correct?

21           JURY PANEL MEMBER:  No.  I live in Anne

22   Arundel County.

23           THE COURT:  All right.  And what were the

24   circumstances surrounding the murder of someone in

25   your car?

1                    JURY PANEL MEMBER:  He chased him down

2        and shot him.

3                    THE COURT:  And the person was in your

4        car?

5                    JURY PANEL MEMBER:  Yeah.

6                    THE COURT:  Were you in the car at the

7        time?

8                    JURY PANEL MEMBER:  I was standing beside

9        him, begging him not to shoot her.

10                   THE COURT:  All right.  Thank you very

11       much.  You may return to your seat.  Thank you very

12       much.

13                   (JURY PANEL MEMBER LEAVES BENCH.)

14                   THE COURT:  The Court is going to strike

15       Juror No. 412 for cause.  In light of that personal

16       experience, I think she'd have difficulty being a

17       fair and impartial juror in this kind of case.  Now

18       we have three strikes for cause thus far, 89, 225,

19       and 412.  And, Counsel, you've all had jury trials in

20       front of me before, I think.  Just remind you that we

21       make strikes for cause up here at the bench

22       immediately after the person leaves.  If I don't

23       strike on my own volition, you both can then move to

24       strike.

25                   MR. PROCTOR:  Yes, sir.

```
1                    THE COURT:  Good afternoon.

2                    JURY PANEL MEMBER:  Good afternoon.

3                    THE COURT:  Do you have --

4                    JURY PANEL MEMBER:  Juror 336.

5                    THE COURT:  Juror 336.  You have a

6        positive response to some of my questions?

7                    JURY PANEL MEMBER:  Yes.  I have served

8        as a juror on criminal cases in Annapolis on two

9        different occasions.

10                   THE COURT:  Two criminal jury trials?

11                   JURY PANEL MEMBER:  Yes, sir.

12                   THE COURT:  All right.

13                   JURY PANEL MEMBER:  And I have lost some

14       hearing in my left ear.

15                   THE COURT:  All right.  Have you had any

16       difficulty hearing what was going on today?

17                   JURY PANEL MEMBER:  No, sir, I have not.

18                   THE COURT:  I think you should be fine.

19                   All right.  The two criminal jury trials,

20       when were they?

21                   JURY PANEL MEMBER:  They've been probably

22       30 years ago.  The details of which I've since --

23                   THE COURT:  Do you recall what kind of

24       cases they were?

25                   JURY PANEL MEMBER:  Not really.  I mean,
```

1      it's been, like, 30 years ago.

2              THE COURT:  As to both of them?

3              JURY PANEL MEMBER:  Yes.

4              THE COURT:  And what were the verdicts in

5      those cases?

6              JURY PANEL MEMBER:  I think they were

7      guilty in both cases.

8              THE COURT:  Okay.  Is there anything

9      about that experience that would cause you to have

10     difficulty being and impartial juror in this case?

11             JURY PANEL MEMBER:  No, sir, Your Honor.

12             THE COURT:  Any other positive responses

13     to any of my questions?

14             JURY PANEL MEMBER:  No, sir.

15             THE COURT:  Any questions from the

16     government?

17             MR. PURCELL:  No, sir.

18             THE COURT:  From the defense?

19             MR. PROCTOR:  No, sir.

20             THE COURT:  You may return to your seat.

21     Thank you, sir.

22             (JURY PANEL MEMBER LEAVES BENCH.)

23             THE COURT:  Yes, ma'am.  Good afternoon.

24             JURY PANEL MEMBER:  Good afternoon.

25             THE COURT:  You have a positive response

90

1          to some of my questions?

2                    JURY PANEL MEMBER:  Yes.  My brother was

3          convicted --

4                    MR. PROCTOR:  Judge, the juror number?

5                    JURY PANEL MEMBER:  Yes, 277.

6                    THE COURT:  I'm sorry.  Juror No. 277.

7          Thank you, Mr. Proctor.  Juror No. 277.  Yes.

8                    JURY PANEL MEMBER:  He was convicted of

9          selling drugs or using drugs about 15 or 20 years

10         ago.

11                   THE COURT:  Your brother was convicted of

12         a drug charge?

13                   JURY PANEL MEMBER:  Yes.

14                   THE COURT:  And that was about 20 years

15         ago.

16                   JURY PANEL MEMBER:  Yeah, 15, 20 years,

17         uh-huh.

18                   THE COURT:  And did he -- was he

19         sentenced to prison?

20                   JURY PANEL MEMBER:  Yes.

21                   THE COURT:  How long a time did he serve

22         in prison?

23                   JURY PANEL MEMBER:  He had a three-year

24         sentence and he did 18 months.

25                   THE COURT:  All right.  And is he still

1       living now?

2                   JURY PANEL MEMBER:  Yes.

3                   THE COURT:  Okay.  Do you think your

4       brother was treated fairly by law enforcement?

5                   JURY PANEL MEMBER:  Yes.

6                   THE COURT:  Okay.  Do you have -- would

7       you have any bias against the government or for the

8       government or against this defendant because of that

9       experience?

10                  JURY PANEL MEMBER:  No, no.

11                  THE COURT:  Any other positive responses

12      to any of my other questions?

13                  JURY PANEL MEMBER:  No.

14                  THE COURT:  That's the only answer.

15                  Any questions from the government?

16                  MR. PURCELL:  Just this.  Ma'am, there

17      will be witnesses in this case who have or have had

18      very serious drug problems.  Would you be able to

19      accept their testimony --

20                  JURY PANEL MEMBER:  Sure.

21                  MR. PURCELL:  -- fairly and

22      impartially --

23                  JURY PANEL MEMBER:  Yes.  Yes.

24                  MR. PURCELL:  -- because of that

25      background you have?

```
 1                    JURY PANEL MEMBER:  Yes, yes.

 2                    MR. PURCELL:  Thank you.  No further

 3      questions.

 4                    THE COURT:  Any questions from the

 5      defense?

 6                    MR. PROCTOR:  No, sir.

 7                    THE COURT:  You may return to your seat.

 8      Thank you very much.

 9                    (JURY PANEL MEMBER LEAVES BENCH.)

10                    THE COURT:  Yes, sir.  Good afternoon.

11      Juror number.

12                    JURY PANEL MEMBER:  232.

13                    THE COURT:  Yes, sir; you have a positive

14      response to some of my questions?

15                    JURY PANEL MEMBER:  I believe it was one

16      of the first ones you said about violent crime or

17      something.

18                    THE COURT:  Yes, sir.

19                    JURY PANEL MEMBER:  My father and my

20      sister both were held at gunpoint in separate

21      instances.  This is probably at least ten years ago.

22                    THE COURT:  In light of the fact that the

23      defendant is African-American in this case, I need to

24      ask you if you know the racial makeup of the person

25      or persons who robbed your father and sister at
```

1        gunpoint.

2                    JURY PANEL MEMBER:  I believe they were

3        African-American.

4                    THE COURT:  And when did this happen?

5                    JURY PANEL MEMBER:  At least ten years

6        ago.

7                    THE COURT:  And where did it happen?

8                    JURY PANEL MEMBER:  By University of

9        Maryland Medical School, Baltimore City.

10                   THE COURT:  Over here in Baltimore City?

11                   JURY PANEL MEMBER:  Yes.

12                   THE COURT:  Any other positive responses

13       to any of my questions?

14                   JURY PANEL MEMBER:  I don't believe so.

15                   THE COURT:  Would you have difficulty

16       being a fair and impartial juror in this case in

17       light of the fact that the defendant is an

18       African-American and he's charged with a violent

19       offense, in light of the incident that involved your

20       father and your sister?

21                   JURY PANEL MEMBER:  I don't believe I'd

22       have any problems.

23                   THE COURT:  Okay.  You would not have any

24       presumption of racial stereotyping or anything?

25                   JURY PANEL MEMBER:  No.

1                    THE COURT:  Any questions from the

2       government?

3                    MR. PURCELL:  No, sir.

4                    THE COURT:  From the defense?

5                    JURY PANEL MEMBER:  No, sir.

6                    THE COURT:  You may return to your seat.

7       Thank you very much.

8                    (JURY PANEL MEMBER LEAVES BENCH.)

9                    THE COURT:  Yes, sir.  Good afternoon.

10      Juror number.

11                   JURY PANEL MEMBER:  229.

12                   THE COURT:  All right.  Juror No. 229.

13      Yes, sir; you have a positive response to some of my

14      questions?

15                   JURY PANEL MEMBER:  Yes.  My sister is a

16      crack cocaine addict.  My brother is an alcoholic and

17      also served time in prison in Wyoming for gun charges

18      and some other -- theft of checks.

19                   THE COURT:  Does he have a substance

20      abuse problem, as well?

21                   JURY PANEL MEMBER:  He's an alcoholic,

22      yes.

23                   THE COURT:  Any other positive responses

24      to any of my questions?

25                   JURY PANEL MEMBER:  No.

```
1                    THE COURT:  The fact of your sister's

2       crack cocaine addiction and your brother's alcoholism

3       which has resulted in his violation or his being

4       charged with violating certain criminal laws, would

5       that cause you to have any difficulty in being a fair

6       and impartial juror, in light of the fact that

7       there's some drugs involved in this case?  It

8       wouldn't cause you --

9                    JURY PANEL MEMBER:  Yes.

10                   THE COURT:  You could not be fair and

11      impartial?

12                   JURY PANEL MEMBER:  I don't believe so.

13                   THE COURT:  You may return to your seat.

14      Thank you very much.

15                   (JURY PANEL MEMBER LEAVES BENCH.)

16                   THE COURT:  Juror No. 229 is stricken for

17      cause.

18                   Yes, ma'am.  Good afternoon.

19                   JURY PANEL MEMBER:  Good afternoon.

20                   THE COURT:  Juror number.

21                   JURY PANEL MEMBER:  218.

22                   THE COURT:  Yes, ma'am; you have a

23      positive response to some of my questions?

24                   JURY PANEL MEMBER:  Yes.  My cousin was

25      in a federal criminal investigation.  He was charged
```

96

```
 1        recently for the crimes, whatever -- he was --
 2                   THE COURT:  He's charged with what?
 3                   JURY PANEL MEMBER:  I think it was money
 4        laundering.
 5                   THE COURT:  And when was this?
 6                   JURY PANEL MEMBER:  Maybe a couple months
 7        ago.
 8                   THE COURT:  This year, 2011?
 9                   JURY PANEL MEMBER:  Uh-huh.
10                   THE COURT:  Was it here in this court?
11                   JURY PANEL MEMBER:  Georgia; State of
12        Georgia.
13                   THE COURT:  Georgia.  So has he been
14        charged with any crime?
15                   JURY PANEL MEMBER:  Yes.  He's been
16        sentenced already.
17                   THE COURT:  He's been sentenced?
18                   JURY PANEL MEMBER:  Uh-huh.
19                   THE COURT:  So he was charged this year
20        and he was sentenced this year?  Do you know if he --
21                   JURY PANEL MEMBER:  Charged last --
22                   THE COURT:  Did he go to trial?
23                   JURY PANEL MEMBER:  Yes, he went to
24        trial.
25                   THE COURT:  And he was found guilty?
```

97

1              JURY PANEL MEMBER:  Yes, yes.

2              THE COURT:  All right.  And now he's been

3     sentenced?

4              JURY PANEL MEMBER:  Yes.

5              THE COURT:  All right.  And any other

6     positive responses to any of my questions?

7              JURY PANEL MEMBER:  No.  That's the

8     only --

9              THE COURT:  With respect to your cousin

10    having been charged in federal court in Georgia with

11    money laundering and having now been sentenced, would

12    that cause you to have any difficulty being a fair

13    and impartial juror in this case?

14             JURY PANEL MEMBER:  Huh-uh.

15             THE COURT:  You say, "No"?

16             JURY PANEL MEMBER:  No.

17             THE COURT:  Do you believe that your

18    cousin was treated fairly by law enforcement?

19             JURY PANEL MEMBER:  Yes.

20             THE COURT:  All right.  Any questions

21    from the government?

22             MR. PURCELL:  No, thank you.

23             THE COURT:  From the defense?

24             MR. PROCTOR:  No, sir.

25             THE COURT:  You may return to your seat.

98

1          Thank you very much.

2                    (JURY PANEL MEMBER LEAVES BENCH.)

3                    THE COURT:  Yes, sir.  Good afternoon.

4                    JURY PANEL MEMBER:  Good afternoon.

5                    THE COURT:  Juror number.

6                    JURY PANEL MEMBER:  217.

7                    THE COURT:  Juror No. 217.  Yes, sir.

8                    JURY PANEL MEMBER:  I was a juror on a

9     bank robbery trial in the mid-Eighties in Rockville,

10    Maryland.

11                   THE COURT:  And that was a bank robbery

12    trial?

13                   JURY PANEL MEMBER:  Yes, sir.

14                   THE COURT:  And what was the verdict?

15                   JURY PANEL MEMBER:  Guilty.

16                   THE COURT:  Any other positive responses

17    to any of my questions?

18                   JURY PANEL MEMBER:  No.

19                   THE COURT:  When was that, again?

20                   JURY PANEL MEMBER:  It was the

21    mid-Eighties; probably '85, I think.

22                   THE COURT:  Is there anything about that

23    experience that would cause you to have difficulty

24    being a fair and impartial juror in this case?

25                   JURY PANEL MEMBER:  No.

```
1                THE COURT:  Any questions from the
2       government?
3                MR. PURCELL:  No, sir.
4                THE COURT:  From the defense?
5                MR. PROCTOR:  No, sir.
6                THE COURT:  You may return to your seat.
7       Thank you very much.
8                (JURY PANEL MEMBER LEAVES BENCH.)
9                THE COURT:  Yes, sir.  Good afternoon.
10               JURY PANEL MEMBER:  Hi.
11               THE COURT:  Juror number?
12               JURY PANEL MEMBER:  215.
13               THE COURT:  Yes, sir; you have a positive
14      response to some of my questions?
15               JURY PANEL MEMBER:  The first one I think
16      asked about being a victim of a crime.
17               THE COURT:  Yes.
18               JURY PANEL MEMBER:  Is that myself or a
19      family member?
20               THE COURT:  Either you or a family member
21      or a close friend.
22               JURY PANEL MEMBER:  I had my house was
23      burglarized.  I'm sure that my car's been broken into
24      at some point.  And my wife was assaulted; this is
25      probably 20 years or so ago.
```

1              THE COURT:  Was she sexually assaulted or

2     just physically assaulted?

3              JURY PANEL MEMBER:  No.  Physically.

4              THE COURT:  And where was that?

5              JURY PANEL MEMBER:  It was in Charles

6     Village here in the city.

7              THE COURT:  What kind of assault was it?

8              JURY PANEL MEMBER:  Somebody approached

9     her on the street and basically hit her with a stick

10     that they had.  I'm sure it was random.

11              THE COURT:  Was that person ever

12     apprehended?

13              JURY PANEL MEMBER:  No.

14              THE COURT:  In light of the fact the

15     defendant in this case is African-American, what was

16     the racial makeup of the person who assaulted your

17     wife with the stick?

18              JURY PANEL MEMBER:  African-American.

19              THE COURT:  All right.  Would that cause

20     you to have any difficulty being a fair and impartial

21     juror in this case?

22              JURY PANEL MEMBER:  I don't think so.

23              THE COURT:  Would that cause you to have

24     any racial stereotyping with respect to crime in

25     Baltimore?

```
 1                    JURY PANEL MEMBER:  I don't think so.

 2                    THE COURT:  All right.  Any other

 3      positive responses to any of my questions?

 4                    JURY PANEL MEMBER:  I think there was a

 5      question about being arrested.

 6                    THE COURT:  Yes.

 7                    JURY PANEL MEMBER:  Was that also the

 8      question?

 9                    THE COURT:  Yes.

10                    JURY PANEL MEMBER:  Was it also limited

11      to --

12                    THE COURT:  You or a family member or

13      close friends.

14                    JURY PANEL MEMBER:  Yes.  So, myself and

15      my wife were both arrested maybe, like, 20 years ago.

16                    THE COURT:  What were you arrested for?

17                    JURY PANEL MEMBER:  I'm not exactly sure

18      of the -- what it was called for myself.  But the

19      situation was that I was with some people at a

20      concert.  And the people I was with got into a fight

21      with security people.  And basically my wife and I

22      tried to break up the fight.  And that was -- that's

23      the short story.

24                    THE COURT:  Were the charges eventually

25      dropped?
```

1              JURY PANEL MEMBER:  Yes.

2              THE COURT:  Where did this happen?

3              JURY PANEL MEMBER:  In Howard County.

4              THE COURT:  Okay.  Do you think you were

5       treated fairly by law enforcement at that time?

6              JURY PANEL MEMBER:  Yes.

7              THE COURT:  All right.  Any other

8       positive responses to any of my questions?

9              JURY PANEL MEMBER:  No.

10             THE COURT:  All right.  Do you think you

11      could be a fair be and impartial juror in this case?

12             JURY PANEL MEMBER:  Yes.

13             THE COURT:  Any questions from the

14      government?

15             MR. PURCELL:  No.

16             THE COURT:  From the defense?

17             JURY PANEL MEMBER:  No, sir.

18             THE COURT:  You may return to your seat.

19      Thank you very much.

20             (END OF BENCH CONFERENCE.)

21             THE COURT:  All right.  Those of you in

22      Row 2, the second row that previously stood up in

23      response to some of these questions, if you'll stand

24      again, please.  And just in similar fashion:  If

25      you'll take a left turn and another left turn and

1       line up along the back wall exactly as did those

2       jurors in Row No. 1.

3                   THE COURT:  Yes, sir?  If you'll come and

4       approach the bench, please.

5                   (BENCH CONFERENCE ON THE RECORD.)

6                   THE COURT:  Good afternoon.  Juror

7       number?

8                   JURY PANEL MEMBER:  205.

9                   THE COURT:  Juror No. 205.  Yes, sir; do

10      you have a positive response to some of my questions?

11                  JURY PANEL MEMBER:  Yes, sir.  In

12      response to family members that have been convicted

13      of --

14                  THE COURT:  Yes, yes.

15                  JURY PANEL MEMBER:  -- criminal offenses.

16                  THE COURT:  Yes, sir.

17                  JURY PANEL MEMBER:  I do have several.

18      And I believe their hearings were held here in the

19      State of Maryland in this District Court.

20                  THE COURT:  In this Federal Court?

21                  JURY PANEL MEMBER:  Yes.

22                  THE COURT:  Okay.  And who are those

23      family members?

24                  JURY PANEL MEMBER:  Wilhelmina Anderson,

25      John Tripline, Aaron Anderson and I think that's it.

1          THE COURT:  And what were they charged

2     with?

3          JURY PANEL MEMBER:  I think it was

4     possession of drug paraphernalia, storefronts.  This

5     happened about ten years ago.  One is still currently

6     serving time.  I think it's FCI Petersburg.

7          THE COURT:  So essentially you have

8     several family members who were convicted in this

9     court --

10          JURY PANEL MEMBER:  Uh-huh.

11          THE COURT:  -- U.S. District Court in

12     Maryland of certain drug charges, correct?

13          JURY PANEL MEMBER:  Yes.

14          THE COURT:  Any other positive responses

15     to any of my questions?

16          JURY PANEL MEMBER:  No.  That's it.

17          THE COURT:  Do you think that your family

18     members were treated fairly by law enforcement?

19          JURY PANEL MEMBER:  I believe so.

20          THE COURT:  Okay.  And would you have any

21     bias or prejudice or anger in any way with the U.S.

22     Government as a result of their being charged?

23          JURY PANEL MEMBER:  No.

24          THE COURT:  Okay.  Any questions from the

25     government?

```
1                    MR. PURCELL:  Sir, do you remember, did

2        you ever go to any of the proceedings or anything?

3                    JURY PANEL MEMBER:  No.

4                    MR. PURCELL:  You didn't see who the

5        prosecutor was, or --

6                    JURY PANEL MEMBER:  No.

7                    THE COURT:  Any other questions from the

8        defense?

9                    MR. PROCTOR:  No, Your Honor.

10                   THE COURT:  You may return to your seat.

11       Thank you very much, sir.

12                   (JURY PANEL MEMBER LEAVES BENCH.)

13                   THE COURT:  Yes, ma'am.  Good afternoon.

14       Juror number?

15                   JURY PANEL MEMBER:  0185.

16                   THE COURT:  018 --

17                   JURY PANEL MEMBER:  5.

18                   THE COURT:  0185.  Yes, ma'am; do you

19       have a positive response to some of my questions?

20                   JURY PANEL MEMBER:  Yeah.  I have a

21       language barrier.  And I'm afraid you must

22       misunderstand me or I misunderstand you.  Because

23       of --

24                   THE COURT:  I'm sorry, what?

25                   JURY PANEL MEMBER:  Because of my
```

1     language.

2                THE COURT:  You think you're having a

3     language difficulty?

4                JURY PANEL MEMBER:  Yes.

5                THE COURT:  All right.  You may return to

6     your seat.  Thank you very much.  Thank you.

7                JURY PANEL MEMBER:  Thank you.

8                (JURY PANEL MEMBER LEAVES BENCH.)

9                THE COURT:  Juror 185 is excused for

10    cause because of the difficulty with the English

11    language.

12               Yes, ma'am.

13               That gives us five strikes for cause thus

14    far.

15               Good afternoon.  Juror number?

16               JURY PANEL MEMBER:  184.

17               THE COURT:  Juror 184.  Yes, ma'am.

18               JURY PANEL MEMBER:  My father's brother

19    was a police officer that was shot and killed on

20    duty.

21               THE COURT:  When did that occur?

22               JURY PANEL MEMBER:  1972.

23               THE COURT:  And where did it occur?

24               JURY PANEL MEMBER:  In Kevin Borough,

25    Pennsylvania.

1          THE COURT:  Was the person who shot your

2   uncle ever apprehended?

3          JURY PANEL MEMBER:  Yes.

4          THE COURT:  Okay.  And, in light of the

5   fact that the defendant was African-American, what

6   was the racial makeup?

7          JURY PANEL MEMBER:  He was a white.

8          THE COURT:  White male.

9          JURY PANEL MEMBER:  It was not racial.

10          THE COURT:  And what were the

11   circumstances surrounding the shooting of your uncle?

12          JURY PANEL MEMBER:  In reference to the

13   motive or whatever was --

14          THE COURT:  What was --

15          JURY PANEL MEMBER:  He was ambushed.  He

16   and his partner were ambushed.

17          THE COURT:  All right.  Any other

18   positive responses to any of my questions?

19          JURY PANEL MEMBER:  I was a witness one

20   time of a shooting in broad daylight.  But it never

21   went to trial.  I was never called to witness.  I

22   just happened to be driving --

23          THE COURT:  Was the person apprehended?

24          JURY PANEL MEMBER:  They were taken to

25   the hospital.  You know, I called to say I was a

1       witness once I arrived at my destination.  But

2       apparently it was friends having a dispute.  And I

3       don't think --

4                   THE COURT:  Any other positive responses

5       to any of my questions?

6                   JURY PANEL MEMBER:  Huh-uh.

7                   THE COURT:  In light of the charges here

8       that include essentially the charge of murder, the

9       fact that your uncle was a police officer killed in

10      an ambush --

11                  JURY PANEL MEMBER:  Right.

12                  THE COURT:  -- and the fact that you

13      witnessed a shooting, would you have difficulty being

14      a fair and impartial juror in this case?

15                  JURY PANEL MEMBER:  My education as a

16      nurse, you know, holistic care and taking care of the

17      whole person; so I tend to take the incidents that I

18      was involved with personally.  But I try to look at

19      the good in everybody.  I try to give everybody

20      pretty much the benefit of the doubt.  So I still

21      think I can make a fairly -- with the evidence.

22                  THE COURT:  You could be fair and

23      impartial in this case?

24                  JURY PANEL MEMBER:  Yeah, I believe so.

25                  THE COURT:  All right.  Any questions

1        from the government?

2                        MR. PURCELL:  No.

3                        THE COURT:  From the defense?

4                        MR. PROCTOR:  No, sir.

5                        THE COURT:  You may return to your seat.

6        Thank you very much.

7                        (JURY PANEL MEMBER LEAVES BENCH).

8                        THE COURT:  Yes, ma'am.  Good afternoon.

9        Juror number.

10                        JURY PANEL MEMBER:  170.

11                        THE COURT:  Yes.  Juror 170.  Do you have

12        a positive response to some of my questions?

13                        JURY PANEL MEMBER:  Yes.  I was the

14        victim of a violent crime.

15                        THE COURT:  When?

16                        JURY PANEL MEMBER:  1989 and in 1992.

17        Armed robbery.

18                        THE COURT:  Both times?

19                        JURY PANEL MEMBER:  Yes.

20                        THE COURT:  Was the person or the persons

21        who committed the armed robbery upon you in 1989 or

22        1992 apprehended?

23                        JURY PANEL MEMBER:  Yes.  The '89.

24                        THE COURT:  '89.  And was the person

25        prosecuted?

1              JURY PANEL MEMBER:  Yes.

2              THE COURT:  And convicted?

3              JURY PANEL MEMBER:  Yes.

4              THE COURT:  What about 1992?

5              JURY PANEL MEMBER:  Never saw the person

6     again.

7              THE COURT:  Never found the person?

8              JURY PANEL MEMBER:  No.

9              THE COURT:  Now, although you are

10    African-American, Juror No. 170, in light of the fact

11    that the defendant is African-American, I need to

12    know the racial makeup of the persons who committed

13    armed robbery upon you.

14             JURY PANEL MEMBER:  They were both

15    African-Americans.

16             THE COURT:  African-Americans.  Would

17    that cause you to have any bias against

18    African-American men or any presumption against

19    African-American men?

20             JURY PANEL MEMBER:  No, sir.  I have

21    three brothers and I love them dearly.

22             THE COURT:  All right.  I need to ask

23    that question in terms of making sure we have an fair

24    jury empanelled for Mr. Hall's case.  There anything

25    about that experience that would cause you to have a

111

1    bias for or against the government or for or against

2    the defendant?

3              JURY PANEL MEMBER:  No, sir.

4              THE COURT:  All right.  Any questions

5    from the government?

6              MR. PURCELL:  No, sir.

7              THE COURT:  From the defense?

8              MR. PROCTOR:  No, sir.

9              JURY PANEL MEMBER:  I also want to let

10   you know I served on two criminal cases.

11             THE COURT:  All right.  Two criminal

12   juries?  I'm sorry.  When was that?

13             JURY PANEL MEMBER:  2003 and in 2002.

14             THE COURT:  And where was that?

15             JURY PANEL MEMBER:  Baltimore City

16   Circuit Court.

17             THE COURT:  Okay.  And what kind of cases

18   were they?

19             JURY PANEL MEMBER:  One was a breaking

20   and entering.  And the other was murder.

21             THE COURT:  Murder?

22             JURY PANEL MEMBER:  Yes, sir.

23             THE COURT:  Okay.  And what were the

24   verdicts in those cases?

25             JURY PANEL MEMBER:  Not guilty.

1                    THE COURT:  In both cases?

2                    JURY PANEL MEMBER:  Yes, sir.

3                    THE COURT:  Okay.  Thank you very much.

4      You may return to your seat.  Thank you very much.

5                    (JURY PANEL MEMBER LEAVES BENCH.)

6                    THE COURT:  Yes, ma'am.  Good afternoon.

7      Juror number.

8                    JURY PANEL MEMBER:  168.

9                    THE COURT:  Okay.  You have a positive

10     response, Juror 168, to some of my questions?

11                   JURY PANEL MEMBER:  I was a juror in a

12     civil case.

13                   THE COURT:  You were on a civil jury?

14                   JURY PANEL MEMBER:  Uh-huh.

15                   THE COURT:  When?

16                   JURY PANEL MEMBER:  About four years ago.

17                   THE COURT:  Where was that?

18                   JURY PANEL MEMBER:  Over on Calvert

19     Street.

20                   THE COURT:  Okay.  What kind of claim was

21     it?

22                   JURY PANEL MEMBER:  I kind of forgot.

23                   THE COURT:  I'm sorry.

24                   JURY PANEL MEMBER:  I forgot.

25                   THE COURT:  Was it like an automobile

1        accident or something?

2                      JURY PANEL MEMBER:  It was a simple case.

3                      THE COURT:  And what was the verdict,

4        ultimately?

5                      JURY PANEL MEMBER:  It wasn't none.  He

6        changed his mind.  He didn't want a jury.

7                      THE COURT:  Okay.  He didn't want a jury.

8        So you actually didn't sit in trial?

9                      JURY PANEL MEMBER:  Exactly.

10                     THE COURT:  Any other positive responses

11       to any of my questions?

12                     JURY PANEL MEMBER:  Huh-uh.  That's it.

13                     THE COURT:  Any questions from the

14       government?

15                     MR. PURCELL:  No.

16                     THE COURT:  From the defense?

17                     MR. PROCTOR:  No.

18                     THE COURT:  All right.  You may return to

19       your seat.

20                     Excuse me.  One other thing.  Do you

21       understand if you were to be a juror in this case,

22       you understand in a civil jury trial the burden is

23       much less than a criminal trial.  The burden is proof

24       by a preponderance of the evidence.  In a criminal

25       trial the government has to prove guilt beyond a

114

1      reasonable doubt.  Do you understand that?

2                   JURY PANEL MEMBER:  Yes, sir.

3                   THE COURT:  Okay.  Thank you.  You may

4      return to your seat.  Thank you very much.

5                   (JURY PANEL MEMBER LEAVES BENCH.)

6                   THE COURT:  Yes, sir.  Good afternoon,

7      sir.  Juror number?

8                   JURY PANEL MEMBER:  No. 155.

9                   THE COURT:  Juror No. 155.  Yes, sir; you

10     have a positive response to any of my questions?

11                  JURY PANEL MEMBER:  Yeah.  I have five

12     sons.  Four of them are drug addicts.

13                  THE COURT:  Sorry.

14                  JURY PANEL MEMBER:  Me, too.  One of them

15     is at Hagerstown.  Six weeks ago, I have one that

16     overdosed and is on life support for four days.  He's

17     okay now.  And I got a couple drug addicts that are

18     grandkids.

19                  THE COURT:  So both some of your sons and

20     some of your grandchildren are drug addicts?

21                  JURY PANEL MEMBER:  Yes.

22                  THE COURT:  In light of the nature of the

23     charges in this case, which also include some drug

24     charges against the defendant, would you be able to

25     be a fair and impartial juror in this case?

1          JURY PANEL MEMBER:  I don't think so.

2          THE COURT:  All right.  You may return to

3     your seat, Juror 155.  Thank you very much.

4          JURY PANEL MEMBER:  Thank you.

5          (JURY PANEL MEMBER LEAVES BENCH.)

6          THE COURT:  Juror 155 will be stricken

7     for cause.  It's tough.

8          Yes, sir.  Good afternoon, sir.

9          JURY PANEL MEMBER:  Good afternoon.

10          THE COURT:  Juror number?

11          JURY PANEL MEMBER:  Juror No. 154.

12          THE COURT:  Okay.  You have a positive

13     response to some of my questions?

14          JURY PANEL MEMBER:  Yes, sir.  I've

15     served on grand jury for Baltimore City twice.

16          THE COURT:  Any other positive responses

17     to any of my questions?

18          JURY PANEL MEMBER:  My father-in-law was

19     murdered last October in Baltimore City.

20          THE COURT:  That was in October of 2010?

21          JURY PANEL MEMBER:  Yes, sir.

22          THE COURT:  Is the person or the persons

23     who perpetrated that murder, have they been

24     apprehended?

25          JURY PANEL MEMBER:  Not as of yet, no,

1     sir.

2                    THE COURT:  Are there any leads in terms

3     of who those people might be?

4                    JURY PANEL MEMBER:  I don't think so.

5                    THE COURT:  All right.  Any other

6     positive responses to any of my questions?

7                    JURY PANEL MEMBER:  I don't think so.

8                    THE COURT:  Juror No. 154, you are

9     African-American.  But I do need to ask this question

10    in light of the tragedy of your father- in-law.  Does

11    anyone know the racial makeup or suspect the racial

12    makeup of the person or persons who murdered your

13    father.

14                   JURY PANEL MEMBER:  No.

15                   THE COURT:  So it wouldn't cause you to

16    have any presumption of wrongdoing on the part of

17    African-American young men --

18                   JURY PANEL MEMBER:  No, sir.

19                   THE COURT:  And, as to the city grand

20    jury, when did you serve on the city grand jury?

21                   JURY PANEL MEMBER:  The first time was

22    1975.  And the second time was 1986.

23                   THE COURT:  Do you understand that the

24    burden is different in a grand jury setting.  A grand

25    jury determines whether there's probable cause to

117

1      bring a charge; do you understand that?

2                  JURY PANEL MEMBER:  Yes, I do.

3                  THE COURT:  Whereas, in a criminal

4      courtroom, once a charge is brought it's a much

5      higher burden.  The government has to prove guilt

6      beyond a reasonable doubt.  Do you understand that?

7                  JURY PANEL MEMBER:  Yes, I do.

8                  THE COURT:  Any questions from the

9      government?

10                 MR. PURCELL:  First of all, I'm sorry

11     about your father.  Just because of the nature of

12     this case, I'm going to ask you:  Do you know the

13     circumstances of when your were father was --

14                 JURY PANEL MEMBER:  No, sir.  No.  No,

15     no.

16                 THE COURT:  Any questions from the

17     defense?

18                 MR. PROCTOR:  Yes.

19                 THE COURT:  Mr. Proctor.

20                 MR. PROCTOR:  Your spouse works for the

21     federal government?

22                 JURY PANEL MEMBER:  My spouse?  Yes.

23                 MR. PROCTOR:  Which branch?

24                 JURY PANEL MEMBER:  It's PGMC.  They

25     handle the retirement.  When the companies go

118

1      bankrupt, they handle the payouts to the retirees.

2                    MR. PROCTOR:  Thank you.

3                    THE COURT:  Thank you very much.  You may

4      return to your seat.  Thank you very much.

5                    (END OF BENCH CONFERENCE.)

6                    THE COURT:  Those who previously stood in

7      the third row, if you'll please now stand if you

8      stood in response to my question.  And then just

9      turn -- and that's the entire row there.  Okay.  Just

10     line up in that same fashion.  That's it.

11                   Some of you can come inside the well of

12     the courtroom a little bit if you want.

13                   Yes, sir.  If you would come up, please.

14     Thank you very much.

15                   (BENCH CONFERENCE ON THE RECORD.)

16                   THE COURT:  Good afternoon.  Juror

17     number?

18                   JURY PANEL MEMBER:  152.

19                   THE COURT:  Juror No. 152?

20                   JURY PANEL MEMBER:  Yes, sir.

21                   THE COURT:  Yes, sir.  You have a

22     positive response to some of my questions?

23                   JURY PANEL MEMBER:  Yes, sir.  I've been

24     a victim of a crime.

25                   THE COURT:  When was that?

1              JURY PANEL MEMBER:  Back in 2005.

2              THE COURT:  What was the crime?

3              JURY PANEL MEMBER:  I'm sorry.  Not '05;

4      2007.

5              Someone broke into my home.

6              THE COURT:  Was the person ever

7      apprehended?

8              JURY PANEL MEMBER:  No.

9              THE COURT:  So you have no idea who it

10     was?  All right.  Any other answers to any of my

11     questions?

12             JURY PANEL MEMBER:  No.  That's it.

13             THE COURT:  Okay.  And do you live here

14     in Baltimore?

15             JURY PANEL MEMBER:  Yes.

16             THE COURT:  Would the fact that your home

17     was burglarized cause you to have any feelings about

18     crime in Baltimore that would cause you any bias

19     against the defendant?

20             JURY PANEL MEMBER:  I have some type of

21     feeling about it, yes.

22             THE COURT:  I guess my point is:  Is that

23     you don't have any idea who burglarized your home,

24     correct?

25             JURY PANEL MEMBER:  Right.

1                    THE COURT:  And, living in Baltimore,

2      does that cause you to have any feelings of

3      stereotyping?  The record will reflect, Juror 152,

4      that you yourself are African- American.

5                    JURY PANEL MEMBER:  I would have to say

6      yes.  Because I'm not from Baltimore.  So I would

7      have to say yes.

8                    THE COURT:  Let me explore this.  The

9      defendant in this case is also African-American.  And

10     I'm just trying to delve into whether or not you have

11     any opinions or stereotyping with respect to the

12     crime situation in Baltimore that would cause to you

13     have difficulty being a fair and impartial juror as

14     to this defendant.

15                    JURY PANEL MEMBER:  I would say as to

16     Baltimore as a whole, yes.  But not toward any one

17     person.

18                    THE COURT:  In other words, you're

19     concerned with the crime situation in Baltimore.  But

20     you wouldn't let that concern cause you to be biased

21     against this particular defendant?

22                    JURY PANEL MEMBER:  No.  I'm sorry.

23                    THE COURT:  Okay.  Any questions from the

24     defendant government?  Go ahead, Mr. Purcell.

25                    MR. PURCELL:  I'm trying to figure out.

1          Sir, in terms of your experience in Baltimore City,

2     what are your feelings, if any, towards the police

3     agencies of the city?  Would you be able to be open

4     minded if you hear from the Baltimore City police

5     officers in this particular case?

6                    JURY PANEL MEMBER:  Yeah.  I'd be open

7     minded and I wouldn't be biased.

8                    MR. PURCELL:  Thank you very much.

9                    THE COURT:  Mr. Proctor?

10                    MR. PROCTOR:  You say you're not from

11    Baltimore.  Where are you from?

12                    JURY PANEL MEMBER:  North Carolina.

13                    MR. PROCTOR:  If my client were a white

14    man from North Carolina, would you treat him any

15    differently?

16                    JURY PANEL MEMBER:  No.

17                    MR. PROCTOR:  That's all I have.

18                    THE COURT:  Mr. Sullivan, go ahead.

19                    MR. SULLIVAN:  Sir, you work for Homeland

20    Security?

21                    JURY PANEL MEMBER:  Yes.

22                    MR. SULLIVAN:  What do you do?

23                    JURY PANEL MEMBER:  Inspector.

24                    (JURY PANEL MEMBER LEAVES THE BENCH.)

25                    THE COURT:  Yes.  Next juror.  Yes,

1      ma'am.

2                    JURY PANEL MEMBER:  150.

3                    THE COURT:  Juror No. 150?

4                    JURY PANEL MEMBER:  Yes, sir.

5                    THE COURT:  If you'll come forward,

6      please.

7                    JURY PANEL MEMBER:  My son was hit by a

8      hit-and-run driver and murdered.

9                    THE COURT:  When was that?

10                   JURY PANEL MEMBER:  In 2001, October 7th.

11                   THE COURT:  I'm very sorry.  Any other

12     positive responses to any of my questions?

13                   JURY PANEL MEMBER:  Don't know who did

14     it.

15                   THE COURT:  I'm sorry.  Does anybody have

16     any idea who committed the crime?

17                   JURY PANEL MEMBER:  No, sir.

18                   THE COURT:  And they were never

19     apprehended?

20                   JURY PANEL MEMBER:  No, sir.

21                   THE COURT:  Do you think that the law

22     enforcement and police did everything they could try

23     to find them?

24                   JURY PANEL MEMBER:  Yes, I do.

25                   THE COURT:  Were you satisfied with the

1    efforts of law enforcement?

2              JURY PANEL MEMBER:  Yes, I was.  Very

3    satisfied.

4              THE COURT:  Is there anything about that

5    matter that would cause you to have difficulty being

6    a fair and impartial juror in this case?

7              JURY PANEL MEMBER:  No, sir.

8              THE COURT:  Any other positive responses

9    to any of my questions?

10             JURY PANEL MEMBER:  No.

11             THE COURT:  Questions from the

12   government?

13             MR. PURCELL:  Just briefly.  Where did

14   that happen?  I'm very sorry.

15             JURY PANEL MEMBER:  Fort Washington.  Up

16   toward Indian Head Highway.

17             MR. SULLIVAN:  Prince George's County.

18             THE COURT:  I'm very sorry.

19             JURY PANEL MEMBER:  Thank you, sir.

20             THE COURT:  Any other questions from the

21   government?  From the defense?  You may return to

22   your seat.

23             (JURY PANEL MEMBER LEAVES BENCH.)

24             THE COURT:  Yes, ma'am.  Juror number?

25             JURY PANEL MEMBER:  149.

1          THE COURT:  Juror No. 149?

2          JURY PANEL MEMBER:  Yes.

3          THE COURT:  Do you have a positive

4    response to any of my questions?

5          JURY PANEL MEMBER:  Yes.  I served on a

6    jury.

7          THE COURT:  Hold on one second.

8          (END OF BENCH CONFERENCE.)

9          THE COURT:  Ladies and gentlemen, if you

10   try to just keep your voices down.  Thank you very

11   much.  It's difficult to hear up here.  Thank you

12   very much.

13         (BENCH CONFERENCE ON THE RECORD.)

14         JURY PANEL MEMBER:  I have served on a

15   jury.

16         THE COURT:  Criminal or civil?

17         JURY PANEL MEMBER:  Last year.

18         THE COURT:  Was it criminal jury or a

19   civil jury?

20         JURY PANEL MEMBER:  Oh, civil.

21         THE COURT:  A civil jury.  What kind of

22   case was it?

23         JURY PANEL MEMBER:  A stabbing.  A

24   stabbing.

25         THE COURT:  All right.  So it was a

1     criminal case?

2              JURY PANEL MEMBER:  Okay.

3              THE COURT:  Okay.  And what was the

4     verdict?

5              JURY PANEL MEMBER:  Not guilty.

6              THE COURT:  Not guilty.  And where was

7     this?  What courtroom?  What court?

8              JURY PANEL MEMBER:  In Baltimore.

9              THE COURT:  All right.  In Baltimore.

10             JURY PANEL MEMBER:  Uh-huh.

11             THE COURT:  Any other positive responses

12    to any of my questions?

13             JURY PANEL MEMBER:  Yes.  Substance

14    abuse, my sister.

15             THE COURT:  Your sister?

16             JURY PANEL MEMBER:  Uh-huh.

17             THE COURT:  What substance has she

18    abused?

19             JURY PANEL MEMBER:  Everything.

20             THE COURT:  I'm sorry?

21             JURY PANEL MEMBER:  Everything.

22             THE COURT:  Any other positive responses

23    to any of my questions?

24             JURY PANEL MEMBER:  No.

25             THE COURT:  In light of the nature of the

1    charges of the defendant in this case including drug

2    charges, would you have any difficulty being a fair

3    and impartial juror with respect to this case?

4                    JURY PANEL MEMBER:  No.

5                    THE COURT:  You could be fair and

6    impartial?

7                    JURY PANEL MEMBER:  Oh, yes.

8                    THE COURT:  Okay.  Any other questions

9    from the government?  Just keep your voice up.

10                    MR. PURCELL:  Ma'am, if I may.  We have

11    to get your voice here.  In terms of the case that

12    you had a not guilty verdict in the stabbing, was

13    that because of the issue of identification, or was

14    it because you couldn't identify -- you weren't

15    satisfied with the evidence?

16                    JURY PANEL MEMBER:  There was no

17    evidence.

18                    MR. PURCELL:  There was no evidence?

19                    JURY PANEL MEMBER:  Uh-uh.  Not that we

20    could just figure it out, no.

21                    MR. PURCELL:  As to who did it?

22                    JURY PANEL MEMBER:  Right.  Exactly.

23                    MR. PURCELL:  Now, if I may go on.  There

24    is -- in this case you mentioned you have a sister

25    that it's very unfortunate that's still using drugs?

1                    JURY PANEL MEMBER:  Yes.

2                    MR. PURCELL:  Sounds like she uses.

3                    JURY PANEL MEMBER:  Right.

4                    MR. PURCELL:  In this case there's going

5      to be witnesses who have had very serious drug

6      problems very recently.  They'll be testifying under

7      oath.  Will you be able to accept their testimony as

8      you would anybody else's testimony?

9                    JURY PANEL MEMBER:  Yes.

10                    MR. PURCELL:  You wouldn't hold that

11      against them?

12                    JURY PANEL MEMBER:  No.

13                    MR. PURCELL:  Because you've had

14      experience with it.

15                    JURY PANEL MEMBER:  I understand, yes.

16                    THE COURT:  Thank you.  Any questions

17      from the defense?

18                    MR. PROCTOR:  No, sir.

19                    THE COURT:  You may return to your seat.

20      Thank you very much.

21                    (JURY PANEL MEMBER LEAVES BENCH.)

22                    THE COURT:  Yes, sir.  Juror number?

23                    JURY PANEL MEMBER:  146.

24                    THE COURT:  Juror No. 146.  Yes, sir.

25                    THE DEPUTY CLERK:  My brother-in-law

1      being involved in all the law enforcement agencies

2      he's has been involved with, he's been a witness for

3      the prosecution several times.

4                     I believe I was named as a defendant in a

5      civil case.  It was an automobile accident that my

6      insurance company wouldn't settle.

7                     THE COURT:  Did it go to trial?

8                     JURY PANEL MEMBER:  Yes, it did.

9                     THE COURT:  And what was the verdict; was

10     it for or against you?

11                    JURY PANEL MEMBER:  It was against me.

12                    THE COURT:  Do you think the court

13     process treated you fairly in that case?

14                    Where was the trial?

15                    JURY PANEL MEMBER:  I'm sorry?

16                    THE COURT:  Where was the trial?

17                    JURY PANEL MEMBER:  Towson.  Towson,

18     Maryland.

19                    THE COURT:  So basically, sir, it was a

20     car accident case.  And the plaintiff sued you for

21     damages.  And he or she got a verdict.

22                    JURY PANEL MEMBER:  Yes.

23                    THE COURT:  How big was the verdict?

24                    JURY PANEL MEMBER:  I believe it was five

25     or six -- about $5,000.

1           THE COURT:  Okay.  And I gather your

2   insurance company covered most of it?

3           JURY PANEL MEMBER:  Yes.  It covered

4   everything.

5           THE COURT:  All right.

6           JURY PANEL MEMBER:  I was also on a jury

7   for a criminal case approximately -- it was at least

8   12 years ago.  In Harford County.

9           THE COURT:  What was the verdict in that

10  case?

11          THE DEPUTY CLERK:  It was not guilty.

12          THE COURT:  Not guilty.  What kind of

13  case was it?

14          JURY PANEL MEMBER:  It was an assault on

15  a minor; sexual assault on a minor.  And,

16  inadvertently, earlier I forgot to mention that my

17  aunt does work for the NRA.  I forgot that she was --

18  not the NRA.  The NSA.

19          THE COURT:  Okay.  All right.  You work

20  for the U.S. Postal Service?

21          JURY PANEL MEMBER:  Yes.

22          THE COURT:  All right.  Any other

23  positive responses to any of my questions?

24          JURY PANEL MEMBER:  No.

25          THE COURT:  Any questions from the

1    government?

2                    MR. PURCELL:  Sir, the case in which you

3    were a juror and found the person accused of the

4    crime not guilty.  Is that because of an issue of

5    identification; or other witnesses, you didn't accept

6    their testimony?  Can you tell us something about it?

7                    JURY PANEL MEMBER:  It was several.  We

8    pretty much as a jury all thought that something

9    happened, but nothing collaborated together.

10                   MR. PURCELL:  Thank you.

11                   THE COURT:  Any questions from the

12   defense?

13                   MR. SULLIVAN:  No, Your Honor.

14                   THE COURT:  You may return to your seat,

15   sir.  Thank you very much.

16                   (JURY PANEL MEMBER LEAVES BENCH.)

17                   THE COURT:  Yes, ma'am.  Good afternoon.

18                   JURY PANEL MEMBER:  Good afternoon, Your

19   Honor, Counsel.

20                   THE COURT:  Juror number?

21                   JURY PANEL MEMBER:  143.

22                   THE COURT:  Yes, ma'am.

23                   JURY PANEL MEMBER:  There were three

24   things that are applicable to me.  I did have a

25   relative, a nephew, who served time in a federal

```
 1        prison.

 2                    THE COURT:  Okay.

 3                    JURY PANEL MEMBER:  In addition, I

 4        served --

 5                    THE COURT:  For what charge?

 6                    JURY PANEL MEMBER:  A felony for

 7        firearms.  And I can't remember what the other charge

 8        was, but it was basically a firearms charge.

 9                    THE COURT:  Do you think he was treated

10        fairly by law enforcement?

11                    JURY PANEL MEMBER:  Yes.

12                    THE COURT:  Okay.  And when was that?

13                    JURY PANEL MEMBER:  That was two years

14        ago.

15                    THE COURT:  Okay.  Okay.  Go ahead.

16                    JURY PANEL MEMBER:  In addition, I served

17        as a juror for a criminal case eleven years ago.

18                    THE COURT:  Where; what court?

19                    JURY PANEL MEMBER:  It was in Baltimore

20        City.

21                    THE COURT:  And what kind of case did you

22        preside over?

23                    JURY PANEL MEMBER:  It was a

24        three-week-long trial.  And it had to do with the

25        same instances as this trial has to do with.
```

1           THE COURT:  What was the verdict?

2           JURY PANEL MEMBER:  Guilty.

3           THE COURT:  Guilty.  Okay.  Did it

4    involve someone who died?

5           JURY PANEL MEMBER:  Yes.  Several people.

6           THE COURT:  All right.  And you have a

7    third response?

8           JURY PANEL MEMBER:  Yes, I do.

9           THE COURT:  Okay.

10          JURY PANEL MEMBER:  I am currently

11   coordinating and facilitating the care of my

12   75-year-old mother, who has recently as of

13   yesterday -- as of Friday, rather -- been

14   preliminarily been diagnosed with dementia.  And I'm

15   facilitating her healthcare back home.  She may be

16   discharged tomorrow.  And so I need to be there.  I'm

17   her durable power of attorney.

18          THE COURT:  So ostensibly if at all

19   possible you're asking to be excused from the jury;

20   is that correct?

21          JURY PANEL MEMBER:  Yes, sir.

22          THE COURT:  I will put you on a list --

23   at least with respect to Juror No. 143 -- assuming we

24   have enough jurors, I will excuse you.

25          JURY PANEL MEMBER:  Thank you so much.

```
 1                    THE COURT:  Any other positive responses
 2      to any of my questions?
 3                    JURY PANEL MEMBER:  That's it.
 4                    THE COURT:  Any questions from the
 5      government?
 6                    MR. PURCELL:  As to your nephew, ma'am,
 7      is he still in federal prison?
 8                    JURY PANEL MEMBER:  No, he's not.
 9                    MR. PURCELL:  He's done his time?
10                    JURY PANEL MEMBER:  He's done his time.
11                    MR. PURCELL:  Was this in Baltimore City?
12                    JURY PANEL MEMBER:  No.  That was in
13      Pennsylvania.
14                    MR. PURCELL:  I'm sorry, I couldn't hear.
15                    THE COURT:  Her nephew was incarcerated
16      in Pennsylvania.
17                    Any questions from the defense?
18                    MR. SULLIVAN:  No, Your Honor.
19                    THE COURT:  You may return to your seat.
20      Thank you very much.
21                    (JURY PANEL MEMBER LEAVES BENCH.)
22                    THE COURT:  Madam Clerk, we have -- so
23      far we have six strikes for cause, 89, 225, 412, 229,
24      185 and 155.  And then we have one person who has a
25      personal issue so far, Juror No. 143.  How many more
```

1        strikes for cause do we have?

2                    THE DEPUTY CLERK:  We're seating two

3        alternates.  We have 22 more you can excuse.

4                    THE COURT:  22 more people we can excuse.

5        Thank you.

6                    THE DEPUTY CLERK:  Yes.

7                    THE COURT:  All right.  Thank you.

8                    Yes, ma'am.  Juror number?

9                    JURY PANEL MEMBER:  141.

10                   THE COURT:  Juror No. 141.  Yes, ma'am?

11                   JURY PANEL MEMBER:  As far as being a

12       victim of an attack, I had a cousin that was a victim

13       of a rape.

14                   THE COURT:  I'm sorry.  Your cousin was a

15       victim of a rape?

16                   JURY PANEL MEMBER:  Rape.

17                   THE COURT:  When was that?

18                   JURY PANEL MEMBER:  That's been probably

19       30 years ago, something like that.  Maybe more.

20                   THE COURT:  Was the person who raped your

21       cousin ever apprehended?

22                   JURY PANEL MEMBER:  There were several of

23       them.  And I don't know if they were caught or not.

24                   THE COURT:  Okay.  And, in light of the

25       fact that the defendant is African-American, I need

1    to ask you if you know the racial makeup of the

2    people who are alleged --

3                    JURY PANEL MEMBER:  They were black.

4                    THE COURT:  They were black.  Okay.  And

5    so it was more than one --

6                    JURY PANEL MEMBER:  Yes.

7                    THE COURT:  -- who committed the act of

8    rape?

9                    JURY PANEL MEMBER:  Correct.

10                   THE COURT:  Okay.  And is your cousin

11   still alive today?

12                   JURY PANEL MEMBER:  Yes.

13                   THE COURT:  Okay.  And are you close to

14   her?

15                   JURY PANEL MEMBER:  We were at one time.

16   But she's moved.  We're not very close right now.

17                   THE COURT:  Okay.  And how many people

18   were involved in this rape?

19                   JURY PANEL MEMBER:  It was either three

20   or five.

21                   THE COURT:  Three to five?

22                   JURY PANEL MEMBER:  Uh-huh.

23                   THE COURT:  And did all three to five men

24   engage in the act of rape?

25                   JURY PANEL MEMBER:  Yes.

1              THE COURT:  And they were never

2     apprehended?

3              JURY PANEL MEMBER:  To my knowledge, they

4     were not.

5              THE COURT:  Where did this occur?

6              JURY PANEL MEMBER:  I think it was Oxon

7     Hill, Maryland.  Clinton or Oxon Hill.

8              THE COURT:  Any other positive responses

9     to any of my questions?

10             JURY PANEL MEMBER:  Yes.  One of my

11    grandsons going to college in North Carolina just

12    recently had a gun pulled on him and his roommates.

13    The fellow came in demanding drugs.

14             THE COURT:  Where did this happen?

15             JURY PANEL MEMBER:  In North Carolina.

16             THE COURT:  And your grandson was robbed

17    at gunpoint?

18             JURY PANEL MEMBER:  Not robbed.  The guy

19    came into their apartment and pointed a gun at them

20    demanding drugs.  And so whoever was looking out for

21    him said the cops were coming and they left.  So no

22    one was hurt.  But the cops came into the apartment

23    and looked around the apartment for drugs instead of

24    going after the gun.  So they didn't find anything.

25             And then I have another grandson, that

1      had a felony against him.  He was arrested for intent

2      to distribute marijuana; that didn't amount to too

3      much.  But it is on his record.

4                  THE COURT:  Okay.  Any other responses to

5      any of my questions?

6                  JURY PANEL MEMBER:  Oh, my son had a

7      problem with the IRS and that's been taken care of.

8                  THE COURT:  Okay.

9                  JURY PANEL MEMBER:  And then my other son

10     just recently heard from the IRS.  So he's going to

11     have a little problem.

12                 THE COURT:  Okay.

13                 JURY PANEL MEMBER:  I think that's it.

14                 THE COURT:  So you have two grandsons,

15     one of whom someone tried to rob him at gunpoint.

16     Then you have another grandson who had a marijuana

17     charge.  And then you have a cousin who was raped 30

18     years ago by a group of three to five men.

19                 JURY PANEL MEMBER:  Yes.

20                 THE COURT:  Now, the individual who you

21     said pointed a gun at your grandson, knowing that the

22     defendant is African-American, what was the racial

23     makeup of the person who pointed the gun at your

24     grandson?

25                 JURY PANEL MEMBER:  It was an

```
 1      African-American.
 2                  THE COURT:  In light of the fact that
 3      you've had two different family members as victims of
 4      African-American men, could you be fair and impartial
 5      in this case, or would you have some presumption,
 6      perhaps, as to violence.
 7                  JURY PANEL MEMBER:  I think I can be
 8      impartial.
 9                  THE COURT:  You think you could be
10      impartial?
11                  JURY PANEL MEMBER:  There was something.
12      The more I think about it, I think I take the word of
13      an officer over a witness.
14                  THE COURT:  You do?
15                  JURY PANEL MEMBER:  Yes.
16                  THE COURT:  All right.  You may return to
17      your seat.  Thank you very much.  Thank you very
18      much.
19                  (JURY PANEL MEMBER LEAVES BENCH.)
20                  THE COURT:  Juror No. 141 is going to be
21      stricken for cause, even before she made the last
22      comment about believing a police officer over another
23      citizen.  I don't think she can be fair and impartial
24      in this case in light of the crimes perpetrated on
25      family members.  So, I'm striking her for cause,
```

1      Juror No. 141.

2                     Yes, ma'am?  Juror number?

3                     JURY PANEL MEMBER:  137.

4                     THE COURT:  Juror No. 137.  Yes, ma'am;

5      you have a positive response to some of my questions?

6                     JURY PANEL MEMBER:  Yes.  I have a son

7      who at the age of 17 pled guilty to a distribution

8      charge in federal court.

9                     THE COURT:  In what court?

10                    JURY PANEL MEMBER:  In federal court in

11     D.C.

12                    THE COURT:  Here in this court?

13                    JURY PANEL MEMBER:  No.  In D.C.

14                    THE COURT:  And what was the crime?

15                    JURY PANEL MEMBER:  LSD.  He had five.

16                    THE COURT:  Was he --

17                    JURY PANEL MEMBER:  He spent 60 days in

18     detention.

19                    THE COURT:  Do you think he was treated

20     fairly by law enforcement?

21                    JURY PANEL MEMBER:  Oh, yes.  It saved

22     his life.

23                    THE COURT:  Okay.  Any other responses?

24                    JURY PANEL MEMBER:  A daughter had -- and

25     this was like 30 years ago.  A daughter at the age of

1      17 had a probation before judgment for marijuana.

2      And that was 1984.  So she's fine and everything's

3      fine.  Law enforcement was good.

4                  The other thing is I didn't respond on my

5      response to the jury that I had a conflict or a

6      problem with being on the jury.

7                  THE COURT:  What's the conflict?

8                  JURY PANEL MEMBER:  My life partner,

9      who's lived with me for 12 years, we're not married,

10     was scheduled for bowel resection on the 20th of

11     July.  But it was postponed to August the 10th.  So

12     I'll be kind of conflicted if I'm here next week

13     instead of at his hospital bed.  Just -- I don't know

14     if that carries any weight or not.

15                 THE COURT:  I'll try to excuse you --

16     assuming that we have enough jurors I will excuse

17     you.

18                 JURY PANEL MEMBER:  Thank you.

19                 THE COURT:  Are there any other positive

20     answers?

21                 JURY PANEL MEMBER:  Not that I can

22     remember.

23                 THE COURT:  Any questions from the

24     government?

25                 MR. PURCELL:  No, Your Honor.

```
1                    THE COURT:  From the defense?

2                    MR. PROCTOR:  No, sir.

3                    THE COURT:  You may return to your seat.

4                    (JURY PANEL MEMBER LEAVES BENCH.)

5                    THE COURT:  Yes, sir.  Good afternoon.

6       Juror number.

7                    JURY PANEL MEMBER:  136.

8                    THE COURT:  Yes, sir.

9                    JURY PANEL MEMBER:  There are four things

10      from the drug-related perspective.  First, when I was

11      18, I pled no contest to a misdemeanor marijuana

12      possession.

13                   THE COURT:  All right.

14                   JURY PANEL MEMBER:  It was very small.

15                   THE COURT:  Next one?

16                   JURY PANEL MEMBER:  The second thing, I

17      have a cousin who just got out of federal prison, a

18      seven-year sentence for cocaine possession and

19      distribution.

20                   THE COURT:  Okay.

21                   JURY PANEL MEMBER:  And from the drug use

22      side of things, I have two uncles that are currently

23      addicted to crack cocaine.  And I also have a

24      sister-in-law who is addicted to the pills, OxyContin

25      and stuff like that.
```

1           THE COURT:  Okay.  Any other positive

2   responses to any of my questions?

3           JURY PANEL MEMBER:  No, sir.

4           THE COURT:  In light of the nature of

5   these charges including drug charges against the

6   defendant, let me ask you, first of all, what were

7   the nature of the charges against your cousin that

8   caused him to go to prison for seven years?

9           JURY PANEL MEMBER:  He had a large

10  quantity of cocaine.  He lived in the Dundalk area.

11  He was distributing.

12          THE COURT:  So he was prosecuted by the

13  U.S. Attorney's Office here in Maryland?

14          JURY PANEL MEMBER:  In this courthouse,

15  if I'm not mistaken.

16          THE COURT:  And when was the prosecution;

17  seven years ago, you say?

18          JURY PANEL MEMBER:  Approximately.  I

19  don't have any, other than family --

20          THE COURT:  Do you think he was treated

21  fairly by law enforcement?

22          JURY PANEL MEMBER:  I think he did the

23  crime; he did the time.

24          THE COURT:  With respect to your uncles

25  having addiction to crack cocaine, and I think you

```
 1        said had you a sister who had --
 2                 JURY PANEL MEMBER:  Sister-in-law.
 3                 THE COURT:  -- a sister-in-law who has an
 4        addiction to pain killers, would you have any
 5        difficulty being a fair and impartial juror with
 6        respect to a case that involves drug charges?
 7                 JURY PANEL MEMBER:  I just think we all
 8        make choices.  And if you choose to go down that
 9        road, that's their discretion.  I have no pity for
10        them.
11                 THE COURT:  You could be a fair and
12        impartial juror both as to the government and the
13        defense.
14                 JURY PANEL MEMBER:  I would think so.
15                 THE COURT:  All right.  Any questions
16        from the government?
17                 MR. PURCELL:  There are a couple
18        witnesses in this case who, like your uncles it
19        sounds like who use drugs, who have drug issues or
20        had them in the past.  Will you be able to consider
21        their testimony as you would the testimony of anybody
22        else?  Of course, taking into account their
23        background.  But will you be able to, at least going
24        into it, give them a fair and impartial --
25                 JURY PANEL MEMBER:  Yeah.
```

1           MR. PURCELL:  -- consideration?

2           JURY PANEL MEMBER:  People have all sorts

3    of addictions.  That doesn't mean they're less people

4    than anyone else.  I don's hold it -- if a person has

5    an addiction over one of my uncles' case, then in the

6    case of one of my uncles he has no family, so its's

7    not like he's taking away from his children by him

8    choosing to do the drugs.  He's not negatively

9    affecting other people.  So --

10          THE COURT:  Any other questions, Mr.

11   Purcell?

12          MR. PURCELL:  No.

13          THE COURT:  Any questions from the

14   defense?

15          MR. SULLIVAN:  No, Your Honor.

16          THE COURT:  You may return to your seat.

17   Thank you very much.

18          (JURY PANEL MEMBER LEAVES BENCH.)

19          THE COURT:  Yes, ma'am.  Juror number?

20          JURY PANEL MEMBER:  131.

21          THE COURT:  Juror No. 131.  Yes, ma'am.

22          JURY PANEL MEMBER:  Okay.  I have a

23   family member with a substance --

24          THE COURT:  Who?

25          JURY PANEL MEMBER:  Soon-to-be

1    ex-husband.

2                    THE COURT:  Okay.  Your ex --

3                    JURY PANEL MEMBER:  Soon to be.

4                    THE COURT:  Okay.

5                    JURY PANEL MEMBER:  Which is a the second

6    thing on a pending court case.  I have my divorce

7    hearing on August 12th.

8                    THE COURT:  That's a week from Friday.  I

9    don't know when we'll be finished, but we hope to be

10   finished by then.

11                   What was the drug your ex-husband had a

12   problem with?

13                   JURY PANEL MEMBER:  Crack cocaine.

14                   THE COURT:  Okay.  Any other positive

15   responses to any of my questions?

16                   JURY PANEL MEMBER:  We had a burglary at

17   my home.  But that was ten years ago.

18                   THE COURT:  All right.  Were the people

19   or persons responsible for that ever apprehended?

20                   JURY PANEL MEMBER:  No.

21                   THE COURT:  Okay.  Any other positive

22   responses?

23                   JURY PANEL MEMBER:  No.

24                   THE COURT:  All right.  Juror No. 131,

25   I'll put you down as having a personal problem as to

1    the divorce hearing, August 12.  And, assuming we

2    have enough jurors, we'll excuse you for that reason.

3    Thank you very much.  I think we should have enough

4    jurors.

5                    (JURY PANEL MEMBER LEAVES BENCH.)

6                    THE COURT:  Yes, ma'am.  Juror number.

7                    JURY PANEL MEMBER:  122.

8                    THE COURT:  Yes.  Juror No. 122, you have

9    a positive response to some of my questions?

10                   JURY PANEL MEMBER:  Yes, sir.  My

11   parents' house was robbed; and my son's house was

12   robbed; and my daughter was working in a pizza place

13   that was robbed at one point.

14                   THE COURT:  All right.  In terms of your

15   parents' home being robbed, was the person or were

16   the persons who robbed your parents home ever

17   apprehended?

18                   JURY PANEL MEMBER:  No.

19                   THE COURT:  As to the robbery in the

20   pizza store where your daughter was working -- is

21   that right -- were any weapons involved in that?

22                   JURY PANEL MEMBER:  Yes, there was a gun.

23                   THE COURT:  Okay.  And when did that

24   occur?

25                   JURY PANEL MEMBER:  About 1994.

1           THE COURT:  Okay.  And in light of the

2    fact that the defendant is African-American, I need

3    to ask you, what was the racial makeup of the person

4    who robbed the pizza store by gunpoint in 1994?  Do

5    you know?

6           JURY PANEL MEMBER:  I'm not real sure,

7    no.

8           THE COURT:  All right.  Okay.  Any other

9    positive responses to any of my questions?

10          JURY PANEL MEMBER:  One of my children

11   was arrested.  But when they were juvenile.

12   But since they were over 21 there weren't any

13   problems.

14          THE COURT:  Okay.  What was the nature of

15   the charge when they were a juvenile?

16          JURY PANEL MEMBER:  I'm sorry?

17          THE COURT:  What was the nature of the

18   charge when they were a juvenile and they were

19   arrested?

20          JURY PANEL MEMBER:  They trespassed on

21   property to go into the house.

22          THE COURT:  Do you think they were

23   treated fairly by law enforcement?

24          JURY PANEL MEMBER:  Yes.

25          THE COURT:  Any other positive responses

1    to any of my questions?

2                  JURY PANEL MEMBER:  No, sir.

3                  THE COURT:  Any questions from the

4    government?

5                  MR. PURCELL:  No, sir.

6                  THE COURT:  From the defense?

7                  MR. PROCTOR:  Did I hear you say your son

8    was also robbed?

9                  JURY PANEL MEMBER:  Yes.

10                 MR. PROCTOR:  When was that?

11                 JURY PANEL MEMBER:  2009.

12                 MR. PROCTOR:  Okay.  And was he robbed in

13   his house?

14                 JURY PANEL MEMBER:  His house was robbed.

15   He was not home.

16                 MR. PROCTOR:  Was anyone ever caught?

17                 JURY PANEL MEMBER:  No.

18                 MR. PROCTOR:  I believe that's all I

19   have.

20                 THE COURT:  Okay.  Thank you very much.

21   You may return to your seat.

22                 (JURY PANEL MEMBER LEAVES BENCH.)

23                 THE COURT:  Yes, ma'am.  Juror number?

24                 JURY PANEL MEMBER:  113.

25                 THE COURT:  Juror 113.  Yes; you have a

1       positive response to some of my questions?

2                       JURY PANEL MEMBER:  Yeah.  I think there

3       was a question about a family member with a drug

4       abuse.

5                       THE COURT:  Yes.

6                       JURY PANEL MEMBER:  I have a nephew that

7       went to a rehab program for meth addiction.

8                       THE COURT:  And how long ago was that?

9                       JURY PANEL MEMBER:  I think he completed

10      the program maybe two years ago.  He's been in school

11      since.

12                      THE COURT:  Any other positive responses

13      to any of my questions?

14                      JURY PANEL MEMBER:  Well, the only other

15      is the detail about the length of the trial.  I have

16      a daughter who had a double lung transplant five

17      months ago.  She's doing well right now, but they've

18      told us that that first year there could be need for

19      hospitalizations.  She's adult; she's 23.  But I've

20      been her caregiver throughout this.  So, you don't

21      expect it; I don't have a clue.

22                      THE COURT:  I understand.  I'll put you

23      on a list here, 113.  And in the event we have enough

24      jurors, I'll excuse you.

25                      JURY PANEL MEMBER:  Pardon me?

1              THE COURT:  In the event we have

2     sufficient number of jurors, I'll excuse you.  Are

3     there any other positive responses to any of my

4     questions?

5              With respect to your nephew, do you think

6     he was treated fairly by government officials with

7     respect to his drug problem?

8              JURY PANEL MEMBER:  No.

9              THE COURT:  Would that cause you any bias

10    against this defendant --

11             JURY PANEL MEMBER:  No.

12             THE COURT:  -- with drug charges against

13    him?

14             JURY PANEL MEMBER:  No.

15             THE COURT:  Any questions from the

16    government?

17             MR. PURCELL:  No.

18             THE COURT:  From the defense?

19             MR. PROCTOR:  No, sir.

20             THE COURT:  You may return to your seat.

21    Thank you very much.

22             (JURY PANEL MEMBER LEAVES BENCH.)

23             THE COURT:  All right.  We have one, two,

24    three, four, five, six, seven stricken for cause; we

25    have four others who have an issue of wait and see.

```
 1                    Yes, ma'am.  Juror number?

 2               JURY PANEL MEMBER:  Yes.  I can't think

 3    of the number.  Oh, 0110.

 4               THE COURT:  Juror 0110.  You live in

 5    Chruchville, Maryland, correct?

 6               JURY PANEL MEMBER:  Yes.

 7               THE COURT:  And you're an artist?

 8               JURY PANEL MEMBER:  Yes.

 9               THE COURT:  Yes.  Okay.  You have a

10    positive response to some of my questions?

11               JURY PANEL MEMBER:  I answered "Yes" to

12    three of your questions.

13               THE COURT:  All right.

14               JURY PANEL MEMBER:  Didn't you say

15    something about drug abuse.

16               THE COURT:  Yes.

17               JURY PANEL MEMBER:  Well, there's three

18    members of my family, a former husband and two

19    children, that have alcoholism.  One has been in jail

20    on several occasions for a short amount of time

21    because of non-payment of support.

22               THE COURT:  That's one of your children?

23               JURY PANEL MEMBER:  That's one of my

24    children.  I mean, two of my children have

25    alcoholism.  But one of them has terrible arrearages
```

1    because of child support.

2              I don't have any resentments because --

3    the other is -- my daughter filed a sexual abuse

4    charge against a father of one of her friends.  And I

5    was called by the defense to ascertain whether she

6    was a minor at the time, and I could not remember.  I

7    was trying to; I could not remember whether she was

8    or not because that hinged on whether he would be --

9    you know, it would be a felony for him.  But I could

10   not remember that.  And because this was just a few

11   years ago; but it was a long time ago that it

12   allegedly happened.

13             And the other was that one of my children

14   was -- has been convicted of a felony.  He was

15   charged with a third degree sexual offense.  And I

16   know that he --

17             THE COURT:  Is this one of your children

18   who is alcoholic?

19             JURY PANEL MEMBER:  No, no.  And he told

20   me and his sisters about it before he went to trial.

21   And so I know he was guilty of it, but he was

22   given -- what was it --

23             THE COURT:  Probation --

24             JURY PANEL MEMBER:  Probation before

25   conviction.  That's it.

1          THE COURT:  As to the victim of the

2   sexual assault, who was the victim of sexual assault

3   as to which your son was charged?  What was the

4   victim?

5          JURY PANEL MEMBER:  It was the daughter

6   of a woman he was engaged in to.  That was in 1996.

7          THE COURT:  And with respect to your

8   daughter having been the victim of a sexual assault

9   by the father of one of her friends, what year did

10  that happen?

11         JURY PANEL MEMBER:  Evidently when she

12  was -- had just graduated from high school.  She's

13  almost 50.

14         THE COURT:  And she was later called back

15  to testify in terms of a later --

16         JURY PANEL MEMBER:  Well, she made the --

17         THE COURT:  -- allegation?

18         JURY PANEL MEMBER:  Yeah.

19         THE COURT:  Is there anything about any

20  of these experiences that would cause you difficulty

21  being a fair and impartial juror in this case?

22         JURY PANEL MEMBER:  No, sir.

23         THE COURT:  Any questions from the

24  government?

25         MR. PURCELL:  No.

1          THE COURT:  Anything from the defense?

2          MR. PROCTOR:  No, sir.

3          THE COURT:  You may return to your seat.

4    Thank you very much.

5          (JURY PANEL MEMBER LEAVES BENCH.)

6          THE COURT:  Yes, sir.

7          JURY PANEL MEMBER:  0099.

8          THE COURT:  Juror No. 0099?

9          JURY PANEL MEMBER:  Yes, sir.

10         THE COURT:  Yes, sir; you have a positive

11   response to some of my questions?

12         JURY PANEL MEMBER:  Yes, sir, I have.

13         THE COURT:  Okay.

14         JURY PANEL MEMBER:  The one about the

15   grand jury, I served on a grand jury last year.

16         THE COURT:  And for Dorchester County?

17         JURY PANEL MEMBER:  Yes, sir.  Dorchester

18   County, that's Right.

19         THE COURT:  Okay.  State grand jury.  Do

20   you understand that the role of a grand jury is

21   different than the role of a trial jury.  A grand

22   jury just determines whether or not there was

23   probably cause to believe an offense occurred.  Here

24   in the trial in the court, there's a much higher

25   burden.  The government has to prove guilty beyond

1    reasonable doubt.  Do you understand that?

2              JURY PANEL MEMBER:  Yes, sir.

3              THE COURT:  Okay.  Go ahead.

4              JURY PANEL MEMBER:  I've got a daughter

5    that's addicted to drugs.

6              THE COURT:  Okay.  What drug?

7              JURY PANEL MEMBER:  Right now it's

8    Percocet.  And, what's the other one; OxyContin.

9              THE COURT:  Okay.  Has she been treated

10   for this addiction?

11             JURY PANEL MEMBER:  Yeah.  On and off.

12             THE COURT:  And how old is she?

13             JURY PANEL MEMBER:  38.

14             THE COURT:  All right.  Okay.

15             JURY PANEL MEMBER:  I have had a problem

16   with alcohol and drugs.  But I've got 32 years of

17   sobriety.

18             THE COURT:  Okay.  All right.  So you're

19   32 years sober?

20             JURY PANEL MEMBER:  Yes, sir.

21             THE COURT:  Was your difficulty with

22   alcohol and drugs, or just alcohol?

23             JURY PANEL MEMBER:  Mainly alcohol.

24             THE COURT:  Okay.  Any other positive

25   responses?

1           JURY PANEL MEMBER:  Yeah.  I had a friend

2     of mine that was killed in front of me back in 1969

3     in Carroll County.  And it was a racial thing.  And

4     I'm not sure if I can really --

5           THE COURT:  Your friend was killed by a

6     black man?

7           JURY PANEL MEMBER:  Yes, sir.

8           THE COURT:  And you're not sure that you

9     can be neutral?

10           JURY PANEL MEMBER:  Yes, sir.

11           THE COURT:  You may return to your seat.

12     Thank you very much.  Thank you, sir.

13           (JURY PANEL MEMBER LEAVES BENCH.)

14           THE COURT:  Juror No. 99 will be stricken

15     for cause.

16           Miss West, I believe that leaves us with

17     18; is that right?  We have 18 more we can strike?

18     We have eight strikes for cause; and we have one,

19     two, three, four more that are hanging out there.

20     How many more strikes can we make?  How many more

21     strikes do you have left?  We have eight?

22           THE DEPUTY CLERK:  If you let the four

23     go?

24           THE COURT:  In addition to the eight

25     strikes for cause.

1           MR. PROCTOR:  I make it a qualified 25.

2           THE DEPUTY CLERK:  I have 17.

3           THE COURT:  Okay.  We have 17 more

4    strikes of any kind.  And that 17 means we would have

5    stricken eight for cause as well as let these four

6    go --

7           THE DEPUTY CLERK:  Yes.

8           THE COURT:  -- we still have 17 more

9    strikes left.  Okay.  Thank you very much.

10          (END OF BENCH CONFERENCE.)

11          THE COURT:  Those in the fourth row, the

12   back row that previously stood, if you'll stand,

13   please.  If you previously stood.  And if you'll turn

14   out just as the other rows have done in that same

15   fashion.

16          (BENCH CONFERENCE ON THE RECORD.)

17          THE COURT:  Yes, sir.  If you'll approach

18   the bench, please.  Juror number.

19          JURY PANEL MEMBER:  98.

20          THE COURT:  Juror 98.  Yes, sir.

21          JURY PANEL MEMBER:  My brother-in-law was

22   in prison for manslaughter on a DWI.  And I've also

23   been on a jury for the county.

24          THE COURT:  You were what?

25          JURY PANEL MEMBER:  For the county, I was

1        a juror.

2                    THE COURT:  Okay.  And when was that?

3                    JURY PANEL MEMBER:  Back in the Nineties.

4                    THE COURT:  Okay.  And that was in?

5                    JURY PANEL MEMBER:  Anne Arundel County.

6                    THE COURT:  Anne Arundel County.  And

7        that was a criminal jury?

8                    JURY PANEL MEMBER:  Yes, sir.

9                    THE COURT:  And what was the verdict --

10       what kind of charge was it?

11                   JURY PANEL MEMBER:  It was a child

12       molesting.

13                   THE COURT:  And what was the verdict?

14                   JURY PANEL MEMBER:  Guilty.

15                   THE COURT:  Any other positive responses

16       to any of my questions?

17                   JURY PANEL MEMBER:  No, sir.

18                   THE COURT:  The fact that your

19       brother-in-law -- your brother who was -- was it your

20       brother or your brother-in-law?

21                   JURY PANEL MEMBER:  Brother-in-law was in

22       jail.  Did a DWI.

23                   THE COURT:  How long was he in jail for?

24                   JURY PANEL MEMBER:  It was a year or

25       something like that.

1                    THE COURT:  Do you think he was treated

2       fairly by law enforcement?

3                    JURY PANEL MEMBER:  Yes.

4                    THE COURT:  Could you be a fair and

5       impartial juror in this case?

6                    JURY PANEL MEMBER:  Yes, sir.

7                    THE COURT:  Any questions from the

8       government?

9                    MR. PURCELL:  No, thank you.

10                   THE COURT:  From the defense?

11                   MR. PROCTOR:  No, sir.

12                   THE COURT:  Thank you very much.  You may

13      return to your seat.

14                   (JURY PANEL MEMBER LEAVES BENCH.)

15                   THE COURT:  Yes, sir.

16                   Juror No. 89, based upon your prior

17      responses, you may return to your seat.  Thank you

18      very much.

19                   The record will reflect that Juror No. 89

20      has already been stricken for cause.

21                   Yes, ma'am.  Juror number?

22                   JURY PANEL MEMBER:  88.

23                   THE COURT:  Juror No. 88.  Yes, ma'am.

24                   JURY PANEL MEMBER:  I was a juror on a

25      civil trial in Montgomery County, Pennsylvania nine

1    or ten years ago.

2              THE COURT:  And what kind of case was it?

3              JURY PANEL MEMBER:  Automobile accident.

4              THE COURT:  Okay.  And what was the

5    verdict?

6              JURY PANEL MEMBER:  We found in favor of

7    the police officers.  It was a determining like a

8    monetary award.

9              THE COURT:  A monetary award.  Right.

10             JURY PANEL MEMBER:  Yes.

11             THE COURT:  Any other positive responses

12   to any of my questions?

13             JURY PANEL MEMBER:  No.

14             THE COURT:  Any questions from the

15   government?

16             MR. PURCELL:  No.

17             THE COURT:  From the defense.

18             MR. PROCTOR:  No, sir.

19             THE COURT:  You may return to your seat.

20   Thank you very much.

21             (JURY PANEL MEMBER LEAVES BENCH.)

22             THE COURT:  Yes, ma'am.  Juror number.

23             JURY PANEL MEMBER:  87.

24             THE COURT:  Juror No. 87.  Yes, ma'am;

25   you have a positive response to some of my questions?

```
 1                    JURY PANEL MEMBER:  Yes.  I'm the victim

 2      of a crime.

 3                    THE COURT:  When was that?

 4                    JURY PANEL MEMBER:  Probably two years

 5      ago.

 6                    THE COURT:  All right.  What was the

 7      crime?

 8                    JURY PANEL MEMBER:  Well, Your Honor, my

 9      car was stolen twice.

10                    THE COURT:  I'm sorry?

11                    JURY PANEL MEMBER:  My car was stolen

12      twice.

13                    THE COURT:  Okay.  Was the person who

14      stole your car ever apprehended?

15                    JURY PANEL MEMBER:  Yes.

16                    THE COURT:  Okay.  They found the person?

17                    JURY PANEL MEMBER:  Yes.

18                    THE COURT:  Okay.  Did you testify for

19      the government?

20                    JURY PANEL MEMBER:  No, I didn't.

21                    THE COURT:  Even though you are

22      African-American, Juror No. 87, I need to ask this

23      question.  What was the racial makeup of the person

24      who stole your car?

25                    JURY PANEL MEMBER:  He was black.
```

1              THE COURT:  He was African-American?

2              JURY PANEL MEMBER:  Hispanic.

3              THE COURT:  Hispanic.  All right.  Any

4    other positive responses to any of my questions?

5              JURY PANEL MEMBER:  Yes.  Somebody broke

6    into my mouse.

7              THE COURT:  Was the person ever

8    apprehended?

9              JURY PANEL MEMBER:  No.

10             THE COURT:  Okay.  Any other positive

11   responses?

12             JURY PANEL MEMBER:  I served on a jury

13   probably when I was about 20.  So that was --

14             THE COURT:  What kind of case, criminal

15   or civil?

16             JURY PANEL MEMBER:  It was civil.  Auto

17   accident.

18             THE COURT:  Okay.  And what was the

19   verdict?  For the plaintiff or not?  Did you award

20   money or not?

21             JURY PANEL MEMBER:  No.

22             THE COURT:  Okay.  So it was for the

23   defendant?

24             JURY PANEL MEMBER:  Yes.

25             THE COURT:  Okay.

```
 1                    JURY PANEL MEMBER:  My cousin is
 2      incarcerated for distribution of several drugs.
 3                    THE COURT:  And where is he incarcerated?
 4                    JURY PANEL MEMBER:  In Connecticut.
 5                    THE COURT:  In Connecticut?  Any other
 6      positive responses to any of my other questions?
 7                    JURY PANEL MEMBER:  No.
 8                    THE COURT:  Is there anything about these
 9      experiences that would cause you to have difficulty
10      in being a fair and impartial juror in this case?
11                    JURY PANEL MEMBER:  No.
12                    THE COURT:  Any questions from the
13      government?
14                    MR. PURCELL:  No.
15                    THE COURT:  From the defense?
16                    MR. PROCTOR:  No, sir.
17                    THE COURT:  You may return to your seat.
18      Thank you very much.
19                    (JURY PANEL MEMBER LEAVE BENCH.)
20                    THE COURT:  Yes, ma'am.  Juror number.
21                    JURY PANEL MEMBER:  81.
22                    THE COURT:  Juror No. 81.  Yes, ma'am.
23                    JURY PANEL MEMBER:  I was a victim of a
24      robbery in 1995.  My husband and I were held up at
25      gunpoint in Baltimore City.  I was also the victim of
```

1          identity theft in 2001 and called as a witness.

2                    THE COURT:  Someone stole your credit

3          card?

4                    JURY PANEL MEMBER:  Yes.  They stole my

5          identity.  They called me from the store where the

6          people were trying to make purchases.  And I was

7          summonsed but never actually was called to testify.

8                    THE COURT:  All right.

9                    JURY PANEL MEMBER:  I was also called to

10         testify in a custody dispute for one of my students.

11         And I can't remember the year.  It was probably 2002

12         or something.

13                    THE COURT:  You're a school teacher or

14         you tutor, correct?

15                    JURY PANEL MEMBER:  Yes.

16                    THE COURT:  And this is one of your

17         students --

18                    JURY PANEL MEMBER:  Yes.

19                    THE COURT:  -- and you were called in a

20         custody battle.

21                    JURY PANEL MEMBER:  Uh-huh.

22                    THE COURT:  All right.  Any other

23         positive responses?

24                    JURY PANEL MEMBER:  My house was broken

25         into in 2000 -- no, no, a little earlier than that.

1      '98.

2                  THE COURT:  Okay.  And was the person or

3      persons who broke into your house ever apprehended?

4                  JURY PANEL MEMBER:  No.

5                  THE COURT:  Okay.

6                  JURY PANEL MEMBER:  And that's it.

7                  THE COURT:  Any other answers?

8                  As to being a victim of identity theft,

9      did you ever testify against the people who tried to

10     steal your identity?

11                 JURY PANEL MEMBER:  I was summonsed but I

12     never testified.

13                 THE COURT:  Okay.  And with respect to

14     the armed robbery that occurred here in Baltimore

15     City in 1995 at gunpoint?

16                 JURY PANEL MEMBER:  Uh-huh.

17                 THE COURT:  In light of the fact that the

18     defendant is African-American, I need to ask you:

19     What was the racial makeup of the person or persons

20     that pointed a gun when you were robbed at gunpoint?

21                 JURY PANEL MEMBER:  Yes.  They were

22     African- American.

23                 THE COURT:  How many of them were there?

24                 JURY PANEL MEMBER:  Two.

25                 THE COURT:  Two.  And were they ever

1       apprehended?

2                       JURY PANEL MEMBER:  No.

3                       THE COURT:  Okay.  Were you satisfied

4       with the response of law enforcement with respect to

5       the investigation of that matter?

6                       JURY PANEL MEMBER:  Well, we reported to

7       a police on the street.  And they said that they

8       probably couldn't catch them.  So actually we never

9       reported it.  So that was that.  So I would just have

10      to stay probably not in that respect.

11                      THE COURT:  Would that cause you to have

12      any bias against the government in this case?

13                      JURY PANEL MEMBER:  No.

14                      THE COURT:  Would it cause you any bias

15      against the defendant in light of the fact that the

16      defendant is African- American and he is accused of a

17      violent crime; and he's also charged with a crime

18      with a gun?

19                      JURY PANEL MEMBER:  Right.  I would not.

20                      THE COURT:  You could still be fair and

21      impartial?

22                      JURY PANEL MEMBER:  Yes, I would.

23                      THE COURT:  Any questions from the

24      government?

25                      MR. PURCELL:  No.

1           THE COURT:  From the defense?

2           MR. PROCTOR:  No, thank you, sir.

3           THE COURT:  You may return to your seat.

4    Thank you very much.

5           (JURY PANEL MEMBER LEAVES BENCH.)

6           THE COURT:  Yes, sir.  Juror No. 74.  You

7    had previously indicated that you were a juror in a

8    case before me in March of 2009.

9           JURY PANEL MEMBER:  That's correct, sir.

10          THE COURT:  Was that a criminal case or

11   civil case?

12          JURY PANEL MEMBER:  It was a criminal

13   case, sir.

14          THE COURT:  Okay.  And what was the

15   nature of the charge there?

16          JURY PANEL MEMBER:  The defendant was

17   found guilty of possessing a weapon.  He was a -- he

18   was a --

19          THE COURT:  He had a prior record?

20          JURY PANEL MEMBER:  Correct.

21          THE COURT:  Okay.  Any other positive

22   responses to anything?

23          JURY PANEL MEMBER:  Yes, sir.  Two other

24   ones.  In December 2009 I witnessed a DUI accident

25   and was subpoenaed to be a witness at trial, the

1        State of Maryland versus Hoeman (phonetic).  That was

2        a plea bargain agreement before the trial came up.

3                And then the other things thing is, in

4        terms of scheduling, my parents are having their 50th

5        wedding anniversary on the 13th.  And I have a flight

6        scheduled on the 12th.

7                THE COURT:  All right.  Juror No. 74, we

8        will list you as having a personal problem.  Assuming

9        we have enough jurors, we'll excuse you.  We may be

10       having jury argument on August the 12th.  I'm just

11       not sure of that.  All right.  Thank you very much.

12               JURY PANEL MEMBER:  Thank you very much,

13       sir.

14               THE COURT:  Any questions from the

15       government?

16               MR. PURCELL:  No.

17               THE COURT:  From the defense?

18               MR. PROCTOR:  No.

19               THE COURT:  Thank you very much.

20               (JURY PANEL MEMBER LEAVES BENCH.)

21               THE COURT:  Yes, ma'am.  Good afternoon.

22       Juror number.

23               JURY PANEL MEMBER:  73.

24               THE COURT:  Juror No. 73.  Yes, ma'am.

25               JURY PANEL MEMBER:  I answered yes to I

1          served on a jury.

2                    THE COURT:  When was that?

3                    JURY PANEL MEMBER:  June 8th of this

4      year.

5                    THE COURT:  And it was criminal or civil?

6                    JURY PANEL MEMBER:  I believe it was --

7                    THE COURT:  Was someone suing for

8      damages, or was somebody charged with a crime?

9                    JURY PANEL MEMBER:  Burglary.

10                   THE COURT:  All right.  So it's a

11     criminal jury trial.  Where was it?

12                   JURY PANEL MEMBER:  It was for Baltimore

13     County.

14                   THE COURT:  And out in Towson?

15                   JURY PANEL MEMBER:  Yeah.

16                   THE COURT:  And what was the verdict?

17                   JURY PANEL MEMBER:  Guilty.

18                   THE COURT:  Any other positive responses

19     to any of my questions?

20                   JURY PANEL MEMBER:  And also my younger

21     brother was arrested for breaking and entering of

22     a -- Tempo Lounge in Essex, Maryland.

23                   THE COURT:  When was that?

24                   JURY PANEL MEMBER:  Last year.

25                   THE COURT:  Okay.  Was he prosecuted?

```
1                    JURY PANEL MEMBER:  He was.

2                    THE COURT:  Was he convicted?

3                    JURY PANEL MEMBER:  He was sent to

4       Charles Hickey and was out on probation.

5                    THE COURT:  All right.  Do you think he

6       was treated fairly by law enforcement?

7                    JURY PANEL MEMBER:  Yes.

8                    THE COURT:  Any other positive responses

9       to any of my questions?

10                   JURY PANEL MEMBER:  No, sir.

11                   THE COURT:  All right.  Could you be a

12      fair and impartial juror in this case?

13                   JURY PANEL MEMBER:  Yes, sir.

14                   THE COURT:  Any questions from the

15      government?

16                   MR. PURCELL:  No, sir.

17                   THE COURT:  From the defense?

18                   MR. PROCTOR:  No, sir.

19                   THE COURT:  You may return to your seat.

20      Thank you very much.

21                   (JURY PANEL MEMBER LEAVES BENCH.)

22                   THE COURT:  Yes, ma'am.  Juror number.

23                   JURY PANEL MEMBER:  64.

24                   THE COURT:  Yes, ma'am.

25                   JURY PANEL MEMBER:  I had an ear
```

```
 1            transplant, two of them.  The last was in 2000 --
 2                      THE COURT:  Are you saying ear
 3            transplant?
 4                      JURY PANEL MEMBER:  No.  I still have a
 5            lot of problems hearing in my left ear.
 6                      THE COURT:  Okay.
 7                      JURY PANEL MEMBER:  And I have to have
 8            sooner or later a cornea transplant in my left eye.
 9                      THE COURT:  Okay.  Are you having any
10            trouble hearing today?
11                      JURY PANEL MEMBER:  No.
12                      THE COURT:  Okay.
13                      JURY PANEL MEMBER:  I just hear you when
14            I'm way in the back.
15                      THE COURT:  Okay.
16                      JURY PANEL MEMBER:  And then I have
17            problems with memory from the accident.  In '69 when
18            I was thrown out of a car and I had memory loss for
19            like two or three months with amnesia.  Because I had
20            a severe head trauma.
21                      THE COURT:  Have you had any trouble with
22            your memory recently?
23                      JURY PANEL MEMBER:  Well, I do with
24            certain things.
25                      THE COURT:  Okay.
```

1          JURY PANEL MEMBER:  Names, addresses,

2     different things.  But it's not Alzheimer's.  They

3     just can't figure out what it is.

4          THE COURT:  All right.  Any other

5     positive responses to my questions?

6          JURY PANEL MEMBER:  No.

7          THE COURT:  Any questions from the

8     government?

9          MR. PURCELL:  No, thank you.

10          THE COURT:  From the defense?

11          MR. PROCTOR:  No, Your Honor.

12          THE COURT:  You may return to your seat.

13     Thank you very much.

14          (JURY PANEL MEMBER LEAVES BENCH.)

15          THE COURT:  Counsel, my view is, is that

16     probably is a person we don't want on the jury.  She

17     didn't seem quite right to me.  Does anybody have any

18     objection?

19          All right.  64 will be stricken for

20     cause.  No use anyone wasting their peremptories on

21     her.  She doesn't seem quite right.

22          Yes, ma'am.  Good afternoon.

23          JURY PANEL MEMBER:  Good afternoon.

24          THE COURT:  Juror number?

25          JURY PANEL MEMBER:  Oh.  63.

173

1          THE COURT:  Juror 63.  Yes, ma'am.

2          JURY PANEL MEMBER:  I served once before

3    in this building on jury duty.

4          THE COURT:  Criminal or civil?

5          JURY PANEL MEMBER:  When?

6          THE COURT:  Criminal or civil?  Was

7    someone charged with a crime, or were people suing

8    for money damages?

9          JURY PANEL MEMBER:  I think they were

10   saying that they had a weapon in their house.

11         THE COURT:  All right.  So it was a

12   criminal trial.

13         And when was that?

14         JURY PANEL MEMBER:  It was somewhere

15   between 1990 and now.

16         THE COURT:  Sometime in the last 21

17   years, but you're not sure when?

18         JURY PANEL MEMBER:  No.

19         THE COURT:  Could have been last year or

20   nineteen years ago?

21         Any other positive responses to any of my

22   questions?

23         JURY PANEL MEMBER:  Oh.  I think -- yeah,

24   I think I did -- earlier there was, I forgot what

25   they asked now.  But --

174

```
1                    THE COURT:  Any member of your family a
2       victim of a crime?
3                    JURY PANEL MEMBER:  Oh.  I worked for the
4       Coast Guard, United States Coast Guard.
5                    THE COURT:  Yeah.  You previously were a
6       secretary there for the U.S. Coast Guard, correct?
7                    JURY PANEL MEMBER:  Yes.
8                    THE COURT:  Okay.  Any other positive
9       responses?
10                   JURY PANEL MEMBER:  Oh.  My neighbor is
11      in the sheriff department.
12                   THE COURT:  All right.
13                   JURY PANEL MEMBER:  And, oh, I do know
14      one of the state troopers.
15                   THE COURT:  Okay.  Any other positive
16      responses?
17                   JURY PANEL MEMBER:  That was it.
18                   THE COURT:  Any questions from the
19      government?
20                   MR. PURCELL:  No.
21                   THE COURT:  From the defense?
22                   MR. PROCTOR:  No, Your Honor.
23                   THE COURT:  Thank you, you may return to
24      your seat.
25                   (JURY PANEL MEMBER LEAVES BENCH.)
```

```
 1                    THE COURT:  I don't think I do this very
 2      often, but that's the second straight juror that
 3      doesn't seem quite right to me.  And I'm going to
 4      strike her.  She just doesn't seem right.  There's
 5      some problem with her.  Does anybody have an
 6      objection to that?
 7                    MR. PURCELL:  No.
 8                    MR. PROCTOR:  No.
 9                    THE COURT:  I don't want you to waste
10      peremptories on certain strikes here.
11                    All right.  Yes, sir.
12                    Something in the water here or something.
13                    Yes, sir.
14                    JURY PANEL MEMBER:  Juror No. 59.
15                    THE COURT:  Juror No. 59.  Yes, sir.
16                    JURY PANEL MEMBER:  I guess the first
17      question was -- dealt with personal -- a close
18      personal friend who was --
19                    THE COURT:  Yes.
20                    JURY PANEL MEMBER:  My close personal
21      friend and roommate was mugged down in Lexington
22      Market.
23                    THE COURT:  When was that?
24                    JURY PANEL MEMBER:  About four years ago.
25      In May, while waiting for a bus transfer.  He
```

1      suffered a concussion and nerve damage and he's still

2      being evaluated at Hopkins.

3                      THE COURT:  And in light of the fact that

4      the defendant is African-American in this case, what

5      was the racial makeup of the person or persons who

6      mugged your friend?

7                      JURY PANEL MEMBER:  He didn't describe

8      them from all.  But I believe they were

9      African-American.

10                     THE COURT:  How many of them were there?

11                     JURY PANEL MEMBER:  He thinks there were

12     about seven or eight.

13                     THE COURT:  Seven?  So essentially seven

14     young men mugged your friend four years ago?

15                     JURY PANEL MEMBER:  Yes.

16                     THE COURT:  And you have reason to

17     believe that they were African-American --

18                     JURY PANEL MEMBER:  Yes.

19                     THE COURT:  -- young African-American

20     men?

21                     JURY PANEL MEMBER:  Yes.

22                     THE COURT:  Any other positive responses

23     to any of my questions?

24                     JURY PANEL MEMBER:  Because my company is

25     on the -- because of the economy, my company is very

1    short-staffed.  So if I were to can gone for two

2    weeks, it might hurt them.  Although there would be

3    somebody who could work overtime to --

4                THE COURT:  Juror No. 59, I'll make a

5    note that if we have enough jurors I'll excuse you.

6    Okay.  Any other positive responses?  Any other

7    positive responses?

8                JURY PANEL MEMBER:  I don't recall all

9    the questions.  But those were the two that stuck in

10   my mind.

11               THE COURT:  In light of the fact that the

12   defendant is African-American, in light of what

13   occurred as to your friend four years ago at the

14   hands of a group of African- American men, would you

15   have difficulty being a fair and impartial juror in

16   this case, in light of the nature of the charges

17   against the defendant?

18               JURY PANEL MEMBER:  No.  I mean, it

19   sounds light or flippant, but I have several and very

20   close African-American friends.

21               THE COURT:  I just want to know if you

22   have any racial stereotyping going on here.

23               JURY PANEL MEMBER:  No.

24               THE COURT:  All right.  You may return to

25   your seat.  Any questions from the government?

1           MR. PURCELL:  No, Your Honor.

2           THE COURT:  The defense?

3           MR. PROCTOR:  No, Your Honor.

4           THE COURT:  You may return to your seat,

5   sir.  Thank you.  Put Juror No. 59 down as having a

6   personal issue.

7           (JURY PANEL MEMBER LEAVES BENCH.)

8           THE COURT:  Yes, ma'am.

9           JURY PANEL MEMBER:  Hello.

10          THE COURT:  Juror number?

11          JURY PANEL MEMBER:  50.

12          THE COURT:  All right.  Yes, ma'am.

13          JURY PANEL MEMBER:  Well, I think one of

14  your questions was:  Have you ever been arrested?

15          THE COURT:  Yeah.

16          JURY PANEL MEMBER:  And I have.

17          THE COURT:  For what?

18          JURY PANEL MEMBER:  On the 19th for drug

19  paraphernalia.

20          THE COURT:  When you were 19 years old?

21          JURY PANEL MEMBER:  No.  It was 1990.  In

22  the Nineties.  And I also have had substance abuse.

23          THE COURT:  What's your substance abuse

24  issue?

25          JURY PANEL MEMBER:  I used to use

1    cocaine.  I don't any more.  I've been clean for

2    about eight years now.

3            THE COURT:  Any other positive responses

4    to any of my questions?

5            JURY PANEL MEMBER:  No.

6            THE COURT:  All right.  In light of the

7    nature of the charges in this case against the

8    defendant, which include drug charges, in light of

9    your past substance abuse problems with cocaine and

10   your prior arrest for drug paraphernalia, would you

11   have difficulty being a fair and impartial juror in

12   this case?

13           JURY PANEL MEMBER:  No, I wouldn't.

14           THE COURT:  Any questions from the

15   government?

16           MR. PURCELL:  Ma'am, when you were using

17   cocaine, did you ever go into the city and buy it?

18           JURY PANEL MEMBER:  No, I never went into

19   the city.  I stayed in the county because that's

20   where I lived at.  And I normally had the same person

21   I got it from all the time.

22           MR. PURCELL:  Thank you.

23           THE COURT:  Any questions from the

24   defense?

25           MR. SULLIVAN:  No, sir.

1          THE COURT:  Thank you very much.  You may

2     return to your seat.

3               (END OF BENCH CONFERENCE.)

4          THE COURT:  All right.  Those of you who

5     previously stood in response to any of these

6     questions that were in the jury box, you're to please

7     stand.  And in similar fashion the back row will go

8     straight to the back wall and then the front row will

9     follow up behind.

10              (BENCH CONFERENCE ON THE RECORD.)

11         THE COURT:  Yes, sir.  Juror number?

12         JURY PANEL MEMBER:  45.

13         THE COURT:  Juror No. 45.  Yes, sir.

14         JURY PANEL MEMBER:  Yes, sir.  I have

15    four questions that I need to respond to.  One was I

16    ever a victim of a crime.

17         THE COURT:  Right.

18         JURY PANEL MEMBER:  I have had cars

19    broken into both in this country and out of the

20    country.

21         THE COURT:  Okay.  Go ahead.

22         JURY PANEL MEMBER:  I believe you asked

23    if I was ever on a jury before?

24         THE COURT:  Yes.

25         JURY PANEL MEMBER:  I was -- served on a

1    jury in Superior Court, Los Angeles County.

2                    THE COURT:  Okay.  Was it criminal or

3    civil?

4                    JURY PANEL MEMBER:  Criminal.

5                    THE COURT:  And what was the nature of

6    the charge?

7                    JURY PANEL MEMBER:  It was an armed

8    robbery hostage situation.  And our case involved the

9    getaway driver.

10                   THE COURT?  And what was the verdict?

11                   JURY PANEL MEMBER:  Not guilty.

12                   THE COURT:  Not guilty.  Okay.

13                   JURY PANEL MEMBER:  And I have to admit

14   that, when I was 18 years old 50 years ago, I was

15   arrested for petty theft.

16                   THE COURT:  Okay.  What were the nature

17   and circumstances surrounding the petty theft?

18                   JURY PANEL MEMBER:  Money was out there

19   and I just took it.

20                   THE COURT:  Okay.  All right.  Were you

21   convicted of that charge?

22                   JURY PANEL MEMBER:  No.  The charges were

23   dropped.  I gave the money back.

24                   THE COURT:  All right.

25                   JURY PANEL MEMBER:  And also, I was

1    unclear about what you said.  On this Friday I have

2    an engagement in New York, family engagement in New

3    York Friday evening.  New York City.

4              THE COURT:  All right.  We're going to be

5    sitting Friday afternoon, but not Friday morning.  So

6    you'd have personal conflict with Friday evening; is

7    that right?

8              JURY PANEL MEMBER:  I have to --

9              THE COURT:  What time is your engagement

10   on Friday?

11             JURY PANEL MEMBER:  A dinner.  I was

12   going to take the plane, but I don't have a ticket

13   because I was --

14             THE COURT:  All right.  I'll put you down

15   as having a family issue for this Friday, August the

16   5th.  I assume, if we have enough jurors, we'll

17   excuse you, Juror 45.

18             JURY PANEL MEMBER:  Thank you.

19             THE COURT:  You may return to your seat

20   right over here.  Thank you very much.

21             (JURY PANEL MEMBER LEAVES BENCH.)

22             THE COURT:  Yes, ma'am.  Juror number.

23             JURY PANEL MEMBER:  37.

24             THE COURT:  Juror No. 37.  Yes, ma'am.

25             JURY PANEL MEMBER:  Well, my soon-to-be

1   daughter-in-law's brother has been in and out of jail

2   for attempted armed robbery, possession of narcotics,

3   and selling narcotics.

4              THE COURT:  Okay.  To your knowledge, was

5   he treated fairly by law enforcement?

6              JURY PANEL MEMBER:  To my knowledge.

7              THE COURT:  Any other positive responses

8   to any of my questions?

9              JURY PANEL MEMBER:  No.

10             THE COURT:  Okay.  Would the fact that

11  your future daughter-in-law's brother has been

12  prosecuted for drug offenses, would that cause you to

13  have difficulty being a fair and impartial juror in

14  this case?

15             JURY PANEL MEMBER:  No.

16             THE COURT:  Any questions from the

17  government?

18             MR. PURCELL:  No.

19             THE COURT:  From the defense?

20             MR. SULLIVAN:  No.

21             THE COURT:  You may return to your seat

22  in the jury box.  Thank you very much.

23             (JURY PANEL MEMBER LEAVES BENCH.)

24             THE COURT:  Yes, ma'am.

25             Yes, ma'am.  Juror number?

1            JURY PANEL MEMBER:  26.  I was on a jury.

2            THE COURT:  Juror No. 26.  Yes, ma'am,

3     criminal or civil jury?

4            JURY PANEL MEMBER:  Criminal.

5            THE COURT:  When was that?

6            JURY PANEL MEMBER:  At least seven years

7     ago.  Seven years or so.

8            THE COURT:  Okay.  Where was it?

9            JURY PANEL MEMBER:  Here.

10            THE COURT:  In federal court?  Here in

11     federal court?

12            JURY PANEL MEMBER:  Yes.

13            THE COURT:  And what was the nature of

14     the charge?

15            JURY PANEL MEMBER:  Two gentlemen who

16     were on parole were pulled own over and they found a

17     gun in the car.

18            THE COURT:  Okay.  What was the verdict?

19            JURY PANEL MEMBER:  Guilty.

20            THE COURT:  Okay.  Any other positive

21     responses to any of my questions?

22            JURY PANEL MEMBER:  Not that I can think

23     of.

24            THE COURT:  All right.  Who was the judge

25     in that case, do you recall?

1          JURY PANEL MEMBER:  I think it was you.

2          THE COURT:  All right.  Any questions

3     from the government?

4          MR. PURCELL:  No.  Thank you.

5          THE COURT:  from the defense?

6          MR. PROCTOR:  No, Your Honor.

7          THE COURT:  You may return to your seat.

8     Thank you very much.

9          (JURY PANEL MEMBER LEAVES BENCH.)

10          THE COURT:  Yes, sir.  Good afternoon.

11     Juror number.

12          JURY PANEL MEMBER:  Juror 00021.

13          THE COURT:  Juror No. 21?

14          JURY PANEL MEMBER:  Yes, sir.  I don't

15     know what you want to know about myself.  I just want

16     to make you aware that English is not my primary --

17     my first language.  And I've been a citizen since

18     2006.  And I grew up in the country where there's no

19     jury system and justice system.  So I just want to

20     make sure --

21          THE COURT:  Sure.  You're welcome here

22     and you'll be as much a citizen as all the rest of

23     us.  That's the way it works.

24          JURY PANEL MEMBER:  Okay.

25          THE COURT:  But are you having any

186

1      difficulty understanding the proceedings here, sir?

2                  JURY PANEL MEMBER:  So far, sir, no.

3                  THE COURT:  Any other positive responses

4      to any of my questions?

5                  JURY PANEL MEMBER:  No.  That's the only

6      one.

7                  THE COURT:  All right.  Any questions

8      from the government?

9                  MR. PURCELL:  No.  Thank you.

10                 THE COURT:  From the defense?

11                 MR. PROCTOR:  No, Your Honor.

12                 THE COURT:  Thank you very much, sir.

13                 (JURY PANEL MEMBER LEAVES BENCH.)

14                 THE COURT:  Yes, sir.  Juror number.

15                 JURY PANEL MEMBER:  15.

16                 THE COURT:  Yes, sir.

17                 JURY PANEL MEMBER:  I was -- my family

18     and I were victims of a burglary in, like, 1977,

19     because I was a kid.

20                 THE COURT:  Were the people who

21     burglarized your home in 1977 ever found?

22                 JURY PANEL MEMBER:  I believe they were.

23     I'm not sure.

24                 THE COURT:  In light the fact that the

25     defendant is African-American, what was the racial

1      makeup of the people who burglarized your home?

2                    JURY PANEL MEMBER:  I have no idea.

3                    THE COURT:  Okay.  Any other positive

4      response to any of my questions?

5                    JURY PANEL MEMBER:  No.

6                    THE COURT:  Okay.  Do you think you could

7      be a fair and impartial juror in this case?

8                    JURY PANEL MEMBER:  Yes.

9                    THE COURT:  Any questions from the

10     government?

11                   MR. PURCELL:  No, thank you.

12                   THE COURT:  From the defense?

13                   MR. PROCTOR:  No, Your Honor.

14                   THE COURT:  You may return to your seat.

15     Thank you very much.

16                   (JURY PANEL MEMBER LEAVES BENCH.)

17                   THE COURT:  Yes, sir.  Good afternoon.

18                   JURY PANEL MEMBER:  Good afternoon.

19     Juror No. 11.

20                   THE COURT:  Juror No. 11.  Yes, sir.

21                   JURY PANEL MEMBER:  I forget the question

22     now, because it's been so long.  Anyway, you

23     mentioned testifying in federal court?

24                   THE COURT:  Yes.

25                   JURY PANEL MEMBER:  I did that like 30,

1      35 years ago is that irrelevant?

2                  THE COURT:  In connection with your -- in

3      the racing industry or what?

4                  JURY PANEL MEMBER:  No.  It was actually

5      I bought a used Post Office Jeep.  And I got out in

6      Philadelphia.  This is when I was a kid.

7                  THE COURT:  Was it a civil case or a

8      criminal case?

9                  JURY PANEL MEMBER:  It was a criminal

10     case.

11                 THE COURT:  And what was the verdict in

12     the case?

13                 JURY PANEL MEMBER:  Guilty.

14                 THE COURT:  All right.  That was 30 years

15     ago?

16                 JURY PANEL MEMBER:  Uh-huh.

17                 THE COURT:  All right.  Any other

18     positive responses to any of my questions?

19                 JURY PANEL MEMBER:  My daughter is a

20     recovering heroin addict.

21                 THE COURT:  Okay.  Is she under

22     treatment?

23                 JURY PANEL MEMBER:  She under treatment

24     right now.

25                 THE COURT:  How old is she?

1            JURY PANEL MEMBER:  She's 24.

2            THE COURT:  Has she had any criminal

3     difficulties as a result of her addiction to heroin?

4            JURY PANEL MEMBER:  She has.  I think she

5     is on probation currently.

6            THE COURT:  Do you think she'd been

7     treated fairly by law enforcement?

8            JURY PANEL MEMBER:  Yes.

9            THE COURT:  Would the fact that these

10    charges against the defendant include drug charges

11    cause you to have any difficulty being a fair and

12    impartial juror in this case?

13            JURY PANEL MEMBER:  I don't think so.

14            THE COURT:  Okay.  Any other positive

15    responses to my questions?

16            JURY PANEL MEMBER:  I was on a jury for

17    District Court probably ten years ago.

18            THE COURT:  Criminal or civil?

19            JURY PANEL MEMBER:  Civil.

20            THE COURT:  Where was that?  Towson?

21            JURY PANEL MEMBER:  Uh-huh.

22            THE COURT:  Okay.  Was it like an

23    automobile accident or what was it?

24            JURY PANEL MEMBER:  It was a paternity.

25            THE COURT:  What was the verdict?

1          JURY PANEL MEMBER:  Guilty.

2          THE COURT:  In favor of the plaintiff?

3          JURY PANEL MEMBER:  In favor of the --

4          THE COURT:  The government --

5          JURY PANEL MEMBER:  Yes.

6          THE COURT:  -- in terms of the issue as

7    to paternity?

8          JURY PANEL MEMBER:  Yes.

9          THE COURT:  Any other positive responses

10   to any of my questions?

11         JURY PANEL MEMBER:  No, sir.

12         THE COURT:  All right.  Could you be a

13   fair and impartial juror in this case?

14         JURY PANEL MEMBER:  Yes, sir.

15         THE COURT:  Okay.  Any questions from the

16   government?

17         MR. PURCELL:  No, thank you.

18         THE COURT:  From the defense?

19         MR. PROCTOR:  No, thank you.

20         THE COURT:  You may return to your seat.

21   Thank you very much.

22         (JURY PANEL MEMBER LEAVES BENCH.)

23         THE COURT:  Yes, sir.

24         JURY PANEL MEMBER:  Juror No. 3.

25         THE COURT:  Juror No. 3.  Yes, sir.

```
 1                    JURY PANEL MEMBER:  Two things.  With
 2     respect to being a victim, about two years ago
 3     several hundreds dollars was stolen from my office by
 4     one of the maintenance people.  I caught them on the
 5     video camera.  Went through the P.G. county court
 6     system but he didn't show up.  And as far as I know
 7     he still has a warrant for his arrest.
 8                    THE COURT:  Okay.
 9                    JURY PANEL MEMBER:  With respect to
10     medical things, I have panic attacks and have had
11     them for the last 20 years.  I take alprazolam for
12     them; usually that's okay.  I don't have enough to
13     finish the file trial, but I asked my doctor for a
14     refill.
15                    THE COURT:  Sir, are you feeling fine
16     now?
17                    JURY PANEL MEMBER:  I took two today.  I
18     feel fine now.  This is the place for having them.
19                    THE COURT:  Sure.  Plenty of lawyers have
20     panic attacks here, so don't worry about it.
21                    JURY PANEL MEMBER:  Well, if it gets
22     really bad, will I be allowed a five-minute break to
23     go out to the bathroom or something?
24                    THE COURT:  Well, we'll see.  If you were
25     chosen as a juror in this case.
```

```
 1                    JURY PANEL MEMBER:  Okay.

 2                    THE COURT:  Any difficulty so far?

 3                    JURY PANEL MEMBER:  No.

 4                    THE COURT:  You're a college professor;

 5       is that right?

 6                    JURY PANEL MEMBER:  Yeah.  I don't have

 7       them very much in class.  Usually I can control them.

 8       If I can, I give them an in-class assignment and I

 9       walk outside.

10                    THE COURT:  So you stand in class and

11       teach all the time, don't you?

12                    JURY PANEL MEMBER:  Yeah.

13                    THE COURT:  Any other positive responses?

14                    JURY PANEL MEMBER:  No, no, that's it.

15                    THE COURT:  Any questions from the

16       government?

17                    MR. PURCELL:  I don't mean to pry.  Could

18       you just describe to the Court what a panic attack

19       constitutes.  What it consists of and how do you

20       feel; can --

21                    JURY PANEL MEMBER:  It started when I was

22       flying.  But then it expanded to other ranges.  And

23       basically my heart rate will go up; I start sweating;

24       I feel like I have to go to the bathroom or vomit.  I

25       take alprazolam before a situation like that.  You
```

1      know, it's like I took one before this morning and

2      then before this afternoon.  After about 20 minutes,

3      it usually kicks in.  And most of the time the heart

4      rate goes down; the sweating doesn't happen.

5      Sometimes it just takes the edge off.

6                  I mean, if it were really bad it would be

7      hard to concentrate.  But I think I will be okay.

8                  MR. PURCELL:  Do you take the medication

9      only when you anticipate that you might be in a

10     situation when it's going to bring on an attack?

11                 JURY PANEL MEMBER:  I generally take it

12     when I start to feel that way.  But, yeah.  If, for

13     example, here, I knew this would be a bad situation.

14                 MR. PURCELL:  A lot of us take meds.

15     Some people take meds every day.

16                 JURY PANEL MEMBER:  Oh, no, no, no.  The

17     last time I had a refill was a year ago.  I just try

18     to avoid situations where I need it.

19                 THE COURT:  I see.  Any questions from

20     the defense?

21                 MR. PROCTOR:  Judge, when, when you take

22     these tablets, does it affect your concentration or

23     your memory or does it make you sleepy?

24                 JURY PANEL MEMBER:  It can make you

25     sleepy.  But usually there's so much adrenaline and

1    everything, you're so wide awake, that the net affect

2    is that you're fine.

3              MR. PROCTOR:  Have you ever taken them

4    twice a day for two weeks?

5              JURY PANEL MEMBER:  No.

6              MR. PROCTOR:  So do you have any idea at

7    this time next week, if you take them every morning

8    and every afternoon, kind of how it will affect you?

9              JURY PANEL MEMBER:  No.  But I had two

10   today and I'm not sleepy now.  I don't know.  But I

11   don't think it would be an issue.  I'm not trying to

12   get out of it.  I'm just telling you the way it is.

13             MR. PROCTOR:  I appreciate it.

14             THE COURT:  Any other questions?

15             MR. PROCTOR:  No.

16             THE COURT:  All right.  Thank you very

17   much.  You may return to your seat.

18             (JURY PANEL MEMBER LEAVES BENCH.)

19             THE COURT:  Yes, ma'am.  Juror number.

20             JURY PANEL MEMBER:  Juror No. 1.

21             THE COURT:  Juror No. 1.  Yes, ma'am.

22             JURY PANEL MEMBER:  20 years ago I was a

23   plaintiff in a criminal case.

24             THE COURT:  You were a plaintiff 20 years

25   ago.  And were you a victim?

```
 1                    JURY PANEL MEMBER:  Yes.

 2                    THE COURT:  What was the crime?

 3                    JURY PANEL MEMBER:  It was battery.

 4                    THE COURT:  And was the person

 5      apprehended?

 6                    JURY PANEL MEMBER:  Yes.

 7                    THE COURT:  And was he prosecuted?

 8                    JURY PANEL MEMBER:  Yes.

 9                    THE COURT:  Did you testify?

10                    JURY PANEL MEMBER:  No.

11                    THE COURT:  And was he convicted?

12                    JURY PANEL MEMBER:  Yes.

13                    THE COURT:  Okay.  And in light of the

14      fact that the defendant is African-American, what was

15      the racial makeup of the --

16                    JURY PANEL MEMBER:  He's a Caucasian

17      male.

18                    THE COURT:  A Caucasian?

19                    JURY PANEL MEMBER:  Uh-huh.

20                    THE COURT:  Okay.  Any other positive

21      responses to --

22                    JURY PANEL MEMBER:  No, just something

23      with cases currently, theres a civil case currently

24      pending against me, I think for an automobile

25      accident.
```

```
 1                    THE COURT:  Fine.  That's still pending;
 2       is that right?
 3                    JURY PANEL MEMBER:  I believe so.  It was
 4       from seven years ago, but the car company is still
 5       fighting --
 6                    THE COURT:  What court is that?
 7                    JURY PANEL MEMBER:  Anne Arundel County.
 8                    THE COURT:  So seven years since the
 9       accident and it's still winding through the court
10       system?
11                    JURY PANEL MEMBER:  Yes, that's correct.
12                    THE COURT:  That's about average.
13                    Any questions from the government?
14                    MR. PURCELL:  No.
15                    THE COURT:  From the defense?
16                    MR. PROCTOR:  No.
17                    THE COURT:  You may return to your seat.
18       Thank you very much.
19                    (JURY PANEL MEMBER LEAVES BENCH.)
20                    THE COURT:  Okay.  Let's go over this
21       list here.  It appears we have enough strikes to
22       strike all those that had personal issues.  So we can
23       start with the top four.  Juror 412 is already
24       stricken for cause.  Juror 229 has already been
25       stricken for cause.
```

1           MR. PURCELL:  What was that number?

2           THE COURT:  Are we ready?

3           MR. PURCELL:  Yes.

4           THE COURT:  Juror 412 has been stricken

5    for cause.  219 and 225 have been stricken for cause.

6    Juror 185 has been stricken for cause.  Juror 155 has

7    been stricken for cause.  Juror 143 will now be

8    stricken for cause because of the personnel issue,

9    personal issue, mother-in-law with dementia.  Juror

10   141 has been previously stricken for cause.

11          MR. PROCTOR:  137, Judge?

12          THE COURT:  137 will now be stricken for

13   cause; had a personal issue.  131 will now be

14   stricken for cause because of a personal issue.  113

15   has a 23-year-old daughter with a lung transplant;

16   she'll be stricken for cause.  99 has been stricken

17   for cause.  89 has been stricken for cause.  74 will

18   now be stricken for cause, in terms of her work

19   issue; they're a small company, she'll be stricken

20   for cause.  64 and 63 have previously been stricken

21   for cause.  59 works for a small company; he'll be

22   stricken for cause.  And, 45, a family issue on

23   August 5th, will be stricken for cause.

24          So according to my tally mere, we have 1,

25   2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16,

1    17 people have been stricken for cause.  Let's go

2    through this again.  412, 229, 225, 185, 155, 143,

3    141, 147, 131, 113, 99, 89, 74, 64, 63, then 59 and

4    45.  That comes out to 17 stricken for cause.

5              Anything further from the point of view

6    of the government before we proceed to strike the

7    jury?

8              MR. PURCELL:  No, Your Honor.

9              THE COURT:  Anything from the defense?

10             MR. PROCTOR:  No, sir.

11             THE COURT:  All right.  Hold on one

12   second.  The government gets six strikes; the

13   defendant one.  We're going to pick one -- two

14   alternates.

15             MR. PROCTOR:  You mean ten.

16             THE COURT:  I'm sorry.  The government

17   gets six strikes for cause; the defendant gets ten

18   strikes for cause.  And then there's going to be one

19   alternate, and each side gets one more strike for

20   alternates.

21             And, I gather, does the government -- the

22   defendant want to start from the top or the bottom?

23   You can start from the top, as far as I'm concerned.

24   Just start from the top.  All right.  So --

25             MR. PROCTOR:  I'm sorry, Judge.  How many

1       strikes for alternate?

2                       THE COURT:   One.   Each side gets one.

3       You get two alternates.   You each get one strike for

4       an alternate.

5                       MR. PROCTOR:   Okay.

6                       THE COURT:   And so, with that, the clerk

7       will bring a list down to you.   Mr. Purcell, how long

8       do you think your opening statement is going to be?

9                       MR. PURCELL:   I think 40, 45 minutes,

10      possibly.

11                      THE COURT:   We may have to do this

12      tomorrow morning, then, it seems to me.   Because I've

13      got a guilty plea at 4:30.   So we might have to start

14      the trial tomorrow morning --

15                      MR. PURCELL:   That's fine.   We'll be able

16      to move tomorrow, Your Honor.

17                      THE COURT:   We really got a slow start

18      today.   But that's the way it is.   Thank you.

19                      (END OF BENCH CONFERENCE.)

20                      THE COURT:   Ladies and gentlemen, we're

21      now to have the lawyers select the jury.   So if

22      everyone can be very quiet for a few moments and we

23      will proceed with the process.

24                      Miss West, if I can see both lists.   And

25      if counsel will approach the bench, please.

```
 1                (BENCH CONFERENCE ON THE RECORD.)

 2                THE COURT:  Here are the government

 3     strikes on the blank sheet.  These are the defense

 4     strikes.  Okay.  Take a look there and see if there

 5     are any issues to be raised.

 6                MR. PURCELL:  I'm not going to have any

 7     issues.

 8                MR. PROCTOR:  Nor am I, I suspect, Judge.

 9                THE COURT:  Any issues from the point of

10     view of the government?

11                MR. PURCELL:  No, Your Honor.

12                THE COURT:  From the defense?  I'm just

13     asking if there are any issues.

14                MR. PROCTOR:  No, no, no.

15                THE COURT:  All right.  You may return to

16     your seats.  Thank you very much.

17                (END OF BENCH CONFERENCE.)

18                THE DEPUTY CLERK:  Ladies and gentlemen,

19     as I call your jury number, please take a seat in the

20     jury box.

21                Juror No. 277 will be Juror No. 1; Juror

22     No. 218 will be Juror No. 2; Juror No. 215 will be

23     Juror No. 3; Juror No. 205 will be Juror No. 4; Juror

24     No. 186 will be Juror No. 5; Juror No. 184 will be

25     Juror No. 6; Juror No. 178 will be Juror No. 7; Juror
```

1    No. 168 will be Juror No. 8; Juror No. 163 will be

2    Juror No. 9; Juror No. 154 will be Juror No. 10;

3    Juror No. 150 will be Juror No. 11; Juror No. 122

4    will be Juror No. 12; Juror No. 87 will be Juror No.

5    13.

6                    THE COURT:  Alternate No. 1.

7                    THE DEPUTY CLERK:  Juror No. 73 will be

8    Alternate No. 2.

9                    THE COURT:  Counsel may approach the

10   bench, please.

11                   (BENCH CONFERENCE ON THE RECORD.)

12                   THE COURT:  Any objection to the jury as

13   empanelled by the government?

14                   MR. PURCELL:  No, Your Honor.

15                   THE COURT:  Any objection by the defense?

16                   MR. PROCTOR:  Not from the defendant,

17   Your Honor.

18                   THE COURT:  All right.  You may return to

19   your tables.

20                   (END OF BENCH CONFERENCE.)

21                   THE COURT:  Madam Clerk, you may swear

22   the jury, please.

23                   (The jury is sworn.)

24                   THE DEPUTY CLERK:  Thank you.  Be seated.

25   The jury is sworn.

1          THE COURT:  Thank you, Miss West.

2          Ladies and gentlemen, those of you who

3    are not selected for jury service, you're about to be

4    dismissed.  I should -- just call back in tomorrow;

5    call in Friday?

6          THE DEPUTY CLERK:  Yes.

7          THE COURT:  All right.  Just call back in

8    on Friday with respect to any potentiality of jury

9    service next week.

10          I want to thank you for your time that

11    you spent here today.  Because of our proximity to

12    Washington this court is often host to delegations of

13    judges from other countries around the world.  We

14    just had judges from Ukraine here two weeks ago; we

15    had judges from Russia visiting here the week after

16    Labor Day.  And all the judges from all around the

17    world from countries -- all of them are always

18    impressed by our jury process.  And we explain, then,

19    to all of our visitors that it is the bedrock of our

20    democracy.

21          So you have been part of a very important

22    process here today with respect to the selection of a

23    jury in this case.  And I want to thank all of you on

24    behalf of all of the United States District Court for

25    the time that you've taken here today.

1           And, as to that, you are excused.  It's

2     only quarter after 4, so we'll call all of your

3     employers that you can make it to work the last half

4     an hour.

5           (Laughter.)

6           THE COURT:  So, with that, thank you very

7     much.  You're all excused.  Thank you.

8           All right.  Ladies and gentlemen, we're

9     going to finish up in a few minutes.  I'm going to

10    give you some preliminary instructions with respect

11    to the process here as to the trial, and then we will

12    be finishing for the day.  And we'll start with

13    opening statements tomorrow morning from the lawyers.

14          We're now about to begin the trial of the

15    case of which you heard some details during the

16    process of jury selection today.

17          At the close of the evidence in this case

18    I will thoroughly explain the elements of the charges

19    contained in the indictment.

20          Before the trial begins, however, there

21    are certain instructions you should have in order to

22    better understand the case which is to be presented

23    to you.  If anything I say at the close of the case

24    next week differs from anything I say now, what I say

25    at the close of the case controls.

1          As I told you earlier, this is a criminal

2     case brought by the government by means of an

3     indictment against the defendant, Mr. Antonio Hall.

4     The government has charged the defendant via an

5     indictment.  An indictment is not evidence.  It

6     merely describes the charges made against a

7     defendant.

8          The indictment in this case charges the

9     defendant in five counts with conspiracy to

10    distribute cocaine and crack cocaine, that's Count 1;

11    conspiracy to use and carry firearms during and in

12    relation to a drug trafficking crime, that's Count 2;

13    retaliation against a witness by murder, that is

14    Count 3; use of a firearm in furtherance of a crime

15    of violence, that is Count 4; and being a felon in

16    possession of a firearm, and that is Count 5.

17         Mr. Hall denies these charges and has

18    entered a plea of not guilty as to all five charges.

19         I will instruct you on the elements of

20    each one of these charges at the conclusion of this

21    case.

22         The indictment charges that the offenses

23    were committed on or about January 2004 through

24    December 2, 2010.  The proof need not establish with

25    certainty the exact dates of the alleged offenses.

1       It is sufficient if the evidence in the case

2       establishes beyond a reasonable doubt that the

3       offenses were committed on a date reasonably near the

4       dates alleged.

5               You will determine the facts based on the

6       evidence in the case.  The evidence consists of the

7       physical exhibits which are admitted into evidence,

8       stipulations between the parties if there are any,

9       and testimony.

10              Testimonial evidence comes from the

11      testimony that witnesses give here in court.  The

12      lawyers' opening statements tomorrow morning, closing

13      arguments next week, are not evidence.  Nor are the

14      instructions I will give you at the end of the trial.

15      I'll instruct you on the law, but it's not evidence.

16              There are two types of evidence, direct

17      and circumstantial; and both are admissible and can

18      be considered by you.  Many people think

19      circumstantial evidence is not as reliable as direct

20      evidence, but that is not necessarily true.  You may

21      rely on it just as much as you rely on direct

22      evidence.

23              Direct evidence is evidence where a

24      witness tells you that he directly observes something

25      with his senses; the witness has personal firsthand

1    knowledge of the matter about which he is testifying.

2    For example, the witness may testify that he saw that

3    it was raining last night.  This is direct evidence

4    that it was, in fact, raining last night.

5              Circumstantial evidence is evidence which

6    flows from a logical inference from a known observed

7    fact.  For example, the witness may say that he did

8    not look outside last night, but he saw somebody who

9    had just been outside.  That person had an umbrella

10   and the person and the umbrella were wet.  This is

11   circumstantial evidence that it was raining outside.

12             You are free to make such logical

13   inferences in your determination of the facts in this

14   case.  That is all there is to circumstantial

15   evidence.  You infer on the basis of reason and

16   experience from an established fact the existence or

17   the non-existence of some other fact.

18             Circumstantial evidence is of no less

19   value than direct evidence.  As a general rule the

20   law makes no distinction between direct and

21   circumstantial evidence.

22             Please do not discuss the case among

23   yourselves during the process of the trial.  Do not

24   discuss the evidence or any aspect of the case.  Do

25   not speak with any of the witnesses in the case.  Do

1    not talk to any other person about the case.  And do

2    not permit anyone to talk to you about it.  This

3    includes the lawyers in the case, who are not

4    permitted to speak with you if they see you in the

5    hallway.  And you say, "Good morning," they may say,

6    "Good morning"; that's the extent of the

7    conversation.  They're not supposed to engage you in

8    conversations.  And they're not permitted to speak to

9    you under any other circumstances.

10            The only time you are permitted to

11   discuss or consider the case is when it is submitted

12   to you for your final consideration.  That is, after

13   all of the witnesses have testified, the lawyers have

14   expressed their views as to what the evidence

15   supports as to a factual finding, and the Court, I,

16   have instructed you on the law.  It is only when a

17   case is submitted to you for determination and you go

18   into the jury room that you have the right to discuss

19   or consider the evidence and make your fact

20   determination.

21            If you wish to take notes during the

22   course of the trial, you may do so.  If you do not

23   take notes -- if you do take notes, rather -- do not

24   discuss them or share them with any juror or other

25   person before or during your deliberations.  Your

1    notes are to be used solely to assist you and are not

2    to substitute for your recollection of the evidence

3    in the case.

4            The fact that a particular juror has

5    taken notes entitles that juror's views to no greater

6    weight than those of any other juror.

7            At the end of each day you should hand

8    your notes to the courtroom clerk, who will return

9    them to you the following day.  Miss West will take

10   your notes and give them back to you the next day.

11           You must not be influenced by anything

12   you may have seen or heard outside the courtroom

13   regarding this case.  You are in the best position of

14   anyone to listen to what the witnesses testify to.

15   You are instructed not to read, listen to, or watch

16   news media reports concerning the case.  And I don't

17   know that there will be any news reports about the

18   case.

19           You're also not to use Facebook, Twitter,

20   My Space, Linked in, or any other social networking

21   site to share or discuss any information about the

22   case.  In this age of the Internet, you are not to do

23   any research of your own on the evidence or on the

24   law.  The only evidence you may consider is the

25   evidence that is admitted in this courtroom during

1    the trial.

2              At the end of the case I will give you

3    the controlling instructions on the law, which you

4    are bound to follow when you retire to the jury room

5    to deliberate.  When you do deliberate in this case,

6    you will not receive a copy of the trial transcript

7    in this case, so thus your recollection of the

8    evidence controls.  You will, however, have all of

9    the exhibits with you in the jury room and I will

10   certainly -- the instructions I read from at the end

11   of the case, you will have those, as well.

12             You probably have many other questions

13   that you're wondering about and I'll try to answer

14   some of those up front.  You're not going to be

15   sequestered in a hotel during the trial.  You'll be

16   free to go home at the end of the day.  This case is

17   scheduled to go throughout this week and into next

18   week; through probably all of next week.  We will

19   normally sit each day from around 9:30 until around 5

20   o'clock, with intermittent breaks and one hour for

21   lunch.

22             This Friday, however, we're not going to

23   start until 12:30 because of a conflict on the court

24   calendar for the morning.  And we're going to have

25   stop in the afternoon of Thursday by 1 or 1:15.  So

1    we're going to have two fairly large half days for

2    Thursday and Friday of this week.  We're going to sit

3    all day tomorrow and all day Wednesday and we'll sit

4    every day next week.  But that will be the schedule.

5              You're certainly free to leave the

6    courthouse for lunch, but keep in mind you must

7    return within one hour.

8              So, they are the preliminary instructions

9    as to how that will be handled.  And, so, when you go

10   home this evening and you tell your family members

11   that you've been selected for jury duty, you should

12   not discuss with them what the case is about.  Just

13   say, "I've been selected for jury duty".  Don't have

14   them -- don't tell them what the case is about,

15   because then someone may make a comment to you about

16   the case.

17             You just don't need to talk to anybody

18   about it.  You just say, "The judge has instructed us

19   not to talk about it, but I'm on jury duty this week

20   and next," and leave it at that.

21             So, unless there are anything -- is there

22   anything further from the point of view of the

23   government before we recess for the day?

24             MR. PURCELL:  No, Your Honor.

25             THE COURT:  Anything further from the

1    defense?

2              MR. SULLIVAN:  No, Your Honor.

3              THE COURT:  All right.  And we'll start

4    tomorrow at 9:30.  I have another matter, I believe,

5    in the morning.  So we might start a few minutes

6    later than that, but I'm going to try to get through

7    the earlier matter as quickly as I can.  So just be

8    ready to come in here and we'll start at 9:30 with

9    opening statements from the government and then from

10   the defense.  And, so, with that, this court

11   stands --

12             MR. PROCTOR:  Actually, Judge, before

13   that, can we just approach very briefly?

14             THE COURT:  Certainly.  Certainly.

15             (BENCH CONFERENCE ON THE RECORD.)

16             THE COURT:  Yes, Mr. Proctor.

17             MR. PROCTOR:  I'm sure Miss West will

18   tell them, but I have had -- not before you --

19   problems with jurors just walking in the main door as

20   my clients were being led in by the marshals and I've

21   got to move for a mistrial.  So, if you could tell

22   them never to come in that door.

23             THE DEPUTY CLERK:  I tell them that.

24             (END OF BENCH CONFERENCE.)

25             THE COURT:  Just in the abundance of

1      caution, ladies and gentlemen, you are never to walk

2      through that door of that courtroom.  You always go

3      into your jury room.  You don't walk in, ever, into

4      this courtroom now that you're picked as jurors.  You

5      come in and out through the jury room.  And you can

6      report to the jury room -- and Miss West will advise

7      you of that again -- you report to the jury room and

8      then you come in and out of this courtroom from now

9      until the trial ends, always use that door where Miss

10     West is.  You don't ever walk into the courtroom,

11     itself, because you have a special entre; a special

12     door.

13                    I have this door; you have that door.

14                    So, unless there's anything further we

15     will take a five-minute recess.  We have another

16     matter at 4:30.  So we'll take a brief five-minute

17     recess.

18                    (TRIAL RECESSED.)

19

20                    I certify that the foregoing is a correct

21     transcript from the record of proceedings in the

22     above-entitled matter.

23

24                              _s/ Anthony Rolland_

25                                ANTHONY ROLLAND

1

## $

**$5,000** - 128:25

## '

**'05** - 119:3
**'65** - 65:10
**'68** - 65:10
**'69** - 171:17
**'85** - 98:21
**'89** - 109:23, 109:24
**'98** - 165:1

## 0

**00021** - 185:12
**0099** - 154:7, 154:8
**0110** - 151:3, 151:4
**018** - 105:16
**0185** - 105:15, 105:18
**0199** - 44:16, 55:9, 55:10, 64:15
**089** - 67:24, 68:1

## 1

**1** - 1:10, 9:21, 29:6, 29:23, 53:16, 53:17, 60:8, 76:14, 103:2, 194:20, 194:21, 197:24, 200:21, 201:6, 204:10, 209:25
**10** - 197:25, 201:2
**10th** - 140:11
**11** - 6:4, 8:4, 29:2, 187:19, 187:20, 197:25, 201:3
**11(c)(1)(c** - 6:14, 8:5, 10:11, 12:25
**11(c)(1)(c)(5** - 8:6
**11(d** - 8:13
**110** - 27:6
**113** - 27:4, 62:24, 62:25, 148:24, 148:25, 149:23, 197:14, 198:3
**12** - 129:8, 140:9, 146:1, 197:25, 201:4
**122** - 27:2, 50:5, 50:6, 55:23, 55:24, 146:7, 146:8, 201:3
**12:30** - 209:23
**12th** - 145:7, 168:6, 168:10
**13** - 197:25, 201:5
**131** - 26:25, 144:20, 144:21, 145:24, 197:13, 198:3
**136** - 26:23, 49:22, 49:23, 141:7
**137** - 26:21, 49:13, 49:14, 62:16, 62:17, 139:3, 139:4, 197:11, 197:12
**13th** - 168:5
**14** - 80:7, 197:25
**141** - 26:19, 48:22, 134:9, 134:10, 138:20, 139:1, 197:10, 198:3
**143** - 26:17, 48:8, 130:21, 132:23, 133:25, 197:7, 198:2
**146** - 26:15, 37:3, 37:4, 47:23, 47:24, 58:16, 58:17, 73:20, 127:23, 127:24

**147** - 198:3
**149** - 26:13, 123:25, 124:1
**15** - 28:25, 53:10, 53:11, 56:20, 56:21, 65:17, 65:18, 65:25, 74:18, 74:20, 78:16, 90:9, 90:16, 186:15, 197:25
**150** - 26:11, 55:16, 55:17, 73:12, 73:13, 122:2, 122:3, 201:3
**152** - 26:9, 47:11, 47:12, 118:18, 118:19, 120:3
**154** - 26:7, 47:3, 115:11, 116:8, 201:2
**155** - 26:5, 46:21, 46:22, 114:8, 114:9, 115:3, 115:6, 133:24, 197:6, 198:2
**16** - 197:25
**163** - 26:3, 41:5, 41:6, 41:20, 46:6, 201:1
**168** - 26:1, 112:8, 112:10, 201:1
**17** - 139:7, 140:1, 157:2, 157:3, 157:4, 157:8, 198:1, 198:4
**170** - 25:24, 109:10, 109:11, 110:10
**178** - 25:22, 200:25
**18** - 90:24, 141:11, 156:17, 181:14
**184** - 25:20, 45:24, 45:25, 106:16, 106:17, 200:24
**185** - 25:18, 106:9, 133:24, 197:6, 198:2
**186** - 25:16, 45:19, 200:24
**188** - 25:14, 44:23, 61:24, 62:1, 73:4, 73:5
**19** - 178:20
**1969** - 156:2
**197** - 25:12
**1971** - 64:22
**1972** - 106:22
**1974** - 64:22
**1975** - 116:22
**1977** - 186:18, 186:21
**1984** - 140:2
**1986** - 116:22
**1988** - 18:6, 22:6
**1989** - 109:16, 109:21
**199** - 25:10, 64:16
**1990** - 173:15, 178:21
**1992** - 109:16, 109:22, 110:4
**1994** - 146:25, 147:4
**1995** - 163:24, 165:15
**1996** - 153:6
**19th** - 178:18
**1:10-cr-0744-rdb** - 1:5
**1:15** - 209:25

## 2

**2** - 29:25, 30:12, 76:9, 76:14, 76:21, 77:23, 77:24, 78:23, 78:25, 102:22, 197:25, 200:22,

201:8, 204:12, 204:24
**20** - 31:11, 90:9, 90:14, 90:16, 99:25, 101:15, 162:13, 191:11, 193:2, 194:22, 194:24
**2000** - 164:25, 171:1
**2001** - 122:10, 164:1
**2002** - 111:13, 164:11
**2003** - 111:13
**2004** - 30:11, 204:23
**2005** - 119:1
**2006** - 185:18
**2007** - 119:4
**2009** - 31:11, 32:21, 32:22, 148:11, 167:8, 167:24
**2010** - 30:12, 115:20, 204:24
**2011** - 1:10, 96:8
**205** - 25:8, 44:8, 44:9, 103:8, 103:9, 200:23
**20th** - 140:10
**21** - 28:23, 147:12, 173:16, 185:13
**215** - 25:6, 44:1, 44:2, 99:12, 200:22
**217** - 25:4, 98:6, 98:7
**218** - 25:2, 95:21, 200:22
**219** - 197:5
**222** - 134:3, 134:4
**225** - 24:25, 38:19, 38:20, 43:17, 70:19, 70:20, 71:6, 87:18, 133:23, 197:5, 198:2
**229** - 24:23, 43:9, 55:2, 55:3, 72:21, 72:22, 94:11, 94:12, 95:16, 133:23, 196:24, 198:2
**23** - 28:21, 53:4, 53:5, 56:12, 56:13, 56:15, 149:19
**23-year-old** - 197:15
**232** - 24:21, 43:2, 58:4, 61:17, 92:12
**236** - 24:19, 61:6, 61:7
**24** - 189:1
**25** - 157:1
**26** - 28:19, 52:22, 52:23, 184:1, 184:2
**27** - 58:19
**277** - 24:17, 90:5, 90:6, 90:7, 200:21

## 3

**3** - 9:20, 10:2, 10:4, 10:24, 11:20, 12:2, 29:4, 30:3, 63:20, 190:24, 190:25, 197:25, 200:23, 204:14
**30** - 20:7, 21:4, 88:22, 89:1, 134:19, 137:17, 139:25, 187:25, 188:14
**32** - 155:16, 155:19
**336** - 24:15, 42:20, 57:18, 88:4, 88:5
**35** - 5:23, 7:3, 7:7, 7:16, 10:14, 188:1
**37** - 28:17, 182:23, 182:24

**38** - 155:13

## 4

**4** - 30:5, 197:25, 200:23, 203:2, 204:15
**40** - 7:3, 199:9
**402's** - 29:3
**412** - 24:13, 42:13, 59:3, 84:13, 87:15, 87:19, 133:23, 196:23, 197:4, 198:2
**44** - 28:15
**45** - 5:23, 7:12, 7:16, 10:14, 10:15, 15:11, 28:13, 59:23, 59:24, 78:13, 180:12, 180:13, 182:17, 197:22, 198:4, 199:9
**48** - 28:11, 52:14, 52:15, 74:12, 74:13
**4:30** - 199:13, 212:16

## 5

**5** - 30:8, 105:17, 197:25, 200:24, 204:16, 209:19
**50** - 8:8, 28:9, 153:13, 178:11, 181:14
**50th** - 168:4
**55** - 8:8
**59** - 28:7, 63:13, 63:14, 175:14, 175:15, 177:4, 178:5, 197:21, 198:3
**5th** - 182:16, 197:23

## 6

**6** - 197:25, 200:25
**60** - 8:8, 139:17
**63** - 28:5, 52:2, 52:3, 52:5, 172:25, 173:1, 197:20, 198:3
**64** - 28:3, 170:23, 172:19, 197:20, 198:3

## 7

**7** - 197:25, 200:25
**73** - 28:1, 168:23, 168:24, 201:7
**74** - 27:24, 32:13, 32:15, 63:6, 63:7, 167:6, 168:7, 197:17, 198:3
**75-year-old** - 132:12
**76** - 27:22
**7th** - 122:10

## 8

**8** - 197:25, 201:1
**81** - 27:20, 51:18, 51:21, 163:21, 163:22
**851** - 9:21
**87** - 27:18, 160:23, 160:24, 161:22, 201:4
**88** - 27:16, 51:10, 51:11, 159:22, 159:23
**89** - 27:14, 68:19, 69:7, 69:8, 87:18, 133:23, 159:16, 159:19, 197:17, 198:3
**8th** - 169:3

## 9

**9** - 197:25, 201:2
**94** - 27:12, 56:4, 56:6, 59:13, 59:15, 59:16
**98** - 27:10, 50:25, 51:1, 74:3, 74:6, 157:19, 157:20
**99** - 27:8, 50:15, 50:16, 65:4, 65:6, 156:14, 197:16, 198:3
**9:30** - 209:19, 211:4, 211:8

## A

**Aa** - 62:19
**Aaron** - 103:25
**ability** - 69:18, 82:6
**able** - 11:6, 13:22, 23:15, 66:8, 76:5, 91:18, 114:24, 121:3, 127:7, 143:20, 143:23, 199:15
**above-entitled** - 212:22
**absolutely** - 19:21, 20:16, 21:7, 21:10, 23:18
**abundance** - 211:25
**abuse** - 81:14, 94:20, 125:14, 149:4, 151:15, 152:3, 178:22, 178:23, 179:9
**abused** - 125:18
**accept** - 8:3, 67:14, 91:19, 127:7, 130:5
**accepting** - 5:25, 9:9, 66:16
**accepts** - 6:18
**accident** - 113:1, 128:5, 128:20, 160:3, 162:17, 167:24, 172:17, 189:23, 195:25, 196:9
**according** - 197:24
**account** - 143:22
**accused** - 66:7, 67:9, 71:17, 81:10, 130:3, 166:16
**acknowledge** - 11:15, 24:11
**acquaintance** - 40:15, 51:13
**acquaintances** - 40:10
**act** - 82:6, 135:7, 135:24
**active** - 55:12
**actual** - 19:22
**Adams** - 36:17
**addict** - 94:16, 188:20
**addicted** - 141:23, 141:24, 155:5
**addiction** - 95:2, 142:25, 143:4, 144:5, 149:7, 155:10, 189:3
**addictions** - 143:3
**addicts** - 114:12, 114:17, 114:20
**addition** - 48:13, 131:3, 131:16, 156:24
**additional** - 83:9
**addressed** - 18:18
**addresses** - 172:1
**addressing** - 6:11
**adequately** - 13:4

2

**administration** - 75:9
**admissible** - 205:17
**admit** - 181:13
**admitted** - 205:7, 208:25
**adrenaline** - 193:25
**adult** - 149:19
**advance** - 23:15
**advantage** - 21:13
**advise** - 82:21, 212:6
**advised** - 13:4, 13:13, 82:13
**affect** - 69:18, 82:6, 193:22, 194:1, 194:8
**affecting** - 144:9
**affirmed** - 18:13, 19:16
**afraid** - 105:21
**African** - 92:23, 93:3, 93:18, 100:15, 100:18, 107:5, 110:10, 110:11, 110:15, 110:16, 110:18, 110:19, 116:9, 116:17, 120:4, 120:9, 134:25, 137:22, 138:1, 138:4, 147:2, 161:22, 162:1, 165:18, 165:22, 166:16, 176:4, 176:9, 176:17, 176:19, 177:12, 177:14, 177:20, 186:25, 195:14
**African-american** - 92:23, 93:3, 93:18, 100:15, 100:18, 107:5, 110:10, 110:11, 110:18, 110:19, 116:9, 116:17, 120:9, 134:25, 137:22, 138:1, 138:4, 147:2, 161:22, 162:1, 165:18, 176:4, 176:9, 176:17, 176:19, 177:12, 177:20, 186:25, 195:14
**African-americans** - 110:15, 110:16
**Afternoon** - 80:1
**afternoon** - 29:15, 80:2, 83:4, 84:10, 88:1, 88:2, 89:23, 89:24, 92:10, 94:9, 95:18, 95:19, 98:3, 98:4, 99:9, 103:6, 105:13, 106:15, 109:8, 112:6, 114:6, 115:8, 115:9, 118:16, 130:17, 130:18, 141:5, 168:21, 172:22, 172:23, 182:5, 185:10, 187:17, 187:18, 193:2, 194:8, 209:25
**age** - 15:4, 15:13, 15:20, 139:7, 139:25, 208:22
**agencies** - 121:3, 128:1
**Agency** - 55:12, 56:23
**agency** - 41:24, 42:2, 42:10, 45:10, 54:14, 54:22, 57:6, 57:9, 57:10, 57:15, 57:16, 81:20

**agent** - 2:11, 33:16, 43:6, 44:19, 45:20
**Agent** - 33:17, 33:20, 34:14, 34:15
**agents** - 67:19
**ages** - 14:22, 19:19
**ago** - 48:25, 56:8, 58:19, 84:21, 85:11, 85:24, 88:22, 89:1, 90:10, 90:15, 92:21, 93:6, 96:7, 99:25, 101:15, 104:5, 112:16, 114:15, 129:8, 131:14, 131:17, 134:19, 137:18, 139:25, 142:17, 145:17, 149:8, 149:10, 149:17, 152:11, 160:1, 161:5, 173:20, 175:24, 176:14, 177:13, 181:14, 184:7, 188:1, 188:15, 189:17, 191:2, 193:7, 194:22, 194:25, 196:4, 202:14
**agree** - 6:16, 6:17, 7:24, 8:2
**agreed** - 7:19
**agreement** - 7:9, 72:5, 168:2
**ahead** - 11:16, 120:24, 121:18, 131:15, 155:3, 180:21
**aided** - 1:24
**ailments** - 192:2
**Air** - 37:18, 37:19, 64:18, 65:20, 65:22, 65:23
**albeit** - 20:8
**alcohol** - 155:16, 155:22, 155:23
**Alcohol** - 34:16
**alcoholic** - 94:16, 94:21, 152:18
**alcoholism** - 95:2, 151:19, 151:25
**alive** - 135:11
**allegation** - 153:17
**allegations** - 30:13
**alleged** - 30:10, 135:2, 204:25, 205:4
**allegedly** - 152:12
**allowed** - 8:11, 8:13, 191:22
**almost** - 76:13, 153:13
**alprazolam** - 191:11, 192:25
**Alternate** - 201:6, 201:8
**alternate** - 83:1, 198:19, 199:1, 199:4
**alternates** - 134:3, 198:14, 198:20, 199:3
**Alzheimer's** - 172:2
**ambush** - 108:10
**ambushed** - 107:15, 107:16
**amenable** - 5:25
**America** - 1:3
**american** - 92:23, 93:3, 93:18, 100:15, 100:18, 107:5, 100:10, 110:11, 110:18, 110:19, 116:9, 116:17, 120:9, 134:25, 137:22, 138:1, 138:4, 147:2, 161:22, 162:1,

165:18, 176:4, 176:9, 176:17, 176:19, 177:12, 177:20, 186:25, 195:14
**American** - 120:4, 165:22, 166:16, 177:14
**americans** - 110:15, 110:16
**ammunition** - 30:9
**amnesia** - 171:19
**amount** - 62:12, 137:2, 151:20
**Anderson** - 36:16, 103:24, 103:25
**Angeles** - 181:1
**anger** - 104:21
**Ann** - 36:17
**Annapolis** - 57:21, 57:23, 88:8
**Anne** - 42:23, 43:20, 44:4, 45:1, 53:7, 53:22, 86:21, 158:5, 158:6, 196:7
**anniversary** - 168:5
**announce** - 20:6
**anonymity** - 18:22, 19:10, 19:24, 22:4
**anonymous** - 18:5, 20:10, 23:2, 23:3, 23:8, 23:12, 23:14, 23:17
**answer** - 31:3, 54:2, 54:4, 57:12, 60:24, 80:16, 83:7, 91:14, 209:13
**answered** - 60:25, 151:11, 168:25
**answers** - 76:10, 80:8, 80:13, 83:24, 119:10, 140:20, 165:7
**Anthony** - 35:14, 212:24, 212:25
**anticipate** - 193:9
**anticipated** - 5:23
**Antonio** - 1:7, 2:3, 4:24, 5:13, 29:21, 31:19, 35:16, 36:13, 38:9, 204:3
**Anyway** - 187:22
**apart** - 33:7
**apartment** - 136:19, 136:22, 136:23
**apologize** - 17:11
**appeal** - 18:18, 22:3, 23:24
**Appeals** - 23:25
**Appearances** - 1:13
**applicable** - 130:24
**applies** - 9:22
**apply** - 75:21, 83:7
**appreciate** - 194:13
**apprehended** - 100:12, 107:2, 107:23, 109:22, 115:24, 119:7, 122:19, 134:21, 136:2, 145:19, 146:17, 161:14, 162:8, 165:3, 166:1, 195:5
**approach** - 4:18, 14:13, 18:2, 71:3, 78:3, 84:5, 103:4, 157:17, 199:25, 201:3, 211:13
**Approach** - 17:21
**approached** - 23:16, 100:8
**appropriate** - 8:19,

18:23
**area** - 39:9, 39:18, 142:10
**argument** - 168:10
**arguments** - 205:13
**Armed** - 109:17
**armed** - 55:19, 109:21, 110:13, 165:14, 181:7, 183:2
**Army** - 65:7
**arrangement** - 7:22
**arrearages** - 151:25
**arrest** - 179:10, 191:7
**arrested** - 81:10, 101:5, 101:15, 101:16, 137:1, 147:11, 147:19, 169:21, 178:14, 181:15
**arrived** - 40:13, 108:1
**artist** - 151:7
**Arundel** - 42:23, 43:20, 44:4, 45:1, 53:7, 53:22, 86:22, 158:5, 158:6, 196:7
**ascertain** - 152:5
**aspect** - 206:24
**assault** - 100:7, 129:14, 129:15, 153:2, 153:8
**assaulted** - 99:24, 100:1, 100:2, 100:16
**assignment** - 192:8
**assist** - 208:1
**Assistant** - 1:15, 2:8, 33:7, 34:23, 34:24, 40:21
**assistant** - 41:10
**associate** - 40:15
**associated** - 72:14
**associates** - 31:20, 40:11
**association** - 42:11, 72:19, 73:16
**Association** - 72:15, 72:19
**associations** - 72:16
**assume** - 22:18, 182:16
**assuming** - 9:21, 132:23, 140:16, 146:1
**Assuming** - 168:8
**attack** - 134:12, 192:18, 193:10
**attacks** - 191:10, 191:20
**attempted** - 183:2
**attorney** - 41:2, 41:11, 41:13, 41:16, 57:4, 60:4, 60:12, 60:15, 60:16, 61:20, 63:16, 63:17, 132:17
**Attorney** - 1:15, 2:7, 2:9, 34:23, 34:24, 40:19, 58:7, 58:9
**Attorney's** - 40:23, 41:7, 46:10, 50:8, 50:10, 71:22, 142:13
**attorneys** - 67:19, 70:3
**Attorneys** - 33:8, 40:21
**August** - 1:10, 140:11, 145:7, 146:1, 168:10, 182:15, 197:23
**aunt** - 129:17

**Auto** - 162:16
**automobile** - 112:25, 128:5, 189:23, 195:24
**Automobile** - 160:3
**average** - 196:12
**avoid** - 193:18
**awaiting** - 14:5
**awake** - 194:1
**award** - 160:8, 160:9, 162:19
**aware** - 185:16

## B

**background** - 15:5, 16:13, 91:25, 143:23
**backgrounds** - 16:10
**bad** - 191:22, 193:6, 193:13
**bail** - 57:9, 57:15
**bailiff** - 60:11, 60:14
**Baltimore** - 2:13, 18:6, 22:6, 31:9, 31:12, 32:3, 35:6, 41:7, 44:12, 46:18, 47:6, 47:14, 47:19, 48:1, 49:25, 51:23, 54:9, 58:19, 86:19, 93:9, 93:10, 100:25, 111:15, 115:15, 115:19, 119:14, 119:18, 120:1, 120:6, 120:12, 120:16, 120:19, 121:1, 121:4, 121:11, 125:8, 125:9, 131:19, 133:11, 163:25, 165:14, 169:12
**bank** - 98:9, 98:11
**bankrupt** - 118:1
**bargain** - 168:2
**bargaining** - 72:2
**barrier** - 105:21
**based** - 81:24, 82:8, 82:11, 159:16, 205:5
**basis** - 16:7, 18:7, 21:7, 43:13, 43:22, 206:15
**bathroom** - 191:23, 192:24
**battery** - 195:3
**battle** - 164:20
**Bay** - 52:10
**bear** - 17:11, 34:2
**bed** - 140:13
**bedrock** - 202:19
**begging** - 87:9
**begin** - 203:14
**begins** - 203:20
**behalf** - 2:15, 2:17, 202:24
**behind** - 180:9
**Bel** - 37:17, 37:19
**belatedly** - 20:8
**beliefs** - 75:14
**belong** - 72:8
**below** - 8:20, 10:12
**Bench** - 14:14, 17:9, 17:25, 24:8, 68:18, 70:13, 71:5, 71:9, 78:5, 84:6, 87:13, 89:22, 92:9, 94:8, 95:15, 98:2, 99:8, 100:22, 103:5, 105:12, 106:8, 109:7, 112:5, 114:5, 115:5, 115:8, 118:15, 121:24, 123:23,

3

124:8, 124:13,
127:21, 130:16,
133:21, 138:19,
141:4, 144:18, 146:5,
148:22, 150:22,
154:5, 156:13,
157:10, 157:16,
159:14, 160:21,
163:19, 167:5,
168:20, 170:21,
172:14, 174:25,
178:7, 180:3, 180:10,
182:21, 183:23,
185:9, 186:13,
187:16, 190:22,
194:18, 196:19,
199:19, 200:1,
200:17, 201:11,
201:20, 211:15,
211:24
**bench** - 3:13, 14:13,
17:21, 18:2, 23:16,
68:16, 68:17, 70:5,
71:3, 76:11, 77:8,
80:10, 80:18, 83:25,
84:3, 84:5, 87:21,
103:4, 157:18,
199:25, 201:10
**benefit** - 108:20
**Bennett** - 1:11,
30:22
**Bennie** - 36:24,
37:25
**beside** - 87:8
**best** - 11:19, 13:1,
208:13
**better** - 203:22
**between** - 2:18, 6:7,
21:23, 173:15, 205:8,
206:20
**beyond** - 30:20,
66:9, 66:11, 82:17,
113:25, 117:6,
154:25, 205:2
**bias** - 71:25, 81:23,
91:7, 104:21, 110:17,
111:1, 119:18, 150:9,
166:12, 166:14
**biased** - 120:20,
121:7
**big** - 128:23
**bit** - 118:12
**black** - 17:5, 135:3,
135:4, 156:6, 161:25
**blank** - 200:3
**block** - 76:16
**board** - 49:17
**Bobby** - 34:7
**Bohlen** - 35:19
**Boo** - 38:5
**book** - 11:10
**Borough** - 106:24
**bottom** - 9:5,
198:22
**bought** - 188:5
**bound** - 209:4
**bowel** - 140:10
**box** - 83:19, 180:6,
183:22, 200:20
**branch** - 64:17,
65:18, 117:23
**Brandenburg** -
36:13
**Brandon** - 38:7
**break** - 76:8, 77:4,
101:22, 191:22
**breaking** - 111:19,
169:21
**breaks** - 209:20
**Brian** - 34:25

**brief** - 21:24, 22:2,
23:15, 23:21, 212:16
**Brief** - 14:7
**briefed** - 19:8
**briefly** - 123:13,
211:13
**bring** - 3:20, 3:21,
13:5, 14:3, 24:3,
68:17, 77:13, 117:1,
193:10, 199:7
**bringing** - 13:20
**broad** - 107:20
**broader** - 57:13
**broke** - 119:5,
162:5, 165:3
**broken** - 99:23,
164:24, 180:19
**Brooks** - 35:15
**Brother** - 158:21
**brother** - 37:14,
44:18, 46:17, 47:25,
48:11, 50:18, 63:16,
68:9, 68:11, 68:13,
68:20, 68:21, 85:4,
90:2, 90:11, 91:4,
94:16, 106:18,
127:25, 157:21,
158:19, 158:20,
169:21, 183:1, 183:11
**brother's** - 48:10,
95:2
**Brother-in-law** -
158:21
**brother-in-law** -
37:14, 44:18, 46:17,
47:25, 48:11, 50:18,
127:25, 157:21,
158:19, 158:20
**brothers** - 63:21,
63:23, 110:21
**brought** - 2:24,
3:13, 4:16, 14:5,
29:19, 117:4, 204:2
**Brown** - 36:22, 38:6
**building** - 76:17,
173:3
**bunch** - 50:21
**burden** - 66:10,
66:11, 66:12, 66:14,
113:22, 113:23,
116:24, 117:5, 154:25
**Bureau** - 34:16, 54:8
**burglarized** - 99:23,
119:17, 119:23,
186:21, 187:1
**burglary** - 145:16,
186:18
**Burglary** - 169:9
**bus** - 175:25
**business** - 40:11,
40:15
**Butler** - 35:5
**buy** - 179:17
**Byers** - 18:12,
18:15, 18:16, 18:25,
19:9, 19:11, 19:13,
19:16, 19:17

## C

**Cabreja** - 35:7
**cafeteria** - 76:17
**Caldwell** - 36:6
**calendar** - 209:24
**California** - 60:5
**Calvert** - 112:18
**Cambridge** - 50:19
**camera** - 191:5
**cannot** - 16:8, 67:2,
67:14, 68:24

**Cao** - 34:14, 34:15
**capacity** - 42:9,
57:2
**Caprese** - 4:24,
5:12, 36:17, 38:8,
38:25, 39:1, 39:16,
40:1
**car** - 86:15, 86:25,
87:4, 87:6, 128:20,
91:9, 161:11,
161:14, 161:24,
171:18, 184:17, 196:4
**car's** - 99:23
**card** - 164:3
**care** - 69:21,
108:16, 132:11, 137:7
**caregiver** - 149:20
**Carithers** - 36:12
**Carolina** - 121:12,
121:14, 136:11,
136:15
**Caroline** - 59:18,
60:11, 60:15
**carries** - 140:14
**Carroll** - 156:3
**carry** - 30:1, 204:11
**cars** - 180:18
**Carter** - 38:7
**Case** - 1:5, 14:8
**case** - 2:2, 2:11,
2:23, 3:12, 3:25, 5:21,
7:18, 8:3, 8:9, 8:15,
8:16, 8:20, 9:13, 9:17,
10:14, 15:23, 16:1,
18:6, 18:21, 18:23,
18:25, 19:10, 19:11,
19:13, 19:14, 19:16,
20:21, 22:6, 23:14,
29:19, 31:6, 31:13,
32:24, 32:25, 33:16,
34:1, 40:6, 66:6,
66:13, 66:25, 67:21,
71:19, 72:3, 75:11,
75:17, 75:20, 75:21,
78:22, 81:2, 81:7,
81:16, 82:1, 82:7,
82:11, 82:22, 85:20,
86:9, 86:13, 87:17,
89:10, 91:17, 92:23,
93:16, 95:7, 97:13,
98:24, 100:15,
100:21, 102:11,
108:14, 108:23,
110:24, 112:12,
113:2, 113:21,
114:23, 114:25,
117:12, 120:9, 121:5,
123:6, 124:22, 125:1,
126:1, 126:3, 126:11,
126:24, 127:4, 128:5,
128:13, 128:20,
129:7, 129:10,
129:13, 130:2,
131:17, 131:21,
138:5, 138:24, 143:6,
143:18, 144:5, 144:6,
146:6, 153:21, 159:5,
160:2, 162:14,
163:10, 166:12,
167:8, 167:10,
167:11, 167:13,
170:12, 176:4,
177:16, 179:7,
179:12, 181:8,
183:14, 184:25,
187:7, 188:7, 188:8,
188:10, 188:12,
189:12, 190:13,
191:25, 194:23,
195:23, 202:23,

203:15, 203:17,
203:22, 203:23,
203:25, 204:2, 204:8,
204:21, 205:1, 205:6,
206:14, 206:22,
206:24, 206:25,
207:1, 207:3, 207:11,
207:17, 208:3,
208:13, 208:16,
208:18, 208:22,
209:2, 209:5, 209:7,
209:11, 209:16,
210:12, 210:14,
210:16
**cases** - 18:13, 22:5,
23:4, 60:2, 60:4,
71:17, 88:8, 88:24,
89:5, 89:7, 111:10,
111:17, 111:24,
112:1, 195:23
**catch** - 166:8
**Caucasian** - 195:16,
195:18
**caught** - 134:23,
148:16, 191:4
**caused** - 142:8
**causes** - 84:24,
85:1, 85:23
**caution** - 212:1
**center** - 49:19
**Center** - 42:23
**certain** - 72:3, 95:4,
104:12, 171:24,
175:10, 203:21
**Certain** - 34:13
**Certainly** - 211:14
**certainly** - 23:24,
77:6, 77:10, 78:11,
82:22, 209:10, 210:5
**certainty** - 204:25
**certify** - 212:20
**Chaneque** - 36:17
**changed** - 113:6
**changes** - 19:12
**characteristic** -
81:24
**charge** - 71:18,
71:21, 71:23, 82:16,
86:11, 90:12, 108:8,
117:1, 117:4, 131:5,
131:7, 131:8, 137:17,
139:8, 147:15,
147:18, 152:4,
158:10, 167:15,
181:6, 181:21, 184:14
**charged** - 18:21,
20:22, 31:6, 31:9,
67:2, 67:6, 81:10,
82:14, 93:18, 95:4,
95:25, 96:2, 96:14,
96:19, 97:10, 104:1,
104:22, 152:15,
153:3, 166:17, 169:8,
173:7, 204:4
**Charged** - 96:21
**charges** - 9:25,
18:24, 19:12, 29:23,
29:25, 30:3, 30:5,
30:8, 30:14, 30:17,
30:19, 67:1, 72:4,
72:5, 86:10, 94:17,
101:24, 104:12,
108:7, 114:23,
114:24, 126:1, 126:2,
142:5, 142:7, 143:6,
150:12, 177:16,
179:7, 179:8, 181:22,
189:10, 203:18,
204:6, 204:8, 204:17,
204:18, 204:20,

204:22
**Charles** - 100:5,
170:4
**chased** - 87:1
**check** - 16:2, 78:6,
78:9
**checks** - 94:18
**Cheese** - 36:15
**chemist** - 35:19,
35:20, 35:21
**Cheri** - 5:14
**Cherie** - 5:8, 38:10
**chief** - 46:2, 48:3
**child** - 152:1,
158:11
**children** - 144:7,
147:10, 151:19,
151:22, 151:24,
152:13, 152:17
**choices** - 143:8
**choose** - 143:8
**choosing** - 144:8
**chosen** - 75:19,
191:25
**Chris** - 34:23, 34:25
**Chruchville** - 151:5
**church** - 38:16,
39:5, 39:7
**Cia** - 48:12
**Circuit** - 18:5, 18:12,
19:16, 24:1, 58:19,
111:16
**circumstances** -
86:24, 107:11,
117:13, 181:17, 207:9
**circumstantial** -
205:17, 205:19,
206:11, 206:14,
206:21
**Circumstantial** -
206:5, 206:18
**citizen** - 138:23,
185:17, 185:22
**City** - 2:13, 35:6,
44:12, 46:18, 47:6,
50:19, 51:23, 54:9,
58:19, 93:9, 93:10,
111:15, 115:15,
115:19, 121:1, 121:4,
131:20, 133:11,
163:25, 165:15, 182:3
**city** - 100:6, 116:19,
116:20, 121:3,
179:17, 179:19
**Civil** - 189:19
**civil** - 22:6, 32:24,
81:7, 112:12, 112:13,
113:22, 124:16,
124:19, 124:20,
124:21, 128:5,
159:25, 162:15,
162:16, 167:11,
169:5, 173:4, 173:6,
181:3, 184:3, 188:7,
189:18, 195:23
**civilian** - 36:9
**claim** - 112:20
**Clarence** - 35:3
**clarify** - 3:23, 39:15
**class** - 192:7, 192:8,
192:10
**classes** - 63:9
**clean** - 179:1
**clearly** - 12:24,
16:14
**clerk** - 16:3, 20:15,
49:9, 57:25, 58:22,
199:6, 208:8
**Clerk** - 3:11, 4:10,
13:17, 13:24, 14:9,

4

16:2, 16:6, 24:9,
24:15, 24:17, 24:19,
24:21, 24:23, 24:25,
25:2, 25:4, 25:6, 25:8,
25:10, 25:12, 25:14,
25:16, 25:18, 25:20,
25:22, 25:24, 26:1,
26:3, 26:5, 26:7, 26:9,
26:11, 26:13, 26:15,
26:17, 26:19, 26:21,
26:23, 26:25, 27:2,
27:4, 27:6, 27:8,
27:10, 27:12, 27:14,
27:16, 27:18, 27:20,
27:22, 27:24, 28:1,
28:3, 28:5, 28:7, 28:9,
28:11, 28:13, 28:15,
28:17, 28:19, 28:21,
28:23, 28:25, 29:2,
29:4, 29:6, 29:8,
29:13, 127:25,
129:11, 133:22,
134:2, 134:6, 156:22,
157:2, 157:7, 200:18,
201:7, 201:21,
201:24, 202:6, 211:23
**clerk's** - 57:7
**client** - 20:5, 20:19,
20:23, 21:11, 21:25,
22:10, 23:19, 23:23,
24:4, 121:13
**clients** - 211:20
**Clinton** - 1:14, 2:8,
33:8, 33:13, 136:7
**Clive** - 36:21
**close** - 41:22,
41:25, 43:20, 47:5,
47:18, 54:7, 54:14,
54:22, 57:2, 60:20,
61:1, 63:1, 72:8,
80:21, 80:23, 80:25,
81:10, 81:19, 99:21,
101:13, 135:13,
135:16, 175:17,
175:20, 177:20,
203:17, 203:23,
203:25
**closing** - 205:12
**club** - 73:7
**clue** - 149:21
**Coast** - 52:9, 174:4,
174:6
**cocaine** - 29:24,
31:8, 85:9, 94:16,
95:2, 141:18, 141:23,
142:10, 142:25,
145:13, 179:1, 179:9,
179:17, 204:10
**collaborated** -
130:9
**college** - 136:11,
192:4
**Columbia** - 42:16
**coming** - 21:5,
136:21
**comment** - 22:22,
22:23, 138:22, 210:15
**Commission** - 44:11
**committed** - 30:11,
109:21, 110:12,
122:16, 135:7,
204:23, 205:3
**commonly** - 54:8
**community** - 31:8,
31:11, 32:3
**companies** - 117:25
**company** - 54:15,
54:17, 54:23, 54:25,
55:6, 128:6, 129:2,
176:24, 176:25,

196:4, 197:19, 197:21
**competent** - 66:9
**completed** - 149:9
**computer** - 1:24
**computer-aided** -
1:24
**concentrate** - 193:7
**concentration** -
193:22
**concern** - 120:20
**concerned** -
120:19, 198:23
**concerning** - 75:8,
208:16
**concert** - 101:20
**conclusion** -
204:20
**concussion** - 176:1
**conduct** - 75:15,
81:11
**confer** - 3:16
**Conference** - 14:14,
17:9, 17:25, 24:8,
68:18, 70:13, 71:5,
71:9, 78:5, 84:6,
102:20, 103:5, 118:5,
118:15, 124:8,
124:13, 157:10,
157:16, 180:3,
180:10, 199:19,
200:1, 200:17,
201:11, 201:20,
211:15, 211:24
**conflict** - 140:5,
140:7, 182:6, 209:23
**conflicted** - 140:12
**confusion** - 15:19
**Connecticut** -
163:4, 163:5
**connection** - 60:2,
60:4, 188:2
**consider** - 30:17,
67:11, 75:16, 82:19,
143:20, 207:11,
207:19, 208:24
**consideration** -
71:13, 144:1, 207:12
**considered** - 67:3,
205:18
**consists** - 192:19,
205:6
**conspiracy** - 29:23,
29:25, 31:7, 204:9,
204:11
**constitutes** -
192:19
**Constitutional** -
67:10
**contained** - 203:19
**contest** - 141:11
**context** - 37:11,
42:11
**continue** - 76:20
**continued** - 76:21
**contract** - 62:12
**control** - 192:7
**controlling** - 209:3
**controls** - 203:25,
209:8
**conversation** -
3:14, 84:2, 207:7
**conversations** -
13:23, 207:8
**convicted** - 9:20,
10:24, 11:20, 12:2,
23:24, 72:11, 90:3,
90:8, 90:11, 102:13,
104:8, 110:2, 152:14,
170:2, 181:21, 195:11
**conviction** - 9:15,

9:17, 152:25
**convincing** - 10:6
**cooperate** - 72:5
**cooperating** - 85:19
**coordinating** -
132:11
**copies** - 3:1, 17:19
**cops** - 136:21,
136:22
**copy** - 17:8, 17:16,
17:18, 209:6
**cornea** - 171:8
**corporate** - 61:20,
63:16, 63:17
**correct** - 3:11, 9:18,
9:19, 45:5, 48:17,
48:18, 71:23, 75:24,
86:20, 104:12,
119:24, 132:20,
151:5, 164:14, 167:9,
174:6, 196:11, 212:20
**Correct** - 135:9,
167:20
**Correctional** - 42:4
**correctional** - 42:8,
47:19, 48:11, 51:3,
51:6
**corrections** - 41:24,
42:2, 42:10, 43:12,
47:7
**correctly** - 5:9
**Counsel** - 2:24,
11:16, 14:18, 33:7,
33:21, 69:5, 71:3,
84:4, 87:19, 130:19,
172:15, 201:9
**counsel** - 2:4, 3:16,
4:4, 5:16, 14:3,
199:25
**Count** - 9:20, 9:21,
10:2, 10:3, 10:24,
11:20, 12:2, 29:23,
29:25, 30:3, 30:5,
30:8, 204:10, 204:12,
204:14, 204:15,
204:16
**countries** - 202:13,
202:17
**country** - 48:14,
48:15, 180:19,
180:20, 185:18
**counts** - 9:14, 9:16,
29:22, 204:9
**County** - 41:2, 41:9,
41:17, 42:23, 43:21,
44:4, 45:2, 46:10,
47:14, 47:19, 49:16,
49:25, 50:9, 50:11,
51:14, 53:7, 53:22,
59:18, 60:11, 60:15,
63:2, 86:22, 102:3,
123:17, 129:8,
154:16, 154:18,
156:3, 158:5, 158:6,
159:25, 169:13,
181:1, 196:7
**county** - 157:23,
157:25, 179:19, 191:5
**couple** - 47:7,
47:13, 63:8, 96:6,
114:17, 143:17
**course** - 83:13,
143:22, 207:22
**court** - 12:22, 32:18,
42:15, 57:3, 57:6,
57:10, 57:14, 57:16,
59:8, 60:1, 60:3, 64:7,
64:11, 64:24, 65:12,
66:2, 81:4, 81:8,
81:17, 96:10, 97:10,

104:9, 125:7, 128:12,
131:18, 139:8, 139:9,
139:10, 139:12,
145:6, 154:24,
184:10, 184:11,
187:23, 191:5, 196:6,
196:9, 202:12,
205:11, 209:23,
211:10
**Court** - 1:1, 2:2,
2:10, 2:14, 2:19, 3:3,
3:6, 3:9, 3:17, 3:19,
4:3, 4:9, 4:14, 4:19,
4:22, 4:24, 5:2, 5:5,
5:7, 5:11, 6:3, 6:10,
6:18, 6:24, 8:1, 9:5,
9:23, 10:21, 11:2,
11:5, 11:13, 12:12,
12:15, 12:17, 12:20,
13:9, 13:12, 13:14,
13:21, 14:4, 14:15,
14:23, 14:25, 15:15,
16:4, 16:7, 16:22,
16:25, 17:5, 17:10,
17:17, 17:21, 18:1,
18:11, 18:19, 19:7,
20:13, 21:6, 21:19,
22:21, 23:4, 23:7,
23:11, 23:18, 23:25,
29:15, 30:23, 32:14,
32:19, 32:22, 33:1,
33:14, 37:4, 37:8,
37:10, 37:15, 37:19,
37:22, 38:17, 38:20,
38:24, 39:4, 39:7,
39:10, 39:15, 39:18,
39:25, 41:3, 41:6,
41:10, 41:14, 41:17,
41:19, 42:14, 42:17,
42:21, 42:24, 43:3,
43:7, 43:10, 43:14,
43:18, 43:23, 44:2,
44:5, 44:9, 44:13,
44:17, 44:20, 44:24,
45:3, 45:6, 45:9,
45:13, 45:16, 46:21,
45:25, 46:3, 46:7,
46:9, 46:13, 46:16,
46:19, 46:22, 46:25,
47:4, 47:8, 47:12,
47:17, 47:20, 47:24,
48:6, 48:9, 48:16,
48:19, 48:23, 49:1,
49:4, 49:8, 49:10,
49:14, 49:20, 49:23,
50:2, 50:6, 50:12,
50:16, 50:22, 51:1,
51:4, 51:7, 51:11,
51:15, 51:19, 51:24,
52:3, 52:5, 52:11,
52:15, 52:19, 52:23,
53:1, 53:5, 53:8,
53:11, 53:14, 53:17,
53:20, 53:24, 55:3,
55:7, 55:10, 55:13,
55:17, 55:20, 55:24,
56:2, 56:5, 56:10,
56:13, 56:18, 56:21,
56:24, 57:19, 57:22,
58:1, 58:5, 58:8,
58:11, 58:13, 58:17,
58:19, 58:20, 58:23,
59:2, 59:4, 59:10,
59:14, 59:16, 59:20,
59:24, 60:6, 60:9,
60:13, 60:17, 61:7,
61:10, 61:12, 61:15,
61:18, 61:21, 61:25,
62:5, 62:9, 62:13,
62:17, 62:22, 62:25,

63:4, 63:7, 63:10,
63:14, 63:18, 63:22,
63:25, 64:4, 64:16,
64:20, 64:23, 65:1,
65:5, 65:8, 65:11,
65:14, 65:18, 65:21,
65:23, 66:1, 66:4,
67:25, 68:2, 68:11,
68:15, 68:19, 68:24,
69:2, 69:20, 70:4,
70:10, 70:14, 70:20,
71:1, 71:6, 71:10,
72:22, 72:25, 73:5,
73:8, 73:13, 73:17,
73:21, 73:25, 74:4,
74:9, 74:13, 74:16,
74:19, 74:23, 76:25,
77:3, 77:7, 77:11,
78:4, 78:8, 78:11,
78:14, 78:17, 78:20,
80:2, 81:16, 82:19,
83:8, 84:7, 84:12,
84:14, 84:17, 84:20,
84:22, 85:2, 85:7,
85:11, 85:14, 85:17,
85:22, 86:1, 86:4,
86:6, 86:8, 86:16,
86:19, 86:23, 87:3,
87:6, 87:10, 87:14,
88:1, 88:3, 88:5,
88:10, 88:12, 88:15,
88:18, 88:23, 89:2,
89:4, 89:8, 89:12,
89:15, 89:18, 89:20,
89:23, 89:25, 90:6,
90:11, 90:14, 90:18,
90:21, 90:25, 91:3,
91:6, 91:11, 91:14,
92:4, 92:7, 92:10,
92:13, 92:18, 92:22,
93:4, 93:7, 93:10,
93:12, 93:15, 93:23,
94:1, 94:4, 94:6, 94:9,
94:12, 94:19, 94:23,
95:1, 95:10, 95:13,
95:16, 95:20, 95:22,
96:2, 96:5, 96:8,
96:10, 96:13, 96:17,
96:19, 96:22, 96:25,
97:2, 97:5, 97:9,
97:15, 97:17, 97:20,
97:23, 97:25, 98:3,
98:5, 98:7, 98:11,
98:14, 98:16, 98:19,
98:22, 99:1, 99:4,
99:6, 99:9, 99:11,
99:13, 99:17, 99:20,
100:1, 100:4, 100:7,
100:11, 100:14,
100:19, 100:23,
101:2, 101:6, 101:9,
101:12, 101:16,
101:24, 102:2, 102:4,
102:7, 102:10,
102:13, 102:16,
102:18, 102:21,
103:3, 103:6, 103:9,
103:14, 103:16,
103:19, 103:20,
103:22, 104:1, 104:7,
104:11, 104:14,
104:17, 104:20,
104:24, 105:7,
105:10, 105:13,
105:16, 105:18,
105:24, 106:2, 106:5,
106:9, 106:17,
106:21, 106:23,
107:1, 107:4, 107:8,
107:10, 107:14,

5

107:17, 107:23,
108:4, 108:7, 108:12,
108:22, 108:25,
109:3, 109:5, 109:8,
109:11, 109:15,
109:18, 109:20,
109:24, 110:2, 110:4,
110:7, 110:9, 110:16,
110:22, 111:4, 111:7,
111:11, 111:14,
111:16, 111:17,
111:21, 111:23,
112:1, 112:3, 112:6,
112:9, 112:13,
112:15, 112:17,
112:20, 112:23,
112:25, 113:3, 113:7,
113:10, 113:13,
113:16, 113:18,
114:3, 114:6, 114:9,
114:13, 114:19,
114:22, 115:2, 115:6,
115:10, 115:12,
115:16, 115:20,
115:22, 116:2, 116:5,
116:8, 116:15,
116:19, 116:23,
117:3, 117:8, 117:16,
117:19, 118:3, 118:6,
118:16, 118:19,
118:21, 118:25,
119:2, 119:6, 119:9,
119:13, 119:16,
119:22, 120:1, 120:8,
120:18, 120:23,
121:9, 121:18,
121:25, 122:3, 122:5,
122:9, 122:11,
122:15, 122:18,
122:21, 122:25,
123:4, 123:8, 123:11,
123:18, 123:20,
123:24, 124:1, 124:3,
124:7, 124:9, 124:16,
124:18, 124:21,
124:25, 125:3, 125:6,
125:9, 125:11,
125:15, 125:17,
125:20, 125:22,
125:25, 126:5, 126:8,
127:16, 127:19,
127:22, 127:24,
128:7, 128:9, 128:12,
128:16, 128:19,
128:23, 129:1, 129:5,
129:9, 129:12,
129:19, 129:22,
129:25, 130:11,
130:14, 130:17,
130:20, 130:22,
131:2, 131:5, 131:9,
131:12, 131:15,
131:18, 131:21,
132:1, 132:3, 132:6,
132:9, 132:18,
132:22, 133:1, 133:4,
133:15, 133:19,
133:22, 134:4, 134:7,
134:10, 134:14,
134:17, 134:20,
134:24, 135:4, 135:7,
135:10, 135:13,
135:17, 135:21,
135:23, 136:1, 136:5,
136:8, 136:14,
136:16, 137:4, 137:8,
137:12, 137:14,
137:20, 138:2, 138:9,
138:14, 138:16,
138:20, 139:4, 139:9,

139:12, 139:14,
139:16, 139:19,
139:23, 140:7,
140:15, 140:19,
140:23, 141:1, 141:3,
141:5, 141:8, 141:13,
141:15, 141:20,
142:1, 142:4, 142:12,
142:16, 142:20,
142:24, 143:3,
143:11, 143:15,
144:10, 144:13,
144:16, 144:19,
144:21, 144:24,
145:2, 145:4, 145:8,
145:14, 145:18,
145:21, 145:24,
146:6, 146:8, 146:14,
146:19, 146:23,
147:1, 147:8, 147:14,
147:17, 147:22,
147:25, 148:3, 148:6,
148:20, 148:23,
148:25, 149:5, 149:8,
149:12, 149:22,
150:1, 150:9, 150:12,
150:15, 150:18,
150:20, 150:23,
151:4, 151:7, 151:9,
151:13, 151:16,
151:22, 152:17,
152:23, 153:1, 153:7,
153:14, 153:17,
153:19, 153:23,
154:1, 154:3, 154:6,
154:8, 154:10,
154:13, 154:16,
154:19, 155:3, 155:6,
155:9, 155:12,
155:14, 155:18,
155:21, 155:24,
156:5, 156:8, 156:11,
156:14, 156:24,
157:3, 157:8, 157:11,
157:17, 157:20,
157:24, 158:2, 158:4,
158:6, 158:9, 158:13,
158:15, 158:18,
158:23, 159:1, 159:4,
159:7, 159:10,
159:12, 159:15,
159:23, 160:2, 160:4,
160:9, 160:11,
160:14, 160:17,
160:19, 160:22,
160:24, 161:3, 161:6,
161:10, 161:13,
161:16, 161:18,
161:21, 162:1, 162:3,
162:7, 162:10,
162:14, 162:18,
162:22, 162:25,
163:3, 163:5, 163:8,
163:12, 163:15,
163:17, 163:20,
163:22, 164:2, 164:8,
164:13, 164:16,
164:19, 164:22,
165:2, 165:5, 165:7,
165:13, 165:17,
165:23, 165:25,
166:3, 166:11,
166:14, 166:20,
166:23, 167:1, 167:3,
167:6, 167:10,
167:14, 167:19,
167:21, 168:7,
168:14, 168:17,
168:19, 168:21,
168:24, 169:2, 169:5,

169:7, 169:10,
169:14, 169:16,
169:18, 169:23,
169:25, 170:2, 170:5,
170:8, 170:11,
170:14, 170:17,
170:19, 170:22,
170:24, 171:2, 171:6,
171:9, 171:12,
171:15, 171:21,
171:25, 172:4, 172:7,
172:10, 172:12,
172:15, 172:24,
173:1, 173:4, 173:6,
173:11, 173:16,
173:19, 174:1, 174:5,
174:8, 174:12,
174:15, 174:18,
174:21, 174:23,
175:1, 175:9, 175:15,
175:19, 175:23,
176:3, 176:10,
176:13, 176:16,
176:19, 176:22,
177:4, 177:11,
177:21, 177:24,
178:2, 178:4, 178:8,
178:10, 178:12,
178:15, 178:17,
178:20, 178:23,
179:3, 179:6, 179:14,
179:23, 180:1, 180:4,
180:11, 180:13,
180:17, 180:21,
180:24, 181:1, 181:2,
181:5, 181:10,
181:12, 181:16,
181:20, 181:24,
182:4, 182:9, 182:14,
182:19, 182:22,
182:24, 183:4, 183:7,
183:10, 183:16,
183:19, 183:21,
183:24, 184:2, 184:5,
184:8, 184:10,
184:13, 184:18,
184:20, 184:24,
185:2, 185:5, 185:7,
185:10, 185:13,
185:21, 185:25,
186:3, 186:7, 186:10,
186:12, 186:14,
186:16, 186:20,
186:24, 187:3, 187:6,
187:9, 187:12,
187:14, 187:17,
187:20, 187:24,
188:2, 188:7, 188:11,
188:14, 188:17,
188:21, 188:25,
189:2, 189:6, 189:9,
189:14, 189:17,
189:18, 189:20,
189:22, 189:25,
190:2, 190:4, 190:6,
190:9, 190:12,
190:15, 190:18,
190:20, 190:23,
190:25, 191:8,
191:15, 191:19,
191:24, 192:2, 192:4,
192:10, 192:13,
192:15, 192:18,
193:19, 194:14,
194:16, 194:19,
194:21, 194:24,
195:2, 195:4, 195:7,
195:9, 195:11,
195:13, 195:18,
195:20, 196:1, 196:6,

196:8, 196:12,
196:15, 196:17,
196:20, 197:2, 197:4,
197:12, 198:9,
198:11, 198:16,
199:2, 199:6, 199:11,
199:17, 199:20,
200:2, 200:9, 200:12,
200:15, 201:6, 201:9,
201:12, 201:15,
201:18, 201:21,
202:1, 202:7, 202:24,
203:6, 207:15,
210:25, 211:3,
211:14, 211:16,
211:25
  **Court's** - 19:15,
22:18, 22:19
  **court-related** -
57:10, 57:16
  **courthouse** - 16:16,
23:2, 23:8, 30:24,
57:21, 57:23, 142:14,
210:6
  **courtroom** - 80:14,
83:18, 117:4, 118:12,
125:7, 208:8, 208:12,
208:25, 212:2, 212:4,
212:8, 212:10
  **courts** - 60:5, 69:15,
69:16, 70:3, 75:9
  **cousin** - 43:6,
95:24, 97:9, 97:18,
134:12, 134:14,
134:21, 135:10,
137:17, 141:17,
142:7, 163:1
  **covered** - 70:7,
129:2, 129:3
  **coworker** - 47:15
  **Crack** - 145:13
  **crack** - 29:24, 31:8,
94:16, 95:2, 141:23,
142:25, 204:10
  **credit** - 164:2
  **Crime** - 35:3, 36:5,
36:6
  **crime** - 30:2, 30:7,
35:6, 67:2, 67:6, 67:9,
80:21, 80:23, 92:16,
96:14, 99:16, 100:24,
109:14, 118:24,
119:2, 119:18,
120:12, 120:19,
122:16, 130:4,
139:14, 142:23,
161:2, 161:7, 166:17,
169:8, 173:7, 174:2,
180:16, 195:2,
204:12, 204:14
  **crimes** - 30:10,
71:17, 72:11, 96:1,
138:24
  **criminal** - 2:3,
29:19, 32:24, 57:6,
60:12, 60:16, 66:6,
66:13, 67:19, 70:6,
71:17, 72:3, 72:10,
75:9, 81:1, 81:2, 81:7,
81:11, 81:12, 85:20,
88:8, 88:10, 88:19,
95:4, 95:25, 103:15,
111:10, 111:11,
113:23, 113:24,
117:3, 124:18, 125:1,
129:7, 131:17, 158:7,
162:14, 167:10,
167:12, 169:5,
169:11, 173:12,
181:2, 184:3, 188:8,

188:9, 189:2, 194:23,
204:1
  **Criminal** - 6:5, 6:14,
32:25, 124:16, 173:4,
173:6, 181:4, 184:4,
189:18
  **Cunningham** -
36:22, 36:23, 37:9,
37:10, 37:12, 37:14,
37:16, 37:21, 37:23
  **current** - 72:23,
73:6, 74:7
  **Curtis** - 36:13, 52:9
  **custody** - 164:10,
164:20
  **cut** - 83:4

# D

  **daily** - 43:12, 43:22
  **damage** - 176:1
  **damages** - 128:21,
169:8, 173:8
  **Dan** - 34:15
  **dangers** - 20:4
  **Daniel** - 35:13
  **date** - 205:3
  **dated** - 18:13
  **dates** - 204:25,
205:4
  **daughter** - 46:11,
139:24, 139:25,
146:12, 146:20,
149:16, 152:3, 153:5,
153:8, 155:4, 183:1,
183:11, 188:19,
197:15
  **daughter-in-law's** -
183:1, 183:11
  **Dave** - 35:2
  **David** - 36:23
  **daylight** - 107:20
  **days** - 114:16,
139:17, 210:1
  **Dc** - 46:23, 52:25,
59:6, 139:11, 139:13
  **dead** - 84:16, 85:12
  **deal** - 7:10, 8:10,
70:10
  **deal's** - 8:22
  **dealings** - 31:18,
32:6, 32:9, 33:6
  **dealt** - 175:17
  **dearly** - 110:21
  **death** - 19:13,
19:15, 46:18, 82:22
  **Deborah** - 34:7
  **deceased** - 34:6
  **December** - 30:11,
167:24, 204:24
  **decided** - 19:6
  **decision** - 18:4
  **defendant** - 2:15,
3:10, 6:7, 6:16, 6:21,
8:10, 8:22, 8:24,
11:14, 13:13, 13:22,
18:21, 20:17, 29:21,
30:12, 30:18, 30:20,
31:6, 31:9, 31:19,
33:21, 66:12, 66:13,
66:19, 67:4, 67:12,
71:11, 81:16, 82:13,
86:1, 86:10, 91:8,
92:23, 93:17, 100:15,
107:5, 110:11, 111:2,
114:24, 119:19,
120:9, 120:14,
120:21, 120:24,
126:1, 128:4, 134:25,
137:22, 142:6, 147:2,

6

150:10, 162:23,
165:18, 166:15,
166:16, 167:16,
176:4, 177:12,
177:17, 179:8,
186:25, 189:10,
195:14, 198:13,
198:17, 198:22,
201:16, 204:3, 204:4,
204:7, 204:9
  **Defendant** - 1:8,
1:16, 3:16, 3:18, 6:9,
6:23, 7:23, 9:4, 10:20,
11:1, 11:4, 11:12,
12:11, 12:14, 12:16,
12:19
  **defendant's** - 4:15,
13:3
  **defender** - 46:12,
46:13, 57:5
  **Defender's** - 57:15
  **defense** - 3:6, 4:4,
5:16, 13:10, 13:25,
14:3, 17:24, 20:16,
22:16, 57:6, 60:12,
60:16, 67:11, 67:19,
70:9, 71:12, 77:1,
81:1, 89:18, 92:5,
94:4, 97:23, 99:4,
102:16, 105:8, 109:3,
111:7, 113:16,
117:17, 123:21,
127:17, 130:12,
133:17, 141:1,
143:13, 144:14,
148:6, 150:18, 152:5,
154:1, 159:10,
160:17, 163:15,
167:1, 168:17,
170:17, 172:10,
174:21, 178:2,
179:24, 183:19,
185:5, 186:10,
187:12, 190:18,
193:20, 196:15,
198:9, 200:3, 200:12,
201:15, 211:1, 211:10
  **degree** - 63:9,
152:15
  **delay** - 5:19, 16:11,
20:20, 20:21, 20:22,
21:1, 24:3, 29:16
  **delays** - 3:22
  **delegations** -
202:12
  **delete** - 15:4
  **deleted** - 15:2
  **deliberate** - 209:5
  **deliberations** -
207:25
  **delve** - 120:10
  **demanding** -
136:13, 136:20
  **dementia** - 132:14,
197:9
  **democracy** - 202:20
  **denies** - 30:12,
204:17
  **department** - 42:8,
43:21, 49:18, 50:19,
51:13, 52:9, 59:6,
174:11
  **Department** - 2:13,
48:1, 48:17, 49:16,
52:25, 54:9, 57:3
  **deputy** - 52:17
  **Deputy** - 14:9, 16:2,
16:6, 24:9, 24:15,
24:17, 24:19, 24:21,
24:23, 24:25, 25:2,

25:4, 25:6, 25:8,
25:10, 25:12, 25:14,
25:16, 25:18, 25:20,
25:22, 25:24, 26:1,
26:3, 26:5, 26:7, 26:9,
26:11, 26:13, 26:15,
26:17, 26:19, 26:21,
26:23, 26:25, 27:2,
27:4, 27:6, 27:8,
27:10, 27:12, 27:14,
27:16, 27:18, 27:20,
27:22, 27:24, 28:1,
28:3, 28:5, 28:7, 28:9,
28:11, 28:13, 28:15,
28:17, 28:19, 28:21,
28:23, 28:25, 29:2,
29:4, 29:6, 29:8,
29:13, 127:25,
129:11, 134:2, 134:6,
156:22, 157:2, 157:7,
200:18, 201:7,
201:24, 202:6, 211:23
  **describe** - 176:7,
192:18
  **describes** - 204:6
  **destination** - 108:1
  **detail** - 32:23,
149:15
  **detailed** - 48:2
  **details** - 88:22,
203:15
  **Detective** - 34:18,
34:19, 34:25, 35:1,
35:2, 35:5
  **detective** - 34:24,
35:2, 44:4, 52:25
  **Detention** - 42:23
  **detention** - 49:19,
139:18
  **determination** -
206:13, 207:17,
207:20
  **determine** - 39:11,
75:21, 205:5
  **determines** - 82:16,
116:25, 154:22
  **determining** -
67:12, 160:7
  **diagnosed** - 132:14
  **die** - 84:20, 85:11
  **died** - 84:23, 84:25,
85:23, 132:4
  **difference** - 16:5,
16:8, 21:20
  **different** - 16:1,
37:20, 37:22, 39:14,
88:9, 116:24, 138:3,
154:21, 172:2
  **differently** - 121:15
  **differs** - 203:24
  **difficult** - 7:1,
10:22, 75:16, 82:4,
124:11
  **difficulties** - 189:3
  **difficulty** - 9:8,
66:16, 86:9, 86:12,
87:16, 88:16, 89:10,
93:15, 95:5, 97:12,
98:23, 100:20, 106:3,
106:10, 108:13,
120:13, 123:5, 126:2,
143:5, 153:20,
155:21, 163:9,
177:15, 179:11,
183:13, 186:1,
189:11, 192:2
  **Diggs** - 4:24, 5:13,
36:17, 38:8, 38:15,
38:22, 38:24, 38:25,
39:1, 39:12, 39:14,

39:16, 39:19, 40:1
  **Diggses** - 39:2
  **Dinkins** - 20:2
  **dinner** - 182:11
  **dire** - 2:24, 22:19,
30:25, 69:13, 70:1,
76:21
  **direct** - 205:16,
205:19, 205:21,
206:3, 206:19, 206:20
  **Direct** - 205:23
  **directly** - 205:24
  **directors** - 49:17
  **discharged** -
132:16
  **discover** - 70:10
  **discretion** - 10:2,
10:8, 11:21, 12:3,
12:6, 143:9
  **discuss** - 206:22,
206:24, 207:11,
207:18, 207:24,
208:21, 210:12
  **discussed** - 5:24
  **discussion** - 9:7
  **discussions** - 6:7,
7:5, 20:18, 31:15
  **dismissed** - 202:4
  **dispatch** - 53:22
  **dispatcher** - 59:18
  **dispositive** - 22:7
  **dispute** - 81:19,
108:2, 164:10
  **distinction** - 206:20
  **distribute** - 29:24,
31:7, 137:2, 204:10
  **distributing** -
142:11
  **distribution** - 139:7,
141:19, 163:2
  **District** - 1:1, 1:12,
30:23, 40:20, 40:21,
42:16, 103:19,
104:11, 189:17,
202:24
  **district** - 22:5, 23:23
  **divorce** - 145:6,
146:1
  **doctor** - 191:13
  **Dohony** - 34:18,
34:19
  **dollars** - 191:3
  **domestic** - 62:12
  **don's** - 144:4
  **done** - 15:14, 17:8,
133:9, 133:10, 157:14
  **Donnell** - 36:16
  **door** - 76:15,
211:19, 211:22,
212:2, 212:9, 212:12,
212:13
  **Dorchester** -
154:16, 154:17
  **Dorsey** - 5:7, 5:14,
38:9
  **double** - 149:16
  **doubt** - 30:21, 66:9,
66:11, 82:17, 108:20,
114:1, 117:6, 155:1,
205:2
  **Douglas** - 5:8, 5:14,
38:10
  **down** - 4:12, 4:17,
21:16, 22:11, 41:2,
80:12, 83:18, 87:1,
124:10, 143:8,
145:25, 175:21,
178:5, 182:14, 193:4,
199:7
  **downstairs** - 76:17

  **Dr** - 35:4
  **driver** - 122:8, 181:9
  **driving** - 107:22
  **dropped** - 101:25,
181:23
  **drug** - 30:2, 68:22,
90:12, 91:18, 104:4,
104:12, 114:12,
114:17, 114:20,
114:23, 126:1, 127:5,
141:10, 141:21,
142:5, 143:6, 143:19,
145:11, 149:3, 150:7,
150:12, 151:15,
155:6, 178:18, 179:8,
179:10, 183:12,
189:10, 204:12
  **drug-related** -
68:22, 141:10
  **drugs** - 85:5, 85:10,
90:9, 95:7, 126:25,
136:13, 136:20,
136:23, 143:19,
144:8, 155:5, 155:16,
155:22, 163:2
  **Duckett** - 36:16
  **due** - 77:22
  **Dui** - 167:24
  **Dundalk** - 142:10
  **durable** - 132:17
  **during** - 3:12,
20:18, 30:1, 75:22,
203:15, 204:11,
206:23, 207:21,
207:25, 208:25,
209:15
  **duty** - 66:14,
106:20, 173:3,
210:11, 210:13,
210:19
  **Dwi** - 157:22,
158:22
  **Dwight** - 38:6

# E

  **ear** - 88:14, 170:25,
171:2, 171:5
  **easier** - 17:7
  **Eastern** - 41:19
  **Eastwood** - 36:22
  **economy** - 176:25
  **edge** - 193:5
  **Edgewater** - 39:22
  **Edmund** - 35:14
  **Eduardo** - 35:12
  **education** - 60:21,
61:2, 108:15
  **efforts** - 123:1
  **eight** - 85:13,
156:18, 156:21,
156:24, 157:5,
176:12, 179:2
  **eighties** - 98:9,
98:21
  **either** - 7:21, 34:3,
38:12, 40:3, 40:7,
42:6, 75:1, 75:3, 75:4,
81:4, 81:7, 135:19
  **Either** - 99:20
  **Eldridge** - 38:5
  **elements** - 203:18,
204:19
  **eleven** - 131:17
  **Elliott** - 38:6
  **Emmanuel** - 35:7
  **empanelled** -
110:24, 201:13
  **employed** - 41:22,
42:1, 44:11, 54:7,

55:4, 56:22, 57:2
  **employee** - 55:12
  **employees** - 40:22
  **employers** - 203:3
  **employment** -
69:15
  **End** - 17:9, 24:8,
70:13, 71:9, 102:20,
118:5, 124:8, 157:10,
180:3, 199:19,
200:17, 201:20,
211:24
  **end** - 36:7, 80:15,
205:14, 208:7, 209:2,
209:10, 209:16
  **endeavoring** - 5:20
  **ends** - 212:9
  **enforcement** -
34:13, 36:8, 41:23,
42:2, 42:9, 57:10,
67:18, 69:16, 70:1,
70:16, 70:17, 70:22,
70:23, 81:21, 91:4,
97:18, 102:5, 104:18,
152:22, 123:1, 128:1,
131:10, 139:20,
140:3, 142:21,
147:23, 159:2, 166:4,
170:6, 183:5, 189:7
  **engage** - 135:24,
207:7
  **engaged** - 153:6
  **engagement** -
182:2, 182:9
  **engaging** - 7:4
  **English** - 11:7,
11:18, 106:10, 185:16
  **enjoyed** - 78:17
  **entered** - 30:13,
204:18
  **entering** - 111:20,
169:21
  **entire** - 118:9
  **entitled** - 15:19,
66:21, 71:12, 212:22
  **entitles** - 208:5
  **entre** - 212:11
  **Eric** - 36:24, 38:1
  **error** - 20:11, 20:13
  **essentially** - 86:11,
104:7, 108:8, 176:13
  **Essex** - 169:22
  **establish** - 204:24
  **established** - 18:20,
22:4, 22:25, 23:23,
206:16
  **establishes** - 205:2
  **estate** - 61:9, 61:11
  **evaluated** - 116:2
  **evening** - 182:3,
182:6, 210:10
  **event** - 10:10,
149:23, 150:1
  **events** - 31:14
  **eventually** - 101:24
  **evidence** - 30:16,
66:9, 66:15, 66:20,
67:3, 75:17, 75:22,
82:5, 82:11, 108:21,
113:24, 126:15,
126:17, 126:18,
203:17, 204:5, 205:1,
205:6, 205:7, 205:10,
205:13, 205:15,
205:16, 205:19,
205:20, 205:22,
205:23, 206:3, 206:5,
206:11, 206:15,
206:21, 206:24,

7

207:14, 207:19,
208:2, 208:23,
208:24, 208:25, 209:8
**Evidently** - 153:11
**ex** - 50:21, 145:1,
145:2, 145:11
**Ex** - 61:19
**ex-husband** -
145:1, 145:11
**ex-prison** - 50:21
**Ex-wife** - 61:19
**exact** - 204:25
**Exactly** - 113:9,
126:22
**exactly** - 18:24,
19:17, 101:17, 103:1
**examiner** - 35:18
**examiners** - 35:5
**example** - 8:6, 10:2,
193:13, 206:2, 206:7
**except** - 19:19
**excuse** - 132:24,
134:3, 134:4, 140:15,
140:16, 146:2,
149:24, 150:2, 168:9,
177:5, 182:17
**Excuse** - 113:20
**excused** - 77:21,
77:25, 106:9, 132:19,
203:1, 203:7
**exhibits** - 205:7,
209:9
**existence** - 206:16,
206:17
**expanded** - 192:22
**expect** - 149:21
**expected** - 82:23
**expecting** - 18:4
**experience** - 87:16,
89:9, 91:9, 98:23,
110:25, 121:1,
127:14, 206:16
**experiences** -
69:18, 70:2, 153:20,
163:9
**explain** - 6:13, 6:24,
75:20, 202:18, 203:18
**explained** - 11:19,
12:24, 12:25
**explaining** - 12:8
**explore** - 120:8
**Explosives** - 34:17
**expressed** - 207:14
**extent** - 207:6
**eye** - 11:25, 171:8
**eyesight** - 82:3

**F**

**face** - 31:22
**Facebook** - 208:19
**facilitating** -
132:11, 132:15
**facing** - 72:4
**fact** - 18:20, 20:17,
67:1, 76:3, 85:17,
92:22, 93:17, 95:1,
95:6, 100:14, 107:5,
108:9, 108:12,
110:10, 119:16,
134:25, 138:2, 147:2,
158:18, 165:17,
166:15, 176:3,
177:11, 183:10,
186:24, 189:9,
195:14, 206:4, 206:7,
206:16, 206:17,
207:19, 208:4
**facts** - 75:21, 205:5,
206:13

**factual** - 207:15
**fair** - 31:2, 67:20,
68:24, 69:18, 71:19,
75:10, 75:25, 81:25,
82:10, 86:12, 87:17,
93:18, 95:5, 95:10,
97:12, 98:24, 100:20,
102:11, 108:14,
108:22, 110:23,
114:25, 120:13,
123:6, 126:2, 126:5,
138:4, 138:23, 143:5,
143:11, 143:24,
153:21, 159:4,
163:10, 166:20,
170:12, 177:15,
179:11, 183:13,
187:7, 189:11, 190:13
**fairly** - 91:4, 91:21,
97:18, 102:5, 104:18,
108:21, 128:13,
131:10, 139:20,
142:21, 147:23,
150:6, 159:2, 170:6,
183:5, 189:7, 210:1
**familiar** - 32:2
**families** - 32:8
**family** - 31:21,
32:10, 34:7, 41:21,
41:25, 42:7, 44:12,
49:24, 54:6, 54:13,
54:21, 57:1, 58:6,
60:19, 61:1, 63:2,
63:3, 72:7, 72:14,
73:22, 73:23, 80:20,
80:22, 80:24, 81:9,
81:13, 81:18, 99:19,
99:20, 101:12,
103:12, 103:23,
104:8, 104:17, 138:3,
138:25, 142:19,
144:6, 144:23, 149:3,
151:18, 174:1, 182:2,
182:15, 186:17,
197:22, 210:10
**family's** - 72:18
**far** - 36:20, 87:18,
106:14, 133:23,
133:25, 134:11,
186:2, 191:6, 192:2,
198:23
**fashion** - 83:24,
102:24, 118:10,
157:15, 180:7
**Father** - 53:18
**father** - 43:4, 46:1,
60:10, 60:13, 92:19,
92:25, 93:20, 115:18,
116:10, 116:13,
117:11, 117:13,
152:4, 153:9
**father's** - 53:12,
63:15, 74:21, 106:18
**father-in-law** -
115:18
**favor** - 74:25, 75:4,
160:6, 190:2, 190:3
**Fbi** - 2:13, 33:16,
34:14, 43:6, 44:19,
45:20, 48:15, 48:25,
49:2, 49:5, 50:18,
52:18, 54:9
**Fci** - 104:6
**Federal** - 6:5, 6:14,
54:8, 103:20
**federal** - 6:5, 31:10,
41:23, 42:1, 43:13,
57:3, 57:4, 81:4, 81:7,
81:17, 82:14, 95:25,
97:10, 117:21,

130:25, 133:7, 139:8,
139:10, 141:17,
184:10, 184:11,
187:23
**feelings** - 70:6,
119:17, 120:2, 121:2
**fellow** - 136:13
**felon** - 30:9, 204:15
**felony** - 131:6,
137:1, 152:9, 152:14
**female** - 39:24
**few** - 3:23, 4:8,
4:11, 17:11, 39:2,
78:1, 152:10, 199:22,
203:9, 211:5
**field** - 45:14
**fight** - 101:20,
101:22
**fighting** - 196:5
**figure** - 120:25,
126:20, 172:3
**file** - 58:22, 191:13
**filed** - 152:3
**final** - 5:21, 207:12
**financial** - 45:13
**findings** - 18:7
**Fine** - 7:13, 8:21,
8:24, 10:17, 13:12,
196:1
**fine** - 15:16, 69:2,
88:18, 140:2, 140:3,
191:15, 191:18,
194:2, 199:15
**finish** - 80:18,
191:13, 203:9
**finished** - 85:22,
145:9, 145:10
**finishing** - 203:12
**Finra** - 45:15
**firearm** - 30:6,
35:18, 204:14, 204:16
**Firearms** - 34:16
**firearms** - 30:1,
73:7, 75:2, 75:6,
131:7, 131:8, 204:11
**firm** - 54:16, 54:24,
61:9, 61:11, 61:13,
62:4, 62:6, 62:10,
62:20
**first** - 3:9, 19:5,
20:9, 20:14, 23:1,
23:15, 38:23, 39:3,
64:9, 92:16, 99:15,
116:21, 142:6,
149:18, 175:16,
185:17
**First** - 32:8, 34:5,
68:4, 84:8, 117:10,
141:10
**firsthand** - 205:25
**five** - 76:13, 76:14,
76:21, 77:22, 77:24,
78:23, 78:25, 85:13,
106:13, 114:11,
128:23, 135:20,
135:21, 135:23,
137:18, 139:15,
149:16, 150:24,
191:22, 204:9,
204:18, 212:15,
212:16
**five-minute** -
191:22, 212:15,
212:16
**fixed** - 67:18, 71:16
**Fletcher** - 35:16
**flight** - 168:5
**flip** - 7:11
**flippant** - 177:19
**flows** - 206:6

**flying** - 192:22
**follow** - 69:17,
69:23, 75:23, 76:5,
180:9, 209:4
**follow-up** - 69:17,
69:23
**following** - 29:22,
32:7, 33:3, 33:6,
33:25, 36:9, 80:17,
208:9
**Force** - 64:19, 65:20,
65:22, 65:23
**foregoing** - 212:20
**forensic** - 35:6,
35:19, 35:20, 35:21
**forget** - 187:21
**forgot** - 112:22,
112:24, 129:16,
129:17, 173:24
**formal** - 60:20, 61:2,
66:25
**former** - 48:10,
51:22, 151:18
**Former-** 44:18
**Fort** - 123:15
**forward** - 66:20,
84:8, 122:5
**four** - 112:16,
114:16, 141:9,
150:24, 150:25,
156:19, 156:22,
157:5, 175:24,
176:14, 177:13,
180:15, 196:23
**Four** - 114:12
**Fourth** - 18:15, 18:12,
19:16, 23:25
**fourth** - 83:17,
157:11
**frankly** - 12:21,
23:21
**fraud** - 48:13
**Frederick** - 50:8,
50:11
**free** - 6:21, 7:13,
7:19, 8:10, 8:17, 8:24,
206:12, 209:16, 210:5
**Friday** - 83:2,
132:13, 145:8, 182:1,
182:3, 182:5, 182:6,
182:10, 182:15,
202:5, 202:8, 209:22,
210:2
**friend** - 39:8, 40:14,
44:3, 45:1, 47:18,
50:7, 50:9, 50:10,
53:6, 59:25, 60:3,
99:21, 156:1, 156:5,
175:18, 175:21,
176:6, 176:14, 177:13
**friends** - 31:20,
40:10, 40:12, 41:22,
41:25, 42:7, 43:12,
43:20, 47:6, 48:5,
48:12, 49:16, 54:7,
54:14, 54:22, 57:2,
60:20, 61:1, 63:2,
72:8, 80:21, 80:23,
80:25, 81:10, 81:19,
86:15, 101:13, 108:2,
152:4, 153:9, 177:20
**Front-** 56:11
**front** - 38:14, 52:21,
57:17, 58:25, 59:22,
83:21, 87:20, 156:2,
180:8, 200:14
**fronts** - 19:11
**Fuchs** - 1:14, 2:8,
2:10, 2:12, 33:8,
33:10, 33:13, 40:7

**functions** - 54:16,
54:24
**furtherance** - 30:6,
204:14
**Furthermore** - 33:5
**future** - 183:11

**G**

**Gabriel** - 35:15
**Gary** - 1:16, 2:17,
33:21, 36:24, 37:25
**Gasque** - 36:25,
38:1
**gather** - 129:1,
198:21
**general** - 57:4,
206:19
**General** - 58:9
**General's** - 58:7
**generally** - 9:8,
193:11
**generated** - 24:3
**gentleman** - 37:11
**gentlemen** - 17:10,
76:7, 77:12, 80:4,
124:9, 184:15,
199:20, 200:18,
202:2, 203:8, 212:1
**George** - 36:22,
37:9, 37:10, 37:12,
37:13, 37:15, 37:20,
37:23
**George's** - 51:14,
123:17
**Georgia** - 96:11,
96:12, 96:13, 97:10
**Gerald** - 36:25, 38:1
**getaway** - 181:9
**given** - 3:1, 18:20,
54:2, 54:5, 54:10,
57:12, 60:24, 80:13,
152:22
**Government** -
104:22
**government** - 3:4,
3:25, 4:6, 5:21, 5:22,
6:7, 6:15, 7:8, 7:24,
8:20, 8:21, 13:7, 14:3,
14:24, 15:12, 16:13,
17:14, 17:24, 18:22,
19:4, 19:13, 19:14,
20:15, 20:18, 20:22,
21:2, 21:7, 21:13,
21:15, 22:10, 22:11,
22:13, 29:20, 30:20,
33:7, 45:10, 66:8,
75:1, 75:4, 76:23,
81:20, 85:19, 89:16,
91:7, 91:8, 91:15,
94:2, 97:21, 99:2,
102:14, 104:25,
109:1, 111:1, 111:5,
113:14, 113:25,
117:5, 117:9, 117:21,
120:24, 123:12,
123:21, 126:9, 130:1,
133:5, 140:24,
143:12, 143:16,
148:4, 150:6, 150:16,
153:24, 154:25,
159:8, 160:15,
161:19, 163:13,
166:12, 166:24,
168:15, 170:15,
172:8, 174:19,
177:25, 179:15,
183:17, 185:3, 186:8,
187:10, 190:4,
190:16, 192:16,

8

**half** - 203:3, 210:1
**Hall** - 1:7, 2:3, 2:18, 2:19, 3:11, 5:25, 6:3, 8:15, 9:3, 9:25, 11:7, 11:19, 12:21, 13:14, 14:16, 14:17, 16:18, 29:21, 29:22, 29:23, 29:25, 30:3, 30:5, 30:8, 30:12, 31:19, 31:22, 31:25, 36:24, 37:25, 67:5, 80:11, 82:14, 82:15, 84:1, 204:3, 204:17
**Hall's** - 110:24
**hallway** - 207:5
**Hamlet** - 36:12
**hand** - 15:3, 15:6, 20:15, 29:11, 208:7
**handle** - 78:1, 117:25, 118:1
**handled** - 18:24, 210:9
**handling** - 119:5, 130:13, 140:25
**hands** - 77:16, 77:17, 177:14
**hanging** - 156:19
**hard** - 68:23, 193:7
**Harford** - 49:16, 129:8
**Hart** - 36:13
**hat** - 68:5
**Havrilla** - 35:4
**Head** - 123:16
**head** - 171:20
**headset** - 3:10, 13:22, 14:16, 80:12, 84:1
**Health** - 48:17
**healthcare** - 132:15
**hear** - 3:14, 13:22, 14:16, 80:11, 80:12, 82:5, 84:2, 121:4, 124:11, 134:13, 148:7, 171:13
**heard** - 19:5, 39:21, 137:10, 203:15, 208:12
**hearing** - 20:3, 82:3, 88:14, 88:16, 145:7, 146:1, 171:5, 171:10
**hearings** - 103:18
**heart** - 192:23, 193:3
**held** - 92:20, 103:18, 163:24
**Hello** - 178:9
**help** - 17:6
**Henry** - 36:23
**heroin** - 188:20, 189:3
**Hi** - 84:11, 99:10
**Hickey** - 170:4
**Hickman** - 38:6
**high** - 153:12
**higher** - 117:5, 154:24
**Highway** - 123:16
**Hill** - 4:22, 5:12, 38:8, 46:12, 46:14, 136:7
**hinged** - 152:8
**Hispanic** - 162:2, 162:3
**hit** - 100:9, 122:7, 122:8
**hit-and-run** - 122:8
**Hoeman** - 168:1
**Hold** - 14:23, 15:16, 38:17, 51:19, 56:5,

196:13, 198:6, 198:12, 198:16, 198:21, 200:2, 200:10, 201:13, 204:2, 204:4, 210:23, 211:9
**government's** - 20:6, 33:16, 39:24
**graduated** - 153:12
**grand** - 81:1, 81:3, 81:5, 115:15, 116:19, 116:20, 116:24, 154:15, 154:19, 154:20, 154:21
**grandchildren** - 114:20
**granddaughter** - 62:19
**grandfather** - 52:16
**grandkids** - 114:18
**grandson** - 136:16, 136:25, 137:16, 137:21, 137:24
**grandsons** - 136:11, 137:14
**Grear** - 35:3
**greater** - 70:15, 70:22, 71:12, 208:5
**Green** - 35:17
**Greg** - 36:3
**grew** - 185:18
**group** - 45:12, 73:24, 137:18, 177:14
**guard** - 42:4, 55:5, 56:8
**Guard** - 52:9, 174:4, 174:6
**guards** - 50:21
**guess** - 15:18, 39:10, 119:22, 175:16
**Guest** - 31:10, 34:6, 34:7, 34:8
**guilt** - 66:10, 82:16, 113:25, 117:5
**Guilty** - 98:15, 132:2, 132:3, 158:14, 169:17, 184:19, 188:13, 190:1
**guilty** - 6:18, 6:21, 7:3, 7:17, 8:4, 8:11, 8:12, 8:14, 8:25, 9:9, 9:12, 10:1, 10:3, 10:10, 10:17, 20:20, 20:25, 30:13, 30:20, 66:8, 66:22, 67:5, 72:3, 89:7, 96:25, 111:25, 125:5, 125:6, 126:12, 129:11, 129:12, 130:4, 139:7, 152:21, 154:25, 167:17, 181:11, 181:12, 199:13, 204:18
**gun** - 72:15, 72:19, 73:16, 94:17, 136:12, 136:19, 136:24, 137:21, 137:23, 146:22, 165:20, 166:18, 184:17
**gunpoint** - 92:20, 93:1, 136:17, 137:15, 147:4, 163:25, 165:15, 165:20
**guy** - 86:2, 136:18
**guys** - 78:23

## H

**Hagerstown** - 114:15

56:13, 61:25, 68:2, 73:18, 124:7, 198:11
**hold** - 13:25, 32:14, 65:5, 74:4, 77:16, 77:17, 127:10, 144:4
**holistic** - 108:16
**home** - 19:20, 119:5, 119:16, 119:23, 132:15, 145:17, 146:15, 146:16, 148:15, 186:21, 187:1, 209:16, 210:10
**Homeland** - 121:19
**honest** - 69:3
**Honor** - 2:7, 2:16, 3:2, 3:5, 3:7, 4:2, 4:21, 5:17, 13:8, 13:11, 14:19, 17:20, 18:4, 18:9, 19:6, 21:15, 22:18, 37:21, 39:23, 69:11, 76:24, 77:5, 89:11, 105:9, 130:13, 130:19, 133:18, 140:25, 144:15, 161:8, 172:11, 174:22, 178:1, 178:3, 185:6, 186:11, 187:13, 198:8, 199:16, 200:11, 201:14, 201:17, 210:24, 211:2
**Honorable** - 1:11
**hope** - 78:11, 145:9
**Hopkins** - 176:2
**Horton** - 36:25, 38:2
**hospital** - 50:20, 107:25, 140:13
**hospitalizations** - 149:19
**host** - 202:12
**hostage** - 181:8
**hotel** - 209:15
**hour** - 77:4, 203:4, 209:20, 210:7
**hours** - 20:23, 24:2
**house** - 99:22, 146:11, 147:21, 148:13, 148:14, 164:24, 165:3, 173:10
**Howard** - 36:16, 102:3
**Human** - 48:17
**Humpty** - 36:18
**hundreds** - 191:3
**hurt** - 136:22, 177:2
**husband** - 42:15, 55:18, 56:7, 59:5, 73:12, 73:15, 145:1, 145:11, 151:18, 163:24

## I

**idea** - 62:20, 77:17, 119:9, 119:23, 122:16, 187:2, 194:6
**identical** - 19:10
**identification** - 126:13, 130:5
**identify** - 2:4, 126:14
**identity** - 164:1, 164:5, 165:8, 165:10
**imagine** - 16:4, 78:18
**immediately** - 87:22
**impairments** - 82:4
**impartial** - 31:2, 67:20, 68:25, 69:19,

71:19, 75:11, 81:25, 82:10, 86:12, 87:17, 89:10, 93:16, 95:6, 95:11, 97:13, 98:24, 100:20, 102:11, 108:14, 108:23, 114:25, 120:13, 123:6, 126:3, 126:6, 138:4, 138:8, 138:10, 138:23, 143:5, 143:12, 143:24, 153:21, 159:5, 163:10, 166:21, 170:12, 177:15, 179:11, 183:13, 187:7, 189:12, 190:13
**impartially** - 75:17, 91:22
**important** - 76:12, 202:21
**impose** - 6:20
**imposes** - 66:13
**impossible** - 11:17
**impressed** - 202:18
**in-class** - 192:8
**inaw** - 116:10
**inaccurate** - 21:1
**inadvertently** - 129:16
**incarcerated** - 133:15, 163:2, 163:3
**incident** - 93:19
**incidents** - 108:17
**inclined** - 7:7
**include** - 42:3, 108:8, 114:23, 179:8, 189:10
**includes** - 207:3
**including** - 57:14, 81:21, 126:1, 142:5
**Indian** - 123:16
**indicate** - 31:17, 32:1, 32:5, 32:11, 33:15, 33:19, 33:24, 34:12, 34:21, 35:10, 35:25, 36:19, 40:9, 40:18, 40:24, 66:18, 66:23, 67:8, 67:16, 68:20, 71:15, 71:20, 71:24, 72:6, 72:12, 75:7, 75:12, 75:18, 76:6
**indicated** - 167:7
**indictment** - 9:15, 9:16, 29:20, 29:21, 30:15, 66:24, 66:25, 67:7, 203:19, 204:3, 204:5, 204:8, 204:22
**individual** - 38:21, 137:20
**industry** - 188:3
**infer** - 206:15
**inference** - 206:6
**inferences** - 206:13
**influenced** - 208:11
**information** - 13:24, 15:24, 16:14, 19:18, 22:13, 54:11, 208:21
**inkling** - 20:9
**innocence** - 66:21
**innocent** - 30:18, 66:7, 82:15
**inquire** - 4:16
**inquiry** - 69:22, 69:23
**inside** - 118:11
**Inspector** - 121:23
**instances** - 92:21, 131:25
**instead** - 136:23,

140:13
**institution** - 51:3, 51:6
**instruct** - 75:23, 76:2, 76:5, 82:12, 204:19, 205:15
**instructed** - 207:16, 208:15, 210:18
**instructions** - 2:25, 203:10, 203:21, 205:14, 209:3, 209:10, 210:8
**insurance** - 128:6, 129:2
**intent** - 137:1
**intermittent** - 209:20
**intern** - 62:6
**Internal** - 81:22
**interned** - 62:3
**Internet** - 208:22
**inured** - 22:9
**inures** - 21:25
**Investigation** - 54:8
**investigation** - 81:1, 81:12, 95:25, 166:5
**investigative** - 54:15, 54:16, 54:23, 54:24
**involve** - 132:4
**involved** - 6:12, 9:1, 13:2, 13:15, 43:13, 81:19, 93:19, 95:7, 108:18, 128:1, 128:2, 135:18, 146:21, 181:8
**involvement** - 31:7
**involves** - 143:6
**involving** - 22:6
**irrelevant** - 188:1
**Irs** - 137:7, 137:10
**Isaac** - 36:16
**issue** - 15:21, 18:11, 18:14, 19:2, 19:7, 19:9, 20:2, 21:22, 22:3, 22:17, 22:24, 126:13, 130:4, 133:25, 150:25, 178:6, 178:24, 182:15, 190:6, 194:11, 197:8, 197:9, 197:13, 197:14, 197:19, 197:22
**issues** - 19:11, 81:14, 143:19, 196:22, 200:5, 200:7, 200:9, 200:13
**its's** - 144:6
**itself** - 212:11

## J

**Jackson** - 35:16
**Jai** - 34:8
**jail** - 85:5, 151:19, 158:22, 158:23, 183:1
**Jamal** - 38:6
**Jamar** - 36:16
**James** - 34:24, 35:18, 38:5
**Janu** - 35:17
**January** - 30:11, 204:23
**Jeep** - 188:5
**Jeffrey** - 36:13
**Jerrell** - 38:2
**Jessup** - 52:17
**Jocelyn** - 36:12
**John** - 1:14, 2:6, 33:8, 33:12, 35:13,

9

103:25
**Johnson**- 35:4
**Jonathan**- 34:19
**Jones**- 5:12, 21:9,
21:12, 34:19, 35:1,
38:7
**Jr**- 1:14
**judge** - 6:19, 7:19,
7:20, 8:15, 8:16, 8:17,
8:19, 8:22, 10:6, 12:6,
60:1, 184:24, 210:18
**Judge**- 1:12, 4:5,
4:18, 14:11, 17:15,
20:1, 30:22, 90:4,
193:21, 197:11,
198:25, 200:8, 211:12
**judges** - 6:6,
202:13, 202:14,
202:15, 202:16
**judging** - 75:15
**judgment** - 140:1
**July**- 140:11
**June**- 169:3
**juries** - 23:3, 23:8,
23:12, 78:18, 111:12
**Juror**- 21:9, 24:13,
24:15, 24:17, 24:19,
24:21, 24:23, 24:25,
25:2, 25:4, 25:6, 25:8,
25:10, 25:12, 25:14,
25:16, 25:18, 25:20,
25:22, 25:24, 26:1,
26:3, 26:5, 26:7, 26:9,
26:11, 26:13, 26:15,
26:17, 26:19, 26:21,
26:23, 26:25, 27:2,
27:4, 27:6, 27:8,
27:10, 27:12, 27:14,
27:16, 27:18, 27:20,
27:22, 27:24, 28:1,
28:3, 28:5, 28:7, 28:9,
28:11, 28:13, 28:15,
28:17, 28:19, 28:21,
28:23, 28:25, 29:2,
29:4, 29:6, 32:14,
32:15, 37:1, 37:4,
38:20, 41:6, 41:20,
42:12, 42:19, 43:2,
43:8, 43:16, 43:25,
44:2, 44:6, 44:9,
44:16, 44:23, 45:25,
46:22, 47:10, 47:12,
47:22, 47:24, 48:7,
48:21, 49:12, 49:14,
49:21, 49:23, 50:5,
50:6, 50:16, 51:1,
51:9, 51:11, 51:19,
51:21, 52:3, 52:5,
52:15, 52:22, 53:2,
53:3, 53:5, 53:10,
53:11, 53:16, 53:17,
55:1, 55:3, 55:9,
55:10, 55:17, 55:23,
55:24, 56:4, 56:6,
56:13, 56:15, 56:19,
56:21, 58:4, 58:17,
59:2, 59:13, 59:14,
59:16, 59:23, 59:24,
60:7, 60:8, 61:5, 61:7,
61:17, 61:24, 62:1,
62:16, 62:17, 62:25,
63:6, 63:7, 63:13,
63:14, 63:20, 64:16,
65:4, 65:5, 65:6,
65:16, 65:18, 67:22,
67:25, 68:19, 69:7,
69:8, 70:18, 70:20,
71:6, 72:20, 72:22,
73:2, 73:5, 73:13,
73:19, 74:4, 74:6,

74:11, 74:13, 74:17,
74:19, 74:20, 84:12,
87:15, 88:4, 88:5,
90:6, 90:7, 92:11,
94:10, 94:12, 95:16,
95:20, 98:5, 98:7,
99:11, 103:6, 103:9,
105:14, 106:9,
106:15, 106:17,
109:9, 109:11,
110:10, 112:7,
112:10, 114:7, 114:9,
115:3, 115:6, 115:10,
115:11, 116:8,
118:16, 118:19,
120:3, 122:3, 123:24,
124:1, 127:22,
127:24, 130:20,
132:23, 133:25,
134:8, 134:10,
138:20, 139:1, 139:2,
139:4, 141:6, 144:19,
144:21, 145:24,
146:6, 146:8, 148:23,
148:25, 151:1, 151:4,
154:8, 156:14,
157:18, 157:20,
159:16, 159:19,
159:21, 159:23,
160:22, 160:24,
161:22, 163:20,
163:22, 167:6, 168:7,
168:22, 168:24,
170:22, 172:24,
173:1, 175:14,
175:15, 177:4, 178:5,
178:10, 180:11,
180:13, 182:17,
182:22, 182:24,
183:25, 184:2,
185:11, 185:12,
185:13, 186:14,
187:19, 187:20,
190:24, 190:25,
194:19, 194:20,
194:21, 196:23,
196:24, 197:4, 197:6,
197:7, 197:9, 200:21,
200:22, 200:23,
200:24, 200:25,
201:1, 201:2, 201:3,
201:4, 201:7
**juror** - 14:10, 15:24,
24:10, 32:11, 41:4,
68:25, 69:19, 75:19,
81:6, 82:6, 83:1, 83:8,
86:9, 86:13, 87:17,
88:8, 89:10, 90:4,
93:16, 95:6, 97:13,
98:8, 98:24, 100:21,
102:11, 108:14,
112:11, 113:21,
114:25, 120:13,
121:25, 123:6, 126:3,
130:3, 131:17, 143:5,
143:12, 153:21,
158:1, 159:5, 159:24,
163:10, 167:7,
170:12, 175:2,
177:15, 179:11,
183:13, 187:7,
189:12, 190:13,
191:25, 207:24,
208:4, 208:6
**juror's** - 208:5
**jurors** - 3:13, 19:10,
19:19, 19:23, 19:24,
20:4, 21:5, 22:12,
24:5, 29:8, 83:16,
103:2, 132:24,

140:16, 146:2, 146:4,
149:24, 150:2, 168:9,
177:5, 182:16,
211:19, 212:4
**jurors's** - 18:8
**Jury**- 1:12, 24:14,
24:16, 24:18, 24:20,
24:22, 24:24, 25:1,
25:3, 25:5, 25:7, 25:9,
25:11, 25:13, 25:15,
25:17, 25:19, 25:21,
25:23, 25:25, 26:2,
26:4, 26:6, 26:8,
26:10, 26:12, 26:14,
26:16, 26:18, 26:20,
26:22, 26:24, 27:1,
27:3, 27:5, 27:7, 27:9,
27:11, 27:13, 27:15,
27:17, 27:19, 27:21,
27:23, 27:25, 28:2,
28:4, 28:6, 28:8,
28:10, 28:12, 28:14,
28:16, 28:18, 28:20,
28:22, 28:24, 29:1,
29:3, 29:5, 29:7,
32:13, 32:17, 32:20,
32:25, 37:3, 37:7,
37:9, 37:13, 37:17,
38:15, 38:19, 38:22,
39:2, 39:6, 39:8,
39:13, 39:17, 39:21,
41:1, 41:5, 41:9,
41:12, 41:15, 41:18,
42:13, 42:15, 42:20,
42:22, 43:2, 43:4,
43:9, 43:11, 43:17,
43:19, 44:1, 44:3,
44:8, 44:10, 44:16,
44:18, 44:23, 44:25,
45:5, 45:8, 45:11,
45:15, 45:19, 45:24,
46:1, 46:6, 46:8,
46:11, 46:14, 46:17,
46:21, 46:23, 47:3,
47:5, 47:11, 47:13,
47:18, 47:23, 47:25,
48:8, 48:10, 48:18,
48:22, 48:24, 49:3,
49:6, 49:9, 49:13,
49:15, 49:22, 49:24,
50:5, 50:7, 50:15,
50:17, 50:25, 51:2,
51:5, 51:10, 51:12,
51:18, 51:22, 52:2,
52:4, 52:7, 52:14,
52:16, 52:22, 52:24,
53:4, 53:6, 53:10,
53:12, 53:16, 53:18,
53:21, 55:2, 55:4,
55:9, 55:11, 55:16,
55:18, 55:23, 55:25,
56:4, 56:7, 56:12,
56:16, 56:20, 56:22,
57:18, 57:20, 57:24,
58:4, 58:6, 58:10,
58:12, 58:16, 58:18,
58:21, 59:1, 59:3,
59:5, 59:13, 59:15,
59:17, 59:23, 59:25,
60:8, 60:10, 60:14,
61:6, 61:8, 61:11,
61:14, 61:17, 61:19,
61:24, 62:2, 62:7,
62:11, 62:16, 62:18,
62:24, 63:1, 63:6,
63:8, 63:13, 63:15,
63:20, 63:24, 64:2,
64:15, 64:18, 64:22,
64:25, 65:4, 65:7,
65:10, 65:13, 65:17,

65:20, 65:22, 65:25,
66:3, 67:24, 68:1,
68:9, 68:13, 68:21,
69:1, 70:19, 70:25,
72:21, 72:23, 73:4,
73:6, 73:12, 73:15,
73:20, 73:22, 74:3,
74:7, 74:12, 74:14,
74:18, 74:21, 84:11,
84:13, 84:15, 84:19,
84:21, 84:25, 85:4,
85:9, 85:12, 85:16,
85:21, 85:25, 86:2,
86:5, 86:7, 86:14,
86:17, 86:21, 87:1,
87:5, 87:8, 87:13,
88:2, 88:4, 88:7,
88:11, 88:13, 88:17,
88:21, 88:25, 89:3,
89:6, 89:11, 89:14,
89:22, 89:24, 90:2,
90:5, 90:8, 90:13,
90:16, 90:20, 90:23,
91:2, 91:5, 91:10,
91:13, 91:20, 91:23,
92:1, 92:9, 92:12,
92:15, 92:19, 93:2,
93:5, 93:8, 93:11,
93:14, 93:21, 93:25,
94:5, 94:8, 94:11,
94:15, 94:21, 94:25,
95:9, 95:12, 95:15,
95:19, 95:21, 95:24,
96:3, 96:6, 96:9,
96:11, 96:15, 96:18,
96:21, 96:23, 97:1,
97:4, 97:7, 97:14,
97:16, 97:19, 98:2,
98:4, 98:6, 98:8,
98:13, 98:15, 98:18,
98:20, 98:25, 99:8,
99:10, 99:12, 99:15,
99:18, 99:22, 100:3,
100:5, 100:8, 100:13,
100:18, 100:22,
101:4, 101:14, 101:7,
101:10, 101:14,
101:17, 102:1, 102:3,
102:6, 102:9, 102:12,
102:17, 103:8,
103:11, 103:15,
103:17, 103:21,
103:24, 104:3,
104:10, 104:13,
104:16, 104:19,
104:23, 105:3, 105:6,
105:12, 105:15,
105:17, 105:20,
105:25, 106:4, 106:7,
106:8, 106:16,
106:18, 106:22,
106:24, 107:3, 107:7,
107:9, 107:12,
107:15, 107:19,
107:24, 108:6,
108:11, 108:15,
108:24, 109:7,
109:10, 109:13,
109:16, 109:19,
109:23, 110:1, 110:3,
110:5, 110:8, 110:14,
110:20, 111:3, 111:9,
111:13, 111:15,
111:19, 111:22,
111:25, 112:2, 112:5,
112:8, 112:11,
112:14, 112:16,
112:18, 112:22,
112:24, 113:2, 113:5,
113:9, 113:12, 114:2,

114:5, 114:8, 114:11,
114:14, 114:21,
115:1, 115:4, 115:5,
115:9, 115:11,
115:14, 115:18,
115:21, 115:25,
116:4, 116:7, 116:14,
116:18, 116:21,
117:2, 117:7, 117:14,
117:22, 117:24,
118:18, 118:20,
118:23, 119:1, 119:3,
119:8, 119:12,
119:15, 119:20,
119:25, 120:5,
120:15, 120:22,
121:6, 121:12,
121:16, 121:21,
121:23, 121:24,
122:2, 122:4, 122:7,
122:10, 122:13,
122:17, 122:20,
122:24, 123:2, 123:7,
123:10, 123:15,
123:23, 124:3,
123:25, 124:2, 124:5,
124:14, 124:17,
124:20, 124:23,
125:2, 125:5, 125:8,
125:10, 125:13,
125:16, 125:19,
125:21, 125:24,
126:4, 126:7, 126:16,
126:19, 126:22,
127:1, 127:3, 127:9,
127:12, 127:15,
127:21, 127:23,
128:8, 128:11,
128:15, 128:17,
128:22, 128:24,
129:3, 129:6, 129:14,
129:21, 129:24,
130:7, 130:16,
130:18, 130:21,
130:23, 131:3, 131:6,
131:11, 131:13,
131:16, 131:19,
131:23, 132:2, 132:5,
132:8, 132:10,
132:21, 132:25,
133:3, 133:8, 133:10,
133:12, 133:21,
134:9, 134:11,
134:16, 134:18,
134:22, 135:3, 135:6,
135:9, 135:12,
135:15, 135:19,
135:22, 135:25,
136:3, 136:6, 136:10,
136:15, 136:18,
137:6, 137:9, 137:13,
137:19, 137:25,
138:7, 138:11,
138:15, 138:19,
139:3, 139:6, 139:10,
139:13, 139:15,
139:17, 139:21,
139:24, 140:8,
140:18, 140:21,
141:4, 141:7, 141:9,
141:14, 141:16,
141:21, 142:3, 142:9,
142:14, 142:18,
142:22, 143:2, 143:7,
143:14, 143:25,
144:2, 144:18,
144:20, 144:22,
144:25, 145:3, 145:5,
145:13, 145:16,
145:20, 145:23,

10

146:5, 146:7, 146:10,
146:18, 146:22,
146:25, 147:6,
147:10, 147:16,
147:20, 147:24,
148:2, 148:9, 148:11,
148:14, 148:17,
148:22, 148:24,
149:2, 149:6, 149:9,
149:14, 149:25,
150:8, 150:11,
150:14, 150:22,
151:2, 151:6, 151:8,
151:11, 151:14,
151:17, 151:23,
152:19, 152:24,
153:5, 153:11,
153:16, 153:18,
153:22, 154:5, 154:7,
154:9, 154:12,
154:14, 154:17,
155:2, 155:4, 155:7,
155:11, 155:13,
155:15, 155:20,
155:23, 156:1, 156:7,
156:10, 156:13,
157:19, 157:21,
157:25, 158:3, 158:5,
158:8, 158:11,
158:14, 158:17,
158:21, 158:24,
159:3, 159:6, 159:14,
159:22, 159:24,
160:3, 160:6, 160:10,
160:13, 160:21,
160:23, 161:1, 161:4,
161:8, 161:11,
161:15, 161:17,
161:20, 161:25,
162:2, 162:5, 162:9,
162:12, 162:16,
162:21, 162:24,
163:1, 163:4, 163:7,
163:11, 163:19,
163:21, 163:23,
164:4, 164:9, 164:15,
164:18, 164:21,
164:24, 165:4, 165:6,
165:11, 165:16,
165:21, 165:24,
166:2, 166:6, 166:13,
166:19, 166:22,
167:5, 167:9, 167:12,
167:16, 167:20,
167:23, 168:12,
168:20, 168:23,
168:25, 169:3, 169:6,
169:9, 169:12,
169:15, 169:17,
169:20, 169:24,
170:1, 170:3, 170:7,
170:10, 170:13,
170:21, 170:23,
170:25, 171:4, 171:7,
171:11, 171:13,
171:16, 171:23,
172:1, 172:6, 172:14,
172:23, 172:25,
173:2, 173:5, 173:9,
173:14, 173:18,
173:23, 174:3, 174:7,
174:10, 174:13,
174:17, 174:25,
175:14, 175:16,
175:20, 175:24,
176:7, 176:11,
176:15, 176:18,
176:21, 176:24,
177:8, 177:18,
177:23, 178:7, 178:9,

178:11, 178:13,
178:16, 178:18,
178:21, 178:25,
179:5, 179:13,
179:18, 180:12,
180:14, 180:18,
180:22, 180:25,
181:4, 181:7, 181:11,
181:13, 181:18,
181:22, 181:25,
182:8, 182:11,
182:18, 182:21,
182:23, 182:25,
183:6, 183:9, 183:15,
183:23, 184:1, 184:4,
184:6, 184:9, 184:12,
184:15, 184:19,
184:22, 185:1, 185:9,
185:12, 185:14,
185:24, 186:2, 186:5,
186:13, 186:15,
186:17, 186:22,
187:2, 187:5, 187:8,
187:16, 187:18,
187:21, 187:25,
188:4, 188:9, 188:13,
188:16, 188:19,
188:23, 189:1, 189:4,
189:8, 189:13,
189:16, 189:19,
189:21, 189:24,
190:1, 190:3, 190:5,
190:8, 190:11,
190:14, 190:22,
190:24, 191:1, 191:9,
191:17, 191:21,
192:1, 192:3, 192:6,
192:12, 192:14,
192:21, 193:11,
193:16, 193:24,
194:5, 194:9, 194:18,
194:20, 194:22,
195:1, 195:3, 195:6,
195:8, 195:10,
195:12, 195:16,
195:19, 195:22,
196:3, 196:7, 196:11,
196:19

   jury - 2:22, 2:23,
3:12, 4:16, 10:1, 10:3,
10:18, 13:5, 13:20,
14:4, 14:5, 14:10,
14:20, 15:15, 16:3,
16:24, 16:25, 18:5,
18:22, 18:25, 20:8,
20:10, 20:22, 22:4,
22:6, 22:19, 23:1,
23:2, 23:14, 23:17,
24:3, 24:10, 29:10,
29:18, 31:2, 31:23,
32:18, 33:11, 40:5,
40:11, 77:6, 77:10,
77:11, 77:22, 81:2,
81:3, 81:4, 81:5, 81:8,
82:16, 83:19, 87:19,
88:10, 88:19, 110:24,
112:13, 113:6, 113:7,
113:22, 115:15,
116:20, 116:24,
116:25, 124:6,
124:15, 124:18,
124:19, 124:21,
129:6, 130:8, 132:19,
140:5, 140:6, 154:15,
154:19, 154:20,
154:21, 154:22,
157:23, 158:7,
162:12, 168:10,
169:1, 169:11,
172:16, 173:3, 180:6,

180:23, 181:1,
183:22, 184:1, 184:3,
185:19, 189:16,
198:7, 199:21,
200:19, 200:20,
201:12, 201:22,
201:23, 201:25,
202:3, 202:8, 202:18,
202:23, 203:16,
207:18, 209:4, 209:9,
210:11, 210:13,
210:19, 212:3, 212:5,
212:6, 212:7
   Justice- 57:4
   justice - 70:6, 75:9,
185:19
   juvenile - 147:11,
147:15, 147:18

**K**

   K-9 - 47:15
   Kareem - 31:10,
34:6
   Kazmarek - 34:25
   keep - 12:8, 12:9,
124:10, 126:9, 210:6
   Kelly - 34:6
   Kershaw - 35:1
   Kerwin - 34:16
   Kevin - 35:1, 36:16,
106:24
   Keybum - 4:25
   Keyburn - 5:1, 5:2,
5:13, 38:9
   kicks - 193:3
   kid - 186:19, 188:6
   killed - 86:5,
106:19, 108:9, 156:2,
156:5
   killers - 143:4
   kind - 6:6, 16:17,
16:23, 20:17, 22:5,
42:4, 42:9, 57:14,
57:16, 62:9, 62:20,
63:25, 81:12, 87:17,
88:23, 100:7, 111:17,
112:20, 112:22,
124:21, 129:12,
131:21, 140:12,
157:4, 158:10, 160:2,
162:14, 194:8
   Kissie - 4:20, 4:22,
5:12, 38:8
   knowing - 70:2,
70:3, 137:21
   knowingly - 30:5
   knowledge - 31:13,
69:15, 136:3, 183:4,
183:6, 206:1
   known - 4:25, 5:12,
5:13, 23:5, 30:25,
31:19, 36:18, 36:22,
36:24, 36:25, 37:25,
38:2, 38:5, 38:8, 38:9,
54:8, 72:1, 206:6
   knows - 21:12, 35:8

**L**

   Labor- 202:16
   Ladies- 17:10,
124:9, 199:20,
200:18, 202:2, 203:8
   ladies - 76:7, 77:12,
80:4, 212:1
   Lamont- 5:7, 5:14,
38:9
   language - 105:21,
106:1, 106:3, 106:11,

185:17
   large - 142:9, 210:1
   Laron- 35:4
   Larry- 35:17, 36:15
   Last- 39:21, 124:17,
169:24
   last - 35:3, 35:20,
35:21, 39:19, 62:8,
82:23, 96:21, 115:19,
138:21, 154:15,
171:1, 173:16,
173:19, 191:11,
193:17, 203:3, 206:3,
206:4, 206:8
   late - 20:23
   Laughter- 203:5
   laundering - 96:4,
97:11
   Law- 10:3
   law - 10:4, 12:4,
12:5, 34:13, 36:8,
37:14, 41:1, 41:8,
41:23, 42:1, 42:9,
44:18, 45:6, 46:8,
46:9, 46:17, 47:25,
56:18, 50:18, 51:22,
57:9, 60:21, 61:3,
61:9, 61:11, 62:4,
62:6, 62:12, 62:20,
63:3, 63:9, 63:25,
64:3, 66:12, 67:18,
69:16, 69:25, 70:15,
70:16, 70:22, 70:23,
75:20, 75:23, 76:2,
76:5, 81:21, 82:12,
91:4, 97:18, 102:5,
104:18, 115:18,
116:10, 122:21,
123:1, 127:25, 128:1,
131:10, 139:20,
141:24, 142:21,
143:2, 143:3, 147:23,
157:21, 158:19,
158:20, 158:21,
159:2, 166:4, 170:6,
183:5, 189:7, 197:9,
205:15, 206:20,
207:16, 208:24, 209:3
   law's - 183:1,
183:11
   laws - 56:17, 66:6,
95:4
   lawyer - 57:6,
58:10, 58:11, 60:21,
61:3, 63:2
   lawyers - 9:6,
15:19, 40:6, 63:21,
63:23, 78:1, 80:10,
191:19, 199:21,
203:13, 207:3, 207:13
   lawyers' - 205:12
   leader - 47:15
   leads - 116:2
   learned - 23:16
   least - 92:21, 93:5,
129:7, 132:23,
143:23, 184:6
   leave - 210:5,
210:20
   Leave- 163:19
   leaves - 16:15,
87:22, 156:16
   Leaves- 87:13,
89:22, 92:9, 94:8,
95:15, 98:2, 99:8,
105:12, 106:8, 109:7,
112:5, 114:5, 115:5,
121:24, 123:23,
127:21, 130:16,
133:21, 138:19,

141:4, 144:18, 146:5,
148:22, 150:22,
154:5, 156:13,
159:14, 160:21,
167:5, 168:20,
170:21, 172:14,
174:25, 178:7,
182:21, 183:23,
185:9, 186:13,
187:16, 190:22,
194:18, 196:19
   led - 211:20
   left - 77:13, 83:22,
83:23, 88:14, 102:25,
136:21, 156:21,
157:9, 171:5, 171:8
   legal - 13:1, 60:20,
61:2, 81:19
   length - 83:2,
149:15
   less - 7:7, 7:16,
113:23, 144:3, 206:18
   lesser - 70:15,
71:12
   letters - 10:5, 11:22
   Lexington- 175:21
   lieutenant - 42:23
   life - 9:18, 9:20,
10:4, 10:7, 10:25,
11:10, 11:20, 12:2,
12:5, 85:6, 114:16,
139:22, 140:8
   light - 18:23, 87:15,
92:22, 93:17, 93:19,
95:6, 100:14, 107:4,
108:7, 110:10,
114:22, 116:10,
125:25, 134:24,
138:2, 138:24, 142:4,
147:1, 165:17,
166:15, 176:3,
177:11, 177:12,
177:16, 177:19,
179:6, 179:8, 186:24,
195:13
   limited - 62:12,
101:10
   line - 9:6, 16:12,
76:19, 77:14, 83:24,
103:1, 118:10
   lined - 13:20, 78:22
   Linked- 208:20
   Linnard- 36:23
   list - 4:7, 4:8, 4:9,
14:20, 15:3, 15:5,
15:7, 17:13, 17:23,
20:15, 20:22, 21:2,
21:3, 21:4, 34:3,
132:22, 149:23,
168:8, 196:21, 199:7
   listen - 80:6,
208:14, 208:15
   lists - 199:24
   litigation - 64:3
   live - 32:3, 37:16,
86:19, 86:21, 119:13,
151:4
   lived - 85:5, 140:9,
142:10, 179:20
   lives - 38:16, 39:9,
39:20
   living - 34:9, 91:1,
120:1
   lobbied - 72:9
   local - 42:3, 42:7,
42:8, 73:7
   located - 39:7
   Locke- 35:4
   logical - 206:6,
206:12

11

Loi- 34:14
look - 8:16, 16:10,
21:3, 31:23, 77:13,
108:18, 200:4, 206:8
looked - 136:23
looking - 11:25,
20:22, 21:2, 136:20
Los- 181:1
loss - 56:1, 171:18
lost - 88:13
Lounge- 169:22
love - 110:21
Lsd- 139:15
lunch - 15:16, 76:8,
76:10, 77:4, 209:21,
210:6
Lunch- 79:1
lung - 149:16,
197:15

## M

Ma'am - 91:16,
126:10, 179:16
ma'am - 40:25,
42:12, 42:14, 45:18,
45:23, 46:5, 46:7,
48:7, 48:9, 48:21,
48:23, 49:12, 50:4,
50:6, 51:9, 51:11,
51:17, 51:21, 52:1,
52:6, 52:21, 52:23,
53:3, 53:15, 55:15,
55:17, 55:22, 55:24,
56:3, 56:6, 56:11,
58:25, 59:4, 59:12,
59:16, 60:9, 61:5,
62:15, 62:17, 62:23,
62:25, 73:10, 73:14,
84:7, 84:10, 84:14,
89:23, 95:18, 95:22,
105:13, 105:18,
106:12, 106:17,
109:8, 112:6, 122:1,
123:24, 130:17,
130:22, 133:6, 134:8,
134:10, 139:2, 139:4,
144:19, 144:21,
146:6, 148:23, 151:1,
159:21, 159:23,
160:22, 160:24,
163:20, 163:22,
168:21, 168:24,
170:22, 170:24,
172:22, 173:1, 178:8,
178:12, 182:22,
182:24, 183:24,
183:25, 184:2,
194:19, 194:21
Mack - 31:20
Madam - 3:11, 4:10,
13:17, 13:24, 133:22,
201:21
main - 211:19
maintenance -
191:4
makeup - 92:24,
100:16, 107:6,
110:12, 116:11,
116:12, 135:1,
137:23, 147:3,
161:23, 165:19,
176:5, 187:1, 195:15
male - 107:8,
195:17
man - 8:8, 11:17,
121:14, 156:6
mandatory - 9:16,
9:18, 10:25
manslaughter -

157:22
March - 32:21,
32:22, 167:8
Marie - 36:17
marijuana - 137:2,
137:16, 140:1, 141:11
Mark - 35:1, 36:2
marked - 17:2
marker - 17:4, 17:5
Market - 175:22
marking - 15:8,
17:12
married - 140:9
Marshal's - 57:8,
59:7
Marshals - 48:2
marshals - 211:20
martial - 64:8,
64:11, 64:24, 65:12,
66:2
Martie - 34:8, 36:21
Martin - 35:14
Marvin - 38:6
Maryland - 1:1,
37:18, 37:19, 40:20,
40:22, 46:15, 48:5,
51:14, 52:7, 53:13,
60:1, 93:9, 98:10,
103:19, 104:12,
128:18, 136:7,
142:13, 151:5, 168:1,
169:22
Mason - 34:23
matter - 5:18, 21:21,
22:3, 29:17, 82:19,
123:5, 166:5, 206:1,
211:4, 211:7, 212:16,
212:22
matters - 3:23, 5:15,
78:1
Maurice - 36:15
Mcclinton - 36:23
Mcdermott - 35:2
mean - 12:17, 20:1,
21:17, 40:12, 69:21,
88:25, 144:3, 151:24,
177:18, 192:17,
193:6, 198:15
meaning - 86:1
means - 6:13, 7:6,
7:17, 8:14, 10:13,
10:15, 29:20, 76:2,
157:4, 204:2
mechanical - 1:24
media - 31:14,
208:16
mediation - 60:2,
60:4
Medical - 93:9
medical - 35:5,
191:10
Medicare - 48:13
medication - 193:8
meds - 193:14,
193:15
Melvin - 36:18
Member - 24:14,
24:16, 24:18, 24:20,
24:22, 24:24, 25:1,
25:3, 25:5, 25:7, 25:9,
25:11, 25:13, 25:15,
25:17, 25:19, 25:21,
25:23, 25:25, 26:2,
26:4, 26:6, 26:8,
26:10, 26:12, 26:14,
26:16, 26:18, 26:20,
26:22, 26:24, 27:1,
27:3, 27:5, 27:7, 27:9,
27:11, 27:13, 27:15,
27:17, 27:19, 27:21,

27:23, 27:25, 28:2,
28:4, 28:6, 28:8,
28:10, 28:12, 28:14,
28:16, 28:18, 28:20,
28:22, 28:24, 29:1,
29:3, 29:5, 29:7,
32:13, 32:17, 32:20,
32:25, 37:3, 37:7,
37:9, 37:13, 37:17,
38:15, 38:19, 38:22,
39:2, 39:6, 39:8,
39:13, 39:17, 39:21,
41:1, 41:5, 41:9,
41:12, 41:15, 41:18,
42:13, 42:15, 42:20,
42:22, 43:2, 43:4,
43:9, 43:11, 43:17,
43:19, 44:1, 44:3,
44:8, 44:10, 44:16,
44:18, 44:23, 44:25,
45:5, 45:8, 45:11,
45:15, 45:19, 45:24,
46:1, 46:6, 46:8,
46:11, 46:14, 46:17,
46:21, 46:23, 47:3,
47:5, 47:11, 47:13,
47:18, 47:23, 47:25,
48:8, 48:10, 48:18,
48:22, 48:24, 49:3,
49:6, 49:9, 49:13,
49:15, 49:22, 49:24,
50:5, 50:7, 50:15,
50:17, 50:25, 51:2,
51:5, 51:10, 51:12,
51:18, 51:22, 52:2,
52:4, 52:7, 52:14,
52:16, 52:22, 52:24,
53:4, 53:6, 53:10,
53:12, 53:16, 53:18,
53:21, 55:2, 55:4,
55:9, 55:11, 55:16,
55:18, 55:23, 55:25,
56:4, 56:7, 56:12,
56:16, 56:20, 56:22,
57:18, 57:20, 57:24,
58:4, 58:6, 58:10,
58:12, 58:16, 58:18,
58:21, 59:1, 59:3,
59:5, 59:13, 59:15,
59:17, 59:23, 60:5,
60:8, 60:10, 60:14,
61:6, 61:8, 61:11,
61:14, 61:17, 61:19,
61:24, 62:2, 62:7,
62:11, 62:16, 62:18,
62:24, 63:1, 63:6,
63:8, 63:13, 63:15,
63:20, 63:24, 64:2,
64:15, 64:18, 64:22,
64:25, 65:4, 65:7,
65:10, 65:13, 65:17,
65:20, 65:22, 65:25,
66:3, 67:24, 68:1,
68:9, 68:13, 68:21,
69:1, 70:19, 70:25,
72:21, 72:23, 73:4,
73:6, 73:12, 73:15,
73:20, 73:22, 74:3,
74:7, 74:12, 74:14,
74:18, 74:21, 84:11,
84:13, 84:15, 84:19,
84:21, 84:25, 85:4,
85:9, 85:12, 85:16,
85:21, 85:25, 86:2,
86:5, 86:7, 86:14,
86:17, 86:21, 87:1,
87:5, 87:8, 87:13,
88:2, 88:4, 88:7,
88:11, 88:13, 88:17,
88:21, 88:25, 89:3,

89:6, 89:11, 89:14,
89:22, 89:24, 90:2,
90:5, 90:8, 90:13,
90:16, 90:20, 90:23,
91:2, 91:5, 91:10,
91:13, 91:20, 91:23,
92:1, 92:9, 92:12,
92:15, 92:19, 93:2,
93:5, 93:8, 93:11,
93:14, 93:21, 93:25,
94:5, 94:8, 94:11,
94:15, 94:21, 94:25,
95:9, 95:12, 95:15,
95:19, 95:21, 95:24,
96:3, 96:6, 96:9,
96:11, 96:15, 96:18,
96:21, 96:23, 97:1,
97:4, 97:7, 97:14,
97:16, 97:19, 98:2,
98:4, 98:6, 98:8,
98:13, 98:15, 98:18,
98:20, 98:25, 99:8,
99:10, 99:12, 99:15,
99:18, 99:22, 100:3,
100:5, 100:8, 100:13,
100:18, 100:22,
101:1, 101:4, 101:7,
101:10, 101:14,
101:17, 102:1, 102:3,
102:6, 102:9, 102:12,
102:17, 103:8,
103:11, 103:15,
103:17, 103:21,
103:24, 104:3,
104:10, 104:13,
104:16, 104:19,
104:23, 105:3, 105:6,
105:12, 105:15,
105:17, 105:20,
105:25, 106:4, 106:7,
106:8, 106:16,
106:18, 106:22,
106:24, 107:3, 107:7,
107:9, 107:12,
107:15, 107:19,
107:24, 108:6,
108:11, 108:15,
108:24, 109:7,
109:10, 109:13,
109:16, 109:19,
109:23, 110:1, 110:3,
110:5, 110:8, 110:14,
110:20, 111:3, 111:9,
111:13, 111:15,
111:19, 111:22,
111:25, 112:2, 112:5,
112:8, 112:11,
112:14, 112:16,
112:18, 112:22,
112:24, 113:2, 113:5,
113:9, 113:12, 114:2,
114:5, 114:8, 114:11,
114:14, 114:21,
115:1, 115:4, 115:5,
115:9, 115:11,
115:14, 115:18,
115:21, 115:25,
116:4, 116:7, 116:14,
116:18, 116:21,
117:2, 117:7, 117:14,
117:22, 117:24,
118:18, 118:20,
118:23, 119:1, 119:3,
119:8, 119:12,
119:15, 119:20,
119:25, 120:5,
120:15, 120:22,
121:6, 121:12,
121:16, 121:21,
121:23, 121:24,

122:2, 122:4, 122:7,
122:10, 122:13,
122:17, 122:20,
122:24, 123:2, 123:7,
123:10, 123:15,
123:19, 123:23,
123:25, 124:2, 124:5,
124:14, 124:17,
124:20, 124:23,
125:2, 125:5, 125:8,
125:10, 125:13,
125:16, 125:19,
125:21, 125:24,
126:4, 126:7, 126:16,
126:19, 126:22,
127:1, 127:3, 127:9,
127:12, 127:15,
127:21, 127:23,
128:8, 128:11,
128:15, 128:17,
128:22, 128:24,
129:3, 129:6, 129:14,
129:21, 129:24,
130:7, 130:16,
130:18, 130:21,
130:23, 131:3, 131:6,
131:11, 131:13,
131:16, 131:19,
131:23, 132:2, 132:5,
132:8, 132:10,
132:21, 132:25,
133:3, 133:8, 133:10,
133:12, 133:21,
134:9, 134:11,
134:16, 134:18,
134:22, 135:3, 135:6,
135:9, 135:12,
135:15, 135:19,
135:22, 135:25,
136:3, 136:6, 136:10,
136:15, 136:18,
137:6, 137:9, 137:13,
137:19, 137:25,
138:7, 138:11,
138:15, 138:19,
139:3, 139:6, 139:10,
139:13, 139:15,
139:17, 139:21,
139:24, 140:8,
140:18, 140:21,
141:4, 141:7, 141:9,
141:14, 141:16,
141:21, 142:3, 142:9,
142:14, 142:18,
142:22, 143:2, 143:7,
143:14, 143:25,
144:2, 144:18,
144:20, 144:22,
144:25, 145:3, 145:5,
145:13, 145:16,
145:20, 145:23,
146:5, 146:7, 146:10,
146:18, 146:22,
146:25, 147:6,
147:10, 147:16,
147:20, 147:24,
148:2, 148:9, 148:11,
148:14, 148:17,
148:22, 148:24,
149:2, 149:6, 149:9,
149:14, 149:25,
150:8, 150:11,
150:14, 150:22,
151:2, 151:6, 151:8,
151:11, 151:14,
151:17, 151:23,
152:19, 152:24,
153:5, 153:11,
153:16, 153:18,
153:22, 154:5, 154:7,

154:9, 154:12,
154:14, 154:17,
155:2, 155:4, 155:7,
155:11, 155:13,
155:15, 155:20,
155:23, 156:1, 156:7,
156:10, 156:13,
157:19, 157:21,
157:25, 158:3, 158:5,
158:8, 158:11,
158:14, 158:17,
158:21, 158:24,
159:3, 159:6, 159:14,
159:22, 159:24,
160:3, 160:6, 160:10,
160:13, 160:21,
160:23, 161:1, 161:4,
161:8, 161:11,
161:15, 161:17,
161:20, 161:25,
162:2, 162:5, 162:9,
162:12, 162:16,
162:21, 162:24,
163:1, 163:4, 163:7,
163:11, 163:19,
163:21, 163:23,
164:4, 164:9, 164:15,
164:18, 164:21,
164:24, 165:4, 165:6,
165:11, 165:16,
165:21, 165:24,
166:2, 166:6, 166:13,
166:19, 166:22,
167:5, 167:9, 167:12,
167:16, 167:20,
167:23, 168:12,
168:20, 168:23,
168:25, 169:3, 169:6,
169:9, 169:12,
169:15, 169:17,
169:20, 169:24,
170:1, 170:3, 170:7,
170:10, 170:13,
170:21, 170:23,
170:25, 171:4, 171:7,
171:11, 171:13,
171:16, 171:23,
172:1, 172:6, 172:14,
172:23, 172:25,
173:2, 173:5, 173:9,
173:14, 173:18,
173:23, 174:3, 174:7,
174:10, 174:13,
174:17, 174:25,
175:14, 175:16,
175:20, 175:24,
176:7, 176:11,
176:15, 176:18,
176:21, 176:24,
177:8, 177:18,
177:23, 178:7, 178:9,
178:11, 178:13,
178:16, 178:18,
178:21, 178:25,
179:5, 179:13,
179:18, 180:12,
180:14, 180:18,
180:22, 180:25,
181:4, 181:7, 181:11,
181:13, 181:18,
181:22, 181:25,
182:8, 182:11,
182:18, 182:21,
182:23, 182:25,
183:6, 183:9, 183:15,
183:23, 184:1, 184:4,
184:6, 184:9, 184:12,
184:15, 184:19,
184:22, 185:1, 185:9,
185:12, 185:14,

185:24, 186:2, 186:5,
186:13, 186:15,
186:17, 186:22,
187:2, 187:5, 187:8,
187:16, 187:18,
187:21, 187:25,
188:4, 188:9, 188:13,
188:16, 188:19,
188:23, 189:1, 189:4,
189:8, 189:13,
189:16, 189:19,
189:21, 189:24,
190:1, 190:3, 190:5,
190:8, 190:11,
190:14, 190:22,
190:24, 191:1, 191:9,
191:17, 191:21,
192:1, 192:3, 192:6,
192:12, 192:14,
192:21, 193:11,
193:16, 193:24,
194:5, 194:9, 194:18,
194:20, 194:22,
195:1, 195:3, 195:6,
195:8, 195:10,
195:12, 195:16,
195:19, 195:22,
196:3, 196:7, 196:11,
196:19
**member** - 49:17,
49:18, 49:25, 58:6,
72:14, 72:17, 72:18,
72:23, 73:6, 73:16,
74:7, 74:14, 74:21,
99:19, 99:20, 101:12,
144:23, 149:3, 174:1
**members** - 31:21,
32:7, 32:10, 41:21,
41:25, 42:7, 44:12,
54:6, 54:13, 54:21,
57:1, 60:19, 61:1,
72:7, 73:22, 73:23,
73:24, 80:20, 80:22,
80:24, 81:9, 81:13,
81:18, 103:12,
103:23, 104:8,
104:18, 138:3,
138:25, 151:18,
210:10
**Members** - 14:9,
24:9, 29:10, 34:7
**memorized** - 22:11
**memory** - 21:8,
171:17, 171:18,
171:22, 193:23
**men** - 110:18,
110:19, 116:17,
135:23, 137:18,
138:4, 176:14,
176:20, 177:14
**mention** - 129:16
**mentioned** - 34:1,
34:4, 34:6, 36:10,
38:1, 38:25, 126:24,
187:23
**merciful** - 11:23
**mercy** - 10:5
**mere** - 67:1, 197:24
**merely** - 30:16,
66:25, 204:6
**met** - 32:16
**meth** - 149:7
**method** - 30:16
**Michael** - 35:4,
36:12, 38:7
**mid** - 98:9, 98:21
**mid-eighties** - 98:9,
98:21
**might** - 20:10, 34:4,
40:16, 116:3, 177:2,

193:9, 199:13, 211:5
**Mike** - 34:15
**military** - 64:6,
64:10, 64:12
**mind** - 113:6,
177:10, 210:6
**minded** - 121:4,
121:7
**mine** - 39:9, 156:2
**minor** - 129:15,
152:6
**minute** - 4:13, 6:4,
8:16, 15:17, 59:14,
191:22, 212:15,
212:16
**minutes** - 15:11,
17:11, 20:7, 21:5,
76:21, 77:22, 77:23,
78:13, 193:2, 199:9,
203:9, 211:5
**misdemeanor** -
141:11
**Miss** - 15:1, 15:17,
17:3, 17:6, 17:14,
17:17, 76:18, 77:12,
156:16, 199:24,
202:1, 208:9, 211:17,
212:6, 212:9
**mistake** - 20:14
**mistaken** - 142:15
**mistakenly** - 4:7
**mistrial** - 211:21
**Mistysyn** - 35:12,
35:13
**misunderstand** -
105:22
**Mizer** - 34:15
**molesting** - 158:12
**moment** - 21:8,
21:10, 22:12, 22:24,
33:4, 83:19, 83:20
**moments** - 199:22
**monetary** - 160:8,
160:9
**Money** - 181:18
**money** - 96:3,
97:11, 162:20, 173:8,
181:23
**Monique** - 35:19
**Montgomery** -
159:25
**months** - 90:24,
96:6, 149:17, 171:19
**Moody** - 2:12,
33:17, 33:20, 34:18
**moral** - 75:13
**morning** - 2:16,
2:19, 2:20, 3:22, 5:20,
23:6, 83:3, 182:5,
193:1, 194:7, 199:12,
199:14, 203:13,
205:12, 207:5, 207:6,
209:24, 211:5
**most** - 20:18, 82:24,
85:6, 129:2, 193:3
**mother** - 52:18,
53:21, 132:12, 197:9
**mother-in-law** -
197:9
**motion** - 19:5
**motive** - 107:13
**mouse** - 162:6
**Mouzon** - 36:14,
36:15
**move** - 87:23,
196:10, 211:21
**moved** - 135:16
**mugged** - 175:21,
176:6, 176:14
**Muhangi** - 36:5,

36:6
**multiple** - 43:19
**municipal** - 41:23,
42:1
**Murder** - 111:21
**murder** - 30:4,
3:11:10, 82:14, 85:1,
86:3, 86:11, 86:24,
108:8, 111:20,
115:23, 204:13
**murdered** - 86:15,
115:19, 116:12, 122:8
**murdering** - 18:21
**must** - 9:20, 71:23,
75:20, 75:23, 105:21,
208:11, 210:6

**N**

**name** - 15:21,
15:25, 18:8, 21:9,
35:3, 35:20, 35:21,
37:8, 38:23, 39:19
**named** - 34:8,
37:12, 38:21, 38:25,
39:1, 39:12, 40:1,
128:4
**Names** - 172:1
**names** - 4:8, 4:11,
5:8, 14:21, 15:1, 15:2,
15:4, 15:8, 15:9,
15:21, 16:12, 17:1,
18:9, 19:6, 19:19,
19:22, 20:7, 20:15,
20:16, 21:16, 21:17,
21:21, 22:10, 22:11,
22:12, 22:20, 38:13,
39:3
**narcotics** - 183:2,
183:3
**National** - 55:12,
56:23, 72:15, 72:18
**natural** - 43:22,
84:24, 85:1, 85:23
**nature** - 18:23, 80:9,
82:22, 114:22,
117:11, 125:25,
142:4, 142:7, 147:14,
147:17, 167:15,
177:16, 179:7, 181:5,
181:16, 184:13
**near** - 205:3
**necessarily** -
205:20
**need** - 13:17, 16:11,
17:16, 23:21, 24:4,
24:5, 54:1, 54:4,
54:11, 57:11, 60:23,
92:23, 110:11,
110:22, 116:9,
132:16, 134:25,
147:2, 149:18,
161:22, 165:18,
180:15, 193:18,
204:24, 210:17
**needs** - 15:13
**negatively** - 144:8
**negotiate** - 5:20
**negotiations** - 6:12,
9:11, 13:15, 20:24
**neighbor** - 52:8,
174:10
**neighbor's** - 46:23
**neighbors** - 47:14
**nephew** - 45:19,
52:24, 130:25, 133:6,
133:15, 149:6, 150:5
**nerve** - 176:1
**net** - 194:1
**networking** -

208:20
**neutral** - 156:9
**Never** - 110:5, 110:7
**never** - 16:15,
22:23, 66:12, 66:13,
78:23, 107:20,
107:21, 122:18,
136:1, 164:7, 165:12,
166:8, 179:18,
211:22, 212:1
**New** - 43:5, 58:7,
58:9, 182:2, 182:3
**news** - 208:16,
208:17
**Next** - 121:25,
141:15
**next** - 40:4, 44:15,
76:15, 80:5, 82:24,
140:12, 194:7, 202:9,
203:24, 205:13,
208:10, 209:17,
209:18, 210:4, 210:20
**nice** - 33:1
**Nice** - 2:14
**nickname** - 31:20
**night** - 206:3, 206:4,
206:8
**nine** - 159:25
**nineteen** - 173:20
**Nineties** - 158:3,
178:22
**non** - 45:12, 151:21,
206:17
**non-existence** -
206:17
**non-payment** -
151:21
**non-profit** - 45:12
**none** - 113:5
**normally** - 83:14,
179:20, 209:19
**North** - 121:12,
121:14, 136:11,
136:15
**notations** - 16:14,
16:16
**note** - 177:5
**noted** - 19:24, 22:8,
23:20
**notes** - 16:18,
16:21, 16:22, 207:21,
207:23, 208:1, 208:5,
208:8, 208:10
**nothing** - 11:23,
15:12, 70:2, 130:9
**notice** - 69:22,
77:19
**Nra** - 72:24, 73:7,
73:23, 74:8, 74:15,
74:22, 129:17, 129:18
**Nsa** - 56:17, 129:18
**number** - 2:3,
14:10, 15:23, 24:10,
32:12, 37:2, 38:18,
41:4, 42:12, 42:19,
43:8, 43:16, 43:25,
44:7, 47:10, 47:22,
48:7, 48:21, 49:12,
49:21, 51:9, 53:3,
55:1, 56:19, 59:2,
60:7, 61:5, 65:16,
67:23, 67:25, 68:19,
70:18, 72:20, 73:3,
73:19, 74:4, 74:11,
74:17, 74:19, 83:14,
84:12, 90:4, 92:11,
94:10, 95:20, 98:5,
99:11, 103:7, 105:14,
106:15, 109:9, 112:7,
114:7, 115:10,

13

118:17, 123:24,
127:22, 130:20,
134:8, 139:2, 141:6,
144:19, 146:6,
148:23, 150:2, 151:1,
151:3, 157:18,
159:21, 160:22,
163:20, 168:22,
170:22, 172:24,
178:10, 180:11,
182:22, 183:25,
185:11, 186:14,
194:19, 197:1, 200:19
**numbers** - 29:9
**numerical** - 13:21
**numerous** - 23:3
**nurse** - 108:16

## O

**o'clock** - 76:9,
209:20
**oath** - 127:7
**object** - 18:8
**objection** - 19:23,
23:20, 172:18, 175:6,
201:12, 201:15
**objection's** - 22:8
**observed** - 206:6
**observes** - 205:24
**obvious** - 15:22,
80:9
**Obviously** - 13:24
**occasions** - 88:9,
151:20
**occupation** - 15:13,
15:20
**occupations** -
14:22, 19:20
**occur** - 82:17,
82:18, 106:21,
106:23, 136:5, 146:24
**occurred** - 154:23,
165:14, 177:13
**Octaviani** - 35:20,
35:21
**October** - 115:19,
115:20, 122:10
**offense** - 20:25,
93:19, 152:15, 154:23
**offenses** - 103:15,
183:12, 204:22,
204:25, 205:3
**offer** - 5:22
**Office** - 40:23, 41:7,
46:10, 50:8, 50:10,
53:23, 57:8, 57:15,
58:7, 71:22, 142:13,
188:5
**office** - 42:3, 42:8,
45:7, 57:7, 57:8,
57:15, 60:22, 61:3,
81:21, 191:3
**Officer** - 35:7, 35:12,
35:13, 35:14, 35:15,
35:16, 35:17, 36:2,
36:3, 36:4
**officer** - 35:13, 42:9,
42:16, 43:5, 45:1,
47:19, 48:11, 49:25,
50:20, 51:23, 59:9,
70:16, 70:17, 70:23,
70:24, 106:19, 108:9,
138:13, 138:22
**officers** - 43:13,
47:6, 47:7, 47:14,
121:5, 160:7
**offices** - 48:14,
48:15
**officials** - 85:19,

150:6
**often** - 175:2,
202:12
**old** - 155:12,
178:20, 181:14,
188:25
**Once** - 60:23
**once** - 108:1, 117:4,
173:2
**one** - 5:17, 5:19,
9:14, 13:25, 14:23,
17:16, 22:17, 32:14,
37:5, 38:17, 44:15,
49:17, 49:18, 56:5,
61:25, 68:2, 68:6,
68:16, 69:12, 70:7,
71:3, 73:13, 73:18,
74:4, 74:19, 80:16,
84:8, 86:14, 92:15,
99:15, 107:19,
114:15, 120:16,
124:7, 133:24, 135:5,
135:15, 136:22,
137:15, 141:15,
144:5, 144:6, 146:13,
150:23, 151:22,
151:23, 151:25,
152:4, 152:13,
152:17, 153:9,
154:14, 155:8,
156:18, 164:10,
164:16, 174:14,
178:13, 186:6, 191:4,
193:1, 198:11,
198:13, 198:18,
198:19, 199:2, 199:3,
204:20, 209:20, 210:7
**One** - 64:2, 86:15,
104:5, 111:19,
113:20, 114:14,
136:10, 147:10,
151:19, 180:15, 199:2
**ones** - 92:16,
167:24
**open** - 80:13, 121:3,
121:6
**opening** - 78:12,
78:15, 199:8, 203:13,
205:12, 211:9
**openings** - 78:7,
78:10
**opinion** - 22:1
**opinions** - 67:18,
71:16, 75:3, 120:11
**opportunity** - 83:6
**opposed** - 74:25,
75:3
**option** - 10:18
**options** - 9:13
**order** - 13:21,
76:19, 77:18, 77:19,
203:21
**organization** - 72:8
**organized** - 77:23
**ostensibly** - 132:18
**otherwise** - 10:6,
19:1, 82:6
**outside** - 7:20, 7:21,
8:17, 192:9, 206:8,
206:9, 206:11, 208:12
**overdosed** - 114:16
**overruled** - 19:25
**oversight** - 14:20
**overtime** - 177:3
**own** - 67:11, 87:23,
62:11, 62:16, 62:18,
62:24, 63:1, 63:6,
63:8, 63:13, 63:15,
63:20, 63:24, 64:2,
64:15, 64:18, 64:22,

## P

**pain** - 143:4
**Pan** - 35:21, 35:22
**panel** - 31:2, 40:5,
40:11
**Panel** - 24:14,
24:16, 24:18, 24:20,
24:22, 24:24, 25:1,
25:3, 25:5, 25:7, 25:9,
25:11, 25:13, 25:15,
25:17, 25:19, 25:21,
25:23, 25:25, 26:2,
26:4, 26:6, 26:8,
26:10, 26:12, 26:14,
26:16, 26:18, 26:20,
26:22, 26:24, 27:1,
27:3, 27:5, 27:7, 27:9,
27:11, 27:13, 27:15,
27:17, 27:19, 27:21,
27:23, 27:25, 28:2,
28:4, 28:6, 28:8,
28:10, 28:12, 28:14,
28:16, 28:18, 28:20,
28:22, 28:24, 29:1,
29:3, 29:5, 29:7,
32:13, 32:17, 32:20,
32:25, 37:3, 37:7,
37:9, 37:13, 37:17,
38:15, 38:19, 38:22,
39:2, 39:6, 39:8,
39:13, 39:17, 39:21,
41:1, 41:5, 41:9,
41:12, 41:15, 41:18,
42:13, 42:15, 42:20,
42:22, 43:2, 43:4,
43:9, 43:11, 43:17,
43:19, 44:1, 44:3,
44:8, 44:10, 44:16,
44:18, 44:23, 44:25,
45:5, 45:8, 45:11,
45:15, 45:19, 45:24,
46:1, 46:6, 46:8,
46:11, 46:14, 46:17,
46:21, 46:23, 47:3,
47:5, 47:11, 47:13,
47:18, 47:23, 47:25,
48:8, 48:10, 48:18,
48:22, 48:24, 49:3,
49:6, 49:9, 49:13,
49:15, 49:22, 49:24,
50:5, 50:7, 50:15,
50:17, 50:25, 51:2,
51:5, 51:10, 51:12,
51:18, 51:22, 52:2,
52:4, 52:7, 52:14,
52:16, 52:22, 52:24,
53:4, 53:6, 53:10,
53:12, 53:16, 53:18,
53:21, 55:2, 55:4,
55:9, 55:11, 55:16,
55:18, 55:23, 55:25,
56:4, 56:7, 56:12,
56:16, 56:20, 56:22,
57:18, 57:20, 57:24,
58:4, 58:6, 58:10,
58:12, 58:16, 58:18,
58:21, 59:1, 59:3,
59:5, 59:13, 59:15,
59:17, 59:23, 59:25,
60:8, 60:10, 60:14,
61:6, 61:8, 61:11,
61:14, 61:17, 61:19,
61:24, 62:2, 62:7,

64:25, 65:4, 65:7,
65:10, 65:13, 65:17,
65:20, 65:22, 65:25,
66:3, 67:24, 68:1,
68:9, 68:13, 68:21,
69:1, 70:19, 70:25,
72:21, 72:23, 73:4,
73:6, 73:12, 73:15,
73:20, 73:22, 74:3,
74:7, 74:12, 74:14,
74:18, 74:21, 84:11,
84:13, 84:15, 84:19,
84:21, 84:25, 85:4,
85:9, 85:12, 85:16,
85:21, 85:25, 86:2,
86:5, 86:7, 86:14,
86:17, 86:21, 87:1,
87:5, 87:8, 87:13,
88:2, 88:4, 88:7,
88:11, 88:13, 88:17,
88:21, 88:25, 89:3,
89:6, 89:11, 89:14,
89:22, 89:24, 90:2,
90:5, 90:8, 90:13,
90:16, 90:20, 90:23,
91:2, 91:5, 91:10,
91:13, 91:20, 91:23,
92:1, 92:9, 92:12,
92:15, 92:19, 93:2,
93:5, 93:8, 93:11,
93:14, 93:21, 93:25,
94:5, 94:8, 94:11,
94:15, 94:21, 94:25,
95:9, 95:12, 95:15,
95:19, 95:21, 95:24,
96:3, 96:6, 96:9,
96:11, 96:15, 96:18,
96:21, 96:23, 97:1,
97:4, 97:7, 97:14,
97:16, 97:19, 98:2,
98:4, 98:6, 98:8,
98:13, 98:15, 98:18,
98:20, 98:25, 99:8,
99:10, 99:12, 99:15,
99:18, 99:22, 100:3,
100:5, 100:8, 100:13,
100:18, 100:22,
101:1, 101:4, 101:7,
101:10, 101:14,
101:17, 102:1, 102:3,
102:6, 102:9, 102:12,
102:17, 103:8,
103:11, 103:15,
103:17, 103:21,
103:24, 104:3,
104:10, 104:13,
104:16, 104:19,
104:23, 105:3, 105:6,
105:12, 105:15,
105:17, 105:20,
105:25, 106:4, 106:7,
106:8, 106:16,
106:18, 106:22,
106:24, 107:3, 107:7,
107:9, 107:12,
107:15, 107:19,
107:24, 108:6,
108:11, 108:15,
108:24, 109:7,
109:10, 109:13,
109:16, 109:19,
109:23, 110:1, 110:3,
110:5, 110:8, 110:14,
110:20, 111:3, 111:9,
111:13, 111:15,
111:19, 111:22,
111:25, 112:2, 112:5,
112:8, 112:11,
112:14, 112:16,
112:18, 112:22,

112:24, 113:2, 113:5,
113:9, 113:12, 114:2,
114:5, 114:8, 114:11,
114:14, 114:21,
115:1, 115:4, 115:5,
115:9, 115:11,
115:14, 115:18,
115:21, 115:25,
116:4, 116:7, 116:14,
116:18, 116:21,
117:2, 117:7, 117:14,
117:22, 117:24,
118:18, 118:20,
118:23, 119:1, 119:3,
119:8, 119:12,
119:15, 119:20,
119:25, 120:5,
120:15, 120:22,
121:6, 121:12,
121:16, 121:21,
121:23, 121:24,
122:2, 122:4, 122:7,
122:10, 122:13,
122:17, 122:20,
122:24, 123:2, 123:7,
123:10, 123:15,
123:19, 123:23,
123:25, 124:2, 124:5,
124:14, 124:17,
124:20, 124:23,
125:2, 125:5, 125:8,
125:10, 125:13,
125:16, 125:19,
125:21, 125:24,
126:4, 126:7, 126:16,
126:19, 126:22,
127:1, 127:3, 127:9,
127:12, 127:15,
127:21, 127:23,
128:8, 128:11,
128:15, 128:17,
128:22, 128:24,
129:3, 129:6, 129:14,
129:21, 129:24,
130:7, 130:16,
130:18, 130:21,
130:23, 131:3, 131:6,
131:11, 131:13,
131:16, 131:19,
131:23, 132:2, 132:5,
132:8, 132:10,
132:21, 132:25,
133:3, 133:8, 133:10,
133:12, 133:21,
134:9, 134:11,
134:16, 134:18,
134:22, 135:3, 135:6,
135:9, 135:12,
135:15, 135:19,
135:22, 135:25,
136:3, 136:6, 136:10,
136:15, 136:18,
137:6, 137:9, 137:13,
137:19, 137:25,
138:7, 138:11,
138:15, 138:19,
139:3, 139:6, 139:10,
139:13, 139:15,
139:17, 139:21,
139:24, 140:8,
140:18, 140:21,
141:4, 141:7, 141:9,
141:14, 141:16,
141:21, 142:3, 142:9,
142:14, 142:18,
142:22, 143:2, 143:7,
143:14, 143:25,
144:2, 144:18,
144:20, 144:22,
144:25, 145:3, 145:5,

**Oxon** - 136:6, 136:7
**Oxycontin** - 141:24,
155:8

145:13, 145:16,
145:20, 145:23,
146:5, 146:7, 146:10,
146:18, 146:22,
146:25, 147:6,
147:10, 147:16,
147:20, 147:24,
148:2, 148:9, 148:11,
148:14, 148:17,
148:22, 148:24,
149:2, 149:6, 149:9,
149:14, 149:25,
150:8, 150:11,
150:14, 150:22,
151:2, 151:6, 151:8,
151:11, 151:14,
151:17, 151:23,
152:19, 152:24,
153:5, 153:11,
153:16, 153:18,
153:22, 154:5, 154:7,
154:9, 154:12,
154:14, 154:17,
155:2, 155:4, 155:7,
155:11, 155:13,
155:15, 155:20,
155:23, 156:1, 156:7,
156:10, 156:13,
157:19, 157:21,
157:25, 158:3, 158:5,
158:8, 158:11,
158:14, 158:17,
158:21, 158:24,
159:3, 159:6, 159:14,
159:22, 159:24,
160:3, 160:6, 160:10,
160:13, 160:21,
160:23, 161:1, 161:4,
161:8, 161:11,
161:15, 161:17,
161:20, 161:25,
162:2, 162:5, 162:9,
162:12, 162:16,
162:21, 162:24,
163:1, 163:4, 163:7,
163:11, 163:19,
163:21, 163:23,
164:4, 164:9, 164:15,
164:18, 164:21,
164:24, 165:4, 165:6,
165:11, 165:16,
165:21, 165:24,
166:2, 166:6, 166:13,
166:19, 166:22,
167:5, 167:9, 167:12,
167:16, 167:20,
167:23, 168:12,
168:20, 168:23,
168:25, 169:3, 169:6,
169:9, 169:12,
169:15, 169:17,
169:20, 169:24,
170:1, 170:3, 170:7,
170:10, 170:13,
170:21, 170:23,
170:25, 171:4, 171:7,
171:11, 171:13,
171:16, 171:23,
172:1, 172:6, 172:14,
172:23, 172:25,
173:2, 173:5, 173:9,
173:14, 173:18,
173:23, 174:3, 174:7,
174:10, 174:13,
174:17, 174:25,
175:14, 175:16,
175:20, 175:24,
176:7, 176:11,
176:16, 176:18,
176:21, 176:24,

177:8, 177:18,
177:23, 178:7, 178:9,
178:11, 178:13,
178:16, 178:18,
178:21, 178:25,
179:5, 179:13,
179:18, 180:12,
180:14, 180:18,
180:22, 180:25,
181:4, 181:7, 181:11,
181:13, 181:18,
181:22, 181:25,
182:8, 182:11,
182:18, 182:21,
182:23, 182:25,
183:6, 183:9, 183:15,
183:23, 184:1, 184:4,
184:6, 184:9, 184:12,
184:15, 184:19,
184:22, 185:1, 185:9,
185:12, 185:14,
185:24, 186:2, 186:5,
186:13, 186:15,
186:17, 186:22,
187:2, 187:5, 187:8,
187:16, 187:18,
187:21, 187:25,
188:4, 188:9, 188:13,
188:16, 188:19,
188:23, 189:1, 189:4,
189:8, 189:13,
189:16, 189:19,
189:21, 189:24,
190:1, 190:3, 190:5,
190:8, 190:11,
190:14, 190:22,
190:24, 191:1, 191:9,
191:17, 191:21,
192:1, 192:3, 192:6,
192:12, 192:14,
192:21, 193:11,
193:16, 193:24,
194:5, 194:9, 194:18,
194:20, 194:22,
195:1, 195:3, 195:6,
195:8, 195:10,
195:12, 195:16,
195:19, 195:22,
196:3, 196:7, 196:11,
196:19
**panic** - 191:10,
191:20, 192:18
**par** - 83:13
**paralegal** - 45:4,
62:2, 62:19
**parameters** - 13:1
**paraphernalia** -
104:4, 178:19, 179:10
**Pardon** - 149:25
**parents** - 146:16,
168:4
**parents'** - 146:11,
146:15
**Parole** - 44:11
**parole** - 9:21, 43:5,
57:8, 57:15, 184:16
**Parsons** - 34:8,
36:21
**part** - 9:11, 31:1,
116:16, 202:21
**participate** - 6:6,
64:7, 64:11, 64:23,
65:12, 66:1
**particular** - 8:5,
21:13, 70:1, 70:6,
120:21, 121:5, 208:4
**parties** - 205:8
**Partlow** - 36:14
**partner** - 107:16,
140:8

**party** - 40:5
**passed** - 84:17
**past** - 143:20, 179:9
**paternity** - 189:24,
190:7
**Paul** - 36:4
**payment** - 151:21
**payouts** - 118:1
**penalties** - 72:10
**penalty** - 19:14,
19:15, 82:22
**pending** - 81:16,
145:6, 195:24, 196:1
**Pennsylvania** -
46:2, 48:4, 106:25,
133:13, 133:16,
159:25
**People** - 144:2
**people** - 11:22,
16:11, 33:25, 34:3,
34:11, 34:20, 35:9,
35:24, 36:9, 37:6,
38:4, 38:12, 40:13,
69:14, 69:15, 70:2,
83:15, 101:19,
101:20, 101:21,
116:3, 132:5, 134:4,
135:2, 135:17, 144:3,
144:9, 145:18, 164:6,
165:9, 173:7, 186:20,
187:1, 191:4, 193:15,
198:1, 205:18
**people's** - 38:13
**Percocet** - 155:8
**peremptories** -
172:20, 175:10
**perfectly** - 18:23
**perhaps** - 138:6
**permanent** - 17:3
**permit** - 207:2
**permitted** - 207:4,
207:8, 207:10
**perpetrated** -
115:23, 138:24
**person** - 15:20,
34:8, 38:25, 39:1,
39:12, 39:16, 39:19,
40:3, 58:8, 66:7, 67:1,
67:2, 67:9, 72:2,
75:16, 87:3, 87:22,
92:24, 100:11,
100:16, 107:1,
107:23, 108:17,
109:20, 109:24,
110:5, 110:7, 115:22,
116:12, 119:6,
120:17, 130:3,
133:24, 134:20,
137:23, 144:4,
146:15, 147:3,
161:13, 161:16,
161:23, 162:7, 165:2,
165:19, 172:16,
176:5, 179:20, 195:4,
206:9, 206:10, 207:1,
207:25
**personal** - 44:25,
75:13, 87:15, 133:25,
145:25, 168:8,
175:17, 175:18,
175:20, 178:6, 182:6,
196:22, 197:9,
197:13, 197:14,
205:25
**personally** - 39:3,
75:24, 108:18
**personnel** - 197:8
**persons** - 32:7,
33:6, 71:17, 72:10,
92:25, 109:20,

110:12, 115:22,
116:12, 145:19,
146:16, 165:3,
165:19, 176:5
**perspective** -
141:10
**Peters** - 36:18
**Petersburg** - 104:6
**petit** - 14:9, 24:9,
29:10
**petty** - 181:15,
181:17
**Pg** - 191:5
**Pgmc** - 117:24
**Philadelphia** -
188:6
**philosophical** -
75:14
**phonetic** - 168:1
**photocopy** - 17:23
**physical** - 82:2,
205:7
**physically** - 100:2
**Physically** - 100:3
**pick** - 15:15, 198:13
**picked** - 123:1, 212:4
**piece** - 13:17
**pills** - 141:24
**Pinto** - 35:12
**Pitts** - 35:19
**pity** - 143:9
**pizza** - 146:12,
146:20, 147:4
**place** - 146:12,
191:18
**plain** - 12:6
**plaintiff** - 81:15,
128:20, 162:19,
190:2, 194:23, 194:24
**Plaintiff** - 1:4, 1:14
**plane** - 182:12
**plea** - 5:23, 6:1, 6:6,
6:12, 6:13, 6:18, 6:21,
7:2, 7:4, 7:6, 7:10,
7:17, 8:4, 8:11, 8:12,
8:14, 8:25, 9:2, 9:11,
9:12, 10:10, 10:14,
10:17, 12:25, 13:15,
20:24, 30:13, 72:1,
168:2, 199:13, 204:18
**plead** - 7:3, 20:20,
20:24
**pleading** - 8:25
**pleads** - 72:3
**pleas** - 9:9
**pled** - 139:7, 141:11
**plenty** - 16:9
**Plenty** - 191:19
**point** - 3:4, 3:24,
4:4, 5:16, 6:2, 13:6,
13:10, 22:16, 23:10,
76:22, 77:1, 99:24,
119:22, 146:13,
198:5, 200:9, 210:22
**pointed** - 136:19,
137:21, 137:23,
165:20
**police** - 35:6, 42:3,
42:7, 43:13, 43:21,
43:22, 44:12, 45:1,
45:2, 46:2, 47:6,
47:14, 48:3, 49:25,
50:1, 50:11, 50:19,
51:13, 51:23, 52:8,
52:24, 53:13, 54:15,
54:23, 59:6, 81:21,
106:19, 108:9, 121:2,
121:4, 122:22,
138:22, 160:7, 166:7
**Police** - 2:13, 52:25,

54:9
**policeman** - 46:18,
46:24, 53:7
**pool** - 49:7
**position** - 208:13
**position** - 38:23,
68:6, 68:7, 83:11,
85:3, 85:15, 88:6,
89:12, 89:25, 91:11,
92:13, 93:12, 94:13,
94:23, 95:23, 97:6,
98:16, 99:13, 101:3,
102:8, 103:10,
104:14, 105:19,
107:18, 108:4,
109:12, 112:9,
113:10, 114:10,
115:12, 115:16,
116:6, 118:22,
122:12, 123:8, 124:3,
125:11, 125:22,
129:23, 133:1, 136:8,
139:5, 140:19, 142:1,
145:14, 145:21,
146:9, 147:9, 147:25,
149:1, 149:12, 150:3,
151:10, 154:10,
155:24, 158:15,
160:11, 160:25,
162:4, 162:10, 163:6,
164:23, 167:21,
169:18, 170:8, 172:5,
173:21, 174:8,
174:15, 176:22,
177:6, 177:7, 179:3,
183:7, 184:20, 186:3,
187:3, 188:18,
189:14, 190:9,
192:13, 195:20
**possessing** -
167:17
**possession** - 30:9,
75:1, 75:5, 104:4,
141:12, 141:18,
183:2, 204:16
**possible** - 12:24,
132:19
**possibly** - 199:10
**Post** - 188:5
**Postal** - 129:20
**postgraduate** - 63:9
**postponed** - 140:11
**potentiality** - 202:8
**power** - 132:17
**practice** - 62:21,
64:1
**practices** - 64:2
**precise** - 60:25
**prejudice** - 20:17,
21:11, 21:25, 22:9,
23:19, 71:25, 81:23,
104:21
**preliminarily** -
132:14
**preliminary** - 2:25,
5:18, 203:10, 210:8
**preponderance** -
113:24
**presence** - 24:11
**present** - 2:18, 29:9
**Present** - 26:18
**presented** - 30:17,
75:22, 82:5, 203:22
**presenting** - 67:1
**presently** - 81:15
**preserve** - 20:11
**preserved** - 22:3
**preside** - 131:22
**presumed** - 30:18,
66:7, 82:15

15

presumption - 93:24, 110:18, 116:16, 138:5
pretrial - 57:9
pretty - 15:22, 108:20, 130:8
prevent - 67:20, 71:18, 75:10, 75:15, 81:25, 82:25
prevention - 56:1
previously - 40:17, 102:22, 118:6, 157:12, 157:13, 167:7, 174:5, 180:5, 197:10, 197:20
Previously - 44:10
primarily - 62:11
primary - 185:16
Prince - 51:13, 123:17
principles - 66:17
prison - 7:8, 7:13, 8:7, 8:23, 9:18, 10:4, 10:7, 11:10, 11:21, 12:2, 12:5, 50:21, 68:10, 68:14, 85:6, 85:8, 90:19, 90:22, 94:17, 131:1, 133:7, 141:17, 142:8, 157:22
private - 45:6, 45:11, 54:14, 54:16, 54:22, 54:24, 55:5, 57:5, 62:3, 62:6
probable - 116:25
Probation - 152:23, 152:24
probation - 57:7, 140:1, 170:4, 189:5
problem - 68:23, 94:20, 137:7, 137:11, 140:6, 145:12, 145:25, 150:7, 155:15, 168:8, 175:5
problems - 82:3, 91:18, 93:22, 127:6, 147:13, 171:5, 171:17, 179:9, 211:19
Procedure - 6:5, 6:15
procedure - 6:15
proceed - 2:22, 13:5, 29:17, 30:24, 198:6, 199:23
proceeding - 81:2
Proceedings - 1:10, 1:24
proceedings - 105:2, 186:1, 212:21
process - 15:14, 18:13, 24:6, 30:25, 31:2, 128:13, 199:23, 202:18, 202:22, 203:11, 203:16, 206:23
Proctor - 1:16, 2:17, 2:21, 3:8, 4:5, 4:11, 4:16, 4:17, 4:21, 4:23, 5:1, 5:3, 5:6, 5:10, 5:24, 14:11, 14:19, 14:24, 16:21, 16:24, 17:3, 17:7, 17:15, 17:18, 17:22, 18:3, 18:14, 19:1, 19:4, 20:1, 21:4, 21:10, 21:23, 23:2, 23:5, 23:10, 23:13, 23:20, 24:7, 33:21, 33:22, 33:23, 40:7, 77:2, 78:14, 78:16, 78:19, 78:24, 87:25, 89:19,

90:4, 90:7, 92:6, 97:24, 99:5, 105:9, 109:4, 111:8, 113:17, 117:18, 117:19, 118:2, 121:9, 121:10, 121:13, 121:17, 127:18, 141:2, 148:7, 148:10, 148:12, 148:16, 148:18, 150:19, 154:2, 157:1, 159:11, 160:18, 163:16, 167:2, 168:18, 170:18, 172:11, 174:22, 175:8, 178:3, 185:6, 186:11, 187:13, 190:19, 193:21, 194:3, 194:6, 194:13, 194:15, 196:16, 197:11, 198:10, 198:15, 198:25, 199:5, 200:8, 200:14, 201:16, 211:12, 211:16, 211:17
produce - 66:14
produced - 1:24
professor - 192:4
profit - 45:12
program - 84:16, 149:7, 149:10
pronounce - 5:8
pronounced - 5:4, 5:5
proof - 66:20, 11:23, 204:24
property - 147:21
proposition - 67:15
prosecuted - 71:22, 109:25, 142:12, 169:25, 183:12, 195:7
prosecution - 66:10, 71:14, 72:4, 75:5, 80:25, 128:3, 142:16
prosecutor - 105:5
prosecutorial - 72:1
prosecutors - 67:18
prospective - 83:8
protection - 84:16, 84:23, 85:18, 85:23
prove - 66:8, 66:10, 113:25, 117:5, 154:25
proves - 30:20
provides - 54:17, 54:25
provision - 8:5
proximity - 202:11
prudent - 6:1
pry - 192:17
public - 46:12, 46:13, 57:5
Public - 57:14
pulled - 136:12, 184:16
Purcell - 1:14, 2:6, 2:10, 3:2, 3:5, 4:2, 9:14, 9:19, 13:7, 13:8, 15:7, 15:10, 17:19, 17:20, 17:22, 18:1, 18:16, 18:17, 21:15, 33:9, 33:10, 33:12, 37:20, 39:23, 40:7, 69:11, 69:21, 70:8, 70:12, 76:24, 77:5, 77:9, 78:3, 78:6, 78:9, 78:13, 89:17, 91:16, 91:21, 91:24, 92:2, 94:3, 97:22, 99:3, 102:15, 105:1, 105:4,

109:2, 111:6, 113:15, 117:10, 120:24, 120:25, 121:8, 123:13, 126:10, 126:16, 126:21, 126:23, 127:2, 127:4, 127:10, 127:13, 130:2, 130:10, 133:6, 133:9, 133:11, 133:14, 140:25, 143:17, 144:1, 144:11, 144:12, 148:5, 150:17, 153:25, 159:9, 160:16, 163:14, 166:25, 168:16, 170:16, 172:9, 174:20, 175:7, 178:1, 179:16, 179:22, 183:18, 185:4, 186:9, 187:11, 190:17, 192:17, 193:8, 193:14, 196:14, 197:1, 197:3, 198:8, 199:7, 199:9, 199:15, 200:6, 200:11, 201:14, 210:24
Purcell's - 17:12
purchases - 164:6
purpose - 6:11, 19:22, 72:9
Put - 178:5
put - 6:1, 9:6, 10:9, 14:15, 20:3, 84:1, 132:22, 145:25, 149:22, 182:14

Q

qualified - 157:1
quantity - 142:10
quarrel - 20:2
quarter - 203:2
questionnaire - 18:10
questions - 3:3, 31:1, 31:3, 54:3, 69:14, 69:24, 76:10, 77:9, 80:5, 80:6, 80:7, 80:9, 80:15, 80:17, 80:19, 82:8, 83:7, 83:9, 83:12, 85:3, 85:15, 88:6, 89:13, 89:15, 90:1, 91:12, 91:15, 92:3, 92:4, 92:14, 93:13, 94:1, 94:14, 94:24, 95:23, 97:6, 97:20, 98:17, 99:1, 99:14, 101:3, 102:8, 102:13, 102:23, 103:10, 104:15, 104:24, 105:7, 105:19, 107:18, 108:5, 108:25, 109:12, 111:4, 112:10, 113:11, 113:13, 114:10, 115:13, 115:17, 116:6, 117:8, 117:16, 118:22, 119:11, 120:23, 122:12, 123:9, 123:20, 124:4, 125:12, 125:23, 126:8, 127:16, 129:23, 129:25, 130:11, 133:2, 133:4, 133:17, 136:9, 137:5, 139:5, 140:23, 142:2, 143:15, 144:10,

144:13, 145:15, 146:9, 147:9, 148:1, 148:3, 149:1, 149:13, 150:4, 150:15, 151:10, 151:12, 153:23, 154:11, 158:16, 159:7, 160:12, 160:14, 160:25, 162:4, 163:6, 163:12, 166:23, 168:14, 169:19, 170:9, 170:14, 172:5, 172:7, 173:22, 174:18, 176:23, 177:9, 177:25, 178:14, 179:4, 179:14, 179:23, 180:6, 180:15, 183:8, 183:16, 184:21, 185:2, 186:4, 186:7, 187:4, 187:9, 188:18, 189:15, 190:10, 190:15, 192:15, 193:19, 194:14, 196:13, 209:12
Questions - 123:11
Quick- 77:9
quicker - 17:4, 77:20
quickly - 76:13, 211:7
quiet - 199:22
quite - 12:21, 23:21, 72:17, 172:21, 175:3

R

race - 81:24
racial - 92:24, 93:24, 100:16, 100:24, 107:6, 107:9, 110:12, 116:11, 135:1, 137:22, 147:3, 156:3, 161:23, 165:19, 176:5, 177:22, 186:25, 195:15
racing - 188:3
radio - 59:18
Rain- 36:13
Raines- 38:7
raining - 206:3, 206:4, 206:11
raise - 23:24, 29:11
raised - 18:11, 19:2, 19:7, 19:9, 200:5
raising - 21:23
random - 100:10
range - 5:23, 6:17, 6:20, 7:2, 7:18, 7:19, 7:20, 7:21, 8:2, 8:3, 8:15, 8:17, 8:19, 8:21, 9:1, 9:7, 9:9, 10:11, 10:12, 10:13, 10:14
ranges - 192:2
rape - 134:13, 134:15, 135:8, 135:18, 135:24
Rape- 134:16
raped - 134:20, 137:17
rate - 192:23, 193:4
rather - 72:4, 132:13, 207:23
Ray/yes- 5:3, 5:5
Rdb-10-744- 2:4
re - 18:6
read - 208:15, 209:10
ready - 2:22, 2:23,

29:17, 197:2, 211:8
real - 61:8, 147:6
Real- 61:11
really - 88:25, 156:4, 191:22, 193:6, 199:17
reason - 6:19, 7:6, 9:23, 82:9, 82:25, 146:2, 176:16, 206:15
reasonable - 30:21, 66:9, 66:11, 82:17, 114:1, 117:6, 155:1, 205:2
reasonably - 205:3
reasons - 5:19
receipt - 75:2, 75:5
receive - 9:20, 209:6
received - 60:20, 61:2
recently - 68:10, 68:14, 68:22, 96:1, 127:6, 132:12, 136:12, 137:10, 171:22
recess - 14:5, 78:25, 210:23, 212:15, 212:17
Recess- 14:7, 79:1
Recessed- 212:18
recognize - 33:2
recollection - 21:8, 208:2, 209:7
Record- 14:14, 17:25, 68:18, 71:5, 78:5, 84:6, 103:5, 118:15, 124:13, 157:16, 180:10, 200:1, 201:11, 211:15
record - 2:5, 5:18, 6:2, 9:6, 10:10, 14:17, 15:10, 18:3, 19:24, 22:9, 23:20, 31:17, 32:1, 32:5, 33:15, 33:19, 33:24, 34:12, 34:21, 35:10, 35:25, 36:19, 40:9, 40:18, 40:24, 66:18, 66:23, 67:8, 67:16, 71:15, 71:20, 71:24, 72:6, 72:12, 75:7, 75:12, 75:18, 76:6, 120:3, 137:3, 159:19, 167:19, 212:21
recorded - 1:24
recovering - 188:20
redact - 19:6, 20:8
redacting - 18:9
Reeves- 4:25
reference - 37:5, 54:19, 107:12
refill - 191:14, 193:17
reflect - 5:19, 14:17, 120:3, 159:19
reflected - 20:21
refusing - 11:15
regard - 13:14, 82:21
regarding - 208:13
regardless - 71:18
regulation - 75:1, 75:4
rehab - 149:7
reject - 8:6
related - 6:7, 57:10, 57:16, 68:22, 141:10
relates - 57:13
relation - 30:1,

204:12
relative - 130:25
reliable - 205:19
religious - 75:14
rely - 205:21
remain - 67:10
remains - 30:19
remember - 105:1,
131:7, 140:22, 152:6,
152:7, 152:10, 164:11
remind - 87:20
render - 82:10
rendering - 67:20,
71:19, 75:10, 81:25,
83:1
repeat - 54:1, 54:4,
57:12, 60:23
report - 77:11,
212:6, 212:7
reported - 166:6,
166:9
reports - 208:16,
208:17
represented - 40:6
required - 12:4,
66:20
research - 208:23
resection - 140:10
resentments -
152:2
reservations - 75:8
reside - 37:16
resides - 37:17
resolution - 5:17
resources - 43:22
respect - 12:25,
20:14, 20:19, 21:24,
23:19, 30:25, 34:5,
97:9, 100:24, 120:11,
126:3, 132:23,
142:24, 143:6, 150:5,
150:7, 153:7, 165:13,
166:4, 166:10, 191:2,
191:9, 202:8, 202:22,
203:10
respond - 140:4,
180:15
response - 31:17,
32:1, 32:5, 33:15,
33:19, 33:24, 34:12,
34:22, 35:11, 36:1,
36:20, 40:9, 40:18,
40:24, 54:12, 66:18,
66:23, 67:8, 67:16,
68:6, 68:7, 68:8, 69:8,
70:4, 70:21, 71:8,
71:15, 71:20, 71:24,
72:6, 72:12, 75:7,
75:12, 75:18, 76:6,
80:11, 83:9, 83:11,
88:6, 89:25, 92:14,
94:13, 95:23, 99:14,
102:23, 103:10,
103:12, 105:19,
109:12, 112:10,
114:10, 115:13,
118:8, 118:22, 124:4,
132:7, 139:5, 140:5,
146:9, 149:1, 151:10,
154:11, 160:25,
166:4, 180:5, 187:4
responses - 85:3,
85:15, 89:12, 91:11,
93:12, 94:23, 97:6,
98:16, 101:3, 102:8,
104:14, 107:18,
108:4, 113:10,
115:16, 116:6,
122:12, 123:8,
125:11, 125:22,

129:23, 133:1, 136:8,
137:4, 139:23, 142:2,
145:15, 145:22,
147:9, 147:25,
149:12, 150:3,
155:25, 158:15,
159:17, 160:11,
162:4, 162:11, 163:6,
164:23, 167:22,
169:18, 170:8, 172:5,
173:21, 174:9,
174:16, 176:22,
177:6, 177:7, 179:3,
183:7, 184:21, 186:3,
188:18, 189:15,
190:9, 192:13, 195:21
responsible -
145:19
rest - 185:22
restaurant - 76:15
restaurants - 76:16
result - 104:22,
189:3
resulted - 95:3
retaliation - 30:3,
204:13
retire - 209:4
retired - 42:22,
43:4, 47:7, 48:3,
53:12, 53:19, 60:1,
63:15
retirees - 118:1
retirement - 117:25
retrieve - 17:17
return - 69:4, 69:6,
87:11, 89:20, 92:7,
94:6, 95:13, 97:25,
99:6, 102:18, 105:10,
106:5, 109:5, 112:4,
113:18, 114:4, 115:2,
118:4, 123:21,
127:19, 130:14,
133:19, 138:16,
141:3, 144:16,
148:21, 150:20,
154:3, 156:11,
159:13, 159:17,
160:19, 163:17,
167:3, 170:19,
172:12, 174:23,
177:24, 178:4, 180:2,
182:19, 183:21,
185:7, 187:14,
190:20, 194:17,
196:17, 200:15,
201:19, 208:8, 210:7
Revenue- 81:22
reverse - 18:4
reviewing - 22:18
Reyes- 5:13, 38:9
Richard- 1:11,
30:22
Rifle- 72:15, 72:18
rifle - 72:16, 72:19
rights - 13:13
rise - 31:14, 80:18
risks - 20:4
road - 143:9
rob - 137:15
robbed - 92:25,
136:16, 136:18,
146:11, 146:12,
146:13, 146:15,
146:16, 147:4, 148:8,
148:12, 148:14,
165:20
robbery - 98:9,
98:11, 109:17,
109:21, 110:13,
146:19, 163:24,

165:14, 181:8, 183:2
Robert- 5:11, 34:8,
34:18, 36:21, 38:7
Rockville- 98:9
Rod- 40:20
Roddy- 36:25, 38:2
role - 154:20,
154:21
Rolland- 212:24,
212:25
room - 58:22, 77:12,
77:22, 207:18, 209:4,
209:9, 212:3, 212:5,
212:6, 212:7
roommate - 175:21
roommates -
136:12
Rosenstein- 40:20
Ross- 36:15
Rouse- 36:17
row - 32:12, 38:14,
40:25, 44:6, 47:9,
50:24, 52:21, 53:15,
55:8, 56:3, 56:11,
57:17, 58:14, 58:25,
59:12, 59:22, 61:23,
62:15, 62:23, 63:19,
64:14, 67:22, 73:2,
73:11, 74:2, 83:17,
83:21, 84:8, 102:22,
118:7, 118:9, 157:11,
157:12, 180:7, 180:8
Row- 102:22, 103:2
rows - 157:14
Rule- 6:4, 6:13, 8:4,
8:6, 8:13, 10:11,
12:25
rule - 206:19
Rules- 6:5, 6:14
run - 122:8
Russia- 202:15
Rust- 36:18
Ryce- 35:13

S

sale - 75:2, 75:6
Sale- 17:23
Sandra - 35:19
satisfied - 70:8,
70:9, 122:25, 123:3,
126:15, 166:3
saved - 139:21
saves - 77:15
saw - 110:5, 206:2,
206:8
scenario - 6:18,
7:17
Scene - 35:3, 36:5,
36:6
schedule - 78:21,
210:4
scheduled - 140:10,
168:6, 209:17
scheduling - 77:10,
168:4
School - 93:9
school - 62:3,
149:10, 153:12,
164:13
Scotch - 13:18
seat - 69:4, 69:6,
87:11, 89:20, 92:7,
94:6, 95:13, 97:25,
99:6, 102:18, 105:10,
106:6, 109:5, 112:4,
113:19, 114:4, 115:3,
118:4, 123:22,
127:19, 130:14,
133:19, 138:17,

141:3, 144:16,
148:21, 150:20,
154:3, 156:11,
159:13, 159:17,
160:19, 163:17,
167:3, 170:19,
172:12, 174:24,
177:25, 178:4, 180:2,
182:19, 183:21,
185:7, 187:14,
190:20, 194:17,
196:17, 200:19
seated - 24:12,
29:14, 31:25, 33:3,
42:18, 42:25, 43:8,
43:15, 43:24, 44:14,
44:21, 45:17, 45:22,
46:4, 47:9, 50:3,
51:16, 52:12, 55:14,
58:2, 59:21, 62:14,
64:5, 65:2, 65:14,
66:5, 71:2, 73:9, 74:1,
80:3, 83:20, 201:24
seating - 134:2
seats - 76:12,
76:20, 200:16
Seattle - 5:12, 38:8
second - 13:25,
14:23, 32:15, 38:17,
51:20, 54:11, 55:8,
56:5, 56:14, 61:23,
61:25, 64:14, 65:5,
68:2, 68:16, 71:4,
73:2, 73:13, 73:18,
74:5, 74:19, 78:2,
83:17, 102:22,
116:22, 124:7,
141:16, 145:5, 175:2,
198:12
Second - 40:25,
44:6
secretary - 174:6
security - 21:22,
42:16, 50:20, 54:15,
54:17, 54:23, 54:25,
55:5, 55:19, 56:8,
59:9, 101:21
Security - 55:12,
56:23, 121:20
see - 2:14, 8:17,
9:23, 14:25, 15:8,
18:7, 33:1, 40:13,
45:3, 69:25, 78:23,
80:8, 82:4, 105:4,
150:25, 191:24,
193:19, 199:24,
200:4, 207:4
seeking - 19:14
seem - 172:17,
172:21, 175:3, 175:4
select - 199:21
selected - 202:3,
210:11, 210:13
selecting - 31:2
selection - 3:12,
14:6, 16:24, 16:25,
23:18, 202:22, 203:16
selling - 90:9, 183:3
senses - 205:25
sent - 170:3
sentence - 6:16,
6:17, 6:20, 7:7, 7:15,
8:8, 8:20, 9:8, 9:9,
9:20, 10:4, 10:7,
10:25, 90:24, 141:18
sentenced - 7:12,
68:10, 68:14, 68:22,
90:19, 96:16, 96:17,
96:20, 97:3, 97:11
sentencing - 82:18,

141:3, 144:16,
148:21, 150:20,
154:3, 156:11,
159:13, 159:17,
160:19, 159:17,
160:19, 170:19,
172:12, 174:24,
177:25, 178:4, 180:2,
182:19, 183:21,
185:7, 187:14,
190:20, 194:17,
196:17, 200:19
seated - 24:12,
82:20
separate - 92:20
September - 31:11
sequestered -
209:15
Sergeant - 35:12,
35:15, 35:17, 51:5
sergeant - 51:2
series - 31:1, 69:14,
69:23, 76:9, 80:5,
80:7, 80:15
serious - 20:24,
91:18, 127:5
serve - 49:17,
64:17, 64:21, 65:9,
65:19, 65:24, 90:21,
116:20
served - 19:22,
32:17, 40:5, 64:6,
64:10, 64:12, 81:3,
81:6, 88:7, 94:17,
111:10, 115:15,
124:5, 124:14,
130:25, 131:4,
131:16, 154:15,
162:12, 169:1, 173:2,
180:25
Service - 59:7,
64:17, 65:19, 81:22,
129:20
service - 202:3,
202:9
services - 54:17,
54:25, 57:9
Services - 48:17
serving - 104:6
Session - 80:1
setting - 116:24
settle - 128:6
Seven - 176:13,
184:7
seven - 59:7,
141:18, 142:8,
142:17, 150:24,
176:12, 176:13,
184:6, 196:4, 196:8
seven-year - 141:18
Seventies - 52:18
several - 43:11,
47:5, 48:5, 49:15,
56:8, 73:23, 103:17,
104:8, 128:3, 130:7,
134:22, 151:20,
163:2, 177:19, 191:3
Several - 132:5
severe - 72:9,
171:20
sex - 15:13
sexual - 129:15,
152:3, 152:15, 153:2,
153:8
sexually - 100:1
Shameka - 36:15
Shaquanda - 36:15
share - 207:24,
208:21
Share/ree - 5:10
Shaw - 36:13
Shawn - 35:15
sheet - 16:13,
16:15, 200:3
sheriff - 52:17,
174:11
Sheriff's - 48:1,
49:16, 53:23
sheriff's - 42:3,
42:8, 43:21, 48:14,
49:18, 57:7
shifts - 66:12
shoot - 87:9

**shooting** - 107:11, 107:20, 108:13
**Shore** - 41:19
**short** - 101:23, 151:20, 177:1
**short-staffed** - 177:1
**shot** - 87:2, 106:19, 107:1
**show** - 191:6
**Shuttleworth** - 36:3
**side** - 7:21, 141:22, 198:19, 199:2
**sides** - 8:18
**Sierra** - 35:14, 35:15
**silence** - 67:12
**silent** - 67:10
**similar** - 19:12, 102:24, 180:7
**simple** - 12:7, 113:2
**simply** - 20:25, 21:21, 67:5, 70:16, 70:23, 71:21
**Sister** - 143:2
**sister** - 84:15, 85:18, 92:20, 92:25, 93:20, 94:15, 125:14, 125:15, 126:24, 141:24, 143:1, 143:3
**sister's** - 95:1
**sister-in-law** - 141:24, 143:3
**Sister-in-law** - 143:2
**sisters** - 152:20
**sit** - 83:18, 113:8, 209:19, 210:2, 210:3
**site** - 208:21
**sitting** - 2:18, 83:1, 83:2, 83:3, 182:5
**situation** - 101:19, 120:12, 120:19, 181:8, 192:25, 193:10, 193:13
**situations** - 193:18
**Six** - 114:15
**six** - 55:5, 128:25, 133:23, 150:24, 198:12, 198:17
**sleepy** - 193:23, 193:25, 194:10
**slow** - 199:17
**small** - 141:14, 197:19, 197:21
**Smith** - 21:9, 21:12
**Snow** - 46:12, 46:14
**sober** - 155:19
**sobriety** - 155:17
**social** - 208:20
**solely** - 82:11, 208:1
**Someone** - 40:16, 119:5, 164:2
**someone** - 86:24, 132:4, 137:15, 169:7, 173:7, 210:15
**Somerset** - 41:2, 41:9, 41:17, 46:10
**Sometime** - 173:16
**sometime** - 21:23
**Sometimes** - 193:5
**somewhere** - 173:14
**son** - 41:1, 41:8, 42:22, 46:8, 46:9, 50:18, 51:22, 55:25, 56:17, 57:20, 59:17, 122:7, 137:6, 137:9, 139:6, 148:7, 153:3
**son's** - 146:11
**son-in-law** - 41:1,

41:8, 46:8, 46:9, 50:18, 51:22
**son-in-laws** - 56:17
**sons** - 114:12, 114:19
**Soon** - 144:25, 145:3
**soon** - 182:25
**Soon-to-be** - 144:25
**soon-to-be** - 182:25
**sooner** - 171:8
**sorry** - 15:18, 17:15, 29:16, 33:2, 37:1, 40:25, 41:14, 51:4, 51:19, 52:3, 61:10, 65:21, 67:17, 68:11, 77:5, 78:8, 84:17, 90:6, 105:24, 111:12, 112:23, 117:10, 119:3, 120:22, 122:11, 122:15, 123:14, 123:18, 125:20, 128:15, 133:14, 134:14, 147:16, 161:10, 198:16, 198:25
**Sorry** - 114:13
**sorts** - 144:2
**sought** - 19:13
**Sounds** - 127:2
**sounds** - 143:19, 177:19
**source** - 31:15
**South** - 31:9, 31:12, 32:3
**Space** - 208:20
**special** - 44:19, 212:11
**Special** - 33:16, 34:14, 34:15
**specific** - 6:16, 20:4, 54:3, 54:20
**specifically** - 76:4
**spent** - 139:17, 202:11
**spouse** - 117:20, 117:22
**stabbing** - 124:23, 124:24, 126:12
**staffed** - 177:1
**stand** - 6:4, 14:4, 14:10, 24:10, 29:11, 31:4, 31:22, 33:11, 33:17, 35:9, 42:5, 42:10, 54:4, 54:11, 54:20, 61:4, 64:13, 72:17, 80:17, 83:12, 83:15, 102:23, 118:7, 157:12, 180:7, 192:10
**standing** - 37:1, 83:19, 83:21, 87:8
**stands** - 211:11
**start** - 15:14, 24:6, 192:23, 193:12, 196:23, 198:22, 198:23, 198:24, 199:13, 199:17, 203:12, 209:23, 211:3, 211:5, 211:8
**started** - 4:1, 24:4, 24:5, 192:21
**starting** - 20:23
**State** - 43:5, 46:2, 58:7, 58:9, 60:5, 96:11, 103:19, 154:19, 168:1
**state** - 39:18, 41:23, 42:1, 43:20, 48:5, 52:8, 53:13, 53:19, 57:3, 57:5, 81:4, 81:7,

81:17, 174:14
**state's** - 41:10, 41:12, 41:15, 57:4, 70:3
**State's** - 46:10, 50:8, 50:10
**statement** - 199:8
**statements** - 78:18, 203:13, 205:12, 211:9
**States** - 1:1, 1:3, 1:12, 2:3, 2:6, 2:9, 18:12, 18:25, 23:25, 30:23, 33:8, 40:19, 40:21, 40:22, 57:3, 57:8, 64:18, 71:22, 174:4, 202:24
**states** - 41:2
**statute** - 10:6, 11:3, 11:5, 11:8, 11:9
**stay** - 69:5, 77:7, 77:18, 166:10
**stayed** - 179:19
**steal** - 165:10
**Stealing** - 85:9
**stenography** - 1:24
**stereotyping** - 93:24, 100:24, 120:3, 120:11, 177:22
**Stewart** - 38:6
**Stewartstown** - 48:4
**stick** - 90:9, 100:17
**still** - 35:10, 60:2, 61:12, 90:25, 104:5, 108:20, 126:25, 133:7, 135:11, 157:8, 166:20, 171:4, 176:1, 191:7, 196:1, 196:4, 196:9
**stipulations** - 205:8
**stole** - 161:14, 161:24, 164:2, 164:4
**stolen** - 161:9, 161:11, 191:3
**stood** - 54:18, 102:22, 118:6, 118:8, 157:12, 157:13, 180:5
**stop** - 209:25
**store** - 146:20, 147:4, 164:5
**storefronts** - 104:4
**Stores** - 56:1
**story** - 101:23
**straight** - 175:2, 180:8
**Street** - 112:19
**street** - 100:9, 166:7
**stricken** - 69:7, 69:9, 71:7, 95:16, 115:6, 138:21, 150:24, 156:14, 157:5, 159:20, 172:19, 196:24, 196:25, 197:4, 197:5, 197:6, 197:7, 197:8, 197:10, 197:12, 197:14, 197:16, 197:17, 197:18, 197:19, 197:20, 197:22, 197:23, 198:1, 198:4
**strike** - 87:14, 87:23, 87:24, 156:17, 175:4, 196:22, 198:6, 198:18, 199:3
**strikes** - 87:18, 87:21, 106:13, 133:23, 134:1, 156:18, 156:20,

156:21, 156:25, 157:4, 157:9, 175:10, 196:21, 198:12, 198:17, 198:18, 199:1, 200:3, 200:4
**striking** - 138:25
**strong** - 75:3, 75:13
**strongly** - 74:25
**stuck** - 177:9
**students** - 164:10, 164:17
**stuff** - 51:13, 141:25
**subject** - 81:11
**submitted** - 207:11, 207:17
**subpoenaed** - 167:25
**Substance** - 125:13
**substance** - 81:14, 94:19, 125:17, 144:23, 178:22, 178:23, 179:9
**substitute** - 208:2
**sued** - 128:20
**suffered** - 176:1
**suffice** - 12:21
**sufficient** - 150:2, 205:1
**suggest** - 21:1
**suggesting** - 23:7, 23:12
**suing** - 169:7, 173:7
**Sullivan** - 1:16, 2:16, 2:17, 22:20, 3:7, 5:17, 13:11, 14:13, 16:9, 22:17, 33:22, 33:23, 40:8, 121:18, 121:19, 121:22, 123:17, 130:13, 133:18, 144:15, 179:25, 183:20, 211:2
**summer** - 62:8
**summoned** - 164:7, 165:11
**Sun** - 34:6, 22:6
**Superior** - 181:1
**supplement** - 52:17
**support** - 72:8, 114:16, 151:21, 152:1
**supports** - 207:15
**supposed** - 207:7
**surprised** - 19:1
**surrounding** - 86:24, 107:11, 181:17
**suspect** - 116:11, 200:8
**swear** - 201:21
**sweating** - 192:23, 193:4
**sworn** - 29:12, 201:23, 201:25
**system** - 57:14, 70:6, 185:19, 191:6, 196:10

---

**T**

**table** - 16:19, 80:12
**tables** - 69:10, 201:19
**tablets** - 193:22
**tally** - 197:24
**Tamica** - 36:14
**tape** - 13:18
**Target** - 56:1
**Tatum** - 36:24, 37:25
**tax** - 64:2
**Taylor** - 38:2
**teach** - 192:11
**teacher** - 164:13

**Technician** - 35:3, 36:5, 36:6
**Tempo** - 169:22
**ten** - 59:6, 77:23, 84:21, 85:24, 86:18, 92:21, 93:5, 104:5, 145:17, 160:1, 189:17, 198:15, 198:17
**tend** - 70:14, 108:17
**terms** - 18:20, 29:17, 36:9, 83:14, 110:23, 116:2, 121:1, 126:11, 146:14, 153:15, 168:4, 190:6, 197:18
**terrible** - 151:25
**testified** - 165:12, 207:13
**testify** - 67:11, 72:5, 153:15, 161:18, 164:7, 164:10, 165:9, 195:9, 206:2, 208:14
**testifying** - 34:14, 127:6, 187:23, 206:1
**Testimonial** - 205:10
**testimony** - 18:7, 70:15, 70:22, 71:11, 71:13, 91:19, 127:7, 127:8, 130:6, 143:21, 205:9, 205:11
**theft** - 94:18, 164:1, 165:8, 181:15, 181:17
**themselves** - 2:4
**they've** - 33:6, 149:17
**They've** - 88:21
**thinks** - 176:11
**third** - 47:9, 58:14, 62:15, 62:23, 73:11, 83:17, 118:7, 132:7, 152:15
**Thompson** - 36:4
**thoroughly** - 5:24, 203:18
**three** - 24:2, 87:18, 90:23, 110:21, 130:23, 131:24, 135:19, 135:23, 137:18, 150:24, 151:12, 151:17, 156:19, 171:19
**Three** - 65:10, 135:21
**three-week-long** - 131:24
**three-year** - 90:23
**throughout** - 149:20, 209:17
**thrown** - 171:18
**Thursday** - 83:4, 209:25, 210:2
**Tia** - 36:17
**ticket** - 182:12
**Timothy** - 1:16, 2:17, 33:22
**Tinker** - 36:23
**Tobacco** - 34:16
**today** - 40:12, 40:13, 78:7, 78:10, 88:16, 135:11, 171:10, 191:17, 194:10, 199:18, 202:11, 202:22, 202:25, 203:16
**Todd** - 2:12, 33:17
**together** - 130:9
**tomorrow** - 21:24, 22:2, 132:16, 199:12, 199:14, 199:16,

18

**202**:4, 203:13, 205:12, 210:3, 211:4
**took** - 181:19, 191:17, 193:1
**tool** - 72:1
**top** - 196:23, 198:22, 198:23, 198:24
**tough** - 115:7
**tougher** - 72:10
**toward** - 120:16, 123:16
**towards** - 83:22, 83:23, 121:2
**towns** - 19:21
**Towson** - 128:17, 169:14, 189:20
**Tracy** - 36:12
**trafficking** - 30:2, 204:12
**tragedy** - 116:10
**training** - 60:20, 61:2
**Transcript** - 1:10
**transcript** - 1:24, 209:6, 212:21
**transcription** - 1:25
**transfer** - 175:25
**transplant** - 149:16, 171:1, 171:3, 171:8, 197:15
**transportation** - 75:2, 75:6
**trauma** - 171:20
**treat** - 121:14
**treated** - 91:4, 97:18, 102:5, 104:18, 128:13, 131:9, 139:19, 142:20, 147:23, 150:6, 155:9, 159:1, 170:6, 183:5, 189:7
**treatment** - 72:10, 188:22, 188:23
**trespassed** - 147:20
**trial** - 2:23, 7:14, 10:18, 10:23, 11:17, 13:5, 16:18, 16:19, 19:3, 22:6, 23:6, 75:22, 80:12, 81:4, 82:12, 82:23, 96:22, 96:24, 98:9, 98:12, 107:21, 113:8, 113:22, 113:23, 113:25, 128:7, 128:14, 128:16, 131:24, 131:25, 149:15, 152:20, 154:21, 154:24, 159:25, 167:25, 168:2, 169:11, 173:12, 191:13, 199:14, 203:11, 203:14, 203:20, 205:14, 206:23, 207:22, 209:1, 209:6, 209:15, 212:9
**Trial** - 1:10, 212:18
**trials** - 87:19, 88:10, 88:19
**tried** - 23:13, 101:22, 137:15, 165:9
**Tripline** - 103:25
**trooper** - 52:8
**troopers** - 48:5, 53:19, 174:14
**trouble** - 171:10, 171:21
**true** - 205:20
**truthful** - 69:1

**try** - 108:18, 108:19, 122:22, 124:10, 140:15, 193:17, 209:13, 211:6
**trying** - 7:5, 9:12, 9:24, 10:9, 10:23, 39:11, 39:15, 120:10, 120:25, 152:7, 164:6, 194:11
**Tsa** - 47:16
**turn** - 83:22, 83:23, 102:25, 118:9, 157:13
**tutor** - 164:14
**twice** - 115:15, 161:9, 161:12, 194:4
**Twitter** - 208:19
**Two** - 88:10, 111:11, 165:24, 165:25, 167:23, 184:15, 191:1
**two** - 9:16, 17:16, 17:19, 17:20, 20:23, 56:16, 63:21, 63:22, 78:22, 82:23, 88:8, 88:19, 111:10, 131:13, 134:2, 137:14, 138:3, 141:22, 149:10, 150:23, 151:18, 151:24, 156:19, 161:4, 171:1, 171:19, 177:1, 177:9, 191:2, 191:17, 194:4, 194:9, 198:13, 199:3, 202:14, 205:16, 210:1
**type** - 119:20
**types** - 205:16
**typing** - 49:6
**typist** - 49:9

**U**

**Ukraine** - 202:14
**ultimately** - 113:4
**umbrella** - 206:9, 206:10
**uncle** - 53:18, 107:2, 107:11, 108:9
**unclear** - 182:1
**uncles** - 141:22, 142:24, 143:18, 144:6
**uncles'** - 144:5
**Under** - 6:4, 6:13, 8:13
**under** - 8:4, 8:5, 10:11, 66:6, 72:5, 127:6, 188:21, 188:23, 207:9
**unfortunate** - 126:25
**unit** - 35:6, 47:15
**United** - 1:1, 1:3, 1:12, 2:2, 2:6, 2:9, 18:12, 18:25, 23:25, 30:22, 33:8, 40:19, 40:21, 40:22, 57:3, 57:8, 64:18, 71:22, 174:4, 202:24
**University** - 93:8
**unlawfully** - 30:6
**Unless** - 14:2
**unless** - 30:19, 66:7, 82:16, 210:21, 214:21
**Up** - 123:15
**up** - 3:13, 3:14, 13:14, 13:18, 13:20, 13:23, 15:17, 17:12, 18:14, 18:15, 18:16, 18:17, 18:19, 19:8, 20:2, 33:4, 33:11,

33:17, 52:6, 54:1, 68:16, 68:17, 69:5, 69:12, 69:17, 69:23, 70:5, 76:11, 76:19, 77:7, 77:14, 77:19, 77:24, 78:22, 80:6, 80:10, 83:24, 84:2, 87:21, 101:22, 102:22, 103:1, 118:10, 118:13, 124:11, 126:9, 163:24, 168:2, 180:9, 185:18, 191:6, 192:23, 203:9, 209:14
**upstairs** - 21:5
**urging** - 9:12
**uses** - 127:2

**V**

**Vallair** - 36:4, 36:5
**value** - 206:19
**various** - 34:1, 48:14, 48:15
**veniremen** - 29:12
**verbally** - 24:11
**verdict** - 66:21, 67:13, 67:21, 71:19, 75:11, 82:1, 82:11, 98:14, 113:3, 125:4, 126:12, 128:9, 128:21, 128:23, 129:9, 132:1, 158:9, 158:13, 160:5, 162:19, 169:16, 181:10, 184:18, 188:11, 189:25
**verdicts** - 89:4, 111:24
**verified** - 13:21
**verify** - 3:9
**versus** - 2:3, 168:1
**via** - 204:4
**victim** - 80:21, 99:16, 117:24, 134:12, 134:15, 153:1, 153:2, 153:4, 153:8, 161:1, 163:23, 163:25, 165:8, 174:2, 180:16, 191:2, 194:25
**victims** - 138:3, 186:18
**video** - 191:5
**view** - 3:4, 3:25, 4:4, 5:16, 13:7, 13:10, 22:16, 76:22, 77:1, 172:15, 198:5, 200:10, 210:22
**views** - 207:14, 208:5
**Village** - 100:6
**violated** - 11:9
**violating** - 95:4
**violation** - 95:3
**violence** - 30:7, 138:6, 204:15
**violent** - 92:16, 93:18, 109:14, 166:17
**visiting** - 202:15
**visitors** - 202:19
**Vodarick** - 36:2
**voice** - 126:9, 126:11
**voices** - 124:10
**voir** - 2:24, 22:18, 30:25, 69:13, 70:1, 76:21
**volition** - 87:23
**vomit** - 192:24

**vs** - 1:5

**W**

**Wagster** - 35:18
**wait** - 150:25
**Wait** - 59:14, 73:13
**waiting** - 20:9, 24:2, 175:25
**walk** - 83:22, 192:9, 212:1, 212:3, 212:10
**walking** - 211:19
**wall** - 83:23, 103:1, 180:8
**Wallner** - 34:24
**Wanda** - 36:14
**warrant** - 191:7
**Warren** - 36:24, 38:1
**Washington** - 50:9, 52:25, 63:2, 123:15, 202:12
**waste** - 11:21, 23:22, 175:9
**wasting** - 172:20
**watch** - 208:15
**water** - 175:12
**weapon** - 167:17, 173:10
**weapons** - 146:21
**wedding** - 168:5
**Wednesday** - 210:3
**week** - 82:24, 83:3, 83:5, 131:24, 140:12, 145:8, 194:7, 202:9, 202:15, 203:24, 205:13, 209:17, 209:18, 210:2, 210:4, 210:19
**weeks** - 23:14, 82:24, 114:15, 177:2, 194:4, 202:14
**weight** - 70:15, 70:22, 140:14, 208:6
**welcome** - 30:23, 185:21
**West** - 15:1, 15:17, 17:3, 17:6, 17:14, 17:17, 76:18, 77:12, 156:16, 199:24, 202:1, 208:9, 211:17, 212:6, 212:10
**Westport** - 31:8, 31:11, 32:2, 32:4
**wet** - 206:10
**whatsoever** - 21:10, 21:14, 31:16, 82:9
**Whereas** - 117:3
**whereby** - 6:15, 72:2
**white** - 107:7, 121:13
**White** - 35:14, 107:8
**whole** - 108:17, 120:16
**wide** - 194:1
**wife** - 61:19, 99:24, 100:17, 101:15, 101:21
**Wilhelmina** - 103:24
**William** - 35:17
**Williams** - 34:9, 35:2, 35:17, 36:21
**winding** - 196:9
**wish** - 83:8, 207:21
**withdraw** - 6:21, 7:9, 7:21, 8:1, 8:12, 8:14, 8:25, 10:17
**witness** - 4:6, 4:9, 18:22, 30:4, 31:10, 39:24, 71:11, 71:13,

72:3, 78:21, 78:22, 80:23, 80:25, 82:15, 84:16, 84:23, 85:18, 85:23, 86:11, 107:19, 107:21, 108:1, 128:2, 138:13, 164:1, 167:25, 204:13, 205:24, 205:25, 206:2, 206:7
**witnessed** - 85:1, 108:13, 167:24
**Witnesses** - 20:3
**witnesses** - 4:7, 4:15, 33:25, 34:2, 34:3, 34:4, 34:13, 36:8, 36:10, 36:11, 38:13, 66:14, 91:17, 127:5, 130:5, 143:18, 205:11, 206:25, 207:13, 208:14
**woman** - 39:25, 153:6
**wondering** - 209:13
**word** - 138:12
**words** - 120:18
**works** - 9:10, 48:11, 53:21, 55:25, 57:24, 58:6, 59:8, 60:11, 60:13, 62:19, 117:20, 185:23, 197:21
**worksheet** - 14:21, 15:11
**world** - 202:13, 202:17
**worry** - 191:20
**writing** - 4:12, 10:5
**written** - 4:17, 21:16, 22:10
**wrongdoing** - 116:16
**Wyoming** - 94:17

**Y**

**Yates** - 35:16
**year** - 60:12, 68:22, 90:23, 96:8, 96:19, 96:20, 124:17, 141:18, 149:18, 153:9, 154:15, 158:24, 164:11, 169:4, 169:24, 173:19, 193:17
**years** - 5:23, 7:3, 7:8, 7:12, 7:16, 8:8, 10:14, 10:15, 48:25, 55:5, 56:8, 58:19, 59:6, 59:8, 64:20, 65:9, 65:24, 84:21, 85:13, 85:24, 86:18, 88:22, 89:1, 90:9, 90:14, 90:16, 92:21, 93:5, 99:25, 101:15, 112:23, 112:16, 129:8, 131:13, 131:17, 134:19, 137:18, 139:25, 140:9, 142:8, 142:17, 145:17, 149:10, 152:11, 155:16, 155:19, 160:1, 161:4, 173:17, 173:20, 175:24, 176:14, 177:13, 178:20, 179:2, 181:14, 184:6, 184:7, 188:1, 188:14, 189:17, 191:2, 191:11, 194:22, 194:24, 196:4, 196:8

**yesterday** - 132:13
**York** - 43:5, 58:7, 58:9, 182:2, 182:3
**young** - 116:17, 176:14, 176:19
**younger** - 169:20
**yourself** - 120:4
**yourselves** - 206:23