IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| V. | * | **CRIMINAL NO. RDB 10-0744** |
| | * | |
| **ANTONIO HALL, a/k/a Mack** | * | |
| | * | |
| | * | |
| **Defendant** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO UNSEAL

The United States of America, by its attorneys, Rod J. Rosenstein, United States Attorney for the District of Maryland, and John F. Purcell, Assistant United States Attorney for said District, pursuant to F.R.Crim.P. 16 (d)(1) (rules regulating discovery) says:

1. Pursuant to the Government's prior motions, the Court ordered that certain motions filed by the government be sealed to protect the identity of witnesses in the above case, in which the defendant has now been convicted of murder of a federal witness.

2. In order to prepare for appellate arguments in this case, scheduled for December 7, 2012 (Appeal Number 11-5119) the government requests that certain sealed motions and Orders be unsealed.

3. Specifically, the government requests that Paper Numbers 47, 48, 49, and 51, 52 and 53 be ordered UNSEALED.

                        Respectfully submitted,

                        Rod J. Rosenstein
                        United States Attorney

By: _____/\_/_____
       John F. Purcell
       Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of December, 2012, this Government's Motion to UNSEAL was electronically filed with the clerk of the United States District Court for Maryland, Northern Division, and by that means copies have been provided to Gary Proctor, Esq. and Timothy Sullivan, Esq., counsel for the defendant, Antonio Hall.

_____/\_/_____
John F. Purcell, Jr.
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | CRIMINAL NO. RDB 10-0744 |
| | * | |
| ANTONIO HALL, a/k/a Mack | * | |
| | * | |
| | * | |
| Defendant | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Upon consideration of the government's Motion to Unseal, it is hereby,

ORDERED, this _____ day of December, 2012, that 1) the Government's Motion to Unseal is Granted and 2) the Office of the Clerk is directed to UNSEAL papers 47, 48, 49 and 51,52 and 53.

_____
Richard D. Bennett
UNITED STATES DISTRICT JUDGE